# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB AND JAMES JUNG | : | CIVIL ACTION NO. 2:24-CV-05618 |
| | : | |
| | : | |
| | : | |
| | : | |
| -V- | : | ELECTRONICALLY FILED |
| | : | |
| CITY OF PHILA, et. al., | : | |

## NOTICE OF APPEARANCE

Counsel, Nia Holston, Esq., hereby enters her appearance on behalf of the Plaintiffs in the above-captioned case.

        Respectfully submitted,

        */S/ Nia Holston*
        Nia Holston
        Abolitionist Law Center
        PA I.D. No. 327384
        990 Spring Garden Street
        Philadelphia, PA 19123
        (267) 357-0948
        Nia@alcenter.org

        Dated: October 23, 2024