IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB AND JAMES JUNG | : | CIVIL ACTION NO. 2:24-CV-05618 |
| -V- | : | ELECTRONICALLY FILED |
| CITY OF PHILA, et. al., | : | |

NOTICE OF APPEARANCE

Counsel, Rupalee Rashatwar, Esq., hereby enters her appearance on behalf of the Plaintiffs in the above-captioned case.

Respectfully submitted,

*/S/ Rupalee Rashatwar*
Rupalee Rashatwar
Staff Attorney
Abolitionist Law Center
PA I.D. No. 331085
990 Spring Garden Street
Philadelphia, PA 19123
(215) 650-7178
Rupalee@alcenter.org

Dated: October 29, 2024