## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PA

| | | |
|---|---|---|
| JACOB and JAMES JUNG as Administrators for the Estate of LOUIS JUNG, JR. | : : : | |
| v. | : : | CASE NO. 24-CV-05618 |
| CITY OF PHILADELPHIA; YES CARE CORP., BLANCHE CARNEY, LALITHA TRIVIKRAM, MAUREEN GAY, and CORRECTIONAL OFFICER JOHN DOES 1-10 | : : : : : | |

## DISCLOSURE STATEMENT OF DEFENDANTS, CORIZON HEALTH, INC. AND YESCARE CORP., PURSUANT TO F.R.C.P. 7.1

___X___        The nongovernmental corporate parties, Corizon Health, Inc. and YesCare Corp., in the above listed civil action does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

_____        The nongovernmental corporate party, _____. in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock.

O'CONNOR KIMBALL LLP

By: _____

Thomas J. Gregory, Esquire
Attorney I.D. No. 38104
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
(215) 564-0400        Facsimile: (215) 564-1973
Email: tgregory@okllp.com
*Attorney for Defendants, Corizon Health, Inc. and YesCare Corp.*

Dated: ___11/6/24___

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PA

JACOB and JAMES JUNG as Administrators   :
for the Estate of LOUIS JUNG, JR.   :
  :
  :
v.   :   CASE NO. 24-CV-05618
  :
CITY OF PHILADELPHIA; YES CARE CORP.,   :
BLANCHE CARNEY, LALITHA TRIVIKRAM,   :
MAUREEN GAY, and CORRECTIONAL   :
OFFICER JOHN DOES 1-10   :

## CERTIFICATE OF SERVICE

I, Thomas J. Gregory, Esquire, hereby certify that I caused a true and correct copy of the foregoing Disclosure Statement Pursuant to Rule 7.1 to be electronically filed on this 6th day of November, 2024, and thereby served via the Court's ECF Electronic Filing System upon the following:

bretgrote@abolitionistlawcenter.org
nia@alcenter.org
rupalee@alcenter.org
Bret Grote, Esquire
Nia Holston, Esquire
Rupalee Rashatwar, Esquire
Abolitionist Law Center
990 Spring Garden Street
Philadelphia, PA 19123
*Attorneys for Plaintiff*

danielle.walsh@phila.gov
Danielle E. Walsh, Esquire
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
*Attorney for Defendants, City of Philadelphia and Blanche Carney*

O'CONNOR KIMBALL LLP

By: _____
Thomas J. Gregory, Esquire
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
215-564-0400   Facsimile: 215-564-1973
Email: tgregory@okllp.com
*Attorney for Defendants, YesCare Corp., Lalitha Trivikram, M.D., and Maureen Gay, N.P.*