## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR., | No. 2:24-cv-05618-TJS |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; Correctional Officer John Does 1-10, | |
| Defendants. | |

## **[PROPOSED] ORDER**

COME NOW, this _____ day of _____, 2025, this Court hereby rules that the Motion to Dismiss filed by Defendants City of Philadelphia and Carney is **DENIED**.

BY THE COURT

Judge_____