IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** | : | CIVIL ACTION |
| **Administrators of the Estate of Louis** | : | |
| **Jung, Jr.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE** | : | |
| **CARNEY, Former Commissioner of** | : | |
| **Philadelphia Dept. of Prisons, LALITHA** | : | |
| **TRIVIKRAM, MAUREEN GAY, YESCARE** | : | |
| **CORP., and CORRECTIONAL OFFICER** | : | |
| **JOHN DOES 1-10** | : | NO. 24-5618 |

### ORDER

**NOW**, this 9th day of January, 2025, upon consideration of the Defendants' Motion to Dismiss for Failure to state a claim (Doc. No. 14), and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1.  To the extent the motion seeks to dismiss claims against the City of Philadelphia and Blanche Carney in Count II, it is **GRANTED**.

2.  The medical malpractice claims set forth in Count II against the City of Philadelphia and Blanche Carney are **DISMISSED WITH PREJUDICE**.

3.  In all other respects, the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.