IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PA

| | |
|---|---|
| JACOB and JAMES JUNG as Administrators for the Estate of LOUIS JUNG, JR.<br>v.<br>YES CARE CORP., LALITHA TRIVIKRAM, and MAUREEN, et al. | :<br>:<br>:  CASE NO. 24-CV-05618<br>: |

**RESPONSE OF DEFENDANTS, YESCARE CORP., LALITHA TRIVIKRAM, AND MAUREEN GAY, TO CROSSCLAIM OF CO-DEFENDANTS, CITY OF PHILADELPHIA AND BLANCHE CARNEY**

**COME NOW**, the Responding Defendants, YesCare Corp., Lalitha Trivikram, and Maureen Gay, by and through their counsel, O'Connor Kimball LLP, and as and for their Response to the Crossclaims of Co-Defendants, City of Philadelphia and Blanche Careny, state as follows;

1.  Responding Defendants incorporate by reference their Answer to the Plaintiff's Complaint and Affirmative Defenses, with reference to all documents referenced therein, as fully as if set forth herein at length.

2-6. The corresponding paragraphs of Co-Defendants' Crossclaim contain conclusions of law which are deemed denied and for which no response is required nor provided. Strict proof thereof is demanded at the time of trial.

**WHEREFORE**, Responding Defendants, YesCare Corp., Lalitha Trivikram, and Maureen Gay, respectfully request that judgement be entered in their favor and against Co-Defendants, City of Philadelphia and Blanche Carney.

O'CONNOR KIMBALL LLP

By: /s/ Thomas J. Gregory
Thomas J. Gregory, Esquire
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
215-564-0400        Facsimile: 215-564-1973
Email: tgregory@okllp.com
*Attorney for Defendants, YesCare Corp., Lalitha Trivikram, M.D., and Maureen Gay, N.P.*

Dated: 1/27/25

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PA

| | |
|---|---|
| JACOB and JAMES JUNG as Administrators for the Estate of LOUIS JUNG, JR.<br>v.<br>YES CARE CORP., LALITHA TRIVIKRAM, and MAUREEN GAY, et al. | :<br>:<br>: CASE NO. 24-CV-05618<br>:<br>: |

### CERTIFICATE OF SERVICE

I, Thomas J. Gregory, Esquire, hereby certify that I caused a true and correct copy of the foregoing Response to Co-Defendants Crossclaim to be electronically filed on this this 27th day of ~~November, 2024~~, *January, 2027* and thereby served via the Court's Electronic ECF Filing System upon:

bretgrote@abolitionistlawcenter.org
nia@alcenter.org
rupalee@alcenter.org
margo@alcenter.org
Bret Grote, Esquire
Nia Holston, Esquire
Rupalee Rashatwar, Esquire
Margaret Hu, Esquire
Abolitionist Law Center
990 Spring Garden Street
Philadelphia, PA 19123
*Attorneys for Plaintiff*

danielle.walsh@phila.gov
Danielle E. Walsh, Esquire
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
*Attorney for Defendants, City of Philadelphia and Blanche Carney*

O'CONNOR KIMBALL LLP

By: _____
Thomas J. Gregory, Esquire
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
215-564-0400        Facsimile: 215-564-1973
Email: tgregory@okllp.com
*Attorney for Defendant, YesCare Corp., Lalitha Trivikram, M.D., and Maureen Gay, N.P.*