IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR., :<br><br>Plaintiff, :<br><br>v. :<br><br>CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; Correctional Officer John Does 1-10, :<br><br>Defendants. | No. 2:24-cv-05618-TJS<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

Counsel, Margaret Hu, Esquire, hereby enters their appearance on behalf of Plaintiffs in the above-captioned case.

Respectfully submitted,

*/s/ Margaret Hu*
Margaret Hu
PA ID No. 334438
990 Spring Garden
Philadelphia, PA 19123
(412) 654-9070
margo@alcenter.org

*Co-counsel for Plaintiff*