#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR., : : : No. 2:24-cv-05618-TJS | |
| Plaintiff, | |
| v. | JURY TRIAL DEMANDED |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; Correctional Officer John Does 1-10, | |
| Defendants. | |

### MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 15(a)(2), respectfully move this Court for an order permitting the filing of a First Amended Complaint. In support hereof, the parties aver the following:

1. On February 11, 2025, this Court issued a case management order instructing that amended pleadings must be filed within 30 days. Dkt. 23.

2. Fed. R. Civ. P. 15(a)(2) permits a party to amend its pleadings "with the opposing party's written consent."

3. Plaintiff seeks to file a First Amended Complaint that will add four defendants.

4. The identity of three of these newly-added defendants were first learned through the initial discovery produced by defendants in February 2025. These defendants are Blair Cabellos, Gena Frasier, and Wanda Bloodsaw.

5.  Plaintiffs' counsel have additionally become clear on the role of the fourth defendant to be added, Mariesha Apollon, in conducting a medical intake examination of Mr. Jung on October 28, 2023.

6.  Plaintiff seeks leave to amend to add these four defendants and allegations regarding the factual predicates for claims against them as articulated in the attached First Amended Complaint.

7.  Plaintiffs also will amend the complaint to clarify allegations against Defendant Gay, and to remove the Doe defendants.

8.  Plaintiff has conferred with all opposing counsel and they have confirmed in writing that they do not object to this amendment.

9.  Accordingly, Fed. R. Civ. P. 15(a)(2) allows Plaintiff to file the proposed First Amended Complaint.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully ask this Court for leave to file the proposed First Amended Complaint.

DATED: March 13, 2025

Respectfully submitted,

*/s/ Bret Grote*
Bret Grote (PA 317273)
*/s/ Nia Holston*
Nia Holston (PA 327384)
*/s/ Rupalee Rashatwar*
Rupalee Rashatwar (PA 331085)
*/s/ Margaret Hu*
Margaret Hu (PA 334438)
990 Spring Garden
Philadelphia, PA 19123
(412) 654-9070
bretgrote@abolitionistlawcenter.org

nia@alcenter.org
rupalee@alcenter.org
margo@alcenter.org

Plaintiffs' Counsel

## Certificate of Service

I hereby certify that I served a copy of the foregoing Motion for Leave to File Plaintiff's First Amended Complaint upon the following persons in the manner indicated below:

<u>Service Via ECF</u>

Thomas Gregory, Esquire
*Counsel for Defendants YesCare, Lalitha Trivikram, Maureen Gay*

Michael Pestrak, Esquire
*Counsel for Defendants City of Philadelphia, Blanche Carney*

/*s/ Bret Grote*
Legal Director
PA ID No. 317273
bretgrote@abolitionistlawcenter.org
Abolitionist Law Center
990 Spring Garden
Philadelphia, PA 19123
(412) 654-9070
bretgrote@abolitionistlawcenter.org
*Counsel for Plaintiff*

Dated: March 13, 2025