### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR., : : : : Plaintiff, : : v. : : CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; Correctional Officer John Does 1-10, : : : : : : : : Defendants. | No. 2:24-cv-05618-TJS<br><br><br>**JURY TRIAL DEMANDED** |

## **PROPOSED ORDER**

AND NOW, this _____ day of March 2025, upon consideration of the Plaintiffs unopposed' Motion for Leave to File Amended Complaint, the Motion GRANTED. Plaintiffs are directed to file the amended complaint.

BY THE COURT:

_____