IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** | : | CIVIL ACTION |
| **Administrators of the Estate of Louis** | : | |
| **Jung, Jr.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE** | : | |
| **CARNEY, Former Commissioner of** | : | |
| **Philadelphia Dept. of Prisons, LALITHA** | : | |
| **TRIVIKRAM, MAUREEN GAY, YESCARE** | : | |
| **CORP., and CORRECTIONAL OFFICER** | : | |
| **JOHN DOES 1-10** | : | NO. 24-5618 |

## ORDER

**NOW**, this 14th day of March, 2025, upon consideration of plaintiffs' Motion for Leave to File First Amended Complaint (Doc. No. 25), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Amended Complaint attached as Exhibit 1 to the motion (Doc. No. 25-1) is deemed file as of this date.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.