# Affidavit of Service of Process

Bret Grote, Esquire
Abolitionist Law Center
P.O. Box 8654
Pittsburgh, PA 15221


**Jacob Jung; James Jung, as Administrators of the Estate of Louis Jung, Jr.**

|  |  |
|---|---|
| v. | United States District Court for the Eastern District of Pennsylvania<br>Case No.: 2:24-cv-05618-TJS |

**City of Philadelphia; YesCare Corp., et al.**

1. I, Diane Cowan, state that I am President of Confidential Investigative Services, Inc. Confidential Investigative Services is a Private Detective Agency licensed by the Commonwealth of Pennsylvania and located at 235 South 13th Street, Philadelphia, PA 19107.

2. On April 9, 2025 at 6:15 p.m., I personally served the Summons and First Amended Complaint upon Mariesha Apollon at her residence located at 8 Bendix Lane, Willingboro, NJ. Ms. Apollon confirmed her identity when accepting the documents.

3. Mariesha Apollon is described as black and in her mid-30s. She appears to be approximately 5'7" tall and 180 pounds. Her hair was wrapped at the time of contact. She was not wearing glasses.

I, Diane Cowan, state that the foregoing statements made by me are true and correct. I am aware I may be punished if any of the above statements are found to be untrue.

_____
Diane Cowan

Sworn to and subscribed before
me this _____ day of April, 2025

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Erica Robertson, Notary Public
Philadelphia County
My Commission Expires December 15, 2026
Commission Number 1259604

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| JACOB JUNG; JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 24-cv-05618 |
| CITY OF PHILADELPHIA; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; YesCare Corp.; MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW *Defendant(s)* | ) ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Mariesha Apollon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
BRET GROTE
ABOLITIONIST LAW CENTER
POBOX 8654
PITTSBURGH, PA 15221

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   3/14/25

s/ *Ashley Mastrangelo*
*Signature of Clerk or Deputy Clerk*



George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    24-cv-05618

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mariesha Apollon
was received by me on *(date)* April 2, 2025.

☑ I personally served the summons on the individual at *(place)* 8 Bendix Lane
Willingboro, NJ    on *(date)* April 9, 2025 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: April 10, 2025

*Server's Signature*

Diane L. Cowan, Private Investigator
Printed name and title

235 S. 13th St., Phila., PA 19107
Server's address

Additional information regarding attempted service, etc: