IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB AND JAMES JUNG, ADMINISTRATORS OF ESTATE OF LOUIS JUNG, JR, PLAINTIFFS, <br><br> v. <br><br> CITY OF PHILADELPHIA, ET AL. DEFENDANTS. | CIVIL ACTION: <br><br> No. 24-cv-05618-TJS |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of Defendant, Mariesha Apollon, in the above-captioned matter.

        Respectfully submitted,
        KIERNAN TREBACH LLP

By: _____
    SARAH M. BAKER, ESQUIRE
    Kiernan Trebach LLP
    1801 Market Street, Suite 770
    Philadelphia, PA 19103
    215-569-4433
    sbaker@kiernantrbach.com
    *Attorney for Defendant, Mariesha Apollon*

Date: May 1, 2025