## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| **JACOB AND JAMES JUNG,** | : | |
| **ADMINISTRATORS OF ESTATE** | : | |
| **OF LOUIS JUNG, JR,** | : | **CIVIL ACTION:** |
| **PLAINTIFFS,** | : | |
| | : | **No. 24-cv-05618-TJS** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |
| **DEFENDANTS.** | : | |

### <u>ENTRY OF APPEARANCE</u>

TO THE CLERK OF COURT:

Kindly enter my appearance as co-counsel on behalf of Defendant, Mariesha Apollon, in the above-captioned matter.

Respectfully submitted,

KIERNAN TREBACH LLP

By:___*/s/ Jonathan M. Kaminsky*___

JONATHAN M. KAMINSKY, ESQUIRE
Kiernan Trebach LLP
1801 Market Street, Suite 770
Philadelphia, PA 19103
215-569-4433
*jkaminsky@kiernantrebach.com*
*Attorney for Defendant, Mariesha Apollon*

Date: May 1, 2025