**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| **JACOB AND JAMES JUNG,** | : | |
| **ADMINISTRATORS OF ESTATE** | : | |
| **OF LOUIS JUNG, JR,** | : | **CIVIL ACTION:** |
| **PLAINTIFFS,** | : | |
| | : | **No. 24-cv-05618-TJS** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |
| **DEFENDANTS.** | : | |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration Defendant Mariesha Apollon's Motion to Dismiss Plaintiffs' First Amended Complaint, and any response thereto, it is HEREBY ORDERED that the Motion is GRANTED and that Plaintiffs' claims against Mariesha Apollon in Counts I, II, VI, and VII are DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Timothy J. Savage, J.