IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB AND JAMES JUNG, ADMINISTRATORS OF ESTATE OF LOUIS JUNG, JR, PLAINTIFFS, <br><br> v. <br><br> CITY OF PHILADELPHIA, ET AL. DEFENDANTS. | CIVIL ACTION: <br><br> No. 24-cv-05618-TJS |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration Defendant Mariesha Apollon's Motion to Strike under Rule 12(f), and any response thereto, it is HEREBY ORDERED that the Motion is GRANTED and that Paragraphs 13 through 52 of Plaintiffs' First Amended Complaint are stricken.

BY THE COURT:

_____
Timothy J. Savage, J.

2