Case 2:24-cv-05618-TJS    Document 35-4    Filed 05/01/25    Page 1 of 1

13

## CERTIFICATE OF SERVICE

I, JONATHAN KAMINSKY, ESQUIRE, hereby certify that copies of Defendant Apollon's Motions in the instant proceedings was served on or about the below date via electronic filing or electronic mail.

                                                            **KIERNAN TREBACH, LLP**

5/1/2025                                           By:  /s/ *Jonathan Kaminsky*
                                                                     Jonathan Kaminsky, Esquire