IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : <br> : <br> : No. 2:24-cv-05618-TJS <br> : <br> : |
| Plaintiff, | : <br> : |
| v. | : **JURY TRIAL DEMANDED** <br> : |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON, BLAIR CABELLOS, GENA FRAISER, WANDA BLOODSAW | : <br> : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | |

## **CERTIFICATE OF MERIT**

I, Nia Holston, Esquire, certify that:

    An appropriate licensed physician and expert in diabetes care, Louis Phillipson, M.D., Ph.D, has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by defendant Blair Cabellos in the above-captioned action in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

                                      Respectfully submitted,

                                      /s/ Nia O. Holston
                                      Nia Holston
                                      PA I.D. No. 327384
                                      Abolitionist Law Center
                                      990 Spring Garden

Philadelphia, PA 19123
267-357-0948
nia@alcenter.org

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : <br> : <br> :    No. 2:24-cv-05618-TJS <br> : |
|     Plaintiff, | : <br> : |
| v. | :    **JURY TRIAL DEMANDED** <br> : |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON, BLAIR CABELLOS, GENA FRAISER, WANDA BLOODSAW | : <br> : <br> : <br> : <br> : <br> : <br> : |
|     Defendants. | |

## **CERTIFICATE OF SERVICE**

I, Nia O. Holston, hereby certify that I caused a true and correct copy of the foregoing Certificate of Merit to be electronically filed on this 8th day of May, 2025, and thereby served on all parties listed in the Court's ECF filing system.

 

                                                                   Nia O. Holston
                                                  _____