IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, :<br>:<br>:<br>:    Plaintiff,     :<br>:<br>v.     :<br>:<br>CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON, BLAIR CABELLOS, GENA FRAISER, WANDA BLOODSAW :<br>:<br>:    Defendants. | No. 2:24-cv-05618-TJS<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2025, upon consideration of Defendant Mariesha Apollon's Motion to Dismiss for Failure to State a Claim and Motion to Strike (ECF No. 35) and Plaintiff's Response in Opposition thereto (ECF No. 38), it is HEREBY ORDERED as follows:

1. Defendant Apollon's Motion to Dismiss is DENIED;

2. Defendant Apollon's Motion to Strike Paragraphs 13-52 of Plaintiffs' Amended Complaint is DENIED.

**IT IS SO ORDERED.**

       BY THE COURT:

       _____
       Timothy Savage, J.