IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : <br> : <br> :    No. 2:24-cv-05618-TJS |
| Plaintiff, | : |
| v. | :    **JURY TRIAL DEMANDED** |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY;  MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, | : |
| Defendants. | |

## **PROPOSED ORDER**

AND NOW, this _____ day of March 2025, upon consideration of the Parties' Joint Motion for Extension of Discovery, the Motion GRANTED.  The Parties are Ordered to coduct a settlement conference with Magistrate Judge Reid by June 23, 2025. All other pending deadlines in this Court's Case Management Order of February 11, 2025 are hereby extended by 120 days.

BY THE COURT:

_____