UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PA

| | |
|---|---|
| JACOB and JAMES JUNG as Administrators for the Estate of LOUIS JUNG, JR.<br><br>v.<br><br>CITY OF PHILADELPHIA; YES CARE CORP., BLANCHE CARNEY, LALITHA TRIVIKRAM, MAUREEN GAY, MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW | :<br>:<br>:<br>:  CASE NO. 24-CV-05618<br>:<br>:<br>:<br>:<br>: |

**ANSWER OF DEFENDANTS, YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, AND BLAIR CABELLOS, TO THE CROSSCLAIMS OF THE CO-DEFENDANTS, CITY OF PHILADELPHIA, BLANCHE CARNEY, GENA FRAISER, AND WANADA BLOODSHAW**

**COME NOW**, the Answering Defendants, YesCare Corp., Lalitha Trivikram, MD, Maureen Gay, NP, and Blair Cabellos, LPN, by and through their counsel, O'Connor Kimball LLP, and as and for their Answer to the Co-Defendants' Crossclaims in the above-referenced matter state as follows:

1.  Answering Defendants incorporate by reference its Answer to the Plaintiffs' Amended Complaint with Affirmative Defenses, with reference to all documents, referenced therein, as fully as if set forth herein at length.

2.  Admitted.

3.  Admitted.

4-6.  Denied. The allegations contained in the corresponding paragraphs of Co-Defendants' Crossclaim contain conclusions of law which are deemed denied under the Pennsylvania Rules of Civil Procedure and no response is required. Strict proof thereof is demanded at the time of trial.

**WHEREFORE**, Answering Defendants, YesCare Corp., Lalitha Trivikram, MD, Maureen Gay, NP, and Blair Cabellos, LPN, demand that judgement be entered in their and against the Co-Defendants.

          Respectfully submitted,

          **O'CONNOR KIMBALL LLP**

By: _____
          Thomas J. Gregory, Esquire
          Two Penn Center Plaza, Suite 1100
          1500 John F. Kennedy Boulevard
          Philadelphia, PA 19102
          215-564-0400    Facsimile: 215-564-1973
          Email: tgregory@okllp.com
          *Attorney for Defendants, YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P., and Blair Cabellos, LPN*

Dated: 5/28/25

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PA

| | |
|---|---|
| JACOB and JAMES JUNG as Administrators for the Estate of LOUIS JUNG, JR.<br>v.<br>YES CARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, and BLAIR CABELLOS, et al. | CASE NO. 24-CV-05618 |

## CERTIFICATE OF SERVICE

I, Thomas J. Gregory, Esquire, hereby certify that I caused a true and correct copy of the foregoing Answer to Co-Defendants' Crossclaim to be electronically filed on this this 29th day of _____, 2025, and thereby served via the Court's Electronic ECF Filing System upon:

bretgrote@abolitionistlawcenter.org
nia@alcenter.org
rupalee@alcenter.org
margo@alcenter.org
Bret Grote, Esquire
Nia Holston, Esquire
Rupalee Rashatwar, Esquire
Margaret Hu, Esquire
Abolitionist Law Center
990 Spring Garden Street
Philadelphia, PA 19123
*Attorneys for Plaintiff*

michael.pestrak@phila.gov
Michael Pestrak, Esquire
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
*Attorney for Defendants, City of Philadelphia and Blanche Carney*

jkaminsky@kiernantrebach.com
Jonathan Kaminsky, Esquire
Kiernan Trebach, LLP
10 Penn Center
1801 Market Street, Suite 770
Philadelphia, PA 19103
*Attorney for Defendant, Mariesha Apollon*

O'CONNOR KIMBALL LLP

By: _____
Thomas J. Gregory, Esquire
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
215-564-0400          Facsimile: 215-564-1973
Email: tgregory@okllp.com
*Attorney for Defendants, YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P. and Blair Cabellos, LPN*