LAW OFFICES

**O'CONNOR KIMBALL, LLP**

TWO PENN CENTER PLAZA, SUITE 1100

1500 JOHN F. KENNEDY BOULEVARD

PHILADELPHIA, PA  19102

(215) 564-0400

FAX (215) 564-1973

WEBSITE: www.oconnorkimball.com

**THOMAS J. GREGORY**
tgregory@okllp.com

NEW JERSEY OFFICE
51 HADDONFIELD ROAD, SUITE 330
CHERRY HILL, NJ 08002
(856) 663-9292
FAX (856) 663-6566

June 2, 2025

**VIA ECF FILING SYSTEM:**

Magistrate Judge Scott W. Reid

3000 U.S. Courthouse, Courtroom 3C

601 Market Street

Philadelphia, PA 19106

> **Re:** *Jacob and Junes Jung, Administrator for the Estate of Louis Jung, Jr. v. YesCare Corp., Lalitha Trivikram, and Maureen Gay, et al.*
> USDC for ED of PA, No. 24-CV-05618
> Our File No. 210-2544

Dear Judge Reid:

I represent defendant YesCare and its individual employee defendants in this matter.  The case is scheduled for a settlement conference with Your Honor on June 23, 2025.

I am aware that your conference order requires the presence of my client's decision-maker.  My client's Senior Litigation Manager,  Thomas Smith, will be the representative for my client. His office is in Nashville Tennessee, at YesCare's corporate headquarters.   Tom has asked me to request Your Honor that he be allowed to participate in the conference remotely, either via video connection or phone.

Thank you for your kind consideration of this request.

Respectfully yours,

**O'CONNOR KIMBALL LLP**

*Thomas J. Gregory*

Thomas J. Gregory

TJG:amb

cc:     Bret Grote, Esquire (via ECF Filing System)
Nia Holston, Esquire (via ECF Filing System)
Rupalee Rashatwar, Esquire (via ECF Filing System)
Margaret Hu, Esquire (via ECF Filing System)
Michael Pestrak, Esquire (via ECF Filing System)
Sarah M. Baker, Esquire (via ECF Filing System)
Jonathan Kaminsky, Esquire (via ECF Filing System)