

**Bret Grote <bretgrote@alcenter.org>**

## Jung v. City of Philadelphia

**Jonathan Kaminsky** <jkaminsky@kiernantrebach.com>    Thu, May 29, 2025 at 2:52 PM
To: Bret Grote <bretgrote@alcenter.org>
Cc: Thomas Gregory <tgregory@okllp.com>, "sbaker@kiernantrebach.com" <sbaker@kiernantrebach.com>, Michael Pestrak <michael.pestrak@phila.gov>, Nia <nia@alcenter.org>, Rupalee Rashatwar <rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>

Bret,

I do not have anything to add or change to the proposed protective order.

Thank you,
Jon
[Quoted text hidden]
--

**Jonathan Kaminsky, Esquire**

**Kiernan Trebach LLP**
Ten Penn Center, Suite 770
1801 Market Street
Philadelphia, PA 19103-1606

D 215-576-4502
T 215-569-4433
F 215-569-4434

www.KiernanTrebach.com



**Our office is a paperless environment.  We would appreciate you sending all communications to our office electronically by email, rather than in paper form by regular mail or fax.  We thank you for your consideration and courtesies.**

This message and any files or attachments transmitted herewith contain
CONFIDENTIAL INFORMATION and is (are) intended only for the named
addressee(s).  It may be protected by the attorney-client privilege,
attorney-work product or other doctrines.  If you received this email
message in error, please immediately notify the sender by telephone or
email and destroy or delete the original message with copying.  Please
do not publish, copy or circulate this message.