IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr. | : : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW | : : : : : : : : | NO. 24-5618 |

## ORDER

**NOW**, this 5th day of June, 2025, upon consideration of the Parties' Stipulated Confidentially Agreement (Doc. No. 47) seeking to protect personal identifying information, it is **ORDERED** that the parties may redact from any discovery materials the personal identifying information of people other than plaintiffs' decedent.

                                                                                     /s/ Timothy J. Savage
                                                                                TIMOTHY J. SAVAGE, J.