

1801 Market St., Suite 770
Ten Penn Center
Philadelphia, PA 19103
T: (215) 569-4433
F: (215) 569-4434
KiernanTrebach.com

jkaminsky@kiernantrebach.com

June 11, 2025

**VIA ECF FILING SYSTEM:**
Magistrate Judge Scott W. Reid
3000 U.S. Courthouse, Courtroom 3C
601 Market Street
Philadelphia, PA 19106

    Re:    Jacob and Junes Jung, Administrator for the Estate of Louis Jung, Jr. v. City ogf Philadelphia, et al.
             USDC for ED of PA, No. 24-CV-05618
             Our File No. 1758.1261

Dear Judge Reid:

      Our office represents Defendant Mariesha Apollon in this matter. The case is scheduled for a settlement conference with Your Honor on June 23, 2025.

      I am aware that your conference order requires the presence of my client's decision-maker. My client's Complex Claims Consultant, Kathleen Miller, will be the representative for my client. Her office is in Glastonbury, CT. Ms. Miller has asked me to request Your Honor that she be allowed to participate in the conference remotely, either via video connection or phone.

      Thank you for your kind consideration of this request

                                    Very truly yours,

                                    JONATHAN M. KAMINSKY

JMK/lmc

    cc:    All Counsel of Record (Via ECF Filing)