IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : : : : : | **CIVIL ACTION** |
| **v.** | : : : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW** | : : : : : : : : | **NO. 24-5618** |

## ORDER

**NOW**, this 18th day of June, 2025, upon consideration of Plaintiffs' Motion to Compel Discovery From Defendant YesCare Corp. (Doc. No. 54), it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. No later than **July 2, 2025**, YesCare shall serve upon counsel for the plaintiffs full and complete responses to Requests Nos. 2, 3, 6, 7, and 10 of Plaintiffs' First Request for Production of Documents to Defendants YesCare Corp., Lalitha Trivkram, and Maureen Gay, together with all requested documents.

2. YesCare shall organize and label the documents to correspond with the categories in the Requests.

3. YesCare's written response to each Request shall state, where appropriate,

that it has no documents responsive to the given Request and shall be accompanied by a certification that no such documents exist.

_____
TIMOTHY J. SAVAGE, J.