IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, :<br>:<br>:<br>: Plaintiff, :<br>:<br>v. :<br>:<br>CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Defendants. | No. 2:24-cv-05618-TJS<br><br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION FOR EXTENSION OF TIME TO EXTEND DISCOVERY

The Parties respectfully move this Court for an order extending all discovery and filing deadlines in the Court's Case Management Order of May 22, 2025 (ECF No. 41) by 60 days. The Parties also request that the deadline for participating in a settlement conference before Magistrate Judge Scott W. Reid be extended, as the mediation was postponed in light of this Court granting a motion allowing the filing of a Third-Party complaint. In support of this request, the Parties state the following:

1. This Court's May 22nd order requires the parties to complete fact discovery by August 1, 2025, submit expert reports by August 29, 2025, and, complete expert discovery by September 26, 2025, and file motions for summary judgment by October 10, 2025. (ECF No. 41, ¶ 3).

1

2. Since that order, the Parties have actively engaged in the discovery process. The City of Philadelphia and YesCare Defendants have produced thousands of documents and responded to Interrogatories.

3. Defendant Apollon, City of Philadelphia Defendants, and YesCare Defendants all intend to produce additional discovery in the coming two weeks in response to Plaintiff requests.

4. Depositions had been scheduled for July, but those have had to be postponed in light of the pending addition of another party to the case.

5. On June 19, 2025, YesCare filed a Motion for Leave to File a Third-Party Complaint naming CareerStaffing Unlimited, LLC, the employer of Defendant Apollon during the relevant time period for this case, as a necessary party to this litigation. Dkt. 57.

6. This Court granted YesCare's Motion on May June 20, 2025. Dkt. 58. YesCare has until July 10, 2025 to file a Third-Party Complaint.

7. In light of the foregoing, Judge Reid postponed the settlement conference in this case that had been scheduled for June 23, 2025.

8. Upon filing of the Third-Party Complaint, CareerStaffing Unlimited will have either 21 or 60 days under Fed. R. Civ. P. 12 to respond to that Complaint.

9. Given that the addition of a new party to the case will entitle that party to participate in the discovery process, the Parties hereby respectfully ask this Court of an additional 60 days to complete the settlement conference and discovery.

10. This time is necessary to ensure fairness to the Defendant that will be added to the case. Depositions should not be scheduled until all Parties are in the case who will have a right to participate.

11. This additional time is also necessary in order to promote the efficient use the Parties' resources as well. Additional time will allow the Parties to schedule depositions to occur after the date upon which Judge Reid schedules the mediation conference, which had been the plan until the postponement of the settlement conference. The Parties are approaching the settlement conference in good faith and are intent on seriously exploring the prospect of a negotiated resolution of this matter. It is cost-efficient to conduct this mediation prior to the depositions, and thus additional time will benefit all Parties and prejudice none.

12. Document production and written discovery will continue and ensure that the Parties are making progress on preparing this case for all subsequent phases should it not resolve at the rescheduled settlement conference.

13. The Parties do not make this request lightly and fully understand the importance of proceeding through the discovery process as efficiently and as timely as possible. However, in light of the factors discussed above, the Parties believe the request extension is essential for ensuring a fair and comprehensive discovery process, and ensuring that CareerStaffing Unlimited's rights under the Federal Rules of Civil Procedure are given full effect.

WHEREFORE, the Parties jointly move the Court for an Order extending the discovery and filing deadlines in the Case Management Order of May 22, 2025 (ECF No. 23) by 60 days.

Respectfully submitted,

*/s/ Bret Grote*
Bret Grote (PA 317273)
*/s/ Nia Holston*
Nia Holston (PA 327384)
*/s/ Rupalee Rashatwar*
Rupalee Rashatwar (PA 331085)
*/s/ Margaret Hu*
Margaret Hu (PA 334438)
990 Spring Garden

Philadelphia, PA 19123
(412) 654-9070
bretgrote@abolitionistlawcenter.org
nia@alcenter.org
rupalee@alcenter.org
margo@alcenter.org

*Attorneys for Plaintiff*

/s/ Michael Pestrak
Michael Pestrak
Senior Attorney
Pa. Attorney ID No. 208611
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5387 (phone)
michael.pestrak@phila.gov

*Attorney for City of Philadelphia Blanche Carney, Gena Fraiser, and Wanda Bloodshaw*

/s/ Thomas J. Gregory
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
215-564-0400
email: tgregory@okllp.com

*Attorney for YesCare Corp, Lalitha Trivikram, M.D., Maureen Gay, N.P.*

/s/ Jonathan Kaminsky
Jonathan M. Kaminsky, Esq.
Sarah M. Baker, Esq.

*Attorneys for Mariesha Apollon*

DATE: July 7, 2025

4

## CERTIFICATE OF SERVICE

I, Bret Grote, hereby certify that on July 7, 2025, I caused to be served a true and correct copy of the foregoing Joint Motion to Extend Discovery to the following via the Court's ECF system:

    Jonathan M. Kaminsky
    Sarah M. Baker
    JKaminsky@KiernanTrebach.com
    sbaker@kiernantrebach.com

    Counsel for Mariesha Apollon


    Michael Pestrak
    Deputy City Solicitor
    michael.pestrak@phila.gov

    Counsel for City of Philadelphia and Blanche Carney

    Thomas J. Gregory, Esquire
    O'CONNOR KIMBALL, LLP
    email:  tgregory@okllp.com

    Counsel for YesCare Corp., Lalitha Trivkram, Maureen Gay


*/s/ Bret Grote*
Bret Grote (PA 317273)
990 Spring Garden
Philadelphia, PA 19123
(412) 654-9070
bretgrote@abolitionistlawcenter.org