IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : : : | No. 2:24-cv-05618-TJS |
| Plaintiff, | : : : | |
| v. | : : : | **JURY TRIAL DEMANDED** |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, | : : : : : : : | |
| Defendants. | | |

## **PROPOSED ORDER**

AND NOW, this _____ day of July 7, 2025, upon consideration of the Parties' Joint Motion for Extension of Discovery, the Motion GRANTED. The Parties are ordered to participate in a settlement conference with and on the date set by Magistrate Judge Reid. All other pending deadlines in this Court's Case Management Order of May 22, 2025 are hereby extended by 60 days.

BY THE COURT:

_____