　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nia Holston <nia@alcenter.org>

# Jung v. City of Philadelphia - Deposition Notices

**Bret Grote** <bretgrote@alcenter.org>　　　　　　　　　　　　　　Wed, Jun 4, 2025 at 12:00 PM
To: Michael Pestrak <michael.pestrak@phila.gov>, Thomas Gregory <tgregory@okllp.com>, Jonathan Kaminsky <JKaminsky@kiernantrebach.com>, "sbaker@kiernantrebach.com" <sbaker@kiernantrebach.com>
Cc: Margaret Hu <margo@alcenter.org>, Nia <nia@alcenter.org>, Rupalee Rashatwar <rupalee@alcenter.org>

Counsel,

Good morning. Attached find deposition notices for each defendant, including 30(b)(6) notices for the City of Philadelphia and YesCare Corporation, as well as a notice for Lt. Shawn Jay, who completed the "Report of Investigation" into Mr. Jung's death. I will list out the proposed schedule in the body of the email for convenience.

The Court has given us a deadline of August 1, so the dates are all within that period. We are willing to work with all counsel to find dates that accommodate you and your clients, though they must be within the given period for completion of discovery. It is possible that we can do more than one deposition on certain days, depending on which depositions.

Only three depositions (Bloodsaw, Frasier, and Cabellos) will be in person. The rest will be via zoom, which should assist in scheduling.

Mike and Tom, if you have any issues or questions with the 30(b)(6) notices please inform us right away so we can be sure that there is a clear understanding in the topics to be addressed through the 30(b)(6) testimony.

If any of the 30(b)(6) deponents are defendants in this case then please provide notice ahead of that defendants' deposition so we can prepare to divide the deposition and transcript accordingly.

Here is the schedule:

- June 30 – Mariesha Apollon – 10am (zoom)
- July 1 – Maureen Gay – 10am (zoom)
- July 3 – Wanda Bloodsaw – 10am – (in person)
- July 7 – Gena Frasier – 10am – (in person)
- July 8 – Blair Cabellos – 10am ( in person)
- July 9 — 30(b)(6) PDP – 10am (zoom)
- July 15 – Shawn Jay – 10am (zoom)
- July 16 – 30(b)(6)-YesCare – 10am (zoom)
- July 22 – Lalitha Trivikram – 10am (zoom)
- July 24 – Blanche Carney (zoom)

Sincerely,

Bret Grote
Legal Director
Abolitionist Law Center

---

**10 attachments**

 **Notice of Deposition-Carney.pdf**
131K

**Notice of Deposition-Apollon.pdf**
130K

**Notice of Deposition-Cabellos.pdf**
130K

**Notice of Deposition-Bloodsaw.pdf**
131K

- 📕 **Notice of Deposition-Frasier.pdf**
  130K
- 📕 **Notice of Deposition-Jay.pdf**
  150K
- 📕 **Notice of Deposition-Gay.pdf**
  131K
- 📕 **Notice of Deposition-Trivikram.pdf**
  131K
- 📕 **Notice of 30(b)(6) Deposition - City of Philadelphia.pdf**
  174K
- 📕 **Notice of 30(b)(6) Deposition- YesCare Corporation.pdf**
  194K