

Nia Holston <nia@alcenter.org>

## Jung v. City of Philadelphia - Deposition of Ms. Bloodsaw August 12th

**Jonathan Kaminsky** <jkaminsky@kiernantrebach.com>    Wed, Aug 13, 2025 at 2:36 PM
To: Bret Grote <bretgrote@alcenter.org>
Cc: Nia <nia@alcenter.org>, Rupalee Rashatwar <rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>, Lora Crossley <lcrossley@kiernantrebach.com>, Sarah Baker <sbaker@kiernantrebach.com>

Hi Bret,

Sarah is required under the contract to attend and defend Ms. Apollon's deposition. We are currently working to identify dates in September, but at the moment she is attached for trial in three separate matters that month. We expect her calendar to open up, but that has not yet occurred.

We appreciate your patience, and we're hopeful to provide availability for mid-September soon. Please let us know if you have any questions in the meantime.


Thank you,
Jon
[Quoted text hidden]
--

**Jonathan Kaminsky, Esquire**

**Kiernan Trebach LLP**
Ten Penn Center, Suite 770
1801 Market Street
Philadelphia, PA 19103-1606

D 215-576-4502
T 215-569-4433
F 215-569-4434

www.KiernanTrebach.com



**Our office is a paperless environment.  We would appreciate you sending all communications to our office electronically by email, rather than in paper form by regular mail or fax.  We thank you for your consideration and courtesies.**

This message and any files or attachments transmitted herewith contain CONFIDENTIAL INFORMATION and is (are) intended only for the named addressee(s).  It may be protected by the attorney-client privilege, attorney-work product or other doctrines.  If you received this email message in error, please immediately notify the sender by telephone or email and destroy or delete the original message with copying.  Please do not publish, copy or circulate this message.