


 Gmail	Nia Holston <nia@alcenter.org>

## Jung v. City of Philadelphia - Revised Deposition Notices

**Bret Grote** <bretgrote@alcenter.org>	Thu, Jul 17, 2025 at 3:58 PM
To: Michael Pestrak <michael.pestrak@phila.gov>, Jonathan Kaminsky <JKaminsky@kiernantrebach.com>, "sbaker@kiernantrebach.com" <sbaker@kiernantrebach.com>, Thomas Gregory <tgregory@okllp.com>
Cc: Nia <nia@alcenter.org>, Rupalee Rashatwar <rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>

Counsel,

Good afternoon. Attached find revised deposition notices for this case. As with previous notices, please advise if you and/or your client have alternative dates to offer for any particular deposition and we will seek to find a date that accommodates our respective schedules as well as the Court's most recent case management order.

For your convenience, here is a list of the deponents and the dates in the notice for each respective deposition:

- Bloodsaw – August 12
- Frasier – August 18
- Apollon – August 20
- Cabellos – September 4
- Gay – September 8
- 30(b)(6) – Yes Care – September 12
- Trivikram – September 16
- 30(b)(6) – PDP – September 17
- Lt. Shawn Jay – September 19
- Carney – September 24

Sincerely,

Bret Grote
Legal Director
Abolitionist Law Center

**10 attachments**

- **Notice of 30(b)(6) Deposition - City of Philadelphia (7.17.25).pdf**
  174K
- **Notice of Deposition-Cabellos (7.17.25).pdf**
  130K
- **Notice of Deposition-Bloodsaw (7.17.25).pdf**
  131K
- **Notice of 30(b)(6) Deposition- YesCare Corporation (7.17.25).pdf**
  194K
- **Notice of Deposition-Apollon (7.17.25).pdf**
  130K
- **Notice of Deposition-Gay (7.17.25).pdf**
  131K
- **Notice of Deposition-Frasier (7.17.25).pdf**
  130K
- **Notice of Deposition-Trivikram (7.17.25).pdf**
  131K
- **Notice of Deposition-Carney (7.17.25).pdf**
  131K

📄 **Notice of Deposition-Jay (7.17.25).pdf**
150K