

Nia Holston <nia@alcenter.org>

## Dates for deposition of Ms. Apollon

**Bret Grote** <bretgrote@alcenter.org>                                        Mon, Sep 1, 2025 at 1:58 PM
To: Jonathan Kaminsky <jkaminsky@kiernantrebach.com>
Cc: Sarah Baker <sbaker@kiernantrebach.com>, Margaret Hu <margo@alcenter.org>, Nia <nia@alcenter.org>, Rupalee Rashatwar <rupalee@alcenter.org>, Thomas Gregory <tgregory@okllp.com>, Michael Pestrak <michael.pestrak@phila.gov>, Lora Crossley <lcrossley@kiernantrebach.com>

Jon,

Good afternoon. Attached find a notice for Defendant Apollon's deposition, which will occur September 9th. Please advise if you have any other proposed dates prior to September 10th. Thank you.

Sincerely,

Bret Grote
Legal Director
Abolitionist Law Center

On Fri, Aug 22, 2025 at 8:05 PM Jonathan Kaminsky <jkaminsky@kiernantrebach.com> wrote:
> Thanks Bret. We are still working on juggling Sarah's schedule. As I explained we are dealing with three September trial attachments and we are hoping to have more clarity as we are getting closer to September to get a date squared away.
>
> **Jonathan Kaminsky, Esquire**
>
> **Kiernan Trebach LLP**
> Ten Penn Center, Suite 770
> 1801 Market Street
> Philadelphia, PA 19103-1606
>
> D 215-576-4502
> T 215-569-4433
> F 215-569-4434
>
> www.KiernanTrebach.com



> **Our office is a paperless environment. We would appreciate you sending all communications to our office electronically by email, rather than in paper form by regular mail or fax. We thank you for your consideration and courtesies.**
>
> This message and any files or attachments transmitted herewith contain CONFIDENTIAL INFORMATION and is (are) intended only for the named addressee(s). It may be protected by the attorney-client privilege, attorney-work product or other doctrines. If you received this email message in error, please immediately notify the sender by telephone or email and destroy or delete the original message with copying. Please do not publish, copy or circulate this message.
>
> On Fri, Aug 22, 2025, 9:54 AM Bret Grote <bretgrote@alcenter.org> wrote:
>> Jon,

Good morning, hope you are well. Any update on proposed dates? As a fair warning, if we do not have anything confirmed on your end by Monday or Tuesday we will have to go ahead and notice the deposition for September 5th or 9th.

Thank you,

Bret

> On Wed, Aug 20, 2025 at 10:42 AM Bret Grote <bretgrote@alcenter.org> wrote:
>> Thanks so much, Jon
>>
>> On Wed, Aug 20, 2025 at 10:40 AM Jonathan Kaminsky <jkaminsky@kiernantrebach.com> wrote:
>>> Hi Bret,
>>>
>>> I will work on this and circle back with you.
>>>
>>> Thanks,
>>> Jon
>>>
>>> On Wed, Aug 20, 2025 at 9:24 AM Bret Grote <bretgrote@alcenter.org> wrote:
>>>> Jon,
>>>>
>>>> Good morning. Following up on our conversation from the other day, can you please assess your client, Ms. Apollon, and your own/Sarah's availability for a deposition on September 5, or 9? If those dates are not optimal, we can also do the 8th.
>>>>
>>>> If the 8th is acceptable we can seek to conduct the deposition of Maureen Gay on the 5th or 9th.
>>>>
>>>> Thank you for your consideration.
>>>>
>>>> Sincerely,
>>>>
>>>> Bret Grote
>>>> Legal Director
>>>> Abolitionist Law Center
>>>
>>> --
>>>
>>> **Jonathan Kaminsky, Esquire**
>>>
>>> **Kiernan Trebach LLP**
>>> Ten Penn Center, Suite 770
>>> 1801 Market Street
>>> Philadelphia, PA 19103-1606
>>>
>>> D 215-576-4502
>>> T 215-569-4433
>>> F 215-569-4434
>>>
>>> www.KiernanTrebach.com
>>>
>>> 
>>>
>>> **Our office is a paperless environment. We would appreciate you sending all communications to our office electronically by email, rather than in paper form by regular mail or fax. We thank you for your consideration and courtesies.**

> > This message and any files or attachments transmitted herewith contain CONFIDENTIAL INFORMATION and is (are) intended only for the named addressee(s). It may be protected by the attorney-client privilege, attorney-work product or other doctrines. If you received this email message in error, please immediately notify the sender by telephone or email and destroy or delete the original message with copying. Please do not publish, copy or circulate this message.

📄 **Revised Notice of Deposition-Apollon.pdf**
130K