**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as | : | |
| Administrators of the Estate of LOUIS | : | |
| JUNG, JR, | : | No. 2:24-cv-05618-TJS |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| CITY OF PHILADELPHIA; YesCare Corp.; | : | |
| BLANCHE CARNEY, Former | : | |
| Commissioner of Philadelphia Dept. of | : | |
| Prisons; LALITHA TRIVIKRAM; | : | |
| MAUREEN GAY; MARIESHA APOLLON; | : | |
| BLAIR CABELLOS; GENA FRASIER; | : | |
| WANDA BLOODSAW, | : | |
| | | |
| Defendants. | | |

## NOTICE OF DEPOSITION OF MARIESHA APOLLON PURSUANT TO FED. R. CIV. P. 30

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30(b)(1) Plaintiffs, by and through counsel, shall take the deposition of Mariesha Apollon on September 9, 2025. The deposition will be taken at 990 Spring Garden St., Philadelphia, PA 19123 and it will begin at 10:00 a.m. before a person duly authorized to administer oaths and will continue from day to day until completed. The deposition shall be recorded by stenographic and video means.

Respectfully submitted,

*/s/ Bret Grote*
Bret Grote (PA 317273)
*/s/ Nia Holston*
Nia Holston (PA 327384)
*/s/ Rupalee Rashatwar\**
Rupalee Rashatwar (PA 331085)
*/s/ Margaret Hu*
Margaret Hu (PA 334438)
990 Spring Garden

Philadelphia, PA 19123
(412) 654-9070
bretgrote@abolitionistlawcenter.org
nia@alcenter.org
rupalee@alcenter.org
margo@alcenter.org

DATE: September 1, 2025