

Nia Holston <nia@alcenter.org>

## Dates for deposition of Ms. Apollon

**Jonathan Kaminsky** <jkaminsky@kiernantrebach.com>　　　　　　　　　　　Wed, Sep 3, 2025 at 12:19 PM
To: Bret Grote <bretgrote@alcenter.org>
Cc: Margaret Hu <margo@alcenter.org>, Nia <nia@alcenter.org>, Rupalee Rashatwar <rupalee@alcenter.org>, Thomas Gregory <tgregory@okllp.com>, Michael Pestrak <michael.pestrak@phila.gov>, Lora Crossley <lcrossley@kiernantrebach.com>, Sarah Baker <sbaker@kiernantrebach.com>

Dear Bret,

I hope this finds you well. Unfortunately, Ms. Apollon is unavailable on the date the plaintiff proposed for her deposition. In a good faith effort to move things forward, we are providing several alternative dates that she is available: September 30; October 1, 2, 3, 7, 8, and 9.

As we have discussed, Sarah Baker is lead counsel on this matter and will be defending Ms. Apollon's deposition.

We also want to respectfully reiterate that Ms. Apollon was only recently added as a defendant, having been served in late April 2025. While this case has been pending since October 2024, both plaintiffs and co-defendants, the City and YesCare, have had the benefit of time to review the extensive records, including policies and medical documents. Ms. Apollon has not had the same opportunity, and proceeding with her deposition in such a short time frame would present a significant disadvantage.

That said, Ms. Apollon's deposition is not required for a productive settlement conference, and we remain committed to cooperating in good faith. Please note that due to Sarah's trial obligations, as she is still attached to trials this and next month we may need to revisit the dates if one goes forward.

Thank you for your attention to this matter, and we appreciate your continued cooperation.

Sincerely,
Jon

[Quoted text hidden]