IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr. | : : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW | : : : : : : : : | NO. 24-5618 |

## ORDER

**NOW**, this 5th day of September, 2025, upon consideration of Plaintiff's Motion to Compel Deposition of Mariesha Apollon (Doc. No. 64), it is **ORDERED** that defendant Mariesha Apollon shall respond to the motion no later than <u>**noon**</u> on **Monday, September 8, 2025**.

_____
TIMOTHY J. SAVAGE, J.