IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB AND JAMES JUNG, ADMINISTRATORS OF ESTATE OF LOUIS JUNG, JR,         PLAINTIFFS, <br><br>v.<br><br>CITY OF PHILADELPHIA; BLANCHE CARNEY, FORMER COMMISSIONER OF PHILADELPHIA DEPT. OF PRISONS; LAITHA TRIVIKRAM; MAUREEN GAY; YESCARE CORP.; MARIESHA APOLLON; BLAIRE CABELLOS; GENA FRASIER; AND WANDA BLOODSAW         DEFENDANTS. | CIVIL ACTION:<br><br>No. 24-cv-05618-TJS |

## MARIESHA APOLLON'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL DEPOSITION

1. Now comes Defendant, Mariesha Apollon, by and through her undersigned counsel hereby responds in opposition to the Plaintiffs' Motion to Compel an Order directing Mariesha Apollon to a deposition on September 9, 2023. The responses, and arguments in support of this response in opposition are set forth below.

                Respectfully Submitted,

                /s/Jonathan Kaminsky

By:_____
        SARAH M. BAKER, ESQUIRE
        JONATHAN M. KAMINSKY, ESQUIRE
        Kiernan Trebach LLP
        1801 Market Street, Suite 770
        Philadelphia, PA 19103
        215-569-4433
        sbaker@kiernantrbach.com
        jkaminsky@kiernantrebach.com
        *Attorneys for Defendant, Mariesha Apollon*

Date: September 8, 2025

## **VERIFICATION**

I, JONATHAN M. KAMINSKY, Esquire, hereby state that I am the attorney for Defendant/Respondent, Mariesha Apollon in the foregoing matter, and as such am authorized to and do make this Verification on his behalf. I verify that statements made in the foregoing Response in Opposition to Plaintiff's are true and correct to the best of my knowledge, information and belief. The undersigned understands that the statements made therein are subject to the penalties of 18 Pa. C.S. §4904 relating to unsworn falsification to authorities.

/s/Jonathan Kaminsky
_____
JONATHAN KAMINSKY, ESQUIRE

Date: September 8, 2025