IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB AND JAMES JUNG, ADMINISTRATORS OF ESTATE OF LOUIS JUNG, JR,** <br> **PLAINTIFFS,** <br><br> v. <br><br> **CITY OF PHILADELPHIA; BLANCHE CARNEY, FORMER COMMISSIONER OF PHILADELPHIA DEPT. OF PRISONS; LAITHA TRIVIKRAM; MAUREEN GAY; YESCARE CORP.; MARIESHA APOLLON; BLAIRE CABELLOS; GENA FRASIER; AND WANDA BLOODSAW** <br> **DEFENDANTS.** | **CIVIL ACTION:** <br><br> **No. 24-cv-05618-TJS** |

## ORDER

**AND NOW**, this _____ day of _____, 2025, upon consideration of the Motion of Plaintiffs Jacob and James Jung and Mariesha Apollon's response in opposition thereto, it is hereby **ORDERED** that said Motion to Compel is hereby **DENIED.**

**IN THE ALTERNATIVE**, the deposition for Mariesha Apollon shall occur before September 26, 2025, but not on September 9, 2025.

_____
TIMOTHY J. SAVAGE, J.