IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** | : | **CIVIL ACTION** |
| **Administrators of the Estate of Louis** | : | |
| **Jung, Jr.** | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE** | : | |
| **CARNEY, Former Commissioner of** | : | |
| **Philadelphia Dept. of Prisons, LALITHA** | : | |
| **TRIVIKRAM, MAUREEN GAY, YESCARE** | : | |
| **CORP., MARIESHA APOLLON, BLAIR** | : | |
| **CABELLOS, GENA FRASIER, and** | : | |
| **WANDA BLOODSAW** | : | **NO. 24-5618** |

## ORDER

**NOW**, this 8th day of September, 2025, upon consideration of the Plaintiff's Motion to Compel Deposition of Mariesha Apollon (Doc. No. 64) and the defendant's response in opposition, it is **ORDERED** that motion is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.