**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as | : | |
| Administrators of the Estate of LOUIS | : | |
| JUNG, JR, | : | No. 2:24-cv-05618-TJS |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| CITY OF PHILADELPHIA; YesCare Corp.; | : | |
| BLANCHE CARNEY, Former | : | |
| Commissioner of Philadelphia Dept. of | : | |
| Prisons; LALITHA TRIVIKRAM; | : | |
| MAUREEN GAY;  MARIESHA | : | |
| APOLLON; BLAIR CABELLOS; GENA | : | |
| FRASIER; WANDA BLOODSAW, | : | |
| | | |
| Defendants. | | |

## <u>JOINT MOTION FOR EXTENSION OF TIME TO EXTEND DISCOVERY</u>

The Parties respectfully move this Court for an order extending all discovery and filing deadlines in the Court's Case Management Order of July 10, 2025 (ECF No. 62) by 60 days. In support of this request, the Parties state the following:

1.      This Court's July 10, 2025 order requires the parties to complete fact discovery by September 26, 2025, submit expert reports by November 7, 2025, and, complete expert discovery by November 21, 2025, and file motions for summary judgment by December 5, 2025. (ECF No. 62, ¶ 5).

2.      Since that order, the Parties have actively engaged in the discovery process. YesCare Defendants have produced thousands of additional documents and responded to Interrogatories. YesCare Defendants produced relevant discovery on July 8, July 30, and August

15. YesCare Defendants noticed two depositions of Plaintiffs Jacob and James Jung, which were conducted on September 8 and submitted interrogatory requests on August 21.

3.     The City of Philadelphia produced two of their defendants –Wanda Bloodsaw and Gena Frasier, for depositions that were noticed by the Plaintiffs.

4.     Counsel for Defendant Mariesha Apollon also submitted interrogatory requests and requests for productions for the Plaintiffs. Plaintiffs attempted to take Apollon's deposition on two separate dates and expect a deposition date to be confirmed soon.

5.     Defendant Apollon and her counsel are not able to schedule her deposition prior to the current deadline for completion of fact discovery on September 26.

6.     Six depositions have taken place so far. Plaintiffs have taken the deposition of Blair Cabellos, Wanda Bloodsaw, Gena Fraiser, and Maureen Gay. Defendant YesCare took the deposition of Jacob and James Jung.

7.     The Plaintiffs have noticed an additional six depositions—Shawn Jay, Mariesha Apollon, Lalitha Trivikram, Blanche Carney, as well as two 30(b)(6) depositions of PDP and YesCare.

8.     The Plaintiffs have not received confirmations for any of the additionally noticed depositions. Two depositions, those of Shawn Jay and the 30(b)(6) deposition were noticed for the week of September 15-19, but could not be conducted at that time due to counsel for the City being in trial.

9.     The Plaintiffs anticipate noticing additional depositions based upon information learned during the discovery and deposition process. For example, the Plaintiffs received interrogatory responses from Defendant Apollon last week partially identifying two individuals,

one by first name and one by last name, that may lead to additional depositions after Plaintiffs determine their identity.

10.    Plaintiffs also will soon be receiving additional information from YesCare in response to Interrogatories submitted on July 25 that will likely result in further depositions being noticed based on the information provided.

11.    The Plaintiffs and YesCare are still in discussions about production related to this Court's Order on Plaintiffs' Motion to Compel Discovery. (ECF No. 56) YesCare has produced substantial additional documents in response to that order, though the Parties require additional time to come to agreement on the remaining documents to be produced and the timeline for that production.

12.    Mediation was conducted by the parties and the Honorable Scott W. Reid on September 10, 2025. The parties were not able to come to a settlement agreement and thus continue to more forward with the discovery process. (ECF No. 68).

13.    YesCare Defendants filed a motion to add a third party, CareerStaffing Unlimited, LLC as a defendant in this matter on June 29, 2025 (ECF No. 57) and the Court granted that motion on June 20, 2025 (ECF No. 58). CareerStaffing has recently been served and it is anticipated that it will soon have counsel enter an appearance. Defendant CareerStaffing Unlimited LLC will need additional time to engage in the discovery process, and efforts to move the case forward without their involvement will prove redundant.

14.    The Parties do not make this request lightly and fully understand the importance of proceeding through the discovery process as efficiently and as timely as possible. However, in light of the factors discussed above, the Parties believe the request extension is essential for ensuring a fair and comprehensive discovery process.

WHEREFORE, the Parties jointly move the Court for an Order extending the discovery and filing deadlines in the Case Management Order of July 10, 2025 (ECF No. 62) by 60 days.

Respectfully submitted,

*/s/ Bret Grote*
Bret Grote (PA 317273)
*/s/ Nia Holston*
Nia Holston (PA 327384)
*/s/ Rupalee Rashatwar*
Rupalee Rashatwar (PA 331085)
*/s/ Margaret Hu*
Margaret Hu (PA 334438)
990 Spring Garden
Philadelphia, PA 19123
(412) 654-9070
bretgrote@abolitionistlawcenter.org
nia@alcenter.org
rupalee@alcenter.org
margo@alcenter.org

*Attorneys for Plaintiff*

*/s/ Michael Pestrak*
Michael Pestrak
Senior Attorney
Pa. Attorney ID No. 208611
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5387 (phone)
michael.pestrak@phila.gov

*Attorney for City of Philadelphia*
*Blanche Carney, Gena Fraiser, and Wanda*
*Bloodshaw*

*/s/ Thomas J. Gregory*
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
215-564-0400
email: tgregory@okllp.com

*Attorney for YesCare Corp, Lalitha Trivikram, M.D., Maureen Gay, N.P.*

*/s/ Jonathan Kaminsky*
Jonathan M. Kaminsky, Esq.
Sarah M. Baker, Esq.

*Attorneys for Mariesha Apollon*

DATE: September 18, 2025

## <u>CERTIFICATE OF SERVICE</u>

I, Bret Grote, hereby certify that on September 18, 2025, I caused to be served a true and correct copy of the foregoing Joint Motion to Extend Discovery to the following via the Court's ECF system:

Jonathan M. Kaminsky
Sarah M. Baker
JKaminsky@KiernanTrebach.com
sbaker@kiernantrebach.com

Counsel for Mariesha Apollon


Michael Pestrak
Deputy City Solicitor
michael.pestrak@phila.gov

Counsel for City of Philadelphia and Blanche Carney

Thomas J. Gregory, Esquire
O'CONNOR KIMBALL, LLP
email:  tgregory@okllp.com

Counsel for YesCare Corp., Lalitha Trivkram, Maureen Gay


*/s/ Bret Grote*
Bret Grote (PA 317273)
990 Spring Garden
Philadelphia, PA 19123
(412) 654-9070
bretgrote@abolitionistlawcenter.org