# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : : : : | **CIVIL ACTION** |
| v. | : : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW** | : : : : : : : : | **NO. 24-5618** |

## ORDER

**NOW**, this 18th day of September, 2025, upon consideration of the Joint Motion for Extension of Time to Extend Discovery (Doc. No. 69), it is **ORDERED** that the motion is **DENIED**.[1]

                                                                      /s/ Timothy J. Savage
                                                                     TIMOTHY J. SAVAGE, J.

---

[1] Notwithstanding the denial of this motion, the parties may agree to continue discovery provided it does not affect any other deadlines in the Scheduling Order.