IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, <br><br> Defendants. | No. 2:24-cv-05618-TJS <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION**

PLEASE TAKE NOTICE that, consistent with the footnote in this Court's order of September 18, 2025 that stated "the parties may agree to continue discovery provided it does not affect any other deadlines in the Scheduling Order," the parties hereby agree to complete fact discovery by November, 19 2025, and expert discovery by December 3, 2025.

Respectfully submitted,

*/s/ Bret Grote*
Bret Grote (PA 317273)
*/s/ Nia Holston*
Nia Holston (PA 327384)
*/s/ Rupalee Rashatwar\**
Rupalee Rashatwar (PA 331085)
*/s/ Margaret Hu*
Margaret Hu (PA 334438)
990 Spring Garden
Philadelphia, PA 19123

(412) 654-9070
bretgrote@abolitionistlawcenter.org
nia@alcenter.org
rupalee@alcenter.org
margo@alcenter.org

/s/ Michael Pestrak
Michael Pestrak
Senior Attorney
Pa. Attorney ID No. 208611
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5387 (phone)
michael.pestrak@phila.gov

*Attorney for City of Philadelphia Blanche Carney, Gena Fraiser, and Wanda Bloodshaw*

/s/ Thomas J. Gregory
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
215-564-0400
email: tgregory@okllp.com

*Attorney for YesCare Corp, Lalitha Trivikram, M.D., Maureen Gay, N.P.*

/s/ Jonathan Kaminsky
Jonathan M. Kaminsky, Esq.
Sarah M. Baker, Esq.

*Attorneys for Mariesha Apollon*


DATE: September 19, 2025

## CERTIFICATE OF SERVICE

I, Bret Grote, hereby certify that on September 19, 2025, I caused to be served a true and correct copy of the foregoing Stipulation to the following via the Court's ECF system:

Jonathan M. Kaminsky
Sarah M. Baker
JKaminsky@KiernanTrebach.com
sbaker@kiernantrebach.com

Counsel for Mariesha Apollon

Michael Pestrak
Deputy City Solicitor
michael.pestrak@phila.gov

Counsel for City of Philadelphia and Blanche Carney

Thomas J. Gregory, Esquire
O'CONNOR KIMBALL, LLP
email:  tgregory@okllp.com

Counsel for YesCare Corp., Lalitha Trivkram, Maureen Gay

*/s/ Bret Grote*
Bret Grote (PA 317273)
990 Spring Garden
Philadelphia, PA 19123
(412) 654-9070
bretgrote@abolitionistlawcenter.org

DATE: September 19, 2025