## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES YUNG as administrators for the estate of LOUIS JUNG, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al., <br><br> Defendants, <br><br> vs. <br><br> CAREERSTAFF UNLIMITED, LLC, <br><br> Additional Defendant. | Civil Action No. 24-CV-05618 |

**STIPULATED ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**

AND NOW, this ___ day of October, 2025, based on the Parties' stipulation that the time period for Additional Defendant CareerStaff Unlimited, LLC to respond to the Defendant/Third Party Plaintiff YesCare Corp.'s Third Party Complaint be extended by thirty (30) days, IT IS HEREBY ORDERED and DECREED that Additional Defendant CareerStaff Unlimited, LLC shall have until November 1, 2025 to respond to the Third Party Complaint herein.

IT IS SO STIPULATED this 2nd day of October, 2025:


| | |
|---|---|
| /s/ *Thomas J. Gregory* | /s/ *Danielle Pell* |
| O'CONNOR KIMBALL LLP | GORDON REES SCULLY & MANSUKHANI |
| Thomas J. Gregory, PA Bar No. 38104 | Danielle Pell, PA Bar No. 332590 |
| tgregory@okllp.com | dpell@grsm.com |
| 1500 John F. Kennedy Boulevard | 1717 Arch St., Ste. 610 |
| Philadelphia, PA 19102 | Philadelphia, PA 19103 |
| (215) 564-0400 | (215) 717-4021 |
| | |
| *Counsel for Third Party Plaintiff* | *Counsel for Additional Defendant* |

IT IS SO ORDERED:

_____
                                                              J.