## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG as Administrators for the Estate of LOUIS JUNG, JR., <br><br> Plaintiff <br><br> v. <br><br> YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, and BLAIR CABELLOS, et.al., <br><br> Defendants | Civil Action No. 24-CV-05618 |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter the appearance of Danielle Pell, Esquire on behalf of Defendant CareerStaff Unlimited, LLC.

                                            GORDON REES SCULLY MANSUKHANI

Date: October 3, 2025                By:  */s/ Danielle Pell*
                                                    Danielle Pell, Esq.
                                                      Three Logan Square
                                                      1717 Arch Street, Suite 610
                                                      Philadelphia, PA 19103
                                                      dpell@grsm.com
                                                      215-717-4033