IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr. | : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW | : : : : : : : | NO. 24-5618 |

## ORDER

**NOW**, this 10th day of October, 2025, upon consideration of the letter request for a continuance of the trial date from Susan M. Lin, Esquire, it is **ORDERED** that a telephone conference is scheduled for **Tuesday, October 14, 2025, at 10:00 a.m.** Instructions for joining the call will be provided to the parties by Chambers.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.