IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES YUNG as administrators for the estate of LOUIS JUNG, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al., <br><br> Defendants, <br><br> vs. <br><br> CAREERSTAFF UNLIMITED, LLC, <br><br> Additional Defendant. | Civil Action No.  24-CV-05618 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to its obligations under Federal Rule of Civil Procedure 7.1, Additional Defendant, CAREERSTAFF UNLIMITED, LLC hereby advises the Court that it is a non-governmental limited liability corporation with a parent corporation known as CareSave Technologies, Inc., a Delaware corporation with its principle place of business in Virginia.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI LLP

By: /s/ Danielle Pell
    Danielle Pell, PA Bar No. 332590
    dpell@grsm.com
    1717 Arch St., Ste. 610

Philadelphia, PA 19103
(215) 717-4021
*Counsel for Additional Defendant*