## CERTIFICATE OF SERVICE

I, Danielle Pell, Esquire, hereby certify that a true and correct copy of the foregoing *Notice of Intent to Serve Subpoena Directed to Tekaccel, Inc. to Produce Documents or Things* has been served this 17th day of October 2025 by electronic transmission to counsel of record listed below:

Margaret Hu, Esquire
Nia Holston, Esquire
Abolitionist Law Center
900 Spring Garden, Suite 306
Philadelphia, PA 19123
margo@alcenter.org
nia@alcenter.org

Bret Grote, Esquire
Rupalee Rashatwar, Esquire
Abolitionist Law Center
PO Box 8654
Pittsburgh, PA 15221
bretgrote@abolitionislawcenter.org
rupalee@alcenter.org

*(Counsel for Plaintiffs)*

Michael Pestrak, Esquire
City of Philadelphia Law Department
1515 Arch Street
Philadelphia, PA 19102
Michael.pestrak@phila.gov
*(Counsel for Defendants City of Philadelphia and Blanche Carney)*

Thomas J. Gregory, Esquire
O'Connor Kimball LLP
Two Penn Center, Suite 1100
1500 John F Kennedy Boulevard
Philadelphia, PA 19102
tgregory@okllp.com
*(Counsel for Defendants Lalitha Trivikram, Maureen Gay and YesCare Corp.)*

Sarah M. Baker, Esquire
Jonathan Kaminsky, Esquire
Kiernan Trebach LL
1801 Market Street, Suite 770
Philadelphia, PA 19103
sbaker@kiernantrebach.com
jkaminsky@kiernantrebach.com
*(Counsel for Defendants Mariesha Apollon, Blair Cabellos, Gena Frasier and Wanda Bloodsaw)*

GORDON REES SCULLY MANSUKHANI, LLP


By:*/s/ Danielle Pell*
    Danielle Pell, Esquire