## **CERTIFICATION**

I hereby certify that on the 30th day of October, 2025, a true and correct copy of the foregoing **Additional Defendant CareerStaff Unlimited, LLC's FED. R. CIV. P. 26(a)(1) Initial Disclosures** on all counsel or parties of record.

By: */s/ Danielle Pell*
    Danielle Pell, Esq.