**CERTIFCIATE OF SERVICE**

      I, Danielle Pell, Esquire, do hereby certify that on October 30, 2025, a true and correct copy of the foregoing Answer and Affirmative Defenses of Additional Defendant CareerStaff Unlimited LLC to Third Party Complaint was served upon all counsel of record via the Court's electronic filing system.

      */s/ Danielle Pell*
      Danielle Pell, Esquire