IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : : : : | CIVIL ACTION NO. 2:24-cv-05618-TJS |
| Plaintiff, | : : | |
| v. | : : : : | ELECTRONICALLY FILED |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, | : : : : : : : : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

Counsel, Lolo Salsbury Serrano, Esquire, hereby enters their appearance on behalf of Plaintiffs in the above-captioned case.

*/s/ Lolo Salsbury Serrano*
PA I.D. No. 338184
Abolitionist Law Center
990 Spring Garden, Suite 306
Philadelphia, PA 19123
lolo@alcenter.org

## **CERTIFICATE OF SERVICE**

I, Lolo Salsbury Serrano, hereby certify that a true and correct copy of the Notice of Appearance has been served upon Defendants' counsel via the Court's ECF system.

*/s/ Lolo Salsbury Serrano*
PA I.D. No. 338184
Abolitionist Law Center
990 Spring Garden, Suite 306
Philadelphia, PA 19123
lolo@alcenter.org
