**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR,** | : | |
| | : | |
| | : | |
| **Plaintiffs,** | : | **Civil Action** |
| | : | **No. 2:24-cv-05618** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

**TO THE CLERK OF THE COURT:**

Kindly enter the appearance of Emily M. Hoff as counsel for Defendants, City of Philadelphia, Blanche Carney, Gena Fraiser, and Wanda Bloodshaw, in the above captioned matter.

Respectfully submitted:

Dated: November 4, 2025

*/s/ Emily M. Hoff*
Emily M. Hoff
Attorney ID # 330859
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5362
Emily.Hoff@phila.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR,** | : | |
| | : | |
| **Plaintiffs,** | : | **Civil Action** |
| | : | **No. 2:24-cv-05618** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this date, a true and correct copy of the foregoing Notice of Entry of Appearance was filed via the Court's electronic filing system and is available for viewing and downloading.

Respectfully submitted,

Dated: November 4, 2025

*/s/ Emily M. Hoff*
Emily M. Hoff
Attorney ID # 330859
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5362
Emily.Hoff@phila.gov