**CERTIFICATE OF SERVICE**

    I, Danielle Pell, Esquire, do hereby certify that on November 10, 2025, a true and correct copy of the foregoing Fourth Party Complaint Against Tekaccel, Inc. was served upon all counsel of record via the Court's electronic filing system.

                                                 */s/ Danielle Pell*
                                                 Danielle Pell, Esquire