### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES YUNG as administrators for the estate of LOUIS JUNG, JR., | Civil Action No. 2:24-CV-05618-TJS |
| Plaintiffs, | |
| vs. | |
| YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al., | |
| Defendants, | |
| vs. | |
| CAREERSTAFF UNLIMITED, LLC, | |
| Third Party Defendant, | |
| TEKACCEL, INC., | |
| Fourth Party Defendant. | |

### NOTICE OF APPEARANCE

TO:   CLERK OF COURT

Kindly enter the appearance of Summer C. Thomas, Esquire, as counsel of record for Additional Defendant/Third Party Defendant, CareerStaff Unlimited, LLC, in the above-captioned matter.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI LLP

Date: November 13, 2025     By: /s/ *Summer C. Thomas*

Summer C. Thomas, Esquire
PA Bar No. 331605
scthomas@grsm.com
Three Logan Square
1717 Arch Street, Suite 610

2

Philadelphia, PA 19103
(215) 717-4028
*Counsel for Additional Defendant/Third Party Defendant, CareerStaff Unlimited, LLC*