## <u>CERTIFICATE OF SERVICE</u>

The undersigned does hereby certify that on the 13th day of November, 2025, the within

**Notice of Appearance** was filed electronically and served upon all counsel of record via the

Court's ECF system.


/s/ *Summer C. Thomas*

Summer C. Thomas, Esquire