## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES YUNG as administrators for the estate of LOUIS JUNG, JR., <br><br> Plaintiffs, <br> vs. <br><br> YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al., <br><br> Defendants, <br> vs. <br><br> CAREERSTAFF UNLIMITED, LLC, <br><br> Third Party Defendant, <br><br> TEKACCEL, INC., <br><br> Fourth Party Defendant. | Civil Action No. 2:24-CV-05618-TJS |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO:   CLERK OF COURT

Kindly withdraw my appearance as counsel of record for Additional Defendant/Third Party Defendant, CareerStaff Unlimited, LLC, in the above-captioned matter.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI LLP

Date: November 13, 2025            By: /s/ *Danielle Pell*
                                           Danielle Pell, Esquire
                                           PA Bar No. 332590
                                           dpell@grsm.com
                                           Three Logan Square
                                           1717 Arch Street, Suite 610
                                           Philadelphia, PA 19103
                                           (215) 717-4021