**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 13th day of November, 2025, the within **Notice of Withdrawal of Appearance** was filed electronically and served upon all counsel of record via the Court's ECF system.

/s/ *Danielle Pell*
Danielle Pell, Esquire