IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : : : : | CIVIL ACTION No. 2:24-cv-05618-TJS |
| Plaintiff, | : : | |
| v. | : : : : | **ELECTRONICALLY FILED** |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, | : : : : : : : : | |
| Defendants. | : | |

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF FINANCIAL DOCUMENTS**

Plaintiffs Jacob and James Jung, as administrators of the estate of Louis Jung, Jr., by and through their counsel, respectfully move this Honorable Court for an Order compelling Defendant YesCare to produce within ten (1) days all documents responsive to Plaintiffs' Second Request for Production of Documents. A brief supporting Plaintiffs' motion is submitted herewith and incorporated herein.

Respectfully submitted,

*/s/ Bret Grote*
Bret Grote (PA 317273)
*/s/ Rupalee Rashatwar*
Rupalee Rashatwar (PA 331085)
*/s/ Margaret Hu*
Margaret Hu (PA 334438)
*/s/ Lolo Salsbury Serrano*

Lolo Salsbury Serrano (PA 338184)
990 Spring Garden
Philadelphia, PA 19123
(412) 654-9070
bretgrote@abolitionistlawcenter.org
rupalee@alcenter.org
margo@alcenter.org
lolo@alcenter.org

**CERTIFICATION PURSUANT TO RULE 37 AND LOCAL RULE 26.1(f)**

I, Bret Grote, certify that on November 12, 2025 I sent an email to Thomas Gregory, Esq., counsel for Defendant YesCare Corp., about YesCare's failure to respond fully to Plaintiffs' Second Request for Production of Documents. The email was sent prior to a deposition in the case that Attorney Gregory attended. Attorney Gregory did not respond to the letter sent on November 12, so Plaintiff's counsel sent a follow up email on November 14, which also received no response. Plaintiffs' Second Request was served on October 10, 2025, and Defendant YesCare served a partial response on November 7, 2025.

*/s/ Bret Grote*
PA I.D. No. 317273
Abolitionist Law Center
990 Spring Garden, Suite 306
Philadelphia, PA 19123
(412) 654-9070
bretgrote@alcenter.org

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : : : : | CIVIL ACTION NO. 2:24-cv-05618-TJS |
| Plaintiff, | : : | |
| v. | : : : | ELECTRONICALLY FILED |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, | : : : : : : : : : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Lolo Salsbury Serrano, hereby certify that a true and correct copy of the foregoing Motion to Compel Production of Financial Documents, with accompanying proposed order, has been electronically filed on this date of November 14, 2025 and served upon Defendants' counsel via the Court's ECF system.

/s/ Lolo Salsbury Serrano
PA I.D. No. 338184
Abolitionist Law Center
990 Spring Garden, Suite 306
Philadelphia, PA 19123
lolo@alcenter.org