IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : : : : | **CIVIL ACTION** <br> **No. 2:24-cv-05618-TJS** |
| Plaintiff, | : : | |
| v. | : : : | **ELECTRONICALLY FILED** |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, | : : : : : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW, this** \_\_\_\_ day of _____, 2025, upon consideration of Plaintiff's Motion to Compel Production of Documents ("Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that Defendant YesCare shall produce to Plaintiffs, within ten (10) days, all documents responsive to Plaintiffs' Third Request for Production of Documents directed to YesCare, including:

a. All documents reflecting the financial condition at any time from January 1, 2023, to the present, of YesCare, including but not limited to: annual financial reports, revenue statements, statements of income, balance sheets, profit and loss statements, shareholder reports, and cash flow statements;

b. All YesCare entities' income tax returns for the tax years 2022 to the present; and

c. All documents provided by YesCare entities to any bank, financial institution, or lender with respect to any and all loans or lines of credit sought on behalf of YesCare, including but not limited to all loan applications, line of credit applications, financial statements, and/or statements of financial condition, income, revenue, value, net worth, solvency, and/or financial stability at any time form January 1, 2023, to the present.

BY THE COURT:

_____

, **USDJ**