Bret Grote <bretgrote@alcenter.org>

---

## Jung v. City of Philadelphia - Deficiency Letter re: Plaintiffs' Second Set of RPDs

**Bret Grote** <bretgrote@alcenter.org>  Fri, Nov 14, 2025 at 12:19 PM
To: Thomas Gregory <tgregory@okllp.com>, Raymond Wittekind <rwittekind@okllp.com>
Cc: Rupalee Rashatwar <rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>, Lolo Serrano <lolo@alcenter.org>

Tom,

Good afternoon. We did not hear a response from you yesterday in regard to this. If you want to discuss the matter please reach out immediately or else we will presume you are standing on your objections and require us to seek court intervention. Thank you.

Bret

> On Wed, Nov 12, 2025 at 9:50 AM Bret Grote <bretgrote@alcenter.org> wrote:
>
>> Tom,
>>
>> Please see attached deficiency letter. Due to the looming close of discovery, this must be resolved very promptly or we will seek court intervention.
>>
>> Thank you.
>>
>> Sincerely,
>>
>> Bret Grote
>> Legal Director
>> Abolitionist Law Center