# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES YUNG as administrators for the estate of LOUIS JUNG, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al., <br><br> Defendants, <br><br> vs. <br><br> CAREERSTAFF UNLIMITED, LLC, <br><br> Third Party Defendant, <br><br> TEKACCEL, INC., <br><br> Fourth Party Defendant. | Civil Action No. 2:24-CV-05618-TJS |

## NOTICE OF APPEARANCE

TO:  CLERK OF COURT

Kindly enter the appearance of Alexander B. Possino, Esquire, as counsel of record for Additional Defendant/Third Party Defendant, CareerStaff Unlimited, LLC, in the above-captioned matter.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI LLP

Date: November 25, 2025         By: _____
Alexander B. Possino, Esquire
PA Bar No. 324659
apossino@grsm.com
707 Grant Street, Suite 3800
Pittsburgh, PA 15219
*Counsel for Additional Defendant/Third Party Defendant, CareerStaff Unlimited, LLC*