**CERTIFICATE OF SERVICE**

    The undersigned does hereby certify that on the 25th day of November, 2025, the within **Notice of Appearance** was filed electronically and served upon all counsel of record via the Court's ECF system.

_____
Alexander B. Possino, Esquire