IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr. | : | CIVIL ACTION |
| v. | : | |
| CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW | : | NO. 24-5618 |

## ORDER

**NOW**, this 25th day of November, 2025, upon consideration of Plaintiffs' Motion to Compel Production of Financial Documents (Doc. No. 86) and defendant YesCare Corp.'s response, it is **ORDERED** that the motion is **DENIED**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.