IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG as administrators for the estate of LOUIS JUNG, JR., | Civil Action No.  2:24-CV-05618-TJS |
| Plaintiffs, | |
| vs. | |
| YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al., | |
| Defendants, | |
| vs. | |
| CAREERSTAFF UNLIMITED, LLC, | |
| Third Party Defendant, | |
| TEKACCEL, INC., | |
| Fourth Party Defendant. | |

## **ORDER**

AND NOW, this _____ day of _____, 2025 upon consideration of Defendant CareerStaff Unlimited, LLC's Motion For Summary Judgment, and any response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED, and the Third Party Complaint (Document 60) is hereby dismissed **WITH PREJUDICE**.

BY THE COURT:

_____