# EXHIBIT B

# Assignment and Amendment
# to
# CareerStaff Unlimited Managed Service Provider Master Agreement

This Assignment and Amendment (the "Assignment and Amendment") effective as of the 2nd day of May, 2024 ("Effective Date") is by and between CareerStaff Unlimited, LLC ("CSU"),  CHS Staffing, LLC ("CHS") and YesCare Corp. on behalf of itself and its Correctional Healthcare Entities (collectively, "Client", and together with CSU and CHS, the "Parties" or a "Party").  All capitalized terms herein shall have the meanings as ascribed to such terms as set forth in the Agreement.

**WHEREAS**, CSU and CHS are Parties to the Managed Service Provider Agreement dated April 28, 2022, together with all exhibits and schedules thereto and all prior amendments (collectively the "Agreement") whereby CSU provides managed services (an "MSP") to manage the procurement and ancillary processes for the healthcare staffing needs of CHS' Correctional Healthcare Entities.

**WHEREAS**, CHS desires to assign the Agreement to Client and Client accepts such assignment and assumes all the performance obligations of CHS under the Agreement, all on the terms set forth herein;

**WHEREAS**, CSU consents to the assignment of the Agreement on the terms set forth herein; and

**WHEREAS**, the Parties also desire to amend the terms of the Agreement as set forth below.

**NOW THEREFORE,** with the intent to be legally bound, and in consideration of the covenants and promises hereinafter made, the parties hereto agree as follows:

**1.** **Assignment and Assumption**.  Effective as of the Effective Date, and subject to the terms of this Assignment and Amendment, (a) CHS hereby assigns and transfers to Client all of its rights, title and interest in and to the Agreement, and (b) Client hereby accepts such assignment and agrees to perform each and every obligation of the "Client" (as defined in the Agreement) under the Agreement.

**2.** **Provision of Registry Personnel**.  Sections 1.1, 1.4.3, and 1.12 of the Agreement are hereby amended and restated as follows:

> 1.1   Client hereby exclusively engages CSU to manage the process of procuring and supplying Registry Personnel to Client's Correctional Healthcare Entities and manage the performance of all Staffing Vendors providing such Registry Personnel. The commencement date of CSU's services as to the Correctional Healthcare Entities' particular locations shall occur in accordance with **Schedule 1.1**. For the avoidance of doubt, nothing in this Agreement shall prevent Client or its Correctional Healthcare Entities from using their internal resources, including internal referrals, general advertising and other non-agency recruiting efforts to hire temporary or permanent, staff employed by Client or its Correctional Healthcare Entities without having to pay a placement fee. Further, upon execution of this Agreement, any staff from staffing agencies contracted directly with any Correctional Healthcare Agency shall be permitted to complete any contracted period which shall not be deemed a violation of this Agreement. At the time of the contract period ending and an extension is offered on the assignment, the extension will at that time be managed through CSU.
>
> 1.4.3   Intentionally Omitted

1.12    Commencing on the Effective Date, CSU shall implement the following as it pertains to the provision of Registry Personnel:

    1.12.1   CSU shall set up three separate regions in the VMS for Client and the following terms shall apply:
- a. <u>Maryland OUD Program (MD OUD)</u>.  This region is solely for recruiting and placement of Registry Personnel to fill positions in Maryland for the OUD Program.  The Staffing Vendor is responsible for submitting Registry Personnel that are not listed as submitted, prospected, selected, or scheduled on any other YesCare order to their knowledge.  CSU may utilize any number of Staffing Vendors to fill these positions unless notified otherwise by Client.
- b. <u>Philadelphia (PA Only)</u>.  This region is solely for the recruiting and placement of Registry Personnel to fill positions associated with the contract with the Philadelphia Prison System.  CSU may utilize any number of Staffing Vendors to fill these positions unless notified otherwise by Client.
- c. <u>All Other YesCare Regions</u>.  This region includes all locations except for the two listed in a(i) and a(ii) above.  For these locations, CSU shall initially limit the Staffing Vendors that may bid on the openings to the Preferred Staffing Vendors List approved by Client, which may be amended at any time by Client upon 30-day notice to CSU:
    - i. Maryland – Only the Preferred Staffing Vendors may bid on job postings for the Maryland region (excluding the OUD program) after CSU has up to seventy-two (72) hours to fulfill the Work Order, in accordance with **Section 1.3**. If an acceptable candidate is not identified within 90 days of order creation, then CSU may open up the posting to all other Staffing Vendors unless Client has requested to extend the 90-day delay or release it to all other Staffing Vendors prior to 90 days.
    - ii. All Other YesCare Locations – Only the Preferred Staffing Vendors may bid on job postings for these locations after CSU has up to seventy-two (72) hours to fulfill the Work Order, in accordance with **Section 1.3**.  If an acceptable candidate is not identified within 90 days of order creation, then CSU may open up the posting to all other Staffing Vendors unless Client has requested to extend the 90-day delay or release it to all other Staffing Vendors prior to 90 days.

