## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the within **CONCISE STATEMENT OF UNDISPUTED MATERIAL FACTS** was filed via the Electronic Filing System. Parties may access this filing through the ECF filing system.

*/s/ Alexander B. Possino*
Alexander B. Possino, Esquire