**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : : : | No. 2:24-cv-05618-TJS |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY;  MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, | : : : : : : : : | |
| | : | |
| Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| CAREERSTAFF UNLIMITED, LLC, | : | |
| | : | |
| Third Party Defendant, | : | |
| | : | |
| v. | : | |
| | : | |
| TEKACCEL, INC., | : | |
| | : | |
| Fourth Party Defendant. | : | |

## PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST YESCARE AND DEFENDANT CABELLOS

Plaintiff, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 56, moves for partial summary judgment on their state law medical neglect claims against Defendants YesCare and Blair Cabellos. In support of this Motion the following is asserted:

1. The First Amended Complaint filed on March 13, 2025 is the operative complaint in this case.

2. Count II raises claims against YesCare and Cabellos for medical malpractice under Pennsylvania state law due to their negligent provision of care to Mr. Jung for his Type 1 diabetes.

3. YesCare deviated from the standard of care for a Type 1 diabetic, resulting in Mr. Jung suffering from hyperglycemia, diabetic ketoacidosis, and death.

4. Defendant Cabellos deviated from the standard of care for a Type 1 diabetic by failing to provide patient care when she encountered Mr. Jung on November 5, 2023, substantially contributing to his suffering from hyperglycemia, diabetic ketoacidosis, and death on November 6, 2023.

5. The foregoing bases for partial summary judgment against Defendants YesCare and Cabellos are supported by undisputed statements of material fact and legal argument contained in the brief filed in support of this motion

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully ask this Court to grant partial summary judgment and find Defendants YesCare and Cabellos liable for violating Mr. Jung's right to be free from medical malpractice with the amount of damages to be determined by the jury at trial.

Respectfully submitted,

/s/ Bret Grote
Bret Grote (PA 317273)
/s/ Rupalee Rashatwar
Rupalee Rashatwar (PA 331085)
/s/ Margaret Hu
Margaret Hu (PA 334438)
/s/ Lolo Salsbury Serrano
Lolo Salsbury Serrano (PA 338184)

990 Spring Garden
Philadelphia, PA 19123
(412) 654-9070
bretgrote@abolitionistlawcenter.org
nia@alcenter.org
rupalee@alcenter.org
margo@alcenter.org

*Counsel for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I, Bret Grote, Esq., hereby certify that I caused a true and correct copy of the foregoing Motion for Partial Summary Judgment to be electronically filed on December 5, 2025, and thereby served upon all parties entered into the Court's ECF system.

/s/ *Bret Grote*
_____
Bret Grote