IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : <br> : <br> : No. 2:24-cv-05618-TJS <br> : |
| Plaintiff, | : |
| v. | :     **JURY TRIAL DEMANDED** |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, | : |
| Defendants, | : |
| v. | : |
| CAREERSTAFF UNLIMITED, LLC, | : |
| Third Party Defendant, | : |
| v. | : |
| TEKACCEL, INC., | : |
| Fourth Party Defendant. | : |

## ORDER

AND NOW, this _____ day of _____, _____, Plaintiffs' Motion for Partial Summary Judgment is GRANTED. The Court hereby finds that Defendants YesCare and Cabellos violated Mr. Jung's rights under Pennsylvania law to be free from medical malpractice.

                                                                                                        BY THE COURT:

                                                                                                         _____

                                                                                                         Timothy J. Savage
                                                                                                         United States Magistrate Judge