IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB AND JAMES JUNG, ADMINISTRATORS OF ESTATE OF LOUIS JUNG, JR,       PLAINTIFFS, <br><br> v. <br><br> CITY OF PHILADELPHIA, ET AL.       DEFENDANTS. | CIVIL ACTION: <br><br> No. 24-cv-05618-TJS |

## MARIESHA APOLLON'S MOTION FOR SUMMARY JUDGMENT

Defendant, Mariesha Apollon (hereinafter referred to as "Ms. Apollon" or "Moving Defendant") by and through her attorneys, Kiernan Trebach LLP, hereby submit this Motion for Summary Judgment and says as follows:

1. Defendant Mariesha Apollon, R.N. files the within Motion for Summary Judgment on three bases: 1) Nurse Apollon's care of Mr. Jung does not constitute deliberate indifference to a serious medical need; 2) no expert report produced by Plaintiffs provides a causation opinion against Nurse Apollon to sustain the claim for medical malpractice; 3) Plaintiffs' expert reports were untimely produced, and should therefore be stricken.

2. For the reasons articulated in Moving Defendant's Brief in Support of Motion For Summary Judgment, and Statement of Undisputed Material Facts, Moving Defendant's Motion should be granted.

2

WHEREFORE, for the reasons set forth above, and at length in the Brief in Support of Motion for Summary Judgment, Defendant Mariesha Apollon, R.N. respectfully requests this Honorable Court grant her Motion for Summary Judgment.

Respectfully submitted,

**KIERNAN TREBACH, LLP**

Date: December 5, 2025

_____
Sarah M. Baker, Esq.
Attorneys for Mariesha Apollon

Respectfully submitted,

**KIERNAN TREBACH, LLP**

Date: December 5, 2025

_____
Jonathan M. Kaminsky, Esq.
Attorneys for Mariesha Apollon

3