IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB AND JAMES JUNG, ADMINISTRATORS OF ESTATE OF LOUIS JUNG, JR,** :<br>**PLAINTIFFS,** : <br> : <br> **v.** : <br> : <br> **CITY OF PHILADELPHIA, ET AL.** : <br> **DEFENDANTS.** : | **CIVIL ACTION:** <br><br> **No. 24-cv-05618-TJS** |

AND NOW, this _____ day of _____, 202\_\_, upon consideration Defendant Mariesha Apollon's Motion to for Summary Judgment, and any response thereto, it is HEREBY ORDERED that the Motion is GRANTED and all claims against Mariesha Apollon, R.N. are DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Timothy J. Savage, J.