# EXHIBIT "A"

```
JUNG              LOUIS N                    BRET SPI SUP SMI
(last)            (first)                    Inmate Information Menu
Intake 2310416    PID  718327
   SID 20515899   FBI  694440NA9              • Alerts
  Facility  Unit    Cell    Bed                Separations
   CFCF    B1POD3    21      3                 Disciplinary
     Alert Zoom

Sc
           Alert DIABETES    Type MEDICAL
           Verfied 07/12/2012  by SIMMONS_J
     Narrative:
He    indeff
We
Marks:

Languages:
 ENGLISH
Primary ENGLISH            LEP N
                         PgUp  · PgDn

                         GoBack
```

ATTORNEYS' EYES ONLY                                City-Jung-000108