# EXHIBIT "C"

| Patient Name: JUNG,LOUIS W | DOB: 04/16/1973 | Encounter Dt: 10/28/2023 | PID: 718327 | Intake: 2310416 | Race: White |
|---|---|---|---|---|---|

# Confidential Intake Questionnaire- PREA and Work Clearance

**PREA**

*Is this inmate disabled? (Deaf, (Unable to speak), Blind, Wheelchair bound or intellectually impaired)
○ Yes  ● No

What does the inmate identify themself as (Gay, Lesbian, Bisexual, Transgender, Intersex, or gender nonconforming)?

[                    ]

*Have you ever been incarcerated before today?
○ Yes  ● No

*Are you worried that you may be sexually assaulted while in PPS?
○ Yes  ● No

**Shift Intake Completed**

*What shift was intake completed for patient?
● Dayshift (7:00am-2:59pm)  ○ Evening Shift (3:00pm-10:59pm)  ○ Night Shift (11:00pm-11:59pm)
○ Night Shift (12:00am-6:59am)

**Work Assignment Clearance**

*Do you have any other medical condition(s) that may make it dangerous for you to participate in physical activity/exercise?
○ Yes  ● No

*Do you have epilepsy (seizures)?
○ Yes  ● No

*Have you ever had an asthma attack requiring immediate medical attention at any time over the last 12 months?
○ Yes  ● No

*Do you have a physical or mental disability? (Multiple sclerosis, Muscular dystrophy, Cerebral palsy, Paraplegia/Hemiplegia, Spina bifida, Intellectual/Hearing/Visual loss, Down syndrome, Autism, Parkinson, or other)
○ Yes  ● No

*Any open sores/wounds/boils?
○ Yes  ● No

*Do you have any communicable, contagious or sexually transmitted diseases?
○ Yes  ● No

*Have you answered Yes to 2 or more of the above questions?
○ Yes  ● No

| Patient Name: JUNG,LOUIS W | DOB: 04/16/1973 | Encounter Dt: 10/28/2023 | PID: 718327 | Intake: 2310416 | Race: White |
|---|---|---|---|---|---|

# Confidential Intake Questionnaire- Medications

**Medications Medical**

*Are you currently taking medications prescribed for any medical condition? (Including those for HIV/AIDs, Diabetes, hypertension, Sickle Cell, Asthma, Epilepsy, hepatitis, etc.)
○ Yes  ● No

*Is patient currently taking Coumadin (Warfarin)?
○ Yes  ● No

*Is patient currently taking other blood thinner? (not aspirin)
○ Yes  ● No

Immunizations
[                    ]

*Do you know when you last received tetanus?
○ Yes  ● No

**Medications Behavioral Health**

*Are you currently taking medications prescribed for emotional or mental health problems? (Including those for depression, bipolar disorder, schizophrenia, PTSD, etc.)
○ Yes  ● No

**Withdrawal Medications**

*Are you currently taking a prescribed benzo or opiate? (NOT marijuana, crack, cocaine, PCP, or crystal meth)
☐ Opiate(s) (e.g.: Codeine, Norco, OxyContin, Vicodin, Suboxone, Darvocet, Morphine, Percocet, Methadone, and Fentanyl)  ☐ Benzodiazepine(s) (e.g.: Xanax, Valium, Ativan, Librium, Klonopin, Serax and Restoril)  ☑ No

*Are you currently receiving Methadone treatment? (Please complete Northeast Treatment Center form)
○ Yes  ● No

*Are you currently receiving Suboxone treatment? (Please complete Northeast Treatment Center form)
○ Yes  ● No

*Are you currently receiving Sublocade treatment? (Please complete Northeast Treatment Center form)
○ Yes  ● No

*Did the IP accept hydration during screening and been informed to obtain more at pillpass?
● Yes  ○ No

| Patient Name: JUNG,LOUIS W | DOB: 04/16/1973 | Encounter Dt: 10/28/2023 | PID: 718327 | Intake: 2310416 | Race: White |
|---|---|---|---|---|---|

