# EXHIBIT "D"

# JUNG, LOUIS W

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,B1POD3,TRANSFER,24
50 Y old Male, DOB: 04/16/1973
00209 MORRIS ST, PHILADELPHIA, PA 19148
Provider: Gay, Maureen L, FT NP COR

Telephone Encounter

| | | |
|---|---|---|
| **Answered by** | Apollon, Mariesha | Date: 10/28/2023 |
| | | Time: 10:02 AM |
| **Caller** | Mariesha Apollon | |
| **Message** | Dr Gay Nurse Apollon Please order IP insulin thanks | |
| **Action Taken** | Gay,Maureen L, FT NP COR 10/28/2023 09:27:54 PM EDT > Please see intake orders written. | |

Patient: JUNG, LOUIS W   DOB: 04/16/1973   Provider: Gay, Maureen L, FT NP COR   10/28/2023

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

YesCare 1466

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,RCVG,B16,05
**Patient:** JUNG, LOUIS W                                                                                    **Provider:** Maureen Gay, NP
**DOB:** 04/16/1973  **Age:** 50 Y  **Sex:** Male                                                              **Date:** 10/28/2023
**Phone:**
**Address:** 00209 MORRIS ST, PHILADELPHIA, PA-19148

## Subjective:
**Chief Complaints:**
  1. SMI SPI SUD.
**HPI:**
  (1) Intake Non-Confidential:
    Non-Confidential Intake Screening
      Date of Intake Screening?  *10/28/2023*
      Unwilling/unable to complete intake screening? (If Yes, please complete Intake Refusal smart form)  *No*
      Visible Injuries?  *No*
      Physical Impairments?  *No*
      Head trauma within the last 72 hours?  *No*
      Do you use or require physical aids?  *No*
      Detainee is apparently under the influence of alcohol or drugs?  *No*
      Healthcare professional believes detainee may be a suicide risk?  *No*
      General Population?  *Yes*
      Single Cell?  *No*
      Lower Bunk?  *No*
      Lower Tier?  *No*
      Lice test performed?  *Yes*
      How lice check was done?  *Wood Lamp*
      Lice detected?  *No*
      Refer to midlevel practitioner or physician now?  *No*
      Has inmate been previously diagnosed SMI?  *No*
      Is detainee is a minor/juvenile?  *No*
      Do you identify as transgender?  *No*
      Witness Signature  *Mariesha Apollon RN*
  ()Confidential Intake Questionnaire:
    Confidential Intake Questionnaire
      Routine Intake?  *Routine*
      Do you have a family physician?  *No*
      Appearance  *Normal*
      General Visual Observations  *Appropriate*
      Respiratory Observations  *Normal*
      Skin Observations  *TATTOOS*
      Any open sores/wounds/boils?  *No*
      Appear sick?  *No*
      Restricted mobility?  *No*
      Loss of consciousness in the last 72 hours?  *No*
      Is inmate experiencing any of the following urgent dental problems?  *No urgent dental problem*
      Is inmate experiencing any of the following routine dental problems?  *No routine dental problem*
      Oral hygiene status?  *Fair*
      Exposure to tuberculosis?  *No*
      Has inmate experienced coughing up blood within the past three weeks?  *No*
      Has inmate experienced chest pain or pain with breathing or coughing within the past three weeks?  *No*
      Has inmate experienced unintentional weight loss within the past three weeks?  *No*
      Has inmate experienced loss of appetite within the past three weeks?  *No*
      Has inmate experienced fatigue within the past three weeks?  *No*
      Has inmate experienced fever within the past three weeks?  *No*
      Has inmate experienced night sweats within the past three weeks?  *No*
      Has inmate experienced chills within the past three weeks?  *No*
      Did inmate answer yes to three or more questions and/or coughing up blood in the past three weeks?  *No*
      Born in, travelled to, lived in, taken a cruise to Cancun, Cozumel or any other areas in Mexico or taken a Caribbean cruise in the last six months. Or since 1997 Cameroon, Central African Republic, Chad, Congo, Equatorial Guinea, Gabon, Niger or Nigeria.  *Yes*
      PPD Implanted?  *Yes*
      Location of PPD implant?  *Left forearm*
      Have you had chicken pox?  *No*
      Do you have diabetes?  *No*
      Do you have asthma?  *No*
      Do you have hypertension (high blood pressure)?  *No*

