# EXHIBIT "G"

The parties shall not file any further motions to extend discovery, nor any motion to extend any other deadline set forth in the Scheduling Order.