# EXHIBIT "I"

# Lora Crossley

| | |
|---|---|
| **From:** | Jonathan Kaminsky <jkaminsky@kiernantrebach.com> on behalf of Jonathan Kaminsky |
| **Sent:** | Friday, December 5, 2025 4:38 PM |
| **To:** | Lora Crossley |
| **Subject:** | Fwd: Jung v. City of Philadelphia - Plaintiffs' Expert Reports |
| **Attachments:** | Jung v. City of Philadelphia - Expert Report of Art Wallenstein.pdf; Jung v. City of Philadelphia - Expert Opinion J Williams.pdf; Jung v. City of Philadelphia - Expert Report of Lori Roscoe.pdf; Jung v. City of Philadelphia - Expert Report of Dr. Homer Venters-.pdf |

---------- Forwarded message ---------
From: **Bret Grote** <bretgrote@alcenter.org>
Date: Wed, Dec 3, 2025 at 4:00 PM
Subject: Jung v. City of Philadelphia - Plaintiffs' Expert Reports
To: Sarah Baker <sbaker@kiernantrebach.com>, Marc Thirkell <mthirkell@grsm.com>, Danielle Cole <dcole@grsm.com>, emily.hoff@phila.gov <emily.hoff@phila.gov>, Thomas Gregory <tgregory@okllp.com>, Michael Pestrak <michael.pestrak@phila.gov>, Jonathan Kaminsky <jkaminsky@kiernantrebach.com>, Alex Possino <apossino@grsm.com>, Summer Thomas <scthomas@grsm.com>
Cc: Rupalee Rashatwar <rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>, Corinne Austen <corinne@alcenter.org>, Lolo Serrano <lolo@alcenter.org>

Counsel,

Attached find the following Plaintiffs' expert reports:

- Expert report of Dr. Jonathan Williams
- Expert report of Dr. Homer Venters
- Expert Report of Lori Roscoe, DNP, PhD, APRN, ANP-C, CCHP-RN
- Expert Report of Art Wallenstein

Sincerely,

Bret Grote
Legal Director
Abolitionist Law Center


--

**Jonathan Kaminsky, Esquire**

**Kiernan Trebach LLP**
Ten Penn Center, Suite 770

1

1801 Market Street
Philadelphia, PA 19103-1606

D 215-576-4502
T 215-569-4433
F 215-569-4434

www.KiernanTrebach.com



**Our office is a paperless environment.  We would appreciate you sending all communications to our office electronically by email, rather than in paper form by regular mail or fax.  We thank you for your consideration and courtesies.**

This message and any files or attachments transmitted herewith contain CONFIDENTIAL INFORMATION and is (are) intended only for the named addressee(s).  It may be protected by the attorney-client privilege, attorney-work product or other doctrines.  If you received this email message in error, please immediately notify the sender by telephone or email and destroy or delete the original message with copying.  Please do not publish, copy or circulate this message.