# Exhibit A

# Report of Investigation

# Office of Special Investigations



**CONFIDENTIAL**

| | |
|---|---|
| **Case Number:** | <u>SI-23-00188</u> |
| **Allegations:** | Death of Louis Jung, PID# 718327, (Age 50) (CFCF) |
| **Cause of Death:** | Diabetic Ketoacidosis |
| **Manner of Death:** | Natural |
| **Completed by:** | Lieutenant Shawn Jay |

|  Commissioner's Office of Special Investigations | Case # 23-00188<br>Death of Incarcerated Person Louis Jung, PID# 718327<br>Cause of Death: Diabetic Ketoacidosis<br>Manner of Death: Natural |
|---|---|
| | |

## ALLEGATION

On November 6, 2023, **Incarcerated Person Louis Jung, PID# 718327,** was found having trouble breathing inside of Cell #21, on B1 POD 3, at the Curran Fromhold Correctional Facility, while on the stretcher in route to medical he stopped breathing in the Main Corridor where he was pronounced by Philadelphia Fire Department Medic Schroeder at 6:47am. This investigation was initiated to determine if Correctional Staff and medical personnel adhered to the policy standards set forth for the care of Incarcerated Persons by the Philadelphia Department of Prisons.

|  Commissioner's Office of Special Investigations | Case # 23-00188<br><br>Death of Incarcerated Person Louis Jung, PID# 718327<br>Cause of Death: Diabetic Ketoacidosis<br>Manner of Death: Natural |
|---|---|
| | |

## INVESTIGATION SUMMARY

**Correctional Officer Tionya Griffin PR# 269225** stated that on November 5, 2023, she was assigned as the B1 Unit Control Officer on the 7pm-7am shift. She stated that she was assisting C/O Hester on B1pod 3 giving out the morning meal and when C/O Hester arrived to Cell# 21 he stated that he needed a stretcher and a call for a stretcher was made via the telephone on the unit. Medical staff along with Sgt. Bello responded to the area. Medical staff placed I/P Jung on the stretcher with the assistance of other I/P'S and took him off of the unit to medical, I/P Jung was breathing but non responsive to verbal commands when they left the unit.

**Correctional Officer Aarron Hester PR# 295830** stated that on November 5, 2023, he was assigned to B1pod 3 on the 7pm to 7am shift. He stated that B1pod 3 was unmanned and himself and C/O Griffin were feeding the morning meal he was feeding the top tier and c/o griffin was feeding the bottom tier. As he reached Cell #21 and opened the door he noticed an I/P lying on the floor of the cell on his mattress appearing to be having difficulty breathing; he called to the I/P and the I/P was not responding to the verbal commands. C/O Hester then ran to the officer's desk and called for a stretcher via telephone. Medical and Sgt. Bello arrived on the unit at which time I/P'S assisted medical in carrying I/P Jung to the stretcher. I/P Jung was breathing but unresponsive to any verbal commands and medical left the unit with I/P Jung on the stretcher.

**Correctional Officer Lakisha James PR# 282411** stated that on November 5, 2023, she was assigned to the Main Corridor Booth on the 7pm to 7am shift. She stated that she saw medical come out B building with an I/P on the stretcher and as they approached the door for medical they stopped in the main corridor and started performing chest compressions (CPR) additional medical staff responded and placed the I/P on the floor and continued chest compressions (CPR) Philadelphia Fire Department Medics arrived and took over care until they pronounced the I/P deceased.

**Correctional Lieutenant Georgia Malloy PR# 220887** stated that on November 5, 2023, she was assigned as the only Lieutenant on the 7pm to 7am shift. She stated that she was on C2 assisting officers with courts and Insulin and Accu check when she heard a stretcher call to B1pod3 she called B1 Unit Control to see what the situation was and was told that Sgt. Bello responded to B1pod3. Lt. Malloy stated that it is not common practice to have a housing area unmanned for any period of time and that on November 5, 2023, she was not informed that B1pod3 was unmanned.

|  Commissioner's Office of Special Investigations | Case # 23-00188<br>Death of Incarcerated Person Louis Jung, PID# 718327<br>Cause of Death: Diabetic Ketoacidosis<br>Manner of Death: Natural |
|---|---|
| | |

## INVESTIGATION SUMMARY (cont'd)

<u>Correctional Sergeant Wasiu Bello PR# 270976</u> stated that on November 5, 2023, he was assigned as the receiving room supervisor on the 7pm to 7am shift. He stated that he heard a call for a stretcher to B1pod3 and responded. When he arrived medical staff was already on the unit attending to the I/P. Medical staff placed him on a stretcher and took him to medical when they got close to medical the I/P stopped breathing and medical requested for additional medical staff which he called via his PDP issued radio. Additional medical staff responded and rendered life saving measures until fire rescue arrived and pronounced the I/P deceased.

