# Exhibit B

```
Working...
 Facility: CFCF                               Post: B1POD3
  Date      Time Event              Location           Entered by
11/05/2023 08:58 SIGNON                                FRASIER_G
                 SIGNON DUTY
                 CO FRASIER ON DUTY*******************************
11/05/2023 08:59 CENSUS                                FRASIER_G
                 CENSUS AND HEADCOUNT
                 STARTING CEN=65****************65************************
11/05/2023 09:03 TOUR                                  FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
                 TOURED AREA ALL APPEARS IN ORDER I/P'S APPREARS ALIVE
11/05/2023 09:16 OTHER                                 FRASIER_G
                 OTHER EVENT
                 USF NOTIFIED ABOUT COLD AIR BLOWING ABOVE CO'S DESK
11/05/2023 09:17 OTHER                                 FRASIER_G
                 OTHER EVENT
                 L/N LT BLOODSAW IN AREA TO CK CUTDOWN KIT/SECURED
11/05/2023 09:19 ECHECK                                FRASIER_G
                 EQUIPMENT CHECK
                 SEE REMARKS********************************************
(1)walkie(1)desktop computer(1)landline(1)set of keys(1)logbook(1)console
(1)cutdown kit sealed and secured(3)fire extinguishers pin attachwed and
appears charged
11/05/2023 09:22 OTHER                                 FRASIER_G
                 OTHER EVENT
                 SHOWERS IN PROGRESS
11/05/2023 09:32 TOUR                                  FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
                 5-NOV-2023 09:32:32.51
11/05/2023 09:33 MEDICA                                FRASIER_G
                 MEDICATION EVENT
                 SP MEDS IN PROGRESS(1)I/P WEAVER #30 CELL
11/05/2023 09:37 OTHER                                 FRASIER_G
                 OTHER EVENT
                 NURSE WERNER IN AREA FOR COWS
11/05/2023 09:45 SUPVTO                                FRASIER_G
                 SUPERVISOR'S TOUR
                 LT CRAWFORD IN AREA FOR COWS
11/05/2023 09:45 OTHER                                 FRASIER_G
                 OTHER EVENT
                 GLADNEY AND ROMERO FOR TB CK'S ESC BY CO FRASIER
11/05/2023 10:42 OTHER                                 FRASIER_G
                 OTHER EVENT
         991460   SMITH, JULIUS
                 J.SMITH PP#991460 CALLED TO SEE DR IN MED CO RAWLS NOTIFIED
11/05/2023 10:43 TOUR                                  FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
                 5-NOV-2023 10:43:02.84
11/05/2023 10:57 MEDICA                                FRASIER_G
                 MEDICATION EVENT
                 MEDS IN PROGRESS NURSE CABELLOS ESC BY CO FRASIER
11/05/2023 11:00 MOVED                                 FRASIER_G
                 INMATE MOVED WITHIN SAME UNIT
        1175808   WALKER, ANTOIN
                 OBM ANTOIN WALKER PP#1175808 FR #21 TO #7
11/05/2023 11:00 CENSUS                                FRASIER_G
                 CENSUS AND HEADCOUNT
                 CEN REMAINS 65*****************************************
11/05/2023 11:01 SUPVTO                                FRASIER_G
```

