# Exhibit F

**Progress Notes**

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,B1POD3,TRANSFER,24
**Patient:** JUNG, LOUIS W                                                                                     **Provider:** Maureen Gay, NP
**DOB:** 04/16/1973  **Age:** 50 Y  **Sex:** Male                                                       **Date:** 10/28/2023
**Phone:**
**Address:** 00209 MORRIS ST, PHILADELPHIA, PA-19148

## Subjective:

### Chief Complaints:
1. Intake med orders.

### HPI:
()General Examination:
Intake orderes requested: has type 1 diabetes BS is 542 states he hasn't gotten insulin in 3 days spoke to provider on remote gave the OK to administered 10 units of NPH and 12 units of Regular insulin gave IP snack. Denies ETOH/ BENZO and opiate abuse denies SI/HI.
IP ordered levothyroxine 150mcg po daily and atorvastatin 20mg po daily previous jail admission 06/2023. Will renew meds previously ordered. Labs ordered for follow up.

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.
**Allergies:** N.K.D.A.

## Objective:

### Examination:
Physical Health Follow up:
  Physical Health Follow up
    Patient needs Chronic Care follow up  Yes
    What is the follow up time frame needed for Chronic Care follow up?  28 days
    Reason for 28 day follow up appointment  DM,Other Chronic Diagnosis
    What is other chronic diagnosis?  Hyperlipidemia,Hypothyroidism
    Select the encounter type being completed  CC Initial
    Patient needs LAB appointment  Yes
    What is the appointment time frame needed for LAB appointment?  14 days
    Has the patient been prescribed any medications during this visit?  Yes
    Medication ordered (Tramadol, Oxycodone, Oxycontin, Valium, Tylenol 3, Ativan, Phenobarbital, ConZip, Ultram, Xtampza ER, Roxicodone, Oxaydo, Diazepam, Lorazepam, MS Contin, Morphine Sulfate, Chlordiazepoxide, Hydrocodone-Acetaminophen, or Nalbuphine)?  No
    Have you wished you were dead or wished you could go to sleep and not wake up since last encounter with healthcare staff? (Answer only if actually seeing the patient)  No
    Have you had any actual thoughts of killing yourself since last encounter with healthcare staff? (Answer only if actually seeing the patient)  No

## Assessment:

### Assessment:
1. Mixed hyperlipidemia - E78.2 (Primary)
2. Hypothyroidism, unspecified - E03.9
3. Diabetes mellitus without mention of complication, type I [juvenile type], not stated as uncontrolled - 250.01

## Plan:

### 1. Mixed hyperlipidemia
Start Atorvastatin Calcium Tablet, 20 MG, 1 tablet, Orally, EVERY EVENING, 90 days, Start Date: 10/28/2023, Stop Date: 01/26/2024, KOP: Yes, Drug Source: Patient Specific .
  LAB: *DIAGNOSTIC PROFILE II 2052-9 SST & LAV (Ordered for 11/10/2023)
  LAB: *Hemoglobin A1C 0102-4 LAV-EDTA (Ordered for 11/10/2023)
  LAB: *MICROALBUMIN CREATININE RATIO, RANDOM URINE 0228-7 Cup-Urine (Ordered for 11/10/2023)
Notes: 1. await labs follow up.

### 2. Hypothyroidism, unspecified
Start Levothyroxine Sodium Tablet, 150 MCG, 1 tablet, Orally, DAILY, 90 days, 90 Tablet, Start Date: 10/28/2023, Stop Date: 01/26/2024, KOP: Yes, Drug Source: Patient Specific .

### 3. Diabetes mellitus without mention of complication, type I [juvenile type], not stated as uncontrolled
Start NovoLIN N Suspension, 100 UNIT/ML, 10 unitsa, Subcutaneous, TWICE DAILY, 90 days, Start Date: