# Exhibit I

Contract Number 2220374                                                      November 2021, TS/sml
                                                                             City of Philadelphia
                                                                             Department of Prisons

# PROVIDER AGREEMENT
## General Consultant Services

**CONFORMED**

**THIS PROVIDER AGREEMENT** is executed on January 4, 2022, and effective January 1, 2022, between **The City of Philadelphia** (the **"City"**), through its Department of Prisons (the "Department"), and **Corizon Health, Inc. ("Provider")**.

## BACKGROUND

This agreement is for Provider to provide general consultant services to the City in accordance with the provisions of this Provider Agreement, the City of Philadelphia Professional Services Contract General Provisions for General Consultant Services, as revised July 2020

(the "General Provisions"), and all of the other documents and exhibits that constitute the Contract Documents and the Contract as those terms are defined in the General Provisions. A copy of the General Provisions is attached and incorporated in the Contract by reference.

Accordingly, intending to be legally bound, the City and Provider agree as follows:

## ARTICLE I: GENERAL TERMS

**1.1**   **Incorporation of Background.**  The Background is incorporated by reference.

**1.2**   **Definitions.**  Capitalized terms have the meanings assigned to them in the General Provisions.

## ARTICLE II: TERM

**2.1**   **Initial Term.**  The Initial Term of this Contract starts January 1, 2022, and expires December 31, 2022.

**2.2**   **Additional Term(s).**  The City may amend this Contract in its sole discretion in accordance with Section 2.2 (Additional Terms) of the General Provisions. The terms and conditions applicable during the Initial Term shall be applicable during any Additional Term.

## ARTICLE III: SERVICES AND MATERIALS

**3.1** **Services and Materials.** Provider shall perform the Services and provide the Materials as described in the exhibits listed below, which are attached and incorporated by reference:

> **Exhibit PA-1:** Request for Proposal (the "RFP") Contract Opportunity No. 21210428174629
>
> **Exhibit PA-2:** Corizon Health Inc., Response to RFP Opportunity No. 21210428174629

## ARTICLE IV: COMPENSATION

**4.1** **Compensation.**

(a) As compensation for the Services and Materials being provided, the City shall pay Provider in accordance with the following exhibit listed below, which is attached and incorporated by reference, subject to all limitations on the allowability of cost items imposed by the City of Philadelphia Contract Cost Principles and Guidelines:

> **Exhibit PA-3: Compensation Agreement**
>
> **Exhibit PA-4: Budget and Staffing**

(b) Notwithstanding anything in this Contract to the contrary, the Office of the Director of Finance may not certify payments under the Contract that in total exceed $64,272,073.00.

**4.2** **Manner of Payment.**

(a) Payment shall be made after Provider's timely submission of invoices to the Responsible Official, in the number, form, and content acceptable to the Responsible Official, accompanied by such additional supporting data and documentation as the Responsible Official may require. All payments to Provider are contingent upon satisfactory performance of the terms and conditions of this Contract. Provider shall submit its final invoice not more than sixty (60) days from completion of the Services and delivery of Materials.

(b) All payments to Provider shall be by deposits into Provider's designated bank account by electronic means, unless the City, in its sole discretion, makes payment by check. Provider agrees that the City need not make payment until Provider has completed and submitted to the City the appropriate electronic payment processing enrollment form at https://vendor-

payments.phila.gov/login. Only the individuals identified by Provider as authorized to execute contracts and change financial and banking information on behalf of Provider will be eligible to receive passwords, which shall be in Provider's sole control. Provider must immediately confirm all changes to banking information by emailing voucherverification@phila.gov and the Department and by giving notice to the Department. The City may delay new payments until the Department has confirmed the validity of the change. Provider, and not the City, shall be solely responsible for any City payment following the unauthorized use of a Provider password.

(c) The City reserves the right to withhold or offset against any funds payable to Provider for any invoice for which the Responsible Official asserts a discrepancy exists or for Provider's failure to satisfactorily perform the terms of the Contract, as determined solely by the City.

