# Exhibit K





# Diabetes

- Sugar + Insulin work together to give the body energy.
- Sugar will build up in the blood if there is not enough insulin or the insulin is not effective.
- The resulting condition is **DIABETES**.
- **Type I and Type II**

ATTORNEYS EYES ONLY

Jung - City Production004398



# Diabetic Emergencies

- **Low Blood Sugar : Insulin shock : Needs Sugar**
- Too much insulin or not enough food.
- **Occurs rapidly**
- **Signs and Symptoms:**
  - Hunger/Aggitation
  - Dizziness
  - Weakness
  - Changes in the level of consciousness
  - Visual difficulties
  - Sweating, headache, fast breathing
  - Numb hands or feet
- **May result in loss of consciousness or death**

20    © Corizon Health, Inc. All information and photos are confidential and proprietary. All rights reserved.    ATTORNEYS EYES ONLY    Jung - City Production004399

# Diabetic Emergencies



## High Blood Sugar: Diabetic Ketoacidosis

- Too much food or not enough insulin
- Stress or infection
- **Occurs over days, weeks**
  - Drowsy
  - Fast breathing/Aggitation
  - Confused
  - Thirst
  - Frequent Urination
  - Fever
  - Abdominal pain
  - Fruity smell to breath

**May result in loss of consciousness or death**

ATTORNEYS EYES ONLY

Jung - City Production004400