# Exhibit N

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PA**

| | |
|---|---|
| JACOB and JAMES JUNG as Administrators for the Estate of LOUIS JUNG, JR.  :<br>   v.                                                                                             :<br>CITY OF PHILADELPHIA; YES CARE CORP.,  :<br>BLANCHE CARNEY, LALITHA TRIVIKRAM,  :<br>MAUREEN GAY, and BLAIR CABELLOS, et al.  : | CASE NO. 24-CV-05618 |

**ANSWER OF DEFENDANT, BLAIR CABELLOS,**
**TO PLAINTIFF'S INTERROGATORIES**

Pursuant to the applicable Rules of Civil Procedure, the Answering Defendant, Blair Cabellos, LPN, hereby responds to Plaintiff's Interrogatories. Each response is subject to all objections as to competence, relevance, materiality, propriety, and admissibility, and to any and all other objections on any grounds that would require the exclusion of any statements or documents contained herein if such documents were asked of, or documents contained herein were made by, a witness presented and testifying in Court, all of which objections and grounds are expressly reserved and may be interposed at the time of Trial.

Answering Defendant responds to Plaintiff's Interrogatories subject to the following objections and responses ("General Objections"), expressly preserving and without waiving such objections, the Answering Defendant does not waive any of these objections by making responses or by providing documents attached hereto.

**GENERAL OBJECTIONS**

I.      Answering Defendant objects to Plaintiff's Interrogatories to the extent that they seek information protected from disclosure by the attorney/client privilege, the work/product doctrine, or any other applicable privilege, rule of law or statute limiting discovery. To the extent applicable, any waiver of such privilege will be set forth specifically in the response to the request for production of documents.

**ANSWER:** The answering defendant was never given any such assignment and had no contact at all with the decedent.

**INTERROGATORY NO. 11:**
Describe every instance in which you provided insulin to Louis Jung Jr. between October 27, 2023 and November 6, 2023, including each instance in which you documented the administration of insulin.

**ANSWER:** The answering defendant was never given any such assignment and had no contact at all with the decedent, other than that described in response to #13, below.

**INTERROGATORY NO. 12:**
Describe what medical care you provided and/or recommended be provided to Louis Jung, Jr. when you encountered him on November 5, 2023.

**ANSWER:** There was no "encounter" as that term is used in a medical sense. At the time when the answering defendant was nearby the cell of the decedent, and it was brought to her attention that the inmate may have needed medical care, the answering defendant was prohibited from interacting with the inmate by the Corrections Officer at the scene; as a result, she instructed the Corrections Officer on site to initiate a stretcher call.

**INTERROGATORY NO. 13:**
Describe every other instance in which you saw, observed, interacted with, or encountered Louis Jung, Jr. between October 27, 2023 and November 6, 2023.

**ANSWER:** There are none.

**INTERROGATORY NO. 14:**
Describe why your employment with YesCare ended, including whether you were terminated and for what reasons, or whether you voluntarily ended your employment and for what reasons.

**ANSWER:** See response to #7, above.

**INTERROGATORY NO. 15:**
Identify all professional organizations, affiliations, or memberships you have related to your nursing career.

**ANSWER:** The answering defendant is not a member of any such organizations.

**O'CONNOR KIMBALL LLP**

By: /s/ *Thomas J. Gregory*
Thomas J. Gregory, Esquire
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
215-564-0400   Facsimile: 215-564-1973
Email: tgregory@okllp.com
*Attorney for Defendants, YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P., and Blair Cabellos, LPN*

Dated: July 30, 2025