## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG as administrators for the estate of LOUIS JUNG, JR., | Civil Action No. 2:24-CV-05618-TJS |
| Plaintiffs, | |
| vs. | |
| YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al., | |
| Defendants, | |
| vs. | |
| CAREERSTAFF UNLIMITED, LLC, | |
| Third Party Defendant, | |
| TEKACCEL, INC., | |
| Fourth Party Defendant. | |

## **ORDER**

AND NOW, this _____ day of _____, 202\_\_ upon consideration of the Joinder Motion of Defendant CareerStaff Unlimited, LLC to Defendant Mariesha Apollon's Motion for Summary Judgment, and any response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED and all claims against Defendant Mariesha Apollon are DISMISSED WITH PREJUDICE.

It is further ORDERED and DECREED that all claims asserted by Defendant YesCare Corporation against CareerStaff Unlimited, LLC in the Third Party Complaint (Document 60), which are derivative of the claims asserted against Defendant Mariesha Apollon, are hereby DISMISSED WITH PREJUDICE.

BY THE COURT:

_____
Timothy J. Savage, J.