**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 12th day of December, 2025, a true and correct copy of the within **Defendant, CareerStaff Unlimited, LLC's Motion to Extend Deadlines** was filed via the Electronic Filing System. Parties may access this filing through the ECF filing system.

_____
Alexander B. Possino, Esquire