# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG as administrators for the estate of LOUIS JUNG, JR., | Civil Action No. 2:24-CV-05618-TJS |
| Plaintiffs, | |
| vs. | |
| YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al., | |
| Defendants, | |
| vs. | |
| CAREERSTAFF UNLIMITED, LLC, | |
| Third Party Defendant, | |
| TEKACCEL, INC., | |
| Fourth Party Defendant. | |

## **ORDER**

AND NOW, this _____ day of _____, 202___ upon consideration of Defendant CareerStaff Unlimited, LLC's Motion to Extend Deadlines, and any response thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED, and all dates set forth in the Amended Scheduling Order (Document 62) are extended by 60 days.

BY THE COURT:

_____
Timothy J. Savage, J.