IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB AND JAMES JUNG, ADMINISTRATORS OF ESTATE OF LOUIS JUNG, JR, PLAINTIFFS, <br><br> v. <br><br> CITY OF PHILADELPHIA, ET AL. DEFENDANTS. | CIVIL ACTION: <br><br> No. 24-cv-05618-TJS |

**DEFENDANT MARIESHA APOLLON, R.N.'S *DAUBERT* MOTION TO PRECLUDE PLAINTIFFS' MEDICAL EXPERT CAUSATION OPINIONS AGAINST HER**

Defendant, Mariesha Apollon (hereinafter referred to as "Nurse Apollon" or "Moving Defendant") by and through her attorneys, Kiernan Trebach LLP, hereby submit this *Daubert* Motion to Preclude Plaintiffs' Medical Expert Causation Opinion against her, and says as follows:

1. Nurse Apollon respectfully moves this Court, pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, inc.*, to preclude Plaintiffs' medical experts identified *infra* from offering any opinion that her October 28, 2023 nursing care caused or even contributed to the death of Plaintiffs' decedent Louis Jung, Jr ("Mr. Jung").

2. As set forth in the accompanying Brief in Support, not one of Plaintiffs' experts actually discloses a causation opinion as to Nurse Apollon, and any causation

theory Plaintiffs might attempt to derive from their reports is speculative, conclusory, and fails Rule 702's reliability and fit requirements.

    3.    In support of this Motion, Nurse Apollon relies upon the attached Brief in Support and accompanying exhibits.

**WHEREFORE**, Defendant, Mariesha Apollon, R.N., respectfully requests that this Honorable Court grant her Daubert Motion and enter the proposed Order attached hereto, and award such other relief as the Court deems just and proper.

Respectfully submitted,

**KIERNAN TREBACH, LLP**

_____
Sarah M. Baker, Esq.
Attorneys for Mariesha Apollon

**KIERNAN TREBACH, LLP**

_____
Jonathan M. Kaminsky, Esq.
Attorneys for Mariesha Apollon

Date: December 12, 2025

3