IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB AND JAMES JUNG, ADMINISTRATORS OF ESTATE OF LOUIS JUNG, JR, PLAINTIFFS, <br><br> v. <br><br> CITY OF PHILADELPHIA, ET AL. DEFENDANTS. | CIVIL ACTION: <br><br> No. 24-cv-05618-TJS |

AND NOW, this _____ day of _____, 202__, upon consideration Defendant Mariesha Apollon, R.N.'s *Daubert* Motion to Preclude Plaintiffs' Expert Causation Opinions Against Her, and any response thereto, it is HEREBY ORDERED that the Motion is GRANTED.

Plaintiffs' medical experts, including but not limited to Lori E. Roscoe, Dr. Jonathan Williams, and Dr. Homer D. Venters, are PRECLUDED from offering any opion that the nursing care provided by Mariesha Apollon, R.N. on October 28, 2023 cause or contributed to the November 6, 2023 death of Louis Jung, Jr.

BY THE COURT:

_____
Timothy J. Savage, J.