## CERTIFICATE OF SERVICE

I, JONATHAN KAMINSKY, ESQUIRE, hereby certify that copies of Defendant Apollon's Motion in the instant proceedings was served on or about the below date via electronic filing or electronic mail. By regular mail where service by electronic means is unavailable.

**COUNSEL FOR PLAINTIFF**
Bret Grote, Esquire
Nia Holston, Esquire
Rupalee Rashatwar, Esquire
Margaret Hu, Esquire
ABOLITIONIST LAW CENTER
990 Spring Garden
Philadelphia, PA  19123
bretgrote@abolitionistlawcenter.org
nia@alcenter.org
rupalee@alcenter.org
margo@alcenter.org

**COUNSEL FOR YESCARE CORP., LALITHA TRIVIKRAM, MD AND MAUREEN GAY, N.P.**
Thomas J. Gregory, Esquire
O'CONNOR KIMBALL LLP
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
Tgregory@okllp.com

**COUNSEL FOR CITY OF PHILADELPHIA AND  BLANCHE CARNEY**
Michael Pestrak, Deputy City Solicitor
CITY OF PHILADELPHIA LAW DEPARTMENT
1500 Arch Street, 14th Floor
Philadelphia, PA  19102
Michael.pestrak@phila.gov

**COUNSEL FOR CAREERSTAFF**
Danielle Pell, Esquire
Alex Possino, Esquire
GORDON REES SCULLY MANSUKHANI, LLP
Three Logan Squre
1717 Arch Street, Suite 610
Philadelphia, PA 19103
dpell@grsm.com
apossino@grsm.com

17

|  |  |
|---|---|
| | **KIERNAN TREBACH, LLP** |
| 12/12/2025 | By_____<br>JONATHAN KAMINSKY, ESQUIRE |

18