# Exhibit A

Case 2:24-cv-05618-TJS     Document 111-1     Filed 12/12/25     Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR., : : : : Plaintiff, : : v. : : CITY OF PHILADELPHIA; YesCare Corp.; : BLANCHE CARNEY, Former : Commissioner of Philadelphia Dept. of : Prisons; LALITHA TRIVIKRAM; : MAUREEN GAY; Correctional Officer John : Does 1-10, : : Defendants. | No. 2:24-cv-05618-TJS<br><br>**JURY TRIAL DEMANDED** |

**RULE 26(a)(2) Disclosures**

Plaintiff, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 26(a)(2), discloses that the following individuals will be called as expert witnesses to testify on behalf of Plaintiff at trial in the above-captioned case:

- Dr. Jonathan S. Williams, M.D., Physician and Endocrinologist at Brigham and Women's Hospital and Harvard Medical School – Expert in diabetes care. CV attached.

- Dr. Homer Venters, M.D., Physician and Epidemiologist – Correctional Healthcare expert. CV attached.

- Dr. Lori E. Roscoe, DNP, PhD, APRN, ANP-C, CCHP-RN – Correctional Nursing expert. CV attached.

These experts will produce written reports in advance of trial in accordance with paragraph 2 of the Court's Case Management Order of May 22, 2025. Dkt. 41. Plaintiffs reserve the right to

1

supplement these disclosures, including by identifying any additional expert witnesses who will testify at trial.


Respectfully submitted,

*/s/ Bret Grote*
Bret Grote (PA 317273)
*/s/ Nia Holston*
Nia Holston (PA 327384)
*/s/ Rupalee Rashatwar*
Rupalee Rashatwar (PA 331085)
*/s/ Margaret Hu*
Margaret Hu (PA 334438)
990 Spring Garden
Philadelphia, PA 19123
(412) 654-9070
bretgrote@abolitionistlawcenter.org
nia@alcenter.org
rupalee@alcenter.org
margo@alcenter.org

DATE: June 18, 2025

2