# Exhibit B



**Bret Grote <bretgrote@alcenter.org>**

## Jung - another expert retainer

**Kaitlin Shultz** <admin@alcenter.org>                        Wed, Oct 15, 2025 at 2:14 PM
To: artwallenstein@gmail.com
Cc: Bret Grote <bretgrote@alcenter.org>

Mr. Wallenstein,

ALC has remitted a check for $750 to this address: 17525 Princess Anne Drive, Olney, Maryland 20832. You can expect delivery via USPS later this week or next week.

Will you please also provide a W-9 for our records? If you don't have one handy, you can fill & electronically sign the form here.

Thank you!
Kaitlin (she/her)
Admin @ ALC

[Quoted text hidden]

PJUNG003327



**Bret Grote <bretgrote@alcenter.org>**

---

## Jung - subjects for expert review

---

**Bret Grote** <bretgrote@alcenter.org>                Tue, Oct 14, 2025 at 11:45 AM
To: Arthur Wallenstein <artwallenstein@gmail.com>
Cc: Corinne Austen <corinne@alcenter.org>

Art,

Good afternoon. Attached find the questions we want you to address. Please let me know if you have questions or want to discuss anything at all. Also, if there is a topic or sub-topic that you think is relevant and should be added please reach out and we will discuss.

Our paralegal, Corinne, will be sending you a link so you can access case documents for your review. Please let me know if you want to discuss or have any questions after reviewing.

Thank you!

Bret

---

 **Correctional Expert – Arthur Wallenstein.docx**
139K

PJUNG003328



**Bret Grote <bretgrote@alcenter.org>**

## Jung - subjects for expert review

**Corinne Austen** <corinne@alcenter.org>                                Tue, Oct 14, 2025 at 12:49 PM
To: Bret Grote <bretgrote@alcenter.org>
Cc: Arthur Wallenstein <artwallenstein@gmail.com>

Hi Art,

Nice to e-meet you! You should have received an email prompting you to view the documents for the Jung case in MyCase, our case management portal.

Please note we are not sharing the YesCare policies at this time as we think they are likely not necessary for your review, but if you have reason to think otherwise, please reach out to Bret to discuss.

Please let me know if you have any issues or questions.

Best,

Corinne


[Quoted text hidden]
--
Corinne Austen, LSW (she/her)
Paralegal
Abolitionist Law Center
484-402-6414

PJUNG003329



**Bret Grote <bretgrote@alcenter.org>**

## Jung - subjects for expert review

**Corinne Austen** <corinne@alcenter.org>            Wed, Oct 15, 2025 at 1:43 PM
To: Arthur Wallenstein <artwallenstein@gmail.com>
Cc: Bret Grote <bretgrote@alcenter.org>

Hi again,

We've received additional discovery from the City just now. I have added an additional 26 page document titled "City Additional Production - PDP Policies Only - 000003-000028" for your review. These are the versions of the policies that were in place when Mr. Jung was in PDP. You'll see that the city sent us other versions of the policies that were not in place when Mr. Jung was there. I apologize for the confusion!

Best,

Corinne
[Quoted text hidden]

PJUNG003330