# Exhibit D

# ARTHUR WALLENSTEIN

artwallenstein@gmail.com
17525 Princess Anne Drive
Olney, Maryland 20832
(301) 260-2953 - Home/Office
(301) 412-7424 – Cell

EDUATION

| | |
|---|---|
| Undergraduate: | Georgetown University, School of Foreign Service, Washington, D.C. Major: Political Science, B.S., 1967 Dean's List.  Who's Who Among Student Leaders, Selected as Intern, US Department of State, Bureau of African Affairs - June 1966 - June 1967. |
| Graduate: | University of Pennsylvania, Graduate School of Arts and Sciences.  Major: International Relations, M.A., 1968.  Ph.D. candidate, National Science Foundation Fellowship.  Columbia University, Special Student, 1969 - course work in South African politics.  University of Chicago, Special Student, 1974 - course work in the Hispanic Community and its problems. |
| TEACHING | 2011 – Present: University of Maryland University College (UMUC /now UMGC), appointed Adjunct Associate Professor, Criminal Justice Program teaching advanced 400 level courses in Correctional Administration and core courses in Introduction to Corrections. – current (28 course sessions taught) |
| | 2003 – Present:  Montgomery College, Rockville, Maryland, Adjunct Faculty member teaching courses in Introduction to Corrections and Administration of Justice, (resigned after 19 years, teaching regularly – 2 semesters yearly).. |
| | 2015 – 2017 University of Maryland, Department of Criminology and Criminal Justice, College Park at Shady Grove Campus (teaching 400 level advanced classes - undergraduates, 2015 - 2017 (left to moderate my retirement work schedule - was urged to stay by the Department        +was urged to stay by the Department) |
| | 1998 – 1999: University of Washington, Society and Justice Program, Adjunct Instructor taught undergraduate senior level courses in Adult Corrections. |

1978-1990: Temple University, Visiting Associate Professor (promoted 1987), Criminal Justice Department, Philadelphia, Pennsylvania.

1987-1990: St. Joseph's University, Instructor, and Graduate Program in Criminal Justice, Philadelphia, Pennsylvania.

Teaching positions were adjunct assignments while serving as Director/Warden in Bucks County, Pennsylvania, King County, Washington and Montgomery County, Maryland.

Field Research: Work in Africa (Namibia, Zimbabwe, Lesotho, Swaziland, and South Africa) to study the relationship between racism and international politics (1970).

Visits to correctional institutions in Egypt and Israel (1982).

Visits to UNHCR/UNBRO refugee camps, Thai-Cambodian Border (1987) on behalf of the U.S. Committee for Refugees. Publication - <u>Family Reunification for Khmer on the Thai-Cambodian Border</u>, July 1988.

CORRECTIONS EXPERIENCE

10/99 – March 2015 (Retired, 3/13/2015)   <u>Director/Warden– Montgomery County (MD) Department of Correction and Rehabilitation</u>, served as the Department Director for Adult Corrections in Montgomery County, Maryland. Manage the county correctional system including two maximum security jails of 1200 beds with major program involvement in substance abuse treatment, education, workforce programs and related correctional programs. Also includes a Pre-Release Center (community corrections and reentry) with 175 beds and model reentry programs, and a full Pretrial program in the community with an ADP of 1600. Department is accredited by the American Correctional Association (100%), National Commission of Correctional Health Care (NCCHC) at 100% and Correctional Education Association (CEA) at 100% compliance. Full compliance (100%) <u>Prison Rape Elimination Act</u> (both Jails and community-based Prerelease and Reentry Center), March 2015.

8/1990- l0/99  <u>Director/Warden - King County Department of Adult Detention, Seattle, Washington -</u> joint appointment as Director and Jail Administrator. Responsible for cabinet-level senior management of King County's corrections system, including two maximum-security prison/detention centers (1,600 beds and 890 beds), Work/Education Release (190 beds), and Electronic Home Detention (70), substance abuse treatment center (296 beds) with King County Health Department.

