# Exhibit I

| | PHILADELPHIA DEPARTMENT OF PRISONS<br>POLICIES & PROCEDURES | Policy Number<br>4.E.24.2 | Page 1 of 3 |
|---|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Care | | **Related Pennsylvania Minimum Standards:** Title 37 PA Code 95.226<br>**NCCHC Standard:** J-D-02<br>**Related ACA Standards:** 4-ALDF-4C-38, 4-ALDF-4C-39, 4-ALDF-2A-56, 2-CO-4E-01 | |
| **Subject:** Red Flag Medication Compliance System | | **Supersedes:** Policy 4.E.24.2 signed June 23, 2016 | |
| **Approved:** _____ Commissioner | | **Signature Date:** February 28, 2024 | |
| **Effective Date:** March 28, 2024 | | **Scheduled PAD Review:** Annually<br>**Scheduled Commissioner's Review:** February 28, 2028 | |

## Purpose

The purpose of this policy is to update and formalize a Red Flag System that will notify behavioral and physical health care providers and correctional staff of incarcerated people not taking their medications and to develop a system that will both assure that the incarcerated people are given every opportunity to receive their medications and appropriate follow-up, including counseling, when incarcerated people are non-compliant.

## Definitions

*IJMS:* the computer system used to keep track of incarcerated people, e.g., demographic, charge, location etc.

*Nurse:* An individual licensed by the Commonwealth of Pennsylvania to practice nursing (RN or LPN).

*Prescriber*: A Physician, Nurse Practitioner or Physicians' Assistant authorized to prescribe medications under the countersignature of a licensed physician.

*Red Flags:* Instances when an incarcerated person refuses to take or otherwise is not given medication three doses in a row, three days in a row, or in some other pattern of non-compliance such as taking morning medications but refusing evening medications.

*Red Flag Non-Compliance List:* A daily list of incarcerated people who meet Red Flag criteria.

*Against Medical Advice Medication Refusal form* (attachment 4.E.24.1.d): This form is used by physical and mental health care providers when an incarcerated person continues to refuse their medications against the advice of a prescriber.

*Critical Medication:* Defined as blood thinners, medications used to treat seizures, TB, cancer, HIV, Hepatitis C, end stage liver disease, steroids, dialysis/end stage renal disease, organ transplant, antiarrhythmic medications, antipsychotic medication injections, Specialty medications (CHF, MS, Pulmonary HTN)

ATTORNEYS' EYES ONLY                        Jung - City Production002549

|  PHILADELPHIA DEPARTMENT OF PRISONS<br><br>POLICIES & PROCEDURES | Policy Number<br><br>4.E.24.2 | Page 2<br><br>of 3 |
|---|---|---|
| **Part:** IV - Institutional Services<br><br>**Section:** E – Health Care | **Subject:** Red Flag Medication Compliance System<br><br>**Date:** February 28, 2024 | |

### Procedural Overview
The following will be the order of events that occur when an incarcerated person is called to the medication area to receive their prescribed medications:
    a) The Correctional Officer will announce medication.
    b) The incarcerated people will come to the medication area to take their medications.
    c) The nurse will identify the incarcerated person by checking the armband and cross checking the appropriate medical record for verification, and the incarcerated person will then be offered their medication.

Medication administration falls into two medical categories:
    a) Compliant
    b) Non-compliant.

The Correctional Officer will observe each incarcerated person to be sure medications are taken. They will report to the nurse any instances in which medications are not taken.

### Procedural Overview for Compliance
When an incarcerated person is compliant in taking their medications and does not express any complaints about the medications (e.g., side effects), the nurse will record the administration in the Electronic Medication Administration Record (eMAR) at the time the incarcerated person receives their medications. The incarcerated person will then return to their housing area.

If the incarcerated person has complaints about their medication (e.g., "It makes me feel sick," "I feel dizzy when I take my medication," "I don't want to take the medication anymore," etc.), but takes their medication, the nurse will record the administration and make an appointment for the incarcerated person to be seen in Provider Sick Call, Chronic Care, or Behavioral Health, as appropriate. The nurse will also note the incarcerated person's complaint in the appointment.

Procedural Overview for Non-Compliance
When an incarcerated person refuses to take or otherwise is not given medication three doses in a row, three days in a row, or in some other pattern of non-compliance such as taking morning medications but refusing evening medications, the nurse will counsel the patients regarding the need to be medication compliant. If the nurse counsels the incarcerated person, and the incarcerated person agrees to take their medication, the nurse will record the administration and delete the name from the non-compliant list. If the incarcerated person continues to refuse despite counseling by the nurse, the incarcerated person will sign the Against Medical Advice Medication Refusal Form. The nurse will activate the Red Flag alert, which only displays in the electronic medical record. The nurse will then schedule a Red Flag visit with the physical and/or behavioral health care prescriber. At that time, the appointment transmits to the IJMS scheduling module so PDP security staff are aware of the appointment.

ATTORNEYS' EYES ONLY     Jung - City Production002550

|  | PHILADELPHIA DEPARTMENT OF PRISONS<br><br>POLICIES & PROCEDURES | Policy Number<br><br>4.E.24.2 | Page 3<br><br>of 3 |
|---|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E – Health Care | | **Subject:** Red Flag Medication Compliance System<br>**Date:** February 28, 2024 | |

Incarcerated people who miss one dose of a critical medication will be "Red Flagged." If the incarcerated person refused the critical medication, a refusal form must be completed.

A prescriber will counsel the Red Flag patients during Red Flag visits and may adjust, discontinue, or add medications; schedule another Red Flag visit to continue counseling; or discontinue one or more medications.

The prescriber will make a detailed entry of the event in the incarcerated person's medical record. The prescriber will determine if a non-compliant incarcerated person, because of their underlying illness, needs frequent monitoring in the Chronic Care Clinic and/or should be a subject of Treatment Team meetings. A prescriber will notify the Shift Commander if persistent medication non-compliance may pose a threat to the safety and security of the facility.

### Red Flag Medication Summary Report

Physical and mental health care providers are required to submit a weekly facility Red Flag Medication Summary Report to the Warden. This report will be emailed to the Warden's Office on Monday(s) before 12 p.m. Physical and mental health care providers will submit the following information:

| Red Flag Data |
|---|
| Date, Incarcerated Person's Name, PID, & Housing Unit |
| Number of Red Flag Incarcerated People |
| Number of Red Flag Incarcerated People counseled |
| Number of Red Flag Incarcerated People *not* Counseled |
| Number of Incarcerated People Signing the Release of Responsibility for Medication Refusals form |
| |
| |

The Wardens are required to include a Red Flag Summary as part of the Warden's Weekly Report to the Commissioner. This report consists of the following information:

| Red Flag Incarcerated people |
|---|
| Number of Red Flag Incarcerated People |
| Number of Red Flag Incarcerated People counseled |
| Number of Mental Health Incarcerated People *not* counseled with a vendor Corrective Action Plan |

ATTORNEYS' EYES ONLY     Jung - City Production002551