# Exhibit J

Fraiser-000030

```
Working...
 Facility: CFCF                                  Post: B1POD3
  Date      Time Event                 Location              Entered by
11/05/2023 08:58 SIGNON                                      FRASIER_G
                 SIGNON DUTY
              CO FRASIER ON DUTY********************************
11/05/2023 08:59 CENSUS                                      FRASIER_G
                 CENSUS AND HEADCOUNT
              STARTING CEN=65*****************65**********************
11/05/2023 09:03 TOUR                                        FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
              TOURED AREA ALL APPEARS IN ORDER I/P'S APPREARS ALIVE
11/05/2023 09:16 OTHER                                       FRASIER_G
                 OTHER EVENT
              USF NOTIFIED ABOUT COLD AIR BLOWING ABOVE CO'S DESK
11/05/2023 09:17 OTHER                                       FRASIER_G
                 OTHER EVENT
              L/N LT BLOODSAW IN AREA TO CK CUTDOWN KIT/SECURED
11/05/2023 09:19 ECHECK                                      FRASIER_G
                 EQUIPMENT CHECK
              SEE REMARKS******************************************
(1)walkie(1)desktop computer(1)landline(1)set of keys(1)logbook(1)console
(1)cutdown kit sealed and secured(3)fire extinguishers pin attachwed and
appears charged
11/05/2023 09:22 OTHER                                       FRASIER_G
                 OTHER EVENT
              SHOWERS IN PROGRESS
11/05/2023 09:32 TOUR                                        FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
              5-NOV-2023 09:32:32.51
11/05/2023 09:33 MEDICA                                      FRASIER_G
                 MEDICATION EVENT
              SP MEDS IN PROGRESS(1)I/P WEAVER #30 CELL
11/05/2023 09:37 OTHER                                       FRASIER_G
                 OTHER EVENT
              NURSE WERNER IN AREA FOR COWS
11/05/2023 09:45 SUPVTO                                      FRASIER_G
                 SUPERVISOR'S TOUR
              LT CRAWFORD IN AREA FOR COWS
11/05/2023 09:45 OTHER                                       FRASIER_G
                 OTHER EVENT
              GLADNEY AND ROMERO FOR TB CK'S ESC BY CO FRASIER
11/05/2023 10:42 OTHER                                       FRASIER_G
                 OTHER EVENT
          991460   SMITH, JULIUS
              J.SMITH PP#991460 CALLED TO SEE DR IN MED CO RAWLS NOTIFIED
11/05/2023 10:43 TOUR                                        FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
              5-NOV-2023 10:43:02.84
11/05/2023 10:57 MEDICA                                      FRASIER_G
                 MEDICATION EVENT
              MEDS IN PROGRESS NURSE CABELLOS ESC BY CO FRASIER
11/05/2023 11:00 MOVED                                       FRASIER_G
                 INMATE MOVED WITHIN SAME UNIT
         1175808   WALKER, ANTOIN
              OBM ANTOIN WALKER PP#1175808 FR #21 TO #7
11/05/2023 11:00 CENSUS                                      FRASIER_G
                 CENSUS AND HEADCOUNT
              CEN REMAINS 65****************************************
11/05/2023 11:01 SUPVTO                                      FRASIER_G
```

Fraiser-000031

```
                 SUPERVISOR'S TOUR
              LT BLOODSAW NEEDED TO #21 I/P JUNG REFUSES TO GET UP
11/05/2023 11:03 OTHER                                  FRASIER_G
                 OTHER EVENT
