IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG as administrators for the estate of LOUIS JUNG, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al., <br><br> Defendants, <br><br> vs. <br><br> CAREERSTAFF UNLIMITED, LLC, <br><br> Third Party Defendant, <br><br> TEKACCEL, INC., <br><br> Fourth Party Defendant. | Civil Action No. 2:24-CV-05618-TJS |

**JOINDER MOTION OF DEFENDANT CAREERSTAFF UNLIMITED, LLC TO DEFENDANT MARIESHA APOLLON, R.N.'S *DAUBERT* MOTION TO PRECLUDE PLAINTIFFS' MEDICAL EXPERT CAUSATION OPINIONS AGAINST HER**

Defendant, CareerStaff Unlimited, LLC ("CareerStaff" or "Defendant"), by and through its undersigned counsel, respectfully moves to join in Defendant Mariesha Apollon, R.N.'s *Daubert* Motion to Preclude Plaintiffs' Medical Expert Causation Opinions Against Her, and in support thereto, avers the following:

1-3. CareerStaff hereby adopts and incorporates by reference, the *Daubert* Motion to Preclude Plaintiffs' Medical Expert Causation Opinions Against Her of Defendant Mariesha Apollon, R.N., as if fully set forth herein at length.

WHEREFORE, CareerStaff Unlimited, LLC respectfully requests that this Honorable Court grant Defendant Mariesha Apollon, R.N.'s *Daubert* Motion to Preclude Plaintiffs' Medical Expert Causation Opinions Against Her and enter the attached Order.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI LLP

Date: December 17, 2025        By: _____
                                   Alexander B. Possino, Esquire
                                   PA Bar No. 324659
                                   apossino@grsm.com
                                   707 Grant Street, Suite 3800
                                   Pittsburgh, PA 15219
                                   *Counsel for Third Party Defendant/Fourth*
                                   *Party Plaintiff, CareerStaff Unlimited, LLC*