IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG as administrators for the estate of LOUIS JUNG, JR., <br><br>   Plaintiffs, <br> vs. <br><br> YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al., <br><br>   Defendants, <br> vs. <br><br> CAREERSTAFF UNLIMITED, LLC, <br><br>   Third Party Defendant, <br><br> TEKACCEL, INC., <br><br>   Fourth Party Defendant. | Civil Action No.  2:24-CV-05618-TJS |

### JOINDER OF DEFENDANT CAREERSTAFF UNLIMITED, LLC TO THE BRIEF IN SUPPORT OF DEFENDANT MARIESHA APOLLON'S MOTION TO PRECLUDE PLAINTIFFS' MEDICAL EXPERT OPINIONS PURSUANT TO *DAUBERT*

Defendant, CareerStaff Unlimited, LLC ("CareerStaff" or Defendant"), by and through its undersigned counsel, respectfully moves to join in the Brief in Support of Defendant Mariesha Apollon, R.N.'s Motion to Preclude Plaintiffs' Medical Expert Opinions Pursuant to *Daubert*, and in support thereto, avers the following:

CareerStaff hereby adopts and incorporates by reference, the Brief in Support of Defendant Mariesha Apollon, R.N.'s Motion to Preclude Plaintiffs' Medical Expert Opinions Pursuant to *Daubert*, as if fully set forth herein at length.

WHEREFORE, CareerStaff Unlimited, LLC respectfully requests that this Honorable Court grant Defendant Mariesha Apollon, R.N.'s *Daubert* Motion to Preclude Plaintiffs' Medical Expert Causation Opinions Against Her and enter the attached Order.

                                             Respectfully submitted,

                                             GORDON REES SCULLY MANSUKHANI LLP

Date: December 17, 2025               By: _____
                                                Alexander B. Possino, Esquire
                                                PA Bar No. 324659
                                                apossino@grsm.com
                                                707 Grant Street, Suite 3800
                                                Pittsburgh, PA 15219
                                                *Counsel for Third Party Defendant/Fourth Party Plaintiff, CareerStaff Unlimited, LLC*