**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 17th day of December, 2025, a true and correct copy of the within **Joinder Motion of Defendant CareerStaff Unlimited, LLC to Defendant Mariesha Apollon, R.N.'s *Daubert* Motion to Preclude Plaintiffs' Medical Expert Causation Opinions Against Her** and **Joinder of Defendant CareerStaff Unlimited, LLC to the Brief in Support of Defendant Mariesha Apollon, R.N.'s Motion to Preclude Plaintiffs' Medical Expert Opinions Pursuant to *Daubert***, were filed via the Electronic Filing System. Parties may access this filing through the ECF filing system.

_____
Alexander B. Possino, Esquire