### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG as administrators for the estate of LOUIS JUNG, JR., | Civil Action No. 2:24-CV-05618-TJS |
| Plaintiffs, | |
| vs. | |
| YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al., | |
| Defendants, | |
| vs. | |
| CAREERSTAFF UNLIMITED, LLC, | |
| Third Party Defendant, | |
| TEKACCEL, INC., | |
| Fourth Party Defendant. | |

### ORDER

AND NOW, this _____ day of _____, 202___, upon consideration of the Joinder Motion of Defendant CareerStaff Unlimited, LLC to Defendant Mariesha Apollon, R.N.'s *Daubert* Motion to Preclude Plaintiffs' Medical Expert Causation Opinions Against Her, and any responses thereto, it is hereby ORDERED and DECREED that the Motion is GRANTED.

It is further ORDERED and DECREED that Plaintiffs' medical experts, including but not limited to Lori E. Roscoe, Dr. Jonathan Williams, and Dr. Homer D. Venters, are PRECLUDED

2

from offering any opinion that the nursing care provided by Mariesha Apollon, R.N. on October 28, 2023 caused or contributed to the November 6, 2023 death of Louis Jung, Jr.

BY THE COURT:

_____
Timothy J. Savage, J.