IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG as administrators for the estate of LOUIS JUNG, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al., <br><br> Defendants, <br><br> vs. <br><br> CAREERSTAFF UNLIMITED, LLC, <br><br> Third Party Defendant, <br><br> TEKACCEL, INC., <br><br> Fourth Party Defendant. | Civil Action No. 2:24-CV-05618-TJS |

**JOINDER MOTION OF DEFENDANT CAREERSTAFF UNLIMITED, LLC TO DEFENDANTS YESCARE CORP., LALITHA TRIVIKRAM, M.D., MAUREEN GAY, N.P.'S MOTION *IN LIMINE* TO PRECLUDE THE INTRODUCTION OR USE OF ANY EVIDENCE, INCLUDING TESTIMONY, DOCUMENTS, OR REPORTS OF PLAINTIFFS' UNTIMELY EXPERTS**

Defendant, CareerStaff Unlimited, LLC ("CareerStaff" or "Defendant"), by and through its undersigned counsel, respectfully moves to join in Defendants YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P.'s Motion *in Limine* to Preclude the Introduction or Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts, and in support thereto, avers the following:

CareerStaff hereby adopts and incorporates by reference, Defendants YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P.'s Motion *in Limine* to Preclude the Introduction or

Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts, as if fully set forth herein at length.

WHEREFORE, CareerStaff Unlimited, LLC respectfully requests that this Honorable Court grant Defendants YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P.'s Motion *in Limine* to Preclude the Introduction or Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts and enter the attached Order.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI LLP

Date: December 19, 2025

By: *[signature]*
Alexander B. Possino, Esquire
PA Bar No. 324659
apossino@grsm.com
707 Grant Street, Suite 3800
Pittsburgh, PA 15219
*Counsel for Third Party Defendant/Fourth Party Plaintiff, CareerStaff Unlimited, LLC*