## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 19th day of December, 2025, a true and correct copy of the within **Joinder Motion of Defendant CareerStaff Unlimited, LLC to Defendants YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P.'s Motion** *in Limine* **to Preclude the Introduction or Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts** and **Joinder of Defendant CareerStaff Unlimited, LLC to the Memorandum of Law in Support of Defendants YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P.'s Motion** *in Limine* **to Preclude the Introduction or Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts**, were filed via the Electronic Filing System. Parties may access this filing through the ECF filing system.

*/s/ Alexander B. Possino*
Alexander B. Possino, Esquire