## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG as administrators for the estate of LOUIS JUNG, JR., | Civil Action No. 2:24-CV-05618-TJS |
| Plaintiffs, | |
| vs. | |
| YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al., | |
| Defendants, | |
| vs. | |
| CAREERSTAFF UNLIMITED, LLC, | |
| Third Party Defendant, | |
| TEKACCEL, INC., | |
| Fourth Party Defendant. | |

## ORDER

AND NOW, this _____ day of _____, 202___, upon consideration of the Joinder Motion of Defendant CareerStaff Unlimited, LLC to the Motion *in Limine* of Defendants YesCare Corporation, Lilitha Trivikram, M.D., and Maureen Gay N.P., to Preclude the Introduction or Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts in the above-captioned matter, and any responses thereto, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**.

2

It is further **ORDERED** and **DECREED** that Plaintiffs are precluded from introducing any evidence, including but not limited to any testimony, documents, or reports of Plaintiffs' experts Art Wallenstein, Homer Venters, Jonathan S. Williams, and Lori Roscoe at trial.

BY THE COURT:

_____
Timothy J. Savage, J.

2