**3.**    **<u>Compensation, Billing, and Payment</u>**. Section 3.6 is amended and restated as follows:

3.6 Client understands, acknowledges, and agrees that, pursuant to each Staffing Vendor Agreement, CSU may charge an administrative fee to the Staffing Vendor based on a percentage of the total value of services invoiced to Client (with such percentage to be determined by CSU in its sole discretion). CSU may deduct the fee from monies to be paid to Staffing Vendor based on services delivered to Client.

2

**4. Release.** Notwithstanding anything herein to the contrary, CHS and Client shall remain jointly and severally responsible for all liabilities and obligations arising under the Agreement prior to the date hereof. CHS is released of responsibility for all liabilities and obligations of Client arising on or after the date hereof.

**5. Notices.** All notices, consents and other communications, which either Party is required to or may desire to give the other Party under this Agreement, shall be in writing and shall be given by or deposit, postage prepaid, in the United States mail, First Class, certified or registered return receipt requested addressed to the Parties at their respective addresses, facsimile or electronic mail as agreed upon to: The Parties agree that all notices and invoices under the Agreement for "Client" after the Effective Date shall be sent to the following address (except as hereafter updated in accordance with the notice provision of the Agreement):

| | |
|---|---|
| CSU: | Client: |
| 1700 E. Golf Road | 205 Powell Place |
| Suite 800 | Suite 104 |
| Schaumburg, IL 60173 | Brentwood, TN 37027 |
| Attn: Kristin Counts | Agency.invoices@yescarecorp.com |
| Telephone: 800-540-2306 | Telephone: |
| Facsimile: 505-468-9130 | Facsimile: |

With copy to:
Genesis HealthCare LLC
101 East State St.
Kennett Square, PA 19348
Attn: Law Department
Email: lawdepartment@genesishcc.com

Document Ref: 5DQ4M-8WZXC-KMB9E-EXVRS

Other than as set forth above, all terms and conditions of the Agreement, as previously amended, shall remain the same.

**IN WITNESS WHEREOF**, the Parties hereto have executed this Assignment and Amendment as of the day and year first written above.

**CareerStaff Unlimited, LLC**

By: _Kristin Counts_
Name: Kristin Counts
Title: VP of Managed Services
Date: 05-01-2024

**YesCare Corp.**

By: _James Sprouse_ (DocuSigned)
Name: James Sprouse
Title: Chief Financial Officer
Date: 5/1/2024

**CONSENT TO ASSIGNMENT**

CHS Staffing, LLC

By: _Michael Hageny_ (DocuSigned)
Name: Michael Hagney
Title: COO
Date: 5/1/2024

4

# Signature Certificate

Reference number: 5DQ4M-8WZXC-KMB9E-EXVRS

| Signer | Timestamp | Signature |
|---|---|---|
| **Kristin Counts**  Email: kristin.counts@careerstaff.com | | |
| Sent: | 01 May 2024 22:07:40 UTC | |
| Viewed: | 01 May 2024 22:07:55 UTC | |
| Signed: | 01 May 2024 22:09:13 UTC | |

Signature: Kristin Counts

**Recipient Verification:**

✓ Email verified    01 May 2024 22:07:55 UTC

IP address: 76.29.93.237
Location: Lake Zurich, United States

Document completed by all parties on:
01 May 2024 22:09:13 UTC

Page 1 of 1



**Signed with PandaDoc**

PandaDoc is a document workflow and certified eSignature solution trusted by 50,000+ companies worldwide.