# Confidential Intake Questionnaire-BH

**Confidential Intake Questionnaire**

*1) Detainee is apparently under the influence of alcohol or drugs?
○ Yes  ● No

*2) Detainee lacks support of family or friends in the community?
○ Yes  ● No

*3) Detainee experienced a significant loss within the last six months?
○ Yes  ● No

*4) Detainee is very worried about major problems other than legal?
○ Yes  ● No

*5) Detainee's family or significant other attempted/committed suicide?
○ Yes  ● No

*6) Detainee is showing signs of mental illness?
○ Yes  ● No

*7) Detainee has a history of counseling or mental health evaluation/treatment?
○ Yes  ● No

*8) Detainee has previous suicide attempt more than a month ago?
○ Yes  ● No

*9) This is the detainee's first incarceration in lockup/jail?
○ Yes  ● No

*10) Detainee shows signs of depression (crying, sadness, worrying)?
○ Yes  ● No

*11) Detainee appears over anxious, panicked, afraid, or angry?
○ Yes  ● No

*12) Detainee acting and/or talking in a strange manner? (cannot focus attention; hearing or seeing things that are not there)
○ Yes  ● No

*13) Detainee showing signs of withdrawal?
○ Yes  ● No

*Has inmate answered yes to 8 or more of the above 13 questions?
○ Yes  ● No

*Arrested for or charged with murder, attempted murder, or unusally sensitive offense (rape, incest, abuse, pedophilia, etc.)?
○ Yes  ● No

*Detainee expresses signs of extreme embarrassment, shame, or feelings of humiliation as a result of charge/incarceration?
○ Yes  ● No

*Detainee is thinking about killing themself?
○ Yes  ● No

*Detainee is expressing feelings of nothing to live for?
○ Yes  ● No

*Are you thinking of hurting others?
○ Yes  ● No

YesCare1102

*Does patient have a global alert for suicide attempt or self-harm?
○ Yes  ● No

*1) Do you currently believe that someone can control your mind by putting thoughts into your head or taking thoughts out of your head?
○ Yes  ● No

*2) Do you currently feel that other people know your thoughts and can read your mind?
○ Yes  ● No

*3) Have you lost or gained as much as two pounds per week for several weeks without even trying?
○ Yes  ● No

*4) Have you or your family or friends noticed that you are currently much more active than you usually are?
○ Yes  ● No

*5) Do you currently feel like you have to talk or move more slowly than you usually do?
○ Yes  ● No

*6) Have there currently been a few weeks when you felt like you were useless or sinful?
○ Yes  ● No

*7) Have you ever been in the hospital for emotional or mental problems?
○ Yes  ● No

*Has inmate answered yes to 2 or more of the above 7 questions?
○ Yes  ● No

*Is the inmate a transfer back into custody from Norristown Hospital?
○ Yes  ● No

YesCare1103

US ICE | Patient Name :JUNG,LOUIS W|DOB :04/16/1973|PID:718327

| Patient Name: JUNG,LOUIS W | DOB: 04/16/1973 | Encounter Dt: 10/28/2023 | PID: 718327 | Intake: 2310416 | Race: White |
|---|---|---|---|---|---|

## Confidential Intake Questionnaire- page 3

**Confidential Intake Questionnaire**

*Detainee has history of drug abuse?
○ Yes  ● No

*Detainee has history of alcohol abuse?
○ Yes  ● No

Do you use tobacco products?
○ Yes  ● No

*Is inmate female?
○ Yes  ● No

*Blood taken?
● Yes  ○ No

*Urine for STDs taken?
● Yes  ○ No

YesCare1104

US ICE | Patient Name :JUNG,LOUIS W|DOB :04/16/1973|PID:718327

| Patient Name: JUNG,LOUIS W | DOB: 04/16/1973 | Encounter Dt: 10/28/2023 | PID: 718327 | Intake: 2310416 | Race: White |
|---|---|---|---|---|---|

# Confidential Intake Questionnaire- page 2

**Confidential Intake Questionnaire**

Have you had chicken pox?
○ Yes  ● No

*Do you have diabetes?
○ Yes  ● No

*Do you have asthma?
○ Yes  ● No

*Do you have hypertension (high blood pressure)?
○ Yes  ● No

*Do you have epilepsy (seizures)?
○ Yes  ● No

*Do you have sickle cell?
○ Yes  ● No

Do you have any communicable, contagious or sexually transmitted diseases?
○ Yes  ● No