Do you have epilepsy (seizures)? *No*
Do you have sickle cell? *No*
Do you have any communicable, contagious or sexually transmitted diseases? *No*
Do you have HIV and or AIDS? *No*
Rapid HIV test performed? *Yes*
Date of Rapid HIV test *10/28/2023*
Intake Facility *CFCF*
Rapid HIV test results are? *Preliminary negative*
Have you ever gotten a tattoo while in prison? *No*
Have you ever used a needle to give yourself drugs? *No*
Did you receive a blood transfusion before 1992? *No*
Do you have hepatitis? *No*
Do you have any Other Medical Conditions? *No*
Have you been treated/hospitalized within the last year for any medical problem? *No*
Are you on a diet prescribed by a doctor? *No*
Detainee has history of drug abuse? *No*
Detainee has history of alcohol abuse? *No*
Do you use tobacco products? *No*
Is inmate female? *No*
Blood taken? *Yes*
Urine for STDs taken? *Yes*
1) Detainee is apparently under the influence of alcohol or drugs? *No*
2) Detainee lacks support of family or friends in the community? *No*
3) Detainee experienced a significant loss within the last six months? *No*
4) Detainee is very worried about major problems other than legal? *No*
5) Detainee's family or significant other attempted/committed suicide? *No*
6) Detainee is showing signs of mental illness? *No*
7) Detainee has a history of counseling or mental health evaluation/treatment? *No*
8) Detainee has previous suicide attempt more than a month ago? *No*
9) This is the detainee's first incarceration in lockup/jail? *No*
10) Detainee shows signs of depression (crying, sadness, worrying)? *No*
11) Detainee appears over anxious, panicked, afraid, or angry? *No*
12) Detainee acting and/or talking in a strange manner? (cannot focus attention; hearing or seeing things that are not there) *No*
13) Detainee showing signs of withdrawal? *No*
Has inmate answered yes to 8 or more of the above 13 questions? *No*
Arrested for or charged with murder, attempted murder, or unusually sensitive offense (rape, incest, abuse, pedophilia, etc.)? *No*
Detainee expresses signs of extreme embarrassment, shame, or feelings of humiliation as a result of charge/incarceration? *No*
Detainee is thinking about killing themself? *No*
Detainee is expressing feelings of nothing to live for? *No*
Are you thinking of hurting others? *No*
Does patient have a global alert for suicide attempt or self-harm? *No*
1) Do you currently believe that someone can control your mind by putting thoughts into your head or taking thoughts out of your head? *No*
2) Do you currently feel that other people know your thoughts and can read your mind? *No*
3) Have you lost or gained as much as two pounds per week for several weeks without even trying? *No*
4) Have you or your family or friends noticed that you are currently much more active than you usually are? *No*
5) Do you currently feel like you have to talk or move more slowly than you usually do? *No*
6) Have there currently been a few weeks when you felt like you were useless or sinful? *No*
7) Have you ever been in the hospital for emotional or mental problems? *No*
Has inmate answered yes to 2 or more of the above 7 questions? *No*
Is the inmate a transfer back into custody from Norristown Hospital? *No*

Medications Medical
Are you currently taking medications prescribed for any medical condition? (Including those for HIV/AIDs, Diabetes, hypertension, Sickle Cell, Asthma, Epilepsy, hepatitis, etc.) *No*
Is patient currently taking Coumadin (Warfarin)? *No*
Is patient currently taking other blood thinner? (not aspirin) *No*
Do you know when you last received tetanus? *No*

Medications Behavioral Health
Are you currently taking medications prescribed for emotional or mental health problems? (Including those for depression, bipolar disorder, schizophrenia, PTSD, etc.) *No*

Withdrawal Medications
Are you currently taking a prescribed benzo or opiate? (NOT marijuana, crack, cocaine, PCP, or crystal meth) *No*
Are you currently receiving Methadone treatment? (Please complete Northeast Treatment Center form) *No*
Are you currently receiving Suboxone treatment? (Please complete Northeast Treatment Center form) *No*
Are you currently receiving Sublocade treatment? (Please complete Northeast Treatment Center form) *No*