<u>Tashina Jarvis RN</u> stated "a stretcher was called to B1pod3 and medical arrived at approximately 6:10am. The patient was lying on the floor next to the toilet. The patient's BS (blood sugar) was taken immediately due to his diabetic status. BS read HI. The patient was not responsive to pain stimuli (sternal rub and ammonia). The patient's skin was cool and clammy, and the patient was nonverbal at the time of initial assessment with a respiration of 20. The patient was immediately transported to the stretcher with the assistance of other I/PS, due to being a noncompliant diabetic. On the way to medical patients' status changed and chest was no longer rising with agonal breath, no pulse detected, and CPR and oxygen delivered via Ambu bag was immediately initiated at 06:22 in the hall outside of medical. Additional medical staff called at 06:22."

<u>Shatyra Henderson-Hamwright FNP-BC</u> stated "a stretcher was called to B1pod3 at approximately 6:04 hours. When we arrived on the POD, there was a female officer who stated that there was a patient on the ground in his cell. All medical staff arrived at the cell at approximately 6:10hours. On the floor she observed a male in an orange jumpsuit near the toilet in the supine position he was in the cell alone. The patient was breathing and looking at the ceiling at the time. Upon closer inspection she noticed the patient to be I/P Louis Jung PP# 718327, upon realizing who it was she immediately asked for a blood glucose reading due to knowing him to be a brittle diabetic. His blood glucose reading was obtained and read "high" in addition the patient was also clammy and cold. Patient was minimally responsive to ammonia waved under the nose. We immediately asked for assistance with carrying the patient down the stairs and placing him on the stretcher on the bottom tier at approximately 6:19hours as we were taking the stretcher down the hall to medical she noticed that the patient stopped breathing, Chest compressions (CPR) was started Narcan was administered with no effect, and 14 units of insulin were administered. 911 was called notified immediately by medical staff. The patient was moved from the stretcher to the floor for more effective compressions. CPR was continued and was taken over by Philadelphia Fire Department until they pronounced the patient deceased at 6:47 hours."

|  **Commissioner's Office of Special Investigations** | Case # 23-00188<br>Death of Incarcerated Person Louis Jung, PID# 718327<br>Cause of Death: Diabetic Ketoacidosis<br>Manner of Death: Natural |
|---|---|

## INVESTIGATION SUMMARY (cont'd)

**Danielle Mcgettigan LPN** stated that on November 6, 2023, she was in Delta 2 medication room prepping medication when she heard a call for additional medical staff needed to the main corridor. When she arrived, chest compressions (CPR) were already in progress by medical staff and she administered nasal Narcan to no avail. She rotated performing chest compressions (CPR), with medical staff. The patient was lowered from the stretcher to the ground and chest compressions (CPR) was continued until fire rescue arrived and told medical staff to stop chest compressions (CPR) and pronounced the patient deceased.

**Blair Cabellos LPN** stated that on November 5, 2023, she was assigned to CFCF. She admitted that it was her in the video. She stated that she saw the I/P on the floor in the doorway of the cell # 21 while walking around with the officer and that the I/P stated that he could not get up. She stated that she did not assist him due to him having a cell mate and that she was instructed to not to go into any cell unless there is more than one officer. She stated that before she exited the unit she had a conversation with the officer in which she told the officer to call for a stretcher due to the I/P stating that he could not get up.

**Correctional Officer Gena Frasier PR# 285093** stated that on November 5, 2023, she was assigned to B1 pod 3 on the 7am to 7pm shift. She denied knowing I/P Jung and did not recall having any interactions with I/P Jung on November 5, 2023. She was shown video footage form B1 pod 3 from November 5, 2023, and she admitted that it is her in the video. She denied recalling what happened when she arrived at Cell# 21 and why her and the nurse walked away from I/P Jung leaving him lying on the floor unattended however she did state that "if she walked away with the nurse he could not have been on the floor for anything medical and that's if he was on the floor I still don't know 100% if he was on the floor from the video". She denied calling for a stretcher for I/P Jung and stated that due to a nurse being on the unit and at the cell she is guessing that the nurse said that there is no stretcher needed she is the one that makes the medical decisions. She did not recall what she told Lt. Bloodsaw in reference to I/P Jung in Cell#21 when she arrived on the unit, or why she did not go to Cell #21 with Lt. Bloodsaw. She did admit that her Lock & Track username is Frasier_G and that she made the entries in the electronic logbook on November 5, 2023, for B1 pod 3. She denied recalling how I/P Jung informed her that he refused his insulin on November 5, 2023. She denied recalling if I/P Jung signed a refusal form for refusing his insulin on November 5, 2023. She admitted that when insulin and accu check is in progress she alerts the unit by yelling "Insulin and Accu check in progress".