Fraiser-000030

```
                         SUPERVISOR'S TOUR
                   LT BLOODSAW NEEDED TO #21 I/P JUNG REFUSES TO GET UP
11/05/2023 11:03 OTHER                                    FRASIER_G
                         OTHER EVENT
                 718327    JUNG, LOUIS W
                   I/P LOUIS JUNG PP#718327 LAYING ON FLOOR/REFUSES TO GET UP
11/05/2023 11:10 TOUR                                     FRASIER_G
                         TOURED UNIT: EXCEPTIONS NOTED
                   5-NOV-2023 11:10:22.57
11/05/2023 11:17 OTHER                                    FRASIER_G
                         OTHER EVENT
                   PER C/C CEASE ALL I/P TRAFFIC PREPARE FOR AM H/C
11/05/2023 11:34 CENSUS                                   FRASIER_G
                         CENSUS AND HEADCOUNT
                   H/C IN PROGRESS PER C/C
11/05/2023 11:34 TOUR                                     FRASIER_G
                         TOURED UNIT: EXCEPTIONS NOTED
                   5-NOV-2023 11:34:14.85
11/05/2023 11:36 CENSUS                                   FRASIER_G
                         CENSUS AND HEADCOUNT
                   CEN=65 H/C=64 MED=1 CALLED TO SGT WILSON
11/05/2023 11:46 MEDICA                                   FRASIER_G
                         MEDICATION EVENT
                   SP MEDS(MOUD)PROGRAM NURSE JACKSON IN AREA
11/05/2023 11:59 CENSUS                                   FRASIER_G
                         CENSUS AND HEADCOUNT
                   L/N H/C CLEARED 10:50A PER C/C
11/05/2023 11:59 TOUR                                     FRASIER_G
                         TOURED UNIT: EXCEPTIONS NOTED
                   5-NOV-2023 11:59:49.55
11/05/2023 12:36 TOUR                                     FRASIER_G
                         TOURED UNIT: EXCEPTIONS NOTED
                   5-NOV-2023 12:36:55.73
11/05/2023 12:37 OTHER                                    FRASIER_G
                         OTHER EVENT
                   POD SMELLS OF UNKNOWN SMOKEY SCENT
11/05/2023 12:42 TRANSF                                   FRASIER_G
                         INMATE TRANSFERRED FROM UNIT
                 968501    KEYS, JOSHUA
                   -1 JOSHUA KEYS PP#968501 FR 19 TO A1-1
11/05/2023 12:43 TRANSF                                   FRASIER_G
                         INMATE TRANSFERRED FROM UNIT
                1029828    GREEN, RONNIE
                   -1 RONNIE GREEN PP#1029828 FR 20 TO A1-1
11/05/2023 12:44 TRANSF                                   FRASIER_G
                         INMATE TRANSFERRED FROM UNIT
                 867185    DIGBY, JUSTIN
                   -1 JUSTIN DIGBY PP#867185 FR M-2 TO A1-1
11/05/2023 12:46 TRANSF                                   FRASIER_G
                         INMATE TRANSFERRED FROM UNIT
                 962991    MITCHELL, TERRENCE
                   -1 TERRENCE MITCHELL PP#962991 FR M-1 TO A1-1
11/05/2023 12:47 TRANSF                                   FRASIER_G
                         INMATE TRANSFERRED FROM UNIT
                1066080    OLIVIERI, JOHNATHAN
                   -1 JOHNATHAN OLIVIERI PP#1066080 FR 18 TO A1-1
11/05/2023 12:48 TRANSF                                   FRASIER_G
                         INMATE TRANSFERRED FROM UNIT
                 692130    WEAVER, VICTOR
                   -1 VICTOR WEAVER PP#692130 FR 30 TO A1-1
```

Fraiser-000031

```
11/05/2023 12:49 CENSUS                              FRASIER_G
                 CENSUS AND HEADCOUNT
                 NEW CEN=59******************59****************************
11/05/2023 12:49 TOUR                                FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
                 5-NOV-2023 12:49:10.78
11/05/2023 13:03 TRANSF                              FRASIER_G
                 INMATE TRANSFERRED FROM UNIT
         1147835  EDWARDS, SAMUEL
                 -1 SAMUEL EDWARDS PP#1147835 FR 24 TO RCF
11/05/2023 13:03 CENSUS                              FRASIER_G
                 CENSUS AND HEADCOUNT
                 NEW CEN=58*************************************************
11/05/2023 13:06 TOUR                                FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
                 5-NOV-2023 13:06:59.27
11/05/2023 14:01 TOUR                                FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
                 5-NOV-2023 14:01:25.78
11/05/2023 14:01 SUPVTO                              FRASIER_G
                 SUPERVISOR'S TOUR
                 SGT CRUMP IN AREA TO #20
11/05/2023 14:11 FOOD                                FRASIER_G
                 FOOD CART ARRIVED
                 LUNCH TRAYS IN AREA BEING SERVED
11/05/2023 14:11 OTHER                               FRASIER_G
                 OTHER EVENT
                 TOILET TISSUE GIVEN OUT AT THIS TIME
11/05/2023 14:27 SUPVTO                              BLOODSAW_W
                 SUPERVISOR'S TOUR
                 LT BLOODSAW ON POD TO EMPTY GRIEVANCE BOX
11/05/2023 14:46 MOVED                               FRASIER_G
                 INMATE MOVED WITHIN SAME UNIT
         1220843  CRUZ, ANGEL
                 OBM ANGEL CRUZ PP#1220843  FR 25 TO 18
11/05/2023 14:56 TOUR                                FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
                 TOURED AREA ALL APPEARS NORMAL
11/05/2023 14:58 OTHER                               FRASIER_G
                 OTHER EVENT
                 L/N LANDLINE GOES IN/OUT C/C NOTIFIED******************
11/05/2023 15:17 TOUR                                FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
                 5-NOV-2023 15:17:49.34
11/05/2023 15:23 SUPVTO                              BLOODSAW_W
                 SUPERVISOR'S TOUR
                 LT BLOODSAW ON TOUR TO EMPTY GRIEVANCE BOX
11/05/2023 15:33 TOUR                                FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
                 5-NOV-2023 15:33:15.16
11/05/2023 15:51 OTHER                               FRASIER_G
                 OTHER EVENT
                 NURSE FAGO IN AREA FOR COWS ESC BY CO FRASIER
11/05/2023 16:01 TOUR                                FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
                 TOURED AREA ALL APPEARS NORMAL
11/05/2023 16:02 LOCKDO                              FRASIER_G
                 UNIT LOCKDOWN
                 JAIL DOWN FOR 3P H/C PER C/C
11/05/2023 16:03 CENSUS                              FRASIER_G
```