## ARTICLE V: MISCELLANEOUS PROVISIONS

**5.1** **Notice.** The addresses and email addresses for the City and the Provider are as follows:

IF TO THE CITY:

Attn.: Blanche Carney, Commissioner
Philadelphia Department of Prisons
7901 State Road, 3rd Floor
Curran Frumhold Correctional Facility
Email: ████████████████████

Attn: Bruce Herdman
Chief of Medical Operation
City of Philadelphia Prisons System
7901 State Road, 2nd Floor
Curran Fromhold Correctional Facility
Philadelphia, Pennsylvania 19136
Email: Bruce.Herdman@prisons.phila.gov

Attn: Desiree Johnson, Conformance Manager
City of Philadelphia Prison System
7901 State Road, 3rd Floor
Curran Fromhold Correctional Facility
Philadelphia, Pennsylvania 19136
Email: Desiree.Johnson@prisons.phila.gov

IF TO PROVIDER:

    Attn.:    Vandelyn Phillips, RN, BSN, CCHP
Vice President of Operations
8001 State Road
Philadelphia, PA 19136
Email: Vandelyn.Phillips@corizonhealth.com

WITH A COPY TO:

    Attn.:    General Counsel
Corizon Health Inc.
103 Powell Court
Brentwood, TN 37027
Fax No.: 615.376.3387

**5.2**     **Other Provisions.**

(a)     <u>Participation</u>. Provider shall comply with the requirements of Executive Order 01-21 set forth in **Exhibit PA-5: Executive Order 01-21**.

(b)     Other provisions applicable to the Contract are set forth in the following exhibits, which are attached and incorporated in the Contract by reference:

**Exhibit PA-6: BAFO dated 11/10/21**

**5.3**     **Acknowledgement of the General Provisions.** Provider acknowledges that it has read and understands the terms and conditions contained in the General Provisions and that it is legally bound by all of the terms of this Contract, including those set forth in the General Provisions.

**5.4**     **Electronic Signatures.** The Parties agree to execute this Provider Agreement electronically using the means of electronic signature provided below.

*[The remainder of this page has been left blank intentionally.  Signature page follows.]*

IN WITNESS OF THEIR AGREEMENT TO THE PROVISIONS ABOVE, the Parties have caused this Provider Agreement to be executed and delivered by their respective duly authorized officers as of the first date in the preamble of this Provider Agreement.

| APPROVED AS TO FORM | THE CITY OF PHILADELPHIA |
|---|---|
| DIANA P. CORTES, CITY SOLICITOR | Through: Department of Prisons |

Per: *Toi Shields* (DocuSigned by: A88A493EFF5D41B...)

By: *Blanche Carney, MSS, CCM, Commissioner* (DocuSigned by: B8258C8F0390449...)

Name: Toi Shields

Name: Blanche Carney, MSS, CCM, Commissioner

Title: Senior Attorney

Title: Commissioner

**CORIZON HEALTH, INC.**

By: *Jrffrey Sholey, SVP, CFO and Treasurer* (DocuSigned by: A3F3178CC93B4BA...)

Name: Jrffrey Sholey, SVP, CFO and Treasurer

Title: Other

ATTEST

By: *Scott King, Secretary and CLO* (DocuSigned by: 875F4912181540F...)

Name: Scott King, Secretary and CLO

Title: Secretary



At Corizon Health, **we believe that healthy patients and healthy partnerships build healthy communities**.  Our responsibility lies in identifying opportunities to engage and educate our patients during incarceration which in turn can impact health equity.  Whether it's through health programs such as smoking cessation, weight control groups, and maternal health, or behavioral health programs such as relapse prevention, Moral Reconation therapy, or self-directed wellness, our health care team identifies the opportunities and challenges within each facility and community we serve to ascertain health inequities and develop the strategies to improve outcomes.  For our client partners this means bridging the gap between the correctional health care at the facility and community healthcare resources to foster continuity of care when a patient returns to the community, which in turn can reduce overall recidivism.

### *Integration of Care into One Continuum*
**COR Care** includes many evidence-based healthcare practices we have had in place for years along with developing new innovations and adopting best practices designed to increase efficiency and accountability while reducing risk. Our driving motivation is to do the right thing for our patient: The right care, at the right time, and in the right place. By following these three simple criteria, we fulfill our mission as caregivers and healers within the budgets established to provide this care. Most importantly, **we make a difference in the lives of our patients and the well-being of our communities**.

**Our outcomes-focused approach applies robust acute-care outcomes and accountability measures to correctional healthcare aligning us with the accountability initiatives adopted in recent years for hospitals and other acute-care settings.**



COR Care recognizes the important working partnerships that must exist between healthcare and custody staff to maintain the safety of everyone inside the correctional facility.  We respect the role of correctional officers and support collaboration between medical and security personnel through programs such as Crisis Intervention Training.

Our mission-driven healthcare team also works to **educate patients** about managing their health conditions. Our pro-active preventive care enlists patients as active participants in their health through education and identifying community resources to access upon release. Our grievance and Continuous Quality Improvement (CQI) process identifies trends, guides development of performance improvement plans, and leads to improved outcomes.