|  |  |
|---|---|
|  | Supervise staff of 600 with a $70 million budget. Multiple-union environment with full labor relations responsibilities. Regular testimony before 13-member County Council. New Regional Justice Center project development under my supervision (892 beds--direct supervision--plus courts, police, prosecutor, defense, and related agencies opened, March 1997). NCCHC health care accreditation - three successive/successful conclusions 100% – county correctional agency and health department had lost health care accreditation and were involved in major federal litigation – I led the effort to reaccredit the mental health and health care status of the agency – successful and litigation was concluded. |
| 8/1977-8/1990 | <u>Director /Warden - Bucks County Department of Corrections, Bucks County, Pennsylvania (Doylestown, Pennsylvania)</u>- Joint appointment as Director and Warden, Bucks County Prison. Responsible for administering county corrections system, including maximum-security prison (600 beds) and a 230-bed community-based work release center. Direct participant in planning and design of new generation direct-supervision prison opened June 1, 1985. Supervise staff of 225 employees. New prison selected by U.S. Justice Department, National Institute of Corrections, as training site for direct-supervision jail operations. Planned and coordinated design of new work release facility (270 beds), 1988-1990. Represented prison wardens numerous times before House and Senate Judiciary Committees (Pennsylvania General Assembly), 1979-1990 in following areas: mental health, community service/restitution programs. <u>Four times NCCHC Health Care Accreditation and two times ACA Community Residential Program Accreditation.</u> |
| 2/1974-8/1977 | <u>1llinois Department of Corrections, Joliet, Illinois</u><br><br>Progressively more responsible positions within this state corrections agency:<br><br><u>Director, Adult Reception and Classification Center, Joliet, Illinois.</u><br><u>Assistant Warden, Program Services, Stateville Correctional Center, Joliet</u><br><u>Clinical Services Supervisor, Stateville Correctional Center, Joliet</u><br><br>Left to accept Warden's position in Bucks County, Pennsylvania. |
| 8/1972-2/1974 | <u>Philadelphia County Prisons, Program Planning and Evaluation Unit</u><br><br>Responsible for the development of rehabilitation and staff training programs, and the evaluation of internal operations. Programs which I personally developed included: Correctional Studies Training Program, Addictive Disease Treatment Program (with Dr. Ed Guy). Developed modifications for programs in inmate education, training, work release and recreation. |

| | |
|---|---|
| 5/1971-8/1972 | <u>Planning Analyst, Pennsylvania Prison Society - Philadelphia, Pennsylvania</u> |

Developed program recommendations during an evaluation of the internal operations of the Philadelphia County Prison system.

| | |
|---|---|
| 2/1972-5/1972 | <u>Counselor, Fort Benning Disciplinary Barracks - Columbus, Georgia</u> |

During my tenure at the U.S. Army Officers Infantry School, I started a volunteer counseling/current events discussion program for men in custody at the Fort Benning Stockade under the approval and supervision of the Major in Charge of this element of Military Police activity

9/1967-2/1970 <u>Volunteer Teacher and Caseworker, State Correctional Institution, Philadelphia, Pennsylvania</u> (Eastern State Penitentiary)

Volunteer teacher and caseworker.  While a graduate student at the University of Pennsylvania, I participated in a pilot program involving teaching and casework at this maximum-security institution.  This was the first introduction of volunteers into this correctional setting. In addition to the volunteer work which refocused my career choice I also had the good fortune to conduct this volunteer work at the famous Eastern State Penitentiary so central in the history of corrections in the United States

<u>CONSULTING - EXPERT WITNESS</u> *  <u>Bernalillo County Corrections/Jail</u>, Albuquerque, New Mexico. Technical Assistance (Use of Force Training Process - Organizational/Management Issues) - National Institute of Corrections, US Department of Justice, <u>Lead Consultant and Report Writer</u>, provided at the request of Bernalillo County (late 2015);

<u>Hampton, Virginia</u>, Corrections/Jail System, Office of the Sheriff, Senior Management Team covering all corrections supervisory and management personnel- leadership training and agency team building, National Institute of Corrections (USDOJ), Consultant, November, 2016;

US District Court, Southern District of Ohio, <u>Kristen McDonald v. Franklin, County, Ohio</u>, Expert Witness - full report, Plaintiff, 2015 - Present (case in progress);

US District Court for the Western District of Washington, <u>The Estate of Gordon "Casey" Powell v. Barnes et al</u>, Expert Witness - full report, Plaintiff, 2016 - 2017 (case settled prior to trial)

US District Court for the Western District of v. Washington, <u>The Estate of Marilyn Mowan v. Snohomish County, Sheriff Ty Trenary, Kaitlin Geary et al</u>, NO. 2:16-cv-00930-TSZ, Expert Witness - full report, Plaintiff, 2016 - 2017 (case settled prior to trial);

US District Court for the Western District of Washington (Tacoma), <u>Alvaro Mendez v. The GEO Group et al</u>, No: 3:16 -cv-05279-BHS, Expert Witness - full report, Plaintiff, 2015-2016 (case settled prior to trial);

Consultation and report for civil rights attorney Edwin S. Budge (705 Second Avenue, Suite 910, Seattle, Washington, 98104, 206-624-3060), in case involving death of inmate in jail located in Washington state, (case settled prior to filing).