         718327   JUNG, LOUIS W
              I/P LOUIS JUNG PP#718327 LAYING ON FLOOR/REFUSES TO GET UP
11/05/2023 11:10 TOUR                                   FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
              5-NOV-2023 11:10:22.57
11/05/2023 11:17 OTHER                                  FRASIER_G
                 OTHER EVENT
              PER C/C CEASE ALL I/P TRAFFIC PREPARE FOR AM H/C
11/05/2023 11:34 CENSUS                                 FRASIER_G
                 CENSUS AND HEADCOUNT
              H/C IN PROGRESS PER C/C
11/05/2023 11:34 TOUR                                   FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
              5-NOV-2023 11:34:14.85
11/05/2023 11:36 CENSUS                                 FRASIER_G
                 CENSUS AND HEADCOUNT
              CEN=65 H/C=64 MED=1 CALLED TO SGT WILSON
11/05/2023 11:46 MEDICA                                 FRASIER_G
                 MEDICATION EVENT
              SP MEDS(MOUD)PROGRAM NURSE JACKSON IN AREA
11/05/2023 11:59 CENSUS                                 FRASIER_G
                 CENSUS AND HEADCOUNT
              L/N H/C CLEARED 10:50A PER C/C
11/05/2023 11:59 TOUR                                   FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
              5-NOV-2023 11:59:49.55
11/05/2023 12:36 TOUR                                   FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
              5-NOV-2023 12:36:55.73
11/05/2023 12:37 OTHER                                  FRASIER_G
                 OTHER EVENT
              POD SMELLS OF UNKNOWN SMOKEY SCENT
11/05/2023 12:42 TRANSF                                 FRASIER_G
                 INMATE TRANSFERRED FROM UNIT
         968501   KEYS, JOSHUA
              -1 JOSHUA KEYS PP#968501 FR 19 TO A1-1
11/05/2023 12:43 TRANSF                                 FRASIER_G
                 INMATE TRANSFERRED FROM UNIT
        1029828   GREEN, RONNIE
              -1 RONNIE GREEN PP#1029828 FR 20 TO A1-1
11/05/2023 12:44 TRANSF                                 FRASIER_G
                 INMATE TRANSFERRED FROM UNIT
         867185   DIGBY, JUSTIN
              -1 JUSTIN DIGBY PP#867185 FR M-2 TO A1-1
11/05/2023 12:46 TRANSF                                 FRASIER_G
                 INMATE TRANSFERRED FROM UNIT
         962991   MITCHELL, TERRENCE
              -1 TERRENCE MITCHELL PP#962991 FR M-1 TO A1-1
11/05/2023 12:47 TRANSF                                 FRASIER_G
                 INMATE TRANSFERRED FROM UNIT
        1066080   OLIVIERI, JOHNATHAN
              -1 JOHNATHAN OLIVIERI PP#1066080 FR 18 TO A1-1
11/05/2023 12:48 TRANSF                                 FRASIER_G
                 INMATE TRANSFERRED FROM UNIT
         692130   WEAVER, VICTOR
              -1 VICTOR WEAVER PP#692130 FR 30 TO A1-1
```

Fraiser-000032

```
11/05/2023 12:49 CENSUS                                    FRASIER_G
      CENSUS AND HEADCOUNT
   NEW CEN=59******************59**************************
11/05/2023 12:49 TOUR                                      FRASIER_G
      TOURED UNIT: EXCEPTIONS NOTED
   5-NOV-2023 12:49:10.78
11/05/2023 13:03 TRANSF                                    FRASIER_G
      INMATE TRANSFERRED FROM UNIT
  1147835   EDWARDS, SAMUEL
   -1 SAMUEL EDWARDS PP#1147835 FR 24 TO RCF
11/05/2023 13:03 CENSUS                                    FRASIER_G
      CENSUS AND HEADCOUNT
   NEW CEN=58**********************************************