*Do you have HIV and or AIDS?
○ Yes  ● No

*Rapid HIV test performed?
● Yes  ○ No

Date of Rapid HIV test
10/28/2023  (mm/dd/yyyy)

Intake Facility
● CFCF  ○ RCF  ○ PICC  ○ DC  ○ ASD

*Rapid HIV test results are?
○ Preliminary positive  ● Preliminary negative

Have you ever gotten a tattoo while in prison?
○ Yes  ● No

Have you ever used a needle to give yourself drugs?
○ Yes  ● No

Did you receive a blood transfusion before 1992?
○ Yes  ● No

*Do you have hepatitis?
○ Yes  ● No

*Do you have any Other Medical Conditions?
○ Yes  ● No

Have you been treated/hospitalized within the last year for any medical problem?
○ Yes  ● No

Are you on a diet prescribed by a doctor?
○ Yes  ● No

YesCare1105

US ICE | Patient Name :JUNG,LOUIS W|DOB :04/16/1973|PID:718327

| Patient Name: JUNG,LOUIS W | DOB: 04/16/1973 | Encounter Dt: 10/28/2023 | PID: 718327 | Intake: 2310416 | Race: White |
|---|---|---|---|---|---|

## Confidential Intake Questionnaire

**Confidential Intake Questionnaire**

*Routine Intake?
(●) Routine   ( ) No (Select this if Bedside Booking or Weekender Intake)

*Do you have a family physician?
( ) Yes   (●) No

Appearance
(●) Normal   ( ) Disheveled   ( ) Sweating   ( ) Tremors   ( ) Anxious

General Visual Observations
( ) Disorderly   (●) Appropriate   ( ) Insensible

Respiratory Observations
( ) Persistent Cough   ( ) Hyperventilation   (●) Normal

Skin Observations
[✓] TATTOOS   [ ] LESIONS   [ ] JAUNDICE   [ ] RASHES   [ ] INFESTATIONS   [ ] BRUISES   [ ] SCARS
[ ] NEEDLE MARKS

*Any open sores/wounds/boils?
( ) Yes   (●) No

Appear sick?
( ) Yes   (●) No

Restricted mobility?
( ) Yes   (●) No

Loss of consciousness in the last 72 hours?
( ) Yes   (●) No

*Is inmate experiencing any of the following urgent dental problems?
[ ] Large asymmetric facial swelling   [ ] Oral hemorrhage   [ ] Inability to close teeth evenly   [✓] No urgent dental problem

*Is inmate experiencing any of the following routine dental problems?
[ ] Suspicious oral lesions (raised borders)   [ ] Bleeding gums   [ ] Large cavities   [✓] No routine dental problem

*Oral hygiene status?
( ) Good   (●) Fair   ( ) Poor

*Exposure to tuberculosis?
( ) Yes   (●) No

*Has inmate experienced coughing up blood within the past three weeks?
( ) Yes   (●) No

*Has inmate experienced chest pain or pain with breathing or coughing within the past three weeks?
( ) Yes   (●) No

*Has inmate experienced unintentional weight loss within the past three weeks?
( ) Yes   (●) No

*Has inmate experienced loss of appetite within the past three weeks?
( ) Yes   (●) No

*Has inmate experienced fatigue within the past three weeks?
( ) Yes   (●) No

*Has inmate experienced fever within the past three weeks?
( ) Yes   (●) No

YesCare1106

*Has inmate experienced night sweats within the past three weeks?
○ Yes  ◉ No

*Has inmate experienced chills within the past three weeks?
○ Yes  ◉ No

*Did inmate answer yes to three or more questions and/or coughing up blood in the past three weeks?
○ Yes, Place surgical mask on inmate, notify provider immediately to rule out active TB and complete remaining Confidential Intake Screening  ◉ No