YesCare 1468

US ICE | Patient Name :JUNG,LOUIS W|DOB :04/16/1973|PID:718327

      Did the IP accept hydration during screening and been informed to obtain more at pillpass?  *Yes*
    Shift Intake Completed
      What shift was intake completed for patient?  *Dayshift (7:00am-2:59pm)*
    Work Assignment Clearance
      Do you have any other medical condition(s) that may make it dangerous for you to participate in physical activity/exercise?  *No*
      Do you have epilepsy (seizures)?  *No*
      Have you ever had an asthma attack requiring immediate medical attention at any time over the last 12 months?  *No*
      Do you have a physical or mental disability? (Multiple sclerosis, Muscular dystrophy, Cerebral palsy, Paraplegia/Hemiplegia, Spina bifida, Intellectual/Hearing/Visual loss, Down syndrome, Autism, Parkinson, or other)  *No*
      Any open sores/wounds/boils?  *No*
      Do you have any communicable, contagious or sexually transmitted diseases?  *No*
      Have you answered Yes to 2 or more of the above questions?  *No*
  ()Pre-Intake screening:
    MA Eligibility
      Are you a US Citizen?  *Yes*
      Are you planning to file Income Taxes?  *No*
      Do you have unpaid medical bills in last 3 months?  *No*
      Will you have a job within 30 days of release?  *No*
      Do you own a vehicle, life insurance policy, or bank account? (If so indicate which)  *No*
      Have you ever been in foster care at the age of 18 or older (If so indicate county)  *No*
      Are you collecting income such as Social Security, Disability, Alimony, Cash Assistance? (if so indicate type and frequency)  *No*
    Pre-Intake Screening
      Did you draw the STD Labs? (urine cup & speckle top code L225-2)  *No*
      Was PPD implanted?  *Yes*
      Location of PPD implant  *Left forearm*
      Is the patient diabetic?  *Yes*
      If Yes, did you complete an accucheck?  *Yes*
      Is the patient asthmatic?  *No*
      Is the patient on Coumadin(Warfarin)?  *No*
      Is the patient taking Dilantin, Tegretol, Depakote, Keppra or Phenobarbital?  *No*
      Did the patients preliminary HIV test come back positive?  *No*
      Was the Hepatitis C screening test B125-6 HEP C AB W/RFX RT PCR completed?  *No*
      Was the patient a hard stick for any of the above labs?  *Yes*
      If Yes, did you indicate hardstick on the intake encounter to ensure appropriate lab draw follow-up?  *No*
      Is the patient currently abusing opiates?  *No*
      Pre-Intake Screening completed by MA  *Carrullo*
  Coronavirus Screening V1:
    Coronavirus Screening V1
      In the past 14 days, has the patient had close contact with a person who is under investigation for, or confirmed to have COVID-19 (Coronavirus)?  *No*
      According to patient's temperature select appropriate range  *97.4 to 97.6*
      Does the patient have a fever (fever is considered 100.0 F and above)?  *No*
      Does the patient have any noted lower respiratory symptoms?  *No*
      Does patient have other symptoms that may represent COVID-19?  *No*
      Does the patient have a fever, lower respiratory symptoms and/or other symptoms?  *No*
      Does patient have a positive COVID-19 Result?  *No*
      Does the patient have poorly controlled HIV (for example CD 4 < 200)?  *No*
      Has the patient received a organ transplant?  *No*
  Coronavirus Testing V1:
    Coronavirus Testing V1
      Was Novel Coronavirus COVID-19 Nasopharynx TH68-0, ID Now COVID-19, BinaxNOW COVID-19 Ag Card, Flow Flex rapid kit, Indicaid Rapid Antigen test, Quick Vue Covid test, or SARS-CoV2 Nasopharynx (City Lab) test ordered?  *Novel Coronavirus COVID-19 Nasopharynx TH68-0*
        Was Novel Coronavirus COVID-19 Nasopharynx TH68-0 test performed?  *Yes*
        Date Novel Coronavirus COVID-19 Nasopharynx TH68-0 test performed  *10/28/2023*
        Facility  *CFCF*

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.
**Social History:**
  PREA (Intake only):
    PREA
     Is this inmate disabled? (Deaf, (Unable to speak), Blind, Wheelchair bound or intellectually impaired)  *No*
     Have you ever been incarcerated before today?  *No*

Are you worried that you may be sexually assaulted while in PPS?  *No*

## Objective:

**Vitals:** Time: 926, Temp 97.0 F, HR 92 /min, BP 110/82 mm Hg, RR 18 /min, Oxygen sat % 97 %, Wt 179 lbs, Ht 66 in, BMI 28.89 Index, Accucheck 542.

**Examination:**
()General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.
EARS: normal.
ORAL CAVITY: mucosa moist.
THROAT: clear.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
SKIN: no suspicious lesions, warm and dry.
HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
EXTREMITIES: no clubbing, cyanosis, or edema.
NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.

## Assessment:

**Assessment:**
1. Intake Assessment - IA
AAOx3 states he has type 1 diabetes BS is 542 states he hasn't gotten insulin in 3 days spoke to provider on remote gave the OK to administered 10 units of NPH and 12 units of Regular insulin gave IP snack. Denies ETOH/BENZO and opiate abuse denies SI/HI. aware of sick call triage and medical triage available 24/7 for emergencies urine present for Ketones encourage to drink plenty of water.

## Plan:

**1. Intake Assessment**
LAB: Rapid HIV test  Preliminary negative
LAB: HEP C AB W/RFX RT PCR B125-6
LAB: Purified Protein Derivative (PPD)
       Carrullo,Lisa , MA YesC 10/28/2023 09:34:53 AM EDT > PPD PLANTED LFA
LAB: Intake Panel L225-2
LAB: Novel Coronavirus COVID-19 Nasopharynx TH68-0

**2. Others**

Action Started- Urgent BH Referral (Intake)
Action Started- BH Community Reentry Referral

**Preventive:**
  Patient Education Medical/Dental:
     Patient Education
        Patient educated to contact medical if symptoms develop or worsen  *Yes*
        Written information provided  *Yes*
        The patient demonstrates an understanding of self care, symptoms to report and when to return for follow up care  *Yes*
        Patient informed on how to access dental care?  *Yes*
        Oral hygiene and patient dental education form given?  *Yes*

**Disposition:**
Disposition: Refer to Practitioner for Evaluation or Review of Medication


**Provider:** Maureen Gay, NP
**Patient:** JUNG, LOUIS W   **DOB:** 04/16/1973   **Date:** 10/28/2023


YesCare 1470

**Electronically signed by Mariesha Apollon Agency RN on 10/28/2023 at 10:03 AM EDT**
**Sign off status: Completed**

YesCare 1471