|  Commissioner's Office of Special Investigations | Case # 23-00188 Death of Incarcerated Person Louis Jung, PID# 718327 Cause of Death: Diabetic Ketoacidosis Manner of Death: Natural |
|---|---|
| | |

## INVESTIGATION SUMMARY (cont'd)

<u>Correctional Lieutenant Wanda Bloodsaw PR# 253488</u> stated that on November 5, 2023, she was assigned as the B building Unit Manager on the 7am to 7pm shift at CFCF. She denied knowing I/P Jung and having any interactions with I/P Jung on November 5, 2023. She was shown video of B1pod 3 from November 5, 2023, and she admitted that it was her in the video. When asked about what she witnessed when she arrived at Cell # 21 she denied remembering. She denied remembering if I/P Jung was awake and alert when she arrived at Cell # 21. She denied remembering where I/P Jung was located when she arrived at Cell# 21. She denied remembering if she called for a stretcher at any time for I/P Jung on November 5, 2023. She stated that it is not common practice to have I/P workers drag an I/P who cannot get up back into a cell.

|  Commissioner's Office of **Special Investigations** | **Case # 23-00188** <br> Death of Incarcerated Person Louis Jung, PID# 718327 <br> Cause of Death: Diabetic Ketoacidosis <br> Manner of Death: Natural |
|---|---|

## ANALYSIS

FROM:   Sandy Varghese, Community Health Nursing Supervisor

SUBJECT:   LOUIS JUNG PPN 718327

IP Jung was a 50-year-old male admitted to the PDP on 10/27/23 at 13:15 on charges of criminal conspiracy and detainer from Luzerne County. The court report dated 10/24/23 listed his charges as robbery, conspiracy, theft, receiving stolen property, possession of an instrument of crime, terroristic threats, possession of a controlled substance and simple assault. He was previously incarcerated at the PDP on:
- 7/12/12 to 7/13/12
- 6/4/14 to 6/10/14
- 5/26/16 to 5/26/16
- 12/16/21 to 9/27/22
- 12/14/22 to 6/2/23
- 10/27/23 to 11/6/23

The following is a summary of the current incarceration.

10/28/23 9:26AM: Intake screening completed. Answered yes to "Born in, travelled to, lived in, taken a cruise to Cancun, Cozumel or any other areas in Mexico or taken a Caribbean cruise in the last six months, or since 1997 Cameroon, Central African Republic, Chad, Congo, Equatorial Guinea, Gabon, Niger or Nigeria." Answered "no" to diabetes during the Intake with the nurse but answered "yes" to diabetes during the Pre-Intake with the MA. Vitals were temp 97.0, HR 92, BP 110/82, RR 18, oxygen sat 97%, wt. 179 lbs., ht. 66 in., accucheck 542. He stated that he had not had insulin in the last 3 days; the nurse spoke to Provider and administered 10 U NPH and 12 U Regular insulin. Urine was positive for ketones, and he was encouraged to drink plenty of water. Urgent Behavioral Health referral generated. Orders written for Levothyroxine 150mcg daily for Hypothyroidism, Atorvastatin 20mg every evening for mixed hyperlipidemia based on previous admission. Orders were also written for insulin, labs and chronic care. (Labs scheduled for 11/10/23, chronic care for 11/25/23)

11/6/23 RN Jarvis note: "A stretcher was called to B1pod3, 21 cell and medical arrived approximately 0610. The patient was found laying on the floor next to the toilet. Patients BS was taken immediately due to his diabetic status. BS read HI. The patient was not

|  Commissioner's Office of Special Investigations | Case # 23-00188<br>Death of Incarcerated Person Louis Jung, PID# 718327<br>Cause of Death: Diabetic Ketoacidosis<br>Manner of Death: Natural |
|---|---|
| | |

### ANALYSIS (cont'd)

responsive to pain stimuli (sternal rub and ammonia). The patients skin was cool and clammy, and the patient was nonverbal at the time of the initial assessment with a respiration of 20. The patient was immediately transported to the stretcher with the assistance of other IP's, due being a noncompliant diabetic. On the way to medical patients status changed and chest was no longer rising with agonal breath, no pulse detected and CPR and oxygen delivered via Ambu bag was immediately initiated at 0622 in the hall outside of medical. Additional medical called at 0622. CPR continued, 14 units of insulin given per provider Henderson at 0624 along with 2 rounds of nasal Narcan. Fire rescue arrived 0646 and 0647 CPR was discontinued per fire rescue order."