Fraiser-000032

```
                    CENSUS AND HEADCOUNT
                    H/C=58 CEN=58 CALLED TO C/C SGT WILSON
11/05/2023 16:29 TOUR                                   FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
                    5-NOV-2023 16:29:48.68
11/05/2023 16:31 CENSUS                                 FRASIER_G
                    CENSUS AND HEADCOUNT
                    H/C CLEARED 3:30P PER C/C***************************
11/05/2023 16:35 MEDICA                                 FRASIER_G
                    MEDICATION EVENT
                    INSULIN IN PROGRESS(4) I/P'S
11/05/2023 16:49 OTHER                                  FRASIER_G
                    OTHER EVENT
          718327   JUNG, LOUIS W
                    I/P LOUIS JUNG PP#718327 REFUSED INSULIN
11/05/2023 17:42 MEDICA                                 FRASIER_G
                    MEDICATION EVENT
                    NURSE JARVIS IN AREA FOR MEDS ESC BY CO FRASIER
11/05/2023 17:43 TOUR                                   FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
                    5-NOV-2023 17:43:00.47
11/05/2023 17:43 OTHER                                  FRASIER_G
                    OTHER EVENT
                    SHOWERS REMAIN IN PROGRESS
11/05/2023 18:07 TOUR                                   FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
                    5-NOV-2023 18:07:45.11
11/05/2023 18:32 TOUR                                   FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
                    TOURED AREA ALL APPEARS NORMAL
11/05/2023 18:33 HOUSED                                 FRASIER_G
                    INMATE HOUSED IN UNIT
         1126563   TIMMON, JAMES
                    +1 JAMES TIMMON PP#1126563 FR R/R TO M-1
11/05/2023 18:34 HOUSED                                 FRASIER_G
                    INMATE HOUSED IN UNIT
         1218624   LOVD-POWELL, TIJERE
                    +1 TIJERE LOVD-POWELL PP#1218624 FR R/R TO M-1
11/05/2023 18:34 HOUSED                                 FRASIER_G
                    INMATE HOUSED IN UNIT
          919140   WILLIAMS, TERRANCE
                    +1 TERRANCE WILLIAMS PP#919140 FR R/R TO M-1
11/05/2023 18:35 CENSUS                                 FRASIER_G
                    CENSUS AND HEADCOUNT
                    NEW CEN=61*******************61*************************
11/05/2023 18:51 SUPVTO                                 FRASIER_G
                    SUPERVISOR'S TOUR
                    SGT CRUMP IN AREA
11/05/2023 18:52 FOOD                                   FRASIER_G
                    FOOD CART ARRIVED
                    DINNER TRAYS ARRIVED
11/05/2023 18:52 TOUR                                   FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
                    5-NOV-2023 18:52:33.63
11/05/2023 19:05 OFFICI                                 FRASIER_G
                    OFFICIAL VISIT
         1038139   KEENAN, DARNELL
                    I/P D.KEENAN PP#1038139 O/V
11/05/2023 19:23 TOUR                                   FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
```

Fraiser-000033

```
                    TOURED AREA ALL APPEARS NORMAL
11/05/2023 20:06 TOUR                                        FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
                    5-NOV-2023 20:06:32.46
11/05/2023 20:06 OTHER                                       FRASIER_G
                    OTHER EVENT
                    SHOWERS COMPLETED ON POD 3
11/05/2023 20:48 TOUR                                        FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
                    5-NOV-2023 20:48:15.65
11/05/2023 20:48 OTHER                                       FRASIER_G
                    OTHER EVENT
                    CO FRASIER REMAINS ON DUTY AWAITING RELIEF*************
11/05/2023 21:07 TOUR                                        FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
                    5-NOV-2023 21:07:43.08
11/05/2023 21:30 TOUR                                        FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
                    5-NOV-2023 21:30:34.37
11/05/2023 21:47 MEDICA                                      FRASIER_G
                    MEDICATION EVENT
                    NURSE JACKSON IN  AREA FOR SUBTEX PROGRAM(16)CELL
11/05/2023 21:56 TOUR                                        FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
                    5-NOV-2023 21:56:43.07
11/05/2023 21:59 LOCKDO                                      FRASIER_G
                    UNIT LOCKDOWN
                    JAIL DOWN FOR NIGHT ALL I/P'S SECURED
11/05/2023 21:59 CENSUS                                      FRASIER_G
                    CENSUS AND HEADCOUNT
                    H/C IN PROGRESS PER C/C********************************
11/05/2023 22:04 CENSUS                                      FRASIER_G
                    CENSUS AND HEADCOUNT
                    H/C=61******************CEN=61 CALLED TO CC SGT BELLO
11/05/2023 22:29 TOUR                                        FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
                    5-NOV-2023 22:29:40.26
11/05/2023 22:34 CENSUS                                      FRASIER_G
                    CENSUS AND HEADCOUNT
                    H/C CLEARED 9:33PM PER C/C
11/05/2023 22:39 SIGNOF                                      FRASIER_G
                    SIGNOFF DUTY
                    CO FRASIER OFF DUTY PER LT.BYNUM*************************
GoBack: _
```

Fraiser-000034