Preparing the inmate for **reentry to the community** is an equally imperative mission.  Our healthcare team works collaboratively with custody, our community partners, and our multidisciplinary treatment team to identify the needs of the inmate, develop individual reentry plans, and coordinate services.

**TAB 5 – PROPOSED SCOPE OF WORK**
**CITY OF PHILADELPHIA – PHILADELPHIA DEPARTMENT OF PRISONS**
PROVISION OF PRISON PHYSICAL AND BEHAVIORAL HEALTH CARE SERVICES
OPPORTUNITY NUMBER 21210428174629 – JULY 19, 2021
PAGE 5.2

PJUNG002258



collaboration with the PDP and EHR team, to customize the electronic health record to suit the unique correctional environment in which we operate. The Clinical Rules Engine is included as **Attachment E.**

## Special Needs Inmates

In addition to managing patients with chronic health conditions, Corizon Health also identifies and provides care for patients with special needs. NCCHC defines special needs patients as those with health conditions that require regular care. Examples of special needs patient categories include:

- patients on dialysis
- adolescents in adult facilities
- physically disabled (mobility impairment, visual, hearing and speech impairment)
- developmentally disabled individuals, the frail or elderly
- patients with severe mental illness
- suspected victims of physical or sexual abuse
- pregnant patients

All special needs patients are placed on a roster that is regularly updated. This allows quick identification of higher risk individuals within the facility. Special needs patients will also have an individual plan of care, which will be routinely updated at clinical visits.

Site leadership will keep the PDP command staff aware of patients who are recent returns from hospitalizations or emergency room events. We will have a plan of care in place for all high risk inmates in the facility.

### Individualized Treatment Planning

Individual Treatment Plans (ITP), as guided by our clinical pathways, will be developed for inmate patients as clinically indicated. In addition to creating an accurate healthcare picture, the ITP can establish inmate patient goals, thereby reinforcing awareness and empowerment for the patient. The ITP can also assist with discharge planning.

A physician or other qualified clinician develops an individual treatment plan during the evaluation period. Pharmacological support care is determined by a practitioner. Treatment plans are evaluated by an interdisciplinary treatment team and updated, as necessary. Treatment plans include instructions to medical and mental health staff, and other personnel regarding roles in the care and supervision of the patient. The treatment plan includes, at a minimum, the following:

- Type and frequency of diagnostic testing
- Type and frequency of therapeutic intervention
- Monitoring of medications
- Frequency of follow-up or further evaluation
- Recommendations for housing (when appropriate)
- Patient education specific to instructions about diet, exercise, adaptation to the correctional environment, and medication, as appropriate
- Initiation of re-entry process

**TAB 5 – PROPOSED SCOPE OF WORK**
**CITY OF PHILADELPHIA – PHILADELPHIA DEPARTMENT OF PRISONS**
PROVISION OF PRISON PHYSICAL AND BEHAVIORAL HEALTH CARE SERVICES
OPPORTUNITY NUMBER 21210428174629 – JULY 19, 2021
PAGE 5.75

PJUNG002331



Treatment plans are established to ensure the inmate is monitored and evaluated by a primary care provider in accordance with their healthcare needs. Because of this, a chronic care clinical encounter typically includes (but is not limited to) the following:

- An examination of the general condition of the inmate patient, including obtaining a focused patient history
- An examination of specific disease/condition indicators as established by Corizon Health protocol
- Review of any previous laboratory or diagnostic results;
- Initiation or updating of the individualized treatment plan, including further laboratory or diagnostic testing, medications, diets, exercise, housing recommendations (when necessary), treatments, and follow-up care
- Providing verbal and written education on individual health conditions and wellness management

The ITP is regularly reviewed and revised by the entire clinical team. Furthermore, if a patient is enrolled in psychiatric chronic care, psychiatric follow-up is required at least every 90 days for ongoing assessment and treatment of the inmate/patient.

Our behavioral health staff will provide an individualized treatment plan (ITP) for those patients with a co-occurring disorder who are on multiple medications. A key component will be to address the patient's willingness to change and level of insight regarding their addiction. **Motivational Interviewing** techniques will be employed to consistently engage the patient in the care planning process and ensure treatment efforts are targeting the mental and physical health considerations, as well as substance use history and risks. The ITP will assess the appropriateness of the medication, to ensure prescriptions authorized are safe and effective given the patient's overall comorbidities.