Expert Witness/ Consultant, US Department of Justice, Civil Rights Division, Matter involving Orange County, California, Office of the Sheriff, selected elements of jail practices, site visit with Civil Rights Division attorneys, February 26 - March 2, 2018 (full report completed).

US District Court for the District of Maryland, Southern Division, <u>Craig and Deborah Benton et al v. Correct Care Solutions et al</u>, No: 8:16 - cv-02177 - GJH, Expert Witness for the Defense (Correctional Officers), full report, March, 2018, Deposition – May, 2018, all Correctional Officer/staff defendants removed from the case by the Federal Judge, June, 2018.

US District Court, Southern District of New York, <u>Johnny Morgan c. Maureen Baird</u> (Warden and staff) No. 14- CV – 7921 (DCF), case in progress – expert witness for the Defense (Correctional staff), full report completed, Deposition completed (8 hours) and trial completed. No defendant was found to have acted inappropriately – plaintiff received no compensation of any type, plaintiff's counsel received some compensation – still seeking the exact outcome, vitae will be updated when I am able to learn the exact formal outcome. (2019)

US District Court, District of Maine, Plaintiff, Kennebec County Correctional Facility, Use of Force Case, expert witness report submitted, November 30, 2020, case in progress, Mark Morgan, McKee Law, Augusta, Maine

US District Court for Western District of Texas, Austin Division, <u>Elizabeth Firey v,. Williamson County Sheriff's</u> Department (Sheriff and Staff Members) Civil Action # 1:20-CV-00836-LY (2020) Use of Force, Expert Witness, report submitted, October, 2021, case in progress, (Edwards Law, Austin Texas), expert witness report completed//submitted, case resolved prior to trial.

<u>Estate of Elizabeth Durham v. Pierce County and State of Washington</u>, No. 2019 – 2024, full expert report completed, Deposition, 2022, case resolved prior to trial.

New York State Supreme Court, <u>Metcalf v. County of Erie</u>, (Trial Testimony, 6,5 hours – Plaintiff) jury verdict for Plaintiff May, 2024, Buffalo New York.

<u>INTERNSHIP</u>   U.S. Department of State, Bureau of African Affairs (Office of Southern African Affairs), 1966-1967, political affairs intern while at Georgetown University.

<u>MILITARY</u>   Captain, U.S. Army Reserve (active duty discharge, May 1972 - reserve period ended - 27 July 1975).  Assigned to Ft. Benning, Georgia - Military Intelligence {Soviet Strategic Intelligence} and Officer's Basic Infantry School, (direct from DD214)

<u>AWARDS</u>   American Jail Association, Lifetime Achievement Award, April, 2017 - "For exceptional leadership in the professional advancement of local corrections" presented at the 2017 annual national meeting. This is the 3rd time this award has been given in the 30 year history of the American Jail Association.

Montgomery County Family Justice Center Foundation, Inspiring Leader Award in Public Service, 2014.

\

<u>Bernard Harrison Lifetime Achievement Award in Correctional Health Care</u>  Presented by the National Commission on Correctional Health Care, 2004. – first time awarded to a line correctional administrator.

Washington Council on Crime and Delinquency, Outstanding Public Employee, l998.

King County - Martin Luther King, Jr., Humanitarian Award, 1996 and 1992.

American Jail Association, Howard B. Gill Award - Jail Administrator of the Year (National Award - Large Jails), 1988.

Pennsylvania Prison Wardens Association, Warden of the Year, 1986.

<u>APPOINTMENTS</u>   Chair – Corrections Committee, Metropolitan Council of Governments (COG)  Elected to a second term as Chair of the COG Committee covering

all 10 Jurisdictions – Maryland, Virginia, Washington, DC and adult corrections/jail operations.