11/05/2023 13:06 TOUR                                      FRASIER_G
      TOURED UNIT: EXCEPTIONS NOTED
   5-NOV-2023 13:06:59.27
11/05/2023 14:01 TOUR                                      FRASIER_G
      TOURED UNIT: EXCEPTIONS NOTED
   5-NOV-2023 14:01:25.78
11/05/2023 14:01 SUPVTO                                    FRASIER_G
      SUPERVISOR'S TOUR
   SGT CRUMP IN AREA TO #20
11/05/2023 14:11 FOOD                                      FRASIER_G
      FOOD CART ARRIVED
   LUNCH TRAYS IN AREA BEING SERVED
11/05/2023 14:11 OTHER                                     FRASIER_G
      OTHER EVENT
   TOILET TISSUE GIVEN OUT AT THIS TIME
11/05/2023 14:27 SUPVTO                                    BLOODSAW_W
      SUPERVISOR'S TOUR
   LT BLOODSAW ON POD TO EMPTY GRIEVANCE BOX
11/05/2023 14:46 MOVED                                     FRASIER_G
      INMATE MOVED WITHIN SAME UNIT
  1220843   CRUZ, ANGEL
   OBM ANGEL CRUZ PP#1220843  FR 25 TO 18
11/05/2023 14:56 TOUR                                      FRASIER_G
      TOURED UNIT: EXCEPTIONS NOTED
   TOURED AREA ALL APPEARS NORMAL
11/05/2023 14:58 OTHER                                     FRASIER_G
      OTHER EVENT
   L/N LANDLINE GOES IN/OUT C/C NOTIFIED******************
11/05/2023 15:17 TOUR                                      FRASIER_G
      TOURED UNIT: EXCEPTIONS NOTED
   5-NOV-2023 15:17:49.34
11/05/2023 15:23 SUPVTO                                    BLOODSAW_W
      SUPERVISOR'S TOUR
   LT BLOODSAW ON TOUR TO EMPTY GRIEVANCE BOX
11/05/2023 15:33 TOUR                                      FRASIER_G
      TOURED UNIT: EXCEPTIONS NOTED
   5-NOV-2023 15:33:15.16
11/05/2023 15:51 OTHER                                     FRASIER_G
      OTHER EVENT
   NURSE FAGO IN AREA FOR COWS ESC BY CO FRASIER
11/05/2023 16:01 TOUR                                      FRASIER_G
      TOURED UNIT: EXCEPTIONS NOTED
   TOURED AREA ALL APPEARS NORMAL
11/05/2023 16:02 LOCKDO                                    FRASIER_G
      UNIT LOCKDOWN
   JAIL DOWN FOR 3P H/C PER C/C
11/05/2023 16:03 CENSUS                                    FRASIER_G
```

9

Fraiser-000033

```
          CENSUS AND HEADCOUNT
       H/C=58 CEN=58 CALLED TO C/C SGT WILSON
11/05/2023 16:29 TOUR                                  FRASIER_G
          TOURED UNIT: EXCEPTIONS NOTED
       5-NOV-2023 16:29:48.68
11/05/2023 16:31 CENSUS                                FRASIER_G
          CENSUS AND HEADCOUNT
       H/C CLEARED 3:30P PER C/C***************************
11/05/2023 16:35 MEDICA                                FRASIER_G
          MEDICATION EVENT
       INSULIN IN PROGRESS(4) I/P'S
11/05/2023 16:49 OTHER                                 FRASIER_G
          OTHER EVENT
   718327   JUNG, LOUIS W
       I/P LOUIS JUNG PP#718327 REFUSED INSULIN
11/05/2023 17:42 MEDICA                                FRASIER_G
          MEDICATION EVENT
       NURSE JARVIS IN AREA FOR MEDS ESC BY CO FRASIER
11/05/2023 17:43 TOUR                                  FRASIER_G
          TOURED UNIT: EXCEPTIONS NOTED
       5-NOV-2023 17:43:00.47
11/05/2023 17:43 OTHER                                 FRASIER_G
          OTHER EVENT
       SHOWERS REMAIN IN PROGRESS
11/05/2023 18:07 TOUR                                  FRASIER_G
          TOURED UNIT: EXCEPTIONS NOTED
       5-NOV-2023 18:07:45.11
11/05/2023 18:32 TOUR                                  FRASIER_G
          TOURED UNIT: EXCEPTIONS NOTED
       TOURED AREA ALL APPEARS NORMAL