Born in, travelled to, lived in, taken a cruise to Cancun, Cozumel or any other areas in Mexico or taken a Caribbean cruise in the last six months. Or since 1997 Cameroon, Central African Republic, Chad, Congo, Equatorial Guinea, Gabon, Niger or Nigeria.
◉ Yes  ○ No

*PPD Implanted?
◉ Yes  ○ No

Location of PPD implant?
◉ Left forearm  ○ Right forearm

YesCare1107

US ICE | Patient Name :JUNG,LOUIS W|DOB :04/16/1973|PID:718327

| Patient Name: JUNG,LOUIS W | DOB: 04/16/1973 | Encounter Dt: 10/28/2023 | PID 718327 | Intake 2310416 | Race: White |
|---|---|---|---|---|---|

# Coronavirus Screening V1

**Coronavirus Screening V1**

*In the past 14 days, has the patient had close contact with a person who is under investigation for, or confirmed to have COVID-19 (Coronavirus)?

○ Yes  ● No

Temperature of patient

[                    ]

*According to patient's temperature select appropriate range

○ 97.0 to 97.3  ● 97.4 to 97.6  ○ 97.7 to 97.9  ○ 98.0 to 98.3  ○ 98.4 to 98.6  ○ 98.7 to 98.9  ○ 99.0 to 99.3  ○ 99.4 to 99.6  ○ 99.7 to 99.9  ○ 100.0 to 100.3  ○ 100.4 to 100.6  ○ 100.7 to 100.9  ○ 101.0 to 101.3  ○ 101.4 to 101.6  ○ 101.7 to 101.9  ○ 102.0 to 102.3  ○ 102.4 to 102.6  ○ 102.7 to 102.9  ○ 103.0 to 103.3  ○ 103.4 to 103.6  ○ 103.7 to 103.9  ○ 104.0 to 104.3  ○ 104.4 to 104.6  ○ 104.7 to 105.0

*Does the patient have a fever (fever is considered 100.0 F and above)?

○ Yes  ● No

*Does the patient have any noted lower respiratory symptoms?

○ Yes  ● No

*Does patient have other symptoms that may represent COVID-19?

○ Yes  ● No

*Does the patient have a fever, lower respiratory symptoms and/or other symptoms?

○ Yes  ● No

*Does patient have a positive COVID-19 Result?

○ Yes  ● No

*Does the patient have poorly controlled HIV (for example CD 4 < 200)?

○ Yes  ● No

*Has the patient received a organ transplant?

○ Yes  ● No

YesCare1108

| Patient Name: JUNG,LOUIS W | DOB: 04/16/1973 | Encounter Dt: 10/28/2023 | PID: 718327 | Intake: 2310416 | Race: White |
|---|---|---|---|---|---|

# Non-Confidential Intake Screening

## Non-Confidential Intake Screening

**Date of Intake Screening?**
10/28/2023 ... (mm/dd/yyyy)

**\*Unwilling/unable to complete intake screening? (If Yes, please complete Intake Refusal smart form)**
○ Yes  ● No

**Visible Injuries?**
○ Yes  ● No

**\*Physical Impairments?**
○ Yes  ● No

**Head trauma within the last 72 hours?**
○ Yes  ● No

**\*Do you use or require physical aids?**
○ Yes  ● No

**Detainee is apparently under the influence of alcohol or drugs?**
○ Yes  ● No

**\*Healthcare professional believes detainee may be a suicide risk?**
○ Yes  ● No

**General Population?**
● Yes  ○ No

**Single Cell?**
○ Yes  ● No

**Lower Bunk?**
○ Yes  ● No

**Lower Tier?**
○ Yes  ● No

**Lice test performed?**
● Yes  ○ No

**How lice check was done?**
● Wood Lamp  ○ Visual

**Lice detected?**
○ Yes  ● No

**Refer to midlevel practitioner or physician now?**
○ Yes  ● No

**\*Has inmate been previously diagnosed SMI?**
○ Yes  ● No

**\*Is detainee is a minor/juvenile?**
○ Yes  ● No

**\*Do you identify as transgender?**
○ Yes  ● No

**Inmate Signature**

**Witness Signature**
Mariesha Apollon RN

YesCare1109