11/6/23 LPN McGettigan note: "Call was made for additional medical staff to the main corridor. Upon my arrival, patient was on a backboard on the stretcher and CPR was in progress. Brown fluid observed around the patients mouth. Report from staff included patient blood glucose read "HI". I gave 1 nasal Narcan (a second nasal Narcan was given by another nurse), assisted with several rounds of chest compressions and breaths via ambu bag. Patient was lowered to the floor and CPR continued. AED administered one shock, with all the other analysis stating "no shock advised." When fire rescue arrived, they stated that we are to cease CPR."

11/6/23 Dr. Trivikram note: "Additional medical was called to the main corridor. To the right of the door to Medical, medical staff was found in the process of doing CPR on an IP on the stretcher. The triage provider asked me to call 911, so I returned to Triage and call at 6:24 am. I returned to the scene and asked for the patient to be brought to the floor. The board was placed under the patient and he was moved to the floor. I assumed position at the head of the patient to bag ventilate. The AED was already on and engaged. Several rounds of CPR were conducted and only one defibrillation shock was delivered mid code (the other AED analysis before and after did not require shock). Attempts to secure IV access were unsuccessful. Fire Rescue arrived and asked Medical staff to discontinue CPR at 6:47am."

11/6/23 NP Henderson-Hamwright note: "At approximately 0604 hours on 11/06/2023, a stretcher call was heard overhead asking for response at B1POD3. Medical staff present at triage collected equipment and responded. When we arrived on the POD, there was a female officer on the top tier who calmly stated that there was a patient on the ground in his cell. All medical staff present climbed the stairs and arrived at the cell

|  Commissioner's Office of Special Investigations | Case # 23-00188<br>Death of Incarcerated Person Louis Jung, PID# 718327<br>Cause of Death: Diabetic Ketoacidosis<br>Manner of Death: Natural |
|---|---|
| | |

## ANALYSIS (cont'd)

at approximately 0610 hours. On the floor, I observed who appeared to be a white male with dark hair dressed in an orange jumpsuit on the floor near the toilet in the supine position. He was in the cell alone. No other incarcerated person was present in the cell. The patient was still breathing at the time and was looking at the ceiling. Upon closer inspection, I recognized the patient as Louis Jung. When I realized who was there, I asked for a blood glucose reading because I knew him to be a brittle diabetic. His blood glucose was obtained by a responding nurse. She obtained a reading of high. In addition to the high blood glucose reading, the patient was also clammy and cold. Patient was minimally responsive to ammonia waved under the nose. We immediately asked for assistance with carrying the patient down the stairs and placing him on the stretcher on the bottom tier.

The patient was placed onto the stretcher at approximately 0619 hours. He was still breathing without assistance at that time. We began moving towards medical triage to administer insulin and further assess the patient. As we passed the elevator at approximately 0622 hours, I noticed that the patient was no longer breathing. We pulled the stretcher onto level ground in the main corridor where CPR was started. Narcan was administered twice with no effect. 14 units of insulin admnistered. 911 was notified immediately by medical staff. At that time, we were unable to obtain a blood pressure from the patient and we were unable to obtain a pulse. The patients head was turned to the left side and an unknown liquid leaked from his mouth. This occurred twice more during CPR. AED and ambu-bag were applied since patients breathing did not seem to be effective. The patient was eventually moved from the stretcher onto the floor for more effective compressions. Approximately 5 to 6 rounds of CPR with only a weak thready pulse detected in between were performed prior to the fire departments arrival at 0646 hours. CPR was stopped by the fire department and the patient was pronounced at 0647 hours."

11/6/23 LP Jeoboham note: "IP Jung was found unresponsive when I got to him on the stretcher, CPR was performed by myself, along with two other nurses until paramedic arrived and called time of death."