Individuals with dual diagnosis are more likely to require the interventions of a multidisciplinary treatment team system, which includes providers from various disciplines that have the capacity and willingness to provide an integrated treatment model to include regular communication and agreed upon goals. We consider security staff important members of multidisciplinary teams, and we will provide training for PDP staff, accordingly, including use of *Correctional Officer Briefings* (COB). Sample *Correctional Officer Briefings* have been provided in **Attachment B**.

**Evidence-Based Care Guidelines**
We develop our care plans and programs with this population in mind, focusing on the medically underserved population that is at high risk for a variety of medical and emotional disorders.

Our Chronic Care Program provides evidence-based care for inmates with chronic diseases that require and/or benefit from regularly scheduled healthcare visits. Our treatment guidelines are adapted from the nationally recognized correctional healthcare sources such as the **National Commission on Correctional Health Care**, and from clinical guidelines endorsed by recognized national organizations, including, but not limited, to those listed below. These guidelines are the foundation for developing the individualized treatment plan based upon the disease and degree of control for each patient.

- American Society of Addiction Medicine (ASAM)
- Centers for Disease Control and Prevention (CDC)

TAB 5 –   PROPOSED SCOPE OF WORK
**CITY OF PHILADELPHIA – PHILADELPHIA DEPARTMENT OF PRISONS**
PROVISION OF PRISON PHYSICAL AND BEHAVIORAL HEALTH CARE SERVICES
OPPORTUNITY NUMBER 21210428174629 – JULY 19, 2021
PAGE 5.76

PJUNG002332

- National Institutes of Health (NIH)
- National Patient Safety Foundation (NPSF)
- National Committee for Quality Assurance (NCQA)
- American Diabetes Association
- Utilization Review Accreditation Commission (URAC)
- Agency for Healthcare Research and Quality (AHRQ)
- U.S. Preventive Services Task Force (USPSTF)

Corizon Health uses severity indexing for inmate patients with chronic diseases, subdividing each disease by severity and outlining treatment and pharmacological management based on the severity index. The index defines the frequency of routine visits (i.e., poorly controlled diabetics are seen in the chronic care clinic more frequently than stable diabetics).

The Evidence-Based Care Guidelines utilized by Corizon Health practitioners:

- Asthma
- Diabetes
- Diabetic Ketoacidosis
- Dyslipidemia
- Gestational Diabetes
- HIV/AIDS
- Hypertension
- MRSA
- PTSD
- Schizophrenia
- Women's Health
- Seizure Disorder
- Sickle Cell Disease
- TB/LTBI
- Warfarin Management
- ADHD
- Bipolar Disorder
- Extrapyramidal Symptoms
- Major Depressive Disorder
- Substance Abuse Withdrawal
- Gender Dysphoria

Additionally, each Chronic Illness has the following corresponding tools:

- Nursing Encounter Tools (NETs)
- Mental Health Encounter Tools (METs)
- Patient Information Fact Sheets (PIFs)
- Correctional Officer Briefings (COBS).

These tools are available for staff through the MyCorizon intranet and at the sites to use as a resource or delivery of appropriate care.

Early identification of the patient requiring chronic care case management is critical to allow the treatment team to coordinate care and includes the following key components:

- Using assessment tools that identify individuals who will benefit from preventive care
- Population health management tools identifying those at risk for chronic conditions and care gaps through predictive modeling
- Coordination of care providers (medical, psychiatry, behavioral health, pharmacy, nursing, and case management) through weekly meetings
- A focus on self-management and patient education on treatment plans
- Provision of care in the most appropriate setting within the facilities

**TAB 5 – PROPOSED SCOPE OF WORK**
**CITY OF PHILADELPHIA – PHILADELPHIA DEPARTMENT OF PRISONS**
PROVISION OF PRISON PHYSICAL AND BEHAVIORAL HEALTH CARE SERVICES
OPPORTUNITY NUMBER 21210428174629 – JULY 19, 2021
PAGE 5.77

PJUNG002333



- Use of evidence-based treatment guidelines to ensure high quality consistent care that results in better outcomes
- Medication compliance, use of the most cost-effective medications, and management of patients on multiple medications (polypharmacy)

In addition to obtaining a focused history with the inmate, a visit to the Chronic Care Clinic includes:

- An examination of the general condition of the inmate
- An examination of specific disease indicators as established by Corizon Health protocol
- Review of any previous laboratory or diagnostic results
- Initiation or updating of the individualized treatment plan, including medications, diets, exercise, housing recommendations (when necessary), treatments, follow-up care, and education on disease management

### Proactive Health Promotion

Noted above, the preventive care delivered in our chronic care clinics can ensure a healthier inmate patient population and decrease the number of off-site visits to hospitals and physician offices. **Patient education is a fundamental component of this healthcare.** Because of this, we utilize various educational materials to provide inmate patients with an understanding of his or her particular disability or disease, the necessary care, and instruction for self-care.