National Institute of Corrections Advisory Board (US Justice Department) appointed September, 2010, by Attorney General Eric Holder to a three year term (2010-2013). Previously appointed by Attorney General Janet Reno (1994-2004).

Chair, Jail Reentry Advisory Group (2007-2008) national project on Jail Reentry – Life after Lockup: Improving Reentry from Jail to Community, conducted by Urban Institute, John Jay College of Criminal Justice and Bureau of Justice Assistance.

National Association of Counties, Justice and Public Safety Steering Committee Member - October 2000 – Present.

Pennsylvania Commission on Crime and Delinquency, Commissioner and Member representing Adult Corrections/Jails - October 1979 to August 1990. Statewide criminal justice planning agency with nonpolitical gubernatorial appointment.

Chairman, Jail Overcrowding Task Force. Steering Committee, Prison and Jail Overcrowding Committee. Developed and implemented funded program to assist local county correctional facilities.

Pennsylvania Commission on Crime and Delinquency Southeast Regional Advisory Committee, 1978-1979 (nonpolitical gubernatorial appointment).

Advisory Board, Pennsylvania Prison Society.

PUBLICATIONS

"American Jails: Dramatic Changes in Public Policy" <u>Prison and Jail Administration – Practice and Theory</u> (3rd edition) in Peter Carlson (ed.), Jones and Bartlett Publishers, Burlington, Massachusetts, 2014. (pp.12-25).

"Strategies for Building on What We Know About People with Mental Disorders in the Criminal Justice System, "<u>Offender Programs Report</u>, Vol. 3, No. 6, March/April, 2000, pp. 85 – 91.

"Jail Crowding: Bringing the Issue to the Corrections Center Stage," <u>Corrections Today</u>, December, l996, pp. 76 – 81;

"A Wholly False Sense of Security: <u>Wilson v. Seizer</u> and "Jail Litigation," National Institute of Corrections <u>Mega Jail Report</u>, October 1990.

<u>Family Reunification for Khmer on the Thai-Cambodian Border</u>, U.S. Committee for Refugees, Washington, D.C. (1988) with Court Robinson.

<u>New Prison Planning: Advocacy for a Regional Planning Process</u>, National Institute of Corrections (September 1987) - presented at the American Correctional Association national meeting for the National Institute of Corrections, August 1987.

"New Generation/Direct Supervision Correctional Operations," <u>American Jails</u>, Spring 1987.

<u>Intergovernmental Aspects of Prison and Jail Overcrowding</u>, Brookings Institute, Washington, D.C., December 1986 Presentation.

<u>A Design and Implementation Process for New Generation Jails</u> - presented to the American Correctional Association National Conference, 1985.

"Jail Overcrowding," <u>Prison Journal</u>, June 1982.

"Chillon Castle Revisited," <u>Prison Journal</u>, February 1981 (Part II).

"Chillon Castle Revisited," <u>Prison Journal</u>, February 1980 (Part I)

<u>Correctional Law: An Annotated Bibliography</u> - Pennsylvania Prison Wardens Association, May 1979.

<u>The Operation of a County Furlough Program</u>, presented to the National Conference on Jail Crisis, National Association of Counties, 1978.

Co-author: <u>The Dynamics of International Organization</u> - Dorsey Press, Illinois, 1972; 740 pages - Text on international cooperation through various international organizations (United Nations, etc.)

---

   * Technical assistance and expert witness work - I declined all requests to provide formal technical assistance or expert witness reviews and reports or Court assignments while an Agency Director/Warden (1977 - 2015) until I retired in March, 2015. I felt that taking on such assignments constituted for me as a personal matter of conscience a conflict of interest since I was directly managing adult correctional agencies throughout that period. I received numerous requests but declined any work in a formal or compensated capacity.

---

  Fee Schedule: $350 per hour for all reading, review and report preparation and writing. It is important to note that I will read all of the material you

send or that you bring to my attention so that I am able to note exactly what I replied upon in preparing my report. Trial Testimony is also $350 per hour for actual testimony. The rate is $350 per day for travel or for waiting to testify if that becomes a multi-day affair. Travel, hotel and meal expenses plus any incidental travel expenses are the responsibility of counsel should trial testimony be necessary. Deposition costs are $350 per hour, normally responsibility of defense counsel. When my "draft" report is completed it is sent to Plaintiff's counsel for full review and to isolate any errors or topics missed and I then revise and proceed to a final signed draft at the direction of my counsel.

Updated, October, 2025