11/05/2023 18:33 HOUSED                                FRASIER_G
          INMATE HOUSED IN UNIT
  1126563   TIMMON, JAMES
       +1 JAMES TIMMON PP#1126563 FR R/R TO M-1
11/05/2023 18:34 HOUSED                                FRASIER_G
          INMATE HOUSED IN UNIT
  1218624   LOVD-POWELL, TIJERE
       +1 TIJERE LOVD-POWELL PP#1218624 FR R/R TO M-1
11/05/2023 18:34 HOUSED                                FRASIER_G
          INMATE HOUSED IN UNIT
   919140   WILLIAMS, TERRANCE
       +1 TERRANCE WILLIAMS PP#919140 FR R/R TO M-1
11/05/2023 18:35 CENSUS                                FRASIER_G
          CENSUS AND HEADCOUNT
       NEW CEN=61******************61***********************
11/05/2023 18:51 SUPVTO                                FRASIER_G
          SUPERVISOR'S TOUR
       SGT CRUMP IN AREA
11/05/2023 18:52 FOOD                                  FRASIER_G
          FOOD CART ARRIVED
       DINNER TRAYS ARRIVED
11/05/2023 18:52 TOUR                                  FRASIER_G
          TOURED UNIT: EXCEPTIONS NOTED
       5-NOV-2023 18:52:33.63
11/05/2023 19:05 OFFICI                                FRASIER_G
          OFFICIAL VISIT
  1038139   KEENAN, DARNELL
       I/P D.KEENAN PP#1038139 O/V
11/05/2023 19:23 TOUR                                  FRASIER_G
          TOURED UNIT: EXCEPTIONS NOTED
```

```
            TOURED AREA ALL APPEARS NORMAL
11/05/2023 20:06 TOUR                                FRASIER_G
               TOURED UNIT: EXCEPTIONS NOTED
            5-NOV-2023 20:06:32.46
11/05/2023 20:06 OTHER                               FRASIER_G
               OTHER EVENT
            SHOWERS COMPLETED ON POD 3
11/05/2023 20:48 TOUR                                FRASIER_G
               TOURED UNIT: EXCEPTIONS NOTED
            5-NOV-2023 20:48:15.65
11/05/2023 20:48 OTHER                               FRASIER_G
               OTHER EVENT
            CO FRASIER REMAINS ON DUTY AWAITING RELIEF*************
11/05/2023 21:07 TOUR                                FRASIER_G
               TOURED UNIT: EXCEPTIONS NOTED
            5-NOV-2023 21:07:43.08
11/05/2023 21:30 TOUR                                FRASIER_G
               TOURED UNIT: EXCEPTIONS NOTED
            5-NOV-2023 21:30:34.37
11/05/2023 21:47 MEDICA                              FRASIER_G
               MEDICATION EVENT
            NURSE JACKSON IN  AREA FOR SUBTEX PROGRAM(16)CELL
11/05/2023 21:56 TOUR                                FRASIER_G
               TOURED UNIT: EXCEPTIONS NOTED
            5-NOV-2023 21:56:43.07
11/05/2023 21:59 LOCKDO                              FRASIER_G
               UNIT LOCKDOWN
            JAIL DOWN FOR NIGHT ALL I/P'S SECURED
11/05/2023 21:59 CENSUS                              FRASIER_G
               CENSUS AND HEADCOUNT
            H/C IN PROGRESS PER C/C*******************************
11/05/2023 22:04 CENSUS                              FRASIER_G
               CENSUS AND HEADCOUNT
            H/C=61*****************CEN=61 CALLED TO CC SGT BELLO
11/05/2023 22:29 TOUR                                FRASIER_G
               TOURED UNIT: EXCEPTIONS NOTED
            5-NOV-2023 22:29:40.26
11/05/2023 22:34 CENSUS                              FRASIER_G
               CENSUS AND HEADCOUNT
            H/C CLEARED 9:33PM PER C/C
11/05/2023 22:39 SIGNOF                              FRASIER_G
               SIGNOFF DUTY
            CO FRASIER OFF DUTY PER LT.BYNUM************************
GoBack: _
```

Fraiser-000034