Comments:
- He was not seen for the Urgent BH referral. He was a Norristown Return which means an Emergency Referral should have been generated at Intake.

|  Commissioner's Office of Special Investigations | Case # 23-00188<br>Death of Incarcerated Person Louis Jung, PID# 718327<br>Cause of Death: Diabetic Ketoacidosis<br>Manner of Death: Natural |
|---|---|
| | |

### ANALYSIS (cont'd)

- Admitted to Norristown State Hospital on 6/2/23 and returned to PDP on 10/27/23. We did not receive discharge paperwork from Norristown.
- Norristown evaluation found him to be competent and malingering.
- Review of the MAR showed that he refused AM insulin 11/1/23 and PM insulin 11/5/23. Refusal forms were not found in eCW or HCS. 10/30/23 PM dose and 11/4/23 PM dose was "not documented". He was a "no show" for insulin 11/3/23 AM dose and 11/5/23 AM dose. He was not Red Flagged for any of these missed/refused encounters.
- Preliminary cause of death is Diabetic Ketoacidosis.

|  Commissioner's Office of Special Investigations | Case # 23-00188<br>Death of Incarcerated Person Louis Jung, PID# 718327<br>Cause of Death: Diabetic Ketoacidosis<br>Manner of Death: Natural |
|---|---|
| | |

## CONCLUSION

A review of Incarcerated Person Louis Jung's PDP file revealed that he was adequately provided with the services afforded to all Incarcerated Persons. However, based on staff interviews, medical reports, and the Medical Examiner's findings, there was negligence on the part of Medical staff; and PDP staff. Therefore, the allegation of Staff Misconduct against PDP/ Medical staff is **Sustained**. C/O Gena Frasier, PR# 285093, failed to render immediate aid to IP Jung as outlined in PDP Policy 4.E.21 (PDP Staff Roles in Non-Routine and/or Medical Emergency Situations). Video footage from November 5, 2023, revealed that C/O Frasier and LPN Cabellos walked away from I/P Jung and left I/P Jung unattended lying on the floor outside of his cell for approximately 9 minutes. Correctional Lieutenant Wanda Bloodsaw, PR# 253488, arrived at the cell and appeared to be trying to communicate with I/P Jung before two I/P's come to the cell and drag I/P Jung into the cell as Lt. Bloodsaw monitors the situation the I/P's exit the cell which is then secured by Lt. Bloodsaw who then exits the housing area. It should be noted that C/O Frasier, Lt. Bloodsaw and LPN Cabellos failed to call for a stretcher or initiate aid to I/P Jung during his medical emergency.

```
OPC INVESTIGATION CONCLUDED
MAR 29 2024
DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS
```

Confidential
ATTORNEYS EYES ONLY

# Incident Information Flash

**PHILADELPHIA PRISONS**

| Reporting Staff Member's Name: | Captain June Hurley | Reporting Staff Member's Identification: | 220450 |
|---|---|---|---|
| **Location of Incident:** CFCF B1-3 | **Date of Incident:** 11/06/2023 | **Time of Incident:** | 06:05 |

### Inmate Information

| PID: | 718327 | Name: | Louis Jung | Gender: | Male | Race: | White | Age: | 50 |
|---|---|---|---|---|---|---|---|---|---|
| **Admission Date:** | 10/27/2023 | **Charges:** | Criminal Conspiracy | **Medical Status** | Unknown | | | | |

### Type of Incident

- [ ] Fire
- [ ] Placement on Emergency Alert/Mobilization of System Cert and/or Response Teams
- [ ] Employee, Inmate/Visitors Injury Requiring Hospitalization
- [x] **Death of Inmates**, Visitors, Staff on/off Duty
- [ ] Assault on Employee
- [ ] Potential Self Harm
- [ ] Discovery of Major Contraband in possession of Inmate, Visitor, Staff
- [ ] Inmate on Inmate assaults with weapons of significant injuries
- [ ] Escape/Attempted Escape
- [ ] Mechanical Devices/Chemical restraint tactics used on visitor/inmate
- [ ] Riot/Major Group Disturbance
- [ ] Other:

**Remarks:** On Monday, November 06, 2023 at approximately 06:05hrs during feeding on B1POD3 cell 21 Officer Oscar Lites PR# 261615 called for a stretcher for incarcerated person Louis Jung PP# 718327 who was breathing but not moving. On the way to medical I/P Jung became non responsive. Sergeant Wasiu Bello PR# 270976 called via walkie to center control to call Fire Rescue. Nurse Jarvis started CPR in Main Corridor. Officer Lakisha James PR# 282411 called via walkie for additional Medical Staff while Medical was performing CPR Medic 17 arrived on scene (Smith, Jones, and Schroeder), at 6:47 Medic Schroeder pronounced I/P Jung Deceased. The body was moved into Medical by Captain Prifti under the Wardens orders.

This is a preliminary report and all updates will follow as required.

**Investigation to be completed by Captain J. Hurley 3x11 Shift Commander**

ATTORNEYS' EYES ONLY                                                                                            City-Jung-000012