We provide education to each inmate patient attending Chronic Care Clinics. This education can be provided in the Clinical Pathway for the diseases or educational pamphlets. Corizon Health utilizes the CDC and NIH websites to obtain up-to-date information on health promotion topics and disease process in both English and Spanish. Corizon Health also has a series of **Patient Information Fact Sheets (PIFS)** for distribution to inmates in all medical areas, which cover a variety of health-related topics including TB, Quitting Smoking, and Contraception and specific chronic illnesses such as hypertension, asthma, and diabetes. Samples of PIFS are included in **Attachment B**.

### 12. Infectious Disease Clinic (RFP Pg. 17)

> Successful Applicant must operate an Infectious Disease Clinic. This clinic must be staffed by a physician who is specialty trained and Board Certified in the treatment of infectious diseases. The Clinic must operate at least five days per week, and no inmate who needs to see the Infectious Disease Clinic physician will wait more than ten days to be seen. Successful Applicant must coordinate its clinic activities with the City Department of Public Health. Successful Applicant must provide preliminary opt-out HIV, Hep C and COVID-19 testing and confirmatory testing as medically indicated. Successful Applicant must report all inmates with a diagnosis of syphilis, gonorrhea, chlamydia or any additional reportable infectious disease to the Philadelphia Department of Public Health Division of Disease Control. Successful Applicant must participate in pharmaceutical company sponsored programs or other programs that provide 30-day post discharge HIV medications or other medications at no cost.

Corizon Health will continue to operate an HIV/AIDS/Hep C/Infectious Disease Clinic to manage all HIV-positive and Hep C-positive inmates as diagnostic cohorts. This clinic is directed by **Dr. Debra D'Aquilante** who is dually board certified in infectious disease and internal medicine with specialized training in the treatment of HIV. Dr. D'Aquilante, a nationally recognized infectious disease specialist, has served in this capacity for the last 27 years and has established strong relationships with the local community and with providers nationwide. She follows the most current U.S. Department of Health and Human Services (DHHS) and International AIDS Society Guidelines for the Management of HIV infection.

TAB 5 – PROPOSED SCOPE OF WORK
CITY OF PHILADELPHIA – PHILADELPHIA DEPARTMENT OF PRISONS
PROVISION OF PRISON PHYSICAL AND BEHAVIORAL HEALTH CARE SERVICES
OPPORTUNITY NUMBER 21210428174629 – JULY 19, 2021
PAGE 5.78

PJUNG002334

participant(s) any legal rights or remedies in connection with the subcontracted services pursuant to the Antidiscrimination Policy or by reason of this Contract except such rights or remedies that the M/W/DSBE participant may seek as a private cause of action under any legally binding contract to which it may be a party. The remedies enumerated above are for the sole benefit of the City and City's failure to enforce any provision or the City's indulgence of any non-compliance with any provision hereunder, shall not operate as a waiver of any of the City's rights in connection with this Contract nor shall it give rise to actions by any third parties including identified M/W/DSBE participants.

(b) <u>Special Requirements Applicable to Non-Profit Providers</u>. In the event Provider is a non-profit, the Contract may not be subject to M/W/DSBE participation ranges, but Provider shall demonstrate its compliance with the Antidiscrimination Policy by providing annually to OEO the following information:

(1) A statement identifying the race, gender, disability status and ethnic composition of its workforce and board of directors;

(2) A list of the non-profit's five highest dollar value M/W/DSBE suppliers of products and services; and

(3) The non-profit's written "equal opportunity statement," an assurance of the non-profit's efforts to maintain a diverse workforce and board of directors and operate a fair and effective supplier diversity program.

(c) <u>Criminal Liability for Fraudulent or False Statements</u>. Provider hereby verifies that all information submitted to the City in connection with the Antidiscrimination Policy is true and correct and is notified that the submission of false information is subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities, which may include payment of a fine of at least $1,000 and a term of imprisonment of not more than two (2) years. Provider also acknowledges that under 18 Pa.C.S. § 4107.2(a)(4), it is a felony in the third degree, punishable by a term of imprisonment of not more than seven (7) years in addition to the payment of any fines or restitution, if, under this Contract, Provider fraudulently obtains public moneys reserved for or allocated or available to minority business enterprises or women's business enterprises.

14.4. **Federal Laws.** Provider shall comply with the provisions of Title VI of the Civil Rights Act of 1964 (42 U.S.C. §§ 2000d - 2000d.7), Section 504 of the Federal Rehabilitation Act of 1973 (29 U.S.C. § 794), the Age Discrimination Act of 1975 (42 U.S.C. §§ 6101 - 6107), Title IX of the Education Amendments of 1972 (20 U.S.C. § 1681), and 45 C.F.R. Part 92, as they may be amended from time to time, which together prohibit discrimination on the basis of race, color, national origin, sex, handicap, age and religion.

14.5. **Americans with Disabilities Act.** Provider understands and agrees that no individual with a disability shall, on the basis of the disability, be excluded from participation in this Contract or from providing Services or Materials under this Contract. By executing and delivering this Contract, Provider covenants to comply with all provisions of the Americans with Disabilities Act (42 U.S.C. §§ 12101-12213) (the "ADA"), and all regulations promulgated thereunder, as the ADA and regulations may be amended from time to time, which are applicable (a) to Provider; (b) to the benefits, Services, Materials, activities, facilities and programs provided in connection with this Contract; (c) to the City or the Commonwealth; (d) to the benefits, services, activities, facilities and programs of the City or the Commonwealth; and (e) if any funds under this Contract are

provided by the federal government, to federal funds, benefits, services, activities, facilities and programs applicable to this Contract. Without limiting the applicability of the preceding sentence, Provider shall comply with the "General Prohibitions Against Discrimination" (28 C.F.R. Part 35.130), and all other regulations promulgated under Title II of the ADA, as they may be amended from time to time, which are applicable to the benefits, services, facilities, programs and activities provided by the City through contracts with outside contractors.

14.6. **Northern Ireland.**

(a) In accordance with Section 17-104 of the Code, Provider (including any parent company, subsidiary, exclusive distributor or company affiliated with Provider) (1) confirms that it does not have, and agrees that it will not have at any time during the Term of this Contract, any investments, licenses, franchises, management agreements or operations in Northern Ireland; and (2) agrees that no product to be provided to the City under this Contract will originate in Northern Ireland, unless Provider has implemented the fair employment principles embodied in the MacBride Principles.

(b) In the performance of this Contract, Provider agrees that it will not use any suppliers, Subcontractors or subconsultants at any tier (1) who have (or whose parent, subsidiary, exclusive distributor or company affiliate have) any investments, licenses, franchises, management agreements or operations in Northern Ireland; or (2) who will provide products originating in Northern Ireland unless said supplier, Subcontractor or subconsultant has implemented the fair employment principles embodied in the MacBride Principles.

(c) Provider agrees to cooperate with the City's Director of Finance in any manner which the said Director deems reasonable and necessary to carry out the Director's responsibilities under Section 17-104 of the Code. Provider expressly understands and agrees that any false certification or representation in connection with this Section 14.6 and any failure to comply with the provisions of this Section 14.6 shall constitute a substantial breach of this Contract entitling the City to all rights and remedies provided in this Contract or otherwise available at law (including, but not limited to, Section 17-104 of the Code) or in equity.

14.7. **Limited English Proficiency.** Provider understands and agrees that no individual who is limited in his or her English language proficiency shall be denied access to Services provided under this Contract on the basis of that limitation. As a condition of accepting and executing this Contract, Provider shall comply with all provisions of Title VI of the Civil Rights Act of 1964, Executive Order No. 12250 of the President of the United States, publication of the Mayor of the City of Philadelphia's Executive Order entitled, "Access to Federally Funded City Programs and Activities for Individuals with Limited English Proficiency" dated September 29, 2001, and all regulations promulgated thereunder, as the Act and regulations may be amended from time to time, which are applicable (a) to Provider; (b) to the benefits, services, activities and programs provided in connection with this Contract; (c) to the City, or the Commonwealth; and (d) to the benefits, services, activities and programs of the City or of the Commonwealth, and if any funds under this Contract are provided by the federal government, which are applicable to the federal government and its benefits, services, activities and programs. Without limiting the applicability of the preceding sentence, Provider shall comply with 45 C.F.R. 80 et. seq. and all other regulations promulgated under Title VI of the Civil Rights Act of 1964, as they may be amended from time to time, which are applicable to the benefits, services, programs and activities provided by the City through contracts with outside contractors.