# APPENDIX EXHIBIT LIST

# TO PLAINTIFF'S CONCISE STATEMENT OF MATERIAL FACTS

# IN OPPOSITION TO CITY OF PHILADELPHIA

| Exhibit | Document Title | Page Number |
|---|---|---|
| 1 | YesCare Patient Safety Report | 3 |
| 2 | Frasier Disciplinary Packet Excerpts | 13 |
| 3 | Expert Report of Dr. Jonathan Williams | 32 |
| 4 | Expert Report of Lori Roscoe | 42 |
| 5 | Expert Report of Arthur Wallenstein | 72 |
| 6 | Expert Report of Homer Venters | 93 |
| 7 | OPC Death Investigation Conclusions Excerpts | 134 |
| 8 | Deposition of City of Philadelphia 30(b)(6) Designee Patricia Powers | 150 |
| 9 | City of Philadelphia Contract with Corizon Excerpts | 165 |
| 10 | Western Correctional Consultants Audit June 3, 2023 | 177 |
| 11 | CPR/First Training Aid Excerpts | 199 |
| 12 | PDP Policy 4.E.21, PPS Staff roles in Non-Routine and/or Emergency Medical Situations | 212 |
| 13 | PDP Training Academy - Housing Officer Duties Training Excerpts | 225 |
| 14 | Bloodsaw Disciplinary Packet | 238 |
| 15 | PDP Policy 4.E.22, Medical Waste | 243 |
| 16 | Hospital Date Records Selections | 248 |
| 17 | Louis Jung Medication Administration Record Summary Exhibit | 259 |
| 18 | YesCare Policy: Refusal of Medication or Clinical Encounter | 353 |
| 19 | PDP Policy 4.E.13, Inmate Refusal of Health Care Services | 359 |
| 20 | Jung Refusal Forms | 363 |
| 21 | Deposition of Marsha Jeoboham | 502 |
| 22 | Jung FSBG Flowsheets | 509 |
| 23 | PDP Policy 4.E.24.2, Red Flag Medication Compliance System | 537 |
| 24 | Jung Medical Records Excerpts | 541 |
| 25 | Patient 1 Infirmary Transfers | 565 |
| 26 | Patient 2 Infirmary Transfer | 574 |
| 27 | Emergency Room Logs Summary | 578 |
| 28 | YesCare Diabetes Clinical Pathway | 584 |
| 29 | Video: B1Pod3 Nov. 5, 2023, 6:00AM – 3:00PM | 591 |

# APPENDIX TO PLAINTIFFS' CONCISE STATEMENT OF MATERIAL FACTS IN OPPOSITION TO CITY OF PHILADELPHIA

# Exhibit 1

# YesCare Patient Safety Report



6/23/2025

# Patient Safety Event Committee

Curran Fromhold Correctional Facility, Philadelphia Pennsylvania

# Patient Safety Work Product (PSWP)

- This presentation is confidential and protected by legal privilege in accordance with the Federal Patient Safety & Quality Improvement Act of 2005 and applicable State Peer Review Laws
- YesCare is a contracted participant with the Center for Patient Safety (CPS) Patient Safety Organization (PSO)

# Patient Safety Event Committee Agenda

| Time | Site | Patient | DOB | Type of Event | Date of Event | CAT | Presenter |
|---|---|---|---|---|---|---|---|
| 0647 | CFCF | Jung, Louis | 4/16/1973 50 y.o. | Mortality | 11/6/2023 | 4 | L. Witkowski |
| | | | | | | | |
| | | | | | | | |

YesCare, Corp. All information and photos are confidential and proprietary. All rights reserved.

# Curran Fromhold-- Patient: Jung, Louis 50 y.o.

# Presenter: Lynda Witkowski BSN RN

## ❖ Narrative Timeline Review

- Admitted to Facility on 10/28/2023 at 10:03 AM
- Intake question: Is the patient a transfer back into custody from Norristown hospital? NO*
- Intake question: "Do you have Diabetes" NO*
- Intake question: "Are you currently taking medications prescribed for any medical condition? (Including those for HIV/AIDs, Diabetes, Hypertension, Sickle Cell, Asthma, Epilepsy, Hepatitis, etc.)" NO*
- Freetyped in the intake note "states has Type 1 Diabetes" BS of 542 states "he hasn't gotten insulin in 3 days". Rec'd an order for 10 units of NPH and 12 units of R. Patient was positive for ketones, encouraged to drink plenty of water."*
- Sent a TE to provider "Please order IP insulin thanks"*
- Ordered NPH 10 units BID and CRIC BID
- Hx of T1DM, medical noncompliance, Hypothyroidism, Hyperlipidemia.

YesCare, Corp. All information and photos are confidential and proprietary. All rights reserved.

# Medication Administration

**Insulin order:**

Novolin N 10 units SQ BID

Novolin R CRIC SQ BID

151-200 = 4 units, 201-250 = 6 units, 251-300 = 8 units, 301-400 = 10 units, > 400 = 12 units

| | 10/29 | 10/30 | 10/31 | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 |
|---|---|---|---|---|---|---|---|---|
| AM | BS 385<br>10 R<br>10 N | BS 268<br>8 R<br>10 N | BS 371<br>10 R<br>10 N | Refused (no form) | BS 290<br>8 R<br>10 N | No Show | BS 266<br>8 R<br>10 N | No Show |
| PM | BS 585<br>12 R<br>10 N | Not Doc | BS 500<br>No CRIC doc<br>10 N | BS 411<br>0 R<br>10 N | BS 245<br>6 R<br>10 N | BS 394<br>10 R<br>10 N | Not Doc | Refused (no form) |

10/29 PM BS included a note in the EMAR: "Provider notified; urine obtained." No other documentation or lab located.

11/6 AM Patient did not show up for his AM insulin. The nurse was on his way to obtain a refusal form when the stretcher call was announced at 0604. All resuscitative efforts were attempted, and the patient was pronounced at 0647 after Fire Rescue arrived.

YesCare 3500

YesCare, Inc. All information and photos are confidential and proprietary.

# QIP / Taxonomy Codes page 1 of 2

1. Omitted Actions (P1)
    1. Problem: Nurse failed to answer intake questions accurately or obtain an Intermedex which would have identified recent RX and dosages.
    2. Solution: Staff member will complete the YesCare Intake/Receiving Screening module in YesCare University.
2. NET/Usage (PD2)
    1. Problem: Nurse failed to utilize the Hyper/Hypoglycemia NET during the Intake screening or schedule a follow up (walk in appt)
    2. Solution: Staff member will complete YSSO-Documentation and Clinical Communication and YesCare Nursing Encounter Tool (NETS) modules in YesCare University and receive a write up for not completing a NET form for elevated Blood sugar upon examination or scheduling a follow up visit.
3. Situational Awareness (CT1)
    1. Problem: Staff was unaware this IP was a Norristown State Return.
    2. Solution: The Regional Team is developing a plan to identify IPs before they return from NSH to the PDP.
4. Failure to Treat - Nurse (CM4)
    1. Problem: Nurse did not utilize CRIC for BS >400 nor notify the provider.
    2. Solution: Staff member will sign (the recently sent) email acknowledging acceptable documentation in HCS. Staff member will complete Medication management Core Processes Part 1, 2, and 3, YSSO-Documentation and Clinical Communication, and receive a write up for failure to administer sliding scale insulin coverage for a BS of 411.
5. Unformed Skills/Habits (CY1)
    1. Problem: Nurses failed to obtain a signed refusal or schedule a red flag appointment.
    2. Solution: Staff members will sign (the recently sent) email acknowledging acceptable documentation in HCS. Staff members will complete Medication management Core Processes Part 1, 2, and 3 and receive a write up for not receiving a refusal. Staff members will also sign the refusal workflow acknowledging utilizing the signature pad in the HCS and the red flag workflow on how to schedule a red flag encounter.

# QIP / Taxonomy Codes

# Page 2 of 2

1. Inattention (CS1)
   1. Problem: Nurses failed to utilize the Hyper/Hypoglycemia NET during med pass (BS > 400).
   2. Solution: Staff member will complete YSSO-Documentation and Clinical Communication and YesCare Nursing Encounter Tool (NETS) modules in YesCare University and receive a write up for not completing a NET form for elevated Blood sugar upon examination.
2. Failure to Validate/Verify (CT2)
   1. Problem: Nurses documented a NO SHOW for insulin.
   2. Solution: Staff members will sign (the recently sent) email acknowledging acceptable documentation in HCS. Staff members will complete Medication management Core Processes Part 1, 2, and 3 in YesCare University, and receive a write up for not scheduling a red flag appointment. Staff members will also sign the refusal workflow acknowledging utilizing the signature pad in the HCS and the red flag workflow on how to schedule a red flag encounter.
   3. Problem: Nurses failed to document in the EMAR (Not documented).
   4. Solution: Staff members will sign (the recently sent) email acknowledging acceptable documentation in HCS. Staff members will complete Medication management Core Processes Part 1, 2, and 3 in YesCare University, YSSO-Documentation and Clinical Communication, and receive an education for not documenting medication administration in HCS.
   5. Problem: Provider failed to follow up in real time regarding telephone call about patient with BS of 542 and positive ketones.
   6. Solution: Provider was verbally educated by the SMD and will complete YSSO-Documentation and Clinical Communication in YesCare University.

# Category Assignment (Decision Tree) Algorithm

YesCare, Corp. All information and photos are confidential and proprietary. All rights reserved.



YesCare
Say Yes To Exceptional Care

yescarecorp.com

YesCare 3504

# Exhibit 2

# Frasier Disciplinary Packet Excerpts



***Office of the Deputy Commissioner for Administration***

| | |
|---|---|
| ***TO:*** | Michael R. Resnick Esquire, Commissioner |
| ***FROM:*** | Xavier Beaufort, Deputy Commissioner XB |
| ***DATE:*** | June 20th, 2024 |
| ***SUBJECT:*** | Correctional Officer Gena Frasier; Payroll #285093.<br>Curran-Fromhold Correctional Facility |

Case # 0620-02

A formal disciplinary hearing was held on Thursday, June 20th, 2024, for Correctional Officer Gena Frasier. Present at the hearing were Deputy Commissioner Xavier Beaufort (Chairperson), Deputy Wardens Mary Williams and Robert Segal (Board Members), Correctional Officer Mary Nickson (Peer, Board Member), and Charles Lomaistro (Board Secretary). Representing Officer Frasier was Carlos Carmona; Business Agent for Local 159; DC 33.

Correctional Lieutenant Shawn Jay (Payroll #253480) charged Officer Frasier with the violation of the following General Order(s), Executive Order(s), and/or Policy(s):

| | |
|---|---|
| 01: | Working Knowledge |
| 03: | Efficient Performance |
| 05: | Maintaining Security |
| 20: | Original Entry |
| 37: | Proper Action |
| 67: | Incarcerated Person Welfare |
| 1.C.11.1 | Employee Code of Conduct |

Officer Frasier denied violating the above General Orders and Policy.

Lieutenant Jay read the accompanying Employee Violation Report and Officer of Professional Compliance (OPC) Investigation Report into the record.

In summary, on Monday, November 6, 2023, Incarcerated Person (IP) Louis Jung, PID# 718327, was found inside of Cell #21 on B1 Pod3, having trouble breathing by Correctional Officer Aaron Hester, PR# 295830, who was serving the morning meal on the unit. A stretcher was called, and medical staff arrived and while in route to medical triage with I/P Jung, he stopped breathing and was later pronounced deceased by Philadelphia Fire Department Medic Schroeder at 6:47am. This investigation was initiated to determine if Correctional Staff and Medical

personnel adhered to the policy standards set forth for the care of incarcerated persons by the Philadelphia Department of Prisons.

Video footage of this incident was reviewed and revealed that while you, C/O Gena Frasier, PR# 285093, were assigned to B1 Pod3, on Sunday, November 5, 2023, on the 7am to 7pm shift, at approximately 9:55am you were observed opening Cell #21, while escorting a nurse. I/P Jung appears to be lying on the ground in the doorway of the cell. You and the nurse then walk away and appear to have a discussion. The nurse then leaves the unit and I/P Jung is still observed lying on the floor. At approximately 10:05am, Lieutenant Wanda Bloodsaw, PR# 253488, arrives on the unit and by hand gesture, you appear to point toward the top tier at Cell #21. Lt. Bloodsaw proceeds to walk in that direction as you remain at the officer's desk. You are then observed handing gloves to two I/P's who then appear to go to Cell# 21. Once they arrive at the cell, they drag I/P Jung into the cell and the door is secured by Lt. Bloodsaw, who then walks off the housing unit.

A review of the electronic logbook (Lock & Track) revealed that you made a Medication Event entry at 16:35 for Insulin and Accu-check, in which one of the four (4) I/P's to receive insulin was IP Jung. At 16:49, you entered another logbook event acknowledging that I/P Jung had refused his Insulin and Accu-check. Further video review was conducted of B1 Pod3 for the relevant time periods related to your logbook entries of the said medication events. The video shows that I/P Jung was locked inside of Cell #19 and at no time exited the cell. In addition, at no time did you go to his cell to let him out for Insulin and Accu-check, nor did it appear that you received any indication of his refusal, as you were observed watching TV in the dayroom (Bottom tier area).

C/O Frasier, during your OPC interview you stated that you were assigned to B1 Pod3 on November 5, 2023, during the 7 am to 7 pm shift. You admitted that it is you in the video on B1 Pod 3 but denied recalling if I/P Jung said anything to you when you and the nurse encountered him on the floor when you opened Cell #21. You denied recalling why you and the nurse walked away from I/P Jung, further stating that it could not have been for medical purposes. You admitted that you did not call for a stretcher due to the nurse being on the unit and that she is the one who made the medical decisions. You admitted that your Lock and track username is Frasier_G and that you made the electronic logbook entries for B1 Pod 3 on November 5, 2023. You denied knowing how I/P Jung informed you that he refused insulin. You stated that you typically yell "insulin and Accu-check in progress" on the unit, and that is how you alert the I/P's who receive it, that it is in progress.

C/O Frasier, General Order #67 states (in part) that "It shall be the duty of any employee supervising incarcerated persons to look after the incarcerated persons' welfare and ensure that incarcerated persons' obtain proper and sufficient food, clothing, and medical attention. Therefore, due to the above, you are being charged with the aforementioned General Orders, Codes of Conduct and PDP Policies and Procedures.

At the hearing, Officer Frasier stated that she does not recall every detail that happened on November 5, 2023, when I worked on the 7am to 7pm on B1 Pod 3. I did see the video when I went for my interview with Lieutenant Shawn Jay. It is me on the video and I was assigned to

that Pod that day, I was seen working that Pod and escorting a nurse to IP Louis Jung, PID# 718327 cells. We must have gone to IP Jung's cell because the nurse needed to see IP Jung. I am assuming as I am seen taking her directly to IP Jung's cell, as I do not remember what happened. Officer Frasier then goes on to state the nurse and IP Jung had a conversation, but I do not recall what they talked about, even though I am standing right there I do not recall the conversation. But whatever the conversation was about, the nurse did not see any reason to have me call for a stretcher, as she did not see anything that arose to the level of a medical emergency. I am only assuming these things as I do not recall what happened that day. Officer Frasier then stated that she had been a Quarantine Officer for the last 4 or 5 years at CFCF (Curran-Fromhold Correctional Facility), and I have had several suicides, deaths, and homicides and I had not once neglected my duties as a Correctional Officer to render aide/help to an incarcerated person or anyone.

Deputy Commissioner Beaufort asked Officer Frasier what do you remember/recall when Lieutenant Wanda Bloodsaw came onto the B1 Pod 3? Officer Frasier answered, I do not remember how I might have contacted Lieutenant Bloodsaw, maybe by radio or by phone, or walked off to get her; but for her to come onto the Pod I had to have asked for assistance.

Deputy Warden Williams asked Officer Frasier when Lieutenant Bloodsaw came onto the Pod, you did not escort her to the IPs cell, she just went right to that cell? Office Frasier answered, no, I typically do not escort a Sergeant or Lieutenant around I offer but it is refused, and they move about as they want. Major Williams asked Officer Frasier the statement the nurse made about you refusing to call for a stretcher, what happened? Officer Frasier answered, with all due respect that was a lie I gain nothing from denying an IP a stretcher call or anybody for that matter. IF someone needs a stretcher called, I will make that call for medical to come assist. Major Williams asked Officer Frasier did the Lieutenant ask you to call for a stretcher? Officer Frasier answered, if she did I would have followed the order given to me.

After deliberations, the Board did not sustain the following violation of General Orders 01, 03, 05, 20, 37, 67, & Policy 1.C.11.1.

After a review of the employee's record, the Board is recommending this EVR be Discharged with the Philadelphia Department of Prisons.

All PDP staff are to have knowledge of and complies with the policies and procedures.

The union was informed that it had Twenty Days to appeal the Board's decision to the Commissioner in writing.

Officer Gena Frasier: PYR #285093: C... Case # 0620-02

**DISCIPLINARY RECORD:**

None

APPROVED

~~DISAPPROVED~~

~~MODIFIED~~

Michael R. Resnick Esquire
Commissioner

**Attachments:**
Notice of Intended Disciplinary Actions
Employee Violation Report
PDP Board Documents
Employee Profile

CC: Gregory J. Vrato, Esquire, Chief of Staff
Sherell Maxwell, Human Resources Manager III

Page 4 of 4

Fraiser-000008

## EMPLOYEE VIOLATION REPORT

(Prepare in Quadruplicate)

PHILADELPHIA DEPARTMENT OF PRISONS

| | | |
|---|---|---|
| INSTITUTION OR UNIT<br>Curran Fromhold Correctional Facility (CFCF) | | DATE<br>3/11/2024 |
| NAME OF EMPLOYEE<br>Gena Frasier | EMPLOYEE NO.<br>285093 | TITLE<br>Correctional Officer |
| NAME OF COMPLAINANT<br>Shawn Jay | | TITLE<br>Correctional Lieutenant (OPC) |

**COMPLAINT**
(State Rule, Order or Regulation violated and give details)

**C/O G. Frasier, you have violated the following General Orders/Policies and Procedures:**

**G.O. 1** It is essential that each employee has a working knowledge of and complies with the Policies and Procedures which relate to or have a bearing upon his/her duties, responsibilities, and employment in the PDP. Each employee must have a working knowledge of the Pennsylvania State Constitution and its laws, U.S. Constitution and Federal Laws, Philadelphia Home Rule Charter, and Civil Service Regulations that a reasonable person would have.
**G.O. 3** An employee shall be responsible for the efficient performance of his/her assigned duties. Employees will remain alert, aware of, and responsive to their surroundings while on duty in order to ensure the safety and security of the institution as well as the health, safety, or welfare of incarcerated persons, staff, or visitors.
**G.O. 5** All employees shall cooperate in maintaining the security and good order of the institution at all times.
**G.O. 20** Employees whose duties involve the original entry, updating, or modification of information contained on the PDP computer systems are responsible for the timeliness, correctness, and integrity of such data. Employees also are responsible for updating the information on the PDP computer system that was obtained during a period when the automated system was unavailable and was not entered initially in the PDP computer system.
**G.O. 37** Any employee, who fails to take proper action while on duty, fails to assert proper authority, or shows reluctance to carry out rules or orders shall be subject to disciplinary action.
**G.O. 67** It shall be the duty of any employee supervising incarcerated persons to look after the incarcerated persons' welfare and ensure that incarcerated persons obtain proper and sufficient food, clothing, and medical attention.

**Employee Code of Conduct:**
**VI.** Each employee shall exercise reason and good judgment on the job.
**VII.** Each employee shall accept responsibility for the proper performance of his/her duties, in keeping with the Policies and Procedures of the PDP.

RECEIVED
MAR 1 9 2024
Warden's Office
Curran Fromhold
Correctional Facility

(Use reverse side if additional space is required)

[signature] (Complainant's Signature)

**STATEMENT BY EMPLOYEE**

LocAL 159
E. [signature]

My signature indicates that I received this Employee Violation Report. I do not necessarily agree with the charges.

3/15/24 (Date) C/O [signature] (Employee's Signature)

**ACTION TAKEN**

REFERRED DUE TO OPC INVESTIGATION AND NATURE OF CHARGES

☐ Case closed at Preliminary Hearing on

☒ Referred for Formal Disciplinary Action

RECEIVED
APR 1 7 2024
PHILADELPHIA PRISONS
HUMAN RESOURCES DEPARTMENT

| CHAIRMAN'S SIGNATURE | DATE | RECEIVED IN PERSONNEL OFFICE (Date) |
|---|---|---|
| D/W [signature] | 4-16-24 | APR 1 7 2024 |

On Monday, November 6, 2023, Incarcerated Person Louis Jung, PID# 71[illegible]7, was found inside of Cell #21 on B1 Pod 3, having trouble breathing by Correctional Officer Aaron Hester, PR# 295830, who was serving the morning meal on the unit. A stretcher was called, and medical staff arrived and while in route to medical triage with I/P Jung, he stopped breathing and was later pronounced deceased by Philadelphia Fire Department Medic Schroeder at 6:47am. This investigation was initiated to determine if Correctional Staff and Medical personnel adhered to the policy standards set forth for the care of incarcerated persons by the Philadelphia Department of Prisons.

Video footage of this incident was reviewed and revealed that while you, C/O Gena Frasier, PR# 285093, were assigned to B1 Pod 3, on Sunday, November 5, 2023, on the 7am to 7pm shift, at approximately 9:55am you were observed opening Cell #21, while escorting a nurse. I/P Jung appears to be lying on the ground in the doorway of the cell. You and the nurse then walk away and appear to have a discussion. The nurse then leaves the unit and I/P Jung is still observed lying on the floor. At approximately 10:05am, Lieutenant Wanda Bloodsaw, PR# 253488 arrives on the unit and by hand gesture, you appear to point toward the top tier at Cell #21. Lt. Bloodsaw proceeds to walk in that direction as you remain at the officer's desk. You are then observed handing gloves to two I/P's who then appear to go to Cell# 21. Once they arrive at the cell, they drag I/P Jung into the cell and the door is secured by Lt. Bloodsaw, who then walks off the housing unit.

A review of the electronic logbook (Lock & Track) revealed that you made a Medication Event entry at 16:35 for Insulin and Accu-check, in which one of the four (4) I/P's to receive insulin was IP Jung. At 16:49, you entered another logbook event acknowledging that I/P Jung had refused his Insulin and Accu-check. Further video review was conducted of B1 Pod 3 for the relevant time periods related to your logbook entries of the said medication events. The video shows that I/P Jung was locked inside of Cell #19 and at no time exited the cell. In addition, at no time did you go his cell to let him out for Insulin and Accu check, nor did it appear that you received an indication of his refusal, as you were observed watching TV in the dayroom (Bottom tier area).

C/O Frasier, during your OPC interview you stated that you were assigned to B1 Pod 3 on November 5, 2023 during the 7am to 7pm shift. You admitted that it is you in the video on B1 Pod 3, but denied recalling if I/P Jung said anything to you when you and the nurse encountered him on the floor when you opened Cell #21. You denied recalling why you and the nurse walked away from I/P Jung, further stating that it could not have been for medical purposes. You admitted that you did not call for a stretcher due to the nurse being on the unit and that she is the one that makes the medical decisions. You admitted that your Lock and track username is Frasier_G, and that you made the electronic logbook entries for B1 Pod 3 on November 5, 2023. You denied knowing how I/P Jung informed you that he refused insulin. You stated that you typically yell "insulin and accu check in progress" on the unit, and that is how you alert the I/P's who receive it, that it is in progress.

C/O Frasier, General Order #67 states (in part) that "It shall be the duty of any employee supervising incarcerated persons to look after the incarcerated persons' welfare and ensure that incarcerated persons' obtain proper and sufficient food, clothing, and medical attention.

Therefore, due to the above, you are being charged with the aforementioned General Orders, Codes of Conduct and PDP Policies and Procedures.



PHILADELPHIA DEPARTMENT OF PRISONS
PHILADELPHIA MANETO

# OFFICE OF PROFESSIONAL COMPLIANCE

## Disciplinary Hearing Packet
## Staff Misconduct
## Correctional Officer Gena Frasier PR# 285093
## CFCF

Lt. Shawn Jay, Investigator

| Special Investigations Unit | INTERVIEW RECORD |
|---|---|

Interview of: Gena Frasier Payroll / PID #: 285093 Date: 2/28/2024 Time 8:30am

Title: Correctional Officer Assignment: CFCF Shift: 7AM-7PM

Interviewed by: Correctional Lieutenant Shawn Jay Witnessed by: UNION: E. LEWIS EL

Q. What is your currant address and telephone number?
A. [redacted]
Q. Is it on file with your institution and personnel?
A. Yes
Q. What is your currant assignment and shift?
A. CFCF 7AM -7PM
Q. Did you work on November 5, 2023; if so where were you assigned?
A. No I don't remember

I AM SHOWING YOU A ROSTER FROM CFCF 7AM TO 7PM FROM NOVEMBER 5, 2023

Q. Is your name on that roster; if so where were you assigned?
A. Yes I was assigned to B1 pod 3

I am showing you a picture of I/P Louis Jung PP#718327

Q. Do you know I/P Louis Jung ; if so where do you know him from?
A. No I don't know him
Q. Did you have any interactions with I/P Jung on November 5, 2023; if so explain to me in detail what happened during the interaction?
A. I don't recall

I AM SHOWING YOU VIDEO FROM B1POD3 CFCF FROM NOVEMBER 5 2023

Q. Is that you in the video?
A. Yes
Q. What happened when you arrived at Cell #21 with the nurse?
A. I do not recall
Q. Did I/P Jung say anything to you as or before he laid on the floor?
A. I don't recall
Q. Why did the other I/P move out of Cell #21 and did you authorize it?
A. I do not recall why but if he did move I did authorize it
Q. Why did you and the nurse walk away from Cell # 21 leaving I/P Jung lying on the floor unattended?
A. I do not recall but if I walked away with the nurse he could not have been on the floor for anything medical and that's if he was on the floor I still don't know 100% if he was on the floor from the video.
Q. What are you and the nurse talking about before she exits the unit?
A. I don't recall
Q. At any time did you call for a stretcher for I/P Jung?
A. It does not appear so and I do not recall
Q. Why did you not call for a stretcher for I/P Jung?
A. Due to a nurse being on the unit and at the cell and I am guessing that the nurse said that there was no stretcher needed she is the one that makes the medical decisions.
Q. When Lt. Bloodsaw arrived on the unit what did you inform her in reference to I/P Jung in Cell #21?
A. I don't recall if it was something medical or noncompliance if she came over I am assuming I called her.

I verify that I have read this entire statement, initialed all corrections, and signed this statement. I verify that it is true and correct to the best of my knowledge information and belief.

SIGNATURE: C/O [signature] DATE: 2/28/24 TIME: 9:11am End Of Page: Initial: [initials]

| Special Investigations Unit | INTERVIEW RECORD |
|---|---|

Interview of: Gena Frasier Payroll / PID #: 285093 Date: 2/28/2024 Time 8:30am

Title: Correctional Officer Assignment: CFCF Shift: 7AM-7PM

Interviewed by: Correctional Lieutenant Shawn Jay Witnessed by: UNION: E. LEWIS EL

Q. Why did you not go to Cell 21 with Lt. Bloodsaw ?
A. I don't recall
Q. Did Lt. Bloodsaw instruct you to send the workers up to the cell to assist her?
A. I don't remember
Q. Did Lt. Bloodsaw say anything to you before she exited the housing area?
A. I don't remember
Q. What is your lock and track user name?
A. Frasier_G

I AM SHOWING YOU ELECTRONIC LOGBOOK ENTRIES FROM B1POD3 FROM 11/5/2023

Q. Did you make these entries?
A. Yes
Q. In the electronic logbook on 11/5/2023 at 16:49 there is an entry stating that I/P Luis Jung PP# 718327 refused Insulin; How did he inform you that he refused insulin?
A. I don't recall
Q. Did you witness him sign a refusal form?
A. No I don't recall
Q. How did you alert him that insulin and accu check was in progress?
A. Typically I yell Insulin and accu check in progress on the unit
Q. Is there anything you would like to add?
A. No

I verify that I have read this entire statement, initialed all corrections, and signed this statement. I verify that it is true and correct to the best of my knowledge information and belief.

C/O Gena Frasier 2/28/24 9:41a
SIGNATURE: DATE: TIME: End Of Page: 2 Initial: GF

2




# PHILADELPHIA DEPARTMENT OF PRISONS
## INTERVIEW RECORD

- ☒ OFFICE OF PROFESSIONAL COMPLIANCE
- ☐ EQUAL EMPLOYMENT OPPORTUNITY UNIT
- ☐ OFFICE OF COMMUNITY JUSTICE AND OUTREACH
- ☐ SPECIAL INVESTIGATIONS UNIT

| Interview of: Blair Cabellos | PR# | Date: 2/22/2024 | Time: 10:50 am |
|---|---|---|---|
| Title: LPN | Assignment/ Shift: RCF 7A-3P | Case Number: 23-00188 | |
| Interviewed by: Lt Shawn Jay | Witnessed by: Union Rep: None Requested | | |

On the above date LPN Cabellos was interviewed and he gave the following statement.

Q. What is your current assignment and shift?

A. RCF 730am – 4pm

Q. How long have you been assigned there?

A. Jan 2 of 2024

Q. Were you assigned to CFCF on November 5, 2023?

A. Yes

**I AM SHOWING YOU A PICTURE OF I/P LOUIS JUNG PP# 718327**

Q. Have you ever had any interaction or treated I/P Jung for any reason; if so what interaction did you have with I/P Jung?

A. I don't recall I/P Jung at all

**I am showing you a video of B1pod3 CFCF from November 5, 2023**

Q. Is that you in the video?

A. Yes

Q. While walking around with the officer did you see the I/P on the floor in the doorway of cell 21?

A. Yes

Q. At any time during you being on B1pod3 did the I/P in Cell #21 ask you for assistance; if so what did he say to you?

A. He said that he needed help to get up

Q. Did you assist him in any way while you were on B1pod3 on November 5, 2023; if so how?

A. You did not feel comfortable due to him having a cellmate and we were instructed that we are not to go into any cell unless there is more than one officer.

Q. During the video it appears that you and the officer had a conversation after walking away from Cell#21 before you exit the unit; what was the conversation about?

A. I told the officer to call a stretcher due to the I/P stating that he could not get up.

Q. Is there anything you would like to add?

A. No

I verify that I have read this entire statement, initialed all corrections and signed this statement. I verify that it is true and correct to the best of my knowledge information and belief.

Blair C. (Signature) 2/22/24 (Date) ______ Time Page ______ of ______

Fraiser-000026

| Special Investigations Unit | INTERVIEW RECORD |
|---|---|

Interview of: Wanda Bloodsaw Payroll / PID #: 253488 Date: 2/28/2024 Time 12:45pm

Title: Correctional Lieutenant Assignment: CFCF Shift: 7AM-7PM

Interviewed by: Correctional Lieutenant Shawn Jay Witnessed by: UNION: K. SELLERS

Q. What is your currant address and telephone number?
A. [redacted]
Q. Is it on file with your institution and personnel?
A. Yes
Q. What is your currant assignment and shift?
A. CFCF 7 AM TO 7PM
Q. Did you work on November 5, 2023; if so where were you assigned?
A. I don't recall

I AM SHOWING YOU A ROSTER FROM CFCF 7AM TO 7PM FROM NOVEMBER 5, 2023

Q. Is your name on that roster; if so where were you assigned?
A. Yes B Building Unit Manager

I am showing you a picture of I/P Louis Jung PP#718327

Q. Do you know I/P Louis Jung; if so where do you know him from?
A. I do not know him.
Q. Did you have any interactions with I/P Jung on November 5, 2023; if so explain to me in detail what happened during the interaction?
A. I don't know if I had any interactions with him.

I AM SHOWING YOU VIDEO FROM B1POD3 CFCF FROM NOVEMBER 5 2023

Q. Is that you in the video?
A. Yes
Q. How were you alerted to B1pod3?
A. I don't recall
Q. When you arrived on B1pod3 what did officer Frasier tell you in regards to Cell # 21?
A. I don't remember
Q. When you arrived at Cell # 21 what did you witness?
A. I don't remember
Q. Was, I/P Jung awake and alert when you arrived at Cell # 21?
A. I don't remember
Q. Where was I/P Jung located when you arrived at Cell #21?
A. I don't remember
Q. What, if anything did I/P Jung say to you when you arrived to Cell #21?
A. I don't know
Q. At any time did you call for a stretcher for I/P Jung?
A. I don't remember
Q. Why did you not call for a stretcher for I/P Jung?
A. I don't remember that day
Q. Did you instruct C/O Frasier to send the workers up to the cell to assist you with getting I/P Jung back into the cell?
A. I don't remember

I verify that I have read this entire statement, initialed all corrections, and signed this statement. I verify that it is true and correct to the best of my knowledge information and belief.

SIGNATURE: [signature] DATE: 2/28/24 TIME: 01:05 End Of Page: 1-2 Initial: [initials]

| Special Investigations Unit | INTERVIEW RECORD |
|---|---|

Interview of: Wanda Bloodsaw Payroll / PID #: 253488 Date: 2/28/2024 Time 12:45pm

Title: Correctional Lieutenant Assignment: CFCF Shift: 7AM-7PM

Interviewed by: Correctional Lieutenant Shawn Jay Witnessed by: UNION: K. SELLERS KS

Q. Was there another I/P in the Cell with I/P Jung?
A. I don't remember
Q. What was the condition of the cell?
A. I don't remember
Q. Is it common practice to have I/P workers drag an I/P who cannot get up back into a cell?
A. No
Q. Did you say anything to C/O Frasier in regards to I/P Jung before you exited the housing area?
A. I don't remember
Q. Is there anything you would like to add?
A. No

I verify that I have read this entire statement, initialed all corrections, and signed this statement. I verify that it is true and correct to the best of my knowledge information and belief.

SIGNATURE: [signature] DATE: 2/28/24 TIME: 01:05 End Of Page: 2-2 Initial: [initials]

| Special Investigations Unit | INTERVIEW RECORD |
|---|---|

Interview of: Anton Walker Payroll / PID #: 1175808 Date: 11/13/2023 Time 8:20am

Title: Incarcerated Person Assignment: Shift:

Interviewed by: Correctional Lieutenant S Jay Witnessed by: UNION:

Q. How long have you been in PDP custody?
A. Since October 23, 2023

Q. What is your currant pod and cell?
A. B1pod3 Cell 7

Q. Were you housed in a cell before that on B1pod3; if so what cell ?
A. 21

Q. Did you have a cellmate in cell 21?
A. Yes

Q. Why were you moved from cell 21 to cell 7?
A. I asked the officer to move me because the man in the cell kept throwing up and pissing himself and not cleaning it up. And he refused to take his insulin he refused to take it for three days saying he can't get up and move.

Q. During your time in cell 21 did your cell mate ever complain about needing to go to medical or not feeling well?
A. he said he wasn't feeling well every day and he asked them to go to medical for five days straight. The officers would call the nurse and they would come and tell him that he is ok and that he has to take his insulin.

Q. At any time while you were in cell 21 did your cellmate appear to be in any kind of medical distress?
A. I am not sure. When we would leave the cell he would just pass out outside of the cell.

Q. At any time while housed in cell 21 did your cell mate ever talk to you about having any medical issues?
A. he just said that he was a diabetic and his blood pressure is high. He would only eat cake, cookies and drink the juice he would never eat the trays. He kept saying that he needed the juice and cookies for his blood pressure.

Q. Is there anything you would like to add?
A. He kept mentioning getting back to the hospital.

I verify that I have read this entire statement, initialed all corrections, and signed this statement. I verify that it is true and correct to the best of my knowledge information and belief.

Anton Walker SIGNATURE: 11-13 DATE: 8:20Am TIME: End Of Page: Initial:

6

Fraiser-000030

```
Working...
 Facility: CFCF                                      Post: B1POD3
  Date      Time Event                     Location            Entered by
11/05/2023 08:58 SIGNON                                        FRASIER_G
                 SIGNON DUTY
              CO FRASIER ON DUTY********************************
11/05/2023 08:59 CENSUS                                        FRASIER_G
                 CENSUS AND HEADCOUNT
              STARTING CEN=65*****************65**********************
11/05/2023 09:03 TOUR                                          FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
              TOURED AREA ALL APPEARS IN ORDER I/P'S APPREARS ALIVE
11/05/2023 09:16 OTHER                                         FRASIER_G
                 OTHER EVENT
              USF NOTIFIED ABOUT COLD AIR BLOWING ABOVE CO'S DESK
11/05/2023 09:17 OTHER                                         FRASIER_G
                 OTHER EVENT
              L/N LT BLOODSAW IN AREA TO CK CUTDOWN KIT/SECURED
11/05/2023 09:19 ECHECK                                        FRASIER_G
                 EQUIPMENT CHECK
              SEE REMARKS******************************************
(1)walkie(1)desktop computer(1)landline(1)set of keys(1)logbook(1)console
(1)cutdown kit sealed and secured(3)fire extinguishers pin attachwed and
appears charged
11/05/2023 09:22 OTHER                                         FRASIER_G
                 OTHER EVENT
              SHOWERS IN PROGRESS
11/05/2023 09:32 TOUR                                          FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
              5-NOV-2023 09:32:32.51
11/05/2023 09:33 MEDICA                                        FRASIER_G
                 MEDICATION EVENT
              SP MEDS IN PROGRESS(1)I/P WEAVER #30 CELL
11/05/2023 09:37 OTHER                                         FRASIER_G
                 OTHER EVENT
              NURSE WERNER IN AREA FOR COWS
11/05/2023 09:45 SUPVTO                                        FRASIER_G
                 SUPERVISOR'S TOUR
              LT CRAWFORD IN AREA FOR COWS
11/05/2023 09:45 OTHER                                         FRASIER_G
                 OTHER EVENT
              GLADNEY AND ROMERO FOR TB CK'S ESC BY CO FRASIER
11/05/2023 10:42 OTHER                                         FRASIER_G
                 OTHER EVENT
          991460   SMITH, JULIUS
              J.SMITH PP#991460 CALLED TO SEE DR IN MED CO RAWLS NOTIFIED
11/05/2023 10:43 TOUR                                          FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
              5-NOV-2023 10:43:02.84
11/05/2023 10:57 MEDICA                                        FRASIER_G
                 MEDICATION EVENT
              MEDS IN PROGRESS NURSE CABELLOS ESC BY CO FRASIER
11/05/2023 11:00 MOVED                                         FRASIER_G
                 INMATE MOVED WITHIN SAME UNIT
         1175808   WALKER, ANTOIN
              OBM ANTOIN WALKER PP#1175808 FR #21 TO #7
11/05/2023 11:00 CENSUS                                        FRASIER_G
                 CENSUS AND HEADCOUNT
              CEN REMAINS 65*******************************************
11/05/2023 11:01 SUPVTO                                        FRASIER_G
```

```
                    SUPERVISOR'S TOUR
               LT BLOODSAW NEEDED TO #21 I/P JUNG REFUSES TO GET UP
11/05/2023 11:03 OTHER                                          FRASIER_G
                    OTHER EVENT
        718327   JUNG, LOUIS W
               I/P LOUIS JUNG PP#718327 LAYING ON FLOOR/REFUSES TO GET UP
11/05/2023 11:10 TOUR                                           FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
               5-NOV-2023 11:10:22.57
11/05/2023 11:17 OTHER                                          FRASIER_G
                    OTHER EVENT
               PER C/C CEASE ALL I/P TRAFFIC PREPARE FOR AM H/C
11/05/2023 11:34 CENSUS                                         FRASIER_G
                    CENSUS AND HEADCOUNT
               H/C IN PROGRESS PER C/C
11/05/2023 11:34 TOUR                                           FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
               5-NOV-2023 11:34:14.85
11/05/2023 11:36 CENSUS                                         FRASIER_G
                    CENSUS AND HEADCOUNT
               CEN=65 H/C=64 MED=1 CALLED TO SGT WILSON
11/05/2023 11:46 MEDICA                                         FRASIER_G
                    MEDICATION EVENT
               SP MEDS(MOUD)PROGRAM NURSE JACKSON IN AREA
11/05/2023 11:59 CENSUS                                         FRASIER_G
                    CENSUS AND HEADCOUNT
               L/N H/C CLEARED 10:50A PER C/C
11/05/2023 11:59 TOUR                                           FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
               5-NOV-2023 11:59:49.55
11/05/2023 12:36 TOUR                                           FRASIER_G
                    TOURED UNIT: EXCEPTIONS NOTED
               5-NOV-2023 12:36:55.73
11/05/2023 12:37 OTHER                                          FRASIER_G
                    OTHER EVENT
               POD SMELLS OF UNKNOWN SMOKEY SCENT
11/05/2023 12:42 TRANSF                                         FRASIER_G
                    INMATE TRANSFERRED FROM UNIT
        968501   KEYS, JOSHUA
               -1 JOSHUA KEYS PP#968501 FR 19 TO A1-1
11/05/2023 12:43 TRANSF                                         FRASIER_G
                    INMATE TRANSFERRED FROM UNIT
       1029828   GREEN, RONNIE
               -1 RONNIE GREEN PP#1029828 FR 20 TO A1-1
11/05/2023 12:44 TRANSF                                         FRASIER_G
                    INMATE TRANSFERRED FROM UNIT
        867185   DIGBY, JUSTIN
               -1 JUSTIN DIGBY PP#867185 FR M-2 TO A1-1
11/05/2023 12:46 TRANSF                                         FRASIER_G
                    INMATE TRANSFERRED FROM UNIT
        962991   MITCHELL, TERRENCE
               -1 TERRENCE MITCHELL PP#962991 FR M-1 TO A1-1
11/05/2023 12:47 TRANSF                                         FRASIER_G
                    INMATE TRANSFERRED FROM UNIT
       1066080   OLIVIERI, JOHNATHAN
               -1 JOHNATHAN OLIVIERI PP#1066080 FR 18 TO A1-1
11/05/2023 12:48 TRANSF                                         FRASIER_G
                    INMATE TRANSFERRED FROM UNIT
        692130   WEAVER, VICTOR
               -1 VICTOR WEAVER PP#692130 FR 30 TO A1-1
```

Fraiser-000032

```
11/05/2023 12:49 CENSUS                                          FRASIER_G
                 CENSUS AND HEADCOUNT
             NEW CEN=59******************59*************************
11/05/2023 12:49 TOUR                                            FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
             5-NOV-2023 12:49:10.78
11/05/2023 13:03 TRANSF                                          FRASIER_G
                 INMATE TRANSFERRED FROM UNIT
         1147835   EDWARDS, SAMUEL
             -1 SAMUEL EDWARDS PP#1147835 FR 24 TO RCF
11/05/2023 13:03 CENSUS                                          FRASIER_G
                 CENSUS AND HEADCOUNT
             NEW CEN=58***********************************************
11/05/2023 13:06 TOUR                                            FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
             5-NOV-2023 13:06:59.27
11/05/2023 14:01 TOUR                                            FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
             5-NOV-2023 14:01:25.78
11/05/2023 14:01 SUPVTO                                          FRASIER_G
                 SUPERVISOR'S TOUR
             SGT CRUMP IN AREA TO #20
11/05/2023 14:11 FOOD                                            FRASIER_G
                 FOOD CART ARRIVED
             LUNCH TRAYS IN AREA BEING SERVED
11/05/2023 14:11 OTHER                                           FRASIER_G
                 OTHER EVENT
             TOILET TISSUE GIVEN OUT AT THIS TIME
11/05/2023 14:27 SUPVTO                                          BLOODSAW_W
                 SUPERVISOR'S TOUR
             LT BLOODSAW ON POD TO EMPTY GRIEVANCE BOX
11/05/2023 14:46 MOVED                                           FRASIER_G
                 INMATE MOVED WITHIN SAME UNIT
         1220843   CRUZ, ANGEL
             OBM ANGEL CRUZ PP#1220843  FR 25 TO 18
11/05/2023 14:56 TOUR                                            FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
             TOURED AREA ALL APPEARS NORMAL
11/05/2023 14:58 OTHER                                           FRASIER_G
                 OTHER EVENT
             L/N LANDLINE GOES IN/OUT C/C NOTIFIED******************
11/05/2023 15:17 TOUR                                            FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
             5-NOV-2023 15:17:49.34
11/05/2023 15:23 SUPVTO                                          BLOODSAW_W
                 SUPERVISOR'S TOUR
             LT BLOODSAW ON TOUR TO EMPTY GRIEVANCE BOX
11/05/2023 15:33 TOUR                                            FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
             5-NOV-2023 15:33:15.16
11/05/2023 15:51 OTHER                                           FRASIER_G
                 OTHER EVENT
             NURSE FAGO IN AREA FOR COWS ESC BY CO FRASIER
11/05/2023 16:01 TOUR                                            FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
             TOURED AREA ALL APPEARS NORMAL
11/05/2023 16:02 LOCKDO                                          FRASIER_G
                 UNIT LOCKDOWN
             JAIL DOWN FOR 3P H/C PER C/C
11/05/2023 16:03 CENSUS                                          FRASIER_G
```

9

CENSUS AND HEADCOUNT
H/C=58 CEN=58 CALLED TO C/C SGT WILSON
11/05/2023 16:29 TOUR FRASIER_G
TOURED UNIT: EXCEPTIONS NOTED
5-NOV-2023 16:29:48.68
11/05/2023 16:31 CENSUS FRASIER_G
CENSUS AND HEADCOUNT
H/C CLEARED 3:30P PER C/C****************************
11/05/2023 16:35 MEDICA FRASIER_G
MEDICATION EVENT
INSULIN IN PROGRESS(4) I/P'S
11/05/2023 16:49 OTHER FRASIER_G
OTHER EVENT
718327 JUNG, LOUIS H
I/P LOUIS JUNG PP#718327 REFUSED INSULIN
11/05/2023 17:42 MEDICA FRASIER_G
MEDICATION EVENT
NURSE JARVIS IN AREA FOR MEDS ESC BY CO FRASIER
11/05/2023 17:43 TOUR FRASIER_G
TOURED UNIT: EXCEPTIONS NOTED
5-NOV-2023 17:43:00.47
11/05/2023 17:43 OTHER FRASIER_G
OTHER EVENT
SHOWERS REMAIN IN PROGRESS
11/05/2023 18:07 TOUR FRASIER_G
TOURED UNIT: EXCEPTIONS NOTED
5-NOV-2023 18:07:45.11
11/05/2023 18:32 TOUR FRASIER_G
TOURED UNIT: EXCEPTIONS NOTED
TOURED AREA ALL APPEARS NORMAL
11/05/2023 18:33 HOUSED FRASIER_G
INMATE HOUSED IN UNIT
1126563 TIMMON, JAMES
+1 JAMES TIMMON PP#1126563 FR R/R TO M-1
11/05/2023 18:34 HOUSED FRASIER_G
INMATE HOUSED IN UNIT
1218624 LOVD-POWELL, TIJERE
+1 TIJERE LOVD-POWELL PP#1218624 FR R/R TO M-1
11/05/2023 18:34 HOUSED FRASIER_G
INMATE HOUSED IN UNIT
919140 WILLIAMS, TERRANCE
+1 TERRANCE WILLIAMS PP#919140 FR R/R TO M-1
11/05/2023 18:35 CENSUS FRASIER_G
CENSUS AND HEADCOUNT
NEW CEN=61******************61************************
11/05/2023 18:51 SUPVTO FRASIER_G
SUPERVISOR'S TOUR
SGT CRUMP IN AREA
11/05/2023 18:52 FOOD FRASIER_G
FOOD CART ARRIVED
DINNER TRAYS ARRIVED
11/05/2023 18:52 TOUR FRASIER_G
TOURED UNIT: EXCEPTIONS NOTED
5-NOV-2023 18:52:33.63
11/05/2023 19:05 OFFICI FRASIER_G
OFFICIAL VISIT
1038139 KEENAN, DARNELL
I/P D.KEENAN PP#1038139 O/V
11/05/2023 19:23 TOUR FRASIER_G
TOURED UNIT: EXCEPTIONS NOTED

Fraiser-000034

```
               TOURED AREA ALL APPEARS NORMAL
11/05/2023 20:06 TOUR                                   FRASIER_G
                  TOURED UNIT: EXCEPTIONS NOTED
               5-NOV-2023 20:06:32.46
11/05/2023 20:06 OTHER                                  FRASIER_G
                  OTHER EVENT
               SHOWERS COMPLETED ON POD 3
11/05/2023 20:48 TOUR                                   FRASIER_G
                  TOURED UNIT: EXCEPTIONS NOTED
               5-NOV-2023 20:48:15.65
11/05/2023 20:48 OTHER                                  FRASIER_G
                  OTHER EVENT
               CO FRASIER REMAINS ON DUTY AWAITING RELIEF*************
11/05/2023 21:07 TOUR                                   FRASIER_G
                  TOURED UNIT: EXCEPTIONS NOTED
               5-NOV-2023 21:07:43.08
11/05/2023 21:30 TOUR                                   FRASIER_G
                  TOURED UNIT: EXCEPTIONS NOTED
               5-NOV-2023 21:30:34.37
11/05/2023 21:47 MEDICA                                 FRASIER_G
                  MEDICATION EVENT
               NURSE JACKSON IN  AREA FOR SUBTEX PROGRAM(16)CELL
11/05/2023 21:56 TOUR                                   FRASIER_G
                  TOURED UNIT: EXCEPTIONS NOTED
               5-NOV-2023 21:56:43.07
11/05/2023 21:59 LOCKDO                                 FRASIER_G
                  UNIT LOCKDOWN
               JAIL DOWN FOR NIGHT ALL I/P'S SECURED
11/05/2023 21:59 CENSUS                                 FRASIER_G
                  CENSUS AND HEADCOUNT
               H/C IN PROGRESS PER C/C*********************************
11/05/2023 22:04 CENSUS                                 FRASIER_G
                  CENSUS AND HEADCOUNT
               H/C=61******************CEN=61 CALLED TO CC SGT BELLO
11/05/2023 22:29 TOUR                                   FRASIER_G
                  TOURED UNIT: EXCEPTIONS NOTED
               5-NOV-2023 22:29:40.26
11/05/2023 22:34 CENSUS                                 FRASIER_G
                  CENSUS AND HEADCOUNT
               H/C CLEARED 9:33PM PER C/C
11/05/2023 22:39 SIGNOF                                 FRASIER_G
                  SIGNOFF DUTY
               CO FRASIER OFF DUTY PER LT.BYNUM*************************
GoBack: _
```

# Exhibit 3

# Expert Report of Dr. Jonathan Williams

December 1, 2025

Mr. Bret Grote, Esq.
Abolitionist Law Center
990 Spring Garden Street, Suite 306
Philadelphia, PA 19123

**Expert Report of Jonathan S. Williams, MD, MMSc.**

**Introduction**

I, Jonathan S. Williams, MD, MMSc, have been asked to provide my expert opinion in the matter of Louis Jung, Jr's death during incarceration at Philadelphia Department of Prisons, Curran-Fromhold Correctional Facility on November 6, 2023.

As way of background, I am an active full-time board-certified practicing endocrinologist at Brigham and Women's Hospital, with an academic title of Associate Professor of Medicine at Harvard Medical School, in Boston, MA. I completed my medical training in Internal Medicine and then in Endocrinology at these institutions. I have an active endocrine research enterprise in hormonal dysfunction that focuses on adrenal gland dysfunction, blood pressure homeostasis, insulin resistance and diabetes that contributes to a wide variety of disease states in humans. I am or have been Principal Investigator on National Institutes of Health, foundation, and biopharmaceutical research awards with over 100 original peer-review publications. Relevant to my interests in human research, I Direct the Cardiometabolic Endocrine Human Genetics Research Program, I am the Lead Medical Research Officer for the Center for Clinical Investigations at Brigham and Women's Hospital, Chair of the Institutional Review Board at Mass General Brigham, and standing member of the National Institutes of Health, National Institutes of Diabetes, and Digestive and Kidney Disease grant review study section that funds diabetes research nationally. I formerly sat on the National Board of the Association for Patient-Oriented Research and the Nominating Committee of the Association for Clinical and Translational Science and served as Associate Editor for the journal *Metabolism: Clinical and Experimental*. I have an active leadership and educator role at Harvard Medical School where I was the past Co-director of the Masters Program in Clinical and Translational Investigations, The Clinical and Translational Research Academy, and current Director of the Brigham and Women's Research in Residency Clinical Investigations Pathway. My clinical and educational expertise include my role as Attending Physician for the Endocrine Services at Brigham and Women's Hospital, Dana Farber Cancer Institute, and Boston VA Healthcare Systems where I train medical students, residents, and fellows from Harvard Medical School, Boston University School of Medicine, and the Massachusetts College of

Pharmacy and Health Sciences in clinical endocrine practice including management of diabetes and its complications such as diabetic ketoacidosis.

**Materials reviewed**

- Patient Safety Event Committee Report
- Jung Corrective Action Plan
- Medical Records of Louis Jung, Jr.
- FSBG reports
- Jung Red Flag/Potential Red Flag reports
- Jung First Amended Compliant
- Jung PDP Medical Administration Records
- PDP Report into Death of Louis Jung, Jr.
- Jung Refusal Records
- Selected YesCare Policies
- YesCare 1482-1483 Progress Notes of Dr. Bradley May 25, 2023
- Jung Laboratory reports
- Depositions (Mariesha Apollon, Lalitha Trivikram, MD, Gena Frasier, Maureen Gay-Johnson, Blair Cabellos, Shawn Jay, Wanda Bloodsaw)

**Principals of Diabetic Ketoacidosis**

- Diabetic ketoacidosis (DKA) is a condition that arises in the setting of relatively low insulin levels, or absolute zero insulin levels as in Type 1 Diabetes Mellitus (T1DM) in Mr. Jung's case. Insulin is required to convert glucose to energy for metabolic needs. When energy demands are high, yet insulin is deficient, then glucose can no longer meet demand and the body turns to second-line sources of energy, namely stored fat. A consequence of using fat to provide energy is generation of acid components (i.e. ketone bodies). Subsequent acid build-up in the blood impairs and ultimately halts normal physiologic activity leading to multi-organ dysfunction and failure. DKA is rapidly fatal if not reversed. Among the mortal risks are those from cardiac arrythmia due to acute electrolyte and acid-base disorders in the setting of hyperglycemia and DKA.

- Patients with Type 1 DM will develop DKA if they do not receive insulin regularly. Patients like Mr. Jung with Type 1 DM produce no insulin and are thus completely dependent on administration of insulin through external means. In short, if they do not have insulin products in their body, they will quickly develop ketones and then DKA within hours to days. Because they must have insulin in their body at all times to avoid developing DKA, the treatment consists of a continuous supply of insulin. This is given in the form of a long-acting insulin such as glargine or detemir insulin (which can last 18 to 24 hours) to provide a constant insulin level while a patient is fasting or sleeping, as well as short-acting insulin such as aspart, lispro or regular insulin (which can last 2-6 hours) that provides insulin to cover the carbohydrate intake of a meal. Often, patients with Type 1 DM use an insulin pump, which delivers a constant infusion of insulin day and night. *Importantly, if insulin is withheld from a patient with Type 1 DM for a length*

*of time (hours to a day or two) they will begin to generate ketones, typically with hyperglycemia, and rapidly progress to DKA and death.*

- <u>DKA is not a rare presentation</u> in the emergency setting and has been steadily increasing in prevalence. In 2006 a total of 136,510 cases of primary DKA were diagnosed. Most were in patients between the ages of 18 and 44 years (56%) and 45 and 65 years (24%). Patients with a history of DKA are more likely to have another episode of DKA.

- <u>Death caused by DKA is rare because it is avoidable</u>. Although DKA is the most common cause of death in children with Type 1 diabetes (T1DM), the overall mortality in adults is <1%. This is largely due to the development of rapid diagnosis and strictly protocolized treatment programs over the last 20 years.

- <u>Laboratory values provide diagnostic, severity and prognostic information to direct care.</u> Typically, an elevated blood glucose value will accompany a diagnosis of DKA. As such, elevated glucose values are important (*<u>but not required</u>*) in determining the need to explore a diagnosis of DKA. The degree of elevation along with symptoms may influence the decision to check for the presence of ketones towards discovering possible DKA. Accordingly, a <u>normal</u> glucose level in a patient with T1DM who displays signs and symptoms concerning for DKA should invoke testing for ketones. Similar, a markedly elevated glucose level (i.e. >400 mg/dL) in a T1DM without symptoms warrants investigation for DKA by ketone testing.

- <u>The clinical presentation of DKA is important to recognize given the high potential for rapid decompensation and death</u>. Usual early signs and symptoms may include frequent urination, thirst, elevated ketones in the urine, and elevated glucose. As DKA progresses to its later stages, additional signs and symptoms that may develop include fatigue/weakness, abdominal pain, vomiting, and ultimately respiratory and mental status changes (confusion, delirium, obtundation).

- <u>After recognition of DKA, treatment is straightforward and extremely effective at preventing complications and death</u>. This includes; 1) volume resuscitation to correct dehydration and to expedite removal of ketone bodies, 2) correction of electrolytes, 3) reduction in glucose levels with insulin, and 4) identification and treatment of precipitating factors. All these maneuvers address cardiac susceptibility to fatal arrythmia that arises in DKA. Although DKA is fatal if not corrected, it is one of the rare life-threatening conditions wherein someone can be near death, yet discharged from the hospital to normal health in a day or two.

**Case Review**

Mr. Jung was a 50-year-old male transferred from Norristown State Hospital back to Curran-Fromhold Correctional Facility on October 28, 2023. He had a long-standing history of T1DM, which was known to the facility due to prior episodes of DKA. While at Norristown State Hospital, the medical record documents consistent treatment with

insulin at least 3 times/day with reasonable glycemic control and very few missed insulin doses or Accu Check glucose readings.

On presentation to the facility intake station, the intake form indicated that he answered "no" to having diabetes, but testimony and the facility records documents that he was known to have T1DM since he was very young. He stated that he had not had insulin 3 days, although the eMAR from Norristown State Hospital records 2 insulin injections on the morning of October 27, 2023 according to his schedule of NPH 30 units in the morning and 15 units in the afternoon along with regular insulin sliding scale three times/day with meals (ranging 3-15 units). No medical records from Norristown State Hospital were provided or reviewed at the time of intake.

The intake exam reports normal vital signs and appearance with an Accu Check glucose reading critically elevated at 542 mg/dL. Accordingly, the intake nurse Mariesha Apollon contacted the covering off-site provider Maureen Gay to notify her of the value and the presence of ketones on the urine dipstick, obtained per protocol. Orders provided to the intake nurse were to give 10 units of NPH insulin and 12 units of regular insulin subcutaneously, encourage drinking plenty of fluids, and blood draws for 2 weeks later and a chronic care consult for 1 month later. No additional testing was ordered to determine efficacy of the insulin injection in the setting of critically elevated blood glucose and urine ketones, and Maureen Gay did not otherwise follow up with the patient following this administration of insulin.

Medication orders were placed for NPH 10 units twice per day and regular insulin twice per day on a sliding scale (2-12units), along with Accu Check glucose readings also twice per day.

A Progress Note entered by Maureen Gay on October 28, 2023 at 9:48PM describes the communication with the intake nurse including the diagnosis of T1DM, glucose reading of 542 mg/dL and urine ketones. It remarks on no distress and mucosa moist along with AAOx3. It further states "hasn't gotten insulin in 3 days". Assessment is Type 1 DM, not stated as uncontrolled. Labs are ordered for November 10, 2023, follow-up PRN, disposition-general population. Three additional notes are recorded by Ms. Gay on October 30, 2023 documenting a rule-out TB results, on October 31, 2023 documenting a COVID-19 vaccination, and on November 6, 2023 that Mr. Jung was deceased.

From October 28 thru November 6, 2023 the medical record documents elevated glucose readings, multiple missed doses of insulin administration and failure to follow related procedures to prevent a critical care situation.

10/29/23: AM glucose: 385 mg/dL; insulin administration 10 Regular/10 NPH (under-dosed for both Regular and NPH given prior history).

10/29/23: PM glucose 585 mg/dL (evidence that morning dosing was too insufficient); administered 12 Regular and 10 NPH. Annotation in eMAR "Provider notified; urine

obtained". No documentation of ketone result. No retest of glucose in 2 hours (failing YesCare policy).

10/30/23: AM glucose 268 mg/dL. Administered Regular 8 and 10 NPH (under dosed for both insulins).

10/30/23: PM glucose not recorded. PM insulin not recorded (YesCare policy would require escalation to provider to take action).

10/31/23: AM glucose 371 mg/dL (evidence that prior dosing was insufficient); administered Regular 10 and NPH 10 (insufficient dosing).

10/31/23: PM glucose 500 mg/dL (evidence that prior dosing was insufficient); administered 10 NPH. No documentation of Regular insulin dosing. No testing of ketones. No retesting of glucose in 2 hours.

11/1/23: AM glucose "refused". No documentation of insulin dosing. Nor Red Flag form generated. No notification to provider of missing/refusing critical medication (insulin).

11/1/23: PM glucose 411 mg/dL (evidence that prior dosing/missed dosing was insufficient). Administered 10 NPH. No Regular given. No ketones tested. No re-testing of glucose in 2 hours.

11/2/23: AM glucose 290 mg/dL (evidence that prior dosing was insufficient). Administered Regular 8 and NPH 10 (insufficient dosing).

11/2/23: PM glucose 245 gm/dL (evidence that prior dosing was insufficient). Administered Regular 6 and NPH 10.

11/3/23: AM glucose not obtained. No show for testing and insulin. No Red Flag generated.

11/3/23: PM glucose 394 mg/dL (evidence that prior dosing/missed dosing as insufficient). Administered Regular 10 and NPH 10.

11/4/23; AM glucose 266 mg/dL (evidence that prior dosing was insufficient). Administered Regular 8 and NPH 10.

11/4/23: PM glucose not obtained. Insulin not documented. No Red Flag generated.

11/5/23: AM glucose not obtained/no show. No insulin recorded. No Red Flag. generated.

11/5/23: PM glucose not obtained/refused. No insulin recorded. No Red Flag generated.

Consequently, despite reports that Mr. Jung was medically deteriorating by November 5, 2023 (including vomiting and urinating in his cell with a cell mate present) insufficient care was provided. Subsequently, Mr. Jung was found near dead on the morning of November 6, 2023 and expired within 45 minutes.

**Opinion**

The cause of death is indisputable. Mr. Jung did not receive sufficient insulin, consequently developed DKA, which resulted in suffering and death. As an incarcerated person, he was entirely dependent on attendants at the prison to provide his medical care. The intake record demonstrates that providers were aware of his diagnosis of T1DM and that he took both long-acting and short-acting insulin formulations. He was at high risk for DKA given prior episodes of DKA while in the same prison 3 times the year before. As would be clearly indicated in this individual with T1DM and history of DKA, there were orders to check blood glucose levels and to administer insulin. His prior record at the same prison and also his record at Norristown State Hospital established that he required at least 60 units of insulin per day (Elizabeth Bradley, MD May 20, 2023 progress note and eMAR from Norristown State Hospital October 27, 2023). Mr. Jung had a long history of non-compliance. YesCare policy includes guardrails to manage non-administration of named critical medicines (including insulin), that requires immediate provider action. Clearly, this is meant to avoid known acute complications such as hyper- and hypoglycemia. Unfortunately, the safeguards in place were not followed as outlined, leading to profound under-insulinization.

There is no question that he was developing DKA over this period as it would be entirely expected in the absence of insulin administration since the morning of October 27, 2023. The NPH insulin he received that morning would've been out of his system by the afternoon that day. From this time forward he would begin to develop DKA. The high suspicion of DKA was evident from intake. His incorrect answers at this time, including stating an initial "no" to history of diabetes and that he had not had "insulin for 3 days" are consistent with someone with impaired cognition in the setting of marked hyperglycemia or DKA. Yet, remarkably, no follow-up interventions were conducted to determine if the insulin provided at that time had corrected either his critically elevated glucose or ketones. Regardless of his appearance at this time, the presence of these two components in an individual with T1DM requires very close follow-up, as indicated in YesCare's policy, which would include a glucose recheck within 2 hours. While increasing oral intake can help lower glucose and reduce ketones, it is a deviation from the standard of care to not order a follow up glucose reading and determine if ketones are starting to clear, as the absence of improvement indicates escalation of care is required. Failing to follow up to check on Mr. Jung's blood glucose level was disregarding a known risk that he would develop DKA.

The testimony of those involved in his intake care along with the documented lax follow-up indicate a lack of fundamental understanding of T1DM management and the need for individuals to always have insulin in their system. Individuals with T1DM cannot be managed the same way those with T2DM are managed. They are at imminent risk for DKA within hours of insulin leaving the system.

Individuals experiencing DKA do not die silently. Although the available record is scant on actual description of Mr. Jung's condition, his cell mate on November 5, 2023 remarked that he wanted to be transferred to a different cell because Mr. Jung was urinating and vomiting all over the cell. There is testimony from others that he was lifted from the floor to his bed that day. As described above, individuals dying from DKA experience excruciating abdominal pain, vomiting, mental status changes, all signs of acidic damage and multi-organ failure preceding death. Mental status changes would impair the ability to comprehend even basic instructions and stimuli. As such, it would be reasonable to assume that Mr. Jung may have missed several Accu Check and insulin administrations because of his declining medical condition. This would include an inability to respond to the verbal medication call-outs performed at the time of insulin administration. As his health declined rapidly on the last day, this would include the inability to call out for help.

Ultimately, Mr. Jung's death was entirely preventable. There were multiple opportunities for medical evaluation. These are outlined in several outcome documents generated by YesCare and the Philadelphia Department of Prisons from this case. Unfortunately, the policies and procedures created to prevent this outcome were not followed. The recognition of Mr. Jung's signs and symptoms of his progressively grave condition were not appreciated, and his death was entirely predictable in this setting.

These are my opinions based on my education, training, and experience as an internist and endocrinologist, and based on the information provided to me as of the date of this report. I reserve the right to amend this report if new information is made available to me for review.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 1, 2025.

Respectfully,

J Williams

Jonathan Williams, MD, MMSc
Associate Professor of Medicine
Harvard Medical School
Division of Endocrinology, Diabetes and Hypertension
Brigham and Women's Hospital
Boston, MA 02115

**Five-year Expert Medical Opinion Deposition and Trial History**

*Updated December 2, 2025*

Jonathan Williams, MD, MMSc
184 High Street
Ashland, MA  01721

**Depositions:**

1. Case:  Tonya Forrest v. Richard Bruce Van Eldik, M.D and Endoscopy Center of Ocala (5th Judicial Circuit Marion County, FL)
   Attorney:  Olivia T. Kronenberg, Esq (855-292-2111)
   Firm:  Paul, Knopf, Bigger (Winter Park, FL)
   Deposition Date: April 5, 2021

2. Case:  William Bawgus v. Downtown Baltimore Family Care, P.A., et al.  (Circuit Court for Baltimore, MD)
   Attorney:  Robert Joyce, Esq (443-562-2992)
   Firm: Law Office of Barry R. Glazer, L.L.C.
   Deposition Date: January 14, 2022

3. Case:  Dai'Vontay Hudson v. Miami Valley Hospital, et al (Court of Common Pleas, Montgomery County, OH)
   Attorney:  Williams S. Jacobsen, Esq
   Firm:  Nurenberg Paris
   Deposition Date: August 12, 2022

4. Case:  Stacey Wolking v. Henry Linder, MD and Youngs Apothecary, Inc (United States District Court for the Middle District of Pennsylvania)
   Attorney:  Conor Lamb, Esq
   Firm:  Kline & Specter, P.C.
   Deposition Date: June 11, 2024

5. Case:  Johnson v Kennedy University Hospital, Inc. (New Jersey)
   Attorney:  Thomas M. Walsh, Esq
   Firm:  Parker McCay, P.A.
   Deposition Date: July 26, 2024

6. Bond, Slusser, O'Leary, Corrar, et al. vs. Dupont, 3M, Solvay Specialty Polymers USA, LLC, et al (United States District Court, District of New Jersey)
   Attorney:  Stephen Phillips
   Firm:  Phillips and Paolicelli, LLP
   Deposition Date: July 1, 2025

**Legal Case Review Guidelines**
(Updated March 1, 2023)

As an Endocrinologist, I am willing to assist attorneys with regard to legal issues involving liability cases, etc. The fee schedule and policy schedule of depositions is stated below. If, after careful review of the fee schedule and policy, you wish to arrange for a deposition or review, please notify me.

- **Scheduling:** I must maintain strict control of my time to allow for administrative, teaching, and clinical activities. I will attempt to schedule depositions in a timely fashion. Once a date is confirmed with me by the office of the attorney cancellation is possible as presented by the cancellation policy below, but please be mindful that scheduled time for activities (depositions/trial appearances/travel) often requires cancellation of clinic time, which cannot be readily rescheduled or reimbursed

- **Fee Schedule:**

| | |
|---|---|
| Review of records for purpose of assessing liability issues | $2,000 retainer fee with advance payment required to cover initial 4 hours of effort. $500 per hour for further review and discussion |
| Consultation | $500 per hour |
| Depositions | $3,000 minimum for initial 4 hours then $750/hr |
| Preparation for deposition | $500 per hour |
| Court/Panel testimony | $6,000 standing fee per day<br>All travel/lodging expenses paid/reimbursed |
| Travel | $2,000 standing fee per day of travel required beyond deposition/court appearance date if if requires leave before 5:00PM ET prior to appearance date or an additional night's stay after appearance |

- **Payment and cancellation policy for depositions:**
  A Deposition retainer of $3,000 must be received 12 working days from the scheduled deposition appointment, and is non-refundable within 12 days of the agreed deposition appointment.
- **Cancellation policy for court testimony:**
  A Court testimony retainer of $6,000 must be received 15 working days from the scheduled court appearance and is non-refundable within 15 working days of the agreed court appearance date.

**Your deposit indicates your complete and full understanding of our policy.**

**CHECKS SHOULD BE MADE PAYABLE TO Jonathan Williams, MD**
**SSN:** [redacted]

# Exhibit 4

# Expert Report of Lori Roscoe



EXPERT WITNESS REPORT OF LORI E. ROSCOE, DNP, PhD, APRN, ANP-C, CCHP-RN
REGARDING Louis Jung

I have been retained to render opinions regarding the care and treatment of Mr. Louis Jung while detained at the Philadelphia Department of Prisons. My opinions are based on my knowledge, education, training and experience, and the records, videos, and reports I reviewed regarding this matter.

EXPERIENCE AND QUALIFICATIONS:

I am an Advanced Practice Registered Nurse, certified as an Adult Nurse Practitioner. I have a Bachelor's Degree in Education, a Bachelor's Degree in Nursing, a Master's Degree in Public Administration with a healthcare concentration, a Master's Degree in Nursing, a Doctorate Degree in Healthcare Administration, and a Doctor of Nursing Practice degree. I am certified by the National Commission on Correctional Healthcare (NCCHC) as a Correctional Health Professional and a Correctional Health Professional – Registered Nurse. I am currently the principal of Correctional HealthCare Consultants LLC. I began in correctional healthcare in 1995, and have worked in various correctional healthcare roles, including as a correctional facility Health Services Administrator, a Regional Administrator, an Associate Program Director, an Executive Director of Clinical Services, a nurse practitioner, and a registered nurse. I have active registered nurse licensure in California, Kentucky, Florida, Washington, Virginia, and Georgia. In addition, I am licensed as an Autonomous Advanced Practice Registered Nurse (nurse practitioner) in Florida and an Advanced Practice Registered Nurse (nurse practitioner) in California, Kentucky, Virginia, and Georgia.

I have worked for private contractors, such as Correct Care Solutions and CorrectHealth, LLC, and state subcontractors, such as the Medical College of Georgia. In my administrative roles, I was

responsible for policy and procedure development; staff supervision, including RNs, LPNs and ancillary staff; staff education, including RNs, LPNs, ancillary staff, providers and custody staff; Continuous Quality Improvement Programs; and fiscal management. I continue to provide these services, as well as healthcare program transitional, evaluative and consultation services to correctional health programs through Correctional HealthCare Consultants LLC.

I am a member of the American Nurses Association's national expert workgroup that reviewed and revised the *Correctional Nursing: Scope and Standards of Practice,* most recently published in 2021 (third edition). Under the auspices of the American Correctional Nurses Association, I am currently working on the fourth edition, expected to be published in 2026.

I am a member of the National Commission on Correctional Health Care (NCCHC) Multidisciplinary Education Committee, and a member of the American Correctional Association's Nursing Committee and Healthcare Committee. I am a peer reviewer for the Journal of Correctional Health Care. I was an invited expert on the 2024-2025 NCCHC Standards Advisory Task Force that reviewed/edited the 2026 *Standards for Health Services in Jails* and the *Standards for Health Services in Prisons,* published in August 2025.

I am a founding member and President-Elect of the American Correctional Nurses Association. A complete listing of my education, training, and experience is set forth in my Curriculum Vitae, a copy of which is attached to this report as Exhibit A.

COMPENSATION AND PRIOR TESTIMONY:

I have attached to this report as Exhibit B a list of all cases in which I have testified by deposition or at trial in the last four years. I currently receive compensation of $400 per hour for case review and expert report production, with an initial retainer of $5000 for up to 10 hours of work. I receive $650 per hour compensation for deposition and court testimony, with a four-hour daily minimum, and travel time reimbursed at $275 per hour as applicable. Travel expenses are charged per actual cost.

DOCUMENTATION REVIEWED:

Please see Exhibit C attached to this report.

SUMMARY

On October 27, 2023, Mr. Jung was discharged from Norristown Hospital and remanded to the Philadelphia Department of Prisons (PDP). On October 28, 2023, Medical Assistant (MA) Carullo completed a pre-intake screening and documented that Mr. Jung was a diabetic. His blood glucose was measured at 542 mg/dL. However, on the Confidential Intake Questionnaire completed that same day, it was documented that Mr. Jung was *not* a diabetic. On the Physical Health Follow-Up form, he was referred for a 28-day chronic care appointment for diabetes management.

Later on October 28, 2023, Registered Nurse (RN) Mariesha Apollon completed Mr. Jung's intake evaluation. She documented that he was not currently taking medication for diabetes, although elsewhere on the form it was indicated that he *was* a diabetic per the pre-intake screening. A history of non-compliance with other medical treatments was also noted. Vital signs were recorded as: blood pressure 110/82 mmHg, pulse 92 beats per minute, respirations 18 breaths per minute, oxygen saturation 97%, temperature 97.0°F, and blood glucose 542 mg/dL. Mr. Jung reported that he had not received insulin for three days.

RN Apollon contacted a provider, who ordered 10 units of NPH and 12 units of regular insulin; these doses were administered, and Mr. Jung was provided a snack. A urine dip revealed the presence of ketones, and Mr. Jung was encouraged to drink fluids. RN Apollon initiated an urgent behavioral health referral as well as a behavioral health reentry referral. She completed a referral for practitioner evaluation and review of medication.

At approximately 2148 hours on October 28, 2023, Nurse Practitioner (NP) Gay reviewed Mr. Jung's intake screening. She wrote he had previously been admitted to the PDP in June 2023, and she renewed his previously ordered medications (levothyroxine and atorvastatin). She documented his medical history as including diabetes, hypercholesterolemia, COVID-19, MRSA, and a history of

non-compliance with medical treatment. NP Gay reiterated that Mr. Jung's blood glucose was 542 mg/dL upon entry; that he had not received insulin for three days; and that he was administered 10 units of NPH and 12 units of regular insulin earlier that day.

NP Gay's assessment included mixed hyperlipidemia, hypothyroidism, and diabetes mellitus without complications. She ordered Novolin N (NPH) 10 units twice daily for 90 days and Novolin R (regular insulin) on a sliding-scale, to be administered twice daily beginning October 28, 2023. NP Gay's disposition included admission to general population with medications ordered, laboratory tests and diagnostics ordered, and chronic care follow-up scheduled.

This facility uses the term CRIC to refer to *Corrective Regular Insulin Coverage*, which is regular insulin administered to address hyperglycemia identified through blood glucose checks. CRIC is usually ordered on a sliding scale, which means there is a range of dosages ordered, and nursing staff must administer the dose corresponding to the actual blood glucose as measured by a glucometer. Also at this time, Policy and Procedure stated that when an incarcerated person refused their insulin, a refusal form is completed, signed and entered into their health record. In addition, an appointment to speak to a provider (red flag appointment) should be created every time an incarcerated person does not receive their prescribed insulin. This appointment should occur the next day per the Nursing Encounter Tool (NET) for Hyper/Hypoglycemia.

On October 29, 2023, Mr. Jung's morning blood glucose was 385 mg/dL, and he received 10 units of CRIC and 10 units of NPH. His afternoon blood glucose was 585 mg/dL, and he received 12 units of CRIC and 10 units of NPH. There is no indication that a provider was notified or that a urine ketone test was performed. The Nursing Encounter Tool (NET) for Hyper/Hypoglycemia was not used.

On October 30, 2023, Mr. Jung's morning blood glucose was 268 mg/dL, and he was administered 8 units of CRIC and 10 units of NPH. The evening dose section was blank, with no documentation present. No red flag appointment was made. Also on October 30, 2023, Mr. Jung's PPD (Purified Protein Derivative - test for exposure to tuberculosis) was read as 0 mm induration (negative).

On October 31, 2023, Licensed Practical Nurse (LPN) Ricks documented that Mr. Jung was offered a COVID-19 Moderna bivalent booster, which he refused. There is no corresponding signed refusal form in the health record. That morning, Mr. Jung's blood glucose was 371 mg/dL, and he received 10 units of CRIC and 10 units of NPH. His evening blood glucose was 500 mg/dL. No CRIC insulin was administered, although 10 units of NPH is documented as given. There is no corresponding note in the health record explaining why the ordered CRIC was not administered. No Hyper/Hypoglycemia NET was completed; and no provider was notified of Mr. Jung's extremely high blood glucose.

*Because the November 2023 medication administration record (MAR) for Mr. Jung was not part of his health record, the following chronology regarding blood glucose readings and nursing actions are based on the Patient Safety Event Committee presentation by Lynda Witkowski, completed after his death, regarding Mr. Jung's care while detained at the Curran-Fromhold Correctional Facility (CFCF) until his death on November 6, 2023.*

On November 1, 2023, Mr. Jung's morning insulin was refused. There was no signed refusal form in the health record and no red-flag follow-up appointment made. His evening blood glucose was 411 mg/dL, and no CRIC insulin was administered; no urine testing for ketones was conducted; no Hyper/Hypoglycemic NET was initiated, and no provider was notified.

On November 2, 2023, Mr. Jung's morning blood glucose was 290 mg/dL, and he received 8 units of CRIC and 10 units of NPH. His evening blood glucose was 245 mg/dL, and he received 6 units of CRIC and 10 units of NPH.

On November 3, 2023, Mr. Jung was documented as a no-show for the morning blood glucose check and insulin administration. No provider was contacted and no red flag appointment was made. There is no indication that anyone checked on Mr. Jung to ensure his safety. His evening blood glucose was 394 mg/dL, and he received 10 units of CRIC and 10 units of NPH.

On November 4, 2023, Mr. Jung's morning blood glucose was 266 mg/dL, and he received 8 units of regular insulin and 10 units of NPH. It is unknown if Mr. Jung was offered his evening blood glucose test and insulin because his evening blood glucose and insulin administration fields were blank, and there is no documentation in the health record of any nursing interventions at that time.

On November 5, 2023, Mr. Jung was noted to be a no-show for the morning blood glucose check and insulin administration, and again no one checked on Mr. Jung's well-being. No provider was notified and no red flag appointment was made. That evening, Mr. Jung was documented as refusing insulin. There is no signed refusal form, no red flag appointment made and no provider notification.

Video footage from November 5, 2023, at approximately 0955 hours, shows Custody Officer (CO) Gena Frasier and LPN Blair Cabellos in the unit. Per their depositions, CO Frasier informed LPN Cabellos that Mr. Jung wanted to speak with her. When Mr. Jung's cell door was opened, he was visible lying on the floor at/in the doorway. CO Frasier and LPN Cabellos briefly conversed outside the cell, and the nurse left the unit. Mr. Jung remained on the floor in the cell doorway. At approximately 1005 hours, Lieutenant Bloodsaw arrived. Two incarcerated persons were given gloves, went to Mr. Jung's cell, and pulled him further inside the cell. Lt. Bloodsaw closed the door and left the unit. CO Frasier testified in her deposition she believed the nurse did not identify a need for a medical emergency response and she would not override the nurse's medical judgment. LPN Cabellos did not document this encounter in Mr. Jung's health record, but she testified that Mr. Jung asked to see her because of leg pain. She stated that when she went to the cell, he was standing; stated he couldn't walk but did; and then gently went to the floor. She told Mr. Jung to submit a sick call request. She instructed CO Frasier to make a stretcher call if Mr. Jung continued to complain. CO Frasier testified that she was never told to do that. LPN Cabellos stated that she usually did not interact with Mr. Jung because she did not have medications to administer to him, but according to the MAR, Mr. Jung was prescribed levothyroxine as a morning medication, which

is the medication administration she was doing. Per the October MAR, Mr. Jung did receive the levothyroxine during some of the morning medication passes.

On November 6, 2023, Mr. Jung was again a no-show for blood glucose measurement and insulin administration. No refusal form was signed, no red flag appointment was made and no provider was notified. No one checked on Mr. Jung to ensure his well-being. The nurse later stated she had intended to return to obtain a signed refusal when the emergency call was made. This refusal represented the fourth time in two days that Mr. Jung, for whatever reason, did not receive his ordered insulin. Thus, his last dose of insulin was on November 4, 2023 in the morning.

At approximately 0604 hours on November 6, 2023, Custody Officer Aaron Hester discovered Mr. Jung unresponsive on the floor during morning meal pass. A medical emergency was initiated. Medical staff, including NP Henderson-Hamright, Dr. Trivikram, and LPN Jeoboham, arrived around 0610 hours. Mr. Jung was breathing but was minimally responsive and staring upward. Because he was known to be a "brittle diabetic," NP Henderson-Hamright requested an immediate blood glucose measurement, which read "HI" on the glucometer, indicating severe hyperglycemia beyond the meter's limit.

She noted that Mr. Jung was cold, clammy, and minimally responsive even to ammonia inhalants. He was placed on a stretcher at approximately 0619 hours for transport to medical for insulin administration and further assessment. En route, he stopped breathing, and CPR was initiated. Naloxone was administered twice with no effect. Fourteen units of insulin were given, and EMS was notified. An AED and ambu-bag ventilation device were applied. Mr. Jung was moved to the floor for more effective compressions. EMS arrived at approximately 0646 hours, and Mr. Jung was pronounced deceased at 0647 hours. The autopsy report indicated that Mr. Jung died from ketoacidosis.

After Mr. Jung's death, the YesCare Patient Safety Event Committee reviewed the death and identified several concerning issues. It noted the discrepancies at intake with identifying Mr. Jung

as a diabetic and specifically stating he was not a transfer back from Norristown Hospital as a failure to answer intake questions appropriately. It identified that nurses were not using the NET for Hyper/Hypoglycemia during the Intake screening, and at other times when Mr. Jung's blood sugar was equal to or greater than 400 mg/dL, or per policy, equal to or greater than 300 mg/dL if symptomatic. It noted that nurses did not use the CRIC for blood glucose levels greater than 400mg/dL, nor did they contact a provider. Nurses failed to obtain a signed refusal and schedule patients to be seen by a provider through a red flag appointment. It identified that nurses were leaving the medication administration record blank. Nurses also documented that a patient prescribed insulin was a "no show" but did nothing to verify the patient was okay. It also noted that the provider contacted by the intake nurse failed to follow-up in real time regarding a patient with a blood sugar of 542 mg/dL and positive ketones. Healthcare staff also were not testing their patients with a blood sugar over 400 mg/dL for ketones. Finally, the Patient Safety Event Committee used the decision tree to assign Mr. Jung's death as a category 4, Serious Safety Event.

At this time, YesCare had a policy for refusals, *J-G-05.1 Refusal of Medication or Clinical Encounter*, that stated, in part, that refusals should be documented on an appropriate form - Refusal of Service - with the signature of the patient and the health staff, or if the patient refused to sign, the signature of health staff and a witness. It included that a provider must be notified if the patient refused or missed one dose of a critical medication, including insulin. Also in effect were two processes regarding making red flag urgent appointments: *YesCare Core Process Program 214 C SOP Medication Administration*, which stated that a provider must be notified for any patient missing a single dose of a critical medication. The *Philadelphia Department of Prisons Red Flag Medication Compliance System 4.E.24.2* in part, mandated a weekly report of "Red Flag" patients who were non-compliant with their medications. This included a required summary of all persons who were counseled about their non-compliance. There is no evidence that nursing staff made any red flag appointments for Mr. Jung during his October – November 2023 incarceration, or that he was seen and counseled for his insulin refusals.

To address these deficiencies, YesCare's action plan included retraining the individual nurses who were not practicing according to policy and procedures. Subsequent audits of insulin administration continued to show staff failed to adhere to its policies and procedures and protocols, including notifying a provider when a critical medication was not administered; initiating the Hyper/Hypoglycemia NET for patients with equal to or greater than 400mg/dL blood glucose readings to include urine testing for ketones and notification of a provider. The YesCare audits in January 2024 and August 2024 confirmed that the treatment of patients with high blood sugar greater than or equal to 400mg/dL per the policies, procedures and protocols had not improved. In fact, a repeat audit conducted November 18, 2024 also indicated no improvement in performing a ketone check, notifying a provider and completing the NET when the blood sugar was greater than or equal to 400mg/dL. The Quality Improvement Team's plan was to send the health service administrators the names of nursing staff not performing these interventions and to re-audit in two months.

Review of the records of Mr. Jung's incarceration before he was sent to Norristown Hospital in June of 2023 identifies similar lapses in care and adherence to the policies and procedures; the Clinical Pathway for Diabetes; and the Hyper/Hypoglycemia Nurse Encounter Tool. Elevated blood glucose levels were not appropriately managed; providers were not always notified per the NET and Clinical Pathway requirements; and red flag appointments and next day appointments were not routinely scheduled when Mr. Jung did not receive his insulin dose.

There is also evidence that nursing staff documented refusals of blood glucose checks and insulin based on the report by the custody officer, rather than having an interaction with their patient. This is unacceptable, as every patient refusing care or medications must be counseled face-to-face and given the ramifications of not accepting the nursing intervention or medication. This is also an opportunity to ensure the patient is alright.

In addition, there were many more refusals documented on the MARs than refusal forms completed and filed in the health record. Informed refusals were not always provided to Mr. Jung, and most

refusals were not signed by him acknowledging an understanding of the risks. In correctional healthcare, obtaining an informed refusal is essential because it preserves the patient's autonomy while ensuring they truly understand the treatment/medication, its purpose, the risks of refusing, and any available alternatives. It allows the nurse the opportunity to assess whether the refusal reflects misunderstanding, fear, impaired judgment, or a clinically significant change that requires further evaluation, and it creates a clear record of the education, assessment, and follow-up plan developed by the nurse. When a patient refuses to sign the refusal document, the nurse must still complete the refusal process with documentation of the patient education given to the patient and the patient's response, and then the date and time the patient refused to sign must be documented on the form. In addition, the nurse must obtain the signature of someone who witnessed the patient education given and subsequent refusal to sign the form. This can be either another healthcare staff member or custody staff but must be someone who was there when the patient was educated and refused to acknowledge it through his/her/their signature on the refusal form.

I also noted that Dr. Bradley documented on May 20, 2023 that she was discontinuing the order for glucose checks and CRIC four times a day, and reduced it to twice a day, even though Mr. Jung's diabetes continued uncontrolled. Her justification for this punitive action was "current staffing does not allow for QID evaluations in the setting of non-compliance," and she adjusted his insulin orders accordingly. The actions of Dr. Bradley in this situation are contrary to adequate diabetes care and correctional health care. The American Diabetes Association[1] recommends frequent blood glucose monitoring for Type 1 Diabetics (6-10 per day), and step-down orders should only be given when the patient is improved. Basic correctional healthcare cannot be withheld based on current staffing levels, and the treatment plan should always be based upon the needs and condition of the patient. NCCHC correctional healthcare standards for an adequate healthcare program require that patients are allowed to refuse care and the care decisions made by a provider reflect the patient's medical condition and needs, rather than their refusal behavior. The care provided in the facility must be reflective of the care a patient can receive in the community.

[1] https://diabetesjournals.org/care/article/48/Supplement_1/S146/157557/7-Diabetes-Technology-Standards-of-Care-in

Fundamental medical knowledge includes that reducing monitoring frequency in brittle diabetes increases the likelihood of unrecognized hyperglycemia, hypoglycemia, and delayed detection of DKA. Thus, reducing the frequency of blood glucose monitoring to twice daily in a brittle diabetic, based solely on refusals and staffing levels, would fall below accepted standards and pose significant clinical risk.

DISCUSSION

The care provided to Mr. Jung from his arrival at the Philadelphia Department of Prisons on October 27, 2023, until his death on November 6, 2023, reflects a series of significant and repeated deviations from accepted nursing practice and standards of care, diabetes management standards, and facility policies. These failures occurred at every stage of his incarceration, beginning with his intake evaluation, continuing throughout his daily nursing encounters, and culminating in the inadequate response to his visible clinical deterioration shortly before his death.

When RN Apollon conducted Mr. Jung's intake evaluation on October 28th, she encountered conflicting information regarding whether he was diabetic. She documented a blood glucose of 542 mg/dL which is a critically high level that placed Mr. Jung at immediate risk for diabetic ketoacidosis. Although she appropriately contacted the provider and checked for ketones, she did not complete the Hyper/Hypoglycemia Nursing Encounter Tool (NET) nor did she conduct the ongoing reassessment required for a patient in acute metabolic distress. After administering insulin, she did not recheck Mr. Jung's blood glucose or ketones, nor did she continue monitoring him until the level dropped to a safer range, but she should have. A glucose level exceeding 500 mg/dL accompanied by ketonuria represents a medical emergency requiring repeated reassessment, close monitoring, and continued communication with the provider. Often a blood glucose that high warrants transfer to an emergency department for a higher level of care than can be rendered in a correctional facility. RN Apollon's failure to carry out these essential nursing responsibilities deviated significantly from the standard of nursing care.

The provider, NP Gay, appropriately ordered regular and NPH insulin at intake, but she likewise did not order any follow-up blood glucose checks or reassessments. Established practice for managing severe hyperglycemia includes checking the blood glucose approximately one-two hours after insulin administration, again at four hours, and then continuing monitoring based on clinical response. YesCare's own Hyper/Hypoglycemia NET reflects these requirements. In addition, NP Gay should have explicitly ordered follow-up glucose checks for Mr. Jung to ensure her treatment plan was efficacious. Without any provider orders directing follow-up assessment, nursing staff lacked clear guidance for monitoring a patient at high risk of rapid decompensation. The failure of NP Gay to ensure that Mr. Jung, her patient with severe hyperglycemia, who was positive for ketones and who reportedly had not had insulin in three days, was properly monitored by nursing staff significantly deviated from the applicable standard of care.

Throughout his incarceration, Mr. Jung repeatedly demonstrated dangerously high blood glucose levels, including readings 500 mg/dL and greater, and ultimately a "HI" reading on the glucometer, indicating extreme hyperglycemia well beyond the meter's measurable range. A glucose level above 300 mg/dL is considered hyperglycemia and necessitates increased monitoring, while levels above 400 mg/dL require immediate action, including provider notification and assessment for diabetic ketoacidosis. However, nursing staff responsible for Mr. Jung's care continued to administer insulin without notifying a provider of his hyperglycemic blood glucose, failed to perform additional ketone testing, and did not use the Hyper/Hypoglycemia NET to guide their clinical actions and decisions. They did not escalate care despite blood glucose levels that clearly indicated a medical emergency, and they failed to make a red flag appointment so Mr. Jung would be evaluated and counseled by a provider the next day. These omissions reflect a clear failure to recognize and respond to life-threatening hyperglycemia and represent a significant deviation from the standard of nursing care.

Mr. Jung's ongoing risk of DKA was further compounded by the lack of monitoring for dehydration, mental status changes, and vital sign abnormalities by the nurses responsible for his glucose checks and medication administration. These signs could be indicative of developing metabolic

crisis. Mr. Jung had already demonstrated ketonuria at intake, and his persistent hyperglycemia placed him at high risk for worsening metabolic acidosis. Nevertheless, there were times, particularly during evening shifts, when no nursing encounter, or even attempt, was documented, and the MAR was blank. The failure of the nurses responsible for Mr. Jung's medication administration and care to monitor their patient and document their nursing interventions deviated significantly from the standard of nursing care.

The nursing response to Mr. Jung's missed or refused insulin doses reflected a systemic disregard for critical medication management. Between October 28, 2023 and November 6, 2023, Mr. Jung missed or refused multiple insulin doses, yet no nurse documented a follow-up assessment, no signed refusals were obtained, and no provider was notified. Facility policy required a provider be informed after even one missed dose of a critical medication such as insulin, and reasonable nursing care requires a "no-show" for essential medication administration must prompt immediate assessment to determine whether the patient is deteriorating clinically. In Mr. Jung's case, these missed doses were particularly dangerous given his already elevated blood glucose levels, yet no red-flag appointments were created, and no efforts were made to evaluate him. These failures deviated significantly from the standards of nursing care and directly increased his risk of developing DKA.

The events of November 5th further demonstrate a concerning lack of clinical judgment and follow-through. According to the testimony of LPN Cabellos, Mr. Jung was not on the floor when she arrived, and he complained of leg pain and inability to walk. She stated he took a few steps before "gently" lowering himself to the floor. Regardless how he reached the floor, once a patient is found lying or seated on the floor and not getting up, an immediate clinical assessment is required to evaluate for possible physical trauma, syncope, dehydration, neurologic compromise, altered mental status, or metabolic instability. Video evidence confirms that Mr. Jung remained on the floor in the cell doorway during and after this interaction.

A reasonable nurse in this situation would have conducted a physical exam and determined whether Mr. Jung needed to be transported to the medical unit for further evaluation and care; or,

if he/she/they were responsible for medication administration and could not interrupt their duties, would have called another nurse to evaluate Mr. Jung as soon as possible. At that time, depending on the nurse's findings, a stretcher call would have been made. Finally, a reasonable nurse would document the encounter and outcome in Mr. Jung's health record. However, despite Mr. Jung's presentation, LPN Cabellos conducted only a minimal encounter, did not perform a nursing evaluation, and left the unit without arranging for transport to medical or ensuring that another nurse evaluated Mr. Jung. She also did not document the encounter in Mr. Jung's health record.

There is conflicting testimony regarding LPN Cabellos' instruction to CO Frasier to call a stretcher call if Mr. Jung continued to complain, but as stated above, it was her responsibility to ensure Mr. Jung was monitored by healthcare staff. Mr. Jung ultimately remained on the floor until two incarcerated persons dragged him back inside the cell and the door closed. This represented a serious failure to recognize a potentially emergent medical condition and a missed opportunity to intervene in what was, in retrospect, early clinical deterioration associated with untreated hyperglycemia and impending DKA. The failure of LPN Cabellos to conduct a proper evaluation, escalate care, arrange for timely transport or reassessment by another nurse, and document the encounter in the health record significantly deviated from the standard of nursing care.

On November 6, 2023, the morning nurse did not follow up after yet another missed insulin dose and Mr. Jung was discovered unresponsive by custody staff during meal pass. Although an emergency response was initiated, by that time Mr. Jung had gone more than forty-eight hours without insulin, was showing clear signs of functional decline, and had likely progressed into severe Diabetic Ketoacidosis (DKA). Insulin administered during cardiopulmonary arrest is not a corrective treatment for DKA.

The YesCare Patient Safety Event Committee later identified many of these same failures, including lack of NET completion, insufficient use of CRIC insulin, incomplete documentation, lack of provider notification, and failure to address refusals and no-shows. Importantly, the Committee noted that even after initiating corrective actions, subsequent audits throughout 2024 showed continued non-compliance with critical aspects of diabetic care. This demonstrates that the

deficiencies in Mr. Jung's care were not isolated or attributable to a single nurse; they reflected systemic failures across the nursing service. A targeted retraining approach for individuals was insufficient given the scope of the problem. A facility-wide retraining initiative would have been necessary to address the global breakdown in safe diabetic practice.

My opinions and findings are made to a reasonable degree of nursing, provider and administrative certainty and are based upon my knowledge, education, training and experience, and the records, videos, and reports I reviewed regarding this matter. I hereby reserve the right to amend, supplement, or withdraw my opinion based upon future discovery and depositions of the relative parties that may be provided to me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully Submitted on December 2, 2025.

Lori E. Roscoe

Lori E. Roscoe, DNP, PhD, APRN, ANP-C, CCHP-RN

# Curriculum Vitae

Lori E. Roscoe, DNP, PhD, APRN, ANP-C, CCHP-RN
404-805-9502

## PROFILE

An innovative Healthcare Manager, certified as an Advanced Practice Registered Nurse, a Correctional Health Professional, and a Correctional Registered Nurse, with 30 years of experience in Correctional Health Care and 36 years of Registered Nursing experience. An expert on National Commission on Correctional Health Care and American Correctional Association standards, and policy and procedure development and compliance. An educator of both nurses and correctional officers. A seasoned Continuous Quality Improvement professional. An experienced correctional health expert legal witness, including case review, expert report authoring, and deposition/trial testimony.

## EDUCATION

**Doctor of Nursing Practice**
University of Alabama, 2017

**Master of Science in Nursing, Adult Nurse Practitioner**
South University, 2014

**Doctor of Health Care Administration**
Madison University, 2006

**Master of Public Administration, Health Care concentration**
University of Hartford, 1994

**Bachelor of Science in Nursing**
University of Connecticut, 1989

**Bachelor of Science in Education, Secondary Education and Sociology majors**
Southern Connecticut State University, 1978

## AWARDS

DAISY Team and Correctional Nurse Leadership Award – November 2025

Margaret Collatt Service Award - 2023 – Academy of Correctional Health Professionals

High Honors - South University - 2014

Award for Academic Excellence – University of Hartford 1994

Woodruff Fellow 1992 – 1994 – University of Hartford

## EXPERIENCE

**Correctional HealthCare Consultants LLC**

**January 2007 – present – Managing Member**

**American Correctional Nurses Association** – (2020 – present), Co-Founder and Member of the Correctional Nursing workgroup currently reviewing and editing the *Correctional Nursing: Scope and Standards of Practice, 4th edition,* to be published 2026. President-Elect 2025-2026.

**National Commission on Correctional Health Care Jail and Prison Expert Advisory Task Force for the 2026 Standards** – 2024 – present.

**Independent Content Expert Reviewer** for Doctoral Nursing Student thesis regarding medication administration and Continuity of Care in a Jail setting - Aspen College – 2023-present

**Phoebe Putney Health System – Dougherty County Jail - Georgia** – (2023 – 2024) Healthcare program consultant

**Marion County, KY – Jailer J. Barry Brady** – (2018-present) Healthcare program transitional and ongoing consultation services

**Boone County, KY – Jailer Jason Maydak** – (2018-present) Healthcare program development, transition services and consultation services

**Laurel County, KY – Jailer Jamie Mosley** – (2017-2024; 2025-present) Healthcare Program Evaluation, ongoing program development, and consultation services

**Preceptor for MSN Nurse Practitioner students from Georgia State University – (**2016 – 2017) Semester of Nurse Practitioner experience in a correctional setting

**CorHealth Solutions, LLC – Dr. D. Brent Cherry** – (2016) - Correctional Health Program Development and contract initiation consultation- Somerset, KY

**National Commission on Correctional Health Care Multi-Disciplinary Education Committee** (2019 – present)

**Journal of Correctional Health Care,** peer reviewer (2019 – present)

**University of Connecticut School of Nursing** (2014 - 2016) – Expert Nurse panelist for a research study regarding the Correctional nurse and stress being conducted by Dr. Denise Panosky.

**American Nurses Association –** Member of the Correctional Nursing workgroup responsible for reviewing and editing the *Correctional Nursing: Scope and Standards of Practice* – latest version published November 2020.

**The Correctional Nurse Educator** (2010-present) – Developed and maintain an online educational site where nurses can earn continuing education credits in topics specifically related to correctional nursing. Accredited as a Provider by the California, Florida, Georgia, South Carolina and other Boards of Nursing.

**Medical Association of Georgia** (2007-2017) – Accreditation auditor for the Corrections Division.

**Legal casework** (2007-present) - Multiple cases for both Defendants and Plaintiffs.

**American Correctional Health Services Association –** Executive Director – 2011-2012

**Correct Health, LLC –** DeKalb County Jail (2008-2009) - Operational review, Management staff mentoring, CQI Program expansion and Annual Review, Procedures and Post Order development, nursing staff mentoring and education.

**Comprehensive Nursing Care, Inc.** (2007 - 2009) – Development of successful bid proposal for Medical Nursing Services at Hall County Jail – continued association to develop and execute a complete Nursing orientation program, written procedures for staff, Nursing Assessment Protocols, corresponding Nursing Treatment Notes and Blood Borne Pathogen Exposure Plan, CQI Program and ongoing Staff and Management mentoring.

**The Community Health Center, West Palm Beach, FL**

July 2018 – 2023 – Nurse Practitioner

Nurse Practitioner volunteer provider at this Free Clinic – evaluate, diagnose and treat patients presenting to the clinic with a wide range of illnesses and injuries, including chronic illnesses such as diabetes, hypertension, seizure disorder and hyperthyroidism; women's health issues; mental illness; and acute conditions like infections; sprains and minor injuries. Preceptor for Nurse Practitioner, Physician Assistant, Medical and RN students.

**Correct Care Solutions, Nashville, TN**

September 2014 – January 2018 – Nurse Practitioner, Georgia

In collaboration with the Medical Director, provision of the full range of medical services for the patients at the facility, including sick call, urgent/emergent and chronic care. Interpretation of lab results and diagnostic studies ordered through the facility.

**CorrectHealth LLC, Atlanta, Georgia**

January 2013 – June 2013 – Director of Clinical Support

Responsible for Clinical Services Education, Infection Control, Continuous Quality Improvement, and Accreditation. Daily clinical practice and staff contact. Exclusively responsible for the clinical education of staff at 33 sites, which included working side-by-side with staff, conducting needs assessments and evaluations, and the research of evidence based practices and guidelines to ensure staff were adhering to nationally approved standards of care.

January 2012- January 2013 – Executive Director of Clinical Services

Responsible for all aspects of Clinical Services, including Education, Infection Control, Continuous Quality Improvement, Health Information and Accreditation. Policy and Procedure review and development. Responsible for nursing and ancillary staff. Visited sites and interacted with clients on a regular basis.

July 2009 – December 2011 – Director of Special Projects

Participated in projects with the Georgia Department of Corrections; Project Coordinator and Lead Surveyor for an audit of all healthcare services for the Maricopa County Jail, Phoenix, Arizona; Developed projects and procured funding for the CorrectHealth Community Development Center (non-profit); Project Manager for a Special Study for the Wyoming Department of Corrections regarding healthcare access, medical cost and potential efficiencies; internal operations auditing and staff development. Within CorrectHealth, major responsibility for the clinical education of staff, including nurses, providers and ancillary staff. This included working side-by-side with staff, conducting needs assessments and evaluations, and evidence-based practices and guidelines research to ensure staff adherence to nationally approved standards of care.

**Georgia Correctional Health Care, Georgia Department of Corrections**

2006 - 2007 – Staff Nurse/PRN - Georgia Diagnostic and Classification Prison

**Correctional Medical Services, St. Louis, Missouri**

2004 - 2006 - Health Service Administrator - DeKalb County Jail (GA)

2004 - Utilization Management Nurse (interim) - New Jersey Department of Corrections contract

2000 - 2002 - Associate Program Director – New Jersey Department of Corrections contract

1996 - 1998 - Associate Program Director – Massachusetts Department of Corrections contract

1995 - 1996 - Health Services Administrator - Framingham Women's Prison (MA)

**New Britain Technical Institute, New Britain, CT** 1998 - 1999 – Instructor, LPN program

---

PRESENTATIONS/LECTURES/PUBLICATIONS

---

**The Art of Saying No: Real Strategies for Real Situations.** Presented at the Fall 2025 NCCHC Conference, Baltimore, MD. November 4, 2025.

**American Correctional Nurses Association** webinar **Advanced Wound Care Therapy for the Correctional Environment, Moderator** presented July 29, 2025.

**"How to Achieve Success as a Correctional Nurse Manager"** a series of 5 webinars held February 5th, 12th, 19th, and March 5th and 12th, 2025 for the National Commission on Correctional Healthcare - Lead Nurse Planner and presenter week 3, ***Clinical Processes*** and week 5, ***Capstone*** *presentation*.

**American Correctional Nurses Association** webinar **"Are You Ready to Advance Your Career? Principles of Correctional Nursing Leadership"** a panel discussion held February 6, 2025.

**American College of Correctional Physicians, Case Histories in Correctional Medicine, Webinar Moderator** presented August 21, 2024 .

**A Comprehensive Look at Correctional Healthcare Documentation: The Critical Importance of Medical and Behavioral Healthcare Documentation.** Academy of Correctional Health Professionals, webinar presented August 6, 2024.

**Case Studies in Correctional Nursing: Practice, Standards and Leadership** presented at the National Commission on Correctional Health Care Spring 2024 Conference April 27-30, 2024 in St. Louis, MO.

**APRN Challenges: Staying Current on Treatment Guidelines** presented at the National Commission on Correctional Health Care Spring 2024 Conference April 27-30, 2024 in St. Louis, MO.

**American Correctional Nurses Association webinar presenter, "What Do the Correctional Nursing: Scope and Standards of Practice Mean to Me?"** Presented February 1, 2024.

**American College of Correctional Physicians, Webinar Moderator, "Compassion and Care--War Stories from the Trenches--Case Histories in Correctional Medicine"** presented November 16, 2023.

**"Bringing High Quality Healthcare to the Incarcerated – Lessons from a Nurse Educator"** presented at The Western American Correctional Health Services Association conference October 25-27, 2023 in Sacramento, CA.

**The American Correctional Nurses Association, OPEN FORUM: All Things Intake** conducted June 20th, 2023; **Scope of Practice for Correctional Nurses** conducted July 20th, 2023; **Withdrawal** conducted October 19, 2023; **Systemic Racism**, December 2023; **Recruitment and Retention** January 2024; February 2024; March 2024; April 2024; ... March 2025; and ongoing. ** This is a monthly ACNA activity**
**"Components of a Correctional Healthcare Program"** presented to the Kentucky Jailer's Association during its Educational Conference June 8, 2023, in Covington, Kentucky.

**"The Lived Experiences of Advanced Practice Registered Nurses in Correctional Settings"** presented at the National Commission on Correctional Health Care Spring 2023 Conference in New Orleans, Louisiana.

**"Components of a Correctional Healthcare Program"** presented to the newly elected Jailers at the Kentucky Jailers Association Conference December 9, 2022, in Lexington, Kentucky.

**"APRN Transformational Leadership"** presented at the National Commission on Correctional Health Care Spring 2022 Conference in Atlanta, Georgia.

**"How to Achieve Success as a Correctional Nurse Manager"** a series of 4 webinars for the National Commission on Correctional Healthcare by the Nurse Advisory Council – Lead Nurse Planner and presenter week 3, Clinical Processes, held August 3rd, 10th, 17th and 24th 2021.
Also Presented April 10, 2022, as a Pre-Conference half day session to the Spring National Conference of the National Commission on Correctional Health Care in Atlanta, Georgia.

**"Professional Practice in Our Post-COVID World: A Correctional Nurse Conversation"** presented at the Virginia Department of Correction Nursing Conference Keynote speaker July 13, 2021.

**"Honoring Our Practice in a Post-COVID World: A Correctional Nursing Conversation"** presented at the Wisconsin Department of Correction Health Services Administrators' meeting June 17, 2021.

**"How APRNs Can Add Value to Your Correctional Healthcare Operation"** presented at the National Commission on Correctional Health Care Spring 2021 Virtual Conference.

**"Patient Advocacy for the Correctional Nurse"** and **"Skin Assessment for the Correctional Nurse"** presented at the National Conference of the National Commission on Correctional Health Care in Ft. Lauderdale, FL. October 2019.

**"Clinical Decision Making in Correctional Nursing"; "Advanced Practice Registered Nurses in Corrections: Roundtable"** presented at the National Conference of the National Commission on Correctional Health Care in Nashville, TN. April 2019.

**"Clinical Judgment for the Correctional Nurse"** presented at the National Conference of the National Commission on Correctional Health Care in Las Vegas, NV, October 2018 and in Atlanta, GA, May 2017.

**"A Seizure Disorder Primer for the Correctional Nurse"** presented at the National Conference of the National Commission on Correctional Health Care in Nashville, TN, April 2016.

**"A Hypertension Primer for the Correctional Nurse"** and **"The Nurse's Role in Chronic Care Management"** presented at the National Conference of the National Commission on Correctional Health Care in Dallas, TX, October 2015.

**"A Diabetic Primer for the Correctional Nurse"** presented at the National Conference of the National Commission on Correctional Health Care in New Orleans, LA, April 2015.

Guest Expert Panelist, American Association of Legal Nurse Consultants webinar **"Civil Rights Litigation"** held nation-wide on October 30, 2014.

**"The Nurse's Role in Chronic Care Management"** presented at the National Conference of the National Commission on Correctional Health Care in Atlanta, GA, April 2014.

Guest Expert panelist, Omnisure webinar **"The Unscheduled Encounter: Reducing Liability and Risk"**, held nation-wide on December 4, 2013.

**"The New ANA Scope and Standards of Practice for Correctional Nurses: Implementation Standard", "The New ANA Scope and Standards of Practice for Correctional Nurses: Communication Standard"** and **"The Essentials of Nursing Leadership: Capstone Presentation"** presented at the National Conference of the National Commission on Correctional Health Care in Nashville, TN, October 2013.

**"Unscheduled Encounters: Managing the Nursing Curbside Consult"** and **"The New ANA Scope and Standards of Practice for Correctional Nurses: Implementation Standard"** presented at the National Conference of the National Commission on Correctional Health Care in Denver, CO, April 2013.

**"Unscheduled Encounters: Managing the Nursing Curbside Consult"** presented at the National Conference of the National Commission on Correctional Health Care in Las Vegas, NV, October 2012.

**"Children and Prescription Drug Abuse"** – CHAMPS Instructor School, Georgia Sheriff's Association, June 2012.

**"Con Games: Inmate Manipulation"** presented at the Nursing Forum, American Correctional Health Services Association's National Conference in San Antonio, TX, April 2012.

**"HIV Awareness", "Universal Precautions"** and **"Inmate Medical Services"** at the DeKalb County Sheriff's Office 111th Jail Academy, February 2011 through the 124th Jail Academy, August 2014.

**"Crisis Intervention Training"** co-presenter at the American Correctional Health Services Association Georgia Conference, Savannah, Georgia, November 2009.

**"Nursing Forum: Legal Parameters and Best Practice"** at the American Correctional Health Services Association National Conference, Orlando, Florida, March 2009.

**"Dilemmas in Correctional Nursing"** at the American Correctional Health Services Association National Conference, Reno, NV, June 2007.

---

## PUBLICATIONS

---

Zucker, D., Reagan, L., Clifton, J., Abdulhamed, A., Roscoe, L., Wright, R., Penix, D., Shelton, D., and Loeb, S. (2022). **NPs caring for people who are incarcerated and negatively impacted by social determinants of health**. *The Nurse Practitioner (47)* 6, 38 - 46. Wolters Kluwer Health, INC, DOI-10.1097/01.NPR.0000829804.16627.7b

Roscoe, L., Smith, S., and Shelton, D. (2023). **Translating the Essentials for correctional nursing practice and professional development.** *The Journal of Continuing Education in Nursing, 54(9).* Doi: 10.3928/00220124-20230816-14.

Shelton, D., Roscoe, L., Kaptanovic, T., and Smith, S. (2025). **The correctional nursing workforce crisis: An innovative solution to meet the challenge.** *Journal of Correctional Health Care,* Doi: 10.1089/jchc.24.09.0079.

## LICENSES AND CERTIFICATIONS

Advanced Practice Registered Nurse/Nurse Practitioner – Florida (Autonomous Practice APRN9485060), California (NP95006810), Georgia (RN179490), Kentucky (3012955) and Virginia (0024178346).

Certified Adult Nurse Practitioner – American Academy of Nurse Practitioners National Certification Board (A0614010 – expiration June 2029)

Registered Nurse licensure - Florida, Washington, California, Kentucky, Virginia, and Georgia

Certified Correctional Health Professional – Certified Correctional Registered Nurse – National Commission on Correctional Health Care

Certified Provider of Continuing Education – California Board of Registered Nursing and others

Certified Guest Instructor - Georgia Peace Officer Standards and Training Council

BLS Healthcare Provider

## MEMBERSHIPS

American Correctional Nurses Association - Founding Member and President-Elect 2025-2026

American Association of Nurse Practitioners - member

American College of Correctional Physicians – member, Virtual Education Committee

American Correctional Association – member, Health Care Committee and Correctional Nursing Committee

American Jail Association - member

Western American Correctional Health Services Association (WACHSA) - member

# Legal Cases-Depositions/Trial

Lori E. Roscoe, DNP, PhD, APRN, ANP-C, CCHP-RN

**2021 - 2025**

**Jason Hicks, Chris Hammons, Laird, Hammons, Laird, PLLC**
**Oklahoma City, OK**

Kizzie Simms, individually and as Special Administrator of the Estate of Gregory Neil Davis, Plaintiff, vs. Board Of County Commissioners For Oklahoma County; Board Of Trustees For The Oklahoma County Criminal Justice Authority; Greg Williams, individually, Turn Key Health Clinics, LLc, et al.
*Plaintiff* - **ongoing litigation**

**Sarah Mansfield, Wesley Clark and Frank Brazil, Brazil Clark PLLC**
**Nashville, TN**

Jason Michael Clark, ex rel Conservator Richard Gary Clark, Plaintiff v Fentress County, Sheriff Michael Reagon, Candy Norman (aka Candy Price), Fast Access Healthcare, Anthony Baird, Nerissa Owens, Defendants
*Plaintiff* - **settled 2025**

**Marko Duric, Sandberg Phoenix**
**St. Louis, MO**
**Shauna Reitz, Loizzi Law Offices, LLC**
**Chicago, IL**

Amy Hernandez, as Administrator of the Estate of Alex Alvarez, deceased, Plaintiff, v. Vippin Shah, MD, Deena Seed, Amy Frey, Amy Thurman, Pamela Ward and Wexford Health Sources, Inc Defendants.
*Plaintiff* - **ongoing litigation**

**Paul K. Croley II, Law Offices of Croley & Foley**
**Lexington, KY**

Tammy Webb, as Administratrix of the Estate of Terri Beth Mays, deceased v. Whitley County, KY, Brian Lawson, et al.
*Plaintiff* - **ongoing litigation**

**Anika Ades, MacDonald Hoague & Bayless**
**Seattle, WA**

Ryan Kelty, Plaintiff, v. Walla Walla County, Rebecca Groom, Nadean Pulfer, et al.
*Plaintiff* - **settled 2025**

**Derek Franseen, Walsh & Franseen**
**Edmond, OK**

Blake Williams, Plaintiff, v. Heather Hasenmyer, individual
*Plaintiff* - **ongoing litigation**

# Legal Cases-Depositions/Trial

## Lori E. Roscoe, DNP, PhD, APRN, ANP-C, CCHP-RN

**2021 - 2025**

**F. Davis Poisson III and Noah Abrams,** Poisson and Bower
**Raleigh, NC**
Kahleel Truesdale, Plaintiff v. Quality Mobile X-Ray, Wellpath LLC, et al Defendant
*Plaintiff* - **ongoing litigation**

**Paul K. Croley II, Law Offices of Croley & Foley**
**Lexington, KY**
Keri Burnette, as Administratrix of the Estate of Aaron K Burnette, deceased v. Whitley County
*Plaintiff* - **ongoing litigation**

**Aurora Randolph, ALR Civil Rights LLC**
**Denver, CO**
Kisha Birts, Plaintiff, vs. Colorado Department of Corrections, Rita Winn, NP, et al. Defendants.
*Plaintiff* - **ongoing litigation**

**Brian Tanner, Griffin, Turner, Tanner & Clarkson**
**Savannah, GA**
Patsy Ann Amaro, as mother of Johnny Warren Conley;
Jake Calvin Conley, as father of Johnny Warren Conley; et al v. Dr. Myra Pope, et al
*Plaintiff* - **ongoing litigation**

**Anna Holland Edwards, Holland, Holland Edwards & Grossman, LLC**
**Denver, CO**
Estate of Cristo Jesus Canett, by and through its personal representative Elizabeth Naranjo v. Wellpath LLC, Board of County Commissioners of the County of El Paso, CO; Sheriff Joseph Roybal, Anthony Lupo, individually; et al.
*Plaintiff* - **ongoing litigation**

**Anna Holland Edwards, Holland, Holland Edwards & Grossman, LLC**
**Denver, CO**
Estate of Amy Lynn Cross v. Turn Key Health Clinics LLC, Board of County Commissioners, Weld County, et al
*Plaintiff* - **ongoing litigation**

**Thomas Day, Eagan Flanagan and Cohen**
**Springfield, MA**
MAURA O'NEILL, as administrator of the Estate of Madelyn E. Linsenmeir, Plaintiff, v. CITY OF SPRINGFIELD, et al. Defendants
*Defendant Hampton County Sheriff's Office* - Defendant - **settled 2025**

# Legal Cases-Depositions/Trial

Lori E. Roscoe, DNP, PhD, APRN, ANP-C, CCHP-RN
**2021 - 2025**

**Jason Hicks, Chris Hammons, Laird, Hammons, Laird, PLLC**
**Oklahoma City, OK**
Ashley Meyers, et al v. Board of County Commissioners of Rogers County, et al
*Plaintiff* - **ongoing litigation**

**William Murray, Jaden Rhea, Bailey & Wyant, PLLC**
**Charleston, WV**
Joyce Horner as Administratrix of Estate of Noah Morris v. PrimeCare Medical of WV, INC and the WV Division of Corrections and Rehabilitation (DCR).
*Defendant DCR* - **ongoing litigation**

**Todd Schroeder, McKeen and Associates**
**Detroit, MI**
Timothy Griswold as the personal representative of the estate of John E. Griswold of v. Trinity Health; County of Livingston; et al
*Plaintiff* - **ongoing litigation**

**Anna Holland Edwards, Erica Grossman, Holland, Holland Edwards & Grossman, LLC**
**Denver, CO**
Estate of Kelroy Newman, Plantiffs v Board of County Commissioners of the County of Montezuma, CO; Sheriff Steven Nowlin; et al
*Plaintiff* - **ongoing litigation**

**Frederick J. Schlosser, Gates, Wise, Schlosser and Goebel**
**Springfield, IL**
Smith v. County of Macon, et al.
*Plaintiff* - ***settled 2025***

**Rachel Fuerst, Henson Fuerst, PA**
**Raleigh, NC**
Estate of Caveness v. Gray, et al.
*Plaintiff* - ***settled 2023***

**Mark Krudys, The Krudys Law Firm, PLC**
**Richmond, VA**
Boley v. Armor Correctional Health Services, Inc., et al.
*Plaintiff* - ***Trial December 2022***

**John Coletti, Paulson Coletti Trial Attorneys PC**
**Portland, OR**
Thomsen v. NaphCare, Inc, et al
*Plaintiff* - ***settled 2024***

# Legal Cases-Depositions/Trial

## Lori E. Roscoe, DNP, PhD, APRN, ANP-C, CCHP-RN

**2021 - 2025**

**Carolyn Trier, Trier Law Office, LLC**
**Fort Wayne, IN**
Rittenhouse v. Wells County et al
*Plaintiff* - ***settled 2024***

**Michael Crow, Beasley, Allen, Crow**
**Montgomery, AL**
Robert Edward Taylor, v. Eric Starr et al
*Plaintiff* - ***settled 2024***

**Erik Heipt, Budge & Heipt, PLLC**
**Seattle, WA**
Mary Margaret Mathis v. Southwestern Correctional LLC et al
*Plaintiff* - ***settled 2023***

**Amy Miller, Miller Olsen, PLLCC**
**Seattle, WA**
Michael Eugene Searles, v. Washington State Department of Corrections
*Plaintiff* - ***settled 2023***

**Kevin Young, Peterson & Associates, P.C.**
**Kansas City, MO**
Gary Burke, et al. Plaintiffs vs. Butler County, et al. Defendants
*Plaintiff* - ***settled 2023***

**Paul Dworak & Jeffery Storms, Newmark Storms Dworak Law Office; and**
**Jeffrey Montpetit, Sieben Carey**
**Minneapolis, MN**
Janessa Novak, Special Administrator vs. Michael McIlvain, Douglas County, MEnD et al
*Plaintiff* - ***settled 2023***

**Samuel Daheim, Connolly Law Offices, PLLC**
**Tacoma, WA**
Daniel Bailey, as Personal Representative of the Estate of Michael Joseph Bailey, deceased vs. the City of Kent, Defendant
*Plaintiff* - ***settled 2022***

**Mark Krudys, The Krudys Law Firm, PLC**
**Richmond, VA**
Lucy Mae Hill, Administrator, of the Estate of Lashawn Andrea Hill, deceased vs Hallmark Youthcare-Richmond, et al
*Plaintiff* - ***settled 2022***

# Legal Cases-Depositions/Trial

## Lori E. Roscoe, DNP, PhD, APRN, ANP-C, CCHP-RN

**2021 - 2025**

**Joane Hallinan and Kirstin Eidenbach, Hallinan & Killpack Law Firm**
**Tucson, AZ**

Armando Banuelos, Margarita Banuelos and Uriel Banuelos vs Corizon Healthcare LLC, Centurion of Arizona LLC, et al, vs Corizon Healthcare LLC, Centurion of Arizona LLC, et al

*Plaintiff* - ***ongoing litigation***

**Joane Hallinan and Kirstin Eidenbach, Hallinan & Killpack Law Firm**
**Tucson, AZ**

Paul Harlan Lupe vs Corizon Healthcare LLC, Centurion of Arizona LLC, Kimberly Branum, et al

*Plaintiff* - ***ongoing litigation***

**Dennis Wallin, Spence Law Firm NM, LLC**
**Albuquerque, NM**

Lee Hunt, as the Wrongful Death Personal Representative for the Estate of Gary Sugamosto, deceased, Plaintiff v. The GEO Group, INC; et al

*Plaintiff* - ***settled 2022***

**Edwin Budge and Hank Balson, Budge & Heipt, PLLC**
**Seattle, WA**

The Estate of Cindy Lou Hill, by and through its personal representative, Joseph A. Grube; and Cynthia Metsker, Individually, Plaintiff v. NaphCare, Inc.; Hannah Gubitz, Individually; and Spokane County, a political subdivision of the State of Washington, Defendants

*Plaintiff* - ***trial July 2022***

Exhibit C: Index of Documents Reviewed

YesCare 3251-3495.pdf [Core Process Papers];
Select YesCare Policies.pdf;
Gena Frasier documents for RPD.pdf;
Jung – City RPD.pdf;
3508 PICC MAY Audit.pdf;
3505-3507 Insulin Re-Audit – Sept 2024.pdf;
Chart 1 Accu-Check and Insulin Corrective Action Plan.xlsx;
Chart 4 Diabetes Report Card Audit Rolling July 2022 to October 2022 revised.xlsx;
Chart 3 Diabetes Report Card Audit Rolling 03.2022.xlsx;
Chart 5 Diabetes Report Card Audit Rolling Dec 2022 to March 2023.xlsx;
Chart 7 DM December 2023.xlsx;
Chart 6 DM August 2023.xlsx;
Chart 8 DM April 2024.xlsx;
Chart 9 DM 4.1.24–7.31.24.xlsx;
Chart 10 DM December 2024.xlsx;
Chart 11 DM 12.04.24 03.31.25.xlsx;
Chart 13 HCS and Insulin CAP audit template CFCF.xlsx;
Chart 12 HCS and Insulin CAP audit DC.xlsx;
Chart 15 HCS and Insulin CAP audit template RCF.xlsx;
Chart 14 HCS and Insulin CAP audit template PICC.xlsx;
Chart 16 Lisa DM working audit July 2022 to October 2022.xlsx;
Chart 18 Jung Corrective Action Plan.xlsx;
Chart 17 Lisa DM working audit March 2022 to June 2022.xlsx;
3511-3513 Working Audit March – June 2022 (Redacted).pdf;
3510 DM Aug–Nov 2023 (Redacted).pdf;
23 – YesCare Amended Sup Response to Plntf RPOD 07-30-25.pdf;
3683-3689 CHART 17 – Redacted.pdf;
3514-3515 DM Working Audit July–Oct 2022 (Redacted).pdf;
3516-3682 Diabetes Report Card Dec 2022 – March 2023 (Redacted).pdf;
3699 DM Working Audit Jan–April 2021.pdf;
3692-3696 DM Working Audit Sept.2018–Nov.2020.pdf;
3690-3691 Diabetes Report Card OLD.pdf;
3701-3785 ER & Inpatient Log – 2020.pdf;
3700 DM Working Audit May–July.2023.pdf;
3786-3909 ER & Inpatient Log – 2021.pdf;
3991-4118 ER & Inpatient Log – 2022.pdf;
4119-4346 ER & Inpatient Log – 2023.pdf;
Jung – Fraiser First RPD Responses.pdf;

Exhibit C: Index of Documents Reviewed

Jung – City First RPD Responses (1)A.pdf;
Jung – City First Rogs Responses (1).pdf;
Jung – City First RPD Responses (1).pdf;
Jung – City 1stSuppRPD.pdf;
Jung – Supp RPD Responses.pdf;
Jung – Bloodsaw First RPD Responses.pdf;
Wanda Bloodsaw documents for RPD.pdf;
Jung – Apollon Response to Plaintiff Request for Production of Documents.pdf;
Jung – Apollon Documents Produced 7-31-25.pdf;
Diabetes Clinical Pathway.pdf;
YesCare 1-3250.pdf;
NEW Condensed Complete City Requests for Production of Documents – Discovery – Jung
City Production00001-05610.pdf;
City Additional Production – PDP Policies Only – 000003-000028.pdf;
Grote Jung initial retainer;
Grote Jung initial retainer (duplicate entry preserved);
PDP Report into Death of Louis Jung Jr..pdf;
Chart 18 Jung Corrective Action Plan.xlsx (duplicate listing from separate folder section);
3496-3504 A Patient Safety Event Committee Report.pdf;
Select Policies City of Philadelphia.pdf;
2025.02.14 – Jung, Louis – PCP, Nazareth, Norristown Records Bates Stamped.pdf;
04-24-25 YesCare Defs Resp to Plntf Rogs.pdf;
Jung – Fraiser First ROGs Responses.pdf;
Jung – City First Rogs Responses (1).pdf (duplicate entry preserved);
Jung – Supp Rogs Responses.pdf;
Jung – Bloodsaw First Rogs Responses.pdf;
Jung – Apollon Interrogatories to Plaintiff 72225.pdf;
3509 Norristown return process changes.pdf;
Chart 2 DC diabetic audit July 2022 to October 2022.xlsx;
3496-3504 Patient Safety Event Committee Report.pdf (duplicate – different screenshot);
Jung First Amended Complaint.pdf;
Video November 5, 2023 labeled: b13 6a to 3 p 11 5 23;
Video November 6, 2023 labeled: b13 640a to 710a 11 6 23;
List of FSBG and refusals;
Jung insulin and glucose MAR entries,
All red flag and potential red flag;
PDP med admin records; and
Depositions of Gay, Cabellos, Frasier, Bloodsaw, Apollon, Trivikram and Jay.

# Exhibit 5

# Expert Report of Arthur Wallenstein

**EXPERT WITNESS REPORT - ARTHUR WALLENSTEIN**

My name is Arthur Wallenstein. My contact information is as follows: 17525 Princess Anne Drive, MD 20832. My telephone/cell phone number is (301) 412 – 7424 – email address: artwallenstein@gmail.com. I was retained by the law firm and public policy organization, Abolitionist Law Center (Pittsburg and Philadelphia, Pennsylvania) to serve as an expert witness in the case of Jung v. Philadelphia et. al. I was asked to review issues surrounding the death of inmate Louis Jung, Jr. while being held within the Philadelphia Department of Prisons and more specifically the Curran Fromhold Correctional Facility (CFCF).

I was asked to review the responsibility of correctional staff members for ensuring access to healthcare. This involved the responsibility of correctional staff to conduct routine and ongoing supervision of inmates and how staff members responded, and how these responses related to training they received or should have received regarding policies and procedures that should have guided their behavior based on best practices and elementary standards of care that were in place nationally at that time – in and around 2023.

My review was also to include the responsibility of the Philadelphia Department of Pisons to monitor diabetes care within its facilities that would specifically have included the Curran Fromhold Correctional Facility. By the time of this case, in and around 2023, it was essential to determine whether inmate Jung, whose healthcare situation was known to be that of a Chronic Care patient, was suffering from diabetes and whether correctional staff made certain that he was treated in accord with standards of the National Commission on Correctional Healthcare as well as the American Correctional Association Standards for Adult Local Detention Facilities as well as the standards of inmate supervision I was known to have practiced in the facilities I administered in over 38 consecutive years as a Warden and Agency Director.

My qualifications include over 43 consecutive years of working for governmental agencies with responsibility for inmates in county jails and county correctional facilities. Of this career long period, 38 years of consecutive service were as a Warden and Director of correctional agencies. I began my career as a volunteer, conducting classes in public affairs and current events at Eastern State Penitentiary, Philadelphia, Pennsylvania, while a graduate student at the University of Pennsylvania. During two summer periods, I worked as a paid employee at Eastern State Penitentiary filling in during staff vacations overseeing the prison library and conducting other administrative tasks. After deciding to change fields and seek a career in the field of corrections I worked for three years writing grant applications for the Philadelphia Prison System. Topic areas included drug treatment and mental health programs, staff training elements and workforce development.

Thanks to serious mentoring by Commissioner Louis Aytch and Deputy Commissioner Ed Lyons (1971-74) I returned to my home state, Illinois to seek broader training and dig into line operations. I served as Clinic Supervisor for the Minimum-Security Unit and then was promoted to Clinic Supervisor for the entire Stateville Prison Complex, Joliet, Illinois serving over 3000 inmates, most coming from inner city Chicago and its surrounding jurisdiction, Cook County, closely mirroring the city/county of Philadelphia. I then was promoted to Assistant Warden and studied and learned correctional administration in one of the largest and most challenging maximum-security prisons in the country.

I served as Warden and Director of the Department of Corrections, Bucks County, Pennsylvania from 1977 – 1990. I then served as Warden and Director of the Department of Adult Detention, King County, Washington (Seattle and its environs) from 1990 – 1999. I concluded my senior administrative career work as Director of the Department of Corrections and Rehabilitation, Montgomery County, Maryland (1999 – 2015). Each of the three systems that I administered received accreditation in healthcare from the National Commission on Correctional Healthcare. Further efforts to improve operations and healthcare came from accreditation by the American Correctional Association, Standards for Adult Local Detention Facilities Throughout this entire period. I also served as an adjunct professor and instructor at various university settings, conducting my classes in the evening or online after daily operations were largely concluded.

My own education included a bachelor's degree at Georgetown University, School of Foreign Service and Master's degree at the University of Pennsylvania, Department of International Relations with the additional graduate work at the University of Chicago, including doctoral level written and oral examinations (graded as distinguished) and served as a co-author (not research assistant), along with two senior Professors of a textbook on International Organizations and the United Nations.

I completed advanced specialized training from the years 1977 through 2015 that included at least 50 specialized training sessions on different elements of correctional operations at the local/county level. The training was highlighted by regular/yearly participation in a unique senior management group program known as the Large Jail Network (LJN) conducted by the US Department of Justice, National Institute of Corrections. I was an original charter member of this group and participated in twice yearly senior management session from the early 1990s through my retirement in 2015. The large jail network was limited to selected senior managers in charge of the 100 largest jails in the United States.

I was privileged to receive the lifetime achievement award from the American Jail Association for leadership in the field of corrections at the local level in 2015. On two occasions I was appointed by Attorneys General of the United States to serve on the advisory board of the National Institute of Corrections (served for 13 years – following appointment by Attorney General Janet Reno and Attorney General Eric Holder.).

## II. MATERIALS CONSIDERED AND SUMMARY OF OPINIONS

In formulating my opinions, I have been provided with and reviewed information specific to this case. I conducted analysis of core areas of correctional practice such as correctional healthcare, crisis intervention and related nationally selected standards that are linked directly to the matter at hand. I have also reviewed pertinent broad industry standards, policies, treatises, books and other materials when formulating my opinions. A list of materials considered and reviewed is found at the conclusion of this report. Nothing presented in the list of materials is presented as a library of resources – every item was read and reviewed as part of my work on this report.

Standards of correctional healthcare, crisis intervention and correctional management/administration are referenced from following key publications: Performance Based Standards for Adult Local Detention Facilities (fourth edition) 2004, American Correctional Association, 2004, and Standards for Health Services in Jails, National Commission on Correctional Health Care, 2014. I cite them specifically in the Introduction because they represent industry standards across a broad scope of operational elements in corrections at the county/local level that were in place at the time of this incident, October/November 2023. This is essential information so that those reading and reviewing my work are certain that there were no further editions/revisions of the comprehensive work provided up to and including the time mentioned above, October/November 2023.

I was present at the creation so to speak of judicial intervention into correctional operations and the application of an entirely new constitutional standard. Judicial intervention and cases that sought to hold county corrections and jail facilities accountable for meeting constitutional standards began in earnest in the early 1970s, at a time that my career included senior-level correctional administration. Best practices and correctional standards in the core area of correctional healthcare were first brought online by a national program conducted by the American Medical Association. It then was morphed into the creation of the new organization, the National Commission on Correctional Health Care, that guided correctional healthcare practice from the 1970s right up through the present day. The American Correctional Association began its leadership practice of developing core best practice throughout the field of corrections and all of its individual organizational elements including local corrections – performance-based standards for adult local detention facilities and at the time of this incident, fully covered correctional operations and correctional healthcare.

My involvement and responsibilities for correctional healthcare began with the decision of the US Supreme Court in Estelle v. Gamble (1976) and continued without deviation with the development of core standards by the National Commission on Correctional Healthcare also included the best practices and constitutional approved medications as well. It was my good fortune to serve as a Warden and Dir. Of corrections at the local level at the very same time that major landmark cases were handed down by the

Supreme Court that created constitutional responsibilities for correctional healthcare as well as broadly-based standards for virtually every element of correctional operations linked to judicial intervention in my field.

It is my opinion that correctional officer Gena Frasier and Lieutenant Wanda Bloodsaw failed as both a line correctional officer and as a senior supervisor to come to the aid of inmate Louis Jung in an appropriate manner to ensure his access to professional healthcare, knowing he suffered from a chronic illness, diabetes, that at all times defined his condition while under their care. All staff members had received training that was part of both the initial orientation for all correctional staff members and was reinforced during annual training that was part of the responsibility of PDP administration. Both of them should have provided interventions that could well have proven lifesaving to inmate Jung.

Senior administration at the very top of the organizational chart for PDP failed in numerous cases of in-custody death within the correctional system –overlooking or minimizing staff need to intervene and call for assistance and missed opportunities to help as part of the normal procedure of making rounds. These cases establish a pattern of correctional officers simply either forgetting to complete regular rounds of the housing units, going cell by cell to ensure the well-being of inmates or conducting rounds.

The advent of standards regarding correctional healthcare did not only focus on the clinical or medical side of the equation. Correctional staff – primarily line correctional officers working in direct contact with members of the inmate population were expected to provide a very clear range of services in support of their correctional health colleagues. This was a collaborative framework, working together to deliver health care to inmate populations. These duties received clear directions on how this assistance should take place on an ongoing and regular basis.

When I was the Warden and Dir. of the Department of adult detention in King County, Washington, there was a class action suit filed against the county, it had lost national healthcare accreditation, and numerous deaths marked problems with daily operations. We were charged by the county at its highest level to reverse this problem, reinstate accreditation and make certain that death diminished. It was the only time in my career that a county government brought myself and my counterpart in the health department together and basically ordered us to make things happen.

My counterpart at the Department of Health moved her entire operation, including her office, inside the detention facility in the middle of downtown Seattle. I in turn made certain that my office was in a centralized location giving credence to the availability, transparency and scope given to seeking to get that large county correctional system out of multiple class action lawsuits, the most challenging of which was correctional healthcare. My counterpart and I met every day. I made certain that I was seeing moving from my office area to the correctional health component and stopping to talk with staff members, both administrative and nursing staff who moved throughout the detention facility. I note this to highlight the importance of collaboration, working

together, coming together, following a crisis situation, and then having the determination to work through scores and scores of standards and the National Commission on Correctional Health Care.

After 1 ½ years we submitted our entire healthcare delivery system for on-site review by a team of three veteran, correctional healthcare of evaluators. It was singularly the most challenging and almost got wrenching experience in my career. National accreditation was received as was re-accreditation three years later. It was not just a plaque in the hallway. It was a process that began with a court decision from the nation's highest judicial element making it clear and certain that without any hesitation, regardless of size or past practice, the health of inmate populations throughout the country now rested upon nationally developed conduct of both healthcare professionals and correctional staff including correctional officers to deliver healthcare at a level meeting community-based standard. To this day, November, 2025. I look back all those years around 1994 when NCCHC on-site evaluators found that we had met all mandatory standards and in excess of 95% of all required standards in the system that had basically collapsed years earlier in providing health services to an inmate population. I cite this as an example or component of what remains as strong acceptance as any element in correctional practice where I found my boots embedded in a work assignment that challenged both my own skill set and most significant belief in what seamless collaboration meant to gain back or really to build a healthcare capacity that met constitutional standards for a large detention population.

The following summarizes my opinions:

□□Finding #1: Correctional Officer Gena Frasier failed to come to the assistance of inmate Jung a situation where it was apparent that some form of crisis was in progress finding the inmate slumped over and lying face down at the entrance to his cell. The absence of forthright intervention following clear operating procedures when finding an inmate in a nonroutine situation simply did not take place.

□□Finding #2: A reasonable officer would have made certain that any inmate who may have allegedly declined their medication or missed medication for any other reason, knowing that an inmate had a chronic condition, would be certain that healthcare staff was aware of same and would have been insistent in bringing this information to the attention of their colleagues in the healthcare component in what should have been a seamless, collaborative, and swift manner. The linkage between security officers and their professional healthcare counterparts should never break down given the physical presence of an officer on site and in the housing unit where inmates such as Mr. Jung could be observed and spoken to or and could have his situation easily documented.

□□Finding #3: A reasonable Correctional Supervisor such as Lt. Bloodsaw responding to a call from a correctional officer and finding an inmate such as Mr. Jung laying on the floor should never have determined without any formal clinical assistance and direction that an inmate did not have a medical issue, knowing full well that is beyond the scope of her knowledge. She knew or should have known that finding an inmate laying inert on

the floor required an emergency response known in the Curran Fromhold Correctional Facility as a "stretcher call" as opposed to turning away and then walking away, leaving the inmate to be dragged by other inmates back into a cell.

□□Finding #4: one of the most basic elements of conducting line supervision by correctional officer is making rounds. Making rounds relates to the movement of a correctional officer walking through inmate housing areas and checking each and every cell to ensure that everything exists in an acceptable manner and that inmates are not in distress or seeking assistance. Inmate rounds occur on an ongoing and regular basis, and constitutes one of the single most valuable tools and operating procedures to ensure both the overall security of the facility and the welfare of individual inmates. Making rounds is always a major priority and cannot be altered or minimized. Documentation must be clear and action taken of any behaviors or observations that warrant attention. This process appears deficient and I found it very surprising that much stronger action was not taken when it should have been due to failure to conduct rounds in an appropriate manner.

□□Finding #5: I reviewed investigations into 12 deaths that occurred in the Philadelphia Department of Prisons prior to the death of inmate Jung. A review of the cases presented several elements of concern regarding attention to the core elements of reviewing the inmate population, seeking out any inmates who expressed concern, and responding across the board on the part of correctional staff giving rise to my finding that appropriate measures were not taken as an ongoing and regularized response to issues pertaining to deaths in custody. Case materials covering all 12 of the death situations leave considerable description and documentation that, as in the matter of the death of inmate Jung, staff intervention was improperly delayed in circumstances resulting in loss of life.

**III. CASE SPECIFIC FACTS – VIDEO FOOTAGE**

The video footage of the event begins at 9:52 AM covered by video and utilizing the video timer – the timer records the time of day (hour, seconds and portion of seconds) (Video from Discovery "b13 6a-3p 11/5/23) The video utilizes 4 separate camera coverage areas: they include the following:

1) b-1-3 Console – main floor level including the officer's post or work space;
2) b 1-3 Full Housing – covering area on the main floor;
3) b 1-3 Left Mod Housing – this is upper tier including the cell where inmate Jung was housed as well a bar covering to prevent inmates jumping off the tier;
4) b 1-3 Sallyport – covers the entrance and egress point and door in and out of the unit.

I utilized all 4 camera coverage units, each has an independent timer and some appear to be movement driven but all were effective in being able to cover what transpired regarding the timeframe and action under review. No areas not directly covered by the

cameras appear to show any emergency response team or individual staff members or any action related to what follows below. I was able to add definition of what took place from the formal investigation reports that followed the death of Inmate Jung.

9:52 - CO and Healthcare staff member walk up the stairs to the upper tier and walk across the tier to cell of inmate Jung. Cell door is opened – Inmate can be seen on the floor now at the entrance of the cell being both in the cell and lying across the entrance outside of the cell.

9:54 - Both staff members are at the cell and remain at the cell of Inmate Jung on upper tier – no action in terms of responding to the inmate can be observed.

9:56 – cell door remains open; inmate Jung continues to be lying on the floor – no action can be observed regarding any assistance being offered to the inmate.

9:58 - Correctional Officer and healthcare staff member come down from the upper tier – the door of the cell remains open and Mr. Jung remains lying on the floor - no "stretcher call" has been made as there is no observation of any healthcare emergency response.

9:59 AM - CO Frasier and Healthcare worker talk and consult on the main floor , they stop and then communicate again.

9:59 AM – healthcare worker leaves the unit. C/O Frasier is now the sole staff member in the unit with the cell door open and inmate Jung is still lying on the floor – there is no documentation of any emergency call ("stretcher call") being made – c/o on main floor with door of cell remaining open.

10:00 - Inmate on floor – no action by CO Frasier

10:01 - Inmate on floor – no action by CO Frasier

10:02 - Inmate on floor – no action by CO Frasier

10:03 - Inmate on floor – no action by CO Frasier

10:04 - Inmate on floor – no action by CO Frasier

10:05 - Lt. Bloodsaw enters the unit.

10:05 - CO Frasier points to the Upper Tier which Lt. Bloodsaw can observe.

10:06 – Lt. Bloodsaw walks up the stairs to the upper tier with Inmate Jung remaining on the floor and CO Frasier standing on the main floor – did not accompany the Lt.

10:07 - CO Frasier gives what appears to be sanitary gloves to two inmates while standing on the main floor. The inmates then proceed to the upper tier and walk to the cell of Inmate Jung.

10:08 - Lt. Bloodsaw is standing right next to the cell and to inmate Jung who remains lying on the floor. The two inmates remain next to the cell and then drag inmate Jung back into the cell – no healthcare staff member is present, no stretcher is utilized to provide support for the movement of the inmate, only inmates are involved in moving Inmate Jung as no other staff members are observed moving to the upper tier. CO Frasier is not involved as she remains on the main floor.

10:10 - Inmates seen leaving the cell door is closed by the Lt and inmates return down the stairs from the Upper Tier to the main floor.

10:10 - Lt. Bloodsaw leaves the Upper Tier.

10:11 AM - Lt. Bloodsaw leaves the unit – no "stretcher call" or any medical support staff have responded.

Narrative associated with this video is contained in many pages of official reports submitted by the City of Philadelphia as part of discovery in this case. It was not my focus to accept any of the findings where I might have been in disagreement but rather to arrive at my own conclusions after reviewing all available materials and interposing my own beliefs and experiences to arrive at my conclusions regarding the outcomes that flowed from what took place.

## V. OPINIONS

□□**Finding #1**: Correctional Officer Gena Frasier failed to come to the assistance of inmate Jung a situation where it was apparent that some form of crisis was in progress finding the inmate slumped over and lying face down at the entrance to his cell. The absence of forthright intervention following clear operating procedures when finding an inmate in a nonroutine situation simply did not take place.

<u>Discussion</u>: Correctional Officer Gena Frasier was a line correctional officer assigned to duties in the housing unit where inmate Jung was out. On November 5, 2023, she came upon the inmate in obvious distress. She failed to provide emergency aid for which she was fully trained and should have been guided by the policies and procedures regarding a situation of this nature. She failed to render immediate assistance as shown in the video footage. The video footage revealed that the officer as well as licensed practical nurse Cabellos walked away from the inmate and left the inmate unattended, lying on the floor outside of his cell for approximately nine minutes. No medical emergency was called which in the parlance of the Philadelphia Department of prisons was designated a "stretcher call."

The PDP Policy 4.E.21 (PDP Staff Roles in Non-Routine and/or Medical Emergency Situations) make it abundantly clear that when coming upon such a situation line staff, and that would absolutely include correctional Officer Gena Frasier, are not to step aside, move elsewhere, fail to engage the situation, or in any other way diminish their involvement, because this could have life safety implications in a situation of this nature. During hearings that followed several months later correctional officer Frasier offered numerous explanations, none of which bear any relationship to the policies in existence at the time responsibilities inherent in the work of a correctional officer coming upon a situation of this nature.

This is one of those elements of providing a constitutional level of correctional healthcare. Correctional officers are part of the equation; they are trained in basic first aid and CPR which offer tools that can be utilized to impact life safety and demonstrate the importance of line correctional staff in helping to respond as professional medical help is notified and is assumed to be forthcoming. In this particular case, there was clearly no safety reason that prevented officer Frasier from intervening – she could and should have intervened. The failure to intervene cannot be explained in any element of the situation as described or reviewed in the video footage. She was there, she had a non-routine crisis situation right in front of her, there were no other inmate behaviors

from other inmates intruding or prohibiting her immediate action. Calling for medical emergency, known as a "stretcher call", would have taken a few seconds and then her attention to the inmate lying on the floor directly in front of her would have been her immediate response.

This is not a matter of my individual judgment that is reflected in agency policy and training that is provided to every staff member. Officer Frasier that she could not remember the training that she received, though there is no question that first day and CPR training was part of the training regime. Further training elements included the role of line staff – correctional officers in engaging any potential medical emergency, providing access to correctional healthcare by notifying healthcare staff, knowing that would also bring forth supervisory security staff that might have guided further action. While a Lieutenant did arrive on scene and further failed to meet their responsibility, that does not absolve correctional officer Frasier from what she should have done.

It seems almost inconceivable that correctional officer Frasier could turn her back on an inmate in crisis and walk away. Behavior of this nature is almost inconceivable. In matters of this nature. I find it useful to ask a counterpoint question – if this was a staff member found on the floor next to their post or a physician in a housing unit found in this condition would the officer have walked away, leaving the individual for others to engage? Nothing in any standard of performance or correctional standard in the National Commission on Correctional Health Care or the standards for adult local detention facilities authored by the American correctional Association offer any guideline that would relate to a response of the nature provided by this officer in this situation regarding her failure to come to the aid of inmate Jung, failing to provide any basic first aid or CPR assistance, or seeking the help of others and then walking away, leaving the inmate unattended after being hauled back into his cell, and inmates.

There is never an obligation to follow an illegal order, fully knowing that she should provide help to an inmate in distress she has seen with other staff members. There exists no possible means of explaining actions of this nature. Inmate Jung was found beyond any hope of assistance the following morning by a correctional officer who was supervising the delivery of food to the inmate population.

□□**Finding #2:** When a Correctional Officer is on duty in a Housing Unit and Medical Instructions are available for specific inmates to receive medical services it is the responsibility of the Officer on duty to both announce the presence of medical services and make certain that all inmates included are called, found, and any situation such as a refusal is documented. Entries in official records are to be based on face to face, observed behaviors. I found that was not the case regarding how Inmate Jung's situation was handled on November 5, 2023 by Correctional Officer Gena Frasier.

Discussion: following the episode that took place in the morning that involved finding an inmate lying on the floor, failing to call for emergency medical assistance, and utilizing inmates to return the inmate to his cell by dragging him, this failure to provide assistance to Mr. Jung continued into the afternoon. Correctional officer Frasier admits

to being on duty and to being present when an equally troubling situation took place regarding medication and a basic Accucheck was to occur regarding blood sugar levels and also the administration of insulin to Mr. Jung. Electric logbook documentation notes that at 4:34 PM a medication events was noted for "insulin Accu – check". Four inmates were to receive insulin and one of them was inmate Jung. At 4:49 PM correctional officer Frasier entered another logbook event acknowledging that inmate Jung had refused insulin and Accu check. Further investigation was conducted of the housing pod where this took place – video documentation indicates that inmate Jung was locked inside of his cell and at no time exited the cell. No time did correctional officer Frasier leave her post and go directly to the location where inmate Young was out to determine what the situation was and to ensure his notification and participation.

What I found most compelling was the testimony of correctional officer Frasier in both her disciplinary hearing and in her deposition that it was her process to yell out that insulin and Accu check or other medication had arrived. It was something that frankly I have never experienced as a Warden and agency director during my complete tenure engaged directly with line operations of this nature. Most housing units in Newark or even aging correctional institutions have systems that have long replaced yelling as a means of communication. Regardless of whether such a system was in place and operating or was out of commission yelling could never serve as a valid means of ensuring that inmates, especially those with chronic medical conditions should be accepted standard operating procedure to link the inmate who was specifically listed with the medication or healthcare service they were to receive. It is the responsibility and was the responsibility at that time for correctional officer Frasier to find that inmate, determine exactly what their situation was and document it following standard operating procedures that require the completion of a specific form to ensure solid evidence was provided. If an inmate, indeed, refused their medication.

In the electronic log it was noted in the post-event investigation that this inmate refused medication. What was equally clear from my review is that there was a very strong likelihood that the record was falsified – that refusal was substituted for any effort to seek out inmate and determine exactly what the situation was on November 5, 2023 at around 4:49 PM while correctional officer Frasier was on duty. During investigative review following the death of this inmate on November 6, 2023 it was clear that no hard information could be found to document that inmate Jung had indeed refused his medication. My review of this entire matter will always be a combination of hard evidence and documentation to which I have been provided access coupled with 38 years of experience working in a senior management position on matters of this kind, seeking out inmates for medication in the housing unit or seeking them out so they can be moved to a medical area to receive treatment. It is matter in any compelling situation of this type to find the inmate, to look at the inmate and if they do not respond upon initial notification, whether it be through yelling, use of an electronic notification system, staff must go directly to the cell and make certain that the inmate is not in some form of distress, and hence unable to respond as opposed to refusing the medication or the service at hand. In the Philadelphia Department of prisons, if an inmate refuses medication there is to be written documentation with a face-to-face engagement with the

prisoner, assigned form and then formal notification on official records, such as those accompanying a medical event.

This is something I simply do not recall ever coming across in my experience. I certainly have heard of some inmates who refuse medication, but at no times in the three correctional systems where I was the director and where we sought and received accreditation from the National Commission on Correctional Health Care would an officer falsify official records by indicating that an inmate had refused medication when no face-to-face indications were given and documented. Correctional officer Frasier seemed to infer in her testimony that it was good enough to yell – that was a word I simply do not ever recall hearing as the singular form of communication ensuring that inmates with chronic care needs, suffering from ailments such as diabetes would be held to, or that such would suffice as sufficient effort to notify them that insulin and an Accu Check were at hand.

Viewing the record, I find no report or indication of a serious event in progress, such as a disturbance that would have given credence that yelling was something brought about by some other situation at hand. Correctional officer Frasier gave no notice of a medical crisis at hand that diverted her attention from seeking out Mr. Jung. There was simply nothing of any significance that would have diminished the responsibility of the correctional officer to find out why he was not present and responding to receive insulin medication and an Accu check, which are ongoing elements in providing chronic care to someone with diabetes such as the situation involving inmate Jung. This has nothing to do with Correctional Officer Frasier having to make any clinical decisions or diagnose any condition. It involved reading a list of the names of inmates and being made aware that this was the appropriate date and time for inmate Jung to receive insulin and Accu check from appropriate healthcare authorities.

Such situations should not exist in a modern, urban and supposedly value and policy driven, correctional healthcare system with all of the alleged checks and balances that were deemed to exist to conduct such a basic service as linking an inmate with medication and in many chronic care situations, linking the inmate with lifesaving, or life safety focused evaluations regarding their condition. Correctional officer Frasier knew from the event in the morning that inmate Jung was found on the floor in the doorway of his cell. She also knew that at that time, he appeared to be unable to stand up and return to the housing unit without the assistance of others – in this case two inmates, which while contrary to appropriate practice was still the case at that time, several hours previous. Correctional officer Frasier knew from the service that was cited that the inmate was a diabetic and required insulin on a regular basis as well as critical monitoring to ensure both appropriate treatment and to respond to his condition. She never suggested that she was permitted, trained or in any other way capable of determining that the inmate did not require his medication – insulin which is well-known as a critical treatment element for those with diabetes. No member of the medical staff was present at that time and advised correctional officer Frasier that there was no need for the inmate to receive insulin medication and to be evaluated following an Accu check procedure. This was a unilateral determination made by correctional officer Frasier and

she had the unabated belief that in the absence of any personal checking that the failure of the inmate to respond to yelling as the sole call for treatment was sufficient to include in the official record the inmate had refused his medication.

This was outright misrepresentation and without any basis in any operating procedure that was part of the training of correctional officers. I went through every one of 385 pages of training materials provided by the City in response to discovery efforts. There was not a single reference directing correctional officers to add an inmate's failure or refusal to respond to a call for insulin and Accu check if the inmate did not present themselves directly to the officer so that communication could have taken place. There was no suggestion or inference that if the correctional officer was busy or their attention was diverted elsewhere that they could simply not follow procedure and ensure they had our documentation that an inmate had refuse their medication or call for medical service that was scheduled.

Separate from all other considerations, Correctional officer Frasier had been witness to this inmate lying on the floor earlier on her shift. She knew that no "stretcher call" had been made. She had more information than just the name of the inmate and the service that was to take place around for 4:49 PM that afternoon. Falsifying records and failing to personally seek out this prisoner to determine why he was unable to respond to the call for insulin and Accu check was certainly a matter of concern and something that was part of one failure after another. Ultimately, denying inmate Jung access to healthcare that was a core responsibility for all correctional staff and their part of the constitutional healthcare equation linking the important role that line staff brought to the table to assist their healthcare colleagues in providing to an inmate population.

□□**Finding #3**: Lieutenant Wanda Bloodsaw, arrived at the scene (the cell of inmate Jung) and clearly observed him lying on the floor outside of his cell. Lt. Bloodsaw, a long-term veteran and upper-level supervisor took no action to come to the aid of this inmate who at direct face observation appeared to be in significant need of assistance.

Discussion: Lt. Bloodsaw should have responded in the same matter required of her colleague. Both correctional staff members should have rendered immediate aid, as previously noted above, under PDP Policy 4.E.21 (PDP Staff Roles in Non-Routine and/or Medical Emergency Situations).

It was suggested by Lt. Bloodsaw that an inmate lying on the floor was not actually in need of immediate medical attention. That was never a judgment that should have been made by Lt Bloodsaw. All healthcare decision-making rests with medical staff, and it immediately changes the nature of the intervention. Security staff can create turmoil in the decision-making process. Medical staff when it appears that they are taking over the situation when it is not their area of responsibility, and is beyond the scope of their authority, as was so evident in the case of this nature. Lt. Bloodsaw was called to the scene, observing Mr. Jung lying on the floor, and unable to effectively communicate, and she claims to have determined that there was nothing wrong with the inmate. That

was an inappropriate decision for correctional staff to make in that situation, as Mr. Jung's condition of lying immobile on the floor required medical intervention to assess him. The standards of both and NCCHC and the American Correctional Association prohibit such an intervention by non-medical staff. And NCCHC standard-A-03 notes – "clinical decisions and action regarding healthcare provided to inmates to meet their serious medical needs are solely the responsibility of qualified healthcare professional." Custody staff such as Lt. Bloodsaw are required to follow their standard operating procedures that include supporting "the implementation of clinical decisions."

In this situation a senior level correctional supervisor, Lt. Bloodsaw, was making a decision without any healthcare staff being involved, and then she turned around and left the inmate. In all of my 38 years as a Warden and Agency Director I never experienced any member of the correctional staff leaving an inmate lying on the floor.

I cannot understand a Lt. or any member of the correctional staff associated with public service walking away from any person lying on the floor without seeking care and then closing the door after inmates dragged the individual into the a cell. It is about as unconscionable an act as I can imagine. In the three county correctional systems over which I exercised responsibility in the period of leadership covering 38 years behavior of this sort upon reaching my desk would have been immediately forwarded to law enforcement authorities for criminal investigation. Negligent failure of this sort by Lt. Bloodsaw crossed the line, not just suggesting inappropriate behavior or the disciplinary action, but far more severe considerations, especially when the impact might have involved life safety considerations that should have brought forth attention to standard operating procedures and immediately seeking medical assessment and intervention.

Lt. Bloodsaw had no documentation or proof that the inmate was malingering or creating some false situation. Had malingering been a reality and had an inmate remained lying on the floor in the entrance to his cell, the Lt. would have proceeded to place the inmate in segregation status and prepare disciplinary charges for the behaviors that were alleged. None of that was forthcoming, there was no documentation to even suggest the possibility of malingering. Lt. Bloodsaw, operating under the same guidelines that were indeed consistent for all correctional staff, should have taken immediate action on the scene to render first-aid and related services for which all staff are trained. Nothing of the kind took place. In its worst-case, a member of the correctional staff, holding high supervisory rank with other staff members present walked away, again denying inmate Jung access to healthcare services.

□□**Finding #4:** Making of Rounds is a core basic element of staff supervision in any correctional situation. In this case, Correctional Officer Frasier did not follow up with Mr. Jung while making rounds on November 5, 2023 following the incident where he was found lying on the floor at the door of his cell.

Discussion: Correctional Officer Frasier was aware that inmate Jung had been found in distress beginning on or about 9:55 AM on her shift, February 5, 2023. She was aware that no medical emergency had been called, a supervisor had come to the unit and

observed the situation, and left without calling for any emergency medical services or assessment and had directed other inmates to drag inmate Jung back into his cell and closed the door. This entire matter was from my perspective about as challenging and counterintuitive as any I have experienced in my correctional career.

Officer Frasier knew there had been a problem and clearly would have no reason to have thought that the problem was resolved. The inmate in distress had not received any medical assessment or evaluation and a senior supervisor had felt that it was appropriate to have the inmate dragged back into his cell, close the door and then left the housing unit. Any correctional officer – frankly any human being would have felt the need to check out on the individual inmate to see if there were any elements that would have required further intervention. It is almost as if correctional Officer Frasier simply defined this entire situation away as if it never happened. In my 40 something years in corrections I have never experienced nor have I ever reviewed such a situation.

Correctional Officer Frasier knew that Lt. Bloodsaw was not a member of the healthcare staff and any judgments by the Lt. that the inmate did not need help were just not medically validated. Correctional Officer Frasier was well aware that the inmate had not been cited for a disciplinary violation and or removed to a pre-disciplinary unit in light of any alleged infraction. There had to be an understanding on the part of this correctional officer that regular or even more attentive rounds should be made to check up on the situation involving inmate Jung. Was he still alive? Was there any indication that he needed assistance? Had she moved to the cell and made rounds ensuring that she stopped at the cell with some regularity to determine what the status of the inmate might be? In reviewing the video, I simply fail to see any attention on the part of this officer to respond what she had observed during this period from 9:55 AM through 10:11 AM, November 5, 2023. The Officer was clear that she had been on duty on that day and had been present during that timeframe, and said knowledge of exactly what had transpired in the housing unit that she was assigned to supervise.

Making rounds is a critical element in the scope of work for any correctional officer assigned to a housing unit. It becomes more significant when an incident has taken place and an inmate who was in distress remains on the unit after it had been necessary for other inmates to return him to his cell. As I reviewed the situation, it is bewildering how this staff member could have refrained from frequent visitation or movement to the second tier to the cell where inmate Jung was housed to seek to communicate with them and to seek out his situation. The bizarre nature of this entire situation was further expanded as noted above, but officer Frasier noted in an official record that the inmate had refused insulin and then Accu check test given the events that happened earlier that she was well aware of. Months later, during her disciplinary action hearing, officer Frasier noted she had been involved in numerous situations involving death of a prisoner or even homicide and she felt she had always done her job. Here is clear and definite example of negligent failure to stay on top of the situation involving that she knew to be an inmate with chronic healthcare concerns. That should surely have warranted close attention. It simply did not happen and regular rounds to check up on the inmate and to seek to communicate more directly with him did not take

place. Correctional Officer Frasier did not make proper rounds to check on Mr. Jung. She might have walked around but without any focus on checking on him, nor communicating with him, and thus the nature of those rounds were clearly deficient. It is hard to imagine how a trained correctional officer could essentially walk away from the situation and not make it part of regular rounds, an essential component of her scope of work on that shift.

□□**Finding #5:** Senior agency administration, up to and including the Commissioner appeared to have minimized the importance of responding to staff behaviors that appear to create a pattern or a culture that was all too frequently a part of how business was conducted within the agency. Any staff member could have made an occasional error, but it appears almost beyond understanding to explain how this many staff members could fail to conduct required rounds, staff could fail to contact medical staff members upon confronting an unresponsive inmate, and staff could neglect to respond to finding an inmate in need to provide first-aid or CPR or other elements for which they had been trained, amongst other considerations. I found an overarching culture of either looking elsewhere, perhaps at some point being too tired after working 12-hour shifts or simply leaving the caring that should include any work in our field. It is a very difficult outcome to explain. What cannot be overlooked is that inmates under the supervision of fully trained correctional staff members die while in custody and under correctional supervision. That remains an unacceptable outcome regardless of any other consideration.

Discussion: I reviewed over 900 pages of materials and then summary documentation of the death cases provided through Discovery. I called out selected notations from those materials that help me isolate a culture of negligent failure to conduct basic core operations that seem to defy in part, the understanding of the administration of the agency. This was made most apparent when I reviewed the deposition of Commissioner Carney. I was most surprised to come across testimony that did not reflect analysis or concern that so many of the cases where death was the outcome included so many elements that appear to have been part of behaviors that easily stood out when reviewing the materials at hand. I note the following as an exemplar, not a comprehensive list:

1. CO did not do 3 AM count or render first-aid – inmate found unresponsive in his cell (SI-21-00225)
2. CO failed to render first-aid for an Inmate found unresponsive and lying face down in cell (SI-20-00045)
3. Another CO did not check pulse and attempt CPR or render any first-aid – stood at entrance to cell but did not enter – CPR was only initiated by responding medical staff (SI-20-00045)
4. reluctance to take proper action by notifying medical staff that Inmate was unresponsive after he did not wake up for COWS assessment. (SI-19-00145)
5. Another staff member left cell without notifying any medical staff personnel that inmate was unresponsive. (SI-19-00145)

6. CO did not notify her immediate supervisor and did not call for medical assistance upon discovering inmate unresponsive in his cell. This CO did not check for a pulse, for she was the only CO in the unit was opened (SI-18-00014)
7. During the that time medical was called for an unresponsive inmate on the floor, neither staff member initiated aid or CPR; both had previously walked away from him, leaving him unattended (SI-22-00105)
8. Inmate found unresponsive inside cell – CO's failed to tour unit, both were at the officer station when notified of an inmate in trouble. (SI-20-00231)
9. inmate found unresponsive after being assaulted by cellmate – CO failed to as per policy that he remained behind the officer's desk in a reclined position for most of the shift (SI-21-00059)
10. A Sergeant gave permission for a CO to leave his pod unattended to go to his next post without sending anyone to conduct tours on the unit (SI-21-00059)
11. CO failed to tour unit and logged that they had 3x (times). This officer also did not conduct any tours of the unit, remained behind the officer's desk in a reclined position (SI-21-00106)
12. inmate found lying on the bathroom floor having been assaulted by another person Sgt. did not tour the dorm prior to the assault and failed to tour any assigned areas (SI-20-00149)
13. inmate found unresponsive in the cell by CO serving evening meal – multiple COs found not to have conducted tours of unit starting at 12 PM onwards. (SI-17-00235)

These are references drawn from other death cases. I did not seek out the most egregious references or specific cases where the mere sounding of the words would prove offensive. The examples contained herein are exemplars of a culture that suggests the conduct of the work according to appropriate training in core principles simply did not exist amongst staff. Correctional healthcare seems to have been an element of their work where many violations occurred that were unfortunately found in cases of inmate deaths. They do not provide any direct evidence regarding the allegations in the case at hand regarding the death of inmate Jung, but they are characteristic of a staff culture or certainly subculture that defines ongoing failure to follow the most basic elements of good correctional practice. These are practices that were also found in the current case of Mr. Jung and simply are used to isolate how over and over again in reviewing the reports of more than 50 death cases provided as part of discovery the same elements of negligent failure to respond were found in a repeated manner.

I was surprised to see the consistency between Mr. Jung's case and the other death investigations. In the case at hand, staff members did not call for medical assistance. Staff members walked away from situations when they should have looked more carefully or investigated more thoroughly. Staff members did not conduct their required rounds on an ongoing and regular basis. Upon finding someone unresponsive or lying on the floor staff did not take immediate action using the first-aid skills and CPR training that all staff members receive. Reviewing these death cases offered a background that from my past training suggested more of a culture – something that was part of the

ongoing conduct of correctional staff actions and was very hard to explain, other than to relate in part to a form of neglect that had become part of the way of doing business within the correctional environment in the Curran Fromhold Correctional Facility and in other parts of the system.

It is very hard for someone like myself to explain how all staff members who had been chosen following background investigations, who had completed orientation training, who had worked under the supervision of senior staff members could fail to conduct core elements of the work or could falsify official reporting materials. It is incomprehensible that staff members could neglect to record their tours of unit or that they would fail to make the tours or could leave inmates unattended or could not follow one of the basic and most rudimentary directives that upon coming in contact with an inmate who appeared unresponsive or appeared to require assistance that healthcare be contacted immediately. There is simply no way to explain such behaviors. Training and retraining and further yearly updates and further retraining do not seem to have made a difference as a relates to these certain core elements of conducting the work of a correctional officer or other line staff members. I cannot accept that there is any valid explanation of staff members making decisions on their own when training materials clearly point to ensuring those especially in the medical area are contacted who are capable of assessing and evaluating an inmate's condition and taking action thereafter.

## IV. CONCLUSION

Inmate Louis Jung, Jr. died while in custody under supervision by staff members of the Philadelphia Department of Prisons in the Curran Fromhold Correctional Facility. He arrived alive, ultimately was defined as having a chronic care condition, diabetes, that was well-known and well understood by healthcare professionals within the correctional system. Nonprofessional correctional staff were adequately trained in the rudimentary basics of supervising the inmate population. They knew what steps were necessary when any inmate was discovered in need of healthcare services or appeared to be in distress. They were trained to know that they were not independent decision-makers regarding any matters regarding the health status of an inmate. They had been trained under the guidelines inherent in the standards of the National Commission on Correctional Health Care and the American Correctional Association that healthcare decision-making, treatment issues, and any matters relating to healthcare assessment were the province of healthcare professionals and were not within the scope of employment of those working in line correctional operations – as in this case specifically correctional officers and those in supervisory positions. There is simply no way around these basic core operating practices that are to be found in every correctional institution in this country.

Nothing in my experience, especially that covering 38 consecutive years as a Warden and Agency Director, support outcomes linked to the five major findings that I presented in this report. I had the opportunity, as noted in the report. to review some 383 pages of training materials and none of them suggested any deviation or different interpretation from that which I used in presenting the findings included in this report. It must be my assumption that since those training materials were provided by the city of Philadelphia,

they represent the major elements, guidelines, standards and focus areas presented to staff members in both orientation training and yearly updates as required in Pennsylvania and in every other state in which I have visited County jail institutions or reviewed correctional materials. There is nothing complex about any of the issues surrounding the findings that I presented in this report – my conclusion is, as noted at the inception, that inmate Louis Jung, Jr. found himself in a situation where step after step could have been reversed at any time had someone sought help and assistance from healthcare professionals. Never should an inmate have been left lying on the floor for an extended period of time, nor should the door have been closed on the inmate after being dragged into a cell by other inmates, not correctional staff members, without a full healthcare assessment by healthcare professionals. He appeared in distress and absolutely needed the help of staff members.

My dismay is based on the merits – what I observed, what I read in hundreds of pages of documents, the failure of staff members to call for assistance and instead leave another human being, in their custody lying on the floor seeking help. My task was to assess the role of correctional staff and in this case it was wanting along the lines of the five findings contained in my report. I offer this report based on the materials made available to me in my own experience. I certainly would feel it appropriate to note that my findings will warrant further review if additional materials became known or were made available to me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 3, 2025.

**Arthur Wallenstein** Art Wallenstein (Art Wallenstein (Dec 3, 2025 14:30:02 EST)) **Date:** 03/12/2025

**V. APPENDICES, MATERIALS CONSIDERED, PREVIOUS CASEWORK AND COMPENSATION**

Materials Reviewed and Considered:

1. First Amended Complaint
2. Deposition of Shawn Jay, 98p.
3. Deposition of Blanche Carney, Commissioner, PDP, 173p.
4. Training Documents – City of Philadelphia, 383p.
5. Chart 18 Corrective Action Plan – Death of Louis Jung, Jr.PP 718327 excel spreadsheet
6. Chart 18 Jung Corrective Action Plan (2) excel spreadsheet
7. Defendant Gina Frasier, Responses to Plaintiffs First Set of Interrogatories (2) pdf. 5p.
8. Gena Frasier, Documents for PFD (1) pdf 204p.(includes hearing notes – Jung case)
9. Video b136a to 3p 11.5.23 exe
10. Blanche Carney Deposition, 173p.

11. Deposition of Maureen Gay – Johnson, 148p.
12. Deposition of Wanda Bloodsaw, 134p.
13. Deposition of Gena Frasier, 210p.
14. Deposition of Blair Cabellos, LPN, 149p.
15. Wanda Bloodsaw, Documents, 225p.(includes hearings of Jung case)
16. Jung PDP Medical Administration Records
17. PDP Policies and Procedures, 4.E.24.2 Red Flag Medication Compliance System
18. 4.E.21 PPS Staff Roles in Nonn Routine and/or Emergency Medical Situations, 12p.
19. 3.B.17 Medical Emergency Plan, 11p.
20. PDP Death Reports (3) pdf Re3ports of Investigations -Office of Special Investigations, 919p.
21. PDP Report Into the Death of Louis Jung (8) 902p.
22. 4.A.2 Procedures for Admitting Prisoners Into the Philadelphia Prison System, 11p.
23. 4.E.1 Administration of Health Care Services Delivery System
24. 4.E.14 Inmate Serious Illness or Death, 6p.
25. 4.E.13 Inmate Refusal of Health Care Services, 3p.
26. 4.E.12 Informed Consent, 3p.
27. 4.E.7 Access to Care
28. \4.E.5 Medical Services 12p
29. 4.E.3 Medical Assessment and Clearance of Inmates for Transfer From Intake Housing, 4pp..
30. Defendant's Wanda Bloodsaw Responses to Plaintiffs First Set of Request for Documents, 4p.
31. Patient Safety Events Committee Reports, 9p.
32. National Commission on Correctional Health Care (NCCHC) Standards for Health Services in Jails, 2014 – in place at the time of the death of Louis Jung, Jr on February 6, 2023
33. American Correctional Association, Performance Based Standards for Adult Local Detention Facilities (4th edition), June, 2004 - in place at the time of the death of Louis Jung, Jr on February 6, 2023
34. William Collins, The Supreme Court and Corrections: The Landmark Cases That Have Shaped America's Prisons and Jails, Civil Research Institute, Kingston, New Jersey, 2019
35. Michael Mushlin, Rights of Prisoners, (4th edition), West, 2009 – this edition was in place at the time of the death of Louis Jung, Jr. on February 6, 2023.

**Previous Casework (last 5 years)**

1) Metcalf v. County of Erie, New York Supreme Court, No. 40 – 18-01696 (Trial Testimony7), 2024;

2) Estate of Durham v. Pierce County, State of Washington, No. 2019 -2024, Deposition – 2022;

3) Elizabeth Fiery v. Williamson County, US District Court, District of Texas, No. CV – 00836, Deposition, 2020.

**Compensation**- Hourly Rate of $350. My opinions and testimony do not depend on the outcome of this litigation.

# Exhibit 6

# Expert Report of Homer Venters

**Review of Care for Louis Jung, Jr., Expert report of Dr. Homer Venters**

**Introduction and Qualifications**

I am a physician, internist, and epidemiologist with over a decade of experience in providing, improving, and leading health services for incarcerated people. My clinical training includes residency training in internal medicine at Albert Einstein/Montefiore Medical Center (2007) and a fellowship in public health research at the New York University School of Medicine (2009). My experience in correctional health includes two years visiting immigration detention centers and conducting analyses of physical and mental health policies and procedures for persons detained by the U.S. Department of Homeland Security. This work included and resulted in collaboration with U.S. Immigration and Customs Enforcement ("ICE") on numerous individual cases of medical release, the formulation of health-related policies, as well as testimony before the U.S. Congress regarding mortality inside ICE detention facilities.

After my fellowship training, I became the Deputy Medical Director of the Correctional Health Services of New York City. This position included both direct care to persons held in NYC's 12 jails, as well as oversight of medical policies for their care. This role included oversight of chronic care, sick call, specialty referral and emergency care. I was subsequently promoted to the positions of Medical Director, Assistant Commissioner, and Chief Medical Officer of the New York City jails. In the latter two roles, I was responsible for all aspects of health services including physical and mental health, substance use treatment, quality improvement, re-entry and morbidity and mortality reviews, as well as all training and oversight of physicians, nursing, and pharmacy staff. In these roles, I was also responsible for evaluating and making recommendations on the health implications of numerous security policies and practices, including correctional officer responses to patients in distress, assessment after use of force injuries and medical observation and care for people in solitary confinement/segregation settings. My responsibilities during this time also included review and approval of all medical and mental health policies, including those relating to intake health assessments, chronic care and sick call, emergency responses, mental health and substance abuse care, infirmary care, and transfer of patients for higher levels of care.

During this time, I also worked closely with correctional leadership to provide training to correctional staff on the care of patients with serious mental illness, traumatic brain injuries and other common injuries that occur during use of force. I have also provided input on security policies and provided training for security staff relating to how correctional staff should recognize signs of illness and injury among incarcerated people.

In March 2017, I left Correctional Health Services of New York City to become the Director of Programs for Physicians for Human Rights. In this role, I oversaw all programs of Physicians for Human Rights, including training of physicians, judges, and law enforcement staff on forensic evaluation and documentation, analysis of mass atrocities, documentation of torture and sexual violence, and analysis of attacks against healthcare workers.

Between December 2018 and April 2020, I served as the Senior Health Fellow and President of Community Oriented Correctional Health Services ("COCHS"), a nonprofit organization that promotes evidence-based improvements to correctional practices across the United States. I have also worked as a medical expert in cases involving correctional health since 2017.

During the COVID-19 pandemic, I worked on numerous COVID-19 responses in detention settings. During this time, I have conducted dozens of court-ordered inspections of detention facilities to assess the adequacy of their COVID-19 responses in ICE detention centers, county jails, and state and federal prisons. I was also named as an independent monitor for COVID-19 response for both the Connecticut State Prisons and the Hawaii Department of Corrections, and I was named as COVID-19 inspector by a Federal Court for the Bureau of Prisons facility in Lompoc, California.

I have also been named as Federal Court-appointed monitor for the health services in the Santa Barbara, California County Jail, the Fluvanna Prison for Women in the Virginia Department of Corrections and the Criminal Justice Complex in St. Thomas, United States Virgin Islands and the Cumberland County Jail. I have also been retained by the U.S. Department of Justice and several State Attorney General's offices in their investigations into the adequacy of health services in jail and prison settings.

I have published two books on correctional health, both published by Johns Hopkins University Press; *Life and Death in Rikers Island (2019*) and *Outbreak Behind Bars* (2025).

**Role and Methods**

I have been retained by counsel for the Estate of Mr. Louis Jung, who died while incarcerated in the Philadelphia Department of Prisons (PDP). This review includes an assessment of the adequacy of care that jail health staff provided for Mr. Jung leading up to his death from diabetic ketoacidosis (DKA) in November, 2023, and the adequacy of the oversight of YesCare provided by the Philadelphia Department of Prisons.

In order to formulate my opinions in this case, I have reviewed the following materials.

- Medical records of Mr. Jung in PDP
    - PDP 00000001-000000025
    - YesCare 1-2153
- Jung Corrective Action Plan
- Patient Safety Committee Report, 6/23/25
- Insulin Re-Audit September 2024
- PDP Death Reports (City-Jung-000001, CITY014194)
- **Deposition transcripts: Patricia Powers Gay,** Mariesha Apollon, Lalitha Trivikram
- YesCare Clinical Pathway: Diabetes Mellitus

- YesCare Audit Charts;
- Third-party medical records for patients 1-4[1]

Part of my role in this case is to determine whether errors or problems in the care provided to Mr. Jung represent systemic deficiencies. The Center for Disease Control (CDC) identifies systemic problems in health care as ones that involve the interplay between policies, procedures, infrastructure, spending decisions and human actions.[2] In jail and prison health systems, systemic barriers or problems in care can include a lack of staffing, ineffective or improper policies, inadequate physical plant and lack of adequate oversight or quality assurance of care. These types of systemic problems in correctional health services can cause harm or risk of harm to numerous patients across time and across multiple staff members. They also increase the likelihood that an individual error will result in harm to a patient.

Part of my approach in this case is to assess whether there is indication of systemic deficiencies indicated in the care provided to Mr. Jung. To address this issue, I have reviewed information beyond his own medical records including the deposition testimony of jail and County staff as well as the medical records of other people who were similarly hospitalized with complications of diabetes.

This is an approach I have utilized in detecting and addressing systemic problems in jail health services many times previously. For example, when leading the correctional health service in NYC, I relied on this methodological approach to review medical records, interview data and policies to identify systemic areas needing improvement in care for transgender patients, preventing assaults on staff and care for patients with traumatic brain injury.[3] In each of these examples, it was necessary to review multiple sources of data to determine how the health services were falling short and/or needed improvement.

This approach is different than the approach sometimes taken in research or academic projects, where the entire sample of patients, or a random sample, is selected to create a statistical model. I have utilized this approach as well, including creating regression models for the association between self-harm and multiple risk factors in a jail and measuring the efficacy of new tuberculosis screening tools in jail settings.[4] But these statistical models were developed after we determined that a systemic problem existed, and after we designed and implemented changes to our system of care.

For example, regarding self-harm, years before our analysis of approximately 250,000 jail admissions and creation of a regression model, we observed a sharp increase in acts of self-harm among our patients. I presented this relatively simple data to our oversight board to show that these increases were driven by the use of solitary confinement or segregation, and were mostly among people with mental illness. This information, along with reports from our patients

---

[1] Patients are anonymized to protect confidentiality. Plaintiffs' counsel have indicated that they will share the identity of each third-party patient with defendants' counsel.

[2] https://www.cdc.gov/polaris/php/thinking-in-systems/identifying-systems-problems.html?CDC_AAref_Val=https://www.cdc.gov/policy/polaris/tis/systems-problems/index.html.

[3] https://pubmed.ncbi.nlm.nih.gov/25913334/ , https://pubmed.ncbi.nlm.nih.gov/26745813/, chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://www.nyc.gov/assets/boc/downloads/pdf/BOCMinutes%20(1.14.14).pdf

[4] https://pubmed.ncbi.nlm.nih.gov/24521238/, https://pubmed.ncbi.nlm.nih.gov/29633660/

themselves, and correctional staff who worked in these settings, led us to completely revamp out approach, and implement new more therapeutic units and care.[5] We has a similar experience with our tuberculosis screening, where we discovered that when utilizing a skin test for TB exposure, many jail patients left after we planted the TB inoculum but before we could read the result, 2-3 days later. In both cases, the statistical analyses were conducted after the systemic problems were identified. The approach I have utilized in this case is one that I have found to be extremely reliable throughout my career in correctional health.

**Diabetes Care in Carceral Facilities**

The treatment of patients with insulin-dependent diabetes is one of the most complicated and difficult missions for any correctional health service. First, patients with this medical problem can die or experience medical emergencies within a short period of time if they do not receive their insulin, and the complication of diabetic ketoacidosis as well as other potentially fatal consequences of extremely high or even low blood sugar can occur quickly, within days or even hours. While there are other medical problems that require regular administration of life-sustaining medications, insulin-dependent diabetes poses unique challenges for correctional health services because of the need for multiple contacts between health staff and the patient each day, as well as the need for coordination of three different tasks, insulin administration, blood glucose monitoring, and meals. When patients are stable in their glycemic control, these tasks can be achieved in a general population settings, but for patients who experience worsening glycemic control, manifested by elevated blood glucose levels, rising Hemoglobin A1C, or swings from elevated to low blood glucose levels, it is imperative that they be transferred to a higher level of care and medical monitoring. For medical emergencies, such as diabetic ketoacidosis (DKA), this must be treated in the hospital setting. But for patients who are not at the level of having a medical emergency but who do have poorly controlled diabetes, the jail infirmary or a dedicated diabetes housing area is the appropriate setting once it has become clear that their disease is not being controlled with the health resources of the general population settings. Jail health staff have numerous sources of information about patients who need a higher level of care, including patients with missed or refused insulin/blood glucose checks, patients with worsening Hemoglobin A1C levels, patients who require hospitalization for diabetic ketoacidosis or other complications of poorly controlled diabetes. The high prevalence of mental health and substance use disorders in jail patient populations means that jail health services routinely encounter patients with serious mental illness and diabetes, and then these patients are known to experience worsening or uncontrolled diabetes, it is essential to increase the level of care and monitoring they receive, most often through transfer to a medical infirmary or a dedicated diabetes housing area.

When a patient is known to experience complications of diabetes, including potentially fatal complications such as DKA, they must be housed in the jail infirmary until their diabetes is well controlled and they must be transferred back to the infirmary when and if their glycemic control worsens. Failing to do this for a patient who is known to be at a risk for DKA significantly increases the likelihood that they will again suffer DKA, require hospitalization, and potentially die. The need for an infirmary level of care for these patients is driven by information that the jail

[5] https://pubmed.ncbi.nlm.nih.gov/26848667/

health services already has at their disposal, that the patient's diabetes has not been controlled when housed in a general population setting. While this represents a minority of patients with insulin-dependent diabetes, it is essential to identify them and increase their level of care. The 2019 Position Statement of the American Diabetes Association on carceral care for patients with diabetes clearly identifies the need to identify incarcerated patients who are at elevated risk of DKA.[6] In an infirmary setting, patients can be closely monitored for any late or missed glucose checks or doses of insulin. The NCCHC Standards for Health Services in Jails from 2018 define infirmary level care as "Infirmary-level care is provided to patients with an illness or diagnosis that requires daily monitoring, medication and/or therapy, or assistance with activities of daily living at a level needing skilled nursing intervention."[7] For a patient with insulin dependent diabetes, poor glycemic control and a history of DKA, this level of care is essential. This step of transferring patients with poorly controlled diabetes to a jail infirmary is one that I first became familiar with in the NYC jail system, where this practice was routine.

Another basic requirement for patients with complex or poorly controlled chronic care problems is to have an individualized treatment plan that covers all aspects of the patient's care. The NCCHC has a specific and essential standard for patients with "Chronic Disease and other Special Needs" that details the absolute necessity of an individualized treatment plan for patients with complex medical problems.[8] This standard also identifies that the treatment plan must specify "a patient's course of therapy and the roles of qualified health care professionals in carrying it out." This is a key feature of diabetes care in jail settings because multiple nurses and providers may check the patient's glucose, administer insulin or assess the patient via physical examination or review key laboratory results in a single day. Because patients with diabetes can fall into serious illness and medical emergency very quickly, there must be a clear delineation of roles for the many health professionals who have contact with the diabetic patient so that key red flags are not ignored, such as missed doses of insulin or blood sugar checks, or abnormally high or low blood sugar, HbA1C or other test results. The NCCHC specifically mentions several health conditions which merit individualized treatment plans, including developmental disability, mental health problems and diabetes. One of the essential elements of each patient's treatment plan is for providers to clearly document at each contact whether their disease is well or poorly controlled and evidence of complications. This is essential for all of the health team caring for the patient because it makes clear that the patient is stable or when poorly controlled, more susceptible to disease complications and exacerbation.

**Timeline of Medical Events**

Mr. Jung was initially detained in the Philadelphia Department of Prisons (PDP) in December 2021. Between his admission to PDP and his death on November 6th, 2023, he had numerous documented instances of poorly controlled blood sugar and serious complications from untreated or poorly treated diabetes. In the period before Mr. Jung's return from Norristown State Hospital on 10/28/23, the following instances are present in his medical records.

---

[6] chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://diabetes.org/sites/default/files/2023-10/ADA-position-statement-diabetes-management-detention-settings-2021.pdf.
[7] NCCHC Infirmary Level care, J-F-02 Standards for Health Services in Jails. 2018.
[8] NCCHC Patients with Chronic Disease and Other Special Needs., J-F-01 Standards for Health Services in Jails. 2018.

Hospital transfers (diabetic complications)

| **Date** | **Problem** | **Records** |
|---|---|---|
| 12/20/21-1/5/22 | DKA | Yescare0382 |
| 4/7/22-4/9/22 | DKA | Yescare0617 |
| 1/8/23-1/12/23 | DKA, | Yescare1374 |
| 1/23/23-1/29/23 | Hyoerglycemia, Pneumonia | Yescare1391 |
| 3/11/23-3/14/23 | DKA | Yescare1322 |
| 3/19/23-3/20/23 | Hyperglycemia | Yescare1339 |

I have reviewed the medication administration records (MAR) for Mr. Jung at PDP. These records appear to follow a convention of having nurses enter their initials when a medication or procedure is completed, and entering in various codes for instances when the medication or procedure is not completed. The MAR sheets include definitions for these codes including the following:

| Code | Definition |
|---|---|
| 6 | Not Documented |
| 3 | Refused |
| 1 | No Show |

I reviewed the MAR sheets for Mr. Jung's blood sugar checks, which were ordered to occur twice daily. In the period from December 2021 through October 2023, I counted numerous instances when the codes for not documented (code 6), refused (code 3) and no show (code 1) were entered into Mr. Jungs records. The MAR document that I reviewed (PDP_MAR-00000000001-0000000000157) incudes 154 pages of MAR records for Mr. Jung from December 2021 through November 2023. These records show hundreds of entries for 'Not Documented', and dozens more for 'Refused' and 'No Show'.

During Mr. JUNG'S hospitalization for DKA on 1/8/23, the hospital physician documented that "he is a poor historian and does not provide reliable information about his glucose monitoring and compliance with insulin regimen". During this admission for DKA, the hospital physician also documented that despite being identified as having DKA, Mr. Jung "Feels thirsty, but has no other complaints and has been in his usual state of health." The discharge medications from this hospitalization include insulin glargine 42 units each night and insulin lispro 18 units three times per day with meals.

Mr. Jung was sent to the hospital on 1/23/23 and admitted with hyperglycemia and pneumonia. In the days prior to his hospital transfer, Mr. Jung's clinical notes and MAR records show the following. (pp 1632-1646)

1/20/23. PA Sarskaya documents that "Pt is not coming out for any medication or accu check . pt is complaining of pain and said that's why he isn't coming out ( per referral )." The assessment and plan for this note are blank.

1/21/23. No follow up or other provider note present.

1/22/23. At 8:30 am NP Henderson-Hamwright documents chief complaint of "elevated BG" and "Hyperglycemia with ketones". This note documents that Mr. Jung had glucose elevated to 466, had ketones in his urine and that he wanted to lay on the stretcher and that he was assessed as refusing care; "IP wanted a juice and to lay down on the stretcher…" This note also reports multiple episodes of nausea and vomiting by Mr. Jung. This note also contains two different accounts of how or why Mr. Jung refused intravenous fluids. One part of the note documents that "IV insertion attempted but was unsuccessful. Patient refused further attempts." Another part of this note documents "IP W ANTED JUICE AND TO LAY ON STRETCHER INSTEAD OF GETTING AN IV." This note lacks any assessment or consideration of whether Mr. Jung might be in DKA and experiencing weakness from DKA. This note also documents that Mr. Jung "missed his semglee dose overnight due to being asleep.

There is no provider follow-up note or assessment of Mr. Jung after this 8:30 am encounter with the NP.

1/23/23. A nursing encounter at 10:24 am documents the following for Mr. Jung; "stretcher called to A2P3 at approximately 0910 am, arrived to IP cell IP noted laying in bed disoriented repeatedly screaming for water. IP BS checked reading HI. IP brought down to medical 12 units of Humulin R given SQ, pt continues to be disoriented unable to obtain urine sample, pt seen by triage provider n/o to send pt out VIA 911, for further eval , corrections aw are Dispatch #451 pt oof at 10:00 am awake alert with confusion"

The MAR records for 1/20/23-1/23/23 show insulin administered at 9 am on the 20th and 21st, two refusals on the 21st (both without a refusal form), and 9 instances of "Not Documented' or No Show'. (MAR 121-126)

Mr. Jung experienced two hospitalizations for diabetic ketoacidosis assessment/care in a single week in March 2023. In both of those instances, he had elevated blood glucose levels and positive urine ketone results.

The medical records for Mr. Jung's DKA hospitalization 3/11/23-3/14/23 give specific instructions in the discharge plan for the frequency of care he requires. The physician discharge plan (1326) includes the following assessment and directions;

"Insulin regimen in prison only provides regular insulin sliding scale twice a day in addition to basal insulin. As a result he has been severely hyperglycemic progressing into DKA."

"Patient's blood glucose needs to be monitored 4 times a day. He will need a base dose of mealtime insulin in addition to sliding scale coverage as well as basal insulin."

A physician note on 5/20/23 from Dr. Bradley includes the following; "Patient continues noncompliance. Current staffing does not allow for qid evaluations in the setting of this noncompliance. Insulin orders adjusted accordingly." This note also includes the order "Stop Accu Chek Reading, -, as directed TRT, FOUR TIMES DAILY". There is no documentation about why or how this physician came to the conclusion that Mr. Jung was continuing to be noncompliant.

This physician note also classifies Mr. Jung's diabetes in the following manner: "Diabetes mellitus without mention of complication, type II or unspecified type, uncontrolled".

Mr. Jung's MAR records are reviewed below but for the week before his hospitalization on 3/11/23, Mr. Jung's MAR during 3/4/23-3/10/22 shows 5 refusals, 5 no shows and 3 instances of simply not documented. When I reviewed the 5 instances when refusal was recorded in the MAR, I found that no refusal form was present in 2 of the instances (3/6/23, 4PM insulin and 3/6/23, 4PM accucheck), while the other 3 instances (3/6/23, 3/10/23) include forms but no signature from Mr. Jung and no documentation of his decisional capacity or understanding of the risks and benefits of his refusal.

Between January and March 2023, Mr. Jung had 2 hyperglycemia NETS on 2/9/23 and another telephone encounter for hyperglycemia on 2/10/22. Mr. Jung was seen for an elevated blood glucose of 307 on 2/13/23. The plan for this elevated blood glucose was to monitor Mr. Jung in the medical clinic after he received short acting insulin, but this did not occur. The nursing note documents "IP left triage area although he was informed to stay to be monitored. RN unable to recheck BS." No alternate plan is present for how Mr. Jung will be reassessed on this day.

Mr. Jung's Hemoglobin A1C was documented as 12.7 on 2/25/23. This lab report correlates blood glucose levels with A1C values from 6-12 but stops at 12 as the highest level. The American Diabetes Association's calculator for A1C/blood glucose identified this level (12.7) as representing long term blood glucose levels of 318, more than twice the recommended level of <130.[9]

Mr. Jung had several laboratory tests for Hemoglobin A1C at PDP showing that his values and overall glycemic control worsened dramatically over time.

| Date | Result (normal <6.5) | Blood Glucose Equivalent[10] |
|---|---|---|
| 1/25/22 | 9.3 | 220 |
| 3/14/22 | 11.2 | 275 |
| 2/25/23 | 12.7 | 318 |

No A1C tests are present from March-September 2022 or February-June 2023, times when he was in the care of PDP.

On 6/2/23, a transfer summary is present in Mr. Jung's medical records that indicates that Mr. Jung's insulin regimen includes 30 units of Humulin N in the mornings, 15 units in the evenings and sliding scale coverage with Humulin R with twice daily blood glucose checks.

On October 28, 2023, Mr. Jung was transferred from Norristown Psychiatric Hospital where he had been undergoing competency restoration back to PDP. Mr. Jung's medical records document that he was seen by Nurse Apollon in the morning for a screening encounter. Nurse Apollon contacted Nurse Practitioner Gay during his intake encounter.

A telephone encounter is present in Mr. Jung's medical records from Nurse Apollon to Nurse Practitioner Gay at 10:02 am with the message "Dr Gay Nurse Apollon Please order IP insulin

---

[9] https://professional.diabetes.org/glucose_calc
[10] https://professional.diabetes.org/glucose_calc

thanks". This message has a response time of 9:27 pm with the response "Please see intake orders written."

The receiving screening conducted by Nurse Apollon includes a question "Refer to midlevel practitioner or physician now," which is answered "No".

Nurse Apollon's note, signed at 10:03 AM, starts with "has type 1 diabetes BS is 542 states he hasn't gotten insulin for 3 days".

This encounter lists the chief complaint for Mr. Jung as "SMI SPI SUD," which are references to serious mental illness and substance use disorder, and also includes the following questions/responses:

> "Has inmate been previously diagnosed as SMI" No."
>
> "Do you have any other medical conditions? No." [occurs after infectious disease questions]
>
> "Have you been treated/hospitalized within the last year for any medical problems? No."
>
> "Are you on a diet prescribed by a doctor? No."
>
> "Have you ever been incarcerated before today? No"
>
> "Are you currently taking medications for any medical condition? (Including those for HIV/AIDS Diabetes, hypertension, Sickle Cell, Asthma, Epilepsy, hepatitis etc.) No."

This intake encounter also lists the following twice, "Patient's noncompliance with other medical treatment and regimen."

The past medical history in this note does not mention or document any review of Mr. Jung's recent hospitalizations for DKA or his history of recent DKA. This note does not include any documentation of review of Mr. Jung's insulin regimen as ordered after his DKA hospitalization or the regimen he was on prior to being transferred to Norristown for forensic restoration.

There is no review in this encounter of the insulin regimen Mr. Jung was receiving at Norristown or level of glucose control while at that hospital.

The assessment for Nurse Apollon's note includes "urine present for ketones encourage to drink plenty of water."

The assessment lists diabetes "without mention of complication, not stated as uncontrolled", orders Novolin N insulin 10 units twice per day, coverage with Novolin R insulin with a sliding scale, blood glucose checks twice daily and lists an ICD code of 250.01.[11] This encounter sets Mr. Jung's next provider appointment for chronic care (including his diabetes, cholesterol and thyroid issues) for 28 days later. This note also includes lab tests for 14 days later. This encounter note was signed at 9:48 pm.

---

[11] From https://www.aapc.com/codes/icd9-codes/250.01 . The code for type 1 diabetes with elevated blood sugar is E10.65 (used for encounter note 5/8/23) and the code for type 1 diabetes with ketoacidosis is E10.1 and the code for type 1 diabetes with unspecified complications is E10.8.

No re-assessment of Mr. Jung's ketonuria or elevated blood glucose is present later on October 28. No blood glucose result is present.

The intake form does not appear to have any field that documents yes or no for review of prior records. The intake form does not appear to include a list of current or prior health alerts.

On 10/30/28, a "Rule out TB" encounter is present from Medical Assistant Carrullo. This encounter includes a negative PPD reading. There is no documentation in this encounter of any re-assessment of Mr. Jung's ketonuria, elevated blood glucose or diabetes level of control.

A COVID-19 vaccine encounter is present with Nurse Ricks on 10/31/23 which documents Mr. Jung as refusing the vaccine. This encounter documents the medication orders continue for 10 units of Novolin N insulin and blood glucose checks twice per day and coverage with sliding scale Novolin R. There is no documentation in this encounter of any re-assessment of Mr. Jung's ketonuria, elevated blood glucose or diabetes level of control. The Yescare Patient Safety Review after Mr. Jung's death included a snapshot of the insulin and blood glucose checks he received in the time between 10/29/23 and 11/5/23. ((YesCare 3500)

| | 10/29 | 10/30 | 10/31 | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 |
|---|---|---|---|---|---|---|---|---|
| AM | BS 385<br>10 R<br>10 N | BS 268<br>8 R<br>10 N | BS 371<br>10 R<br>10 N | Refused (no form) | BS 290<br>8 R<br>10 N | No Show | BS 266<br>8 R<br>10 N | No Show |
| PM | BS 585<br>12 R<br>10 N | Not Doc | BS 500<br>No CRIC doc<br>10 N | BS 411<br>0 R<br>10 N | BS 245<br>6 R<br>10 N | BS 394<br>10 R<br>10 N | Not Doc | Refused (no form) |

A nursing encounter from Nurse Jeoboham is present in Mr. Jung's medical records dated 11/6/23 at 8:34 am. This encounter records that Mr. Jung was found unresponsive and that CPR was conducted by this nurse and two others but that Mr. Jung was declared dead by outside EMS.

Another encounter note from Nurse Practitioner Henderson-Hamwright describes the same emergency response, and documents that stretcher call was received at 6:04 am. This note states that Mr. Jung was unresponsive, breathing and that the blood sugar reading of the glucometer was "high". The note describes that Mr. Jung was noted to have stopped breathing while being transported to the clinic and that basic lifesaving efforts were initiated without effect. EMS was notified and their staff declared Mr. Jung dead at 6:47 am.

A physician note is also present from the time of Mr. Jung's death, written by Dr. Trivikram.

The discharge orders for medications present at the time of Mr. Jung's death included his cholesterol and thyroid medications and the following insulin regimens:

- Novolin N 10 units twice daily
- Novolin R 2-12 units twice daily

- Accu check twice daily

These records indicate that after his initial intake on 10/28/23, there was no subsequent assessment of Mr. Jung by a provider regarding his diabetes until he died on 11/6/23.

The MAR sheets for Mr. Jung's blood glucose checks after his return from Norristown show that the entry #6 (Not Documented) was recorded on the 28th, 30th or half of the 4 days recorded in October. The same code also appears for Mr. Jung's intermediate acting insulin (Novolin N) on these days. There are entries for the regular insulin (Novolin R) administration on October 29th and 30th but no values for the blood glucose reading or the number of units of insulin administered are present in the MAR sheets. There are no corresponding encounters in the medical records to reflect these aspects of care. The autopsy report for Mr. Jung identified his cause of death as diabetic ketoacidosis and the manner of his death as natural.

**Review of Additional Information**

I also requested to review medical records for patients like Mr. Jung, three of whom were sent to the hospital from CFCF, and one from another PDP facility, since 2022 for diabetes related complications at some point after their receiving screening/intake period.[12] I reviewed the medical records of 4 people who met these criteria. These patients exhibited several important similarities to Mr. Jung's case in their profiles of care and diabetes exacerbation.

These patients experienced numerous hospitalizations for worsening diabetes while in PDP.

- Patient 1 appears to have been transferred to the hospital with diabetes complications at least three times, including with hypoglycemia with seizures, hyperglycemia with ketonuria and hyperglycemia with vomiting (pp 240, 462, 516). 11/12/21 on p516, 12/13/21 on p462, 8/24/22 on p240
- Patient 2 appears to have been transferred to the hospital at least three times, including with hypoglycemia, DKA and fall with hypoglycemia (pp 129, 162, 214).2/2/22, 3/4/22
- Patient 3 appears to have been transferred to the hospital once with hyperglycemia and kidney failure (p 114).
- Patient 4 appears to have been transferred to the hospital at least two times past the initial receiving screening/intake period including with hyperglycemia with ketonuria and hypoglycemia (pp 302, 563).

Hospitalizations for Additional Records (after receiving screening/intake period)

| Name | Date/Page |
|---|---|
| Patient 1 | 11/12/21 (p516)<br>12/13/21 (p462)<br>8/24/22 (p240) |
| Patient 2 | 2/4/22 (p214)<br>2/22/22 (p129)<br>3/4/22 (p162) |
| Patient 3 | 5/25/22 (p114) |

[12] I reviewed four sets of records, reviewed above. There were three additional sets of records that fell outside these criteria, [REDACTED]. In addition, among the four people I did review records for, I did not review hospital transfers that occurred in the receiving screening/intake period.

| Patient 4 | 7/6/22 (p563)<br>1/12/23 (p302) |
|---|---|

I reviewed the MAR leading up to the most recent hospitalization for each of these four patients.

For Patient 1, his MAR shows the following. In the 11 day period before his third and most recent hospitalization with diabetes complications (8/13/22-8/23/22, p967), his accucheck was ordered for four times per day and was listed as 'not documented' 19 of 44 (43%) times it was ordered.

Patient 1's medical records also show that he had been diagnosed with seizure disorder as well as diabetes and had two prior hospitalizations with diabetes complications before August 2022. He had also been identified on 8/12/22 as being high risk based on his profile of insulin medications. (p248) There is a telephone encounter on 8/15/22 for elevated blood glucose to 508, answered by Eujudice Feverier. I did not find a NET encounter for hyperglycemia or actual clinical encounter on this date or any of the next seven days. There is a lab review without any apparent assessment of Patient 1 on 8/19/22, then the next actual progress note occurs on 8/23/22 with Dr. Wilbraham. (p242) It is unclear whether this provider spoke with Patient 1 because the only entry in the subjective section of the note is "BSs" and is it unclear whether the vital signs are new or not. The following day, an ER referral is present that reads "A 28 years old male was brought to medical triage via stretcher while having active seizures activities with hx of type1 diabetes. Blood sugar check 28, 1ml antivan given, glucose gel administered and 911 call initiated. Patient responsive to external stimuli and partially awake at this time. Patient was transported by 911 to Jefferson Torresdale ER" After his hospitalization, Patient 1 was returned to the PDP infirmary for 2 days before returning to a general population setting.

For Patient 3, his MAR shows the following. In the 11 day period before his most recent hospitalization with diabetes complications (5/14/22-5/24/22, p502), his accucheck was ordered for two times and shows that 13 of 22 accuchecks were listed as 'not documented' or 'no show' (59%) of times it was ordered. There is another set of similar appearing accucheck orders for the same time period with 9:00 and 21:00 time rows which is essentially blank across the 9:00 time and shows only 9 of 22 boxes with a staff initial entry, leaving 13 boxes with some other entry. These boxes with a staff initial entry in this second set of accuchecks do not appear to supplement the previous set because the boxes with staff initials in the second set are already marked with a set of initials in the initial set.

CFCF-B1POD1 Medication Administration Record May 01, 2022 - May 31, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CFCF-B1POD1** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **CFCF-B1POD1** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Accu Chek - Reading as directed** | 09:00 | 6 | 6 | OO | 3 | OO | OO | DV | 1 | CF | 1 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 1 | 6 | 6 | 6 | 6 | | | | | | |
| | 21:00 | 6 | TP | AK | NA | AN | AK | KF | AK | AN | AK | AK | AN | AK | AK | 6 | 6 | AN | AK | KF | JO | NA | MH | AK | OT | | | | | | | |
| TRT TWICE DAILY for DX(Self-repor) U001.00 Rx S142714762 O/D:02/27/22 D/C:05/25/22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prescriber: GEORGE , SIGY | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Accu Chek - Reading as directed** | 09:00 | BC | BC | OO | 3 | OO | OO | DV | 1 | CF | 1 | 1 | OO | OO | OO | 6 | 6 | OO | OO | OO | OO | 1 | OO | OO | 6 | OO | NA | 6 | 1 | 6 | | |
| | 21:00 | 6 | TP | AK | AK | AN | AK | KF | AK | AN | AK | 7 | AN | AK | AK | 6 | 6 | AN | AK | 6 | JO | NA | 6 | LN | OT | 1 | 6 | 6 | 6 | | | |
| TRT TWICE DAILY Rx S145800342 O/D:04/14/22 D/C:05/29/22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

I also reviewed the hospital records for Patient 3 leading up to his May 2022 hospitalization. The day before his hospitalization, there is a lab review with multiple abnormal results from blood and urine tests indicating anemia, kidney failure or damage. His medical encounter on the day he was sent to the hospital indicates that he was called to the clinic because of a blood glucose reading over 600, but then the provider documents that he also reviewed the lab results at that time and noted the abnormalities. (p120) Review of his medical records shows one blood glucose value of 193 on 5/24/22 at a medical clearance encounter but neither his progress notes nor his MAR show the other blood glucose values that were obtained. I did not see any other accucheck readings in the vital signs summary at the start of his medical records (pp 1-12) or in the MAR sections.

For Patient 4, his MAR shows the following. In the 11 day period before his most recent hospitalization with diabetes complications (1/1/23-1/11/23, p2763), his accucheck was ordered for two times per day and was listed as 'not documented' 8 of 22 times (36%) it was ordered.

I also reviewed the medical records for Patient 4 leading up to his hospitalization on 1/12/23. He was seen for hypoglycemia by PA McKinney on 1/5/23, with a blood glucose of 35. That encounter includes the following;

> "IP known to this provider for frequent hypoglycemic episodes most notably in am (~8-10am); Per triage nurse: "Pt was a stretcher call at 9:20. Pt was awake but not responding to questions. Pt was given 2 sugar packets by LPNs on unit. BG at 9:28 was 30. BP 141/80, HR-79 and pox 97%. Pt was given tube of glucose gel at 9:30 and recheck of BG was 35-pt unable to respond to questions but awake."

There does not appear to be any clinical follow up the next day by a provider, or any of the following days until he is sent to the hospital with blood and ketones in his urine on 1/12/23, 7 days after this episode. I did not see any recording of daily blood glucose results in the vitals section of these medical records or in the MAR and during this period leading up to his hospitalization, I only observed a recorded results on the 5th and 12th of January.(pp 302, 312)

For Patient 2 her MAR shows the following. In the 7 day period before her most recent hospitalization with diabetes complications (2/25/22-3/3/22, pp 440, 465), her accucheck was ordered for two times per day and was listed as administered for all 14 of those times.

I also reviewed the medical records for Patient 2 leading up to her hospitalization. The encounter note on 3/4/22, the physician notes that nursing staff reports multiple recent episodes of hypoglycemia and also suggests that the patient was willfully manipulating her blood sugar;

> "I just got a call from MOD 3 nurse saying that this patient's BS was 34 and she was disoriented. She reports that the patent was spitting out the glucose gel they were giving her (intentional or related to her change in MS?) The nurse was frustrated reporting that she has had low BS a couple times in the morning lately." (p 129)

Her medical records include an encounter/NET for hypoglycemia on 3/3/22 but the most recent progress note or NET before that point is 2/24/22 (pp 145, 156). This is the date of this patient's previous transfer for DKA. I did not see any recording of daily blood glucose results in the vitals section of these medical records or in the MAR. This patient was sent to the infirmary upon hospital discharge

I have reviewed the 30 (b) (6) deposition transcript of Major Patricia Powers, one of the custodial leadership at PDP. Major Powers described how the medication administration process proceeds in PDP in general population and locked housing areas, including the officers announcing the presence of nursing staff for medication administration (p25) as well as the blood sugar checks for diabetic patients (p29). Major Powers testified that patients retain the right to not go when called for medications and that these instances trigger an entry by staff into the Red Flag Medication Policy; "So in general I announce medication and inmates choose not to go, they have that right to choose not to go. We do not force them to go. And then place into what we call the Red Flag Medication Policy. And then medical reviews those MARs, the medication administration records." (p31) Major Powers also testified that patients on this Red Flag list are given to security staff who then must bring the patients to medical staff for counseling and/or evaluation; "They place them on a Red Flag Medication Compliance List provided to the security staff. We then have to bring those inmates to medical staff, usually in the medical area where the inmate is counseled on missing, whether it be three straight doses of a life-sustaining or patterns or just refusing certain medications." (p32) Major Powers testified that there were no audits of the functioning of this Red Flag Medication policy and that this was a shared process between medical and security staff. (p34)

I have also reviewed the deposition transcript of Blanche Carney, the former Commissioner of PDP. Commissioner Carney described the Red Flag Medication policy and that when a patient refused three medication doses, refusal forms would be utilized for the refusals and the patient would be assessed by health staff. (p30) She also testified that refusal would be documented in the Lock and Track system, which medical staff had access to, but that a phone call would also be made to health staff about refusal. Commissioner Carney also testified that if a person did not come to the line for medications, but was on the list for medications, medical staff would be notified;

"Q. Did correctional staff have a responsibility to notify medical staff if an inmate was not going to med-line to receive their medication?

A. If they were on the list of individuals scheduled to receive, they would be required to notify that the individual is not coming to the med-line.

Q. And how would they make that notification?

A. That notification is usually made through a phone call, and then there's a documentation on the refusal form." (pp 31,32)

Commissioner Carney also testified that she did not recall specific responses put into place regarding an outside auditor's findings that chronic are refusals were not being documented. (p 42). When asked about how correctional staff respond to a patient not leaving their cell/coming to medication administration, Commissioner Carney responded "Depending on the duties or activities of the day, the officer is going to notify that the person is not showing. And then after they've done whatever duties there are presently completed they can then as part of their tour of the area, walk around, engage the individuals, and notify medical that the person did not report or wasn't sent." (p 46)

I have also reviewed the deposition transcript of Sandy Varghese, a nurse who works as the County Healthcare Coordinator, which she describes in the following manner; "But I oversee the health care contract for the City of Philadelphia." (p 13) She testified that she conducted some audits of care herself and also relied on the outside auditors for their twice per year reports as well as some comments from them in the wake of deaths among PDP patients. (p 21) She also testified that she did not conduct audits regarding diabetes care but that the vendor, YesCare, did some audits relating to diabetes and gave these reports to her although she could not recall the results or findings of these audits. (p 24) When Ms. Varghese was asked about the outside monitors assessing the need for emergency department transfer because of inadequate care in PDP, she responded as follows:

"Q. Did he ever look at whether or not somebody has to go to the emergency room because they are not getting the level of care they were supposed to while in PDP custody?

A. He has not looked at that specifically." (p28)

She also testified that she did recall improper handling of refusals as something that had been raised in quality improvement settings but could not recall the specific times this had occurred. (pp 28, 29)

I have reviewed the deposition transcript of Mariesha Apollon. Ms. Apollon worked in PDP as a nurse at the time Mr. Jung was incarcerated in 2023. Nurse Apollon reported working in both intake and medication administration roles in PDP. She also testified that she received no training on how to utilize the refusal forms at CFCF. (p54) She also testified that at some point, she had reached out to YesCare (a nursing supervisor named Smith) for direction on how to handle medication refusals and was told that there was no specific or additional training for her. (p53)

I have reviewed the deposition transcript of Dr. Lalitha Trivikram who worked at PDP for YesCare and was the site Medical Director at CFCF in late 2023. Dr. Trivikram testified that she reviewed paperwork for hospital returns when it was placed in her inbox but that it did not always occur that this paperwork was placed into her inbox. (p37) She also testified that she reviewed medical records several times for Mr. Jung in relation to hospital returns. (p122) When asked about infirmary placement for patients returning from hospital admissions, she testified as follows:

> "When a patient returns from the emergency room after an inpatient stay, do they come back to CFCF if they left from CFCF; do they go to the Detention Center for the infirmary? Does it depend?

A. They usually end up in the infirmary, and they are in the infirmary until they're seen by the infirmary doctor. On rare occasions, if there is limited space in the infirmary and the patient is returning in very stable condition, they may get transferred back CFCF.

Q. But the normal practice is for the person to go to the infirmary after an inpatient stay?

A. Yes."

When asked about missing glucose measurements from MAR records, Dr. Trivikram testified that those glucose reading might be stored elsewhere besides the MAR part of the patient's records, but when asked whether each patient's electronic health record included their actual blood glucose results, she testified as follows:

"Q. When you pull up a patient's electronic health record, does it have glucose readings in it for a diabetic patient?

A. In ECW, unless it is checked at the time of an encounter, no."

When she was asked further about whether each blood glucose reading was somehow present in a patient's electronic medical record, she testified "I don't know if they pull the Accu-Cheks and put them in the Electronic Health Record. They pull this, the Medication Administration Record, and put that in. I do not know if the Accu-Cheks get put in there as well." (p176)

When asked about the documentation of insulin being "Not documented", she testified that this might mean that the medication was given, but it also might mean that is was not given:

"Q. Okay. If it was not documented, if it was not administered, or the Humulin was not administered, should that have triggered a red flag incident?

A. If it was not administered, then yes. But if it's not documented, that doesn't necessarily mean it was not administered."

When asked how or why insulin could be recorded as not documented in one part of the medical record but also be recorded as given in another view of the patient's medical, she testified "It's an imperfect system."

When asked about increasing or changing the frequency of blood glucose checks and insulin administration for a patient, Dr. Trivikram testified that this was "challenging" and when asked whether the infirmary was a place that this level of care could be accomplished, she testified that "The infirmary, yes, but the infirmary level of care is for patients who require a lot more than just a specific insulin time. They require wound care, they're paraplegic. They need to be turned, they need to be moved. It's for a much higher level of care."

When asked how Mr. Jung's level of care was increased or tailored after his progressive hospitalizations, Dr. Trivikram testified as follows:

"We continued the same things we always did. We continued to try to see him for chronic pain. We continued to try to get him his blood work. We continued to send him to off-site appointments. We continued to try to administer insulin. We continued to do everything we could, but we could not overcome his noncompliance and his persistence in noncompliance with diet, which we did not have any control over, or his walking out of visits with providers, which we could not control. So we provided the same standard of care that we would for every patient

every time Mr. Jung returned." (p180) When asked about seeking outside specialty care for Mr. Jung, she testified "We tried to send him out to an endocrinologist; we tried to get a specialist to help us out, but there was literally no one who could help us with the noncompliance." (p181)

When asked specifically about the hospital discharge plan for Mr. Jung in March 2023 that stated he needed an additional dose of mealtime basal insulin and blood sugar checks four times per day, Dr. Trivikram testified as follows;

"Q. It says here the patient's blood glucose needs to be monitored four times per day. He would need a base dose of mealtime insulin in addition to sliding scale, as well as basal insulin. Do you know if Mr. Jung was ever prescribed Accu-Cheks four times a day?

    A. I don't think he was prescribed four times a day. We couldn't get him to comply with twice a day. So I don't know that it was specifically ordered for him four times a day." (p219)

She also stated that checking insulin four times per day would be possible at CFCF "With a compliant patient, we could try to make it work, yes." (p219)

When asked whether Mr. Jung's prior medical records should have been reviewed by the provider on 10/28/23 when he arrived from Norristown with a blood glucose level of 542 and ketones in the urine, Dr. Trivikram testified "Again, they could have looked into the history." (p227). When asked if anything further should have been done for Mr. Jung, Dr. Trivikram testified that a blood sugar check should have been repeated in an hour or two but did not mention any follow up for symptom check or need for further evaluation based on the positive ketones. In addition, she testified that a 14 day period for lab tests was "not unreasonable". (p239)

When asked about how a provider would see a red Flag notification for a patient, Dr. Trivikram testified that "It may have been something that nursing staff informed her of, that the patient had been missing doses of insulin." (p244)

I have reviewed the document "YesCare Clinical Pathways: Diabetes Mellitus". This document does not appear to be a site-specific policy relating to PDP but does include general guidelines for correctional diabetes diagnosis and management. This first element listed under evaluation and management is "Prior A1C and blood sugar results". This document also indicates that for any A1C over 8, the test should be rechecked every three months. The section on the insulin coverage protocol (Corrective Regular Insulin Coverage, CRIC) states that a provider order is required for this medication and that blood glucose logs must be reviewed "at least weekly to make necessary adjustments to basal regiments with the goal of eliminating the need for CRIC."

I have reviewed the PDP Special Investigations report for Mr. Jung. (City-Jung-0001), which found negligence in his death from both correctional and medical staff. This report identifies several problems in the care provided to Mr. Jung including correctional and medical staff not monitoring or rendering aid to Mr. Jung as required as well as failures to call for emergency response equipment and failure in how refusals of care/treatments were handled. This report also identifies numerous refusals of insulin and blood glucose checks that were never entered into the PDP Red Flag system.

I have reviewed the PDP Special Investigations reports on 58 deaths in the PDP. (CITY014194-CITY015338). These reports span approximately 900 pages and many of these cases included substantiated findings regarding failures to render care or aid to a person in distress or adequately monitor a person.

Many of these cases included findings that correctional staff failed to properly monitor or respond appropriately to a patient in medical distress outside the infirmary, including the following deaths:

1. SI-14-10-02 (2014)
2. SI-17-00235 (2017)
3. SI-18-00014 (2018)
4. SI-19-00088 (2019)
5. SI-19-00145 (2019)
6. SI-20-00045 (2020)
7. SI-20-00231 (2020)
8. SI-21-00225 (2021)
9. SI-21-00003 (2021)
10. SI-22-00105 (2022)
11. SI-21-00059 (2021)
12. SI-21-00234 (2021)
13. SI-21-00027 (2021)
14. SI-21-00009 (2021)
15. SI-21-00106 (2021)
16. SI-20-00149 (2020)

Several cases had findings that specifically related to medical staff not adequately responding to a patient in distress or correctional staff not taking required steps for patient refusals or making a health referral for a patient in the Lock and Track system. These included the following;

1. SI-18-00082 (2018)
2. SI-19-00145 (2019)
3. SI-19-00088 (2019)
4. SI-22-00105 (2022)

In addition to these records, I have reviewed the YesCare Patient Safety Event Committee Report from 6/23/25. (YesCare This document identifies several problems with the care for Mr. Jung, including the following;

- Nursing staff not properly document urine test
- Nurse filing to utilize Hyper/Hypoglycemia NET during intake screening or schedule a follow up
- Nursing staff failing to properly document hyperglycemia
- Nurses improperly documenting "No Show" for insulin including no CRIC documented
- Nurses failing to document in the EMAR
- Nurses filing to obtain signed refusals or schedule red flag appointments
- Provider failing to follow up after being notified of a patient with BS 542 and positive ketones

I have also reviewed a document titled "Chart 18 Jung Corrective Action Plan". This document includes 13 "opportunities for improvement" which correlate with the problems identified in the Patient Safety Event Committee Report. Twelve of the 13 items are addressed with a strategy that involves the retraining or signature of acknowledgement of an individual person. One other item was marked as pending at the time the document is written.

I have also reviewed YesCare diabetes audits or quality assurance reports leading up to Mr. Jung's death, from July 2022 through August 2023.(Charts 2,3,4,5,6) these audits do not appear to include two of the most basic and critical parts of diabetes care, whether the patients are having their blood sugar checked as needed, and whether they are receiving insulin as needed. The areas included in these audits relate to long term diabetes control, such as laboratory testing for HbA1C and vaccination status, but there is no review or audit of the areas relevant to every patient in jail with insulin dependent diabetes, blood sugar checks and insulin administration.

I have also reviewed a YesCare document titled "Insulin Re-Audit September 2024". This document presents several areas of needed improvement in diabetes care within the PDP.

**Findings:** Review of the information I have detailed above indicates the following failures in the care provided to Mr. Jung while in PDP.

1. <u>Failure to provide basic care for diabetes.</u>

The care provided to Mr. Jung in the care of PDP was deeply flawed. When Mr. Jung arrived in the facility 10/28/23, there was no review of his prior records or insulin regimen to understand that he had been recently hospitalized multiple times with DKA, a potentially fatal complication of diabetes. This is a failure by the nurse and the provider, since both had access to his prior records and should have reviewed them for warnings about potentially fatal or serious health problems, including recent hospitalizations for DKA. This also reflects a failure of the health service to have a process that makes this type of review mandatory. Given the serious presentation of Mr. Jung, with markedly elevated blood sugar and ketones in his urine, it was also imperative that he be assessed by a provider at the time of his intake, not simply screened by a nurse, to make an assessment of whether he was again slipping back into DKA.

This failure was compounded by the lack of any adequate response to Mr. Jung's extremely elevated blood glucose level of 542 and the presence of ketones in his urine. This combination represents potential DKA and absolutely requires a higher level of assessment that includes measuring the anion gap determining the level of fluid shift/loss and initiating close monitoring of his electrolyte, blood sugar and hydration levels. This is the type of assessment, treatment and monitoring that requires hospital transfer.

Mr. Jung's case exhibits several other failures in his diabetes care before his return from Norristown Hospital on 10/28/23. One of the most glaring failures is the broken system for recording of actual blood glucose values in Mr. Jung's medical records. The testimony of the Site Medical Director, Dr. Trivikram, highlighted that blood glucose might or might not be present in the MAR or the patient's electronic health record. This is extremely damaging to the care of a patient like Mr. Jung because both nurses and providers need to see the blood glucose values alongside the insulin administrations when they are reviewing his health status.

It is also apparent that the Red Flag system and overall refusal practices were deeply flawed in Mr. Jung's case and more generally for PDP patients at this time. Major Powers testified that the Red Flag process that involved both custody and health staff whereby a patient who misses medications or care would be identified by medical staff via their MAR's and then placed on the Red Flag list so that security could take some action. Major Powers testified "They place them on a Red Flag Medication Compliance List provided to the security staff. We then have to bring those inmates to medical staff, usually in the medical area where the inmate is counseled on missing, whether it be three straight doses of a life-sustaining or patterns or just refusing certain medications". There is no evidence in Mr. Jung's medical records that this process was being followed with any consistency and the YesCare Patient Safety Committee meeting regarding Mr. Jung also documents failures in this area. The testimony by Major Powers that there were no audits of the Red Flag system helps to explain why it was not functioning for Mr. Jung. Any system that requires so many steps and multiple types of staff is prone to breakdowns or simply not being performed unless carefully overseen.

Dr. Trivikram testified about another area of ambiguity relating to whether a patient not receiving medication would trigger a Red Flag appointment. She testified that a patient's medical records might indicate their insulin or other medication was recorded as not documented but that "If it was not administered, then yes. But if it's not documented, that doesn't necessarily mean it was not administered." This confusing system appears to reflect the reality that some patients may have their medication recorded as not documented in one part of their medical records but that the medication might be documented elsewhere as administered. Based on my own experience overseeing medication administration, this type confusing system reduced the likelihood that staff will know with certainty that a medication was not given and thus, may simply not create Red Flag appointments or notifications.

My review of the available information indicates that these failures reflect systemic problems with how health care is delivered at PDP, not simply individual errors. The most alarming failure in Mr. Jung's case is that when he was seen with dangerously elevated blood glucose and ketones in his urine, he was not transferred for a higher level of assessment. The systemic nature of this exact problem was identified in an internal YesCare review many months after Mr. Jung's death.

The Insulin Adherence Re-Audit from September 2024, had the stated goal of "an audit was conducted to analyze insulin administration adherence in the Philadelphia Department of Prisons." This internal review included data from dozens of diabetic patients across PDP sites and reached the following conclusion; "**Areas In Need Of Improvement:** Treatment of patients with a high blood sugar has not improved."

Based on my review of Mr. Jung's records, there are multiple systemic contributors to these failures. The intake form utilized when Mr. Jung returned to PDP did not have a clear and required field to document review of prior records. This is an important element to include in the initial intake form so that the health staff seeing the patient entering the facility review prior diagnoses, hospitalizations and medication regimens. Mandating this type of review (along with quality assurance to ensure that it occurs) is essential to identification of high risk patients like Mr. Jung.

The failure to ensure that Mr. Jung was re-assessed in the hours after his intake for his diabetic control is a glaring error that also may reflect a systemic problem. Mr. Jung needed hospital evaluation for assessment of potential DKA, but even with that error made by the provider who saw him, it is stunning that there was no automatic encounter generated to be reassessed later on the 28th or early on the 29th when he was seen for a blood glucose over 500 and with a urine test showing ketones in his urine. This failure reflects a lack of adherence to the YesCare Diabetes Clinical Pathway. Based on that document, Mr. Jung's blood glucose should have been rechecked after 2 hours and he should have been seen by the provider the next day.

Another systemic failure is the lack of automatic recording of blood glucose values into the medical record of a patient. Any medical exam or test result obtained as part of a patient's care must be included in their medical records. These results are commonly included in flow sheets for vital signs and other basic diagnostic tests that can be reviewed in trends over time. I did not see any such records in Mr. Jung's medical records. The need for a medical record that includes a patient's diagnoses, diagnostic tests, flow sheets of significant findings and treatments and other basic elements is one of the essential standards of the National Commission on Correctional Health Care.[13] In the case of diabetes, tracking blood sugar values together with patient insulin regimen and HbA1C is critical for assessing glycemic control. Mr. Jung's last HbA1C value was an alarming 12.7 in February 2023. This represents a significant increase from an already elevated level and indicates a rapid worsening of his level of control over prior months. Increasing HbA1C is associated with numerous serious complications including increased risks for cardiovascular disease, kidney disease and death.[14] When he returned to PDP, there was no review or appreciation of that extremely elevated value, but equally problematic, there is no record of the few blood glucose checks that did occur between October 28th and November 6th. These checks are documented as occurring several times, and administration of regular insulin is also documented albeit without documentation in Mr. Jung's medical record of the dose given. Failure to document the blood glucose values and regular insulin administration dosages for Mr. Jung within his electronic health record contributed to the lack of clarity about his worsening level of glycemic control and these appear to reflect systemic problems with how the health

---

[13] NCCHC Standards for Health Services in Jails. 2018. Standard J-A-08, Health Records.
[14] https://pmc.ncbi.nlm.nih.gov/articles/PMC4395238/ and https://pmc.ncbi.nlm.nih.gov/articles/PMC2766035/.

service operated. Based on review of this information, it is clear that YesCare failed to provide adequate diabetes care for Mr. Jung.

2. <u>Failure to house Mr. Jung in the Jail Infirmary prior to his death</u>

By the time Mr. Jung returned from his inpatient psychiatric stay on 10/28/23, he had already been sent to the emergency department 6 times with DKA and hyperglycemia. His HbA1C has skyrocketed from 9.3 to 11.2 to 12.7. His medical records were full of over 1000 instances of medications (including insulin) and blood glucose checks being not documented, refused, or him being a 'no show'. He was clearly a patient with a serious illness that was not controlled and who had already become so ill as to need hospitalization numerous times. It is hard to conceive of a patient who needed an infirmary setting more than Mr. Jung and the failure to immediately house him in the PDP infirmary reflects a failure of the provider who saw him, but also a failure of YesCare and PDP because of the lack of effective alerts to trigger this automatic transfer.

The consistent opinion of YesCare clinical leaders that Mr. Jung did not need or deserve infirmary level care appears driven by two conflicting opinions, both of which are dangerous and wrong. The first erroneous opinion, reflected by both Dr. Bradley's actions and Dr. Trivikram's actual testimony, is that needing a regimen of insulin and glucose checks four times per day was not sufficient to warrant infirmary level of care. This is exactly what hospital physicians stated was necessary when Mr. Jung returned from his DKA admission in March 2023, his 5th hospital transfer for diabetes complications. His DKA was expressly attributed to the lack of this level of care was expressly called out by in his hospital discharge plan.

The second erroneous opinion expressed by Site Medical Director Dr. Trivikram is that Mr. Jung did not warrant or deserve infirmary level of care because of perceived refusals. When an incarcerated patient is perceived as not following a life-sustaining plan of care in general population, infirmary level assessment/care is exactly what they and the health service need. This is essential to understand the reasons behind their issues with compliance and come to grips with the potential contribution of their own poorly controlled disease, other medications or mental health issues as driving what is perceived as willful noncompliance. It is also essential to utilize the infirmary to maximize the care and monitoring for patients who are known to face serious or fatal outcomes if their disease is not better controlled. Mr. Jung was known to be such a patient after his numerous hospital transfers for DKA.

The note by Dr. Bradley on 3/20/23 marks a clear decision point by YesCare to ignore the direction of hospital physicians that the status quo was not working and that Mr. Jung's DKA was attributable to systemic flaws in their plan of care, not Mr. Jung's so called noncompliance. Dr. Bradley documented the rejection of hospital recommendation for four times daily blood glucose checks stating that this was not possible due to staffing shortages at PDP. This represents a conscious decision that refused a higher level of care for Mr. Jung despite clear communication that this higher level of care was needed to prevent potentially fatal DKA.

The testimony of Dr. Trivikram, who was a Site Medical Director at CFCF, also echoed the same overt decision that a patient who needed a higher level of care to receive insulin and glucose checks would not be an appropriate infirmary patient. She testified that this was "challenging" and when asked whether the infirmary was a place that this level of care could be accomplished,

she testified that "The infirmary, yes, but the infirmary level of care is for patients who require a lot more than just a specific insulin time. They require wound care, they're paraplegic. They need to be turned, they need to be moved. It's for a much higher level of care."

Despite the hospital physician clearly documenting that Mr. Jung had suffered a potentially fatal complication of diabetes, DKA, and that this complication was attributable to the insulin and blood glucose checks occurring only twice daily, Dr. Trivikram repeated the opinion that Mr. Jung's diabetes complications were the product of his own compliance not the lack of a higher level of care.

Even if Mr. Jung's worsening health was driven in part or whole by his noncompliance with medication and glucose checks in the general population setting, transfer to the infirmary was needed so that staff could work with him to understand the source of his issues with compliance and work to provide a higher level of care. My own experience as a physician, Medical Director and Chief Medical Officer of a jail system is that patients who require life-sustaining medications or treatments and who appear to have compliance issues in general population are exactly the type of patients we need to quickly transfer to the infirmary to understand the true issues with their care, maximize the monitoring and treatment we can provide and reduce their risk of death. Three groups of patients who fit this profile and for whom I directed infirmary transfer when there were apparent issues with compliance with life-sustaining care were patients with insulin dependent diabetes, epilepsy and hypertension.

There is well-established confusion and overlap between refusals of care and patients with uncontrolled diabetes exhibiting behaviors that are actually a product of their disease complications. A 2019 review of "High Risk Situations for Diabetes Patients" in CorrectCare (the NCCHC Journal) stated "Recognizing that the behaviors exhibited are related to the diabetes and not behavioral or noncompliance issues is essential and potentially lifesaving."[15]

Concrete examples of this issue are apparent in Mr. Jung's medical records. The series of events between 1/20/23 and 1/23/23 are one example. The medical records from this time show that staff were failing to conduct adequate clinical assessments, continuing to state that Mr. Jung was refusing care, and essentially ignoring his developing medical emergency as a potential contributor to his ability to even understand and engage in his care. During this time, the note by PA Sarskaya on 1/20/23 documents that "Pt is not coming out for any medication or accu check . pt is complaining of pain and said that's why he isn't coming out (per referral )." But this note has a blank assessment and plan and there is no follow up later that day or anytime subsequent about the type of pain causing Mr. Jung to not come out of his cell. He was ultimately diagnosed with DKA and pneumonia several days later and these failure represent extremely substandard care. The next provider encounter two days later by NP Henderson-Hamwright documents that Mr. Jung was experiencing hyperglycemia and ketones in his urine as well as nausea, vomiting and wanting to lay on the stretcher. But this encounter at 8:30 am does not include any assessment of potential DKA and also fails to trigger any follow up by a provider later in the day. These encounters clearly show Mr. Jung experiencing a serious worsening of his health and inability to engage in his own health care. But even on the day he was vomiting with elevated blood glucose and ketones in his urine, his desire to lay on a stretcher and thirst was interpreted as refusal of care. Even in this weakened and dire state, Mr. Jung was not seen again by a

[15] High Risk Situations for Patients With Diabetes. Correct Care. Vol. 33, Issue 1, 2019, p11.

provider that day or the following night. When he was finally seen the following morning, his health and mental status had deteriorated to the point that nursing staff documented "pt continues to be disoriented unable to obtain urine sample, pt seen by triage provider n/o to send pt out VIA 911, for further eval".

3. <u>Failure to conduct basic oversight of the adequacy of care leading up to Mr. Jung's Death</u>

I have identified in the finding above that YesCare failed to provide adequate diabetes care for Mr. Jung . The information I have reviewed also reveals a glaring lack of clinical oversight by the County of the adequacy of care that YesCare was providing.

Testimony by the County's own contract manager, Nurse Varghese, indicates that the County did not conduct any independent audits concerning diabetes care and she could only recall generally that the vendor, YesCare, had performed some sort of audits relating to diabetes but could not recall the details or times they were conducted. She also indicated that the outside physician monitors employed by the County had never looked to see whether lapses in diabetes care led to preventable hospitalizations.

The YesCare diabetes audits leading up to Mr. Jung's death do not appear to include two of the most basic and critical parts of diabetes care, whether the patients are having their blood sugar checked as needed, and whether they are receiving insulin as needed. These are two critical tasks relevant to every patient in jail with insulin dependent diabetes, blood sugar checks and insulin administration. The failure of Yescare to review or audit these aspects of care should have prompted the County to undertake their own audits of these areas.

This failure to effectively monitor YesCare's diabetes care represents a serious deficiency by the County because complications of diabetes are a common source of morbidity and mortality in jail healthcare. In addition, PDP itself had experienced numerous patient hospitalizations for diabetes related illness in the years before Mr. Jung's death. There were more than 60 hospital transfers of patients with apparent diabetes complications among patients within PDP custody between 2020 and the time of Mr. Jung's death in 2023. In addition, review of the YesCare audits relating to diabetes care before Mr. Jung's death (Charts 2,3,4,5,6) showed there was no tracking of insulin administration or blood glucose monitoring for patients.

A central aspect of the Country's oversight failure leading up to Mr. Jung's death is the purported "Red Flag' system that was supposed to capture key refusals or missed care instances so that morbidity and mortality could be prevented. The PDP report on Mr. Jung's death identified numerous instances when Mr. Jung's refusals of insulin and blood glucose checks were never entered into the PDP Red Flag system. Deposition testimony of Major Powers indicates that there was no regular auditing done of this system.

The lack of effective oversight and guidance for how to handle refusals was also apparent in the testimony of Nurse Apollon. She testified that she sought but did not receive additional training on how to approach insulin refusals among diabetic patients.

The failures in the Red Flag system were made worse by the confusing and inoperable approach to recording blood glucose levels in the YesCare electronic medical records. Dr. Trivikram described a system that allowed for some people to have "Not Documented" entered into their

MAR when a task was actually completed while others might have entered "Not Documented" when the task was not done. Dr. Trivikram also testified that blood glucose results might or might not be pulled into the patient's MAR or medical records.

One of the mandated tasks in the YesCare Clinical Pathways document for diabetes was review of prior blood sugars and weekly review of blood glucose logs by a provider. This type of review was nearly impossible given the lack of clarity about whether these results were located and also given how prevalent the problem of accuchecks simply not occurring was. This is exactly the type of systemic problem that County oversight should have detected because it seems to reflect an interaction between how their vendor provided care, how the electronic medical record stored or recorded blood sugar results, and how workflows for nursing and medical staff intersected.

My review of the PDP Special Investigations reports for 58 deaths in the PDP. (CITY014194-CITY015338) also showed that there were multiple sustained findings when officers and/or medical staff failed to make rounds or render emergency care. This is relevant to the lead up to Mr. Jung's death because like the failures in the "Red Flag" system, these findings indicate an inability to keep patients safe or monitor their well-being. These types of documented failures should have prompted the County to implement auditing of nonfatal medical emergencies to track and improve routing monitoring and emergency responses. This knowledge should have also triggered auditing by the County of the infirmary referral process to ensure that patients who could suffer fatal outcomes when not properly cared for or monitored would be reliably sent for increased monitoring and care in the infirmary. This is very relevant to Mr. Jung's case because while two of the additional cases I reviewed did show that diabetic patients were sometimes sent to the infirmary for more monitoring and care, this was not done for Mr. Jung.

In addition, the County's outside physician auditors appear to have identified problems with how refusals were handled, without apparent corrective action plans. Taken together, the knowledge that patient deaths (in 16 instances) involved a failure to monitor or render aid, and that flaws existed in handling refusals should have prompted the County to ensure that any patients who were identified as high risk were cared for in an infirmary setting, especially when those patients required care beyond what was available in the general population setting. This knowledge also should have prompted auditing of refusal processing as well as tracking how lapses in diabetes care and other chronic health problems led to hospitalizations. Instead, Dr. Bradley seems to have documented very clearly on 3/20/23 that the systemic problem of not having a way to safely care for Mr. Jung in general population setting would simply result in a lower level of care than he needed.

The NCCHC essential standard on Continuous Quality Improvement clearly identifies that "One essential element of quality improvement is the monitoring of high-risk, high-volume, or problem prone aspects of health care provided to patients.[16] Three of the core areas of care to be monitored in this standard are chronic care, transfers to urgent/emergency care and infirmary care. Review of information in this case indicates that leading up to Mr. Jung's death, the County was simply not monitoring whether their patients with diabetes were receiving adequate blood glucose monitoring, insulin administration, the refusal and Red Flag process. Further, the

[16] NCCHC Standards for Health Services in Jails. 2018. Standard J-A-06, Continuous Quality Improvement.

information I have reviewed indicates that the Country was failing to monitor the very basic question of whether failures, lapses or deficiencies in diabetes care were contributing to diabetic complications and hospitalization.

The relevance for reviewing the additional cases of Patients 1-4 is to provide better understanding about whether the deficiencies in Mr. Jung care represented systemic problems with the health service. As I have detailed in my methodology section, a systemic problem is one that does not involve a single person's error in judgment or action but instead represents a feature of how the health service operates, with built in deficiencies in workflow, oversight, training or staffing. Systemic problems can occur across different patients and across time as the built-in deficiencies go unaddressed. Finding a systemic problem in health services is different than conducting a research study to determine the exact prevalence of that problem with fixed confidence intervals. I have taken both approaches numerous times in correctional health settings but the first step is to identify the presence of a systemic problem. In the case of Mr. Jung, his records show multiple gross deficiencies in the care he received leading up to his death and review of these additional four medical records also provides insight to how these problems were systemic, not just one off or unlucky outcomes.

These records show that prior to Mr. Jung's death, there were other patients experiencing life-threatening complications with diabetes who were not being re-checked after their blood sugar was found to be dangerously high or low. These records also show that many of the instances when blood sugar was ordered to occur, it was not done, either with of a 'not documented' code or some other reason. Finally, these records also show that lack of a clear tracking of blood sugar values in the medical records, something that was also present in Mr. Jung's case and which was also identified by the Site Medical Director in her testimony as "imperfect".

These problems reflected deficiencies in how the health system operated, not a failing of one single person. It was the County's responsibility to monitor this critical area of care but by their own admission, they conducted no independent audit of diabetes related care. They also failed to look retrospectively at diabetes-related hospitalizations to assess whether a lack of care contributes to the hospitalization, something that would quickly identify multiple problems with both the care being provided by the vendor, and their internal quality assurance efforts.

It is clear that the County had more than adequate knowledge about key failures in the YesCare approach to patient care before Mr. Jung died. The County's own physician auditors had identified problems with refusal processing for which there was no corrective action plan. The County had failed to conduct independent audits of the diabetes care or whether lapses in care contributed to emergency hospital transfers before Mr. Jung died, despite ample evidence that patients with diabetes (including Mr. Jung) experienced numerous hospitalizations for complications of diabetes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 3, 2025.

Homer Venters MD, MS

**Dr. Homer D. Venters**
hventers@gmail.com

**Health Administrator** **Physician** **Epidemiologist**

*Professional Profile*

- Award winning epidemiologist focused on the intersection of health, criminal justice and human rights.
- Leader in provision and improvement of health services to patients with criminal justice involvement.
- Successful implementer of nations' first electronic health record, performance dashboards and health information exchange among pre-trial patients.
- Human rights leader with experience using forensic science, epidemiology and public health methods to prevent and document human rights abuses.

*Professional Experience*

**Medical/Forensic Expert**, 3/2016-present

- Independent correctional health monitor
  - Cumberland County Jail, NJ (ongoing). Serve as independent, court-appointed monitor of health services in a County Jail.
  - Fluvanna Women's Correctional Center, VA (ongoing). Serve as independent, court-appointed health services monitor in a women's prison.
  - Santa Barbara County Jail, CA (ongoing). Serve as independent, court-appointed monitor of health services in a County Jail Complex.
  - VI Department of Corrections (ongoing). Serve as independent, court-appointed monitor of health services in St. Thomas detention facility.
  - HI Department of Corrections (COVID-19 only 9/2021-3/2022).
  - CT Corrections Department (COVID only, 2020).
- U.S. Department of Justice, Civil Rights Investigations medical expert, 2019-present. Work with the USDOJ to investigate correctional health conditions and provide recommendations for addressing.
- State Attorney's General, provide expert consultation and investigation regarding correctional Health (CA, NY, IL).
- Other litigation, see testimony below.
- Conduct analysis of health services and outcomes in detention settings.
- Conduct site inspections and evaluations in detention settings.
- Produce expert reports, testimony regarding detention settings.

**Member, Biden-Harris COVID-19 Health Equity Task Force,** 2/26/21-10/31/21
Work with Task Force members to provide President Biden with interim recommendations to address COVID-19 Health inequities.

- Work with Task Force and Federal partners to produce final report, recommendations and implementation plan for reducing inequities in COVID-19 and other pandemic responses.

**President**, Community Oriented Correctional Health Services (COCHS), 1/1/2020-4/30/20.

- Lead COCHS efforts to provide technical assistance, policy guidance.

- Oversee operations and programmatic development of COCHS.
- Serve as primary liaison between COCHS board, funders, staff and partners.

**Senior Health and Justice Fellow**, Community Oriented Correctional Health Services (COCHS), 12/1/18-12/31/2018

- Lead COCHS efforts to expand Health Services in Jails.
- Develop strategy for non-profit models of jail diversion/health care.

**Director of Programs,** Physicians for Human Rights, 3/17-11/18.

- Lead medical forensic documentation efforts of mass crimes against Rohingya and Yazidi people.
- Expand forensic documentation of mass killings and war crimes.
- Develop and support sexual violence capacity development with physicians, nurses and judges.
- Expand documentation of attacks against health staff and facilities in Syria and Yemen.

**Chief Medical Officer/Assistant Vice President**, Correctional Health Services, NYC Health and Hospitals Corporation 8/15-3/17.

- Transitioned entire clinical service (1,400 staff) from a for-profit staffing company model to a new division within NYC H + H.
- Developed new models of mental health and substance abuse care that significantly lowered morbidity and other adverse events.
- Connected patients to local health systems, DSRIP and health homes using approximately $5 million in external funding (grants available on request).
- Reduced overall mortality in the nation's second largest jail system.
- Increased operating budget from $140 million to $160 million.
- Implemented nation's first patient experience, provider engagement and racial disparities programs for correctional health.

**Assistant Commissioner,** Correctional Health Services, New York Department of Health and Mental Hygiene, 6/11-8/15.

- Implemented nation's first electronic medical record and health information exchange for 1,400 staff and 75,000 patients in a jail.
- Developed bilateral agreements and programs with local health homes to identify incarcerated patients and coordinate care.
- Established surveillance systems for injuries, sexual assault and mental health that drove new program development and received American Public Health Association Paper of the Year 2014.
- Personally care for and reported on over 100 patients injured during violent encounters with jail security staff.

**Medical Director,** Correctional Health Services, New York Department of Health and Mental Hygiene, 1/10-6/11.

- Directed all aspects of medical care for 75,000 patients annually in 12 jails, including specialty, dental, primary care and emergency response.
- Direct all aspects of response to infectious outbreaks of H1N1, Legionella, Clostridium Difficile.
- Developed new protocols to identify and report on injuries and sexual assault among patients.

**Deputy Medical Director,** Correctional Health Services, New York Department of Health and Mental Hygiene, 11/08-12/09.

- Developed training program with Montefiore Social internal medicine residency program.
- Directed and delivered health services in 2 jails.

**Clinical Attending Physician,** Bellevue/NYU Clinic for Survivors of Torture, 10/07-12/11.

**Clinical Attending Physician,** Montefiore Medical Center Bronx NY, Adult Medicine, 1/08-11/09.

*Education and Training*

**Fellow, Public Health Research,** New York University 2007-2009. MS 6/2009
Projects: Health care for detained immigrants, Health Status of African immigrants in NYC.
**Resident, Social Internal Medicine**, Montefiore Medical Center/Albert Einstein University7/2004-5/2007.
**M.D.,** University of Illinois, Urbana, 12/2003.
**M.S.** Biology, University of Illinois, Urbana, 6/03.
**B.A.** International Relations, Tufts University, Medford, MA, 1989.

*Academic Appointments, Licensure*

Adjunct Faculty, New York University College of Global Public Health, 5/18-present.

Clinical Instructor, New York University Langone School of Medicine, 2007-2018.

M.D. New York (2007-present).

*Print articles and public testimony (last 15 years)*

Testimony: United States House of Representatives Subcommittee on Crime, Terrorism, and Homeland Security, Judiciary Committee 1/21/22.

Oped: Four ways to protect our jails and prisons from coronavirus. The Hill 2/29/20.

Oped: It's Time to Eliminate the Drunk Tank. The Hill 1/28/20.

Oped: With Kathy Morse. A Visit with my Incarcerated Mother. The Hill 9/24/19.

Oped: With Five Omar Muallim-Ak. The Truth about Suicide Behind Bars is Knowable. The Hill 8/13/19.

Oped: With Katherine McKenzie. Policymakers, provide adequate health care in prisons and detention centers. CNN Opinion, 7/18/19.

Oped: Getting serious about preventable deaths and injuries behind bars. *The Hill*, 7/5/19.

Testimony: Access to Medication Assisted Treatment in Prisons and Jails, New York State Assembly Committee on Alcoholism and Drug Abuse, Assembly Committee on Health, and Assembly Committee on Correction. NY, NY, 11/14/18.

Oped: Attacks in Syria and Yemen are turning disease into a weapon of war, *STAT News*, 7/7/17.

Testimony: Connecticut Advisory Committee to the U.S. Commission on Civil Rights: Regarding the use of solitary confinement for prisoners. Hartford CT, 2/3/17.

Testimony: Venters HD, New York Advisory Committee to the U.S. Commission on Civil Rights: Regarding the use of solitary confinement for juveniles in New York. July 10, 2014. NY NY.

Testimony: New York State Assembly Committee on Correction with the Committee on Mental Health: Regarding Mental Illness in Correctional Settings. November 13, 2014. Albany NY.

Testimony: New York State Assembly Committee on Correction with the Committee on Mental Health: Regarding Mental Illness in Correctional Settings. November 13, 2014. Albany NY.

Oped: Venters HD and Keller AS, The Health of Immigrant Detainees. Boston Globe, April 11, 2009.

Testimony: U.S. House of Representatives, House Judiciary Committee's Subcommittee on Immigration, Citizenship, Refugees, Border Security, and International Law: Hearing on Problems with Immigration Detainee Medical Care, June 4, 2008.

*Peer Reviewed Publications (last 15 years)*

**Venters H.** Preventing Another Fifty Years of Mass Incarceration: How Bioethics Can Help. Hastings Center Report. 2023 April; 53(6).

Parmar PK, Leigh J, **Venters H**, Nelson T. Violence and mortality in the Northern Rakhine State of Myanmar, 2017: results of a quantitative survey of surviving community leaders in Bangladesh. Lancet Planet Health. 2019 Mar;3(3):e144-e153.

K. Parmar, Jennifer Leigh, Ernest Thomas, Douglass Curry, **Homer Venters**, Andra Gilbert, Tamaryn Nelson, Ed Lester. Confl Health. 2019; 13: 41. Published online 2019 Sep 16.

Messner N, Woods A, Petty A, Parmar PK, Leigh J, Thomas E, Curry D, **Venters H**, Gilbert A, Nelson T, Lester E. Qualitative evidence of crimes against humanity: the August 2017 attacks on the Rohingya in northern Rakhine State, Myanmar. Confl Health. 2019 Sep 16;13:41.

**Venters H.** Notions from Kavanaugh hearings contradict medical facts. *Lancet.* 10/5/18.

Taylor GP, Castro I, Rebergen C, Rycroft M, Nuwayhid I, Rubenstein L, Tarakji A, Modirzadeh N, **Venters H,** Jabbour S. Protecting health care in armed conflict: action towards accountability. *Lancet.* 4/14/18.

Katyal M, Leibowitz R, **Venters H**. IGRA-Based Screening for Latent Tuberculosis Infection in Persons Newly Incarcerated in New York City Jails. *J Correct Health Care.* 2018 4/18.

Harocopos A, Allen B, Glowa-Kollisch S, **Venters H,** Paone D, Macdonald R. The Rikers Island Hot Spotters: Exploring the Needs of the Most Frequently Incarcerated. *J Health Care Poor Underserved.* 4/28/17.

MacDonald R, Akiyama MJ, Kopolow A, Rosner Z, McGahee W, Joseph R, Jaffer M, **Venters H**. Feasibility of Treating Hepatitis C in a Transient Jail Population.

*Open Forum Infect Dis*. 7/7/18.

Siegler A, Kaba F, MacDonald R, **Venters H.** Head Trauma in Jail and Implications for Chronic Traumatic Encephalopathy. *J Health Care Poor and Underserved.* In Press (May 2017).

Ford E, Kim S, **Venters H**. Sexual abuse and injury during incarceration reveal the need for re-entry trauma screening. *Lancet*. 4/8/18.

Alex B, Weiss DB, Kaba F, Rosner Z, Lee D, Lim S, **Venters H,** MacDonald R. Death After Jail Release. *J Correct Health Care*. 1/17.

Akiyama MJ, Kaba F, Rosner Z, Alper H, Kopolow A, Litwin AH, **Venters H,** MacDonald R. Correlates of Hepatitis C Virus Infection in the Targeted Testing Program of the New York City Jail System. *Public Health Rep.* 1/17.

Kalra R, Kollisch SG, MacDonald R, Dickey N, Rosner Z, **Venters H**. Staff Satisfaction, Ethical Concerns, and Burnout in the New York City Jail Health System. *J Correct Health Care.* 2016 Oct;22(4):383-392.

**Venters H.** A Three-Dimensional Action Plan to Raise the Quality of Care of US Correctional Health and Promote Alternatives to Incarceration. *Am J Public Health.* April 2016.104.

Glowa-Kollisch S, Kaba F, Waters A, Leung YJ, Ford E, **Venters H**. From Punishment to Treatment: The "Clinical Alternative to Punitive Segregation" (CAPS) Program in New York City Jails. *Int J Env Res Public Health.* 2016. 13(2),182.

Jaffer M, Ayad J, Tungol JG, MacDonald R, Dickey N, **Venters H.** Improving Transgender Healthcare in the New York City Correctional System. *LGBT Health.* 2016 1/8/16.

Granski M, Keller A, **Venters H**. Death Rates among Detained Immigrants in the United States. *Int J Env Res Public Health.* 2015. 11/10/15.

Michelle Martelle, Benjamin Farber, Richard Stazesky, Nathaniel Dickey, Amanda Parsons, **Homer Venters.** Meaningful Use of an Electronic Health Record in the NYC Jail System. *Am J Public Health.* 2015. 8/12/15.

Fatos Kaba, Angela Solimo, Jasmine Graves, Sarah Glowa-Kollisch, Allison Vise, Ross MacDonald, Anthony Waters, Zachary Rosner, Nathaniel Dickey, Sonia Angell, **Homer Venters.** Disparities in Mental Health Referral and Diagnosis in the NYC Jail Mental Health Service. *Am J Public Health.* 2015. 8/12/15.

Ross MacDonald, Fatos Kaba, Zachary Rosner, Alison Vise, Michelle Skerker, David Weiss, Michelle Brittner, Nathaniel Dickey, **Homer Venters**. The Rikers Island Hot Spotters. *Am J Public Health.* 2015. 9/17/15.

Selling Molly Skerker, Nathaniel Dickey, Dana Schonberg, Ross MacDonald, **Homer Venters**. Improving Antenatal Care for Incarcerated Women: fulfilling the promise of the Sustainable Development Goals. *Bulletin of the World Health Organization*. 2015.

Jasmine Graves, Jessica Steele, Fatos Kaba, Cassandra Ramdath, Zachary Rosner, Ross MacDonald, Nathanial Dickey, **Homer Venters** Traumatic Brain Injury and Structural Violence among Adolescent males in the NYC Jail System *J Health Care Poor Underserved.* 2015;26(2):345-57.

Glowa-Kollisch S, Graves J, Dickey N, MacDonald R, Rosner Z, Waters A, **Venters H.** Data-Driven Human Rights: Using Dual Loyalty Trainings to Promote the Care of Vulnerable Patients in Jail. *Health and Human Rights*. Online ahead of print, 3/12/15.

Teixeira PA[1], Jordan AO, Zaller N, Shah D, **Venters H.** Health Outcomes for HIV-Infected Persons Released From the New York City Jail System With a Transitional Care-Coordination Plan. 2014. *Am J Public Health*. 2014 Dec 18.

Selling D, Lee D, Solimo A, **Venters H.** A Road Not Taken: Substance Abuse Programming in the New York City Jail System. *J Correct Health Care.* 2014 Nov 17.

Glowa-Kollisch S, Lim S, Summers C, Cohen L, Selling D, **Venters H.** Beyond the Bridge: Evaluating a Novel Mental Health Program in the New York City Jail System. *Am J Public Health*. 2014 Sep 11.

Glowa-Kollisch S, Andrade K, Stazesky R, Teixeira P, Kaba F, MacDonald R, Rosner Z, Selling D, Parsons A, **Venters H.** Data-Driven Human Rights: Using the Electronic Health Record to Promote Human Rights in Jail. *Health and Human Rights*. 2014. Vol 16 (1): 157-165.

MacDonald R, Rosner Z, **Venters H.** Case series of exercise-induced rhabdomyolysis in the New York City Jail System. *Am J Emerg Med.* 2014. Vol 32(5): 446-7.

Bechelli M, Caudy M, Gardner T, Huber A, Mancuso D, Samuels P, Shah T, **Venters H.** Case Studies from Three States: Breaking Down Silos Between Health Care and Criminal Justice. *Health Affairs*. 2014. Vol. 3. 33(3):474-81.

Selling D, Solimo A, Lee D, Horne K, Panove E, **Venters H**. Surveillance of suicidal and non-suicidal self-injury in the new York city jail system. *J Correct Health Care*. 2014. Apr:20(2).

Kaba F, Diamond P, Haque A, MacDonald R, **Venters H.** Traumatic Brain Injury Among Newly Admitted Adolescents in the New York City Jail System. *J Adolesc Health*. 2014. Vol 54(5): 615-7.

Monga P, Keller A, **Venters H**. Prevention and Punishment: Barriers to accessing health services for undocumented immigrants in the United States. *LAWS*. 2014. 3(1).

Kaba F, Lewsi A, Glowa-Kollisch S, Hadler J, Lee D, Alper H, Selling D, MacDonald R, Solimo A, Parsons A, **Venters H**. Solitary Confinement and Risk of Self-Harm Among Jail Inmates. *Amer J Public Health*. 2014. Vol 104(3):442-7.

MacDonald R, Parsons A, **Venters H.** The Triple Aims of Correctional Health: Patient safety, Population Health and Human Rights. *Journal of Health Care for the Poor and Underserved*. 2013. 24(3).

Parvez FM, Katyal M, Alper H, Leibowitz R, **Venters H.** Female sex workers incarcerated in New York City jails: prevalence of sexually transmitted infections and associated risk behaviors. *Sexually Transmitted Infections*. 89:280-284. 2013.

Brittain J, Axelrod G, **Venters H.** Deaths in New York City Jails: 2001 – 2009. *Am J Public Health.* 2013 103:4.

Jordan AO, Cohen LR, Harriman G, Teixeira PA, Cruzado-Quinones J, **Venters H.** Transitional Care Coordination in New York City Jails: Facilitating Linkages to Care for People with HIV Returning Home from Rikers Island. *AIDS Behav. Nov.* 2012.

Jaffer M, Kimura C, **Venters H.** Improving medical care for patients with HIV in New York City jails. *J Correct Health Care*. 2012 Jul;18(3):246-50.

Ludwig A, Parsons, A, Cohen, L, **Venters H.** Injury Surveillance in the NYC Jail System, *Am J Public Health* 2012 Jun;102(6).

**Venters H**, Keller, AS. *Psychiatric Services*. (2012) Diversion of Mentally Ill Patients from Court-ordered care to Immigration Detention. Epub. 4/2012.

**Venters H**, Gany, F. *Journal of Immigrant and Minority Health* (2011) Mental Health Concerns Among African Immigrants. 13(4): 795-7.

**Venters H,** Foote M, Keller AS. *Journal of Immigrant and Minority Health.* (2010) Medical Advocacy on Behalf of Detained Immigrants. 13(3): 625-8.

**Venters H,** McNeely J, Keller AS. *Health and Human Rights.* (2010) HIV Screening and Care for Immigration Detainees. 11(2) 91-102.

**Venters H,** Keller AS. *Journal of Health Care for the Poor and Underserved*. (2009) The Immigration Detention Health Plan: An Acute Care Model for a Chronic Care Population. 20:951-957.

**Venters H**, Gany, F. *Journal of Immigrant and Minority Health* (2009) African Immigrant Health. 4/4/09.

**Venters H**, Dasch-Goldberg D, Rasmussen A, Keller AS, *Human Rights Quarterly* (2009) Into the Abyss: Mortality and Morbidity among Detained Immigrant. 31 (2) 474-491.

**Venters H**, *The Lancet* (2008) Who is Jack Bauer? 372 (9653).

**Venters H**, Lainer-Vos J, Razvi A, Crawford J, Shaf'on Venable P, Drucker EM, *Am J Public Health* (2008) Bringing Health Care Advocacy to a Public Defender's Office. 98 (11).

**Venters H**, Razvi AM, Tobia MS, Drucker E. *Harm Reduct J.* (2006) The case of Scott Ortiz: a clash between criminal justice and public health. Harm Reduct J. 3:21

*Honors and Presentations (past 15 years)*

**Invited presentation,** Yale Law School/Liman Colloquium, Death investigation and models of carceral care. Yale Law School, New Haven, CT. 4/9/24.

**Invited presentation,** United Nations Office of Drugs and Crime, Presentation on Custodial Death

Investigation. Malina, Philippines (remote), 3/18/24.

**Invited presentation,** Jail and Prison Health and Human Rights, Oklahoma University School of Health Sciences, 2/13/22.

**Invited presentation,** COVID-19 and Carceral Health, Stanford University Schools of Engineering and Public Health, 2/23/22.

**Invited presentation,** Screening and treatment for sexually transmitted infections in justice. National Academy of Sciences Committee on Law and Justice, remote, September14th, 2020.

**Invited presentation,** Vaccination for COVID-19 in correctional settings. National Academy of Sciences Committee on Law and Justice, remote, August 20th, 2020.

**Invited Presentation,** Documenting Deaths in Custody, National Association for Civilian Oversight of Law Enforcement (NACOLE), remote, August 3rd, 2020.

**Invited Presentation,** Decarceration and Health. Radcliffe Institute/Harvard University. Policy Series. Remote. 6/23/20.

**Invited presentation,** COVID-19 in correctional settings. Briefing for U.S. Senate Staff, sponsored by The Sentencing Project, remote, May 29, 2020

**Invited presentation,** COVID-19 in correctional settings. Briefing for Long Island Voluntary Organizations Active in Disaster , sponsored by The Health & Welfare Council of Long Island, remote, May 29, 2020.

**Invited presentation,** COVID-19 in correctional settings. National Academy of Sciences Committee on Law and Justice, remote, May 12, 2020.

**Invited presentation,** COVID-19 in correctional settings. National Association of Counties, Justice and Public Safety Committee, remote, April 1, 2020.

**Keynote Address,** Academic Correctional Health Conference, April 2020, Chapel Hill, North Carolina, postponed.

**TedMed Presentation,** Correctional Health, Boston MA, March 15, 2020.

**Finalist, Prose Award for Literature,** Social Sciences category for *Life and Death in Rikers Island,* February, 2020.

**Keynote Address,** John Howard Association Annual Benefit, November 2019, Chicago IL.

**Keynote Address,** Kentucky Data Forum, Foundation for a Healthy Kentucky, November 2019, Cincinnati Ohio.

**Oral Presentation,** Dual loyalty and other human rights concerns for physicians in jails an prisons. Association of Correctional Physicians, Annual meeting. 10/16, Las Vegas.

**Oral Presentation,** Clinical Alternatives to Punitive Segregation: Reducing self-harm for incarcerated patients with mental illness. American Public Health Association Annual Meeting, November 2015, Chicago IL.

**Oral Presentation,** Analysis of Deaths in ICE Custody over 10 Years . American Public Health Association Annual Meeting, November 2015, Chicago IL.

**Oral Presentation,** Medication Assisted Therapies for Opioid Dependence in the New York City Jail System. American Public Health Association Annual Meeting, November 2015, Chicago IL.

**Oral Presentation,** Pathologizing Normal Human Behavior: Violence and Solitary Confinement in an Urban Jail. American Public Health Association Annual Meeting, November 2014, New Orleans, LA.

**Training,** International Committee of the Red Cross and Red Crescent, Medical Director meeting 10/15, Presentation on Human Rights and dual loyalty in correctional health.

**Paper of the Year,** American Public Health Association. 2014. (Kaba F, Lewis A, Glowa-Kollisch S, Hadler J, Lee D, Alper H, Selling D, MacDonald R, Solimo A, Parsons A, Venters H. Solitary Confinement and Risk of Self-Harm Among Jail Inmates. *Amer J Public Health.* 2014. Vol 104(3):442-7.)

**Oral Presentation,** Pathologizing Normal Human Behavior: Violence and Solitary Confinement in an Urban Jail. *American Public Health Association* Annual Meeting, New Orleans LA, 2014.

**Oral Presentation,** Human rights at Rikers: Dual loyalty among jail health staff. American Public Health Association Annual Meeting, New Orleans LA, 2014.

**Poster Presentation**, Mental Health Training for Immigration Judges. American Public Health Association Annual Meeting, New Orleans LA, 2014.

**Distinguished Service Award;** Managerial Excellence. Division of Health Care Access and Improvement, NYC DOHMH. 2013.

**Oral Presentation,** Solitary confinement in the ICE detention system. American Public Health Association Annual Meeting, Boston MA, 2013.

**Oral Presentation**, Self-harm and solitary confinement in the NYC jail system. American Public Health Association Annual Meeting, Boston MA, 2013.

**Oral Presentation**, Implementing a human rights practice of medicine inside New York City jails. American Public Health Association Annual Meeting, Boston MA, 2013.

**Poster Presentation,** Human Rights on Rikers: integrating a human rights-based framework for healthcare into NYC's jail system. *American Public Health Association* Annual Meeting, Boston MA, 2013.

**Poster Presentation,** Improving correctional health care: health information exchange and the affordable

care act. *American Public Health Association* Annual Meeting, Boston MA, 2013.

**Oral Presentation,** Management of Infectious Disease Outbreaks in a Large Jail System. American Public Health Association Annual Meeting, Washington DC, 2011.

**Oral Presentation,** Diversion of Patients from Court Ordered Mental Health Treatment to Immigration Detention. *American Public Health Association* Annual Meeting, Washington DC, 2011.

**Oral Presentation**, Initiation of Antiretroviral Therapy for Newly Diagnosed HIV Patients in the NYC Jail System. *American Public Health Association* Annual Meeting, Washington DC, 2011.

**Oral Presentation,** Medical Case Management in Jail Mental Health Units. *American Public Health Association* Annual Meeting, Washington DC, 2011.

**Oral Presentation**, Injury Surveillance in New York City Jails. *American Public Health Association* Annual Meeting, Washington DC, 2011.

**Oral Presentation,** Ensuring Adequate Medical Care for Detained Immigrants. Venters H, Keller A, American Public Health Association Annual Meeting, Denver, CO, 2010.

**Oral Presentation,** HIV Testing in NYC Correctional Facilities. Venters H and Jaffer M, *American Public Health Association,* Annual Meeting, Denver, CO, 2010.

**Oral Presentation,** Medical Concerns for Detained Immigrants. Venters H, Keller A, *American Public Health Association* Annual Meeting, Philadelphia, PA, November 2009.

**Oral Presentation,** Growth of Immigration Detention Around the Globe. Venters H, Keller A, *American Public Health Association* Annual Meeting, Philadelphia, PA, November 2009.

**Oral Presentation,** Role of Hospital Ethics Boards in the Care of Immigration Detainees. Venters H, Keller A, *American Public Health Association* Annual Meeting, Philadelphia, PA, November 2009.

**Oral Presentation,** Health Law and Immigration Detainees. Venters H, Keller A, *American Public Health Association* Annual Meeting, Philadelphia, PA, November 2009.

**Bro Bono Advocacy Award,** Advocacy on behalf of detained immigrants. Legal Aid Society of New York, October 2009.

*Teaching & Other Health & Human Rights Activities*

**United Nations Office of the High Commissioner of Human Rights,** Istanbul Protocol, contributor to 2022 updated protocol.

**Instructor,** Albert Einstein College of Medicine/Montefiore Social Medicine Program Yearly lectures on Data-driven human rights, 2007-2020.

**Instructor,** Health in Prisons Course, Bloomberg School of Public Health, Johns Hopkins University,

June 2015, June 2014, April 2019.

**DIGNITY Danish Institute Against Torture**, Symposium with Egyptian correctional health staff regarding dual loyalty and data-driven human rights. Cairo Egypt, September 20-23, 2014.

**Doctors of the World,** Physician evaluating survivors of torture, writing affidavits for asylum hearings, with testimony as needed, 7/05-11/18.

**United States Peace Corps,** Draconculiasis Eradication, Togo West Africa, June 1990- December 1991.

*Books*

**Venters H.** *Life and Death in Rikers Island.* Johns Hopkins University Press. 2/19.

*Chapters in Books*

**Venters H.** COVID-19 and the Struggle for Health Behind Bars. In *Excessive Punishment.* Columbia University Press, 2024.

**Venters H.** Asylum Evaluation in Detention Settings. In *Asylum Medicine: A Clinician's Guide*. Springer Publishing 2022.

**Venters H.** Mythbusting Solitary Confinement in Jail. In *Solitary Confinement Effects, Practices, and Pathways toward Reform.* Oxford University Press, 2020.

MacDonald R. and **Venters H.** Correctional Health and Decarceration. In *Decarceration.* Ernest Drucker, New Press, 2017.

*Prior Testimony and Deposition*

- Benjamin v. Horn, 75–cv–03073–LAP (S.D.N.Y.). Expert for Defendants 2015.
- Newbrough v. Piedmont Regional Jail Authority, 3:10CV867–HEH (E.D.V.A. 2011). Expert for Plaintiffs.
- Rodgers v. Martin, 2:16-cv-00216 (N.D.T.X.). Expert for Plaintiffs 10/19/2017
- Fikes v. Abernathy, 7:16-cv-00843-LSC (N.D.A.L.). Expert for Plaintiffs 10/30/20017
- Fernandez v. City of New York, 17-CV-02431 (GHW)(SN) (S.D.N.Y. 2017). Defendant in role as City Employee, 4/10/2018.
- Charleston v. Corizon Health Inc., 2:17-cv-03039-MAK (E.D. P.A.). Expert for Plaintiffs 4/20/2018.
- Atencio v. Board of Cnty. Comm. of Sante Fe Cnty., 1:17-CV-00617 WJ/KK (N.M.). Expert for Plaintiffs 7/23/2018.
- Hammonds v. Dekalb Cnty. , 4:16-cv-01558-KOB (M.D.A.L.). Expert for Plaintiffs 11/30/2018.
- Mathiasen v. Rio Arriba Cnty., 17-CV-1159 JHR/KBM (N.M.). Expert for Plaintiff 2/8/2019.
- Hutchinson v. Bates, 2:17-cv-00185-WKW-SMD (M.D.A.L.). Expert for Plaintiff 3/27/2019.

- Lewis v. East Baton Rouge Parish, 3:16-cv-00352-JWD-RLB (M.D.L.A.). Expert for Plaintiff 6/25/2019, 7/1/2019.
- Belcher v. Lopinto., 2:18-cv-07368-JTM-DPC (E.D.L.A.). Expert for Plaintiffs 12/5/2019.
- Zavala v. City of Baton Rouge, (NO. 3:17-656-JWD-EWD). Expert for Plaintiff. 3/6/2020.
- Imperati v. Semple, 3:18-cv-01847-RNC (C.T.) Expert for Plaintiffs 3/11/2020.
- Camera v. Semple, 3:18-cv-01595 (C.T.). Expert for Plaintiffs 9/23/2020.
- Staten v. Semple, 3:18-cv-01251 (VAB) (C.T.). Expert for Plaintiffs 2020.
- Woodward v. Lopinto, 2:18-cv-04236-MVL-KWR (E.D.L.A). Expert for Plaintiffs 12/1/2020.
- U.S. v. Pratt, 2:19-cr-00213-DWA (W.D.P.A.). Expert for Defendant 4/28/2020 (Video hearing).
- U.S. v. Nelson, 1:19-cr-00021-DSC (W.D.P.A.). Expert for Defendant 5/4/2020 (Video hearing).
- Chunn v. Edge, 1:20-CV-01590-RPK-RLM (E.D.N.Y.) Expert for Plaintiffs 4/30/2020 (Video deposition), 5/12/2020 (Video hearing).
- Martinez-Brooks v. Easter, 3:20-cv-569 (MPS) (C.T.). Expert for Plaintiffs 6/8/2020 (Video deposition), 6/11/2020 (Video hearing).
- Baxley v. Jividen et al. NO. 3:18-cv-01526, 7/1/21 Expert for Plaintiffs (Video Hearing).
- Busby v. Bonner, 2:20-cv-02359-SHL (W.D.T.N.). Expert for Plaintiffs 7/10/2020 (Video hearing).
- Braggs v. Dunn, 2:14-cv-601-MHT (M.D.A.L.). Expert for Plaintiffs 10/19/2020 (Audio testimony).
- Royston v. Christian, 6:19-cv-00274-RAW (E.D.O.K.). Expert for Plaintiffs 3/26/21 (Video deposition).
- Fraihat v. U.S. Immigration and Customs Enforcement, 5:19-cv-01546-JGB-SHK (C.D.C.A.). Expert for Plaintiffs 2020.
- Torres v. Milusnic, CV 20-04450-CBM-PVC(x) (C.D.C.A). Court appointed expert 5/24/21 (Video deposition).
- Sanchez v. Brown, 20-cv-832-E (N.D.T.X.). Expert for Plaintiffs 5/25/21 (Video deposition).
- Barnett v. Tony, No 0:20-cv-61113-WPD 10/13/21 Expert for plaintiffs (Video hearing).
- Fenty, et al., v. Penzone, et al., No. 2:20-cv-01192. Expert for Plaintiffs 10/21/2021 (Video hearing).
- Scott v. Clarke 3:12CV36. Court appointed monitor. Hearing 2/7/22 (Video testimony).
- Thomas Rainey v. County of San Diego, et al., No CASE NO. No.: 19-cv-01650-H-AGS.. 3/21/22 Expert for Plaintiffs (Video Deposition).
- Frankie Greer v. County of San Diego, et al., No CASE NO. 19-CV-0378-GPC-DEB. 4/27/22 Expert for Plaintiffs (Video Deposition).
- Scott v. Clarke 3:12CV36. Court appointed monitor. Hearing 11/14/22 (Video testimony).
- Derrick Jones et al. v. City of St. Louis, Missouri et al., Case No. 4:21-cv-600. 3/17/23 Expert for Plaintiffs (Video deposition).
- Wilson v. San Diego, CA., Case No. 3:20-cv-0457-BAS-DEB. Expert for plaintiffs 5/8/23 (Video deposition).
- Scott v. Clarke 3:12CV36. Court appointed monitor. Hearing 5/30/23 (Video testimony).
- Harris v. Georgia DOC, Case No. 5:18-CV-365-TES. Expert for plaintiffs 6/15/23.
- Serna v. San Diego, CA., Case No. 20-CV-2096-LAB-DDL. Expert for plaintiffs 10/27/23 (Video deposition).

- Scott v. Clarke 3:12CV36. Court appointed monitor. Hearing 11/17/23 (Video testimony).
- Enyart v. San Bernardino 5:23-cv-00540. Expert for plaintiffs 5/8/23 (Video deposition).
- Carty v. Governor Bryan 3:94-cv-00078 Court appointed monitor. Hearing 4/30/24.

Rate of Compensation for Dr. Venters is $500 per hour, and $250 per hour for travel time plus expenses if needed.

# Exhibit 7

# OPC Death Investigation Conclusions



| Commissioner's Office of Special Investigations | Case # 21-00003<br>Death of Inmate [REDACTED]<br>Cause of Death: Drug Intoxication (Fentanyl)<br>Manner of Death: Accident |
|---|---|

## CONCLUSION

A perusal of [REDACTED]'s PDP file revealed that he was adequately provided with the services afforded to all inmates. Based on staff interviews, medical reports, and the Medical Examiner's findings, there was an indication of negligence on the part of PDP staff. Therefore, the allegation of Staff Misconduct is **Sustained.**

Video footage of the incident revealed that C/O [REDACTED], who was assigned to the receiving room, waited approximately two minutes before he attended to Inmate [REDACTED] after being alerted by another inmate while conducting Clinical Opiate Withdrawal Scale (C.O.W.S) assessments. C/O [REDACTED] admitted that he rendered a "Chest Compression" and sought help. Witness testimony described the alleged positions C/O [REDACTED], and Inmate [REDACTED] were in upon arrival to Cell #1.

Furthermore, the allegation of Staff Misconduct against C/O [REDACTED], and C/O [REDACTED]; is **Sustained**. C/O [REDACTED] and C/O [REDACTED], both entered the receiving room with food and supply carts. Video shows that an inmate was trying to get the attention of both C/O's [REDACTED] and [REDACTED] a they walked by Cell #1. C/O [REDACTED] continued, and C/O [REDACTED] stopped, but continued on as well; neither officers appeared to alert anyone of what may have been going on inside with Inmate [REDACTED] who was later discovered unresponsive.

OPC INVESTIGATION CONCLUDED

NOV 30 2021

DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS

ATTORNEYS' EYES ONLY
Confidential

CONFIDENTIAL HEALTH INFORMATION
& HIGHLY CONFIDENTIAL



|  Commissioner's Office of Special Investigations | Case # 21-00225<br>Death of Inmate [redacted]<br>Cause of Death: Drug Intoxication<br>Manner of Death: Accident |
|---|---|

## CONCLUSION

A perusal of Incarcerated Person [redacted] PDP file revealed that he was adequately provided with the services afforded to all Incarcerated Persons. Based on staff interviews, medical reports, and the Medical Examiner's findings, there was an indication of negligence on the part of PDP staff. Therefore, the allegation of Staff Misconduct is **Sustained.** Video footage of the incident revealed that C/O [redacted] did not perform his 3:00 AM headcount. It was also discovered that C/O [redacted] did not render any aid (First aid/CPR) to IP [redacted] for a total of 8 minutes prior to the arrival of medical personnel. There was also evidence (via video footage) that many of the cell door windows were obscured, and no corrective action was taken by C/O [redacted] during his tours for a clear view into the cells.

Furthermore, video footage of B2 Pod 2, on December 12, 2021, revealed that responding Officer [redacted], also failed to render CPR/First Aid to IP [redacted] for a total of four (4) minutes, prior to the arrival of medical personnel. In addition, it was revealed that Sgt. [redacted] did not tour B2 Pod 2, during the 11:00 PM to 7:00 AM shift on December 12, 2021. Therefore, the allegation of Staff Misconduct against C/O [redacted] and Sgt. [redacted] is **Sustained**.

OPC INVESTIGATION CONCLUDED

MAR 31 2022

DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS

ATTORNEYS' EYES ONLY
Confidential

CONFIDENTIAL HEALTH INFORMATION
& HIGHLY CONFIDENTIAL



| Commissioner's Office of Special Investigations | Case # 21-00059<br>Death of Inmate [redacted]<br>Cause of Death: Physical Assault Including Asphyxia<br>Manner of Death: Homicide |
|---|---|

## CONCLUSION

A review of Inmate [redacted] PDP file revealed that he was adequately provided with the services afforded to all inmates. However, based on staff interviews, medical reports and the Medical Examiner's findings, there was negligence found on part of the PDP staff. Therefore, any allegation of Staff Misconduct is **Sustained.** Officer [redacted], CFCF, failed to tour the unit as per PDP policy. Video proved that he remained behind the officer's desk in a reclined position for most of his shift.

Furthermore, Correctional Sergeant [redacted], served Inmate [redacted] a disciplinary infraction and escorted him to medical for Pre-Hearing Segregation clearance and placed him back into the Cell #10 with Inmate [redacted], who was not in any kind of segregation status. Sergeant [redacted] also gave Officer [redacted] permission to leave B1 Pod 2, unattended to go to his next post (Kitchen) without sending anyone to conduct tours on the unit due to his absence.

OPC INVESTIGATION CONCLUDED

SEP 30 2021

DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS



|  Commissioner's Office of Special Investigations | **Case # 21-00106**<br>Death of Incarcerated Person [redacted], [redacted]<br>Cause of Death: Drug Intoxication<br>Manner of Death: Accident |
| --- | --- |
| | |

## CONCLUSION

A review of Incarcerated Person [redacted]; PDP file revealed that he was adequately provided with the services afforded to all Incarcerated Persons. However, based off of a video review of the 11PM to 7AM shift, on May 26, 2021, it was revealed that Correctional Officer [redacted], who was assigned to B2 Pod 4, logged "OKTOUR" in the electronic logbook without conducting physical tours at 4:09 AM, 5:05 AM, and 6:46 AM. It was also revealed that Officer did not conduct any physical tours of the unit, video footage shows that Officer [redacted] remained behind the Officer's desk seated in a reclined position. Therefore, the allegation of Staff Misconduct is **Sustained**.

OPC INVESTIGATION CONCLUDED

FEB 28 2022

DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS



<table>
<tr><td></td><td colspan="2">Office of Professional Compliance</td><td></td></tr>
<tr><td colspan="2">Subject (Employee Name & Title):<br>Death of Incarcerated Person [REDACTED]</td><td>Payroll or PID Number:<br>[REDACTED]</td><td>Type of Investigation<br>Special Investigation/Incarcerated Person Death</td></tr>
<tr><td colspan="2">Department:<br>Prisons<br>Case Number: 23-00055<br>Medical Examiner # [REDACTED]</td><td colspan="2">Employee<br><br>Other XX</td></tr>
<tr><td colspan="2">Target's Unit & Location:<br>Curran Fromhold Correctional Facility</td><td colspan="2">Period of Investigation:<br>3/6/2023 – 10/31/2023<br>(Case Extension)</td></tr>
</table>

## *ALLEGATION:*

On March 1, 2023, Incarcerated Person [REDACTED], was found unresponsive in Cell #12 on B1 Pod 3, by Correctional Officer [REDACTED], at approximately 6:30am while conducting a tour of the unit. I/P [REDACTED] was pronounced deceased at 6:57am by Philadelphia Fire Department EMT [REDACTED]. This investigation was initiated to determine if Correctional Staff and Medical personnel adhered to the policy standards set forth for the care of Incarcerated Persons by the Philadelphia Department of Prisons.

## *RESULTS OF INVESTIGATION:*

A review of Incarcerated Person [REDACTED]s file revealed that he was adequately provided with the services afforded to all Incarcerated Persons. Based off of staff interviews, medical reports, and the Medical Examiner's findings, there was no negligence on the part of Medical Staff. However, allegations of Staff Misconduct against PDP staff are Sustained. C/O [REDACTED], was observed via video footage entering Cell #12, and at no time performing chest compressions (CPR) on I/P [REDACTED]. C/O [REDACTED], was seen on video responding to the cell (#12) looked into the cell and then walked off of the unit, and at no time did she perform chest compressions (CPR). In addition Sergeant [REDACTED], arrived on the unit and stated that he did not see anyone doing, nor did he perform chest compressions (CPR).

***DEPARTMENT ACTION: Employee Violation Report Correctional Officer [REDACTED] Employee Violation Report Correctional Officer [REDACTED], Employee Violation Report Correctional Sergeant [REDACTED]***

| | |
|---|---|
| **Lieutenant** [REDACTED] **X0357**<br>*Investigator* | **10/31/2023**<br>*Date* |
| **Captain** [REDACTED] **X0373**<br>*Director, Office of Professional Compliance* | **10/31/2023**<br>*Date* |



|  **Commissioners Office of Special Investigations** | **SI-19-00088**<br>Death of inmate: [REDACTED]<br>Cause of Death: **Hanging**<br>Manner of Death: **Suicide** |
|---|---|

## CONCLUSION

A review of Inmate [REDACTED]'s PDP file revealed that he was adequately provided with the services afforded to all inmates. Based on staff interviews, medical reports and the Medical Examiner's findings, there was negligence on the part of PDP staff. C/O [REDACTED] did not conduct proper tours in accordance with PDP/RHU (Restricted Housing Unit) policy and procedures on April 21, 2019. C/O [REDACTED] admitted to spending a great deal of time at each individual inmate's cell allowing them to talk to him. During that time C/O [REDACTED] became distracted from performing his duties as a Correctional Officer, giving Inmate [REDACTED] the opportunity to commit suicide by hanging inside of his assigned Cell #43 on K-Unit. C/O [REDACTED] admitted to utilizing his C.I.T training skills to talk with inmates that were "depressed and stressed" due to the Easter holiday; however, he did not notify any supervisor, nor did he generate mental health referrals using Lock and Track (IJMS) for inmates he deemed to be in the state of crisis. Therefore, misconduct for C/O [REDACTED], PICC is **Sustained**.

OPC INVESTIGATION CONCLUDED

AUG 30 2019

DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS



| Commissioners Office of Special Investigations | SI-20-00149<br>Death of Inmate: [redacted] DC<br>Cause of Death: Blunt Impact Injury of the Head<br>Manner of Death: Homicide |
|---|---|

## CONCLUSION

A review of Inmate [redacted] PDP file revealed that he was adequately provided with the services afforded to all inmates. Based on staff interviews, medical reports and the Medical Examiner's findings, there was no indication that there was any negligence on the part of PDP staff and contract employees. Therefore, any allegation of misconduct is **Not Sustained**. There is no video coverage of this incident.

However, during the careful review of all aspects of this investigation, it was revealed via Lock & Track (electronic log) of E-Dorm that Correctional Sergeant [redacted], [redacted] did not tour E-Dorm prior to the incident involving Inmate [redacted] on August 18, 2020. In addition, it was also revealed that she failed to tour all of her assigned areas and notate her tours in Lock & Track on August 18, 2020, during the 7 AM to 3 PM shift. Therefore, the allegation of Staff Misconduct against Sgt. [redacted] is **Sustained**.

OPC INVESTIGATION CONCLUDED

NOV 30 2020

DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS



| Commissioners Office of Special Investigations | Case # 18-00014<br>Death of Inmate [REDACTED]<br>Cause of Death: Pending<br>Manner of Death: Pending |
|---|---|

## CONCLUSION

A perusal of Inmate [REDACTED]s PDP file revealed that he was adequately provided with the services afforded to all inmates. Based on staff interviews, medical reports and the Medical Examiner's findings, there was no indication that there was any negligence on the part of Corizon staff; therefore, the allegation of staff misconduct against Corizon staff is **Not Sustained.** Furthermore, based on staff interviews, medical reports and the Medical Examiner's findings, there was no indication that there was any negligence or evidence of foul play that would have led up to Inmate [REDACTED]'s death; therefore, any allegation of PDP staff misconduct that would have led up to inmate [REDACTED]'s death is Not Sustained. However, C/O [REDACTED] did not notify her immediate Supervisor and did not call for medical assistance upon discovering Inmate [REDACTED] unresponsive inside his cell; therefore, the allegation of Staff Misconduct against C/O [REDACTED] is **Sustained.**

OPC INVESTIGATION CONCLUDED

JUN 04 2018

DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS

Confidential
ATTORNEYS' EYES ONLY

CONFIDENTIAL HEALTH INFORMATION
& HIGHLY CONFIDENTIAL



| Commissioners Office of Special Investigations | Case # 17-00235<br>Death of Inmate [redacted]<br>Cause of Death: Hanging<br>Manner of Death: Suicide |
|---|---|

## CONCLUSION

A perusal of Inmate [redacted]s PDP file revealed that he was adequately provided with the services afforded to all inmates. Based on staff interviews, medical reports and the medical examiner's findings, there was no indication that there was any negligence on the part of Corizon staff; therefore the allegation of staff misconduct against Corizon staff is **Not Sustained.** Furthermore, based on staff interviews, medical reports and the medical examiner's findings, there was no indication that there was any negligence or evidence of foul play that would have led up to Inmate [redacted]s death; however, the investigation revealed that Sergeant [redacted] who was assigned to the 7:00AM-3:00PM shift as the J-K Sergeant, was on J-Unit multiple times throughout his shift, but did not conduct a tour of the unit, and Sergeant [redacted], who was the J-K Sergeant on the 3:00PM-11:00PM shift was on J-Unit, was on J-Unit, but did not conduct a tour. According to video footage, the last tour conducted on J-Unit was at approximately 12:00PM, and there were no thirty (30) minute tours conducted afterwards by any Officers assigned to the 7:00AM-3:00PM shift, nor did the Officers from the 7:00AM-3:00PM shift conduct a tour with the oncoming PDP staff assigned to the 3:00PM-11:00PM shift. In addition, none of the Officers assigned to the 3:00PM-11:00PM shift conducted an initial tour of J-Unit, nor did they conduct thirty (30) minutes tours, and at approximately 5:20PM, Inmate [redacted] was discovered lying unresponsive on the floor inside his cell by C/O Sowell while he served the evening meal. Therefore, the allegation of Staff Misconduct against PDP staff; Sergeant [redacted]l, Sergeant [redacted] C/O [redacted], C/O [redacted], C/O [redacted] C/O [redacted], C/O [redacted], C/O [redacted], C/O [redacted], C/O [redacted] is **Sustained;** disciplinary action was taken by the facility's administration, by the order of Commissioner Blanche Carney. [redacted]



|  **Commissioner's Office of Special Investigations** | **Case # 21-00234**<br>**Death of Inmate** [redacted]<br>**Cause of Death: Hypertensive Cardiovascular Disease**<br>**Manner of Death: Natural** |
|---|---|

## CONCLUSION

A perusal of IP [redacted]' PDP file revealed that he was adequately provided with the services afforded to all incarcerated persons. Based on staff interviews, medical reports, and the Medical Examiner's findings, there was no indication of negligence on the part of YesCare staff. However, video footage of B1 Pod 3, during the 11:00 PM to 7:00 AM shift revealed that C/O [redacted] [redacted], assigned housing officer, did not conduct proper tours and headcounts during his shift in accordance with PDP policy and procedures. Therefore, the allegation of Staff Misconduct against C/O [redacted], is **Sustained**.

OPC INVESTIGATION CONCLUDED

SEP 30 2022

DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS

ATTORNEYS' EYES ONLY
Confidential

CONFIDENTIAL HEALTH INFORMATION
& HIGHLY CONFIDENTIAL



|  Commissioner's Office of Special Investigations | Case # 19-00145<br>Death of Inmate [redacted]<br>Cause of Death: Drug Intoxication (Methamphetamine)<br>Manner of Death: Accident |
|---|---|

## CONCLUSION

A perusal of Inmate [redacted] PDP file revealed that he was adequately provided with the services afforded to all inmates. Based on staff interviews, medical reports and the Medical Examiner's findings, there was no indication of negligence on the part of Corizon staff; therefore, the allegation of Staff Misconduct against Corizon staff is **Not Sustained.** However, in lieu of Officer [redacted]. reluctance to take proper action by notifying the medical staff and his Supervisor that Inmate [redacted] was unresponsive after he did not respond to Officer [redacted] commands to wake up for his COWS assessment, the allegation of Staff Misconduct against Officer [redacted] is **Sustained.** Furthermore, Officer [redacted], was the B1 Escort Officer on the 3:00PM – 11:00PM shift, and was in Inmate [redacted] cell after being informed that Inmates [redacted] and his cellmate did not report for their COWS assessment. Officer [redacted] remained at Inmate [redacted] cell, cell #20, for approximately 90 seconds, and then entered the cell and remained in the cell for approximately 15 seconds. Officer [redacted] left the pod to notify Lieutenant [redacted] that Inmate [redacted] was unresponsive, without notifying Officers [redacted] or any medical personnel that Inmate [redacted] was unresponsive; therefore the allegation of Staff Misconduct against Officer [redacted] is **Sustained.**

OPC INVESTIGATION CONCLUDED

JAN 31 2020

DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS

ATTORNEYS' EYES ONLY Confidential

CONFIDENTIAL HEALTH INFORMATION
& HIGHLY CONFIDENTIAL



|  Commissioner's Office of Special Investigations | Case # 20-00045<br>Death of Inmate [redacted]<br>Cause of Death: Drug Intoxication (Promethazine, Xylazine, Fentanyl)<br>Manner of Death: Accident |
|---|---|

## CONCLUSION

A perusal of Inmate [redacted] PDP file revealed that he was adequately provided with the services afforded to all inmates. Based on staff interviews, medical reports and the Medical Examiner's findings, there was no indication of negligence on the part of Corizon staff; therefore, the allegation of Staff Misconduct against Corizon staff is **Not Sustained.** The allegation of Staff Misconduct against Correctional Officer [redacted], PR# [redacted] is **Sustained.** Officer [redacted] admitted that when he arrived at Inmate [redacted] cell, he did not check for a pulse, attempt CPR, or render any first-aid to Inmate [redacted] as he was lying faced-down and unresponsive on the ground inside his cell. The allegation of Staff Misconduct against Correctional Officer [redacted] PR# [redacted] is **Sustained.** Video footage revealed that when Officer [redacted] arrived to B1-Pod4, he stood at the entrance to Inmate [redacted] cell alongside of Officer [redacted] and he did not enter the cell to check for a pulse, attempt CPR, or render any first-aid to Inmate [redacted] CPR was initiated by the responding medical staff. The allegation of Staff Misconduct against Correctional Sergeant [redacted] [redacted], is **Sustained.** Sergeant [redacted] was the Sergeant for A and B building, and according to witnesses and the electronic logbook (Lock&Track,) she did not conduct any tours in any of the buildings throughout the 11:00PM – 7:00AM shift.

OPC INVESTIGATION CONCLUDED

MAY 29 2020

DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS



|  **Commissioner's Office of Special Investigations** | **SI- 20-00231**<br>**Death of Inmate** [REDACTED]<br>**Cause of Death: Hanging**<br>**Manner of Death: Suicide** |
|---|---|

## CONCLUSION

A review of Inmate [REDACTED]s PDP file revealed that he was adequately provided with the services afforded to all inmates. However, based on staff interviews, medical reports and the Medical Examiner's findings, there was negligence found on part of PDP staff. Therefore, any allegation of Staff Misconduct is **Sustained.** C/O'S [REDACTED], [REDACTED] and [REDACTED], failed to tour the unit as per PDP policy. Video proved that both officers were at the officer's desk when they were notified by an inmate of trouble in cell 7.

Furthermore, video review shows several Officers ([REDACTED], [REDACTED]) were not wearing their masks in accordance with E.O. 20-01.

OPC INVESTIGATION CONCLUDED

APR 30 2021

DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS



|  **Commissioners Office of Special Investigations** | **Case # 21-00027**<br>Death of Inmate [redacted]<br>**Cause of Death: Hypertrophic Cardiomyopathy**<br>**Manner of Death: Natural** |
|---|---|

## CONCLUSION

A perusal of Inmate [redacted]'s PDP file revealed that he was adequately provided with the services afforded to all inmates. Based on staff interviews, medical reports, and the Medical Examiner's findings, there was no indication that there was any negligence on the part of Corizon staff; therefore, the allegation of staff misconduct against Corizon staff is **Not Sustained.**

However, during the review of video footage for the 11:00pm to 7:00am shift from February 6-7, 2021, of A2Pod3, it was revealed that C/O [redacted], CFCF, did not conduct her initial tour or initial headcount of the unit upon arrival. Therefore, the allegation of Staff Misconduct is **Sustained.**

OPC INVESTIGATION CONCLUDED

MAY 28 2021

DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS



|  **Commissioner's Office of Special Investigations** | **Case # 22-00105**<br><br>**Death of Incarcerated Person**<br>**Cause of Death: Drug Intoxication**<br>**Manner of Death: Accident** |
|---|---|
| | |

## CONCLUSION

A review of Incarcerated Person ; PDP file revealed that he was adequately provided with the services afforded to all Incarcerated Persons. However, based on staff interviews, medical reports, and the Medical Examiner's findings, there was negligence on the part of Medical staff; and PDP staff. Therefore, the allegation of Staff Misconduct against PDP/ Medical staff is Sustained. C/O , failed to escort IP and other incarcerated persons properly as outlined in PDP Policy 3.A.11 (Incarcerated Person Movement Control). Video footage from July 15, 2022, revealed that C/O left the IP's (including IP ) unattended in the elevator on B1 while she traveled up to B2 via the rear steps. In doing so; C/O lost track of IP whereabouts as he traveled down CFCF's Main Corridor toward C building. Correctional Lieutenant , was also observed via video footage, leaving IP unattended as he walked away from IP who appeared to be having a medical emergency. Lt. stated that he did not have his PDP issued walkie (radio) at any time during his interaction with IP In addition, YesCare's stated that she was notified by C/O that there was a IP lying in the hallway on B2. She responded and appeared to be interacting with IP via video footage. LPN was also observed leaving IP unattended during his medical emergency as she walked away for several minutes at which time IP stood up and attempted to walk before clutching his chest and falling backward onto the floor. During this time, Nurse and Lt. return to IP and stood close, observing IP until medical was activated and arrived. It should be noted that Lt. and LPN did not initiate any aid (CPR) during their interaction's with IP during his medical emergency.

OPC INVESTIGATION CONCLUDED

DEC 30 2022

DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS

# Exhibit 8

## Deposition of City of Philadelphia 30(b)(6) Designee Patricia Powers

Deposition of Patricia Powers Estate of Louis Jung, Jr. v. City of Philadelphia, et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

JACOB and JAMES JUNG, as :
Administrators of the Estate :
of LOUIS JUNG, JR., :
Plaintiff, :
:
-vs.- :
:
CITY OF PHILADELPHIA, et al.,:
Defendant(s). : 2:24-cv-05618-TJS

- - -

Thursday, October 16, 2025

- - -

Videoconferenced deposition of PATRICIA POWERS, taken pursuant to notice, was held virtually in the Commonwealth of Pennsylvania, commencing at 9:15 a.m., on the above date, before Jared Carey, a Professional Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

- - -

Everest Job No. 46197

215-341-3616 transcripts@everestdepo.com
Everest Court Reporting LLC Page: 1

APPEARANCES:

ABOLITIONIST LAW CENTER
BY: BRET GROTE, ESQUIRE
MARGO HU, ESQUIRE
631 N. 12th Street
Philadelphia, Pennsylvania 19123
412.654.9070
Attorney for the Plaintiff
(Appearing via Zoom)

KIERNAN TREBACH
BY: JONATHAN M. KAMINSKY, ESQUIRE
1801 Market Street
Philadelphia, Pennsylvania 19103
215.569.4433
Attorney for Defendant, Mariesha Apollon
(Appearing via Zoom)

CITY OF PHILADELPHIA LAW DEPARTMENT
BY: DEREK KANE, ESQUIRE
1515 Arch Street, 15th floor
Philadelphia, Pennsylvania 19103
215.683.5000
Attorney for Defendant, City of Philadelphia, Blanche Carney, Gene Frasier, Wanda Bloodsaw
(Appearing via Zoom)

GORDON REES SCULLY MANSUKHANI
BY: SUMMER C. THOMAS, ESQUIRE
1717 Arch Street, Suite 610
Philadelphia, Pennsylvania 19103
215.561.2300
Attorney for Defendant, Career Staffing
(Appearing via Zoom)

medical staff pulls medical records. And things are frozen in place. Emergency contacts are pulled up so that the chaplain can make the notification to the family, to the emergency contact of the inmate. So there is a lot of things.

Like I said, the checklist is pretty thorough on who you talked to, when you talked to them, depending on where the death took place, whether you have to close something off as a crime scene and assign someone to the scene with a list of people that enter and leave, again, depending on the situation and circumstances around the death. Pretty thorough.

Q. Thank you.

Now, in the policy that you just referred to it talks about doing a mortality review in response to each death. Are you familiar with that term in this context?

A. Yes, sir.

Q. I am wondering what the mortality review consists of. Is there a report that generates?

A. I'm sure there is a report of it.

Off the top of my head I don't know who has that like if there is an official report and who would have it.

Q. Are you familiar with the Office of Special Investigations reports on deaths in custody at PDP?

A. Office of Special -- our Office of Professional Compliance?

Q. Yes.

A. That's our OPC, Office of Professional Compliance. Yes. Not every death investigation -- the 4.E.14 speaks of the facility investigation and mortality reviews. Not every death ends up with an OPC investigation also. So OPC will do a further, if there is some belief that there was staff misconduct or staff discipline involved.

Q. Thank you. That's what I was wondering was the mortality review different than the OPC review. And they are?

A. Yes. So a mortality review is done on every death in custody. And that involves the medical staff, facility staff, the warden and some of our PDP administration looking at them. But not every death will get

 an OPC investigation but everyone gets a mortality review.

Q. And was it your testimony that you are not certain if the mortality review generates a written report?

A. I know there is an analysis and a report and all. I don't know where that lands, where that ends up, like who keeps that.

Q. Is PDP responsible for the mortality review? Or would it be the medical provider? Is it a combination?

A. It's a combination in the review. But I would think that the medical 30(b)(6) will tell you where that document ends up.

Q. So for the mortality reviews, you already named some staff that would be involved, but is there a staff member that is kind of responsible for the mortality review? Like they are ones that bottom lines that it gets completed?

A. Dr. Herdman, our chief of medical operations, is ultimately responsible to make sure the mortality reviews are completed.

Q. And is the commissioner of corrections involved in the mortality review

process in any way?

A. Yes. I don't know the degree at all how deeply they are involved in that review.

Q. Do you know who determines the -- what is the scope of the inquiry in a mortality review? How do they determine what to look into, who to talk to?

A. Not in our -- not from the security side. It's a medical overview with a security look. I know they use our facility. Our facility investigation is we are dealing with the security staff and what happened. And if things look not okay you are going to refer it to the Office of Professional Compliance.

Q. Can you tell what is the role of the corrections side in the mortality reviews?

A. So the mortality review is different from the facility investigation. I can tell you how the facility investigation works. I don't know about the mortality review.

Q. Those questions are on my list. So let's get to those questions.

What do you know from the corrections side about facility investigations into deaths in custody?

A. There I know it all. The shift commander begins that investigation with that death package, like I talked about. Notifications -- on that notification list they really got to make sure they are making all the notifications noting who they are calling. And like I said, they are letting the RPS staff know to pull the Social Service records.

Medical staff already know. They have their own notification chain that I am not aware of who is getting notified. But we contact -- we start with the deputy warden of operations making sure the warden is contacted all the way up to the commissioner is notified.

We have flash reports that have to go out with basic information. It would contain the inmate or inmate's information and the basic information surrounding the death, whether it be in the hospital or in the facility. And they begin that investigation by there will be camera footage pulled if the area was under video surveillance. There would be videos pulled.

There would be statements taken from staff that were in the area, any possible

witnesses, get some statements from medical staff responding. There would be if outside medical or an outside agency were involved, like the police department or fire defendant, it would be noted when a 911 call was made and the names of any staff from those agencies that reported to the facility or unit numbers if there were Philadelphia Fire Department or Medic units involved or police department vehicles depending on the circumstances surrounding the death.

Again, depending on the circumstances whether the shift commander deems it a crime scene and assigns somebody to the crime scene to restrict entrance and exit of the crime scene. Again, depending on the circumstances whether the warden, deputy warden, commissioner or deputy commissioner arrive on scene, whether they come to the facility or the hospital or not.

It all depends. You are talking any death has its own set of circumstances. And the shift commanders respond accordingly. The investigation is to be completed as quickly as possible but as thoroughly as possible. And OPC

can be called in to take over -- but not really take over. The facility investigation is completed. And they use that as part of their investigation but then they will go deeper into a deeper dive into possible staff misconduct.

Q. Thank you.

Let's say it does move on to OPC as part of the investigation. Is that OPC investigation -- somewhat what I am wondering about is are there different documents between what you just described in an OPC investigation or does the investigation become subsumed under OPC and it's all one investigation? If you know what I am getting at?

A. You will still have those two, the facility investigation and then the OPC investigation. But that facility investigation does become part of that OPC document. But the facility still maintains their facility investigation document.

Q. So it's like in both hands. They maintain their document but OPC incorporates it into OPC's?

A. Yes, sir.

Q. If there were concerns about

somebody's medical care at PDP in regard to their death, is that something that would be outside the purview of OPC?

MR. KANE: Objection to the form.

MR. WITTEKIND: Join.

BY MR. GROTE

Q. Does OPC ever inquire into whether proper medical care was provided by medical staff?

MR. WITTEKIND: Object to the form.

BY MR. GROTE

Q. In a case where somebody died?

A. For situations, say, like response time and things like that. But I'm not aware of OPC ever going into a medical record for determining proper care. They are not medically trained. They are security staff.

Q. So any of those questions about the clinical medical decisions involved in a patient's care who died, that would be handled outside of correctional staff?

A. In that mortality review, yes.

Q. Now, whenever there is a completion of an investigation into a death,

what happens then? Where does the report go? Who looks at it? Are there meetings about it?

A. So the facility investigation goes from the captain -- it's almost always at a captain's level. Our normal facility investigating staff are lieutenants. In a death it's normally a captain or above that will take that investigation.

It just skips a step of a review so the lieutenant doesn't have to have it reviewed by a captain. It's done by a captain. Then it goes to a deputy warden of a facility. Usually a deputy warden of operations, if he or she is on duty, as long as they are not out of office it's that deputy warden that reviews it.

And then it goes to the warden. It will make it up to the commissioner obviously because it was a death in the facility. And it may get referred in the meantime and routed over to OPC. But that facility investigation stays in the facility. They keep a record of it.

Then if it gets referred over to OPC they -- some of it, follow up on the completion of it, that has its own track and its own schedule. That comes under -- the chief of

staff oversees OPC. The chief of staff oversees my unit and the training academy.

Those three divisions do not fall under like the facilities chain of command. We sit outside of the facility's chain of command. So he kind of oversees the OPC deadlines and how it's going and the reviews and discusses those with the commissioner.

Q. And are those reports ever modified after they are reviewed? Will a supervisor or somebody with more authority say, We think this was an error? We think something else needs to be added? We think you need to look into this part? Is that part of the process or not?

A. Of a facility investigation, yes. But it's done with -- it's not altered or changed. It is what we call an addendum. So if I was the deputy warden reviewing it and I wanted a few other questions answered, some questions needed to be answered, I add an addendum to it in writing. Please answer these questions and then wait for that to come back before I push it on up to the warden.

Q. What is the scope of the facility

investigation? Are they looking for policy violations? Are they looking for other issues beyond policy violations? How is that determined?

A. It's determined that all policies were followed. It's determined that everybody took the proper action.

Q. So that's the scope?

A. Yes, sir.

Q. Do they ever look into whether or not the policies themselves were not adequate for a situation?

A. A facility investigation does not do that, no.

Q. Anything pertaining to medical care aside from perhaps emergency response that would implicate correctional staff, that would be part of the medical staff and medical professionals who are involved the mortality review?

A. The clinical side of things? Yes. Anything on the clinical side, yes.

Q. What about something where -- let's say somebody was not showing for medical appointments. Would that be part of a clinical

assessment? Somebody misses a lot of medical appointments leading up to an eventual death. Who would look into that aspect of it? Is that medical?

A. Yes.

Q. And I think you indicated they could be. But are other incarcerated people sometimes interviewed as part of those inquiries?

A. They can be depending on the situation.

Q. Who determines that?

A. The captain and the deputy warden. If the captain had not interviewed and I am watching on -- depending on the situation. If I am watching on the video that there are witnesses in the area that I don't see a statement from, I can do that addendum. Please add witness statements from involved parties.

But normally if there are involved parties, whether they be staff, civilian staff, security staff or inmates, you attempt to get witness statements from them.

Q. In the policy regarding reviews in deaths in custody it mentions quarterly

# Exhibit 9

# City of Philadelphia Contract with Corizon Excerpts

DocuSign Envelope ID: 7D4D5640-5025-44EA-ACE9-232CED19836F

Contract Number 2220374

November 2021, TS/sml
City of Philadelphia
Department of Prisons

**PROVIDER AGREEMENT**

**General Consultant Services**

CONFORMED

**THIS PROVIDER AGREEMENT** is executed on January 4, 2022 , and effective January 1, 2022, between **The City of Philadelphia** (the **"City"**), through its Department of Prisons (the "Department"), and **Corizon Health, Inc.** (**"Provider"**).

**BACKGROUND**

This agreement is for Provider to provide general consultant services to the City in accordance with the provisions of this Provider Agreement, the City of Philadelphia Professional Services Contract General Provisions for General Consultant Services, as revised July 2020 (the "General Provisions"), and all of the other documents and exhibits that constitute the Contract Documents and the Contract as those terms are defined in the General Provisions. A copy of the General Provisions is attached and incorporated in the Contract by reference.

Accordingly, intending to be legally bound, the City and Provider agree as follows:

**ARTICLE I: GENERAL TERMS**

**1.1 Incorporation of Background.** The Background is incorporated by reference.

**1.2 Definitions.** Capitalized terms have the meanings assigned to them in the General Provisions.

**ARTICLE II: TERM**

**2.1 Initial Term.** The Initial Term of this Contract starts January 1, 2022, and expires December 31, 2022.

**2.2 Additional Term(s).** The City may amend this Contract in its sole discretion in accordance with Section 2.2 (Additional Terms) of the General Provisions. The terms and conditions applicable during the Initial Term shall be applicable during any Additional Term.

DocuSign Envelope ID: 7D4D5640-5025-44EA-ACE9-232CED19836F

## ARTICLE III: SERVICES AND MATERIALS

**3.1** **Services and Materials.** Provider shall perform the Services and provide the Materials as described in the exhibits listed below, which are attached and incorporated by reference:

**Exhibit PA-1: Request for Proposal (the "RFP") Contract Opportunity No. 21210428174629**

**Exhibit PA-2: Corizon Health Inc., Response to RFP Opportunity No. 21210428174629**

## ARTICLE IV: COMPENSATION

**4.1** **Compensation.**

(a) As compensation for the Services and Materials being provided, the City shall pay Provider in accordance with the following exhibit listed below, which is attached and incorporated by reference, subject to all limitations on the allowability of cost items imposed by the City of Philadelphia Contract Cost Principles and Guidelines:

**Exhibit PA-3: Compensation Agreement**

**Exhibit PA-4: Budget and Staffing**

(b) Notwithstanding anything in this Contract to the contrary, the Office of the Director of Finance may not certify payments under the Contract that in total exceed $64,272,073.00.

**4.2** **Manner of Payment.**

(a) Payment shall be made after Provider's timely submission of invoices to the Responsible Official, in the number, form, and content acceptable to the Responsible Official, accompanied by such additional supporting data and documentation as the Responsible Official may require. All payments to Provider are contingent upon satisfactory performance of the terms and conditions of this Contract. Provider shall submit its final invoice not more than sixty (60) days from completion of the Services and delivery of Materials.

(b) All payments to Provider shall be by deposits into Provider's designated bank account by electronic means, unless the City, in its sole discretion, makes payment by check. Provider agrees that the City need not make payment until Provider has completed and submitted to the City the appropriate electronic payment processing enrollment form at https://vendor-

DocuSign Envelope ID: 7D4D5640-5025-44EA-ACE9-232CED19836F

**The City of Philadelphia**

**REQUEST FOR PROPOSALS**
**for**
**Provision of Prison Physical and Behavioral Health Care Services**
**for the**
**CITY OF PHILADELPHIA**

---

Issued by:
THE CITY OF PHILADELPHIA (City)
Philadelphia Department of Prisons (PDP)

**All proposals must be submitted electronically to the correct contract opportunity established for this RFP (identified by opportunity number), through the eContract Philly online application process at** htp s:/p hilawxp hilag ov econtract/. **Applicants who have failed to file complete applications through the eContract Philly online application process will not be considered for the contract.**

**Proposals must be received no later than 5:00 p.m. Philadelphia, PA, local time, on Monday, July 19, 2021**

---

*Mandatory* ***Pre-Proposal Conference:***
Date: Monday, May 17, 2021
Time: 10:00 a.m., Philadelphia, PA local time
A virtual conference by TEAMS Meeting
(see pages 61and 62 for instructions)

---

James F. Kenney , Mayor
Blanche Carney, MSS, CCM, Commissioner, Department of Prisons

*Revised: October 2020*

DocuSign Envelope ID: 7D4D5640-5025-44EA-ACE9-232CED19836F

**j. Clinical Site Supervisors (CSS)**

Successful Applicant must appoint a CSS for each facility-based behavioral health care department. CSSs must have appropriate experience in the administration and management of behavioral health care services and either 1) a Master's degree (or higher) and be certified as a Licensed Social Worker or Licensed Clinical Social Worker with a concentration in social work, psychology, health care administration, hospital administration, or public health with a concentration in health systems management or equivalent experience or 2) be a professional registered nurse with a bachelor's degree.

CSSs will be responsible for allied health care staffing, support services, inmate relations, fiscal matters such as procurement and subcontractor compliance, policy and procedure enforcement, performance improvement, records management, attending Warden's monthly medical meetings, attending PDP quality improvement meetings as requested and other such meetings as reasonably required by PDP.

**3. Other**

Employment of emergency medical technicians and/or paramedics for purposes of the Contract, other than for emergency ambulance transport, is prohibited.

Up-to-date resumes or curriculum vitae for Key Personnel, as defined in Appendix J, must be submitted with Applicant's response to the RFP. Remaining resumes and curriculum vitae may be submitted later as requested by PDP, but in no event later than the start of the Contract.

**4. HIPAA Officials**

Successful Applicant must designate a HIPAA Privacy Officer in accordance with 45 C.F.R. § 164.530(a) and a HIPAA Security Officer in accordance with 45 C.F.R. § 164.308(a)(2).

**J. Technology Capabilities**

The Successful Applicant will be responsible for having and using the following technology capabilities and resources in performing their work: Windows 10 or above Operating Systems, MS Office 2010 or above, modern email technology, Electronic Health Record technology (currently Eclinical Works), Digital Radiology (currently Global Diagnostics) and the Lab (currently Bioreference and City lab) and Pharmacy Services (currently Clinical Solutions Pharmacy). The Successful Applicant will provide the following technology capabilities and resources: Workstations, printers, internet access, training in the Inmate Jail Management System (IJMS), if needed. More specifically, the Successful Applicant must do the following:

- provide their own private network. This includes fiber, conduit, switches, routers, cabling, and any other associated network equipment
- provide their own HIPAA compliant computer equipment. This includes but is not limited to PCs, laptops, printers, scanners, cell phones, hot spots, headsets, webcams, tablets, or other computer related equipment.
  - All of this computer equipment MUST be HIPAA compliant and operating on Windows 10 or later operating systems. This must be managed, patched, and include malicious software protection (virus, malware, spyware, etc.)

DocuSign Envelope ID: 7D4D5640-5025-44EA-ACE9-232CED19836F

- supply all of its staff with access credentials to their network with the expectation that no City I.T. access credentials will be issued by City employees or administered by City employees.
- administer their staff accounts to access the inmates' electronic medical records through the electronic medical record software currently ECW, e-clinical works.
- No HIPAA data can be stored on any City equipment or transmitted to any City (Prisons') employee without specific written instructions from the City.
- provide an independent 3rd party HIPAA risk assessment annually, selections of vendor must be approved by the City.

- provide all electronic medical record support to their staff end users without interference or assistance from the City, PDP MIS or OIT;
- provide network operations support for their networks without interference or assistance from the City, PDP MIS or OIT; and
- provide all IT support for any computer equipment issued to their staff without interference or assistance from the City, PDP MIS or OIT.

**K. Alternative Solutions**

If an Applicant offers options and/or alternative solutions that are not requested in this RFP or are not included in its proposed prices the Applicant must provide the following information for each:

- A detailed description of the option/alternative solution including, but not limited to, all features, functionality, and/or services that will be unavailable if the option/alternative is not purchased;
- If not included in the proposed prices, a full explanation of the rationale for not including; and
- Detailed cost information for each option/alternative, in accordance with the Cost Proposal requirements of the RFP.

## III. Proposal Format, Content, and Submission Requirements; Selection Process

**A. Proposal Format**

Proposals submitted in response to this RFP must include a cover letter signed by the person authorized to issue the proposal on behalf of the Applicant, and the following information, in the sections and order indicated:

1. Table of Contents;

2. Introduction/Executive Summary

Provide an overview of the services being sought and proposed scope of services;

3. Applicant Profile

Provide a narrative description of the Applicant itself, including the following:

a. Applicant's business identification information, including name, business address, telephone number, website address, and federal taxpayer identification number or federal employer identification number;

DocuSign Envelope ID: 7D4D5640-5025-44EA-ACE9-232CED19836F

Exhibit PA-2: Corizon Health Inc., Response to RFP Opportunity No. 21210428174629 dated 7/16/21

**TECHNICAL PROPOSAL** | OPPORTUNITY # 21210428174629 | JULY 19, 2021 – 5:00 P.M. EST

# CITY OF PHILADELPHIA

## PROVISION OF PRISON PHYSICAL AND BEHAVIORAL HEALTH CARE SERVICES

103 Powell Court
Brentwood, TN 37027

DocuSign Envelope ID: 7D4D5640-5025-44EA-ACE9-232CED19836F

## In Conclusion

Corizon Health stands out among the correctional healthcare industry.

- In addition to founding the correctional healthcare industry, **Corizon Health is the only company** with over 40 years of experience serving mega-jails (ADPs of 4000 or more) – including 28 years serving the PDP.
- **Corizon Health is the only company** with 15 or more years of continuous service with 17 current clients.
- **Corizon Health is the only company** with a strong history and positive working relationship with District 1199C Hospital and Health Care Employees Union.
- **Corizon Health is the only company** that will have its own internal IT network and equipment prior to the start date.
- **Corizon Health** maintained a superior staffing rate of 95% during the Covid-19 pandemic.
- **Corizon Health** was the first correctional healthcare company to offer hazard pay during the Covid-19 pandemic.
- Corizon Health has an outstanding litigation history based on the number of patient interactions that occur in the PDP system

Our proposal offers value added services that no other company can provide:

- Enhancements to current Behavioral Health Program:
  - Improved continuum of care within the existing system
  - Overall cost savings of approximately $500,000 by leveraging existing nursing staff to perform behavioral health functions
  - Modernized care on the inpatient hospital unit by changing nursing positions to behavioral health positions.
    - Improves care
    - More cost effective
- Community partnership with Gaudenzia to enhance current Re-entry Program:
  - Offering immediate access to services upon release
  - Ending the "lost patient" effect for co-occurring behavioral health and substance abuse patients, by ensuring a specific and consistent place of contact
- Strongest MWBE program among all potential competitors – local pharmacy partners, ancillary services and, LGBTQ partners added
- Other proposed service enhancements include:
  - Increase MAT dosage to 16mg
  - Providing Global Tel Link (GTL) Electronic Sick Call addition for tablets
  - Upgrading Electronic Health Record to the eOMIS EMR system (no other corrections client currently uses eCW)

Corizon Health has a proven history of enhancing behavioral health programming and of appropriately medicating (not overmedicating) patients. We are on solid financial footing and, since we are not a public company, are not beholden to shareholders as others in the industry.

TAB 2 – INTRODUCTION/EXECUTIVE SUMMARY
CITY OF PHILADELPHIA – PHILADELPHIA DEPARTMENT OF PRISONS
PROVISION OF PRISON PHYSICAL AND BEHAVIORAL HEALTH CARE SERVICES
OPPORTUNITY NUMBER 21210428174629 – JULY 19, 2021
PAGE 2.3

PJUNG002247

DocuSign Envelope ID: 7D4D5640-5025-44EA-ACE9-232CED19836F

We currently are testing sentenced inmates three months prior to release (or as medically necessary). Test results are reviewed by our Infectious Disease provider, Dr. Debra D'Aquilante, and any positive results are referred to Philly FIGHT for an on-site visitation to coordinate linkage upon discharge.

## To continually improve the quality of care

### *Implemented eMAR System*

Corizon Health has partnered with Health Care Systems (HCS) to deploy an Electronic Medication Administration Record (eMAR) system to the facilities within the PDP. This solution has nearly eliminated the prior paper process, specific to medication administration management, and has markedly enhanced reporting and audit functions. Additional functionality includes sending data back to eClinical Works (ECW) and providing electronic MAR reports at the end of the month, interface with other clinical information systems such as the eCW electronic health record (EHR), Clinical Solutions and Timi pharmacies, and the PDP Inmate Jail Management System. The eMAR system further removes potential for errors of omission and late medication administration and eliminates the loss of MARs and the need for filing of paper MARs.

Continuing to build upon the electronic medical record implemented at the PDP, Corizon Health has collaborated with eClinicalWorks and Healthcare Systems electronic medication administration record (eMAR) to bring the same electronic functionality currently used for medication administration to treatment administration. This has enhanced documentation and access to treatment information for our patients for routine treatments, such as blood glucose checks, blood pressure checks, wound care.

### *Upgraded X-ray Suites*

In 2018, Corizon Health successfully upgraded each of the three digital x-ray suites to state-of-the-art digital x-ray equipment. This allows for significantly enhanced x-ray imaging quality, as well as more efficient and reliable x-ray imaging transmission.

### *Upgraded Dialysis Suite*

In 2019, Corizon Health upgraded our dialysis suite to state-of-the-art equipment, including new hemodialyzer machines and reverse osmosis systems. This will ensure continued successful operation of our on-site dialysis unit.

### *Upgraded Electronic Health Record*

2018 has been an incredibly busy year for Corizon Health and the PDP EHR team. Upgrades to software, optimization of existing workflows and core processes, and large-scale implementation of new functionality are just a few areas where the EHR product has played a pivotal role in delivering quality and timely care to the PDP patient population.

Notable EHR accomplishments include:

- Pharmacy Interface - Streamlines the prescription ordering process, saving valuable line staff time and reducing human error;
- eMAR Implementation - Provides electronic documentation and facilitates QA/oversight of medication administration. All sites currently use the eMAR and we expect a full, paperless operation by the close of Q2 2019, which will be inclusive of treatment administration records;

TAB 5 – PROPOSED SCOPE OF WORK
CITY OF PHILADELPHIA – PHILADELPHIA DEPARTMENT OF PRISONS
PROVISION OF PRISON PHYSICAL AND BEHAVIORAL HEALTH CARE SERVICES
OPPORTUNITY NUMBER 21210428174629 – JULY 19, 2021
PAGE 5.17

PJUNG002273

DocuSign Envelope ID: 7D4D5640-5025-44EA-ACE9-232CED19836F

- Equipment Upgrades - Signature pads and bar code scanners were deployed across the region to reduce data entry delays and errors;
- Tele-Health - Implemented along with the 340B program, Tele-Health strengthens patient care by allowing providers to evaluate patients remotely without having to travel to/from various facilities. The 340B program, in partnership with Temple University Hospital, provided cost savings for life-sustaining medications for our patients;
- Patient Safety Workflow Expansion - Emphasis was placed on creating and solidifying workflows to promote patient safety. Notable workflow additions include Severe Suicide Attempt Flagging, Overdose Prevention, Hepatitis C Testing, automated encounter creation for all appointments, and Vaccines for Adults At Risk;
- Version Upgrade - This upgrade, the first since May of 2017, provided fixes and efficiencies to core functionality such as pharmacy ordering functionality, Clinical Visit Updates, and an updated infirmary console.

2019 was a busy and productive year for the Philadelphia EHR project and team. In May, we initiated a major upgrade to the EHR software (eClinicalWorks) which included several important developments. First, a custom medical summary designed by industry-leading correctional physicians, available at the click of a button, allowing PDP physicians to share patient information with community providers efficiently and securely for the purposes of continuity of care. In addition, the functionality for identifying and classifying heat sensitive patients was completely redesigned and customized, allowing for a safer and more efficient system for classifying and caring for one of our more vulnerable populations. Finally, this upgrade brought major enhancements and fixes to the system's "Clinical Rules Engine (CRE)", allowing for automatic, same-day appointment creation triggered by select appointment outcomes.

After our system upgrade, 2019 saw major steps towards patient safety measures as well as user efficiencies. For example, our EHR Business Continuity Disaster Recovery materials were completely updated. Additionally, the EHR team worked tirelessly to establish an interface between eCW and our Medication Administration Record system (HCS) so medication administration records ultimately reside in the same place as the rest of the patient record. Finally, together with the PDP IT department, Corizon acquired, tested, and implemented Wi-Fi-enabled tablets to be used for all mobile encounters behind the walls, including segregation rounds. These developments not only assure a greater degree of patient safety but allow our users to work more efficiently and ultimately more productively.

Lastly, the EHR team expanded in size in 2019 by adding an additional Applications Specialist. Mr. Norman Mueller is a seasoned and talented IT professional who has already proven to be an asset to our EHR team.

## To increase correctional staff safety

Corizon Health is committed to the safety our correctional partner in any manner that we can contribute. Corizon Health currently provides PDP staff with **annual tuberculosis testing**, lending our resources as required for this important initiative.

In addition, Corizon Health staff provides significant **clinical education for our correctional partners** through weekly healthcare refresher training for officers, NCCHC compliance training for officers, and a monthly roll call training topic at all facilities.

TAB 5 – PROPOSED SCOPE OF WORK
CITY OF PHILADELPHIA – PHILADELPHIA DEPARTMENT OF PRISONS
PROVISION OF PRISON PHYSICAL AND BEHAVIORAL HEALTH CARE SERVICES
OPPORTUNITY NUMBER 21210428174629 – JULY 19, 2021
PAGE 5.18

PJUNG002274

DocuSign Envelope ID: 7D4D5640-5025-44EA-ACE9-232CED19836F



- Health promotion;
- HIV;
- Nutrition;
- Parenting skills;
- Medication compliance and management;
- Smoking cessation education via the PDP television network is expected.
- STDs; and,
- TB.

All medical staff and appropriate correctional staff must receive in-service training in at least the following areas:

- Chronic disease diagnoses including but not limited to asthma, hypertension, seizure disorders, sickle cell disease, diabetes, renal disease, pre-cancerous and cancerous conditions, chronic dermatological problems, rheumatic disorders, liver disorders, neurology disorders, and chronic behavioral health problems;
- Chronic or severe mental illness;
- Crisis Intervention Techniques (CIT);
- Informed consent;
- OB care;
- Privacy/security policies in compliance with HIPAA, 42 CFR Part 2, CHRIA, and other State and Federal laws applicable to privacy and security of medical records;
- Refusal of care;
- Standard precautions;
- Substance abuse and related treatment programs; and
- Suicide risk assessment.

Successful Applicant must fully orient all administrative and regional staff to the contractually required scope of services prior to the Contract start. Additionally, all new employees must be oriented to this scope of services and complete HIPAA training within two weeks of employment. Prior to employment, Contract Staff are required to attend 2 days of security training provided by PDP and must receive a PDP security clearance.

**Employee Education**

Corizon Health recognizes the importance of requiring health care staff to participate regularly in continuing education activities to ensure they have a current knowledge base related to the disease processes they treat on a routine basis. We address these training needs through the delivery of continuing education activities provided by our **Regional Clinical Services Administrator and through the use of the Corizon Health online learning management system**. The Regional Clinical Services Administrator is responsible as Corizon's full-time on-site Health Educator/Staff Development Coordinator.

The Regional Clinical Services Administrator is responsible for the training activities for all levels of clinical providers. Training activities include arranging for qualified speakers to provide training related to specific clinical topics, the provision of training materials such as the monthly Corizon Health CEU online training for nursing staff, annual online training (including HIPAA, suicide prevention, and conduct and ethics), and arranging for staff to attend off-site conferences and seminars.

A calendar of all employee training is provided in electronic form to the Office of Medical Operations on a monthly basis.

TAB 5 – PROPOSED SCOPE OF WORK
CITY OF PHILADELPHIA – PHILADELPHIA DEPARTMENT OF PRISONS
PROVISION OF PRISON PHYSICAL AND BEHAVIORAL HEALTH CARE SERVICES
OPPORTUNITY NUMBER 21210428174629 – JULY 19, 2021
PAGE 5.183

PJUNG002439

DocuSign Envelope ID: 7D4D5640-5025-44EA-ACE9-232CED19836F

leading correctional physicians, available at the click of a button, allowing PDP physicians to share patient information with community providers efficiently and securely for the purposes of continuity of care. In addition, the functionality for identifying and classifying heat sensitive patients was completely redesigned and customized, allowing for a safer and more efficient system for classifying and caring for one of our more vulnerable populations. Finally, this upgrade brought major enhancements and fixes to the system's "Clinical Rules Engine (CRE)", allowing for automatic, same-day appointment creation triggered by select appointment outcomes.

After our system upgrade, we saw major steps towards patient safety measures as well as user efficiencies. Our EHR Business Continuity Disaster Recovery materials were completely updated. Additionally, the EHR team worked tirelessly to establish an interface between eCW and our Medication Administration Record system (HCS) so medication administration records ultimately reside in the same place as the rest of the patient record. Finally, together with the PDP IT department, Corizon acquired, tested, and implemented Wi-Fi-enabled tablets to be used for all mobile encounters behind the walls, including segregation rounds. These developments not only assure a greater degree of patient safety but allow our users to work more efficiently and ultimately more productively.

Lastly, the EHR team expanded in size in 2019 by adding an additional Applications Specialist. Mr. Norman Mueller is a seasoned and talented IT professional who has already proven to be an asset to our EHR team.

***Dialysis Equipment Upgrade***

In 2019, Corizon Health upgraded our dialysis suite to state-of-the-art equipment, including new hemodialyzer machines and reverse osmosis systems. This will ensure continued successful operation of our on-site dialysis unit.

***Telehealth Expansion***

Telehealth services are an integral part of the ever-evolving healthcare delivery system. In December of 2019, the enhancement of face to face clinical encounters, via telehealth, was expanded to allow all forms of health care encounters by telemedicine. Providers are now able to link in remotely and see patients from anywhere.

***Electronic Treatment Administration Record (eTAR)***

Continuing to build upon the electronic medical record implemented at the PDP, Corizon Health has collaborated with eClinicalWorks EHR and Healthcare Systems eMAR to bring the same electronic functionality currently used for medication administration to treatment administration. This has enhanced documentation and access to treatment information for our patients for routine treatments, such as blood glucose checks, blood pressure checks, and wound care.

***Juvenile Justices Services Center Opt-Out HIV Testing***

Corizon Health has implemented HIV testing at Intake at JJSC, mimicking the current process held within the PDP. Testing at intake allows for real time identification of HIV positive individuals and immediate enrollment in chronic care clinic for disease management. This further allows for expedited intervention and education.

***90% Medical Assistance Enrollment Threshold***

TAB 6 – STATEMENT OF QUALIFICATIONS/RELEVANT EXPERIENCE
CITY OF PHILADELPHIA – PHILADELPHIA DEPARTMENT OF PRISONS
PROVISION OF PRISON PHYSICAL AND BEHAVIORAL HEALTH CARE SERVICES
OPPORTUNITY NUMBER 21210428174629 – JULY 19, 2021
PAGE 6.9

PJUNG002577

# Exhibit 10

# Western Correctional Consultants Audit
# June 3, 2023



Western Correctional Consultants, LLC
Salem Oregon 97306
Email ssnag@yahoo.com
Telephone 503-551-7473

June 3, 2023

Anne Taylor, JD
Chief Deputy City Solicitor of the Civil Rights Unit
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102

Dear Ms. Taylor,

I was able to provide consulting services to the city of Philadelphia Department of Prisons ("PDP") and Dr. Bruce Herdman in the Office of Medical Operations "in person" during the week of April 17, 2023. This is my report of the findings of those site visits.

During these consultant visits to the PDP in April, 2023, I conducted meetings, mostly in person, but a handful via video conferencing with both YesCare (previously Corizon) and PDP staff members. It was a positive development for me to be able to conduct "in person" site visits for the second consecutive time. This is something that had not occurred since 2019.

My information gathering efforts were marked by meetings, chart reviews, mortality reviews, and data accumulation and review. I also observed both nursing "pill line" and nurse sick call, in person, as a silent observer.

Dr. Herdman suggested several topics for focused review, which I reviewed and studied. My work was productive. Findings are detailed below. In general, findings were discussed with the Corizon and PDP teams.

As usual, I met with Dr. Herdman and Ms. Carney, the commissioner, and we had a candid discussion about some of the challenges facing the PDP/YesCare health team going forward. As usual, I'm grateful for the effort and energy that goes into these site visits. The PDP and YesCare staffs are under increased scrutiny these days with the addition of court-ordered monitors to our site visits and accreditation panels. There are continuing challenges to the healthcare services at the PDP despite successful efforts on the part of the YesCare and PDP healthcare teams to decrease backlogs and improve access to care.

It is my impression that many of the improper procedures, initiated during the pandemic in order to provide care during a time of crisis, are no longer in place despite ongoing staff shortages. I witnessed that both nurse and provider sick call is now routinely carried out in a medical setting. Please see the section on "Sick Call" for more information on this specific issue. In addition, I witnessed that pill lines are now conducted in a more orderly and medically appropriate fashion. I observed that custody staff is actively participating in the pill line I observed. Ongoing diligence is needed in custody staff participation in monitoring that inmate-patients actually ingest their medication. This must be an ongoing team effort, given the importance of avoiding diversion as an institution patient safety measure.

Staffing continues to be an issue for the PDP custody staff in particular. Staffing levels remain significantly below pre-pandemic levels. Retirement and attrition continue to work against the PDP custody's ability to maintain acceptable staffing levels. Staffing continues to be an issue for the PDP custody staff in particular. It is my impression that the outside court monitors are working diligently with the administration to discover creative to this ongoing problem.

YesCare vacancy rate is at approximately 13%--this including temporary staffing with agency nurses. In the past staffing level vacancies were consistently under 10% and seldom included significant augmentation with agency nursing staff. Agency nursing staff often have limited experience in correctional nursing, and are clearly more expensive than hired staff. That said, healthcare staffing level vacancies across the country, for nursing in particular, are at historically high levels. YesCare has been able to maintain generally acceptable staffing at the PDP despite ongoing difficulty.

Commissioner Blanche Carney has initiated and followed through on "Access to Care" meetings, held weekly. Ms. Carney attends and supervises these meetings along with PDP and YesCare administrative and line staff in attendance. I attended one of these meetings and was impressed at the collaborative efforts in place to improve custodial staff participation in issues that affect inmate patients being brought to their appointments in a timely fashion. This collaboration will hopefully improve the culture of care in PDP facilities, and should help decrease backlogs further.

Despite the ongoing issues with PDP custody staffing, I notice better teamwork and collaboration, as I witnessed above regarding improvements in nurse sick call and pill line procedures. There is evidence of ongoing difficulty, however in custody staff being able to transport inmate-patients to medical appointment both inside the PDP and for outside appointments. Outside appointments, in particular, have been delayed, necessitating patients being rescheduled, and backlogs continue (although at lower levels) despite efforts at resolving them.

Covid booster vaccinations were administered to inmate-patients at the PDP last fall and on an ongoing basis. I found Covid vaccination was done for all of the diabetic patients that I reviewed during this site visit, a very positive finding. It is apparent that these immunization efforts will need to be ongoing, given that trivalent vaccine boosters will likely become necessary again this fall or sooner. The PDP continues to work with local health authorities on implementation of CDC guidelines, as well as specific local regulations. The ongoing risk of illness and death from COVID 19 infection remain going forward, despite progress in treatment and prevention nationally. COVID 19, now in the endemic

stage, continues to be a risk to the health of custody and healthcare staff, as well as inmate-patients. Implementation of the new guidance from the CDC published in November, 2022, has recently been completed.

***Specific Topics of Review during this site visit:***

## *COVID 19 Pandemic:*

While we have firmly reached the endemic stage of Covid-19 infection, the health risk of Covid remains. Ongoing vigilance for infection, treatment of those at risk with anti-viral medication (now in place), and ongoing collaboration with local health authorities is on-going and should continue.

A new set of guidance recommendations from the CDC has recently been published (on May 11, 2023), which further relaxes precautions in correctional facilities.[1] Consider implementation in cooperation with local health authorities.

### *Recommendations/Comments:*

- Ongoing efforts to immunize as many inmates and staff as possible against COVID continues to be the best preventive measure available at this time.
- Offer trivalent immunization at intake.
- Offer trivalent immunization boosters when suggested by the CDC and local health authorities.
- As much as practical while still practicing vigilance for Covid 19 infection, a return to pre-pandemic operations in all areas is called for at this time.
- Ongoing efforts to further implement tele-health efforts should continue. This may help in decreasing backlogs in outside appointments. Most outside offices are now fully equipped to accommodate these services.
- Cautiously implement recently published new guidance from the CDC. I am available for advice and assistance on this as requested.
- I continue to encourage the diagnosis of "long COVID" on PDP inmate-patients.

1. Guidance on Management of COVID-19 in Homeless Service Sites and in Correctional and Detention Facilities, https://www.cdc.gov/coronavirus/2019-ncov/community/homeless-correctional-settings.html, 5/11/2023, accessed 5/28/2023.

## *Emergency Room Utilization:*

This area of investigation was considered extensively during the October 2022 site visits. I have considered it here in a more cursory way and will continue to do so on an ongoing basis.

For the months of December 2022 to February 2023, the total percentage of admissions of all those sent out for emergency care was 40.4%. The statistics for the three months overall are as follows in Chart One.

ATTORNEYS' EYES ONLY

**CHART ONE**

| | Send Outs | Admissions | Percentage Admit |
|---|---|---|---|
| December 2022 | 88 | 35 | 39.8% |
| January 2023 | 90 | 30 | 33.3% |
| February 2023 | 72 | 31 | 43.1% |
| TOTALS | 250 | 96 | 38.4% |

During my previous review of emergency usage (in October 2022), there were a total of 314 send outs, of which 127 (40.4%) needed to be admitted to the hospital.

**DATA:**

- No fewer than 36.8% of emergency room transports were related to trauma, mostly from assaults and fighting. Of these, there were at least 11 stabbings (accounting for approximately 12% of all trauma.) These trends are unchanged.
- Withdrawal from drugs (mostly opiates) accounted for 14 emergency room transports, of whom 9 were admitted (64.3%)

**Findings:**

- Since my previous site visit to the PDP in October 2022, emergency room utilization, hospital admissions, and percentage of send outs admitted are all decreased.
- Overall, emergency facility usage at the PDP appears to be appropriate. I find the decrease in overall emergency room utilization to be encouraging. It may represent a stabilization/decrease in violence in PDP institutions. Of emergency room transports, the percentage of trauma and stabbings is unchanged.
- Change in mental status of loss of consciousness resulted in 16 emergency transports.

***Recommendations/Comments:***

- Overall, prevention of trauma at the PDP will result in largest decrease in the number of emergency room send outs because statistically trauma (largely due to fights and assaults) results in the largest number of emergency room send outs historically.
- Consider a collaboration among PDP, YesCare, and state officials to further study possible linkage between violence in the PDP institutions and security staff shortages. **Recommendation stands.** The importance of this factor cannot be overlooked given how much custody staff time is used for emergency transport of trauma patients.
- The number of emergency room transports and admissions for withdrawal was again tracked. The data is significant and similar to previously. It is likely that these emergency trips and

admissions can be prevented through the use of Suboxone as a proactive, early withdrawal treatment.

- Admission rates for all patients sent on emergency room trips appear to be stable over the past three years. Emergency send outs seem to be generally appropriate.
- Addressing backlogs in chronic care visits may help in prevention of emergency room usage.
- The number of stabbings continues to be troublesome but is seemingly decreased from the previous review.
- A large percentage of emergency use stems from assaults, often with vicious intent, and severe injuries, as well as fighting with similar results. This also seems to be decreased from previous monitoring. Ongoing investigation is nevertheless appropriate, perhaps especially in light of the recent decreases in numbers, as a way to evaluate the effectiveness of programs for prevention.

## *Backlogs:*

Backlogs in care persist but are decreased from previous levels. (See chart below.)

**Data:**

**CHART TWO—Backlogs by Facility Compared to March 2023**

| | September, 2022 | March 28, 2023 |
|---|---|---|
| ASD | 2 | Not noted |
| RCF | 48 | 63 |
| DC | 46 | 18 |
| PICC | 166 | 160 |
| CFCF | 1000 | 579 |
| TOTALS | 1262 | 820 |

This represents an overall decrease of 35% decrease in the number of backlogged appointments within the facilities of the PDP during the six month interval.

**CHART THREE—BACKLOGS BY CATEGORY as of 5/28/2023**

| | BH IPE | BH MED EVL | BH SW | CC F/U | CC INIT | MAT | DENT | PROV SC | RN SC | REENTRY | Grand Total | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 69 | 37 | 31 | 169 | 60 | 61 | 2 | 57 | 86 | 7 | 579 | |
| | 3 | | | | | 10 | | | 3 | 2 | 18 | |
| | 2 | | 1 | 52 | 3 | 5 | 2 | 1 | 91 | 3 | 160 | |
| | 1 | 3 | | 36 | 7 | 1 | | | 7 | 8 | 63 | |
| | **75** | **40** | **32** | **257** | **70** | **77** | **4** | **58** | **187** | **20** | **820** | |

***Comparisons/Data:*** Improvements in most areas are seen in the number of backlogs. MAT, BH IPE, and re-entry backlogs are down significantly. Chronic care follow-up visits, and provider sick call visits are increased. Other reviewed areas are similar to previously. The designation of BH MED EVL is new.

ATTORNEYS' EYES ONLY Jung - City Production002653

Notably, in my review of chronic care, I found that none of the inmate patients did not receive chronic care visits in a reasonable time frame, usually every 90 days or less. I found one remote chronic care patient who received their initial chronic care visit beyond the 30-day benchmark. See that section for details.

***Recommendations/Comments:***

- Kudos are in order in that in facility backlogs are decreased again, by 35% overall. We will continue to anticipate the end of backlogs going forward.
- Timeliness of care does not seem to be significantly impacted in the area of chronic care. Community level of care does not always require that patients with chronic illness are seen every 90 days.
- MAT backlogs are down significantly. The progress seems particularly related to the telemedicine work done by Dr. Yu of the NET. This is a good model for decreasing offsite backlogs through the use of telehealth visits. It is a seemingly effective program.
- Further improvement in this area are expected given the "Access to Care" weekly meetings.
- While backlogs are higher than optimal, the number of professional healthcare appointments that DO happen in the PDP far outweighs any delays in care. What is remarkable is the transparency that the PDP and Corizon have demonstrated regarding this issue.
- I will look into offsite backlogs (not mentioned in the initial data I received) during a separate review to follow.

## ***Infirmary Care:***

The site medical director for the infirmary, Dr. Bradley, is now working elsewhere in the PDP and a physician has not yet been hired to supervise care in the infirmary. Because of this, the regional medical director, Dr. Kalu, is the back up physician for the infirmary.

Since this was an "in person" visit, I again toured the infirmary and discussed care with nursing staff and with the nurse practitioner who is currently overseeing infirmary care under Dr. Kalu's supervision, Ms. Foreman. The facilities are old, but generally functional. The roof was repaired recently, but it was clear that there were ongoing issues, with water in one cell and watermarks on one of the walls. The female negative pressure rooms are apparently newly functional at this point, after repairs but they were not in use.

Medical and nursing care for inmate patients requiring infirmary level care was generally appropriate and well considered. Hiring a physician for the infirmary should be a priority going forward.

Some (but not all) of the infirmary cells, previously cited, have been repaired and are now functional. Progress is being made.

In addition, while a corrective action plan is in place to stop the procedure of releasing inmates directly from the infirmary without release planning, the action plan is dependent on the custody officers giving healthcare providers release information in advance. This information has apparently not been

ATTORNEYS' EYES ONLY Jung - City Production002654

forthcoming. I did not revisit this issue during this site visit. Site specific CQI about this issue would be helpful.

I reviewed seven charts from an ECW generated list of infirmary patients. My findings from this review are listed below. I was recently given a log generated at the infirmary ("census"). This is useful. Optimally, it would have a column for such designations as 23 hour "observation", infirmary admission, custody placement, or sheltered housing. These designations should also be in the ECW chart, displayed prominently. Always be clear about why the inmate patient is housed on the medical unit.

To be clear, the NCCHC does not consider "infirmary" to be a housing unit, but a level of care defined as "...care provided to patients with an illness or diagnosis that requires daily monitoring, medication and/or therapy, or assistance with activities of daily living at a level needing skilled nursing intervention."[1]). That said, a patient who has been discharged from infirmary level care but is still living in an infirmary bed is designated as "discharged". I am told that it is policy that all patients who are recently discharged from the hospital must be housed in the infirmary. This is good policy, but some of those inmate patients might be stable and 23 hour observation might suffice.

The chart should clearly reflect that inmate patients occupying infirmary beds are custodial (avoid), sheltered housing, observation, or sub-acute patients requiring infirmary admission and discharge documentation.

***<u>Observations from chart reviews:</u>***

- Charts reviewed for this report include PID numbers [redacted]. My comments/findings are general to this group, except where specifically mentioned.
- Infirmary discharge summaries are clearly documented for every patient admitted. The suggested documentation including such factors as condition on discharge and post infirmary plan of care are not always present.

1. <u>Standards for Health Services in Jails, 2018 edition</u>, NCCHC, page 114.

- Infirmary observation status is apparently still not being used. The use of this designation is often quite helpful. One example might be for those who are recently discharged from the hospital but who are medically stable. These are not infirmary admissions, and do not require formal admission and discharge notes.
- An assessment and plan with a plan of care specific to the reason the patient is admitted to the infirmary is often missing. This should be written and specified, and include specific orders (all according to the NCCHC). This should include such important orders such as how often the inmate patient will be seen by nursing staff and in rounds by medical providers, wound care orders, diet, when to call the provider, etc.
- I found several instances in which the provider was scheduled to do rounds on a patient and the smart form is blank. This is found often in PDP/YesCare charts under most circumstances, not just in the infirmary.
- Nursing assessments are thorough, provided through a "smart form". While thorough, there is nothing found in the nursing notes specific to the reason the patient requires infirmary level

care. A specific assessment and plan related to the reason for infirmary level care should briefly summarize specific progress related to that diagnosis or condition. Filling in the checkboxes is not sufficient to document progress regarding the reason that the inmate patient requires infirmary level care.

***Recommendations/Comments:***

- While Kudos are generally in order for the presence of infirmary admission and discharge summaries being found in the charts, a defined plan of care and orders specific for the inmate patient's care in the infirmary, is lacking. This documentation is an integral part of the infirmary admission process.
- Discharge summary should also include a plan of care for the inmate patient, including especially specific plans related to the reason that the patient needed infirmary level care.
- Consider using the 23-hour observation status. Not all inmate patients in infirmary beds require admission for example, those who are in the infirmary for a colonoscopy prep or those released from the hospital in stable condition. These do not need to be infirmary admissions, and do not require formal admission and discharge notes. Nurses with medical provider supervision can initiate 23-hour observation.
- Consider CQI about custody providing exact discharge information so that discharge from infirmary care to home does not happen unplanned. This can be integrated into the new "Access to Care" committee meetings.
- Water issues, possible mold issues, damaged cells, and an aging facility are a potential impediment to care for patients requiring infirmary level care. While repairs and renovations to the infirmary area are ongoing, the PDP should consider a pro-active plan for more modern medical facilities.
- Hire a physician to oversee care in the infirmary. This should be a priority going forward. Specific training will be an important element.

***Withdrawal Assessments/Treatment:***

Suggestions have previously been made to improve withdrawal treatment and bring additional preventive procedures to the PDP, particularly the use of suboxone in tapering doses to treat symptoms of opiate withdrawal. These measures may decrease severity of opioid withdrawal symptoms. In addition, the hope is to increase prevention of the need for emergency care and hospitalization due to severe withdrawal. In this report (see Emergency Room Utilization, above), I found an average of five emergency trips per month and three hospitalizations per month for severe drug and/or alcohol withdrawal, some of which can be prevented through the use of suboxone to treat opiate withdrawal[3].

3."Buprenorphine for Managing Opiod Withdrawal", ***Cochrane Database***, ***https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6464315***, ***accessed November 19, 2022.***

ATTORNEYS' EYES ONLY

***Recommendations:***

- Buprenorphine is more effective than clonidine or lofexidine for managing opioid withdrawal in terms of severity of withdrawal, duration of withdrawal treatment, and the likelihood of treatment completion.[3] Seriously consider the use of Suboxone (Buprenorphine) at this time as an adjunctive opioid withdrawal treatment for those with documented withdrawal symptoms.
- Such use of Buprenorphine is expected to decrease opiate craving and decrease the need for withdrawal treatment in the hospital setting.
- Augmented Buprenorphine diversion prevention procedures have been initiated at the PDP. We look forward to the PDP/YesCare providing data going forward that supports whether or not this program is working. The program cannot be effective if the correct patients are not actually receiving the medication. Diversion suggests otherwise.
- Continue increased use of electrolyte solution on pods where withdrawal is in effect.

## ***Chronic Care: Diabetes***

I did a specific review of diabetes care subsequent to this site visit, reviewing twelve charts for timeliness and quality of care and documentation. Overall, the care was good. Timeliness was nearly universal for scheduled visits every 90 days or less. Refusals of scheduled care was a prominent factor in several inmate patients maintaining poor diabetic control.

I found one chart in which the smart form reflected the need for foot examination. This is a new and appropriate development. On this single chart, PID #[redacted], the foot exam was left blank on the smart form. Chronic care visits should include a brief foot exam at every visit, and a mono-filament test once yearly.

I believe that it is good practice, because of the known risk, to obtain a baseline EKG for all diabetics. This was not generally found in the reviewed charts.
I found that several inmate patients were seen by Wellpath providers via telemedicine. While this is a commendable way to provide care that might not otherwise happen, in person visits are preferred. In person visits should happen at least annually.

Many of the inmate patients reviewed were already discharged. For future reviews, please provide a simple list/log of chronic care inmate patients, listed by specific chronic care condition, in this case, diabetes. This is more useful than a list of completed appointments.

Other findings and suggestions are as follows.

**Findings for specific patients:**

- Of the twelve patients I reviewed, three were significantly noncompliant with the plan of care, two of which had poorly controlled diabetes. (PID #'s [redacted] well controlled), [redacted] (also has HIV disease). Refusals were not found in the chart for all missed chronic care visits

- PID # [redacted] had an abnormal blood pressure that was not reflected in what should have been a designation "fair control" on his most recent chronic care visit. The blood pressure could easily have been addressed, and was not. I see this as related to the absence of a "control" designation for hypertension in the chronic care documentation.
- PID # [redacted] chronic care appointment missing control and status designations.

**Suggestions:**

- Generally, refusals of potentially life-saving treatment, such as diabetes care, should be witnessed by a medical provider in a medical setting. This infrequently happens. Many refusals for chronic care visits are not documented in writing at all.
- The inclusion of the control and status are an essential element to an effective chronic care visit. When the control is fair or poor, it must be addressed every time, even if it's addressed without making any medication changes, for example "patient wants to work on his/her diet rather than increasing medication". When the control is not addressed, the trigger that should lead to a change in therapy will necessarily be missing.
- Foot evaluation for diabetics, including examination at each visit and monofilament testing annually, should be a regular element of care for all diabetics, and is lacking at the PDP. The inclusion of the reminder on the smart form for diabetes will help only if it is not left blank by providers.
- Kudos for managing to see diabetics regularly on a reasonable schedule, despite the backlogs.
- Please provide basic lists of inmate patients with each chronic illness. This can be available at each institution or one list for the entire PDP. Lists compiled from visits completed, conducted and documented in ECW will not reflect missed visits or patients lost to follow up.
- I will look at a different chronic care illness during the next site visit, since in general, except as noted above, diabetes care is timely and effective, particularly for those inmate patients who are compliant with the plan of care.

## ***Pill Line Observations:***

During this site visit, I observed pill line on one of the pods at the CFCF. Questions remain, subsequent to discussion with PDP medical staff, as to the appropriateness of pill lines at other locations. I am told that the pill line that I observed was exemplary, conducted by a nurse who has trained others in effective pill line management. Further work in this area will occur going forward.

**Findings:**

- I characterize the pill line I observed as orderly and conducive to healthcare.
- There was an officer present who was attentive to the process and was observing for diversion.
- There seemed to be a set procedure that the inmate-patients understood and followed.

**Suggestions:**

- Safe pill lines are a team effort. Without effective observation, diversion will occur more frequently, diminishing the safety of the facility. At this time, at the location I observed, the

officer supervising the pill line was an active participant in the process. I will observe additional areas and facilities during future site visits.

- Diversion prevention, primarily through effective mouth checks during pill line are an elemental aspect of maintaining a safe, secure environment in the facility. The meds distributed are often dangerous when misused.
- The nurse and the officer should continue to collaborate in this important safety factor.
- The goal is to get the needed treatment to the correct inmate/patient. With diversion, this goal is compromised.
- Continued training of all staff, particularly custody staff, is indicated.

## ***Nurse Sick Call:***

Nurse sick call timeliness and quality were not reviewed during this site visit. I again choose to observe sick call as conducted at CFCF. I am told that this sick call session is similar at CFCF as at other institutions in the PDP system.

***Findings:***

- Sick call was held in a medical setting, in a confidential manner.
- Findings of improper siting of sick call in the inmate living area was not seen. I am told that this practice seldom happens except when inmate-patients are seen cell side for refusals under extraordinary circumstances. This happenstance and the reason for it should be clearly documented in the EMR.
- I witnessed the ability of the nurse to conduct a physical assessment.

***Recommendations/Comments:***

- The current sick call procedure should be able to pass the NCCHC standard at this time.
- Ongoing use of NET smart forms should be the routine.
- I will review other areas of timeliness and/or quality at future site visit(s).

## ***Wound Care:***

I reviewed wound care again during this site visit. I met with Mr. John Wood, RN, who is now performing the duties of wound care under contract at the PDP. Dr. Willbraham has resigned his position at the PDP since the last site visits. I reviewed seven charts from the wound care list I was provided. The findings are as discussed below.

***Findings:***

- Mr. Wood is delivering excellent care and documentation in his care of PDP inmate patients with significant wounds that require his attention. The size and characteristics of the wound, progress or lack thereof, and types of wound care products that are being used are all nicely documented in notes which, however, do not clearly fit within the usual SOAP format.

- Wound care by nursing staff was not tracked during this review.
- When Mr. Wood sees and treats inmate patient wounds, the care is exemplary. I do, however find patient care somewhat sporadic, and locate one or more blank smart forms for each patient. Examples: PID [redacted] an inmate patient who was non-compliant with wound care, was apparently lost to follow up towards the end of his stay at the PDP, with blank smart forms. He was then discharged on 2/22/23. PID [redacted] received excellent care, but then has no documented visits for about one month. Upon recheck on 3/30/23 by Mr. Wood, the wound was much improved. There is no documentation for what happened during that month.
- Mr. Wood's wound care visits are now easy to locate in the ECW chart. His name is now found on the "provider" list.

***Recommendations/Comments:***

- Kudos on finding and retaining a capable, thorough wound care nurse who documents patient care well.
- Suggest YesCare keeping a log of ongoing patient care, or some such to prevent missed visits and patients seemingly being lost, temporarily.
- Blank smart forms, reflecting that the visit did not happen, are found frequently in PDP ECW charts. Best documentation practice dictates that all missed appointments have a reason for their not occurring. I found one chart with that documentation out of the many charts that I reviewed subsequent to these site visits.
- Supplementation of documentation with wound photos in the future would be optimal. This form of documentation is common in correctional facilities and does not need to identify individuals, only wounds.
- Documentation of which medical provider Mr. Wood consults with on difficult to treat patients would be optimal for risk management purposes.
- If a provider is not able to see the patient as scheduled, some documentation of why this happened and the follow up plan must be documented. Blank smart forms imply no care and no follow up plan.

***Mortality Reviews:***

Six deaths occurred in PDP facilities since the prior site visits in October 2022.

Of these deaths, four were due to natural causes, two from cancer and two from cardiovascular disease. There was one murder by stabbing and one suicide by ligature hanging.

Extensive review of all cases occurred. The process for mortality review at the PDP is transparent and exemplary, through the mortality review system. The nursing contract monitor for the PDP reviews every case.

***Recommendations/Comments:***

- I continue to recommend that investigation into stabbings in the PDP. This investigation is apparently ongoing. The incidence of stabbing as a cause of emergency treatment may be decreased (see "Emergency Room Utilization" above.
- Emergency response and documentation were well done in all cases reviewed.
- Mortality statistics for the PDP are in line with national averages.

## ***Medication for Opioid Use Disorder ("MOUD") Program:***

The MOUD program continues under the capable attention and care of Dr. Jacobs, who assumed the project management over a year ago. At the time of the site visits, Dr. Jacobs still had some additional responsibilities, but she will soon be assigned to the MOUD program exclusively. The program is further augmented by Mr. Raines, a nurse, who does pre-screening. Mr. Raines has trained at least two additional nurses in this endeavor. In addition, NET (Northeast Treatment) psychiatrist, Dr. Gordon Yu, MD is doing some PDP MOUD work via telehealth conferencing under contract. All this is welcome news.

In addition, SAMHSA and the DEA have extended COVID "telemedicine flexibility" for prescribing suboxone until November 11, 2023, and until November 11, 2024 for those patients already established on telemedicine prescribed suboxone.[4] The number of MOUD "backlogs" has subsequently

4. "DEA, SAMHSA Extend COVID-19 Telemedicine Flexibilities for Prescribing Controlled Medications for Six Months While Considering Comments from the Public", https://www.dea.gov/press-releases/2023/05/09/dea-samhsa-extend-covid-19-telemedicine-flexibilities-prescribing published 5/9/2023, accessed 5/28/2023.

decreased substantially. See that section of the report for details.

An augmented program to prevent diversion of Suboxone was initiated recently. While I observed initial dosing and precautions taken—which seemed to be effective—I did not observe the (ongoing) administration of Suboxone film. I will be interested in seeing CQI data on how this program has affected suboxone diversion in the PDP.

***Recommendations/Comments:***

- The verbiage/nomenclature of MAT ("Medication Assisted Therapy") has largely been replaced by the designation MOUD ("Medications for Opioid Use Disorder"), which verbiage I have incorporated into this report. I am told this is true in the PDP.
- Kudos for implementing strategy to avoid backlogs in the MOUD program at PDP.
- Continue to encourage data collection and publication on the effectiveness of the program. Nationally, we have seen jurisdictions in which a decrease in recidivism and overdose deaths has resulted. We hope for this eventual result in Philadelphia. The success of the program is a public health priority for Philadelphia, in my opinion.

- I continue to recommend ongoing staff education regarding MOUD so such that all staff are encouraged to accept the program as of value to themselves and to their community, resulting in an ongoing positive culture regarding the program.
- Kudos for augmentation of a program to prevent suboxone diversion at the PDP.
- Because addiction is considered an ADA protected disability, caution should be employed in arbitrarily stopping Suboxone therapy after a single episode of suspected or even proven diversion. Consider revising the policy. **Recommendation stands based on DOJ communication and recommendation. We understand the reason for the current policy.**

***Offsite Care:***

Offsite care is an important aspect of the medical treatment of inmate patients housed at the PDP. I reviewed a list of custody offsite transport from the PDP, which listed over 300 offsite visits per month, an astounding number. Most happened as planned, but many did not, for various reasons, varying from last-minute inmate patient refusals to cancellation by the offsite medical provider office to arriving late to not having enough custody staff for the number of offsite visits.

There are several ways to work with the number of offsite visits, improve relationships within the local medical community, and improve care for PDP inmate patients.

***Recommendations/Comments:*** Note that I recognize that some of these suggestions may not be functionally practical for the PDP, but all are creative food for thought as to how to work with the current numbers of offsite appointments.

- Using the current telemedicine success in MOUD, augment the use of telemedicine in providing specialty care for offsite visits. Consider having providers order telemedicine visits for such care when possible. Offsite offices are almost universally set up for this sort of care and can be consulted in this way. Schedulers can simply contact offsite offices and request a telemedicine appointment.
- Have inmate patients sign a "letter of commitment" to the outside appointment. This will help avoid last minute inmate patient cancellation/refusals. These "last minute" cancellations can be very destructive to relationships with offsite providers.
- Continue to work with offices of the most highly consulted specialties in an effort to bring specialists on site. Some commonly utilized specialty care that can be provided effectively in the PDP facilities include orthopedic surgery, general surgery, cardiology, and others. Surgeons may be particularly interested in this as the office that send providers into the institution to see patients would be most likely to be chosen to do the procedures, if a procedure is indicated. We understand that arrangements are being finalized to bring a cardiologist into the PDP facilities on a periodic basis.
- PDP clinics for specialty onsite care could be held in any of the PDP facilities, as long as special equipment is not needed. Arrangements such as this would be most useful at the largest institution, CFCF. This would take some of the pressure from the DC and decrease

transportation of inmate patients to a different facility. Logistics may be difficult, but would be worthwhile once initiated.

- There is certainly precedent for alternative care for follow up visits for matters such as stable inmate patients who are being seen for surgical follow up. This is another reason to have the surgeon come on site if that can be arranged. Frequently, follow up appointments after surgery are uneventful. Primary care follow-up with a physician is certainly a possibility if the surgeon cannot appear onsite.
- When inmate patients have appointments for offsite care scheduled more than three months from the date it was ordered, those patients should have visits with a primary care provider at the PDP on at minimum a monthly basis. The documentation for that visit should include specific evaluation of the patient regarding the condition that requires the delayed offsite care.

## ***Telehealth:***

Quality and timeliness of telehealth appointments was not specifically reviewed except for my witnessing and observing the process by which Mr. Raines helps arrange telehealth clinic for MOUD with Dr. Yu. It certainly appears to be an effective program that can serve as a model for additional programs of care (see also Offsite Care above).

In addition, I found chronic care appointments being held remotely in my review of chronic care for diabetes. This is another possible good use of the technology, given that most patients should be seen at least annually for "in person" chronic care visits. I believe that it reflects efforts to further decrease backlogs in chronic care appointments.

**Suggestions:** None at this time, except as discussed in other sections of this report.

## ***Pregnancy Care:***

I reviewed four charts for pregnant women subsequent to this site visit. While the care delivered both onsite and offsite for OB care was exemplary when reviewed in October, 2022, Dr. Wessel has been on leave for most of the time since that review.

No onsite obstetrical care is currently being done in the PDP. Offsite visits continue and the care is good. Offsite obstetrical care is happening despite staffing difficulties, and appears to be a priority. Problems arise due to offsite refusals, given that no onsite obstetrical care is being done. Currently, the PDP has a pregnant inmate patient, a high-risk obstetrical patient PID [redacted] who is on methadone, who is refusing offsite obstetrical care. In addition, not all offsite refusals for this inmate patient have a documented signed refusal form in the chart. She is an excellent example of why onsite obstetrical care is necessary at the PDP.

Dr. Wessel may be returning to the PDP to deliver onsite obstetrical care in mid-June, I'm told.

ATTORNEYS' EYES ONLY Jung - City Production002663

***Recommendations/Comments:***

- Somebody well-trained, skilled, and capable of delivering onsite care is necessary at the PDP. Dr. Wessel certainly has been able to fill this position with an exemplary enthusiasm for patient safety and delivering good care. There must be a "plan B" in place in the near term.
- Hopefully Dr. Wessel will be able to return to the PDP as planned. Regardless, efforts at finding an assistant obstetrical provider for Dr. Wessel to train must be a priority.
- Nurses see obstetrical patients seemingly without considering or taking the pregnancy into consideration. PID #'s [redacted] were seen by RN's for back pain recently. Both times, a NET for mechanical low back pain was used. Neither nurse note mentions the pregnancy, checks for fetal heart tones, or documents questions about fetal movement. Seemingly, RN training is needed about care and documentation of care for pregnant women at PICC.
- Every visit with a medical provider or nurse while seeing a pregnant patient should include fetal heart tones as part of the "vital signs". These visits must demonstrate consideration of the pregnancy as an integral part of the evaluation.

***Continuous Quality Improvement ("CQI"):***

The full CQI program at the PDP has been resumed as of January 1, 2022. In addition to routine CQI studies, and the supervision for the newly established site specific studies, the CQI team must complete routine corporate quarterly audits for YesCare. The CQI team is also involved with the organization of monthly YesCare CQI meetings, and bi-monthly wider meetings with the PDP. NET documentation, Narcan for discharging opiate dependent patients, tracking grievance trends, and "gap analysis" are other areas of regular involvement for the CQI team. The number of studies still lags a bit from previous levels before the pandemic, especially considering that the team is now conducting both mental health and medical studies (in light of the reorganization in mental health, with YesCare now holding the contract for both mental health and medical services). The new and reorganized CQI team is seemingly well integrated and fully functional at this time.

We are aware of multiple instances of CQI study and the work of the CQI committee resulting in corrective action plans ("CAP") in the PDP. Plans such as these are, in effect, the drivers of the end result of effective CQI, improved healthcare in the PDP. I look forward to reviewing the effectiveness of these corrective action plans going forward.

Site-specific CQI studies at each of the institutions are now planned. A study from CFCF is pending final analysis and should be available soon. I will follow that development and report on it by the next site visit. A site-specific process study at RCF concerning laboratory testing at intake was well done. Since women's intake is no longer conducted at RCF, the next step for that institution might be a study of the NET telehealth MAT program or some other area specific to recent changes in RCF operation. The implementation of site specific CQI work is a remarkable and praise-worthy development. The local persons responsible at each institution for these site specific CQI studies have presented, and will continue to present, their findings at the bimonthly PDP CQI meetings.

The CQI team now includes both Mental Health and Medical reviews and reviewers, under the capable management hands of Reed Domer-Shank, whose valued contribution is in the area of data mining and interpretation.

The following studies have been done since the last site visit.

| Quality Improvement Department Auditing 10/2022 to 3/2023 | |
|---|---|
| **October 2022** | Seizure Quality Indicator |
| | Med-lock Audit |
| **November 2022** | Hypertension Quality Indicators |
| | Cerner (Re-audit)/COVID Questionnaire |
| **December 2022** | Pregnancy Quality Indicator |
| | Asthma Quality Indicators |
| | Behavioral Health Weight Checks |
| | Behavioral Health RN Q2 Rounds |
| **January 2023** | Diabetes Quality Indicators |
| | Behavioral Health Psych Tech Q15 Rounds |
| **February 2023** | Seizure Quality Indicators |
| | Bedside Booking Audit |
| | Behavioral Health Lice Check |
| **March 2023** | Hypertension Quality Indicator |
| | Anti-Coagulants Medication Compliance |
| | Behavioral Health PHSW Admission/Discharge |
| | Behavioral Health Weight Checks at PHSW |

- The current CQI team is on course to effect positive change in the PDP healthcare system through the implementation of corrective action plans ("CAP"). This is the crucial element of a successful CQI program. The current program of CQI at the PDP is exemplary.
- The current number of CQI studies from the YesCare team is similar to prior to the pandemic and the moratorium. Prior data support an average of two CQI studies per month done by the YesCare medical CQI team.
- Communicate the results of the RCF site specific study with the new facility for women's intake, PICC. They can consider this for future study. As the women's facility, newly restructured, PICC will have ample site-specific questions to address going forward once the transition is established into a "new normal" for that facility.
- I anticipate future studies to integrate the new EHR smart forms developed with the new templates for chronic diseases. Hopefully this will make for easier data collection and more studies can reveal data worth considering. This is an exciting development for the PDP.
- WCC will conduct ongoing monitoring of the CQI processes that YesCare and the PDP conduct.
- Kudos for implementing a plan to conduct site specific CQI studies at each of the PDP institutions based on the needs and special programs of each institution. Also for integrating these studies into the bi-monthly CQI meetings.

***Initiatives, Program Augmentation, and Milestones:***

The PDP undergo change, and, despite ongoing difficulties, continues to strive for excellence through implemented programs to assist inmates who have medical and mental health needs. Through these efforts, the PDP takes an exemplary public health approach to improve community health and hopefully, to help prevent recidivism.

Despite ongoing staffing difficulties, particularly in the PDP custody section, the following essential changes and augmentation to routine care are implemented or pending.

- Dr. Wilbraham resigned, so specialty physician wound care assistance is no longer possible. John Wood, a nurse wound care specialist, is still here to conduct ongoing wound care clinic. He has outside backup.
- The PDP is working to improve documentation on Infirmary patients. YesCare is conducting weekly infirmary meetings to assist with this process.
- Sick Call is being conducted in Medical Areas. The practice of conducting nurse sick call on the housing units has stopped, except for occasional cell side triage.
- The women's facility, including intake, has been moved to PICC.
- Weekly "Access to Care Meetings" have improved communication between medical and security and has assisted in getting patients to their onsite appointments.
- Consistent with guidance issued by the CDC in November, 2022, PDP no longer requires a 10-day Intake quarantine period. Medical Clearance is back to 48-72 hours as long as the PPD and Covid tests are negative. Ongoing communication with the Philadelphia Department of Health monitors Covid rates and hospitalization.
- Dr. Bradley moved from the Infirmary and is now the triage physician on night shift.
- The Performance Indicator report has been redesigned to show timeliness measures, where previously only timeliness compliance was pursued.
- New units for seriously mentally ill patients for treatment and segregation have been established at RCF.
- A mental health behavioral unit ("J" unit), specifically designed to help patients with self-injurious behaviors (such as battery swallowing or cutting—not suicide) has begun work with patients at PICC. This is an excellent area to consider for site-specific CQI.
- The initiation of 12-hour shifts, an effort to improve staff coverage and morale has been met with enthusiasm from the custody staff. This is no longet a Pilot Program in that nearly 80% of custody staff are now working 12 hour shifts at all facilities. YesCare is now considering the same arrangement.

ATTORNEYS' EYES ONLY Jung - City Production002666

- The switch-over to the EMR being fully on the YesCare network is nearly fully implemented. The city of Philadelphia continues to own the medical records despite this change.
- PDP's program for peer assistance by able inmates for less able individual inmates (the "Buddy Program"), while still functional, has been stalled because of lack of appropriate inmate candidates for assuming the role of peer assistance. CQI staff involved and to the program remain committed and optimistic.
- The move of youthful offenders to ASD-Mod3 has been completed.
- Court Monitor visits and responses have begun and are ongoing. Two reports have been filed with the court. We anticipate that while difficult, this court monitoring will bear fruit in improvements to the system of care. We have covered this issue in more detail in body of report.
- Implementation of the NET agreement for administration of Suboxone and Methadone to those who were started on these treatments was finalized. Approval for YesCare staff to dose methadone if NET cannot has been obtained. At the recommendation of national experts and the NET, and increase in the initiation dose of Suboxone has begun. NET now has
- Implementation of Harm Reduction Vending Machines continues to be stalled because of the contractor RFP to provide the machines. All remain hopeful that the program will be initiated soon. The plan is for vending machines to be located in the visiting lobbies of our facilities. When the program is initiated, these will supply preventive and risk reduction supplies as well as personal hygiene kits to visitors and releasing inmates-patients.
- YesCare staffing is stable. Vacancies still stand at around 13% with agency staff. The goal going forward is toward less dependence on temporary staffing companies to accomplish full staffing.
- Backlogs, while they continue to be an issue particularly for CFCF, continue to be reduced compared to very high levels earlier this year (see above).
- Mobile telehealth units are now in use at CFCF. Use of these units seem to be in expansion mode. This program has improved MAT initiation backlogs with the assistance of the NET.
- While an implementation schedule is in place for beta testing a system for inmate-patients to be able to submit sick call requests electronically, this has not yet been implemented, mostly for security and technical issues.
- Two full-time medical providers have been hired and are online for providing telemedicine chronic care visits. This will hopefully help improve chronic care backlogs which are near an all-time high.

ATTORNEYS' EYES ONLY

***Summary:***

Thank you very much for continuing to invite me to conduct site visits related to monitoring aspects of the medical care delivered by YesCare to the inmate-patients incarcerated at the PDP. I was very happy to be able do this site visit in person for a second time in a row. I hope this can continue on a regular basis going forward.

I found significant improvement in my observations of important elements of returning to normal after the pandemic, such as nurse sick call being held in a medical setting, and pill line being conducted at CFCF in a normal, non-chaotic, collaborative manner.

Despite progress, work needs to continue on aspects of care such as access to care, particularly specialty care. Custody staff shortages persist, but the culture of care is improving—improvements nd revisions of practice are seemingly ongoing.

I read and studied multiple charts subsequent to this visit. I reviewed charts for wound care, pregnancy care, emergency room usage, diabetes, trauma incidence, and infirmary care. Review of each of these areas revealed good care with room for improvement. I hope that some of the suggestions offered are useful going forward.

Covid is an endemic medical issue. Review shows that some patients most in need of Covid vaccination, especially diabetics, have received the needed vaccines. These efforts must be ongoing and are seemingly so. Efforts to return to normal procedures and functioning in the wake of COVID, while not realized, are ongoing and seemingly successful. A new program seemingly is working in the improvement of culture and in the renewal of effective and productive relationships between custody and healthcare staffs. These "Access to Care" meetings will hopefully be ongoing.

Ongoing efforts going forward should be centered in the areas of security and healthcare staffing, offsite specialty appointments, and inmate violence in PDP facilities. Backlogs should become a thing of remembrance at some point, hopefully in the near future. Further goals of improving cooperation and collaboration between all staff members in providing improved culture, timeliness, documentation, and quality of care are seemingly in reach.

I look forward to continuing my work with your teams during the exciting time of growth and improvement ahead. The months and years ahead will take an ongoing commitment to excellence that I am confident we all share.

ATTORNEYS' EYES ONLY

Sincerely,

**/s Michael T. Puerini, MD, FACCP, CCHP-A**

**Western Correctional Consultants, LLC**

cc: Dr. Bruce Herdman
Dr. Eke Kalu
Ms. Kungchiha Jeoboham
Mr. Reed Domer-Shank
Ms. Sandy Roopnarian
Ms. Vandelyn Phillips
Ms. Lynda Witkowski
Mr. Dejuan Edwards

ATTORNEYS' EYES ONLY

# Exhibit 11

# CPR/First Training Aid Excerpts

**PHILADELPHIA DEPARTMENT OF PRISONS**
**TRAINING ACADEMY**
**LESSON PLAN**

**Lesson Title: CPR/ FIRST AID-American Safety and Health Institute (ASHI)**

## Type of Training

| Pre-Service | In-Service | Orientation | Promotional | Other |
|---|---|---|---|---|

## Lesson Title

| CPR / FIRST AID – American Safety and Health Institute (ASHI) |
|---|

| | | | |
|---|---|---|---|
| Prerequisites | **None** | | |
| Prepared by: | **CPR Instructors Mary Jane Stanku, Ave Jones and Kevin Hart** | | |
| Date Prepared: | **March, 17, 2022** | | |
| Reviewed by / Approved on: | **N/A** | | |
| Updated by / on: | **Capt. Jalene Brister – May 3, 2023** | | |
| Update Reviewed by / Approved on: | **Natalie Payne-Training Administrator -** | | |
| Target Population: | **Pre-Service Class** | Number of Participants: | **Open** |
| Facilitator Requirements: | **Certified CPR / First Aid Staff** | | |

| | | |
|---|---|---|
| Time Frame: | 7 Hour(s) | 30 Minutes |

## Suggested Schedule

| | |
|---|---|
| Day | Open to scheduling |
| Time | During normal training schedule |

# PHILADELPHIA DEPARTMENT OF PRISONS
# TRAINING ACADEMY
# LESSON PLAN

## Lesson Title: CPR/ FIRST AID-American Safety and Health Institute (ASHI)

| | |
|---|---|
| **Methodology:** | **Discussion, Lecture, Q & A, Story telling, Demonstration and Video watching** |
| **Evaluation / Type:** | **Feedback, Discussion, Test** |

| | |
|---|---|
| Instructor Materials: | American Safety & Health Institute Instructor's Manual |

| | | | | |
|---|---|---|---|---|
| Student Materials: | CPR Study guide, pen, paper, first aid pouch, manikins, | | | |
| | | | | |
| | | | | |
| Equipment/Supplies: | ☐Sanitizing wipes/spray | ☐DVD / TV | ☐Other: CPR mask/valve | ☐Other: Student Packet & Disposable Gloves |

**References**

American Safety & Health Institute

# PHILADELPHIA DEPARTMENT OF PRISONS
# TRAINING ACADEMY
# LESSON PLAN

## Lesson Title: CPR/ FIRST AID-American Safety and Health Institute (ASHI)

| Performance Objectives | Evaluation (How will objectives be evaluated?) |
|---|---|
| • After completing this lesson, course attendees will be able to:<br>Explain the goal of the class.<br>Define first aid, first aid provider, and conventional CPR<br>**Review test questions #4 & #20** | Understanding the class goal is an important first step toward clearly communicating expectations to students. |
| • After video on Legal Concepts course attendees will be able to<br>Summarize the basic legal concepts that apply to providing adult first aid and/or CPR AED<br>**Review test questions #8 & 9** | There are relevant legal concepts that all first aid and/or CPR AED providers should be familiar with. |
| • After video on Roles, Responsibilities, & Priorities the course attendees should be able to:<br>Recognize the first aid and/or CPR AED provider's role, responsibilities, and priorities<br>**Review test question #10** | A trained first aid provider must be able to recognize, asses, & prioritize the need for first aid. doing so requires being able to recognize life-threatening conditions |
| • After video on Assessment the course attendees will be able to: Identify the assessment steps, correctly demonstrate the assessment steps, Correctly demonstrate when & how to place a person in the recovery position(optional). Correctly demonstrate the removal of contaminated gloves<br>**Review test question #1** | Assessment of the scene & the person is a critical skill that applies in any emergency. The steps of assessment are crucial. To prevent infection student must know the proper removal of gloves. |
| • After video on Adult-Sudden Cardiac Arrest (SCA) the course attendees should be able to:<br>Describe sudden cardiac arrest (SCA) & its treatment.<br>Explain the adult chain of survival<br>**Review test question #3** | Cardiac arrest is among the leading causes of death in the U.S. & worldwide. SCA can happen w/little or no waning. |
| • After video on Adult-Assessment & Chest Compressions the course attendees should be able to:<br>Identify the adult assessment steps.<br>Correctly demonstrate high-quality chest compressions on a adult (CPR manikin)<br>**Review Test questions #2 & 6** | Assessment of the scene & the person is critical in any emergency. The steps of assessment are crucial in determining the providers next actions. If an unresponsive person is not breathing normally or only gasping, start CPR, begin w/ chest compressions.. |

ATTORNEYS' EYES ONLY

**PHILADELPHIA DEPARTMENT OF PRISONS**
**TRAINING ACADEMY**
**LESSON PLAN**

**Lesson Title: CPR/ FIRST AID-American Safety and Health Institute (ASHI)**

| | |
|---|---|
| • After video on Adult-Rescue Breathing & Using a CPR Mask course attendees should be able to: Explain the importance of adult rescue breaths. Explain how to open the adult airway using a head tilt – chin lift. Correctly demonstrate how to give rescue breathing using a CPR mask w/a one way disposable mouth piece. | Rescue breaths are critical in CPR, as they provide life-sustaining oxygen & ventilation directly to the person's lungs. |
| • After video on Adult – Automated External Defibrillation & Using an AED course attendees should learn: Identify the steps to use an AED (Trainer) on a adult. Correctly demonstrate how to use an AED (Trainer) on an adult. | When indicated, an electrical shock passed through the chest can restore the heart's normal contractions. |
| • After video on Adult – One-Provider CPR AED course attendees should be able: Apply the CPR AED links of the adult chain of survival as one provider. Correctly demonstrate high-quality adult CPR AED as one provider | The combination of CPR & early defibrillation is effective in saving lives when used in the first few minutes following collapse from sca. |
| • After video on Adult – Additional CPR AED Considerations course attendees should be able to: Identify special considerations for the AED. Explain special considerations for a pregnant person in cardiac arrest. Describe how to give mouth to mouth rescue breathing to an adult **Review test question #11** | A quick response to an opioid overdose, including administering naloxone, can prevent brain injury and death. |
| • After video on Adult – Relief of Choking course attendees should be able to: Describe how to recognize and provide treatment for a choking adult **Review test question #7** | When a severe airway obstruction occurs, the person cannot get air in or out of the lungs. This is a life-threatening medical emergency. If the foreign body is not removed the person will quickly become unresponsive and suffer a secondary cardiac arrest within minutes. |

# PHILADELPHIA DEPARTMENT OF PRISONS
# TRAINING ACADEMY
# LESSON PLAN

## Lesson Title: CPR/ FIRST AID-American Safety and Health Institute (ASHI)

| | |
|---|---|
| • After video on Adult – One Provider CPR AED Performance Evaluation course attendees<br>• should be able to:<br>Demonstrate skill competency as indicated by the skill criteria on Performance Evaluation1: Adult one Provider CPR AED.<br>**Review test questions #5 & 12** | A certification card may not be issued unless each student demonstrates competency in the required skills. Adult CPR AED Performance Evaluation is required. |
| • After video on Severe, Life-Threatening External Bleeding course attendees should be able to:<br>Describe how to recognize & provide first aid treatment for severe external bleeding using direct pressure, a pressure bandage, or a commercial tourniquet.<br>Correctly demonstrate how to control severe, life-threatening external bleeding using direct manual pressure and bandaging<br>**Review test question #13** | Trauma is one of the world's leading causes of death & disability. Around 40% of deaths from trauma are due to severe blood loss or shock. |
| • After video on Shock the course attendees should be able to:<br>Describe how to suspect & provide first aid treatment for shock<br>**Review Test question #14** | Shock can get worse very quickly. As many as 1 in 5 people who suffer shock will die from it. |
| • After video on Minor Wounds the course attendees should be able to:<br>Describe how to provide first aid treatment for non-severe, mild external bleeding from a wound | Appropriate first aid for a wound can speed up the healing process & reduce the risk of infection. |
| • After video on Tooth Injuries the course attendees should be able to:<br>Describe how to provide first aid treatment for tooth injuries. | A tooth can be knocked out by a blow to the mouth. Proper first aid can save the tooth. |
| • After video on Bleeding from the Nose course attendees should be able to:<br>Describe how to provide first aid treatment for bleeding from the nose. | Nosebleeds are common & rarely life-threatening. |

**PHILADELPHIA DEPARTMENT OF PRISONS**
**TRAINING ACADEMY**
**LESSON PLAN**

**Lesson Title: CPR/ FIRST AID-American Safety and Health Institute (ASHI)**

| | |
|---|---|
| • After video on Impaled Objects course attendees should be able to: Describe how to provide first aid treatment for an impaled object. | Some, but not all, impaled objects are potentially life-threatening. Proper first aid can minimize further injury. |
| • After video on Eye Injuries course attendees should be able to: Describe how to provide first aid treatment for an impaled object in the eye. | Impaled objects that cause eye injury are largely preventable events that can cause visual impairment, or partial or total blindness. |
| • After video on Amputation course attendees should be able to: Explain how to recognize & provide first aid treatment for an amputation. | Amputations are serious, debilitating, & potentially life-threatening injuries |
| • After video on Internal Bleeding course attendees should be able to: Explain how to recognize & provide first aid treatment for internal bleeding. | Internal bleeding can result when the body suffers significant force. Severe internal bleeding is a life-threatening condition. |
| • After video on Open Chest Wound course attendees should be able to: Explain how to recognize & provide first aid treatment for an open chest wound. | A penetrating injury through the chest wall, such as those caused by a knife or gunshot, can trap air between the lung & chest wall, building up pressure & causing a collapsed lung. Severe cases can be life-threatening. |
| • After video on Open Abdominal Injury course attendees should be able to: Explain how to recognize & provide first aid treatment for an open abdominal injury. | Some penetrating injuries to the abdomen may result in evisceration, a protrusion of the abdominal organs outside the body. Internal bleeding, shock, & infection can be life-threatening. |

**PHILADELPHIA DEPARTMENT OF PRISONS**
**TRAINING ACADEMY**
**LESSON PLAN**

**Lesson Title: CPR/ FIRST AID-American Safety and Health Institute (ASHI)**

| | |
|---|---|
| • After video on Head, Neck, or Spinal Injury Cadets should be able to: Explain how to suspect & provide first aid treatment for head, neck or spinal injury. | Unstable spinal column injuries can progress to severe nervous system injuries with excessive movement. |
| • After video on Concussion course attendees should be able to: Describe how to suspect & provide first aid treatment for a concussion. | Most concussions are temporary & resolve naturally, but it is possible for on to progress into a life-threatening condition. |
| • After video on Bone, Joint & Muscle Injuries course attendees should be able to: Describe how to recognize & provide first aid treatment for bone, joint & muscle injuries. | Strains, sprains, dislocations & isolated fractures can be extremely painful but are not usually life-threatening. However fractures to the pelvic or thigh bones may result in serious internal blood loss & shock. |
| • After video on Burns course attendees should be able to: Describe how to recognize & provide first aid treatment for burns. | Burns are painful & can be devastating & costly injuries. The majority are preventable. |
| • After video on Altered Mental Status course attendees should be able to: Explain how to recognize & provide first aid treatment for altered mental status. | An altered mental status is an important warning sign of a potentially life-threatening condition. |
| • After video on Poisoning course attendees should be able to: Describe how to recognize & provide first aid treatment for poisoning. | The effects of poisoning range from short-term illness to brain damage, coma & death. |
| • After video on Difficulty Breathing course attendees should be able to: | Difficulty breathing is almost always a medical emergency. |

**PHILADELPHIA DEPARTMENT OF PRISONS**
**TRAINING ACADEMY**
**LESSON PLAN**

**Lesson Title: CPR/ FIRST AID-American Safety and Health Institute (ASHI)**

| | |
|---|---|
| Describe how to recognize & provide first aid for difficulty breathing.<br><br>• After video on Asthma course attendees should be able to:<br>Describe how to recognize & provide first aid for asthma | Asthma is a medical condition in which certain things can trigger a physical reaction in the lungs & make it difficult to breathe. A person with asthma may need help using their inhaler. |
| • After video on Severe Allergic Reactions course attendees should be able to:<br>Explain how to recognize & provide first aid for a severe allergic reaction.<br>Explain how to use an EpiPen epinephrine auto injector.<br>Correctly demonstrate how to use an EpiPen epinephrine auto injector<br>**Review test question #19** | A severe allergic reaction can develop rapidly. Without treatment, death can occur within minutes. |
| • After video on Heart Attack course attendees should be able to:<br>Describe how to recognize and provide first aid for heart attack.<br>**Review test question #15** | A person who is having a heart attack may deny it. Delays to medical care can jeopardize life. |
| • After video on Stroke course attendees should be able to:<br>Describe how to recognize & provide first aid for a stroke.<br>**Review test question #16** | A stroke can cause lasting brain damage, long-term disability, or even death. Quick medical attention is imperative. Remember the acronym **FAST** |
| • After video on Seizure course attendees should be able to:<br>Describe how to recognize & provide first aid for seizures. | For most seizures, basic seizures first aid is all that is needed. |
| • After video on Diabetes & Hypoglycemia course attendees should be able to:<br>Describe how to recognize & provide first aid for diabetes & Hypoglycemia. | Hypoglycemia, or low blood sugar, is a diabetic condition the can rapidly develop & become life-threatening. |

**PHILADELPHIA DEPARTMENT OF PRISONS**
**TRAINING ACADEMY**
**LESSON PLAN**

**Lesson Title: CPR/ FIRST AID-American Safety and Health Institute (ASHI)**

| | |
|---|---|
| • After video on Presyncope & Syncope Cadets should be able to: Describe how to recognize & provide first aid for presyncope (near fainting) & syncope (fainting) | Recognition of the signs & symptoms of presyncope combined with rapid first aid treatment may prevent syncope from occurring. |
| • After video on Heat Emergencies course attendees should be able to: Describe how to recognize & provide first aid for heat-related emergencies. **Review test question #17** | High Temperatures can be dangerous to people at work, home and play & can lead to injury, illness and death |
| • After video on Cold Emergencies course attendees should be able to: Describe how to recognize & provide first aid for cold-related emergencies. **Review test question #18** | A cold or cool, wet environment can result in a lowering of internal body temperature. Hypothermia & frostbite are the most dangerous cold-related conditions. |
| • After video on Bites & Stings course attendees should be able to: Describe how to recognize & provide first aid for bites & stings. | Many insects such as bees, wasps, & fire ants may sting when agitated or in defense of their nests or territories. It is possible for a life-threatening allergic reaction to develop. |

PHILADELPHIA DEPARTMENT OF PRISONS
TRAINING ACADEMY
LESSON PLAN

**Lesson Title: CPR/ FIRST AID-American Safety and Health Institute (ASHI)**

| NARRATIVE PRESENTATION | Notes to Trainer |
|---|---|
| **I. ANTICIPATORY SET** | Q & A period |
| Begin by holding a brainstorming session to get the class thinking about **Why** it is important to have an understanding and knowledge of the right procedures for a layperson or responder. | Ask the class why is it important to know the steps when to perform a tasks. |
| ➢ Recognize an emergency | Give short stories and testimony to support points. |
| ➢ List the three basic steps in the emergency plan. (Asses the scene, Take Standard Precautions, Asses Responsiveness. | Give positive feedback when they respond correctly. |
| ➢ Call EMS and provide appropriate information. | |
| ➢ Send someone to get a First Aid Kit & AED | |
| ➢ Demonstrate how to check a conscious or an unconscious victim | |

**PHILADELPHIA DEPARTMENT OF PRISONS**
**TRAINING ACADEMY**
**LESSON PLAN**

**Lesson Title: CPR/ FIRST AID-American Safety and Health Institute (ASHI)**

| II. INPUT | Notes to Trainer |
|---|---|
| Distribute CPR Study Guide. Be sure and emphasize the following points in the course of the video.<br>➢ Deciding to Act/Taking Action<br>➢ Obtaining consent<br>➢ Good Samaritan Law<br>➢ Basic precautions to prevent disease transmission.<br>➢ Caring for shock<br>➢ Life threatening emergencies checking a conscious/unconscious adult.<br>➢ Breathing emergency, helping a conscious choking victim.<br>➢ Rescue breathing<br>➢ Breathing devices<br>➢ Recognizing a heart attack.<br>➢ Cardiac Chain of Survival.<br>➢ Adult CPR<br>➢ Injuries<br>➢ Wounds<br>➢ Burns<br>➢ Control bleeding<br>➢ Sudden illnesses<br><br>* Instructor should give testimony of past experiences in the area of actual occurrences that he/she has experienced. | Receive feedback from cadets.<br><br>Praise correct responses and correct any inappropriate or inaccurate response. |

# PHILADELPHIA DEPARTMENT OF PRISONS
# TRAINING ACADEMY
# LESSON PLAN

**Lesson Title: CPR/ FIRST AID-American Safety and Health Institute (ASHI)**

| | Notes to Trainer |
|---|---|
| **III. Guided Practice**<br><br>**Exercise 1**<br>Break the class into groups according to how many manikins you have (Three course attendees per manikins).<br>Have each participant perform each task on the manikins and evaluate their performance. While they perform each task give different scenarios and evaluate each performance.<br><br>**Exercise 2**<br>Break the class into groups of two and each participant will perform applying pressure bandages to each other<br><br>**V. CLOSURE/EVALUATION** | |
| Ask course attendees to identify the main functions of Responding to Emergencies.<br><br>Ask course attendees to explain procedures to perform CPR and Rescue Breathing.<br><br>At the end of each section, course attendees will complete multiple-choice questions regarding CPR/First Aid | A score 74% must be achieved to successfully complete this class |
| At end of class course attendees who successfully complete will be awarded certificates of achievement and wallet cards that indicate their proficiency in CPR/First Aid | Distribute cards |

# Exhibit 12

# PDP Policy 4.E.21, PPS Staff roles in Non-Routine and/or Emergency Medical Situations

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 1 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Related Pennsylvania Minimum Standards:** PA Code Title 37 § 95.232, 95.241, 95.242<br>**NCCHC Standards:** J-A-07, J-C-04, and J-E-08<br>**Related ACA Standards:** 2-CO-3B-01 & 2-CO-3B-02, 4-ALDF-1C-01, 4-ALDF-7B-10, 4-ALDF-4D-08 & 4-ALDF-4D-09 | |
| **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations | **Supersedes:** Policy 4.E.21 signed on October 2, 2014 | |
| **Approved:** ______ Commissioner | **Signature Date:** August 13, 2024 | |
| **Effective Date:** September 13, 2024 | **Scheduled PAD Review:** Annually<br>**Scheduled Commissioner's Review:** August 13, 2028 | |

## Purpose

The purpose of this policy is to update and formalize the roles of the Philadelphia Department of Prisons (PDP) staff in the delivery of non-routine and/or emergency medical services to inmates, staff, and others within the PDP.

## Policy

It is PDP policy for its staff to provide inmates, staff, and others with immediate care, as appropriate, and prompt access to non-routine and/or emergency medical services, when warranted. The PDP will provide training in First Aid care and Cardiopulmonary Resuscitation (CPR) to all correctional staff responsible for the direct supervision of inmates. Correctional staff will be responsible for performing immediate care procedures until the health care provider assumes the responsibility for care in accordance with PDP Policy and Procedure 3.B.17, Medical Emergency Plan.

## Definitions

*Direct supervision of inmates:* The duty in a staff person's job responsibilities that specifies that staff is responsible for accounting for the appropriate whereabouts, behavior, and care of inmates assigned to him/her.

*Medical Emergency:* A situation in which, if immediate medical treatment is not rendered, a life-threatening situation may result. Some examples of medical emergencies are, but are not limited to, when an individual suffers a major injury or acute illness such as a fracture of an extremity with obvious bone deformity, a fall with a possible neck/back/head injury, severe chest pain, or major respiratory difficulty, loss of consciousness, or significant loss of blood, or when an individual has a sudden onset or worsening of a major illness such as severe chest pain in a conscious patient with known heart disease or the onset of a high fever and prostration in an individual with chronic illness.

ATTORNEYS' EYES ONLY
Jung - City Production002567

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | **Policy Number** 4.E.21 | **Page** 2 **of** 12 |
|---|---|---|
| **Part: IV** - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

*Non-routine and/or emergency health services:* Any medical attention that is required but is not routinely provided for through Policy and Procedure 4.E.7 Access to Care, Policy and Procedure 4.E.24, Inmate Keep-on-Person Medication Program (KOP), and routine medication administration.

*Cardiopulmonary Resuscitation (CPR):* Specific procedures, prescribed by the American Safety & Health Institute (ASHI) and taught by trained CPR instructors, that are performed to restore and/or facilitate airway breathing and circulation for a person in whom those functions appear to have stopped.

*First Aid:* Health care procedures intended to maintain or improve the condition of an injured or sick person that can be performed by a layman who has been trained in those procedures, specifically according to American Safety & Health Institute (ASHI) training curriculum.

*Immediate Care:* Care limited to basic First Aid and CPR that is administered by a trained staff member until qualified medical personnel, having been notified, make themselves promptly available to assess the medical situation and render appropriate and more specific and sophisticated medical services.

*Staff Member providing immediate care:* All PDP staff and contract staff, excluding clerical staff and volunteers, whose responsibility includes direct supervision of inmates.

**Policy Overview**
PDP staff's routine role with regard to the provision of medical services to individuals within their jurisdiction is to provide access to care by enabling inmates to request medical appointments and to enable inmates to have access to keep-on-person (KOP) a direct-observation-therapy (DOT) medications in accordance with PDP Policy and Procedure 4.E.24, Inmate Keep-on-Person Medication Program and routine medication administration according to each PDP facility's schedule.

When the medical situation does not fall into these categories, and when there is a clearly defined need, in the judgment of PDP staff, to intervene by administering immediate First Aid care until the health care provider can attend to the patient(s), PDP staff will:

- Provide immediate First Aid care, as appropriate
- Provide prompt access to non-routine and/or emergency medical services
- Assist the health care services staff upon their arrival to the scene and in keeping with security responsibilities of the facility. If security responsibilities will be jeopardized or backup security assistance cannot be secured, PDP staff will not assist the medical personnel.

ATTORNEYS' EYES ONLY
Jung - City Production002568

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 3 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

During PDP pre-service training, PDP staff who will be responsible for the direct supervision of inmates will be certified to perform basic First Aid procedures and Cardiopulmonary Resuscitation (CPR) and will be re-certified according to appropriate schedules. PDP staff will also be taught guidelines for deciding when it is appropriate to administer immediate care.

In all such cases, PDP will notify the health care provider according to the PDP medical response procedures, and administer care only as required and only until health care services staff arrives on the scene and assumes responsibility for care.

**General Guidelines**

In most cases, a PDP staff member providing direct supervision of inmates will be the first person to become aware of an individual's need for non-routine or emergency medical attention.

When a non-routine or medical emergency occurs, the PDP staff member's initial responsibility is to determine (according to training, guidelines, and best judgment) what level of intervention is immediately required prior to the availability of professional medical staff. Some basic guidelines and examples are listed below to assist PDP staff in making these decisions concerning the level of necessary intervention.

| First Aid - The Basics |
|---|
| • Make the scene safe for yourself and the victim/patient.<br>• "Do no further harm." Don't move a victim unless there is danger, another victim to reach, or unless it is necessary to render life-saving techniques.<br>• If victim is responsive, look for and control severe bleeding with direct pressure. Monitor tissue color and temperature. Help maintain normal body temperature. Make comfortable while waiting for help. Gather information: Signs, symptoms, allergies and medical history.<br>• When there is more than one victim, attend to the most life-threatening situation first.<br>• Use your skills appropriate to the situation.<br>• Upon the response of the health care services staff and an assessment of the inmate's condition, security staff will assist health care services staff by whatever means possible, provided the area is secure. |

**Medical Emergency**

This situation is the most serious type of emergency during which simultaneous notification of health care services staff and the provision of immediate on-site basic first aid or CPR by correctional staff is required.

ATTORNEYS' EYES ONLY Jung - City Production002569



| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 4 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

If an individual suffers a major injury or acute illness such as:

- Fracture of an extremity with obvious bone deformity
- Fall with a possible neck/back/head injury
- Severe chest pain
- Severe breathing difficulty
- Loss of consciousness
- Uncontrolled bleeding

Correctional staff should notify the health care services staff, through Center Control, to report to the site immediately. Correctional staff will also immediately apply basic first aid or CPR as indicated by the specific situation and according to their first aid and CPR training. These types of patients should not be moved except under specific instructions by medical personnel or if there is imminent danger such as a fire, riot, or attempted suicide. Following the incident, correctional staff will complete the appropriate reports, detailing the situation and what care they provided.

***SITUATIONS REQUIRING EMERGENCY NOTIFICATION OF HEALTH CARE SERVICES STAFF FOR THE PROVISION OF IMMEDIATE TREATMENT***

If an individual has a sudden onset or worsening of a major illness, such as severe chest pain in a conscious patient, correctional staff should immediately contact the on-site health care services staff. In most such cases, first aid care or CPR is not indicated, but the individual does require emergency medical care by health care services staff.

Health care services staff would provide this care either directly on-site or following transfer to the medical triage area. Correctional staff will take appropriate measures to assure the individual's comfort. If appropriate, correctional staff will place the individual in a position of comfort according to their first aid and CPR training while awaiting health care services staff. Following the incident, correctional staff will complete a report detailing the situation and their specific actions.

**WHAT TO DO IN CASE OF MEDICAL EMERGENCY**

The American Safety and Health Institute (ASHI) stresses three steps to take in case of any emergency:

ATTORNEYS' EYES ONLY
Jung - City Production002570

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 5 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

***ASSESS, ALERT AND ATTEND***

**ASSESS** - the scene for safety. If safe, assess the victim. If the victim appears weak, seriously ill, or is unresponsive then…

**ALERT** – activate the PDP Medical Emergency Plan (3.B.17) and/or contact the Philadelphia Fire Department (911) dispatcher for outside Emergency Medical Services (EMS).

**ATTEND** – Open airway, check breathing, circulation and defibrillation. Continue until a person with equal or more qualified training takes over.

Types of information some of which an Officer may be able to relay:
(WHO? WHAT? WHEN? WHERE? HOW?)

- Who is calling? Who is down?
- Where are you (specific location) and where is the patient?
- What is happening? Trauma? Awake or unconscious? Able to talk/walk/breathe?
- When exactly did the incident happen? Events that have transpired up to this call.
- Patient's approximate age?
- Recent complaints? Has this happened before?

**Notification of Health Care Services Staff & Other Essential Correctional Staff**

In a medical emergency, correctional staff on-site will notify Center Control immediately by either telephone or two-way radio. If neither option exists; then the on-site correctional staff should use their voice, whistle, other correctional staff, or, as a last resort, inmate runners.

**IF THE INMATE IS SHOWING NO SIGNS OF CIRCULATION AND IS NOT BREATHING, IMMEDIATELY CONTACT CENTER CONTROL TO HAVE THE HEALTH CARE SERVICES STAFF TO RESPOND TO THE AREA AND TO REQUEST AN AUTOMATIC EXTERNAL DEFIBRILLATOR (AED).**

ATTORNEYS' EYES ONLY
Jung - City Production002571

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 6 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

**Rendering of Immediate Care in a Medical Emergency**

Once notification of health care services staff (through Center Control) is completed, and the area is secured or is being secured by other staff, a staff member will render basic first aid or CPR (if indicated according to first aid and CPR training) until there is a medical response.

***NON-ROUTINE MEDICAL SITUATIONS NOT CONSIDERED EMERGENCIES, BUT REQUIRING IMMEDIATE CARE***

**Medical Situations where PDP Correctional Staff can Provide Minor First Aid (on-site)**

If an individual suffers an injury which requires medical attention, but is not life threatening, such as a laceration requiring suturing or a special dressing, a joint sprain or strain, or a minor burn, then correctional staff will:

- Inform the health care services through Center Control
- Take the appropriate first aid measures (according to first aid training)
- Take the patient immediately to the medical services area for treatment
- Complete a report detailing the situation and care provided.

**Role of Center Control - Getting Information and Notifying Health Care Services Staff**

The Center Control Officer will determine the identity and apparent condition of the individual in distress and contact health care services staff on duty and/or on call. In most cases, time will not permit more than the most vital information; however, it is valuable to know what types of information medical staff will need to respond promptly and correctly with the proper equipment and staff for the situation.

The Center Control Supervisor will immediately dispatch the closest Correctional Officer to retrieve an Automated External Defibrillator (AED), as per Policy and Procedure 3.B.223 Use of the Automated External Defibrillator (AED).

Under some circumstances, information will enable medical staff to give instructions by phone to on-site staff while other medical staff are enroute to the area.

Gathering and communicating any of this information will be secondary to administering immediate assistance or gaining prompt dispatch of medical staff to the area.

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 7 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

**IF THE SITUATION IS OBVIOUSLY LIFE-THREATENING, THEN CENTER CONTROL WILL NOTIFY OR EXPEDITE NOTIFICATION OF APPROPRIATE EMERGENCY RESOURCES (WITHOUT AWAITING THE ADVICE OF HEALTH CARE SERVICES STAFF - CALL 911).**

In situations where a telephone is used, the Center Control Supervisor can choose to notify medical services of the emergency and possibly transfer the call directly to medical staff.

A supply of security restraints including handcuffs, traveling belts, and plastic cuffs will be kept in an area accessible to Center Control to ensure the safe transfer of injured inmates to the appropriate medical area or other designated treatment area.

**Notifying Other PDP Officials**

Center Control will notify the Shift Commander of medical emergency situations. The Shift Commander will then initiate further notification procedures, as appropriate for the situation, via contact to the Deputy Warden of Operations and/or the Warden.

**Coordinating Services**

Depending on the situation, and in response to instructions from superiors or medical staff, Center Control may arrange the following, as appropriate:

- Escort inmates to the medical services area
- Escort health care staff to the affected area
- Summon additional security staff to assist in securing the area and/or providing immediate care
- Summon additional medical staff to assist when needed
- Curtail or reroute traffic in and/or around the area
- Notify the Transportation Unit Dispatcher that there is an emergency
- Record response time in time log
- Call the Philadelphia Fire Department Dispatcher (via 911) for outside Emergency Medical Services (EMS)

ATTORNEYS' EYES ONLY
Jung - City Production002573

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 8 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

- Notify perimeter staff, so that measures are taken to clear entrances and exits for emergency assistance.

**Other Security Responses**

Once notified, the Shift Commander or designee would take an active role in the emergency medical situation. The Shift Commander or designee may:

- Give orders to Center Control
- Redeploy staff as necessary
- Alter the facility schedule and movement
- Secure areas
- Order other security measures as deemed appropriate.

A security Supervisor will respond to the area with a two-way radio. The security Supervisor will record the transfer of any inmate and will notify the Shift Commander of any injury to staff. The Warden or designee will notify, as soon as possible, the immediate relatives of the injured staff to inform them of the staff member's injuries and location. Questions regarding the circumstances surrounding the medical emergency must be referred to the Commissioner.

Standard security procedures shall not be compromised during the provision of emergency medical services.

Depending on where the emergency situation occurs and the seriousness of the incident or injuries, it may be necessary to secure the area to maintain order. Medical emergencies require a secured area. A secured area is one where:

- Inmate movement (traffic) is reduced to a minimum or stopped
- Escape risk is prevented
- There are enough staff members to maintain order.

Staff in other parts of the facility who become aware of a medical emergency in an area for which they are not responsible will hold their posts unless summoned by proper authority to render assistance as ordered.

**Emergency Situations Requiring a 911 Call**

Philadelphia Fire Department Emergency Medical Services (EMS), commonly referred to as Fire Rescue, will be requested immediately when the medical condition of an inmate is life threatening, except when an inmate has refused lifesaving medical interventions via a signed "Do Not Resuscitate" (DNR) order.

**Revised** **August 13, 2024** **Revised**

ATTORNEYS' EYES ONLY Jung - City Production002574

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | **Policy Number** 4.E.21 | **Page** 9 **of** 12 |
|---|---|---|
| **Part: IV** - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

Normally, PDP health services staff will phone 911 to request transport to the hospital, for example, when Philadelphia Fire Department EMS paramedics/EMTs are needed to transport an inmate from PHSW or other facility medical triage to the nearest outside hospital. In all cases of a 911 request for EMS, medical staff will ask the on-site security staff to notify the Center Control Supervisor that a call has been made to 911.

Security will phone 911 to request outside emergency medical services when PDP medical personnel cannot leave the inmate, for example, when a medical team is providing emergency care on a housing unit. In these situations, medical will provide on-site security staff with medical information required by the 911 dispatcher.

Security may also call 911 when an individual's medical condition is so clearly life-threatening that waiting for medical staff arrival might further endanger the individual's life. In these situations, medical will be called at the same time as or immediately after the call to 911.

When EMS (Fire Rescue) is requested, medical or security must immediately contact the Center Control supervisor in order for the Center Control supervisor to prepare for EMS arrival and custody escort, so that the Transportation Dispatcher and the Main Gate Officer can be notified before arrival of EMS, and so that the jail pathways are secured, as necessary.

**Transport of Inmates to Outside Hospitals**

When emergency transport is required, the health care provider will notify the Center Control Supervisor and make the necessary arrangements. All emergency transfers will be made by private ambulance service or the Philadelphia Fire Department, Emergency Medical Services to the emergency room of the local hospital or contract hospital, as appropriate.

Facility security staff will maintain proper security of inmates during transportation, treatment, and convalescence if the inmate is not returned to the facility after treatment. The PDP will ensure all security escort staff are properly trained in supervision techniques for inmates confined outside the facility (refer to PDP Policy and Procedure 3.A.12, Emergency/Escorted Trips).

The Facility Staff Deployment Supervisor and CORESTAR will maintain appropriate records to document the amount of overtime expenditures being spent in escort activity of this type, sufficient to differentiate routine medical trips from non-routine (refer to PDP Policy and Procedure 1.C.3, Security Staff Deployment).

ATTORNEYS' EYES ONLY
Jung - City Production002575

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 10 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

**Medical Review**
As soon as possible after a significant medical emergency, the Facility Health Services Administrator (HSA), the Warden, and other officials, as appropriate, may convene the major participants of the emergency for a de-briefing conference to review the events and procedures that occurred.

**First Aid and CPR Training**
The PDP Training Academy will administer a basic first aid and CPR training program endorsed by the American Safety & Health Institute (ASHI).

All correctional personnel working with inmates will be trained and certified in basic first aid and cardiopulmonary resuscitation (CPR). Staff will be re-certified every two years in CPR and re-certified every three years in first aid. The Training Division of the PDP will be responsible for scheduling and coordinating this training.

The training program will include the actions required in potential emergency situations as follows:

- Administration of basic first aid and cardiopulmonary resuscitation (CPR)
- Methods for obtaining emergency care
- Procedures for transporting inmates to appropriate outside hospitals when emergency medical services are needed
- Requirements to respond to an emergency immediately upon notification.

**Health-Related Topics For Staff Administering Non-Routine Medical Care**
Health-related topics in staff training may also include training regarding the use of universal precautions or the staff's role in managing special needs inmates such as those who may be mentally ill, HIV positive, mentally disabled, suicidal, or chemically dependent. The involvement of health professionals in conducting such training can help to improve the relationships between correctional and medical staff as well as to ensure that the clinical information presented is accurate. The health care provider may also offer educational programs for their correctional colleagues regarding infection control practices, stress management, occupational safety, environmental health issues or other health issues.

**Medical Emergency Equipment**
The PDP will provide correctional staff with a CPR pouch containing medical exam gloves and a CPR mouth protector to be used as appropriate.

The PDP will provide stretchers in the medical area(s).

ATTORNEYS' EYES ONLY
Jung - City Production002576



| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 11 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

The health care provider will review the location and use of the stretchers at least annually, and an evaluative report will be forwarded to the Commissioner or designee.

**Use of Universal Precaution by PDP Staff**

Universal precautions as outlined below are important and should be consistently utilized by staff when responding to emergency situations.

Staff should consider all individuals encountered to be potentially infectious. Staff should use the appropriate barrier protections:

- Medical exam gloves should be used when touching blood, body fluids, and non-intact skin (includes cuts and abrasions on staff)
- If there is a potential for blood or body fluid splashes and/or soiled clothing, correctional staff and trained inmate workers should be provided and will wear water impervious gowns or coverings
- If there is a potential for the aerolization of splashed blood or body fluid, staff should wear eye protection and masks provided
- If CPR is necessary, staff should not give respiration breaths unprotected. Correctional staff should use a CPR mask with the one-way valve.

After using the appropriate barrier protection, staff should wash the protected area with soap and water for at least twenty (20) seconds. For example, staff should wash their hands after using medical exam gloves.

Correctional staff that are responsible for the direct supervision of inmates must carry a CPR pouch containing medical exam gloves and a CPR mouth protector on their person at all times.

After each use of gloves contaminated with blood or other body fluids, staff will seal these gloves and deliver the sealed bag to the appropriate medical staff. Security staff will obtain a new pair of medical exam gloves from Center Control or other locations designated by the Warden. Center Control or the Shift Commander's Office will maintain an adequate supply of gloves and other protective barriers. Inmate workers who are properly trained will seal other clothing, bedding or protective barriers contaminated with blood or other body fluids in a plastic bag and deliver to the appropriate medical staff. Medical staff will dispose of the contaminated items in an appropriate medical waste container (Refer to Policy and Procedure 4.E.22, Medical Waste.)

ATTORNEYS' EYES ONLY
Jung - City Production002577

| PHILADELPHIA PRISONS<br>POLICIES & PROCEDURES | Policy Number<br>4.E.21 | Page 12 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

**Auditing Information**

The appropriate department and/or facility assigned to measure compliance, effectiveness, and efficiency of this policy and its related procedures will monitor the following information:

- Percentage of staff who have been trained in first aid and CPR (both initially and annually)
- Number of incident reports that indicate the use of first aid or CPR
- Number of medical emergencies in a given time period
  - type of medical emergency
  - location of medical emergency
- Response time of emergency transport to get to the scene of the medical emergency
  - time emergency transport called
  - time emergency transport arrived at facility
  - time emergency transport arrived at scene of medical emergency
- Number of times staff report contaminated gloves
- Number of times victims are treated by facility medical staff
- Number of times victims are transported to hospital emergency rooms, including
  - type of medical emergency
  - location of hospital emergency room
- Number of times Philadelphia Fire Department Emergency Medical Services responded
- Number of times ambulance service responded
- Percentage of staff who have completed vaccination for Hepatitis B.

ATTORNEYS' EYES ONLY
Jung - City Production002578

# Exhibit 13

# PDP Training Academy –

# Housing Officer Duties Training Excerpts



PHILADELPHIA
PRISONS

# USING OFFIC DUTIES

PHILADELPHIA
PRISONS

PDP TRAINING ACADEMY

ATTORNEYS' EYES ONLY

Jung - City Production004488

# PERFORMANCE OBJECTIVES

- Will be able to explain the meaning of "Post Orders," and how they affect their duties as housing officers.
- Will be able to contrast the various housing areas in use in the PDP, and compare the similarities in operation as viewed from the standpoint of a correctional officer's duties.
- Will be able to define the basic duties and responsibilities of a housing officer.

ATTORNEYS' EYES ONLY

# Duties

- Upon reporting to the housing unit receive all pertinent information from the officer you relieve.

- The housing unit officer will sign his/her name in the log and proceed to conduct a security patrol of the housing unit including recreation yard. When your patrol is thoroughly completed, record specific information in the log.

ATTORNEYS' EYES ONLY

# HOUSING UNIT

- The housing unit officer must have and be familiar with complete location data on his/her population showing each resident by name, institutional number, cell and job assignment.
- The housing unit officer must be familiar with what must be cleaned.
- The housing unit officer will organize and schedule work details
- Objects covering room doors, windows and railings such as sheets, towels, cardboard, pictures, etc., are not permitted.
- Pictures and graffiti are not permitted.

# DUTIES

The housing unit officer is responsible for the security of the unit, including conducting tours at a minimum of every half-hour, constantly observing unit activities.

Inspect individually connected yards at the beginning and end of each shift, check recreation yards prior to use of recreation period.

The housing officer is responsible for safety on the unit by maintaining order, and continual observation, as well as enforcement of regulations.

# HEADCOUNT AND CENSUS

- Periodic physical counts of residents are necessary for security and are conducted at designated times each day.
- Emergency and special counts may be required under orders from the shift commander/chief of security.
- The housing unit will be secured at "6:50 pm" for the evening headcounts. All residents will be secured in their rooms.
- The housing unit officer will conduct a headcount of all residents on the housing unit.
- The headcount will be entered in the housing unit log and telephoned into the unit control booth.
- Central Control will officially clear the headcount and census.

# Head Count & Census

- Perform counts at the scheduled times of: 12:15pm 4:30pm 9:30 pm, 12:00 am 3:00 am and 5:30am
- do not allow distractions when counting
- see flesh and movement
- no incarcerated person is to participate in operation of head count
- cease all incarcerated person movement
- when counting dorms: one (1) officer supervises incarcerated persons, both officers do separate counts.
- remain in area until count is cleared
- do a recount if any indication of inaccurate count
- sign count slips, turn into center control
- reconcile counts with movement sheet

ATTORNEYS' EYES ONLY

# Counts

- Do informal counts on each tour during the 7:00am to 7:00 pm shift log in unit log
- When doing armband count, verify incarcerated person's using housing card picture, pp# and intake #, inspect armband for tampering, and reconcile discrepancies with center control.
- Housing card must show accurate likeness of incarcerated person; if necessary have new set of photos taken by receiving room with supervisors' approval.

ATTORNEYS' EYES ONLY

# Disciplinary Process

- Responsible for enforcing all rules and regulations, and to address all infractions of the rules.
- Any violation of the rules and regulations set forth will be followed up with an incarcerated person misconduct report. The report will be brief but precise and submitted in a timely fashion.
- Enter misconduct on the disciplinary desktop
- If multiple incidents, separate disciplinary reports must be prepared.
- Amend the report if instructed to do so by the shift supervisor

# Medical Services

- Be alert to I/P'S who are too ill to present themselves for medical care and you will assist them obtaining medical care.
- Do not compromise security procedures during the provision of emergency medical services.
- Render applicable first aid to I/P in life-threatening situation while awaiting the arrival of medical staff.
- Contact Center Control on medical emergencies immediately.
- Log all medical emergencies.
- Keep a supply of sick call slips on your housing unit.
- Times and location of sick call must be posted on the housing unit.
- Instruct inmates (if necessary) on where to deposit the slips (sick call box) and by wheat time (11:00 pm)
- I/P'S scheduled for sick call must remain in their cells or in their dormitory area.

ATTORNEYS' EYES ONLY

# Medical Services

- Have the I/P sign a sick call list for cancellation indicating reason.
- If an I/P is scheduled for sick call but is not present on the unit to sign cancellation notices due to court appearance, then you must note cancellation on sick call out list and initial.
- Notify health care provider of any cancellations.
- Once alerted to the start of sick call by the health care provider, the officer must ensure I/P's attend in a timely and orderly manner.
- If you recognize the need for an I/P to go to sick call even if the I/P does not request to, you can complete a sick call slip and deposit it in the sick call box.
- Whenever medical staff member 's tour the unit it must be documented in the log book by the unit officer.

# Performance Outcome

- Post Orders
- Duties
- Housing Unit
- Utilities Check
- Headcount and Census
- Counts
- Searches
- Disciplinary process
- Inspections
- Sanitation
- Inmate Movement
- Medical Services
- Suicide Prevention
- Referrals to Mental Health
- Grievance Procedures
- Legal Access
- Commissary
- Evacuation Plans

ATTORNEYS' EYES ONLY

Jung - City Production004521

# Exhibit 14

# Bloodsaw Disciplinary Packet Excerpts



*Office of the Deputy Commissioner for Administration*

| | |
|---|---|
| ***TO:*** | Michael R. Resnick Esquire, Commissioner |
| ***FROM:*** | Xavier Beaufort, Deputy Commissioner XB |
| ***DATE:*** | May 23rd, 2024 |
| ***SUBJECT:*** | Correctional Lieutenant Wanda Bloodsaw; Payroll #253488<br>Curran-Fromhold Correctional Facility |

Case # 0523-04

A formal disciplinary hearing was held on Thursday, May 23rd, 2024, for Correctional Lieutenant Wanda Bloodsaw. Present at the hearing were Deputy Commissioner Xavier Beaufort (Chairperson), Deputy Wardens Melvin Harris and Goerge Duncan (Board Members), Correctional Lieutenant Ivette Rivera (Peer, Board Member), and Jereimi Lambert (Board Secretary). Representing Lieutenant Bloodsaw was Carlos Carmona; Business Agent for Local 159; DC 33.

Correctional Lieutenant Shawn Jay Payroll (#253480) charged Lieutenant Bloodsaw with the violation of the following General Order(s), Executive Order(s), and/or Policy(s):

| | |
|---|---|
| 01: | Working Knowledge |
| 03: | Efficient Performance |
| 05: | Maintain Security |
| 37: | Proper Action |
| 67: | IP Welfare |
| 1.C.11.1 | Employee Code of Conduct |

Lieutenant Bloodsaw denied violating the above General Orders and Policy.

Lieutenant Jay read the accompanying Employee Violation Report and the Office of Professional Compliance (OPC) Investigation Report into the record.

In summary, on Monday, November 6th, 2023, Incarcerated Person (IP) Louis Jung PID# 718327, was found inside of Cell #21 on B1 Pod 3, having trouble breathing by Correctional Officer Aaron Hester, PR# 295830, who was serving the morning meal on the unit. A stretcher was called, and medical staff arrived and while in route to medical triage with I/P Jung, he stopped breathing and was later pronounced deceased by Philadelphia Fire Department Medic Schroeder at 6:47 AM. This investigation was initiated to determine if Correctional Staff and Medical

# EMPLOYEE VIOLATION REPORT

*(Prepare In Quadruplicate)*

PHILADELPHIA DEPARTMENT OF PRISONS

| INSTITUTION OR UNIT | | DATE |
|---|---|---|
| Curran Fromhold Correctional Facility (CFCF) | | 3/8/2024 |
| NAME OF EMPLOYEE: Wanda Bloodsaw | EMPLOYEE NO.: 253488 | TITLE: Correctional Lieutenant |
| NAME OF COMPLAINANT: Shawn Jay | | TITLE: Correctional Lieutenant (OPC) |

**COMPLAINT**

*(State Rule, Order or Regulation violated and give details)*

**Lieutenant Bloodsaw, you have violated the following General Orders/Policies and Procedures:**

**G.O. 1** It is essential that each employee has a working knowledge of and complies with the Policies and Procedures which relate to or have a bearing upon his/her duties, responsibilities, and employment in the PDP. Each employee must have a working knowledge of the Pennsylvania State Constitution and its laws, U.S. Constitution and Federal Laws, Philadelphia Home Rule Charter, and Civil Service Regulations that a reasonable person would have.

**G.O. 3** An employee shall be responsible for the efficient performance of his/her assigned duties. Employees will remain alert, aware of, and responsive to their surroundings while on duty in order to ensure the safety and security of the institution as well as the health, safety, or welfare of incarcerated persons, staff, or visitors.

**G.O. 5** All employees shall cooperate in maintaining the security and good order of the institution at all times.

**G.O. 37** Any employee, who fails to take proper action while on duty, fails to assert proper authority, or shows reluctance to carry out rules or orders shall be subject to disciplinary action.

**G.O. 67** It shall be the duty of any employee supervising incarcerated persons to look after the incarcerated persons' welfare and ensure that Incarcerated persons obtain proper and sufficient food, clothing, and medical attention.

**Employee Code of Conduct**

**VI.** Each employee shall exercise reason and good judgment on the job.

**VII.** Each employee shall accept responsibility for the proper performance of his/her duties, in keeping with the Policies and Procedures of the PDP.

RECEIVED
MAR 12 2024
Warden's Office
Curran Fromhold
Correctional Facility

*(Use reverse side if additional space is required)*

[signature] *(Complainant's Signature)*

**STATEMENT BY EMPLOYEE**

Local 159
E. [signature]

My signature indicates that I received this Employee Violation Report. I do not necessarily agree with the charges.

3/8/24 *(Date)* [signature] *(Employee's Signature)*

**ACTION TAKEN**

Referred Due to Charges & Sanctions

☐ Case closed at Preliminary Hearing on

☐ Referred for Formal Disciplinary Action

| CHAIRMAN'S SIGNATURE | DATE | RECEIVED IN PERSONNEL OFFICE *(Date)* |
|---|---|---|
| [signature] | 4-11-24 | RECEIVED APR 12 2024 PHILADELPHIA PRISONS HUMAN RESOURCES DEPARTMENT |

Bloodsaw-000147

On Monday, November 6, 2023, [illegible]arcerated Perso[illegible] Louis Jung, PID# 71[illegible]27, was found inside of Cell #21 on B1 Pod 3, having trouble breathing by Correctional Officer Aaron Hester, PR# 295830, who was serving the morning meal on the unit. A stretcher was called, and medical staff arrived and while in route to medical triage with I/P Jung, he stopped breathing and was later pronounced deceased by Philadelphia Fire Department Medic Schroeder at 6:47am. This investigation was initiated to determine if Correctional Staff and Medical personnel adhered to the policy standards set forth for the care of incarcerated persons by the Philadelphia Department of Prisons.

Lt. Bloodsaw, during your OPC interview, you admitted that you were assigned as the B Building Unit Manager on Sunday, November 5, 2023, and that it was you in the video shown to you of B1 Pod 3. You denied remembering anything related to your interactions that involved I/P Jung. You denied remembering if he was awake and alert when you arrived at his cell (#21). You denied remembering if you called for a stretcher for I/P Jung. You further stated that it is not common practice to have I/P workers drag an I/P into a cell who appears to not be able to get up. You denied remembering that day at all.

Video footage from Sunday, November 5, 2023, at approximately 10:05am, shows you arriving on B1 Pod 3 and briefly speaking to C/O Gena Frasier, PR# 285093, who then points toward Cell #21, and you then proceed to walk toward the cell located on the top tier of the unit. When you arrived at Cell #21, IP Jung who appeared to be having a medical emergency, can be seen lying on the floor in the doorway of the cell. You then appear to lean forward giving the impression that you were speaking to I/P Jung as two I/P's walk up to the cell shortly after you arrive wearing blue gloves. The I/P's are then observed dragging I/P Jung into Cell #21 as you are standing in observance. They then exit the cell with a mattress, and you secure the cell door, leaving I/P Jung inside and nonchalantly walk off of the unit.

Lt. Bloodsaw, at no time did you call for medical assistance for I/P Jung to be accessed. Instead, you had two I/P's drag him back into his cell, leaving him there to never receive any type of medical attention. According to PDP Policy 4.E.14 (Incarcerated Person Serious Illness or Death) it states in part that "Staff who discovers a seriously ill/ injured incarcerated person will notify health care staff and medical supervisor on duty." In addition, General Order #67 states (in part) that "It shall be the duty of any employee supervising incarcerated persons to look after the incarcerated persons' welfare and ensure that incarcerated persons obtain proper and sufficient food, clothing, and medical attention."

Therefore, due to the above, you are being charged with the aforementioned General Orders, Codes of Conduct and PDP Policies and Procedures.

RECEIVED
APR 1 2 2024

PHILADELPHIA PRISONS
HUMAN RESOURCES DEPARTMENT



PHILADELPHIA DEPARTMENT OF PRISONS
SCHEDULE OF DISCIPLINARY HEARINGS

Location: Detention Center Main Conference Room

Date: May 23rd, 2024

| Employee | P/R# | Complainant | Case # | Chgs | GO/ Policy | Description | Time | Recommendations |
|---|---|---|---|---|---|---|---|---|
| [redacted] | | | | | | | | |
| Wanda Bloodsaw<br>5H06. Correctional Lieutenant<br>CFCF<br>4TH. | 253488 | Lieutenant Shawn Jay<br>PYR # 253480<br>OPC | 0523-04 | 6 | S01<br>S03<br>05NS<br>S37<br>S67<br>S1.C.11.1 | Working Knowledge<br>Efficient Performance<br>Maintain Security<br>Proper Action<br>IP Welfare<br>Employee Code of Conduct | 9 AM | 15 DAY SUSPENSION |

Bloodsaw-000195

# Exhibit 15

# PDP Policy 4.E.22, Medical Waste

| PHILADELPHIA PRISONS<br>POLICIES & PROCEDURES | **Policy Number**<br>4.E.22 | **Page** 1<br>**of** 4 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Care | **Related Pennsylvania Minimum Standards:**<br>Title 37 PA Code §95.232<br>**NCCHC Standards:** J-B-01, J-C-06, J-D-03<br>**Related ACA Standards:** 4-ALDF-4C-18, 4-ALDF-7B-09, 2-C0-4D-01 | |
| **Subject:** Medical Waste | **Supersedes:** Policy 4.E.22 signed on November 3, 2010 | |
| **Approved:** ______ Commissioner | **Signature Date:** October 2, 2014 | |
| **Effective Date:** November 2, 2014 | **Scheduled PAD Review:** Annually<br>**Scheduled Commissionerr's Review:** October 2, 2018 | |

**Purpose**
The purpose of this policy is to formalize and update procedures that will be used in the Philadelphia Prison System (PPS) to effectively manage medical waste, to quarantine and decontaminate affected areas, and to dispose of medical waste by providing training for staff and inmates alike in order to reduce the risk of exposure to bloodborne pathogens from blood, body fluid spills, or other potentially infectious materials (OPIM).

**Policy**
It is the policy of PPS to effectively manage medical waste, to quarantine and decontaminate the affected areas, and to dispose of medical waste according to applicable City, State, and Federal standards and regulations. The PPS Medical Waste policy provides for a training program that includes a process for decontamination and disposal of pathogens from blood, body fluid spills, or OPIM. It is the responsibility of the physical health care provider to dispose of such medical waste.

**Definitions**
*Medical Waste*: any solid or liquid waste that is generated in the diagnosis, treatment, or immunization of human beings, including but not limited to:

- Soiled or blood-soaked bandages;
- Discarded surgical gloves – after surgery;
- Discarded surgical instruments, e.g., scalpels;
- Needles used to give shots or draw blood;
- Cultures, stocks, swabs, used to inoculate cultures; and
- Lancets – small blades used to prick to get a drop of blood.

*Standard Precautions*: apply to blood, all body fluids, secretions, and excretions, except sweat, regardless of whether or not they contain visible blood, non-intact skin, and mucous membranes. Standard precautions are designed to reduce the risk of transmission of microorganisms from both recognized and unrecognized sources of infection. Standard precautions include the use of hand washing, appropriate

protective equipment such as gloves, masks, gowns, and eye protection whenever exposure to body fluids is anticipated.

*Bloodborne Pathogen Standard*: a standard of healthcare waste disposal that requires:

- Employees to observe standard precautions to prevent contact with blood and OPIM;
- Under circumstances in which differentiation between body fluid types is difficult or impossible, all body fluids shall be considered potentially infectious;
- Treat all blood and OPIM with appropriate precautions such as using gloves, masks, gowns, and eye protection if blood or OPIM exposure is anticipated.

*Other Potentially Infectious Materials (OPIM)*: this term is defined as:

- human body fluids, including semen, vaginal secretions, cerebrospinal fluid, synovial fluid, pleural fluid, pericardial fluid, peritoneal fluid, amniotic fluid, saliva in dental procedures, any body fluid that is visibly contaminated with blood, and all body fluids in situations where it is difficult or impossible to differentiate between body fluids;
- Any unattached tissue or organ (other than intact skin) from a human (living or dead);

**Procedural Overview**

PPS staff and clinical care providers will take appropriate action to reduce the risk of exposing staff, inmates, or others to medical waste. All staff and inmate training and inmate orientation materials will address appropriate use of standard precautions (refer to PPS Policy and Procedure 4.E.21, PPS Role in Non-Routine and/or Emergency Medical Situations). PPS staff and clinical care providers will view all blood or bodily fluid spills as being contaminated. PPS staff will quarantine all non-medical areas of contamination as if it is a crime scene until such time the medical waste is decontaminated. The physical health care provider will properly dispose of medical waste.

**Use of Standard Precautions by PPS Staff**

PPS staff should consider all individuals encountered to be potentially infectious and should use the appropriate barrier protections. PPS, working with the physical health care provider, will supply all necessary protective garb and equipment to protect individual staff within close proximity to inmate affected areas:

- Medical exam gloves (such as Latex/Vinyl/Nitrile gloves) should be used when touching blood, bodily fluids, non-intact skin (including cuts and abrasions on staff);
- If there is a potential for blood or bodily fluid splashes and soiled clothing, staff and inmate workers should wear water-impervious gowns or coverings and eye protection;
- If there is a potential for the aerolization of splashed blood or body fluid, staff and inmate workers should wear eye protection and masks; and
- If CPR is necessary, staff should not give mouth-to-mouth resuscitation unprotected. Staff should use a CPR mask with one-way valve or ambu bags.

ATTORNEYS' EYES ONLY Jung - City Production002564

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.22 | Page 3 of 4 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Care | **Subject:** Medical Waste<br>**Date:** October 2, 2014 | |

After using the appropriate barrier protection, staff should wash protected and unprotected body areas. For example, staff and inmate workers should wash their hands after using medical exam gloves. Staff will take all standard precautions when removing protective garb and equipment after the completion of decontamination process. Training will be provided to staff and inmate workers to reduce the risk of being exposed to contamination.

Inmates assigned to a potential biohazard cleanup will receive appropriate training and instruction in current methodology in cleaning biohazard waste. Each facility has a training video and materials to instruct inmates assigned to biohazard cleanup and the appropriate use of standard precautions to reduce the risk of transmission. This training video will be shown weekly on all housing units.

Staff who are responsible for the direct supervision of inmates will have medical exam gloves and a CPR mouth protector available to them. Staff must carry a set of medical exam gloves and a CPR mouth protector on their person at all times.

**Disposal of Medical Waste**

After each use of the medical exam gloves and/or CPR mouth protector contaminated with blood or other bodily fluids, staff will seal these gloves or CPR mouth protector in a plastic bag provided by medical staff and deliver the sealed bag to the appropriate medical staff. Staff will obtain a new pair of medical exam gloves and/or CPR mouth protector from Center Control or other locations designated by the Warden. Center Control and the Shift Commander's Office will maintain an adequate supply of gloves, CPR mouth protectors, gowns, eye protection and other protective barriers. Staff or trained inmate workers will seal other clothing, bedding, protective barriers contaminated with blood, or other bodily fluids in a plastic bag and deliver to the appropriate physical health care staff. Physical health care staff will dispose of the contaminated items in an appropriate medical waste container.

Clinical staff, including dental staff, will place all contaminated items in an appropriate medical waste container. Needles, surgical blades, and other sharps will be placed in separate medical waste containers specifically designed for such items. Sharps containers will be stored in a secure location within the medical services area.

The physical health care provider will arrange for a licensed disposal service to pick up the accumulated medical waste from the medical services area of each facility and the PPS Infirmary area on a regular basis.

**Cleaning Of Work Surface Blood/Body Fluid Spills**

The purpose to provide guidelines that will reduce the risk of exposure to blood/body fluid spills.

The information below provides a program that includes a process for cleaning and decontaminating a blood/body fluid spill:



|  PHILADELPHIA PRISONS POLICIES & PROCEDURES | **Policy Number** 4.E.22 | **Page** 4 **of** 4 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Care | **Subject:** Medical Waste<br>**Date:** October 2, 2014 | |

- PPS staff will utilize standard precautions and techniques when supervising trained inmate workers for cleaning and decontaminating non-medical work areas where there is a blood/body fluid spill;
- Chlorine bleach is an accepted disinfectant approved by the Centers for Disease Control, EPA, and OSHA. A solution of one (1) part chlorine bleach solution with nine (9) parts water is to be used to decontaminate work surfaces;
- Trained inmate workers will first put on disposable medical exam gloves and impervious gown, as needed;
- The worker will apply absorbent media; once absorbed, the media will be picked up and discarded in a red Biohazard bag. The worker will then wipe up the spill area with germicidal disposable wipes;
- The disposable wipes will be disposed of in a biohazard waste bag to be disposed of by medical care provider in the medical waste container;
- The 1:9 chlorine bleach solution must be applied to the area until the surface is glistening wet;
- The area is to be kept moist for the exposure time of 5 to 10 minutes; the surface may need to be re-sprayed if it dries before the allotted time;
- Should the spill occur on any floor, a "wet floor sign" is to be placed in the area to caution staff and inmates not to walk on the wet floor in order to prevent accidents;
- Finally, after the allotted time, the surface should be allowed to air dry completely;
- The 1:9 chlorine bleach solution, if pre-mixed, will deteriorate and be ineffective after 24 hours. It should be disposed of and a new mixture created. This formula can be mixed and placed in a labeled spray bottle for easy use. The bottle must also include the date of preparation; and
- The 1:9 chlorine bleach solutions can also be used on all bins, pails, cans, trashcans, vinyl bed mattresses, chairs, walls, cell storage boxes and similar reusable receptacles.

ATTORNEYS' EYES ONLY
Jung - City Production002566

# Exhibit 16

# Hospital Date Records Selections

# Nazareth Hospital

A Member of Trinity Health

page 1

Date: 01/05/22

[redacted]: [redacted]

Patient Name: JUNG,LOUIS

If you have any questions about your discharge plan or medication, please contact your Hospital attending Dr LEDVIN,VERONICA MD phone: 484-965-6566

YOU CAN ACCESS YOUR HEALTH INFORMATION THROUGH THE PATIENT PORTAL AS REVEIWED WITH YOU DURING YOUR STAY http://www.mercyhealth.org/myhealthportal

***VISIT INFORMATION***

**Allergies:**
No Known Allergies

**Discharge Disposition:** OTHER RESIDENTIAL

**Medical Problems**
DKA (diabetic ketoacidosis)
Diabetes
Hyperlipidemia
Mental health disorder
Polysubstance abuse
AKI (acute kidney injury)
Encephalopathy
Shock circulatory
Septic shock
DVT prophylaxis
Pneumonia
Diabetes mellitus
MRSA pneumonia
Acute respiratory failure with hypoxia
Positive result for methicillin resistant Staphylococcus aureus (MRSA) screening
Electrolyte abnormality
COVID-19
Thrombocytopenia
Hypotension
Pulmonary emboli
Bipolar 1 disorder

**Care Team Members**
NONE (FAMILY) DOCTOR, PRIMARY CARE PHYSICIAN
GREGORY J BERRY, DO, ADMITTING, MEDICINE/HOSPITALIST, 215-335-6000
VERONICA LEDVIN, MD, ATTENDING, MEDICINE/HOSPITALIST, 484-965-6566
GEORGE C HOBBIB, MD, EMERGENCY, EMERGENCY MED/EMERGENCY MED
C2 INT MED RESIDENT TEAM, OTHER
NONE (FAMILY) DOCTOR, REFERRING

1/10/22

For Patient Education Information along with test results and your Mercy Health Record
Log into the website http://www.mercyhealth.org/myhealthportal
PLEASE BRING THESE INSTRUCTIONS WHICH INCLUDES YOUR MEDICATION LIST TO YOUR DOCTOR VISITS

COVID+ 12/23/21

**Nazareth Hospital**

Patient: JUNG,LOUIS
Location: FIFTH WEST
Physician: BERRY,GREGORY J DO
Admit Date: 12/20/21

## Patient Signature Page

**Patient:** JUNG,LOUIS

**Date of Birth:** 04/16/1973

**Guardian Name:**

The above-named patient and/or guardian has received the following:

**Patient Visit Report**
**Discharge Orders:**
- Medicine/Family Practice
- Medicine/Pulmonology
- Medicine/Oncology & Hematology

**Referrals:**
- Medicine/Family Practice
- Medicine/Pulmonology
- Medicine/Oncology & Hematology

**Patient Instructions:**
- Pulmonary Embolism (DC)
- Diabetic Ketoacidosis (DC)
- COVID-19 (Coronavirus Disease 2019) (DC)

**Please make sure you have read through this information before signing.**

I have read and understand the information given to me by my caregivers.

LOUIS JUNG
Patient Name

Patient (or Guardian) Signature Date Time

Caregiver/RN/Doctor Signature Date Time

# Nazareth Hospital

A Member of Trinity Health

Date: 04/09/22

 

Patient Name: JUNG,LOUIS

If you have any questions about your discharge plan or medication, please contact your Hospital attending Dr SOHAIL,SYED DO phone: 215-335-6562

YOU CAN ACCESS YOUR HEALTH INFORMATION THROUGH THE PATIENT PORTAL AS REVEIWED WITH YOU DURING YOUR STAY http://www.mercyhealth.org/myhealthportal

## CONTINUE THESE MEDICATIONS

| Medication | Dose | Route/Frequency |
|---|---|---|
| Apixaban (Eliquis) 5 Mg Tablet | Dose: 5 MILLIGRAM | ORAL, TWICE A DAY |
| ARIPiprazole (Abilify) 10 Mg Tablet | Dose: 10 MILLIGRAM | ORAL, DAILY |
| Atorvastatin Calcium 20 Mg Tablet | Dose: 20 MILLIGRAM | ORAL, BEDTIME |
| Donepezil HCl (Aricept) 5 Mg Tablet | Dose: 5 MILLIGRAM | ORAL, BEDTIME |
| Insulin Glargine-Yfgn (Semglee (Yfgn) Pen) 100/Ml (3) Insuln.pen | Dose: 20 UNIT | SUB-Q, BEDTIME |
| Insulin Nph Human Isophane (HumuLIN N) 100/Ml Vial | Dose: 20 UNITS | SUBCUTANEOUSLY, TWICE DAILY WITH MEALS |
| Insulin Regular, Human (Humulin R) 100/Ml Vial | Dose: 1 UNIT | SUBCUTANEOUSLY, TWICE DAILY WITH MEALS as needed for SLIDING SCALE |
| Levothyroxine Sodium 25 Mcg Tablet | Dose: 25 MICROGRAM | ORAL, DAILY |

**Your Preferred Pharmacy**

*Do Not ePrescribe - PRINT

, PA

***ADDTIONAL INFORMATION***

**HOSP COURSE/HEALTH CONCERNS**

Patient was admitted late evening 4/7/2022 for diabetic ketoacidosis. Was placed on IV insulin drip per protocol. ICU course progressed as expected with resolution of his anion gap and improvement of his blood glucose. Patient was transitioned to a subcutaneous insulin regimen and tolerated a p.o. diet. He was deemed stable for downgrade to MedSurg level of care after resolution of his diabetic ketoacidosis.
His DKA resolved.
Patient was also found to have pneumonia and was started on Iv antibiotics and eventually transitioned to

US ICE | Patient Name :JUNG,LOUIS W|DOB ████████ PID:718327

## AFTER VISIT SUMMARY

 Jefferson Health.

**Louis Jung** Date of birth: ████████    📅 1/8/2023 - 1/12/2023    📍 JEFFERSON NORTHEAST TORRESDALE HOSPITAL

### Instructions

 **Need Help?**
**Call the following number:**
Hospital Medicine: Hospital Medicine Torresdale (267) 738-6835
Discharge Attending: Faisal Javed, MD

**Symptoms or Health Problems to look out for:**
- Temperature greater than 101.4 F
- Redness, swelling, or pus of incision or affected area
- Swelling of feet, legs, abdomen
- Chest Pain
- Shortness of breath
- Nausea, vomiting, or diarrhea
- New or worsening pain

Follow up Tasks
**\*Additional Issues Requiring Follow up:\***
\*\*\*

### Additional Information

Suicidal Ideation

In case of suicidal thoughts, please reach out to family or friends to spend time with you. Let them know how you are feeling. Try not to be alone. Contact your treatment team to let them know what is happening. If things get worse, get to any emergency room or crisis response center, or call 911 to make sure you are safe. The National Suicide Prevention Lifeline is a 24-hour, toll-free suicide prevention service available to anyone in suicidal crisis. **If you need help, please dial 988 (just three digits).**

### What's Next

| | |
|---|---|
| **Follow up with Siddharth Sagreiya, MD in 1 week(s)**<br>Specialty: Internal Medicine | Philadelphia Industrial Correctional 8301 State Road PHILADELPHIA PA 19136 215-335-7104 |
| **Follow up with Steven B Nagelberg, MD in 1 week(s)**<br>Specialty: Endocrinology | Thomas Jefferson University Hospital 215-969-9511 |
| **Follow up with Eyad I Kanawati, MD in 2 week(s)**<br>Specialty: Cardiology, Internal Medicine | 2685 Knights Rd Bensalem PA 19020 215-750-6566 |

### Your Next Steps

#### 🖒 Do

☐ Pick up these medications from any pharmacy with your printed prescription
- insulin glargine
- insulin lispro

☐ Follow up with Siddharth Sagreiya, MD in 1 week(s)
Philadelphia Industrial Correctional
8301 State Road
PHILADELPHIA PA 19136
215-335-7104

☐ Follow up with Steven B Nagelberg, MD in 1 week(s)
Thomas Jefferson University Hospital
215-969-9511

☐ Follow up with Eyad I Kanawati, MD in 2 week(s)
2685 Knights Rd
Bensalem PA 19020
215-750-6566

#### 📍 Go

**MAR 21**  **New Sleep Visit** 2:00 PM
Arrive by 1:45 PM
Ritu G Grewal, MD
Jefferson Sleep Disorders Center, Center City
211 S. 9TH STREET, SUITE 500
PHILADELPHIA PA 19107
215-955-6175

Louis Jung (MRN: ████) • Printed at 1/12/2023 5:22 PM

Patient Copy

YesCare1435

US ICE | Patient Name :JUNG,LOUIS W|DOB ███████|PID:718327

## Medication List (continued)
## CONTINUE taking these medications (continued)

|  | Dose Instructions |
|---|---|
| **atorvastatin** 20 mg tablet<br>Commonly known as: LIPITOR<br>Last time this was given: 20 mg on January 11, 2023  4:14 PM<br>CONTINUE | Take 20 mg by mouth nightly. |
| **donepeziL** 5 mg tablet<br>Commonly known as: ARICEPT<br>Last time this was given: 5 mg on January 11, 2023  9:11 PM<br>CONTINUE | Take 5 mg by mouth nightly. |
| **levothyroxine** 125 mcg tablet<br>Commonly known as: SYNTHROID<br>Last time this was given: 125 mcg on January 12, 2023  5:45 AM<br>CONTINUE | Take 125 mcg by mouth daily. |

## Where to pick up your medications

**Pick up these medications from any pharmacy with your printed prescription**
insulin glargine • insulin lispro

## You are allergic to the following
No active allergies

## Brief Summary of Hospital Course and Important Follow up Information
Louis Jung, you were in the hospital for high blood sugars/diabetic ketoacidosis.  Your insulin dose was adjusted.

Recommend follow up with cardiology and repeat EKG/ cardiac work up

Repeat Thyroid function testing in 4 to 6 weeks

Please verify home medications and continue medications as you were taking prior to coming to hospital.

## Reason for Hospitalization
Your primary diagnosis was: Diabetic Ketoacidosis Without Coma Associated With Type 1 Diabetes Mellitus

## COVID-19 Results and In Process Orders
**COVID-19 last 3 results in past 30 days**

|  | 01/08/23 1438 |
|---|---|
| CORONAVIRUS (COVID-19) | Negative |

**COVID-19 In Process Orders**
**None**

US ICE | Patient Name :JUNG,LOUIS W|DOB ███████|PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB [redacted] PID:718327

TJUH 1/23/2023 13:35:04 PAGE 5/006 Fax Server

Jefferson Health. Thomas Jefferson University Hospital JEFFERSON NORTHEAST TORRESDALE HOSPITAL 10800 Knights Rd Philadelphia PA 19114-4200

Jung, Louis [redacted] Sex: M
Adm: 1/23/2023, D/C: —

**ED Provider Notes by Frederick Gmora, DO at 1/23/2023 10:40 AM (continued)**

Summary: DKA
HHS
Covid
Sepsis
Severe HAGMA
AKI
PNA

Data Review and Analysis: External documents reviewed: Previous inpatient medicine hospitalization, Prison transfer records
My EKG interpretation: NSR 100bpm, Normal axis, normal r R wave progression
My X-ray interpretation: Possible R sided infiltrate
An independent historian provided details of the history: Prison transfer records

Reassessment / Course: 49 yo M with poorly controlled DM with recent episode of DKA, presented to ED for evaluation of AMS and hyperglycemia. On arrival no focal deficits but ill appearing, alerted with BG too high to calculate on POC. Concern for DKA/HHS. He was started on IVF volume expansion with LR.

Work up in ED showed severe DKA/HHS with pH < 7. Started on insulin gtt and aggressive IVF volume repletion.
Given significant leukocytosis, lactic acidosis, and Possible RUL infiltrate, broad spectrum abx started given recent hospitalizations.

With level of acidosis, AMS, DKA/HHS case d/w ICU who will accept patient.

Due to the high risk of critical illness or multi-organ failure at initial presentation and/or during ED course, dedicated critical care time was required.
Diagnosis/System(s) at risk for compromise: Neuro, Respiratory, GU, ID

This does not including time spent performing other reported procedures or services.
Critical care time involved full attention to the patient's condition and includes time at the bedside, reviewing test results, discussing the case with staff, documenting the medical record and time spent with family members.

Time spent in Critical Care of the patient: 90

Disposition: Rational for Disposition: ICU for critical illness
Chronic illness impacting care: Poorly controlled IDDM, Severe DKA
SDOH: Physical (Air/Water, Housing/Transit) Incarcerated

Discussion with patient / family: Unable to discuss results with patient due to mental status.

<u>Amount and/or Complexity of Data Reviewed</u>
Clinical lab tests: reviewed

YesCare1404

US ICE | Patient Name :JUNG,LOUIS W|DOB [redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB ████████3|PID:718327

# AFTER VISIT SUMMARY

 **Jefferson Health.**

**Louis Jung** Date of birth: ████████   📅 1/23/2023 - 1/29/2023   📍 JEFFERSON NORTHEAST TORRESDALE HOSPITAL

## Instructions

 **Need Help?**
**Call the following number:**
Hospital Medicine: Hospital Medicine Torresdale (267) 738-6835
Discharge Attending: Faisal Javed, MD

**Symptoms or Health Problems to look out for:**
- Temperature greater than 101.4 F
- Redness, swelling, or pus of incision or affected area
- Swelling of feet, legs, abdomen
- Chest Pain
- Shortness of breath
- Nausea, vomiting, or diarrhea
- New or worsening pain

Follow up Tasks
**\*Additional Issues Requiring Follow up:\***

Repeat CXR in 4 weeks

## Additional Information

Suicidal Ideation
In case of suicidal thoughts, please reach out to family or friends to
spend time with you. Let them know how you are feeling. Try not to be
alone. Contact your treatment team to let them know what is
happening. If things get worse, get to any emergency room or crisis
response center, or call 911 to make sure you are safe. The National
Suicide Prevention Lifeline is a 24-hour, toll-free suicide prevention
service available to anyone in suicidal crisis. **If you need help, please
dial 988 (just three digits).**

## What's Next

**Follow up with Eke Kalu, MD in
1 week(s)**
Specialty: Internal Medicine

8001 STATE RD
HOC-MOD 2
PHILADELPHIA PA
19136-2908
215-335-5020

**MAR 6**  **Established Patient Visit with
Eyad I Kanawati, MD**
Monday Mar 6, 2023 1:15 PM
Please bring any insurance information
and copayment if required by your
insurance company.

Cardiology
Associates at Oxford
Valley – Bensalem
2685 Knights Rd
Bensalem PA
19020-3406
267-332-0831

## Your Next Steps

### ☑ To Do
☐ Pick up these medications from any
pharmacy with your printed
prescription
- Insulin glargine
☐ Follow up with Eke Kalu, MD in 1
week(s)
  8001 STATE RD
  HOC-MOD 2
  PHILADELPHIA PA 19136-2908
  215-335-5020

### 📍 Go
**MAR 6**  **Established Patient Visit**
1:15 PM
Eyad I Kanawati, MD
Cardiology Associates at Oxford
Valley – Bensalem
2685 Knights Rd
Bensalem PA 19020-3406
267-332-0831

You have more future appointments. Please
review your full appointment list.

Louis Jung (MRN: 00638879) • Printed at 1/29/2023 9:26 PM

Patient Copy

YesCare1371

US ICE | Patient Name :JUNG,LOUIS W|DOB ████████3|PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB ████████|PID:718327

# AFTER VISIT SUMMARY

 **Jefferson Health.**

**Louis Jung** Date of birth: 4/16/1973   📅 3/11/2023 - 3/14/2023   📍 JEFFERSON NORTHEAST TORRESDALE HOSPITAL

## Instructions

📞 **Need Help?**
**Call the following number:**
Hospital Medicine: Hospital Medicine Torresdale (267) 738-6835
Discharge Attending: Samantha Milanes, DO

**Symptoms or Health Problems to look out for:**
- Temperature greater than 101.4 F
- Redness, swelling, or pus of incision or affected area
- Swelling of feet, legs, abdomen
- Chest Pain
- Shortness of breath
- Nausea, vomiting, or diarrhea
- New or worsening pain

Follow up Tasks
**\*Additional Issues Requiring Follow up:\***
Follow up with endocrinology outpatient

## Additional Information
### Suicidal Ideation
In case of suicidal thoughts, please reach out to family or friends to
spend time with you.  Let them know how you are feeling.  Try not to be
alone.  Contact your treatment team to let them know what is
happening.  If things get worse, get to any emergency room or crisis
response center, or call 911 to make sure you are safe. The National
Suicide Prevention Lifeline is a 24-hour, toll-free suicide prevention
service available to anyone in suicidal crisis. **If you need help, please
dial 988 (just three digits).**

## What's Next
**Follow up with Eke Kalu, MD**
Specialty: Internal Medicine

8001 STATE RD
HOC-MOD 2
PHILADELPHIA PA
19136-2908
215-335-5020

---

**Follow up with Neil Streisfeld,
MD**
Specialty: Endocrinology

9501 Roosevelt
Boulevard
Suite 300
PHILADELPHIA PA
19114
215-969-9511

## Your Next Steps

👍 **Do**

☐ Follow up with Eke Kalu, MD
   8001 STATE RD
   HOC-MOD 2
   PHILADELPHIA PA 19136-2908
   215-335-5020

☐ Follow up with Neil Streisfeld, MD
   9501 Roosevelt Boulevard
   Suite 300
   PHILADELPHIA PA 19114
   215-969-9511

📍 **Go**

**MAR 21** **New Sleep Visit** 2:00 PM
Arrive by 1:45 PM
Ritu G Grewal, MD
Jefferson Sleep Disorders Center,
Center City
211 S. 9TH STREET, SUITE 500
PHILADELPHIA PA 19107
215-955-6175

You have more future appointments. Please
review your full appointment list.

---

Pat--- Copy
YesCare1323

US ICE | Patient Name :JUNG,LOUIS W|DOB ▋▋▋▋▋▋ PID:718327

## Brief Summary of Hospital Course and Important Follow up Information (continued)

Greater than 350                          5 units and Call House Officer

**Your levothyroxine dosage was changed**
**Get repeat TFT in 4-6 weeks outpatient**

**Your blood pressure was low and you were started on midodrine**
**This can be discontinued in the outpatient setting if your blood pressure normalizes**

### Additional Transfer Facility Instructions

Extended DVT Prophylaxis: eliquis
Oxygen and Respiratory: na
Medication Issues Specific for next health care facility: insulin regimen as above
Hospital code status at discharge: Full Code (Please review with patient and family upon arrival to facility)

## Reason for Hospitalization

Your primary diagnosis was: Diabetic Ketoacidosis Without Coma Associated With Other Specified Diabetes Mellitus

## COVID-19 Results and In Process Orders

**COVID-19 last 3 results in past 30 days**

|                              | 03/11/23 0006 |
|------------------------------|---------------|
| CORONAVIRUS (COVID-19)       | Negative      |

**COVID-19 In Process Orders**
   **None**

If you have questions about your discharge plan and are unable to reach your provider, please contact the nursing unit below:

## Your Inpatient Care Unit

You last received care in the: JTH 3A
Unit phone number: 215-612-4000

## 🎔 Your Providers who took care of you during your treatment.

| Provider | Role | Specialty |
|----------|------|-----------|
| Samantha Milanes, DO | Attending Provider | Internal Medicine |
| Jmg Endocrine-Metabolic Assoc (Jbh Jth Jfh) | Consulting Physician | Endocrinology Hospital Consult |

Pat⋯Copy
YesCare1327

US ICE | Patient Name :JUNG,LOUIS W|DOB [REDACTED] PID:718327

PP# 718327

# AFTER VISIT SUMMARY

✚ **Trinity Health** Mid-Atlantic

**Louis Jung**  MRN: [REDACTED]    📅 3/19/2023  📍 Nazareth Hospital Emergency Department 215-335-6000

## Instructions

You were seen today for hyperglycemia.  You are given insulin here in the emergency department with improvement of your blood sugar and your electrolytes.  Please follow-up with your primary care provider within 2 to 3 days discharge for further evaluation of symptoms.

You have new or worsening symptoms she can return emergency department for further evaluation.

 **Follow up with Nazareth Family Medicine in 3 days (around 3/23/2023)**
Specialty: Family Medicine
Contact: 2701 Holme Ave Suite 302
         Philadelphia Pennsylvania 19152-2029
         267-957-7005

 **Follow up with Nazareth Family Medicine**
Specialty: Family Medicine
Contact: 2701 Holme Ave Suite 302
         Philadelphia Pennsylvania 19152-2029
         267-957-7005

## Today's Visit
You were seen by Z Risler, MD and S Williams, DO

**Reason for Visit**
Hyperglycemia

**Diagnosis**
Hyperglycemia

128/78
76
99%
98.1

## ⚗ Lab Tests Completed
Activated partial thromboplastin time
Basic metabolic panel
Beta hydroxybutyrate
CBC auto differential
Comprehensive metabolic panel
Lipase
POCT Glucose, blood
Prothrombin time with INR
Venous blood gas

HADr
3/20/2023

## 🏥 Done Today
Insert peripheral IV
Saline lock IV

Louis Jung (MRN: [REDACTED] • Printed at 3/20/2023  1:41 AM

Page 1 of 2  **Epic**

YesCare1340

# Exhibit 17

# Louis Jung Medication Administration Record Summary Exhibit

**Louis Jung Medication Administration Record Summary Exhibit**

The following is a summary of entries in Louis Jung's electronic medication administration record (eMAR) corresponding to a blood sugar check (Accu-Chek) or insulin administration (Novolin, Semglee, Humulin, or Humalog). Relevant entries were manually transmitted from eMARs, disclosed to counsel in PDF format, into a Microsoft Excel spreadsheet. After manual transmission of these entries to spreadsheet format, days corresponding to Mr. Jung's hospitalizations were deleted in their entirety so as to avoid any inclusion of entries at times during which Mr. Jung was not physically present at PDP (Hospitalizations on December 20, 2021-January 9, 2022; April 7, 2022-April 9, 2022; January 8, 2023-January 12, 2023; March 11, 2023-March 14, 2023; March 19, 2023-March 20, 2023, and stays at Norristown State Hospital from September 27, 2022-December 14, 2022 and June 2, 2023-October 27, 2023). After the above manual processing, the following summary statistics were calculated using Microsoft Excel's "COUNTIFS" function:

| | **1 ("No show")** | **3 ("Refused")** | **6 ("Not documented")** | **NA** | **Blank** | **Initialed** |
|---|---|---|---|---|---|---|
| HumuLIN | 17 | 78 | 185 | 17 | 16 | 504 |
| HumaLOG | 15 | 5 | 92 | 4 | 2 | 69 |
| NovoLIN | 8 | 1 | 14 | 1 | 2 | 34 |
| Semglee | 17 | 32 | 86 | 2 | 10 | 197 |
| Accu-Chek | 42 | 98 | 424 | 3 | 21 | 661 |
| insulin only (sum of humulin, humalog, novolin, semglee) | 57 | 116 | 377 | 24 | 30 | 804 |
| dosage or glucose check (sum all) | 99 | 214 | 801 | 27 | 51 | 1465 |
| total missed insulin, including 6, blank, and NAs | 604 | | | | | |
| total missed insulin, including only 1s and 3s | 173 | | | | | |

The corresponding MARs are included below. Pursuant to Federal Rules of Evidence 1006, Summaries to Prove Content, the spreadsheets can be produced on request.

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-B1POD3 Medication Administration Record October 01, 2023 - October 31, 2023

**CFCF-B1POD3**

**CFCF-B1POD3**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Accu Chek - Reading as directed**<br>TRT TWICE DAILY<br>for DX(Diabetes m) 250.01<br>Rx S181794042 O/D:10/28/23 D/C:01/26/24<br>Prescriber: Gay , Maureen | 07:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | DJ | DJ | TB |
| | 19:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | KW | 6 | TJ |
| **Atorvastatin Calcium 20 MG Tablet 1 tablet**<br>Oral EVERY EVENING<br>for ABF(Mixed hype) E78.2<br>Rx S181794062 O/D:10/28/23 D/C:01/26/24<br>Prescriber: Gay , Maureen | 15:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | YB | 6 | |
| **Levothyroxine Sodium 150 MCG Tablet 1 tablet**<br>Oral DAILY<br>for ABF(Hypothyroi) E03.9<br>Rx S181794092 O/D:10/28/23 D/C:01/26/24<br>Prescriber: Gay , Maureen | 07:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | YB | 1 | NA |
| **NovoLIN N 100 UNIT/ML 10 unitsa Suspension (HUMULIN N)**<br>Subcutaneous TWICE DAILY<br>for DX(Diabetes m) 250.01<br>Rx S181794022 O/D:10/28/23 D/C:01/26/24<br>Prescriber: Gay , Maureen | 07:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | DJ | DJ | TB |
| | 19:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | KW | 6 | TJ |

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-B1POD3

Diagnosis:Hypothyroidism, unspecified

B1POD3,21,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

11/1/23 0:59

Page 1 of 2

ATTORNEYS' EYES ONLY

Jung - City Production001463

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-B1POD3 Medication Administration Record October 01, 2023 - October 31, 2023

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CFCF-B1POD3 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NovoLIN R 100 2 - 12 units UNIT/ML Solution (HUMULIN R)<br>Injection TWICE DAILY PRN PRN for DX(Diabetes m) 250.01<br>151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units<br>Rx S181794032 O/D:10/28/23 D/C:01/26/24 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | DJ | DJ |

Prescriber: Gay , Maureen

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-B1POD3

Diagnosis:Hypothyroidism, unspecified

B1POD3,21,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

11/1/23 0:59

Page 2 of 2

ATTORNEYS' EYES ONLY

Jung - City Production001464

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

CFCF-B1POD3 Medication Administration Record October 01, 2023 - October 31, 2023

Medications Time 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | |
|---|---|
| BC | Cabellos, Blair |
| CR | Rollins, Chanelle |
| DJ | Jeoboham, Donaldson |
| HS | Scheduler, HCS |
| KW | Wilks-Fraser, Kandai |
| TB | Brown, Terrance |
| TJ | Jarvis, Tashina |
| YB | Bray, Yashawnta |
| | |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-B1POD3

Diagnosis:Hypothyroidism, unspecified

B1POD3,21,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/
On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

11/1/23 0:59

Page 1 of 1

ATTORNEYS' EYES ONLY

Jung - City Production001465

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-D2POD4 Medication Administration Record May 01, 2023 - May 31, 2023

**CFCF-D2POD4**

CFCF-D2POD4

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abilify 10 MG Tablet 20 mg (ABILIFY) Oral DAILY for ABF(Bipolar di) F31.60 Rx S170358412 O/D:04/13/23 D/C:07/12/23 Prescriber: Jones , Nichelle | 09:00 | 1 | 1 | | NA | 1 | RT | 6 | | | | | CT | RT | RT | | 1 | 1 | 1 | 6 | 1 | 1 | 1 | 6 | FM | 1 | 1 | | 6 | 1 | MW | |
| Accu Chek - Reading as directed TRT FOUR TIMES DAILY for DX(Diabetes w) 250.81 Rx S170414752 O/D:04/14/23 D/C:05/20/23 Prescriber: BRADLEY , ELIZABETH | 09:00 | DJ | OO | DJ | DJ | DJ | TB | OO | OO | DJ | DJ | DJ | DJ | FM | DJ | DJ | OO | MW | DJ | DJ | MW | | | | | | | | | | | |
| | 13:00 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | | | | | | | |
| | 17:00 | YJ | 6 | 1 | RD | 1 | FM | | 6 | RD | RD | 6 | RD | 6 | YJ | 6 | YJ | 6 | FM | 6 | | | | | | | | | | | | |
| | 21:00 | YJ | 6 | 6 | 6 | 1 | 6 | 6 | 6 | 6 | 6 | DJ | 6 | 6 | 6 | 6 | 6 | 6 | FM | 6 | | | | | | | | | | | | |
| Accu Chek - Reading as directed TRT TWICE DAILY Rx S172679312 O/D:05/20/23 D/C:06/19/23 Prescriber: BRADLEY , ELIZABETH | 09:00 | | | | | | | | | | | | | | | | | | | | 1 | 6 | 6 | TB | OO | OO | OO | 6 | MW | 6 | MW | |
| | 21:00 | | | | | | | | | | | | | | | | | | | | 6 | NR | NA | SB | 6 | NR | 6 | NB | 6 | DI | 6 | |
| Aricept 5 MG Tablet 1 tablet Oral AT BEDTIME for ABF(Bipolar di) F31.60 Rx S170358422 O/D:04/13/23 D/C:07/12/23 Prescriber: Jones , Nichelle | 21:00 | NA | 6 | 1 | RD | 1 | 3 | | 6 | RD | 6 | 6 | 1 | 6 | YJ | 6 | NA | 6 | FM | 6 | 6 | NR | | TB | 6 | 1 | NB | OT | 6 | DI | 6 | |
| | 21:00 | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-D2POD4

Diagnosis:Personal history of pulmonary embolism

D2POD4,32,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

6/1/23 0:51

Page 1 of 5

ATTORNEYS' EYES ONLY

Jung - City Production001501

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-D2POD4 Medication Administration Record May 01, 2023 - May 31, 2023

Medications

CFCF-D2POD4

**Aricept 5 MG Tablet** 1 tablet

Oral AT BEDTIME
for ABF(Bipolar di) F31.60
Rx S170384332 O/D:04/13/23 D/C:07/12/23

Prescriber: Jones , Nichelle

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21:00 | YJ | 6 | 1 | RD | 1 | 3 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | YJ | 6 | YJ | 6 | FM | 6 | 6 | NA | | TB | 6 | NA | OT | NB | 6 | 6 | 6 | |
| 21:00 | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | |

**Eliquis 5 MG Tablet (ELIQUIS)** 5 mg

Oral AT BEDTIME
for ABF(Personal h) Z86.711
Rx S170414942 O/D:04/14/23 D/C:07/13/23

Prescriber: BRADLEY , ELIZABETH

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21:00 | YJ | 6 | 1 | RD | 1 | 3 | | RD | RD | 6 | 6 | 6 | 6 | YJ | 6 | YJ | 6 | FM | 6 | 6 | NR | | TB | 6 | 1 | NB | NB | 6 | DI | 6 | |
| 21:00 | | | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | |

**HumaLOG 100 UNIT/ML Solution 10 units**

Injection THREE TIMES DAILY
for DX(Diabetes w) 250.81
Rx S170414772 O/D:04/14/23 D/C:05/20/23

Prescriber: BRADLEY , ELIZABETH

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | 5 | OO | 6 | 5 | 6 | TB | OO | OO | 5 | NA | 6 | 6 | FM | 6 | 6 | OO | MW | 6 | JF | MW | | | | | | | | | | | |
| 17:00 | YJ | 6 | 6 | RD | 1 | 3 | | RD | RD | RD | 6 | RD | 6 | YJ | 6 | YJ | 6 | FM | 6 | | | | | | | | | | | | |
| 21:00 | 6 | 6 | 6 | 6 | 1 | 3 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | FM | 6 | | | | | | | | | | | | |

**HumuLIN N 100 UNIT/ML 30 units Suspension (HUMULIN N)**
Subcutaneous INSULIN MORNING
Rx S172679272 O/D:05/20/23 D/C:06/19/23

Prescriber: BRADLEY , ELIZABETH

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06:00 | | | | | | | | | | | | | | | | | | | | 6 | 6 | 6 | TB | OO | OO | OO | 6 | MW | MW | MW | MW |

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-D2POD4

Diagnosis:Personal history of pulmonary embolism

D2POD4,32,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

6/1/23 0:51

Page 2 of 5

ATTORNEYS' EYES ONLY

Jung - City Production001502

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

CFCF-D2POD4 Medication Administration Record May 01, 2023 - May 31, 2023

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CFCF-D2POD4** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN N 100 UNIT/ML 15 units Suspension (HUMULIN N)** Subcutaneous INSULIN EVENING Rx S172679292 O/D:05/20/23 D/C:06/19/23 Prescriber: BRADLEY , ELIZABETH | 16:00 | | | | | | | | | | | | | | | | | | | | 6 | NR | 6 | SB | 6 | 1 | NB | NB | 6 | DI | 6 | |
| **HumuLIN R 100 UNIT/ML see scale Solution (HUMULIN R)** Injection INSULIN MORNING 71-100 give 6 units, 101-150 give 8 units, 151-200 give 10 units, 201-250 give 12 units, 251-300 give 14 units, 301-400 give 16 units, > or = 401 give 18 units Rx S172679282 O/D:05/20/23 D/C:06/19/23 Prescriber: BRADLEY , ELIZABETH | 06:00 | | | | | | | | | | | | | | | | | | | | 6 | 6 | 6 | TB | 00 | 00 | 00 | NA | MW | MW | MW | MW |
| **HumuLIN R 100 UNIT/ML see scale Solution (HUMULIN R)** Injection INSULIN EVENING 71-100 give 6 units, 101-150 give 8 units, 151-200 give 10 units, 201-250 give 12 units, 251-300 give 14 units, 301-400 give 16 units, > or = 401 give 18 units Rx S172679302 O/D:05/20/23 D/C:06/19/23 Prescriber: BRADLEY , ELIZABETH | 16:00 | | | | | | | | | | | | | | | | | | | | 6 | NR | 6 | SB | 6 | NR | NB | NB | 6 | 6 | 6 | |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-D2POD4

Diagnosis:Personal history of pulmonary embolism

D2POD4,32,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

6/1/23 0:51

Page 3 of 5

ATTORNEYS' EYES ONLY

Jung - City Production001503

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : ▆▆▆▆ PID:718327

## Philadelphia Department of Prisons

CFCF-D2POD4          Medication Administration Record  May 01, 2023 - May 31, 2023

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CFCF-D2POD4**

**Levothyroxine Sodium 150 MCG Tablet 1 tablet**

Oral DAILY
for ABF(Hypothyroi) E03.9
Rx S170414922 O/D:04/14/23  D/C:07/13/23
Prescriber: BRADLEY      , ELIZABETH

| Time 09:00: | 1 | 1 | | | 1 | RT | 6 | | | CT | RT | RT | | 1 | MW | | 6 | 1 | 1 | 1 | 6 | FM | 1 | 1 | | 6 | 1 | MW |

**Lipitor 20 MG Tablet      20 mg (LIPITOR)**

Oral AT BEDTIME
for ABF(Mixed hype) E78.2
Rx S166035782 O/D:02/05/23  D/C:05/06/23
Prescriber: BRADLEY      , ELIZABETH

| Time 21:00: | YJ | 6 | 1 | RD | 1 | 3 |

**Midodrine HCl 5 MG Tablet      5 mg (PROAMATINE)**

Oral EVERY 8 HOURS
for ABF(Other hypo) I95.89
Rx S170414962 O/D:04/14/23  D/C:07/13/23
Prescriber: BRADLEY      , ELIZABETH

| Time 06:00: | 1 | 1 | | | 1 | RT | 6 | | | CT | RT | RT | | 1 | MW | | 6 | 1 | 6 | 6 | 6 | FM | 6 | 1 | | 6 | 6 | MW |
| Time 14:00: | 6 | 6 | 6 | 6 | 6 | 6 | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 |
| Time 22:00: | YJ | 6 | 1 | 6 | 1 | RD | 6 | 6 | 6 | 6 | 6 | YJ | 6 | YJ | 6 | FM | 6 | 6 | NR | | TB | 6 | 1 | NB | NB | 6 | 6 | 6 |
| Time 22:00: | | | | | | | | | | | | | | | | | | | | 1 | | | | |

**Semglee      35 units**

Subcutaneous AT BEDTIME
for DX(Diabetes w) 250.81
Rx S170414782 O/D:04/14/23  D/C:05/20/23
Prescriber: BRADLEY      , ELIZABETH

| Time 21:00: | YJ | 6 | 6 | RD | 1 | FM | | 6 | 6 | 6 | 6 | RD | 6 | YJ | 6 | YJ | EC | FM | 6 |

---

DOB ▆▆▆▆  Sex:M    Allergies: NK

PCU: CFCF-D2POD4

Diagnosis:Personal history of pulmonary embolism

D2POD4,32,1          PID #718327

JUNG, LOUIS W

6/1/23  0:51

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/
    On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

ATTORNEYS' EYES ONLY

US ICE | Patient Name :JUNG,LOUIS W|DOB : ▆▆▆▆ PID:718327

# Philadelphia Department of Prisons

CFCF-D2POD4 Medication Administration Record May 01, 2023 - May 31, 2023

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CFCF-D2POD4** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 UNIT/ML Solution CRIC Plus** | | DJ | | DJ | DJ | DJ | TB | | | DJ | DJ | DJ | DJ | | DJ | DJ | AO | | DJ | DJ | | | | | | | | | | | | |
| | | | | | RD | | | | | | | DJ | | | | | | | | | | | | | | | | | | | | |
| Injection INSULIN TWICE DAILY<br>PRN<br>PRN<br>for DX(Diabetes w) 250.81<br>Rx S170414762 O/D:04/14/23 D/C:05/20/23 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Prescriber: BRADLEY , ELIZABETH

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-D2POD4

Diagnosis:Personal history of pulmonary embolism

D2POD4,32,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

6/1/23 0:51

ATTORNEYS' EYES ONLY

US ICE | Patient Name :JUNG,LOUIS W|DOB :[redacted] PID:718327

# Philadelphia Department of Prisons

CFCF-D2POD4 Medication Administration Record May 01, 2023 - May 31, 2023

Medications Time 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | |
|---|---|
| AO | Oduneye, Ayo |
| CT | Thompson, Corey |
| DI | Ingram, Darrah |
| DJ | Jeoboham, Donaldson |
| EC | Castelo, Engracia |
| FM | Mansaray, Fatmata |
| HS | Scheduler, HCS |
| JF | Freeman, Jabari |
| MW | Washington, Mallory |
| NB | Bowman, Nakia |
| NR | Roane-Dennis, Najla |
| OO | Obeahon, Odianosen |
| RD | Dukuray, Rita |
| RT | Thompson, Robin |
| SB | Blow, Shawana |
| TB | Brown, Terrance |
| YJ | Jackson, Yvelle |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-D2POD4

Diagnosis:Personal history of pulmonary embolism

D2POD4,32,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

ATTORNEYS' EYES ONLY

US ICE | Patient Name :JUNG,LOUIS W|DOB :[redacted]PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD3 Medication Administration Record April 01, 2023 - April 30, 2023

**CFCF-A2POD3**

CFCF-A2POD3

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abilify 10 MG Tablet 20 mg (ABILIFY) Oral DAILY for ABF(Bipolar di) F31.60 Rx S170358412 O/D:04/13/23 D/C:07/12/23 | 09:00 | | | | | | | | | | | | | 1 | 1 | RT | 1 | 1 | 1 | 1 | 1 | 1 | 1 | RT | 1 | | 1 | 1 | | RT | 1 | |
| Prescriber: Jones, Nichelle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Accu Chek - Reading as directed TRT FOUR TIMES DAILY for ABF(Type 2 dia) E11.65 70-140-0 unit, 141-200 give 1unit, 201-250 give 2 units, 251-300 give 3units, 301-400 give 4 units, > and call provider Rx S168498202 O/D:03/14/23 D/C:04/13/23 | 09:00 | 6 | TB | TB | OO | YB | OO | 6 | 6 | OO | TJ | TB | 6 | 6 | | | | | | | | | | | | | | | | | | |
| | 13:00 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | | | | |
| | 17:00 | RD | 6 | 6 | 6 | YB | 6 | 1 | 6 | 3 | 1 | 6 | RD | RD | | | | | | | | | | | | | | | | | | |
| | 21:00 | RD | 6 | 6 | 6 | 6 | KW | 1 | 6 | 3 | 1 | 6 | MJ | RD | | | | | | | | | | | | | | | | | | |
| Prescriber: Bemah, Elizabeth | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Accu Chek - Reading as directed TRT FOUR TIMES DAILY for DX(Diabetes w) 250.81 Rx S170414752 O/D:04/14/23 D/C:07/13/23 | 09:00 | | | | | | | | | | | | | | 6 | OO | TB | TB | 3 | 6 | OO | DJ | TB | OO | 1 | DJ | DJ | 6 | OO | OO | TB | |
| | 13:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 1 | 6 | 6 | SH | 6 | 6 | 6 | 6 | 6 | 6 | | |
| | 17:00 | | | | | | | | | | | | | | RD | 6 | 6 | SB | 1 | YJ | 1 | 6 | 1 | 6 | MJ | 6 | 6 | 6 | 6 | 6 | 1 | |
| | 21:00 | | | | | | | | | | | | | | RD | 6 | 6 | 6 | 6 | 6 | 1 | 6 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | | KW | |
| Prescriber: BRADLEY, ELIZABETH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Aricept 5 MG Tablet 1 tablet Oral AT BEDTIME for ABF(Bipolar di) F31.60 | 21:00 | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 1 | 1 | YJ | 1 | 6 | 1 | 6 | 6 | 6 | 6 | 6 | 1 | | KW | |
| | 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-A2POD3

Diagnosis:Personal history of pulmonary embolism

A2POD3,17,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

5/1/23 0:48

ATTORNEYS' EYES ONLY

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD3 Medication Administration Record April 01, 2023 - April 30, 2023

**CFCF-A2POD3**

Rx S170358422 O/D:04/13/23 D/C:07/12/23

Prescriber: Jones, Nichelle

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Aricept 5 MG Tablet** 1 tablet<br>Oral AT BEDTIME<br>for ABF(Bipolar di) F31.60<br>Rx S170384332 O/D:04/13/23 D/C:07/12/23<br>Prescriber: Jones, Nichelle | 21:00 | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | NA | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 1 | 6 | 1 | |
| **Blood Pressure - Check** as directed<br>TRT DAILY<br>for ABF(Other hypo) I95.89<br>Pease check blood pressure as pt is on Midodrine HCL and report BP below 110/70<br>Rx S168498672 O/D:03/14/23 D/C:04/13/23<br>Prescriber: Bemah, Elizabeth | 09:00 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | | | | |
| **Eliquis 5 MG Tablet (ELIQUIS)** 5 mg<br>Oral EVERY EVENING<br>for ABF(Personal h) Z86.711<br>Non form approved thru 4/14/23<br>Rx S166035882 O/D:02/05/23 D/C:04/14/23<br>Prescriber: BRADLEY, ELIZABETH | 17:00 | RD | 6 | YJ | 6 | YB | KW | 6 | 6 | 3 | 1 | 6 | RD | RD | RD | | | | | | | | | | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-A2POD3

Diagnosis:Personal history of pulmonary embolism

A2POD3,17,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

5/1/23 0:48

Page 2 of 6

ATTORNEYS' EYES ONLY Jung - City Production001513

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD3 Medication Administration Record April 01, 2023 - April 30, 2023

**CFCF-A2POD3**

**Eliquis 5 MG Tablet (ELIQUIS)** 5 mg
Oral AT BEDTIME
for ABF(Personal h) Z86.711
Rx S170414942 O/D:04/14/23 D/C:07/13/23
Prescriber: BRADLEY , ELIZABETH

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21:00 | | | | | | | | | | | | | | RD | 6 | 6 | 1 | 1 | YJ | 1 | 6 | 1 | 6 | 6 | 6 | 6 | 6 | 1 | | KW | |
| 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | |

**HumaLOG 100 UNIT/ML units Solution (HumaLOG)** 10
Injection THREE TIMES DAILY
for ABF(Type 2 dia) E11.65
with meal
Rx S168497922 O/D:03/14/23 D/C:04/13/23
Prescriber: Bemah , Elizabeth

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | 6 | TB | 6 | 00 | 00 | 00 | 00 | 6 | 00 | TJ | TB | 00 | 00 | | | | | | | | | | | | | | | | | | |
| 17:00 | 6 | 6 | YJ | 6 | YB | 6 | 1 | 6 | 3 | 1 | 6 | 6 | RD | | | | | | | | | | | | | | | | | | |
| 21:00 | 6 | 6 | 6 | 6 | 6 | KW | 1 | 6 | 3 | 1 | 6 | MJ | 6 | | | | | | | | | | | | | | | | | | |

**HumaLOG 100 UNIT/ML units Solution (HumaLOG)** 10
Injection THREE TIMES DAILY
for DX(Diabetes w) 250.81
Rx S170414772 O/D:04/14/23 D/C:07/13/23
Prescriber: BRADLEY , ELIZABETH

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | | | | | | | | | | | | | | 6 | 00 | TB | TB | 3 | 6 | 00 | DJ | 6 | 00 | 1 | DJ | DJ | 6 | 00 | 00 | TB | |
| 17:00 | | | | | | | | | | | | | | RD | 6 | 6 | SB | 1 | YJ | 1 | 6 | 1 | SH | MJ | 6 | 6 | 6 | 6 | 6 | 1 | |
| 21:00 | | | | | | | | | | | | | | 6 | 6 | 6 | SB | 1 | 6 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | KW | |

DOB[redacted] Sex:M Allergies: NK
PCU: CFCF-A2POD3
Diagnosis:Personal history of pulmonary embolism
A2POD3,17,1 PID #718327
JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

US ICE | Patient Name :JUNG,LOUIS W|DOB :[redacted]PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD3 Medication Administration Record April 01, 2023 - April 30, 2023

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CFCF-A2POD3** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 UNIT/ML Solution CRIC Plus**<br>Injection INSULIN TWICE DAILY<br>for ABF(Mixed hype) E78.2<br>151-200 give 6 units, 201-250 give 8 units, 251-300 give 12 units, 301-400 give 14 units, > or = 401 give 16 units<br>Rx S166035572 O/D:02/05/23 D/C:04/14/23 | 06:00 | 6 | TB | TB | OO | OO | OO | OO | 6 | OO | TJ | TB | OO | NA | 6 | | | | | | | | | | | | | | | | | |
| | 16:00 | 6 | 6 | YJ | 6 | YB | KW | 6 | 6 | 3 | 1 | 6 | MJ | 6 | | | | | | | | | | | | | | | | | | |
| Prescriber: BRADLEY , ELIZABETH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Levothyroxine Sodium 150 MCG Tablet 1 tablet**<br>Oral DAILY<br>for ABF(Hypothyroi) E03.9<br>Rx S168498062 O/D:03/14/23 D/C:04/13/23 | 09:00 | 1 | RT | 1 | OO | YB | 6 | 1 | RT | RT | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | |
| Prescriber: Bemah , Elizabeth | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Levothyroxine Sodium 150 MCG Tablet 1 tablet**<br>Oral DAILY<br>for ABF(Hypothyroi) E03.9<br>Rx S170414922 O/D:04/14/23 D/C:07/13/23 | 09:00 | | | | | | | | | | | | | | 6 | RT | 1 | 1 | 1 | 1 | 1 | 1 | 1 | RT | 1 | | 1 | 1 | | RT | 1 | |
| Prescriber: BRADLEY , ELIZABETH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Lipitor 20 MG Tablet (LIPITOR)** 20 mg<br>Oral AT BEDTIME<br>for ABF(Mixed hype) E78.2<br>Rx S166035782 O/D:02/05/23 D/C:05/06/23 | 21:00 | RD | 6 | YJ | 6 | YB | KW | 6 | 6 | 3 | 1 | 6 | 6 | 6 | RD | 6 | 6 | 1 | 1 | YJ | 1 | 6 | 1 | 6 | 6 | 6 | 6 | 6 | 1 | | KW | |
| | 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | |
| Prescriber: BRADLEY , ELIZABETH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-A2POD3

Diagnosis:Personal history of pulmonary embolism

A2POD3,17,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

5/1/23 0:48

Page 4 of 6

ATTORNEYS' EYES ONLY

Jung - City Production001515

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD3 Medication Administration Record April 01, 2023 - April 30, 2023

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CFCF-A2POD3** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Midodrine HCl 5 MG Tablet 5 mg (PROAMATINE)** Oral EVERY 8 HOURS for ABF(Other hypo) I95.89 Rx S168497612 O/D:03/14/23 D/C:04/13/23 | 06:00 | 1 | 6 | 1 | NA | 6 | 6 | 1 | NA | NA | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | |
| | 14:00 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | | | | |
| | 22:00 | RD | 6 | YJ | 6 | 6 | 6 | 6 | 6 | 3 | 1 | 6 | RD | RD | | | | | | | | | | | | | | | | | | |
| Prescriber: Bemah , Elizabeth | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Midodrine HCl 5 MG Tablet 5 mg (PROAMATINE)** Oral EVERY 8 HOURS for ABF(Other hypo) I95.89 Rx S170414962 O/D:04/14/23 D/C:07/13/23 | 06:00 | | | | | | | | | | | | | | 1 | NA | 1 | 1 | 1 | 1 | 1 | 1 | 1 | RT | 1 | | 1 | 1 | | RT | 1 | |
| | 14:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | |
| | 22:00 | | | | | | | | | | | | | | RD | 6 | 6 | 1 | 1 | YJ | 1 | 6 | 1 | 6 | 6 | 6 | 6 | 6 | 1 | | KW | |
| | 22:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 1 | |
| Prescriber: BRADLEY , ELIZABETH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Semglee 35 units** Subcutaneous AT BEDTIME for ABF(Type 2 dia) E11.65 Rx S168497812 O/D:03/14/23 D/C:04/13/23 | 21:00 | RD | 6 | YJ | 6 | YB | KW | 6 | 6 | 3 | 1 | 6 | RD | RD | | | | | | | | | | | | | | | | | | |
| Prescriber: Bemah , Elizabeth | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Semglee 35 units** Subcutaneous AT BEDTIME for DX(Diabetes w) 250.81 Rx S170414782 O/D:04/14/23 D/C:07/13/23 | 21:00 | | | | | | | | | | | | | | RD | 6 | 6 | SB | 1 | YJ | 1 | 6 | 1 | 6 | MJ | 6 | | DJ | 6 | | KW | |
| | 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | | | 1 | |
| Prescriber: BRADLEY , ELIZABETH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-A2POD3

Diagnosis:Personal history of pulmonary embolism

A2POD3,17,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

ATTORNEYS' EYES ONLY

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD3 Medication Administration Record April 01, 2023 - April 30, 2023

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CFCF-A2POD3** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Vitamin D-3 25 MCG (1000 UT) Capsule 1 capsule**<br>Oral DAILY<br>for DX(Diabetes w) 250.81<br>Non form approved thru 4/14/23<br>Rx S166035942 O/D:02/05/23 D/C:04/14/23<br>Prescriber: BRADLEY , ELIZABETH | 09:00 | 1 | RT | 1 | NA | YB | 6 | 1 | RT | RT | 1 | 1 | 1 | 1 | 6 | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 UNIT/ML CRIC Plus Solution (HUMULIN R)**<br>Injection INSULIN TWICE DAILY<br>PRN<br>PRN<br>for DX(Diabetes w) 250.81<br>Rx S170414762 O/D:04/14/23 D/C:07/13/23<br>Prescriber: BRADLEY , ELIZABETH | | | | | | | | | | | | | | | | | TB | TB | | | | DJ | TB | | | | DJ | RD | | | TB | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-A2POD3

Diagnosis:Personal history of pulmonary embolism

A2POD3,17,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

5/1/23 0:48

Page 6 of 6

ATTORNEYS' EYES ONLY Jung - City Production001517

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD3 Medication Administration Record April 01, 2023 - April 30, 2023

Medications Time 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | |
|---|---|
| AK | King, Angelique |
| DI | Ingram, Darrah |
| DJ | Jeoboham, Donaldson |
| HS | Scheduler, HCS |
| KW | Wilks-Fraser, Kandai |
| MJ | Jeoboham, Marsha |
| OO | Obeahon, Odianosen |
| RD | Dukuray, Rita |
| RT | Thompson, Robin |
| SB | Blow, Shawana |
| SH | Houston, Simone |
| TB | Brown, Terrance |
| TJ | Jarvis, Tashina |
| YB | Bray, Yashawnta |
| YJ | Jackson, Yvelle |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-A2POD3

Diagnosis:Personal history of pulmonary embolism

A2POD3,17,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

5/1/23 0:48

ATTORNEYS' EYES ONLY

# Philadelphia Department of Prisons

CFCF-A2POD2 Medication Administration Record March 01, 2023 - March 31, 2023

**CFCF-A2POD2**

**CFCF-A2POD2**

**Abilify 10 MG Tablet (ABILIFY)** 20 mg

Oral DAILY
for ABF(Bipolar di) F31.60
Rx S162516152 O/D:12/14/22 D/C:03/14/23
Prescriber: Dukes , Brandee

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | 1 | YJ | YJ | CT | 1 | YJ | 1 | 1 | 1 | 1 | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | | | |

**Accu Chek - Reading as directed**

TRT INSULIN TWICE DAILY
for ABF(Mixed hype) E78.2
Rx S166035592 O/D:02/05/23 D/C:03/14/23
Prescriber: BRADLEY , ELIZABETH

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06:00 | OO | 6 | KW | OO | TB | TB | OO | OO | OO | 3 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | |
| 16:00 | 1 | YJ | AK | KW | AK | 3 | 1 | YJ | WJ | 6 | 6 | 6 | 6 | 6 | 6 | TL | | | | | | | | | | | | | | | |

**Accu Chek - Reading as directed**

TRT AT BEDTIME
for ABF(Mixed hype) E78.2
Rx S166035602 O/D:02/05/23 D/C:03/14/23
Prescriber: BRADLEY , ELIZABETH

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21:00 | 1 | YJ | AK | KW | AK | 3 | 1 | YJ | 6 | RD | 6 | 6 | 6 | 6 | 6 | TL | | | | | | | | | | | | | | | |

**Accu Chek - Reading as directed**

TRT FOUR TIMES DAILY
for ABF(Type 2 dia) E11.65
70-140-0 unit, 141-200 give 1unit, 201-250 give 2 units, 251-300 give 3units, 301-400 give 4 units, > and call provider

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | OO | OO | OO | OO | TB | TJ | 6 | TB | 6 | 6 | |
| 13:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| 17:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | | RD | AK | SB | JO | 1 | AK | AK | YB | AK | 1 | |
| 17:00 | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | |
| 21:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 1 | AK | SB | 6 | 1 | AK | AK | YB | AK | 1 | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-A2POD2

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

A2POD2,MOR-3,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

4/1/23 1:38

ATTORNEYS' EYES ONLY

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD2 Medication Administration Record March 01, 2023 - March 31, 2023

**CFCF-A2POD2**

Rx S168498202 O/D:03/14/23 D/C:04/13/23

Prescriber: Bemah , Elizabeth

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Aricept 5 MG Tablet** 1 tablet<br>Oral AT BEDTIME<br>for ABF(Bipolar di) F31.60<br>Rx S162516162 O/D:12/14/22 D/C:03/14/23<br>Prescriber: Dukes , Brandee | 21:00 | 1 | YJ | AK | KW | NA | 1 | 1 | YJ | WJ | NA | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | | | |
| **Blood Pressure - Check** as directed<br>TRT DAILY<br>for ABF(Other hypo) I95.89<br>Pease check blood pressure as pt is on Midodrine HCL and report BP below 110/70<br>Rx S168498672 O/D:03/14/23 D/C:04/13/23<br>Prescriber: Bemah , Elizabeth | 09:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 1 | 6 | 6 | 6 | 6 | 6 | |
| **Eliquis 5 MG Tablet (ELIQUIS)** 5 mg<br>Oral EVERY EVENING<br>for ABF(Personal h) Z86.711<br>Non form approved thru 4/14/23<br>Rx S166035882 O/D:02/05/23 D/C:04/14/23<br>Prescriber: BRADLEY , ELIZABETH | 17:00 | 1 | YJ | AK | KW | AK | 1 | 1 | YJ | WJ | NA | 6 | 6 | 6 | 6 | 6 | TL | 6 | 6 | 1 | | RD | AK | SB | JO | 1 | AK | AK | YB | AK | 1 | |
| | 17:00 | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-A2POD2

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

A2POD2,MOR-3,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

4/1/23 1:38

ATTORNEYS' EYES ONLY

# Philadelphia Department of Prisons

CFCF-A2POD2 Medication Administration Record March 01, 2023 - March 31, 2023

**CFCF-A2POD2**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HumaLOG 100 UNIT/ML 10 units Solution (HumaLOG)** Injection THREE TIMES DAILY for ABF(Type 2 dia) E11.65 with meal Rx S168497922 O/D:03/14/23 D/C:04/13/23 | 09:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | OO | OO | OO | OO | TB | NA | 6 | TB | 6 | 6 | |
| | 17:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | SB | | RD | 6 | SB | NA | 1 | AK | AK | YB | AK | RD | |
| | 17:00 | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | |
| | 21:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | | RD | 6 | 6 | NA | 1 | AK | AK | 6 | 6 | RD | |
| | 21:00 | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | |
| **HumuLIN R 100 UNIT/ML CRIC Plus Solution (HUMULIN R)** Injection INSULIN TWICE DAILY for ABF(Mixed hype) E78.2 151-200 give 6 units, 201-250 give 8 units, 251-300 give 12 units, 301-400 give 14 units, > or = 401 give 16 units Rx S166035572 O/D:02/05/23 D/C:05/06/23 | 06:00 | OO | 6 | KW | OO | 1 | NA | OO | OO | OO | 3 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | OO | OO | OO | OO | TB | TJ | 6 | NA | AL | 6 | |
| | 16:00 | 1 | YJ | AK | KW | AK | 3 | 1 | YJ | WJ | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | SB | 6 | 1 | AK | SB | JO | 1 | AK | AK | YB | 6 | 1 | |
| **Levothyroxine Sodium 125 MCG Tablet 1 tablet** Oral DAILY for ABF(Hypothyroi) E03.9 Rx S166035342 O/D:02/05/23 D/C:03/14/23 | 09:00 | 1 | YJ | YJ | CT | 1 | YJ | 1 | 1 | 1 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | |

Prescribers: HumaLOG — Bemah, Elizabeth; HumuLIN R — BRADLEY, ELIZABETH; Levothyroxine — BRADLEY, ELIZABETH

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-A2POD2

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

A2POD2,MOR-3,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

ATTORNEYS' EYES ONLY

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB :[redacted] PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD2 Medication Administration Record March 01, 2023 - March 31, 2023

**CFCF-A2POD2**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Levothyroxine Sodium 150 MCG Tablet 1 tablet<br>Oral DAILY<br>for ABF(Hypothyroi) E03.9<br>Rx S168498062 O/D:03/14/23 D/C:04/13/23<br>Prescriber: Bemah , Elizabeth | 09:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 1 | RT | YJ | 6 | 1 | 6 | 1 | 1 | TJ | TJ | 6 | 6 | 1 | |
| Lipitor 20 MG Tablet 20 mg (LIPITOR)<br>Oral AT BEDTIME<br>for ABF(Mixed hype) E78.2<br>Rx S166035782 O/D:02/05/23 D/C:05/06/23<br>Prescriber: BRADLEY , ELIZABETH | 21:00 | 1 | YJ | AK | KW | AK | 1 | 1 | YJ | WJ | NA | 6 | 6 | 6 | 6 | 6 | TL | 6 | 6 | 1 | RD | 1 | AK | SB | 6 | 1 | AK | AK | YB | AK | 1 | |
| Midodrine HCl 5 MG Tablet 5 mg (PROAMATINE)<br>Oral EVERY 8 HOURS<br>for ABF(Other hypo) I95.89<br>Rx S168497612 O/D:03/14/23 D/C:04/13/23<br>Prescriber: Bemah , Elizabeth | 06:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 1 | NA | NA | 6 | 1 | 1 | 1 | 1 | NA | 6 | 6 | 6 | 6 | |
| | 14:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| | 22:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 1 | | RD | NA | SB | NA | 1 | NA | 6 | 6 | 7 | 1 | |
| | 22:00 | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | |
| Semglee 50 units<br>Subcutaneous AT BEDTIME<br>for ABF(Mixed hype) E78.2<br>Rx S166035582 O/D:02/05/23 D/C:03/14/23<br>Prescriber: BRADLEY , ELIZABETH | 21:00 | 1 | YJ | AK | KW | AK | 1 | 1 | YJ | WJ | RD | 6 | 6 | 6 | 6 | 6 | TL | | | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-A2POD2

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

A2POD2,MOR-3,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

4/1/23 1:38

Page 4 of 5

ATTORNEYS' EYES ONLY

Jung - City Production001548

US ICE | Patient Name :JUNG,LOUIS W|DOB :[redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD2 Medication Administration Record March 01, 2023 - March 31, 2023

**CFCF-A2POD2**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Semglee** **35 units** | 21:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 1 | | RD | AK | SB | JO | 1 | AK | AK | YB | AK | 1 | |
| | 21:00 | | | | | | | | | | | | | | | | | | | | | 1 | | | | | | | | | | |
| Subcutaneous AT BEDTIME for ABF(Type 2 dia) E11.65 Rx S168497812 O/D:03/14/23 D/C:04/13/23 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Vitamin D-3 25 MCG (1000 UT) Capsule 1 capsule** | 09:00 | 1 | YJ | YJ | CT | 1 | YJ | 1 | 1 | 1 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 1 | RT | YJ | 6 | 1 | 6 | 1 | 1 | TJ | TJ | 6 | 6 | 6 | |
| Oral DAILY for DX(Diabetes w) 250.81 Non form approved thru 4/14/23 Rx S166035942 O/D:02/05/23 D/C:04/14/23 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Prescriber of Semglee: Bemah , Elizabeth

Prescriber of Vitamin D-3: BRADLEY , ELIZABETH

DOB Sex:M Allergies: NK

PCU: CFCF-A2POD2

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

A2POD2,MOR-3,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

4/1/23 1:38

Page 5 of 5

ATTORNEYS' EYES ONLY

Jung - City Production001549

US ICE | Patient Name :JUNG,LOUIS W|DOB : PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD2 Medication Administration Record March 01, 2023 - March 31, 2023

Medications Time 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | |
|---|---|
| AK | King, Angelique |
| AL | Logan, Ayesha |
| CT | Thompson, Corey |
| ER | Releford, Earline |
| HS | Scheduler, HCS |
| JO | Osei, Jalan |
| KW | Wilks-Fraser, Kandai |
| MJ | Jones, Maureen |
| OO | Obeahon, Odianosen |
| RD | Dukuray, Rita |
| RD | Dukuray, Rita |
| RT | Thompson, Robin |
| SB | Blow, Shawana |
| TB | Brown, Terrance |
| TJ | Jarvis, Tashina |
| TL | Laureano, Thalia |
| WJ | Jabbar, Wajibah |
| YB | Bray, Yashawnta |
| YJ | Jackson, Yvelle |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-A2POD2

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

A2POD2,MOR-3,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

4/1/23 1:38

Page 1 of 1

ATTORNEYS' EYES ONLY

Jung - City Production001550

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

## CFCF-A2POD2 Medication Administration Record February 01, 2023 - February 28, 2023

**CFCF-A2POD2**

**CFCF-A2POD2**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abilify 10 MG Tablet 20 mg (ABILIFY)** Oral DAILY for ABF(Bipolar di) F31.60 Rx S162516152 O/D:12/14/22 D/C:03/14/23 | 09:00 | BB | MP | MP | RP | EF | JP | CF | YJ | 1 | 6 | 1 | RT | 6 | 1 | 1 | 1 | YJ | 1 | 1 | YJ | 1 | 1 | CF | 1 | 1 | 1 | 6 | | | | |
| Prescriber: Dukes , Brandee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Accu Chek - Reading 1 Application** TRT THREE TIMES DAILY for ABF(Type 2 dia) E11.65 Rx S165537082 O/D:01/30/23 D/C:02/05/23 | 09:00 | OO | OO | OO | MW | OO | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 17:00 | BB | 3 | MP | EF | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 21:00 | BB | 3 | MP | EF | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prescriber: HAQUE , MOHAMMED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Accu Chek - Reading as directed** TRT INSULIN TWICE DAILY for ABF(Mixed hype) E78.2 Rx S166035592 O/D:02/05/23 D/C:05/06/23 | 06:00 | | | | | 6 | OO | OO | OO | OO | OO | 6 | OO | MW | KW | OO | OO | TB | TB | WJ | WJ | OO | OO | OO | OO | KW | OO | OO | TB | | | |
| | 16:00 | | | | | EF | 6 | 6 | 6 | SB | 3 | YJ | YJ | YJ | AK | OT | OT | 6 | KW | KW | YJ | WJ | YJ | WJ | YJ | 1 | OT | TP | 1 | | | |
| Prescriber: BRADLEY , ELIZABETH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Accu Chek - Reading as directed** TRT AT BEDTIME for ABF(Mixed hype) E78.2 Rx S166035602 O/D:02/05/23 D/C:05/06/23 | 21:00 | | | | | EF | 6 | 6 | 6 | SB | 1 | YJ | 6 | YJ | AK | 7 | 6 | 6 | 6 | KW | YJ | 6 | YJ | 6 | YJ | 6 | OT | TP | 1 | | | |
| Prescriber: BRADLEY , ELIZABETH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-A2POD2

Diagnosis:Personal history of pulmonary embolism

A2POD2,MOR-3,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

3/1/23 0:47

Page 1 of 5

ATTORNEYS' EYES ONLY

Jung - City Production001576

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD2 Medication Administration Record February 01, 2023 - February 28, 2023

**CFCF-A2POD2**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Aricept 5 MG Tablet 1 tablet**<br>Oral AT BEDTIME<br>for ABF(Bipolar di) F31.60<br>Rx S162516162 O/D:12/14/22 D/C:03/14/23<br>Prescriber: Dukes , Brandee | 21:00 | BB | MP | MP | EF | EF | 6 | CF | YJ | 1 | 1 | YJ | YJ | YJ | AK | AK | AK | KW | KW | KW | YJ | 7 | YJ | WJ | YJ | 6 | AK | YJ | 1 | | | |
| **Blood Pressure - Check as directed**<br>TRT ONCE MONTHLY<br>for ABF(Bipolar di) F31.60<br>Rx S162516172 O/D:12/14/22 D/C:02/05/23<br>Prescriber: Dukes , Brandee | 09:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Eliquis 5 MG Tablet 1 tablet**<br>Oral EVERY EVENING<br>NF submitted<br>Rx S164355462 O/D:01/14/23 D/C:02/05/23<br>Prescriber: HAQUE , MOHAMMED | 17:00 | BB | MP | MP | EF | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Eliquis 5 MG Tablet 5 mg (ELIQUIS)**<br>Oral EVERY EVENING<br>for ABF(Personal h) Z86.711<br>Non form approved thru 4/14/23<br>Rx S166035882 O/D:02/05/23 D/C:04/14/23<br>Prescriber: BRADLEY , ELIZABETH | 17:00 | | | | | EF | 6 | 6 | YJ | 1 | 1 | YJ | YJ | YJ | AK | AK | AK | KW | KW | KW | YJ | WJ | YJ | WJ | YJ | 1 | AK | YJ | 1 | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-A2POD2

Diagnosis:Personal history of pulmonary embolism

A2POD2,MOR-3,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

3/1/23 0:47

Page 2 of 5

ATTORNEYS' EYES ONLY Jung - City Production001577

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD2 Medication Administration Record February 01, 2023 - February 28, 2023

CFCF-A2POD2

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HumuLIN R 100 UNIT/ML Solution 10 units**<br>Injection THREE TIMES DAILY for ABF(Type 2 dia) E11.65 10 units 3 times a day with each meal<br>Rx S165537092 O/D:01/30/23 D/C:02/05/23 | 09:00 | 00 | 00 | 00 | MW | 00 | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 17:00 | | 3 | MP | EF | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 21:00 | BB | 3 | MP | EF | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Prescriber: HAQUE , MOHAMMED

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HumuLIN R 100 UNIT/ML CRIC Plus Solution (HUMULIN R)**<br>Injection INSULIN TWICE DAILY for ABF(Mixed hype) E78.2 151-200 give 6 units, 201-250 give 8 units, 251-300 give 12 units, 301-400 give 14 units, > or = 401 give 16 units<br>Rx S166035572 O/D:02/05/23 D/C:05/06/23 | 06:00 | | | | | 6 | 00 | 00 | 00 | 00 | 00 | 6 | 00 | MW | KW | 00 | 00 | TB | TB | WJ | WJ | 00 | 00 | 00 | 00 | KW | 00 | 00 | TB | | | |
| | 16:00 | | | | | EF | 6 | 6 | 6 | EC | 3 | YJ | YJ | YJ | AK | 7 | 7 | 6 | KW | KW | YJ | WJ | YJ | WJ | YJ | 1 | AK | TP | 1 | | | |

Prescriber: BRADLEY , ELIZABETH

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Levothyroxine Sodium 125 MCG Tablet 1 tablet**<br>Oral EVERY MORNING for ABF(Hypothyroi) E03.9<br>Rx S164355222 O/D:01/14/23 D/C:02/05/23 | 09:00 | BB | MP | MP | RP | EF | | | | | | | | | | | | | | | | | | | | | | | | | | |

Prescriber: HAQUE , MOHAMMED

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-A2POD2

Diagnosis:Personal history of pulmonary embolism

A2POD2,MOR-3,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

3/1/23 0:47

Page 3 of 5

ATTORNEYS' EYES ONLY

Jung - City Production001578

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD2 Medication Administration Record February 01, 2023 - February 28, 2023

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CFCF-A2POD2** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Levothyroxine Sodium 125 MCG Tablet 1 tablet<br>Oral DAILY<br>for ABF(Hypothyroi) E03.9<br>Rx S166035342 O/D:02/05/23 D/C:05/06/23<br>Prescriber: BRADLEY , ELIZABETH | 09:00 | | | | | 6 | JP | CF | YJ | 1 | 6 | 1 | RT | 6 | 1 | 1 | 1 | YJ | 1 | 1 | YJ | 1 | 1 | CF | 1 | 1 | 1 | 6 | | | | |
| Lipitor 20 MG Tablet 1 tablet<br>Oral BEFORE BEDTIME<br>Rx S164355282 O/D:01/14/23 D/C:02/05/23<br>Prescriber: HAQUE , MOHAMMED | 21:00 | BB | MP | MP | EF | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Lipitor 20 MG Tablet 20 mg (LIPITOR)<br>Oral AT BEDTIME<br>for ABF(Mixed hype) E78.2<br>Rx S166035782 O/D:02/05/23 D/C:05/06/23<br>Prescriber: BRADLEY , ELIZABETH | 21:00 | | | | | EF | 6 | CF | YJ | 1 | 1 | YJ | YJ | YJ | AK | AK | AK | KW | KW | KW | YJ | WJ | YJ | WJ | YJ | 6 | AK | YJ | 1 | | | |
| Semglee 50 units<br>Subcutaneous BEFORE BEDTIME<br>for ABF(Type 2 dia) E11.65<br>Rx S165537072 O/D:01/30/23 D/C:02/05/23<br>Prescriber: HAQUE , MOHAMMED | 21:00 | BB | 3 | MP | EF | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-A2POD2

Diagnosis:Personal history of pulmonary embolism

A2POD2,MOR-3,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : ▓▓▓▓ PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD2    Medication Administration Record  February 01, 2023 - February 28, 2023

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**CFCF-A2POD2**

| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Semglee 50 units<br>Subcutaneous AT BEDTIME<br>for ABF(Mixed hype) E78.2<br>Rx S166035582 O/D:02/05/23  D/C:05/06/23 | 21:00 | | | EF | 6 | 6 | 6 | EC | 1 | YJ | 6 | YJ | AK | AK | OT | 6 | KW | KW | YJ | WJ | YJ | WJ | YJ | 6 | AK | YJ | 1 | | |
| Prescriber: BRADLEY , ELIZABETH |

| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Vitamin D-3 25 MCG (1000 UT)<br>Capsule 1 capsule<br>Oral DAILY<br>NF submitted<br>Rx S164355542 O/D:01/14/23  D/C:02/05/23 | 09:00 | NA | NA | MP | RP | EF | | | | | |
| Prescriber: HAQUE , MOHAMMED |

| Medication | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vitamin D-3 25 MCG (1000 UT)<br>Capsule 1 capsule<br>Oral DAILY<br>for DX(Diabetes w) 250.81<br>Non form approved thru 4/14/23<br>Rx S166035942 O/D:02/05/23  D/C:04/14/23 | 09:00 | | | | | | 6 | JP | CF | YJ | 6 | 6 | 1 | RT | 6 | 1 | 1 | YJ | 1 | 1 | YJ | 1 | 1 | CF | 1 | 1 | 6 |
| Prescriber: BRADLEY , ELIZABETH |

| Medication | Time | 1 | ... | 21 | ... | 24 |
|---|---|---|---|---|---|---|
| Ibuprofen 600 MG Tablet 600<br>mg<br>(MOTRIN)<br>Oral EVERY 8 HOURS PRN PRN<br>Rx S167177412 O/D:02/21/23  D/C:02/26/23 | 600 | | | WJ | | AK |
| Prescriber: HAQUE , MOHAMMED |

---

DOB ▓▓▓▓    Sex:M    Allergies: NK

PCU: CFCF-A2POD2

Diagnosis:Personal history of pulmonary embolism

A2POD2,MOR-3,02    PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/
    On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

▓▓▓▓▓▓

US ICE | Patient Name :JUNG,LOUIS W|DOB : ▓▓▓▓ PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

CFCF-A2POD2 Medication Administration Record February 01, 2023 - February 28, 2023

Medications Time 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | |
|---|---|
| AK | King, Angelique |
| BB | Blon, Brittany |
| CF | Fisher, Cinquetta |
| CT | Thompson, Corey |
| DI | Ingram, Darrah |
| EC | Castelo, Engracia |
| EF | Fevrier, Eujudice |
| HS | Scheduler, HCS |
| JP | Plummer, Jakuira |
| KW | Wilks-Fraser, Kandai |
| MP | Patterson, Madalyn |
| MW | Washington, Mallory |
| OO | Oloto, Oluwayemisi |
| OO | Obeahon, Odianosen |
| RP | Point Du Jour, Roman |
| RT | Thompson, Robin |
| SB | Blow, Shawana |
| TB | Brown, Terrance |
| TB | Bethea, Tyesha |
| TP | Polston, Toia |
| WJ | Jabbar, Wajibah |
| YB | Bray, Yashawnta |
| YJ | Jackson, Yvelle |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-A2POD2

Diagnosis:Personal history of pulmonary embolism

A2POD2,MOR-3,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

3/1/23 0:47

Page 1 of 1

ATTORNEYS' EYES ONLY Jung - City Production001581

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

DC-INF-161 Medication Administration Record January 01, 2023 - January 31, 2023

**DC-INF-161**

**DC-INF-161**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abilify 10 MG Tablet 20 mg (ABILIFY)<br>Oral DAILY<br>for ABF(Bipolar di) F31.60<br>Rx S162516152 O/D:12/14/22 D/C:03/14/23 | 09:00 | 1 | 1 | 6 | 1 | 6 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 6 | 1 | 1 | 1 | 1 | 6 | 1 | 1 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | NA | MJ |
| Prescriber: Dukes , Brandee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Accu Chek - Reading as directed<br>TRT TWICE DAILY<br>for DX(Diabetes w) 250.81<br>151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units<br>Rx S162508922 O/D:12/14/22 D/C:01/12/23 | 09:00 | TJ | OO | OO | OO | OO | 6 | 6 | KW | 6 | OT | 6 | 6 | | | | | | | | | | | | | | | | | | | |
| | 21:00 | 1 | 1 | 3 | 6 | AC | 6 | KW | NA | NA | NA | 6 | NA | | | | | | | | | | | | | | | | | | | |
| Prescriber: Bemah , Elizabeth | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Accu Chek - Reading 1 Application<br>TRT TWICE DAILY<br>for ABF(Type 2 dia) E11.65<br>Rx S164355802 O/D:01/12/23 D/C:01/30/23 | 09:00 | | | | | | | | | | | | 6 | OO | KW | OO | OO | KW | 3 | OO | OO | OO | 6 | 1 | 3 | 6 | 6 | 6 | 6 | 6 | | |
| | 21:00 | | | | | | | | | | | | 6 | OT | 6 | 6 | 1 | AK | 1 | 1 | 1 | 3 | 6 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | | |
| Prescriber: HAQUE , MOHAMMED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Accu Chek - 1 Application Reading<br>TRT THREE TIMES DAILY<br>for ABF(Type 2 dia) E11.65 | 09:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | RC | OO |
| | 17:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3 | 3 |
| | 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | MJ |

DOB [redacted] Sex:M Allergies: NK

PCU: DC-INF-161

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

PHSW,S212-10,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

2/1/23 2:12

Page 1 of 5

ATTORNEYS' EYES ONLY

Jung - City Production001594

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

DC-INF-161 Medication Administration Record January 01, 2023 - January 31, 2023

**DC-INF-161**

Rx S165537082 O/D:01/30/23 D/C:03/31/23

Prescriber: HAQUE , MOHAMMED

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Aricept 5 MG Tablet** 1 tablet<br>Oral AT BEDTIME<br>for ABF(Bipolar di) F31.60<br>Rx S162516162 O/D:12/14/22 D/C:03/14/23<br>Prescriber: Dukes , Brandee | 21:00 | 1 | 1 | 3 | NA | AC | YJ | | KW | NA | NA | 6 | NA | CT | 6 | 6 | 1 | AK | 6 | 1 | 1 | SH | 6 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | NA | NA |
| | 21:00 | | | | | | | | NA | | | | | | | | | | | | | | | | | | | | | | | |
| **Blood Pressure - Check** as directed<br>TRT ONCE MONTHLY<br>for ABF(Bipolar di) F31.60<br>Rx S162516172 O/D:12/14/22 D/C:03/14/23<br>Prescriber: Dukes , Brandee | 09:00 | | | | | | | | | | | | | | 6 | | | | | | | | | | | | | | | | | |
| **Eliquis 5 MG Tablet (ELIQUIS)** 5 mg<br>Oral AT BEDTIME<br>for ABF(Personal h) Z86.711<br>Rx S162506282 O/D:12/14/22 D/C:01/13/23<br>Prescriber: Bemah , Elizabeth | 21:00 | 1 | 1 | 3 | AK | AC | YJ | | KW | NA | NA | 6 | NA | CT | | | | | | | | | | | | | | | | | | |
| | 21:00 | | | | | | | | NA | | | | | | | | | | | | | | | | | | | | | | | |
| **Eliquis 5 MG Tablet (ELIQUIS)** 5 mg<br>Oral EVERY EVENING<br>NF submitted<br>Rx S164355462 O/D:01/14/23 D/C:04/14/23<br>Prescriber: HAQUE , MOHAMMED | 17:00 | | | | | | | | | | | | | | 6 | 6 | 1 | AK | 1 | 1 | 1 | SH | 6 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | 3 | MJ |

DOB [REDACTED] Sex:M Allergies: NK

PCU: DC-INF-161

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

PHSW,S212-10,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

2/1/23 2:12

Page 2 of 5

ATTORNEYS' EYES ONLY Jung - City Production001595

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

DC-INF-161 Medication Administration Record January 01, 2023 - January 31, 2023

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DC-INF-161** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 UNIT/ML Solution 1 Application**<br><br>Injection TWICE DAILY<br>for ABF(Type 2 dia) E11.65<br>151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units<br>Rx S164355792 O/D:01/12/23 D/C:01/30/23 | 09:00 | | | | | | | | | | | | 6 | OO | KW | OO | OO | KW | 3 | OO | OO | OO | 1 | SO | 3 | 6 | 6 | 6 | 6 | 6 | | |
| | 21:00 | | | | | | | | | | | | 6 | OT | 6 | 6 | 1 | AK | 1 | 1 | 1 | 6 | 6 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | | |
| Prescriber: HAQUE , MOHAMMED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 UNIT/ML 10 units Solution (HUMULIN R)**<br>Injection THREE TIMES DAILY<br>for ABF(Type 2 dia) E11.65<br>10 units 3 times a day with each meal<br>Rx S165537092 O/D:01/30/23 D/C:03/31/23 | 09:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | RC | OO |
| | 17:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 3 | 3 |
| | 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | MJ |
| Prescriber: HAQUE , MOHAMMED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Levothyroxine Sodium 125 MCG Tablet 1 tablet**<br><br>Oral DAILY<br>for ABF(Hypothyroi) E03.9<br>Rx S162505952 O/D:12/14/22 D/C:01/13/23 | 09:00 | 1 | 1 | 6 | 1 | 6 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | |
| Prescriber: Bemah , Elizabeth | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: DC-INF-161

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

PHSW,S212-10,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

2/1/23 2:12

Page 3 of 5

ATTORNEYS' EYES ONLY

Jung - City Production001596

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

DC-INF-161 Medication Administration Record January 01, 2023 - January 31, 2023

**DC-INF-161**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Levothyroxine Sodium 125 MCG Tablet 1 tablet<br>Oral EVERY MORNING<br>for ABF(Hypothyroi) E03.9<br>Rx S164355222 O/D:01/14/23 D/C:04/14/23<br>Prescriber: HAQUE , MOHAMMED | 09:00 | | | | | | | | | | | | | | 1 | 6 | 1 | 6 | 1 | 1 | 6 | 1 | 1 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | NA | MJ |
| Lipitor 20 MG Tablet 20 mg (LIPITOR)<br>Oral AT BEDTIME<br>for ABF(Mixed hype) E78.2<br>Rx S162506022 O/D:12/14/22 D/C:01/13/23<br>Prescriber: Bemah , Elizabeth | 21:00 | 1 | 1 | 3 | AK | AC | YJ | | KW | NA | NA | 6 | NA | CT | | | | | | | | | | | | | | | | | | |
| | 21:00 | | | | | | | | NA | | | | | | | | | | | | | | | | | | | | | | | |
| Lipitor 20 MG Tablet 20 mg (LIPITOR)<br>Oral BEFORE BEDTIME<br>Rx S164355282 O/D:01/14/23 D/C:04/14/23<br>Prescriber: HAQUE , MOHAMMED | 21:00 | | | | | | | | | | | | | | 6 | 6 | 1 | AK | 1 | 1 | 6 | SH | 6 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | MP | MJ |
| NovoLIN N 100 UNIT/ML Suspension 30 units<br>Subcutaneous TWICE DAILY<br>for DX(Diabetes w) 250.81<br>Rx S162508912 O/D:12/14/22 D/C:01/12/23<br>Prescriber: Bemah , Elizabeth | 09:00 | 6 | 00 | 00 | 00 | 00 | 6 | 6 | KW | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | | | | | |
| | 21:00 | 1 | 1 | 3 | 6 | AC | 6 | KW | NA | NA | NA | 6 | NA | | | | | | | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: DC-INF-161

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

PHSW,S212-10,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

2/1/23 2:12

Page 4 of 5

ATTORNEYS' EYES ONLY

Jung - City Production001597

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

DC-INF-161 Medication Administration Record January 01, 2023 - January 31, 2023

DC-INF-161

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Semglee 40 units**<br>Subcutaneous BEFORE BEDTIME<br>for ABF(Type 2 dia) E11.65<br>Rx S164355702 O/D:01/12/23 D/C:01/30/23<br>Prescriber: HAQUE , MOHAMMED | 21:00 | | | | | | | | | | | | 6 | OT | DV | 6 | 1 | AK | 1 | 1 | 6 | 3 | 6 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | | |
| **Semglee 50 units**<br>Subcutaneous BEFORE BEDTIME<br>for ABF(Type 2 dia) E11.65<br>Rx S165537072 O/D:01/30/23 D/C:03/31/23<br>Prescriber: HAQUE , MOHAMMED | 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | MJ |
| **Vitamin D-3 25 MCG (1000 UT) Capsule 1 capsule**<br>Oral DAILY<br>for ABF(Personal h) Z86.711<br>Rx S162506582 O/D:12/14/22 D/C:01/13/23<br>Prescriber: Bemah , Elizabeth | 09:00 | 6 | 1 | 6 | 1 | 6 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | |
| **Vitamin D-3 25 MCG (1000 UT) Capsule 1 capsule**<br>Oral DAILY<br>NF submitted<br>Rx S164355542 O/D:01/14/23 D/C:04/14/23<br>Prescriber: HAQUE , MOHAMMED | 09:00 | | | | | | | | | | | | | | 1 | 6 | 1 | 6 | 1 | 1 | 6 | 1 | 1 | 1 | 6 | 6 | 6 | 6 | 6 | 6 | NA | NA |

DOB [REDACTED] Sex:M Allergies: NK

PCU: DC-INF-161

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

PHSW,S212-10,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

2/1/23 2:12

Page 5 of 5

ATTORNEYS' EYES ONLY

Jung - City Production001598

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB :████████PID:718327

## Philadelphia Department of Prisons

DC-INF-161    Medication Administration Record  January 01, 2023  - January 31, 2023

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AC | Coles, Akira | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| AK | King, Angelique | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CF | Fisher, Cinquetta | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CT | Thompson, Corey | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DV | Verdier, Dogee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EF | Fevrier, Eujudice | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| HS | Scheduler, HCS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| KW | Wilks-Fraser, Kandai | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| LN | Nelson, Liz | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MJ | Jones, Maureen | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| MP | Patterson, Madalyn | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OO | Ololo, Oluwayemisi | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| OO | Obeahon, Odianosen | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RC | Cherian, Ronnie | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RT | Thompson, Robin | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SF | Famon, Stephanie | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SH | Hinkle, Stacy | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SO | Ortiz, Sierra | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ST | Tindley, Stephanie | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TB | Brown, Terrance | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TJ | Jarvis, Tashina | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| WJ | Jabbar, Wajibah | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| YJ | Jackson, Yvelle | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB ████████    Sex:M    Allergies: NK

PCU: DC-INF-161

Diagnosis:Type 2 diabetes mellitus with
hyperglycemia

PHSW,S212-10,1    PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/
   On Hold

Prior to May 4, 2020 an issue was identified with the
medication ordering interface. Users will need to
review the eMAR to determine if all orders and
administrations are represented on this MAR report.

718327

████████

2/1/23  2:12

ATTORNEYS' EYES ONLY

Jung - City Production001599

Page 1 of 1

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

CFCF-B1POD2 Medication Administration Record December 01, 2022 - December 31, 2022

**CFCF-B1POD2**

**CFCF-B1POD2**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abilify 10 MG Tablet (ABILIFY)** 20 mg<br>Oral DAILY<br>for ABF(Bipolar di) F31.60<br>Rx S162516152 O/D:12/14/22 D/C:03/14/23<br>Prescriber: Dukes, Brandee | 09:00 | | | | | | | | | | | | | | 6 | 1 | 1 | 1 | 1 | 1 | 1 | 6 | 1 | SB | 1 | 1 | 6 | 1 | 1 | 1 | 1 | 1 |
| **Accu Chek - Reading as directed**<br>TRT TWICE DAILY<br>for DX(Diabetes w) 250.81<br>151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units<br>Rx S162508922 O/D:12/14/22 D/C:01/13/23<br>Prescriber: Bemah, Elizabeth | 09:00 | | | | | | | | | | | | | | 6 | 00 | 00 | DV | DV | 00 | KW | 00 | 00 | 00 | 00 | 00 | 1 | 00 | 00 | 00 | 00 | 00 |
| | 21:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | ST | 6 | AC | CF | KW | CF | 1 | 1 | 6 | 1 | DI | 1 | 6 | LN |
| **Aricept 5 MG Tablet** 1 tablet<br>Oral AT BEDTIME<br>Rx S162507192 O/D:12/14/22 D/C:12/30/22<br>Prescriber: Jeong, Helen | 21:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | NA | 6 | NA | 6 | 6 | CF | 1 | | KR | 6 | 6 | 6 | | |
| | 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | | | | | |
| **Aricept 5 MG Tablet** 1 tablet<br>Oral AT BEDTIME<br>for ABF(Bipolar di) F31.60<br>Rx S162516162 O/D:12/14/22 D/C:03/14/23 | 21:00 | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | NA | 6 | 6 | 6 | 6 | NA | NA | 6 | 6 | 6 | 6 | 6 | 6 | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: CFCF-B1POD2

Diagnosis:Bipolar disorder, current episode mixed, unspecified

B1POD2,23,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

1/1/23 2:41

Page 1 of 3

ATTORNEYS' EYES ONLY

Jung - City Production001661

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

CFCF-B1POD2 Medication Administration Record December 01, 2022 - December 31, 2022

**CFCF-B1POD2**

Prescriber: Dukes , Brandee

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Blood Pressure - Check** as directed<br>TRT ONCE MONTHLY<br>for ABF(Bipolar di) F31.60<br>Rx S162516172 O/D:12/14/22 D/C:03/14/23 | 09:00 | | | | | | | | | | | | | | 6 | | | | | | | | | | | | | | | | | |
| Prescriber: Dukes , Brandee | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Eliquis 5 MG Tablet (ELIQUIS)** 5 mg<br>Oral AT BEDTIME<br>for ABF(Personal h) Z86.711<br>Rx S162506282 O/D:12/14/22 D/C:01/13/23 | 21:00 | | | | | | | | | | | | | | 1 | 6 | 6 | 6 | ST | 6 | AC | 6 | KW | CF | 1 | | KR | 1 | DI | 1 | 1 | LN |
| | 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | | | | | |
| Prescriber: Bemah , Elizabeth | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Levothyroxine Sodium 125 MCG Tablet 1 tablet**<br>Oral DAILY<br>for ABF(Hypothyroi) E03.9<br>Rx S162505952 O/D:12/14/22 D/C:01/13/23 | 09:00 | | | | | | | | | | | | | | 6 | 1 | 1 | 1 | 1 | 1 | 6 | 6 | 1 | SB | 1 | 1 | 6 | 1 | 1 | 1 | 1 | 1 |
| Prescriber: Bemah , Elizabeth | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Lipitor 20 MG Tablet (LIPITOR)** 20 mg<br>Oral AT BEDTIME<br>for ABF(Mixed hype) E78.2<br>Rx S162506022 O/D:12/14/22 D/C:01/13/23 | 21:00 | | | | | | | | | | | | | | 1 | 6 | 6 | 6 | ST | 6 | AC | 6 | KW | CF | 1 | | KR | 1 | DI | 1 | 1 | LN |
| | 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | 6 | | | | | |

Prescriber: Bemah , Elizabeth

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-B1POD2

Diagnosis:Bipolar disorder, current episode mixed, unspecified

B1POD2,23,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

1/1/23 2:41

Page 2 of 3

ATTORNEYS' EYES ONLY

Jung - City Production001662

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB :[redacted] PID:718327

# Philadelphia Department of Prisons

CFCF-B1POD2 Medication Administration Record December 01, 2022 - December 31, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CFCF-B1POD2** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **NovoLIN N 100 UNIT/ML 30 units Suspension (HUMULIN N)** Subcutaneous TWICE DAILY for DX(Diabetes w) 250.81 Rx S162508912 O/D:12/14/22 D/C:01/13/23 | 09:00 | | | | | | | | | | | | | | 6 | 00 | 00 | DV | DV | 00 | 1 | 00 | NA | 00 | 00 | 00 | 1 | 00 | 00 | 00 | 00 | 00 |
| | 21:00 | | | | | | | | | | | | | | 1 | 6 | 6 | 6 | ST | 6 | AC | CF | KW | CF | 1 | 1 | 6 | 1 | DI | 1 | 6 | LN |
| Prescriber: Bemah , Elizabeth | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Vitamin D-3 25 MCG (1000 UT) Capsule 1 capsule** Oral DAILY for ABF(Personal h) Z86.711 Rx S162506582 O/D:12/14/22 D/C:01/13/23 | 09:00 | | | | | | | | | | | | | | 6 | 1 | 1 | 6 | 1 | 1 | 6 | 6 | 1 | SB | 1 | 1 | 6 | 1 | 1 | 1 | 1 | 1 |
| Prescriber: Bemah , Elizabeth | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-B1POD2

Diagnosis:Bipolar disorder, current episode mixed, unspecified

B1POD2,23,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

1/1/23 2:41

Page 3 of 3

ATTORNEYS' EYES ONLY

Jung - City Production001663

US ICE | Patient Name :JUNG,LOUIS W|DOB :[redacted] PID:718327

# Philadelphia Department of Prisons

CFCF-B1POD2 Medication Administration Record December 01, 2022 - December 31, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| AC | Coles, Akira |
| AS | Skinner, Ariann |
| CF | Fisher, Cinquetta |
| CS | Scott, Chante |
| CT | Thompson, Corey |
| DI | Ingram, Darrah |
| DV | Verdier, Dogee |
| ER | Releford, Earline |
| HS | Scheduler, HCS |
| KO | Oliver, Kimmaly |
| KR | Rios-Gonzalez, Kim |
| KW | Wilks-Fraser, Kandai |
| LN | Nelson, Liz |
| OO | Obeahon, Odianosen |
| SB | Blow, Shawana |
| SO | Ortiz, Sierra |
| ST | Traynham, Shakera |
| ST | Tindley, Stephanie |
| TB | Brown, Terrance |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-B1POD2

Diagnosis:Bipolar disorder, current episode mixed, unspecified

B1POD2,23,1 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

ATTORNEYS' EYES ONLY

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record August 01, 2022 - August 31, 2022

**PICC-K-BH-168**

**PICC-K-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abilify 10 MG Tablet** 10 mg **(ABILIFY)**<br>Oral AT BEDTIME<br>Rx S149807112 O/D:06/15/22 D/C:09/13/22<br>Prescriber: Fowler , William | 21:00 | RV | AP | AP | AP | 3 | 6 | AP | JH | DB | DB | JH | DA | DB | JM | RV | JH | DB | DB | DB | JS | JS | RV | 3 | AP | 3 | AP | AP | 6 | AP | AP | AP |
| **Accu Chek - Reading as directed**<br>TRT TWICE A DAY<br>for ABF(Type 2 dia) E11.65<br>Rx S149920692 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 06:30 | GD | GD | GD | GD | GD | AT | AT | DL | TH | TH | TH | TH | AT | JI | TH | TH | TH | TH | GD | AT | AT | GD | TH | TH | TH | TH | AT | JI | TH | TH | TH |
| | 16:00 | 3 | 3 | JB | JB | 3 | ST | 3 | JB | JB | 6 | JB | 3 | JB | JB | ST | JB | 3 | JB | JB | ST | 6 | JB | JB | JB | JB | ST | JB | JB | NA | JB | 3 |
| **Accu Chek - Reading as directed**<br>TRT AT NOON<br>for ABF(Type 2 dia) E11.65<br>Rx S149920702 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 12:00 | 6 | 6 | 6 | 6 | 6 | 6 | 3 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| **Aricept 5 MG Tablet** 1 tablet<br>Oral AT BEDTIME<br>Rx S149807122 O/D:06/15/22 D/C:09/13/22<br>Prescriber: Fowler , William | 21:00 | RV | AP | AP | AP | 3 | 6 | AP | JH | DB | DB | JH | DA | DB | JM | RV | JH | DB | DB | DB | JS | JS | RV | 3 | AP | 3 | AP | AP | 6 | AP | AP | AP |
| **Atorvastatin Calcium 20 MG Tablet 1 tablet** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

9/1/22 0:42

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record August 01, 2022 - August 31, 2022

**PICC-K-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oral BEFORE BEDTIME<br>for ABF(Mixed hype) E78.2<br>NO KOP<br>Rx S149919702 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 21:00 | RV | AP | AP | AP | 3 | 6 | AP | JH | DB | DB | JH | DA | DB | JM | RV | JH | DB | DB | DB | JS | JS | RV | 3 | AP | 3 | AP | AP | 6 | AP | AP | AP |
| **Blood Pressure - 1 Application Check**<br>TRT EVERY FOUR WEEKS<br>Rx S149807132 O/D:06/15/22 D/C:09/13/22<br>Prescriber: Fowler , William | 09:00 | | | | | | | | | | | | | | | 6 | | | | | | | | | | | | | | | | |
| **Eliquis 5 MG Tablet 5 mg (ELIQUIS)**<br>Oral TWICE DAILY<br>for ABF(Personal h) Z86.711<br>NO KOP(non formulary completed)<br>Rx S149920122 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 09:00 | JH | TH | DB | DB | DB | JS | JS | JS | JS | DB | DB | DA | DB | DB | DA | 3 | DB | DB | 1 | RV | JS | DB | NA | NA | NA | AP | AP | AP | JS | DB | DB |
| | 21:00 | RV | AP | AP | AP | 3 | 6 | AP | JH | DB | DB | JH | DA | DB | JM | RV | JH | DB | DB | DB | JS | JS | RV | 3 | NA | 3 | AP | AP | 6 | AP | AP | AP |
| **HumuLIN N 100 UNIT/ML 30 units Suspension (HUMULIN N)**<br>Subcutaneous INSULIN TWICE DAILY<br>for ABF(Type 2 dia) E11.65<br>Rx S149921622 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 06:00 | GD | GD | GD | GD | GD | AT | AT | DL | TH | TH | TH | TH | AT | JI | TH | TH | TH | TH | GD | AT | AT | GD | TH | TH | TH | TH | AT | JI | TH | TH | TH |
| | 16:00 | 3 | 3 | JB | JB | 3 | ST | 3 | JB | 3 | 6 | JB | 3 | JB | JB | ST | JB | 3 | JB | JB | ST | 6 | JB | JB | JB | JB | ST | JB | JB | NA | JB | 3 |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

9/1/22 0:42

ATTORNEYS' EYES ONLY

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record August 01, 2022 - August 31, 2022

**PICC-K-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HumuLIN R 100 as directed UNIT/ML Solution (HUMULIN R)**<br>Injection AT NOON<br>for ABF(Type 2 dia) E11.65<br>151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units<br>Rx S149922332 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 12:00 | 6 | 6 | 6 | 6 | 6 | 6 | 3 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| **Levothyroxine Sodium 100 MCG Tablet 1 tablet**<br>Oral DAILY<br>for ABF(Hypothyroi) E03.9<br>NO KOP<br>Rx S149919582 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 09:00 | JH | TH | DB | DB | DB | JS | JS | JS | JS | DB | DB | DA | DB | DB | DA | 3 | DB | DB | 1 | RV | JS | DB | KK | KK | AP | AP | AP | AP | JS | DB | DB |
| **Semglee 20 units**<br>Subcutaneous BEFORE BEDTIME<br>for ABF(Type 2 dia) E11.65<br>Rx S149921632 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 21:00 | 6 | 3 | 3 | 6 | JB | ST | SL | 3 | JB | 6 | JB | 6 | JB | 3 | ST | JB | 3 | 3 | 3 | ST | 6 | 6 | JB | 6 | JB | ST | 6 | JB | 6 | JB | JB |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

9/1/22 0:42

Page 3 of 4

ATTORNEYS' EYES ONLY Jung - City Production001733

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record August 01, 2022 - August 31, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PICC-K-BH-168** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 as directed UNIT/ML Solution (HUMULIN R)** | | | GD | GD | GD | GD | | | JB | | | TH | TH | AT | JI | | JB | | JB | GD | AT | | GD | JB | JB | JB | | JB | JI | | JB | |
| | | | | JB | JB | | | | | | | JB | | JB | JB | | | | | JB | | | JB | | | | | | JB | | | |

Injection INSULIN TWICE DAILY
PRN
PRN
for ABF(Type 2 dia) E11.65
151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units
Rx S149922322 O/D:06/17/22 D/C:09/15/22

Prescriber: SAGREIYA , SIDDHARTH

DOB [REDACTED] Sex:M Allergies: NK
PCU: PICC-K-BH-168
Diagnosis:Type 2 diabetes mellitus with hyperglycemia
KUNIT,RM07,2 PID #718327
JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

9/1/22 0:42

ATTORNEYS' EYES ONLY

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record August 01, 2022 - August 31, 2022

Medications Time 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | |
|---|---|
| AP | Pendergrass, Amedta |
| AT | Thomas-Kayyalathu, Annamma |
| DA | Abbott, David |
| DB | Barge, Dominque |
| DI | Ingram, Darrah |
| DL | Lewis, Danille |
| GD | Daye, Genice |
| HS | Scheduler, HCS |
| JB | Bentham, Joycelin |
| JH | Hardimon, Jennifer |
| JI | Idicula, Jims |
| JM | Mendez, Jennimar |
| JS | Sheridan, Jill, AD |
| KK | Kenan, Karen |
| RV | Varney, Rebecca |
| SL | Lightfoot, Shonda |
| ST | Tindley, Stephanie |
| TH | Hill, Teresa |
| TH | Hall-Johnson, Taylor |

DOB Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

9/1/22 0:42

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record July 01, 2022 - July 31, 2022

**PICC-K-BH-168**

**PICC-K-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abilify 10 MG Tablet (ABILIFY)** 10 mg<br>Oral AT BEDTIME<br>Rx S149807112 O/D:06/15/22 D/C:09/13/22<br>Prescriber: Fowler , William | 21:00 | 1 | DC | DA | KK | 3 | AP | AP | DG | 3 | AP | TH | AP | AP | AP | AP | JM | AP | AP | 3 | AP | JS | KK | 3 | DG | DG | AP | JH | DB | JH | DA | JS |
| **Accu Chek - Reading as directed**<br>TRT TWICE A DAY<br>for ABF(Type 2 dia) E11.65<br>Rx S149920692 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 06:30 | 6 | SV | SV | TH | TH | TH | TH | GD | 6 | AT | GD | TH | GD | GD | GD | AT | 6 | GD | GD | GD | 3 | GD | AT | AT | GD | GD | GD | GD | GD | AT | JI |
| | 16:00 | 3 | 3 | JI | 6 | JB | 3 | 3 | 3 | 6 | 6 | JB | JB | JB | 6 | 6 | ST | JB | ST | JB | JB | JB | JB | 6 | ST | JB | JB | 3 | JB | 3 | 3 | |
| **Accu Chek - Reading as directed**<br>TRT AT NOON<br>for ABF(Type 2 dia) E11.65<br>Rx S149920702 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 12:00 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| **Aricept 5 MG Tablet** 1 tablet<br>Oral AT BEDTIME<br>Rx S149807122 O/D:06/15/22 D/C:09/13/22<br>Prescriber: Fowler , William | 21:00 | 1 | DC | DA | KK | 3 | AP | AP | DG | 3 | AP | TH | AP | AP | AP | AP | JM | AP | AP | 3 | AP | JS | KK | 3 | DG | DG | AP | JH | DB | JH | DA | JS |
| **Atorvastatin Calcium 20 MG Tablet 1 tablet** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

8/1/22 0:41

Page 1 of 4

ATTORNEYS' EYES ONLY

Jung - City Production001753

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : ███████ PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168          Medication Administration Record  July 01, 2022 - July 31, 2022

**Medications** — Time 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

## PICC-K-BH-168

**Oral BEFORE BEDTIME for ABF(Mixed hype) E78.2 NO KOP**
Rx S149919702 O/D:06/17/22 D/C:09/15/22
Prescriber: SAGREIYA , SIDDHARTH

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21:00 | 1 | DC | DA | KK | 3 | AP | DG | 3 | AP | TH | AP | AP | AP | JM | AP | AP | 3 | AP | JS | KK | 3 | DG | DG | AP | JH | DB | JH | DA | JS | | |

**Blood Pressure - 1 Application Check**
**TRT EVERY FOUR WEEKS**
Rx S149807132 O/D:06/15/22 D/C:09/13/22
Prescriber: Fowler , William

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | | | | | | | | | | | | | | | 6 | | | | | | | | | | | | | | | | |

**Eliquis 5 MG Tablet   5 mg (ELIQUIS)**
**Oral TWICE DAILY for ABF(Personal h) Z86.711 NO KOP(non formulary completed)**
Rx S149920122 O/D:06/17/22 D/C:09/15/22
Prescriber: SAGREIYA , SIDDHARTH

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | DB | DA | DA | KK | AP | JH | DG | 1 | JH | AP | DB | AP | 1 | JH | MD | AP | DG | JH | 1 | NA | 3 | AP | JS | 1 | JH | JH | 1 | JH | DB | DA | |
| 21:00 | 1 | DC | DA | KK | 3 | AP | DG | 3 | AP | TH | AP | AP | AP | JM | AP | AP | 3 | AP | JS | NA | 3 | DG | DG | AP | JH | DB | JH | DA | JS | | |

**HumuLIN N 100 UNIT/ML   30 units Suspension (HUMULIN N) Subcutaneous INSULIN TWICE DAILY for ABF(Type 2 dia) E11.65**
Rx S149921622 O/D:06/17/22 D/C:09/15/22
Prescriber: SAGREIYA , SIDDHARTH

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08:00 | 6 | SV | SV | TH | TH | TH | GD | 8 | AT | GD | TH | GD | GD | AT | 6 | GD | GD | GD | NA | GD | AT | AT | GD | GD | GD | GD | GD | AT | JI | | |
| 16:00 | ST | 3 | JI | 6 | JB | 3 | 3 | 6 | JB | JB | JB | 6 | 6 | ST | JB | ST | JB | JB | JB | 6 | ST | 3 | JB | 3 | JB | 3 | 3 | | | | |

DOB ████  Sex:M   Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2          PID #718327

JUNG, LOUIS W

8/1/22  0:41

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : ███████ PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record July 01, 2022 - July 31, 2022

PICC-K-BH-168

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HumuLIN R 100 as directed UNIT/ML Solution (HUMULIN R)<br>Injection AT NOON<br>for ABF(Type 2 dia) E11.65<br>151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units<br>Rx S149922332 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 12:00 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| Levothyroxine Sodium 100 MCG Tablet 1 tablet<br>Oral DAILY<br>for ABF(Hypothyroi) E03.9<br>NO KOP<br>Rx S149919582 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 09:00 | DB | DA | DA | KK | AP | JH | DG | 1 | JH | AP | DB | AP | AP | 1 | JH | MD | AP | DG | JH | 1 | DA | 3 | AP | JS | 1 | JH | JH | 1 | JH | DB | DA |
| Semglee 20 units<br>Subcutaneous BEFORE BEDTIME<br>for ABF(Type 2 dia) E11.65<br>Rx S149921632 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 21:00 | ST | 3 | JI | 6 | 3 | JB | 3 | JB | 6 | 6 | 3 | 6 | JB | 6 | 6 | ST | JB | ST | 3 | JB | 6 | JB | 6 | ST | JB | JB | JB | JB | 3 | JB | |

DOB Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

8/1/22 0:41

Page 3 of 4

ATTORNEYS' EYES ONLY

Jung - City Production001755

US ICE | Patient Name :JUNG,LOUIS W|DOB : PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB :[redacted]PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record July 01, 2022 - July 31, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PICC-K-BH-168** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 UNIT/ML Solution (HUMULIN R)** as directed | | | | JI | | JB | | | | | | GD | JB | GD | | | AT | JB | | GD | JB | JB | JB | AT | | GD | GD | | GD | GD | AT | JI |
| | | | | | | | | | | | | | | JB | | | | | | JB | | | | | | | | | JB | | | |
| Injection INSULIN TWICE DAILY PRN PRN for ABF(Type 2 dia) E11.65 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Rx S149922322 O/D:06/17/22 D/C:09/15/22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Prescriber: SAGREIYA , SIDDHARTH

DOB[redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

8/1/22 0:41

Page 4 of 4

ATTORNEYS' EYES ONLY

Jung - City Production001756

US ICE | Patient Name :JUNG,LOUIS W|DOB :[redacted]PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record July 01, 2022 - July 31, 2022

Medications Time 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | |
|---|---|
| AP | Pendergrass, Arnedta |
| AT | Thomas-Kayyalathu, Annamma |
| AT | Torres, Alexxa |
| CR | Richards, Chakasha |
| DA | Abbott, David |
| DB | Barge, Dominque |
| DC | Carroll, Donna |
| DG | Gibbs, Dominique |
| DI | Ingram, Darrah |
| GD | Daye, Genice |
| HS | Scheduler, HCS |
| JB | Bentham, Joycelin |
| JH | Hardimon, Jennifer |
| JI | Idicula, Jerine |
| JI | Idicula, Jims |
| JM | Mendez, Jennimar |
| JS | Sheridan, Jill, AD |
| KK | Kenan, Karen |
| MD | Davis, Milan |
| ST | Tindley, Stephanie |
| SV | Varghese, Susamma |
| TH | Hill, Teresa |
| TH | Hall-Johnson, Taylor |

DOB[redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

8/1/22 0:41

ATTORNEYS' EYES ONLY

Jung - City Production001757

# Philadelphia Department of Prisons

PICC-K-BH-168

## Medication Administration Record June 01, 2022 - June 30, 2022

Medications

**PICC-K-BH-168**

PICC-K-BH-168

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abilify 10 MG Tablet 10 mg (ABILIFY)<br>Oral DAILY<br>for ABF(Bipolar di) F31.60<br>Rx S145707412 O/D:04/13/22 D/C:06/12/22<br>Prescriber: Kristofor , Matthew | 09:00 | DG | DA | DA | DA | DA | DA | AP | DG | KK | AP | AP | DG | | | | | | | | | | | | | | | | | | | |
| Abilify 10 MG Tablet 10 mg (ABILIFY)<br>Oral AT BEDTIME<br>Rx S149807112 O/D:06/15/22 D/C:09/13/22<br>Prescriber: Fowler , William | 21:00 | | | | | | | | | | | | | | | AP | AP | 1 | DC | DC | 1 | 1 | AP | AP | DC | AP | 1 | 1 | 1 | AP | DC | |
| Accu Chek - Reading as directed<br>TRT FOUR TIMES DAILY<br>for ABF(Type 2 dia) E11.65<br>Rx S146147852 O/D:04/20/22 D/C:06/17/22<br>Prescriber: SAGREIYA , SIDDHARTH | 09:00 | TH | TH | TH | AT | AT | TH | TH | EB | TH | GD | AT | AT | GD | TH | TH | TH | TH | | | | | | | | | | | | | | |
| | 13:00 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | | | | | | | | | | | | | | | |
| | 17:00 | 6 | 6 | 3 | CR | 6 | 6 | JB | JB | JB | JB | DI | 3 | JB | JB | JB | JB | | | | | | | | | | | | | | | |
| | 21:00 | 6 | 6 | 3 | 6 | 6 | 6 | JB | JB | JB | 3 | 3 | 6 | 3 | JB | 6 | 6 | | | | | | | | | | | | | | | |
| Accu Chek - Reading as directed<br>TRT TWICE A DAY<br>for ABF(Type 2 dia) E11.65<br>Rx S149920692 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 06:30 | | | | | | | | | | | | | | | | | 6 | AT | AT | TH | TH | TH | TH | GD | AT | AT | 3 | DB | TH | TH | |
| | 16:00 | | | | | | | | | | | | | | | | | 6 | JB | JB | QB | JB | JB | JB | JB | 3 | 6 | JB | JB | 3 | 3 | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2

PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

7/1/22 0:44

ATTORNEYS' EYES ONLY

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 — Medication Administration Record June 01, 2022 - June 30, 2022

**PICC-K-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Accu Chek - Reading as directed**<br>TRT AT NOON<br>for ABF(Type 2 dia) E11.65<br>Rx S149920702 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA, SIDDHARTH | 12:00 | | | | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 3 | JH | 6 | 6 | 3 | 6 | 6 | | |
| **Aricept 5 MG Tablet 1 tablet**<br>Oral AT BEDTIME<br>for ABF(Bipolar di) F31.60<br>Rx S146118742 O/D:04/20/22 D/C:06/15/22<br>Prescriber: Kristofor, Matthew | 21:00 | AP | AP | NA | DC | DC | AP | DC | AP | AP | DC | DC | AP | AP | 3 | | | | | | | | | | | | | | | | | |
| **Aricept 5 MG Tablet 1 tablet**<br>Oral AT BEDTIME<br>Rx S149807122 O/D:06/15/22 D/C:09/13/22<br>Prescriber: Fowler, William | 21:00 | | | | | | | | | | | | | | | 6 | AP | 1 | DC | DC | 1 | 1 | AP | AP | DC | AP | 1 | 1 | 1 | AP | DC | |
| **Atorvastatin Calcium 20 MG Tablet 1 tablet**<br>Oral BEFORE BEDTIME<br>for ABF(Mixed hype) E78.2<br>NO KOP<br>Rx S144321002 O/D:03/23/22 D/C:06/17/22<br>Prescriber: SAGREIYA, SIDDHARTH | 21:00 | AP | AP | DA | DC | DC | AP | DC | AP | AP | DC | DC | AP | AP | 3 | AP | AP | | | | | | | | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

7/1/22 0:44

ATTORNEYS' EYES ONLY

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record June 01, 2022 - June 30, 2022

PICC-K-BH-168

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Atorvastatin Calcium 20 MG Tablet 1 tablet**<br>Oral BEFORE BEDTIME<br>for ABF(Mixed hype) E78.2<br>NO KOP<br>Rx S149919702 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 21:00 | | | | | | | | | | | | | | | | | 1 | DC | DC | 1 | 1 | AP | AP | DC | AP | 1 | 1 | 1 | AP | DC | |
| **Blood Pressure - Check as directed**<br>TRT ONCE MONTHLY<br>for ABF(Bipolar di) F31.60<br>Rx S145707422 O/D:04/13/22 D/C:06/15/22<br>Prescriber: Kristofor , Matthew | 09:00 | | | | | | | | | | | | | 6 | | | | | | | | | | | | | | | | | | |
| **Blood Pressure - 1 Application Check**<br>TRT EVERY FOUR WEEKS<br>Rx S149807132 O/D:06/15/22 D/C:09/13/22<br>Prescriber: Fowler , William | 09:00 | | | | | | | | | | | | | | | 6 | | | | | | | | | | | | | | | | |
| **Eliquis 5 MG Tablet 1 tablet**<br>Oral TWICE DAILY<br>for ABF(Personal h) Z86.711<br>NO KOP[non formulary completed]<br>Rx S144318712 O/D:03/23/22 D/C:06/17/22<br>Prescriber: SAGREIYA , SIDDHARTH | 09:00 | DG | DA | DA | DA | DA | DA | AP | DG | KK | AP | AP | DG | JH | KK | 1 | 3 | 1 | | | | | | | | | | | | | | |
| | 21:00 | AP | AP | DA | DC | DC | AP | DC | AP | AP | DC | DC | AP | AP | 3 | AP | AP | | | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

7/1/22 0:44

Page 3 of 7

ATTORNEYS' EYES ONLY Jung - City Production001820

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record June 01, 2022 - June 30, 2022

**PICC-K-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Eliquis 5 MG Tablet 5 mg (ELIQUIS)** Oral TWICE DAILY for ABF(Personal h) Z86.711 NO KOP(non formulary completed) Rx S149920122 O/D:06/17/22 D/C:09/15/22 | 09:00 | | | | | | | | | | | | | | | | | 6 | KK | DG | KK | AP | JM | JH | JH | DG | DB | JH | DB | DB | DB | |
| | 21:00 | | | | | | | | | | | | | | | | | 1 | DC | DC | 1 | 1 | AP | AP | DC | AP | 1 | 1 | 1 | AP | DC | |
| Prescriber: SAGREIYA , SIDDHARTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN N 100 UNIT/ML Suspension 30 units** Subcutaneous INSULIN TWICE DAILY for DX(Diabetes w) 250.12 NET PROFILE Rx S146206852 O/D:04/21/22 D/C:06/17/22 | 06:00 | TH | TH | TH | AT | AT | TH | TH | EB | TH | GD | AT | AT | GD | TH | TH | TH | TH | | | | | | | | | | | | | | |
| | 16:00 | 6 | 6 | 3 | CR | 6 | 6 | JB | JB | JB | JB | DI | 3 | JB | JB | JB | JB | | | | | | | | | | | | | | | |
| Prescriber: SAGREIYA , SIDDHARTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN N 100 UNIT/ML 30 units Suspension (HUMULIN N)** Subcutaneous INSULIN TWICE DAILY for ABF(Type 2 dia) E11.65 Rx S149921622 O/D:06/17/22 D/C:09/15/22 | 06:00 | | | | | | | | | | | | | | | | | 6 | AT | AT | TH | TH | TH | TH | GD | AT | AT | 3 | DB | TH | TH | |
| | 16:00 | | | | | | | | | | | | | | | | | 6 | JB | JB | QB | JB | JB | JB | JB | 3 | 6 | 3 | JB | JB | 3 | |
| Prescriber: SAGREIYA , SIDDHARTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

7/1/22 0:44

Page 4 of 7

ATTORNEYS' EYES ONLY

Jung - City Production001821

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record June 01, 2022 - June 30, 2022

**PICC-K-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HumuLIN R 100 as directed UNIT/ML Solution (HUMULIN R)<br><br>Injection AT NOON<br>for ABF(Type 2 dia) E11.65<br>151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units<br>Rx S149922332 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 12:00 | | | | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | NA | JH | 6 | 6 | 3 | 6 | 6 | | |
| Levothyroxine Sodium 100 MCG Tablet 1 tablet<br><br>Oral DAILY<br>for ABF(Hypothyroi) E03.9<br>NO KOP<br>Rx S146147302 O/D:04/21/22 D/C:06/17/22<br>Prescriber: SAGREIYA , SIDDHARTH | 09:00 | DG | DA | DA | DA | DA | DA | AP | DG | KK | AP | AP | DG | JH | KK | 1 | 6 | 1 | | | | | | | | | | | | | | |
| Levothyroxine Sodium 100 MCG Tablet 1 tablet<br><br>Oral DAILY<br>for ABF(Hypothyroi) E03.9<br>NO KOP<br>Rx S149919582 O/D:06/17/22 D/C:09/15/22<br>Prescriber: SAGREIYA , SIDDHARTH | 09:00 | | | | | | | | | | | | | | | | | 6 | KK | DG | KK | AP | JM | JH | JH | DG | DB | JH | DB | DB | DB | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

ATTORNEYS' EYES ONLY

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record June 01, 2022 - June 30, 2022

PICC-K-BH-168

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Semglee 20 units**<br>Subcutaneous BEFORE BEDTIME<br>for ABF(Type 2 dia) E11.65<br>NET PROFILE<br>Rx S144318312 O/D:03/23/22 D/C:06/17/22 | 21:00 | 6 | 6 | 3 | 6 | 6 | 6 | JB | 6 | JB | 3 | 6 | 6 | JB | JB | 6 | 6 | | | | | | | | | | | | | | | |
| **Semglee 20 units**<br>Subcutaneous BEFORE BEDTIME<br>for ABF(Type 2 dia) E11.65<br>Rx S149921632 O/D:06/17/22 D/C:09/15/22 | 21:00 | | | | | | | | | | | | | | | | | 6 | JB | JB | 3 | 6 | JB | JB | JB | DI | 6 | JB | JB | JB | | |
| **HumuLIN R 100 UNIT/ML Solution as directed**<br>Injection FOUR TIMES DAILY PRN PRN<br>for ABF(Type 2 dia) E11.65<br>151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units<br>Rx S146147842 O/D:04/20/22 D/C:06/17/22 | | | | | | | | JB | JB | JB | JB | | | GD | JB | JB | JB | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | JB | | | | | | | | | | | | | | | | | | |

Prescriber: SAGREIYA , SIDDHARTH (Semglee, Rx S144318312)

Prescriber: SAGREIYA , SIDDHARTH (Semglee, Rx S149921632)

Prescriber: SAGREIYA , SIDDHARTH (HumuLIN R, Rx S146147842)

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

7/1/22 0:44

Page 6 of 7

ATTORNEYS' EYES ONLY

Jung - City Production001823

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record June 01, 2022 - June 30, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PICC-K-BH-168** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 as directed UNIT/ML Solution (HUMULIN R)** | | | | | | | | | | | | | | | | | | | | JB | | JB | JB | JB | GD | | | | JB | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | JB | | | | | | | |
| Injection INSULIN TWICE DAILY PRN PRN for ABF(Type 2 dia) E11.65 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units Rx S149922322 O/D:06/17/22 D/C:09/15/22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Prescriber: SAGREIYA , SIDDHARTH

DOB [REDACTED] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

7/1/22 0:44

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record June 01, 2022 - June 30, 2022

Medications Time 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | |
|---|---|
| AP | Pendergrass, Amedta |
| AT | Thomas-Kayyalathu, Annamma |
| CR | Richards, Chakasha |
| DA | Abbott, David |
| DB | Barge, Dominque |
| DC | Carroll, Donna |
| DG | Gibbs, Dominique |
| DI | Ingram, Darrah |
| EB | Boxer, Elizabeth |
| GD | Daye, Genice |
| HS | Scheduler, HCS |
| JB | Bentham, Joycelin |
| JH | Hardimon, Jennifer |
| JM | Mendez, Jennimar |
| KK | Kenan, Karen |
| QB | Benson, Quiana |
| TH | Hill, Teresa |

DOB [REDACTED] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Type 2 diabetes mellitus with hyperglycemia

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

7/1/22 0:44

Page 1 of 1

ATTORNEYS' EYES ONLY Jung - City Production001825

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record May 01, 2022 - May 31, 2022

**PICC-K-BH-168**

**PICC-K-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abilify 10 MG Tablet (ABILIFY)** 10 mg<br>Oral DAILY<br>for ABF(Bipolar di) F31.60<br>Rx S145707412 O/D:04/13/22 D/C:06/12/22 | 09:00 | DG | RV | RV | TH | DA | TH | DA | DA | DA | DG | TH | TH | DG | RV | KK | JM | KK | TH | KK | DG | DA | DA | KK | RV | RV | DA | RV | RV | KK | DG | JM |
| Prescriber: Kristofor , Matthew | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Accu Chek - Reading as directed**<br>TRT FOUR TIMES DAILY<br>for ABF(Type 2 dia) E11.65<br>Rx S146147852 O/D:04/20/22 D/C:06/19/22 | 09:00 | SV | GD | TH | TH | TH | TH | 3 | 3 | TH | TH | TH | 6 | 3 | 3 | AT | TH | TH | 6 | TH | TH | AT | AT | 6 | TH | 6 | TH | GD | AT | AT | GD | |
| | 13:00 | JI | 6 | 6 | 6 | 6 | 6 | 6 | JI | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | SV | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| | 17:00 | 6 | JB | JB | JB | JB | JI | JB | JB | 3 | JB | JB | JB | 3 | ST | ST | JB | 6 | JB | JB | AR | JB | JB | 6 | JB | JB | 6 | 3 | 3 | 6 | JB | 3 |
| | 21:00 | 6 | JB | JB | 3 | JB | 3 | JB | JB | DI | JB | JB | 3 | JB | ST | ST | JB | 6 | JB | JB | 6 | JB | JB | 6 | JB | JB | 6 | JB | 6 | 6 | JB | 3 |
| Prescriber: SAGREIYA , SIDDHARTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Aricept 5 MG Tablet** 1 tablet<br>Oral AT BEDTIME<br>for ABF(Bipolar di) F31.60<br>Rx S146118742 O/D:04/20/22 D/C:06/19/22 | 21:00 | DC | DG | DC | TH | RV | DG | DC | DC | KK | TH | TH | DC | DC | DC | KK | DC | DC | TH | KK | DC | DC | DC | AP | AP | AP | AP | RV | AP | AP | KK | AP |
| Prescriber: Kristofor , Matthew | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Atorvastatin Calcium 20 mg MG Tablet (LIPITOR)** 20<br>Oral BEFORE BEDTIME<br>for ABF(Mixed hype) E78.2<br>NO KOP<br>Rx S144321002 O/D:03/23/22 D/C:06/21/22 | 21:00 | DC | DG | DC | TH | RV | DG | DC | DC | KK | TH | TH | DC | DC | DC | KK | DC | DC | TH | KK | DC | DC | DC | AP | AP | AP | AP | RV | AP | AP | KK | AP |
| Prescriber: SAGREIYA , SIDDHARTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

6/7/22 14:58

Page 1 of 3

ATTORNEYS' EYES ONLY

Jung - City Production001892

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record May 01, 2022 - May 31, 2022

**PICC-K-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Blood Pressure - as directed Check**<br>TRT ONCE MONTHLY<br>for ABF(Bipolar di) F31.60<br>Rx S145707422 O/D:04/13/22 D/C:07/12/22<br>Prescriber: Kristofor , Matthew | 09:00 | | | | | | | | | | | | | 6 | | | | | | | | | | | | | | | | | | |
| **Eliquis 5 MG Tablet 5 mg (ELIQUIS)**<br>Oral TWICE DAILY<br>for ABF(Personal h) Z86.711<br>NO KOP[non formulary completed]<br>Rx S144318712 O/D:03/23/22 D/C:06/21/22<br>Prescriber: SAGREIYA , SIDDHARTH | 09:00 | DG | RV | RV | TH | DA | TH | DA | DA | DA | DG | TH | TH | DG | RV | KK | JM | KK | TH | KK | DG | DA | DA | KK | RV | RV | DA | RV | RV | KK | DG | JM |
| | 21:00 | DC | DG | DC | TH | RV | DG | DC | DC | KK | TH | TH | DC | 6 | DC | KK | DC | DC | TH | KK | DC | DC | DC | AP | AP | AP | AP | RV | AP | AP | KK | AP |
| **HumuLIN N 100 UNIT/ML 30 units Suspension (HUMULIN N)**<br>Subcutaneous INSULIN TWICE DAILY<br>for DX(Diabetes w) 250.12<br>NET PROFILE<br>Rx S146206852 O/D:04/21/22 D/C:07/20/22<br>Prescriber: SAGREIYA , SIDDHARTH | 06:00 | SV | GD | TH | TH | TH | TH | 3 | 3 | TH | TH | TH | 6 | 3 | 3 | AT | TH | TH | 3 | TH | TH | AT | AT | 6 | TH | TH | TH | GD | AT | AT | GD | TH |
| | 16:00 | 6 | JB | JB | JB | JB | JI | JB | JB | 3 | JB | JB | JB | 3 | | ST | JB | 6 | JB | JB | AR | 3 | JB | 6 | JB | JB | 6 | 3 | 3 | 6 | JB | 3 |
| | 16:00 | | | | | | | | | | | | | | | ST | | | | | | | | | | | | | | | | |
| **Levothyroxine Sodium 100 MCG Tablet 1 tablet**<br>Oral DAILY<br>for ABF(Hypothyroi) E03.9<br>NO KOP<br>Rx S146147302 O/D:04/21/22 D/C:06/20/22<br>Prescriber: SAGREIYA , SIDDHARTH | 09:00 | DG | RV | RV | TH | DA | TH | DA | DA | DA | DG | TH | TH | DG | RV | KK | JM | KK | TH | KK | DG | DA | DA | KK | RV | RV | DA | RV | RV | KK | DG | JM |

DOB [REDACTED] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record May 01, 2022 - May 31, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PICC-K-BH-168** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Semglee** **20 units** | 21:00 | 6 | JB | JB | 3 | JB | 3 | JB | JB | DI | JB | JB | 3 | JB | | ST | JB | 6 | JB | JB | 3 | JB | JB | AP | JB | 3 | 6 | JB | 6 | 6 | JB | 3 |
| | 21:00 | | | | | | | | | | | | | | | ST | | | | | | | | | | | | | | | | |
| Subcutaneous BEFORE BEDTIME for ABF(Type 2 dia) E11.65 NET PROFILE Rx S144318312 O/D:03/23/22 D/C:06/21/22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prescriber: SAGREIYA , SIDDHARTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100** **as directed** **UNIT/ML Solution (HUMULIN R)** | | JI | JB | JB | JB | JB | JI | | JI | | JB | JB | JB | | | | JB | | JB | SV | AR | | JB | | JB | TH | | GD | | | JB | TH |
| | | | | | | | | | JB | | JB | | | | | | | | | | | | | | | JB | | | | | | |
| | | | | | | | | | JB | | | | | | | | | | | | | | | | | | | | | | | |
| Injection FOUR TIMES DAILY PRN PRN for ABF(Type 2 dia) E11.65 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units Rx S146147842 O/D:04/20/22 D/C:06/19/22 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prescriber: SAGREIYA , SIDDHARTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

6/7/22 14:58

Page 3 of 3

ATTORNEYS' EYES ONLY

Jung - City Production001894

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record May 01, 2022 - May 31, 2022

Medications Time 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | |
|---|---|
| AP | Pendergrass, Amedta |
| AR | Rodriquez, Adrian |
| AT | Thomas-Kayyalathu, Annamma |
| DA | Abbott, David |
| DC | Carroll, Donna |
| DG | Gibbs, Dominique |
| DI | Ingram, Darrah |
| GD | Daye, Genice |
| HS | Scheduler, HCS |
| JB | Bentham, Joycelin |
| JI | Idicula, Jerine |
| JI | Idicula, Jims |
| JM | Mendez, Jennimar |
| KK | Kenan, Karen |
| RV | Vamey, Rebecca |
| SL | Lightfoot, Shonda |
| ST | Tindley, Stephanie |
| SV | Varghese, Susamma |
| TH | Hill, Teresa |
| TH | Hall-Johnson, Taylor |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM07,2 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

6/7/22 14:58

ATTORNEYS' EYES ONLY

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record February 01, 2022 - February 28, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PICC-K-BH-168** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **PICC-K-BH-168** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Abilify 10 MG Tablet 10 mg (ABILIFY)**<br>Oral DAILY<br>for ABF(Bipolar di) F31.60<br>Rx S139351002 O/D:01/10/22 D/C:04/10/22<br>Prescriber: Day , Jonathan | 09:00 | TT | KK | JL | SF | TT | NA | DB | KK | MP | MP | JP | MP | DB | RP | KK | JL | MP | MP | 6 | JP | KK | RP | MP | MP | JL | MP | MP | RP | | | |
| **Accu Chek - Reading as directed**<br>TRT INSULIN TWICE DAILY<br>for ABF(Diabetes m) E08.11<br>Rx S139375532 O/D:01/10/22 D/C:02/17/22<br>Prescriber: BRADLEY , ELIZABETH | 06:00 | 00 | 00 | 00 | 00 | TL | 00 | 00 | TL | 00 | 00 | 00 | 00 | TL | TL | 6 | 00 | 00 | | | | | | | | | | | | | | |
| | 16:00 | KK | JL | MP | MP | ER | ER | KK | KK | MP | MP | ER | DB | ER | ER | KK | NA | MP | | | | | | | | | | | | | | |
| **Accu Chek - Reading as directed**<br>TRT AT BEDTIME<br>for ABF(Diabetes m) E08.11<br>Rx S139376312 O/D:01/10/22 D/C:02/17/22<br>Prescriber: BRADLEY , ELIZABETH | 21:00 | KK | KK | MP | MP | ER | ER | KK | 6 | MP | MP | ER | DB | ER | ER | KK | KK | | | | | | | | | | | | | | | |
| **Accu Chek - Reading as directed**<br>TRT INSULIN TWICE DAILY<br>for DX(Diabetes m) 250.02<br>Rx S142131572 O/D:02/17/22 D/C:03/19/22<br>Prescriber: BRADLEY , ELIZABETH | 06:00 | | | | | | | | | | | | | | | | | 6 | 00 | TL | 6 | JO | TL | 00 | 00 | 00 | 6 | TL | TL | | | |
| | 16:00 | | | | | | | | | | | | | | | | | MP | MP | MP | ER | KK | KK | MP | MP | ER | KK | MP | ER | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

5/9/22 11:12

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record February 01, 2022 - February 28, 2022

**PICC-K-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Accu Chek - Reading as directed**<br>TRT AT BEDTIME<br>for DX(Diabetes m) 250.02<br>Rx S142131582 O/D:02/17/22 D/C:03/19/22<br>Prescriber: BRADLEY , ELIZABETH | 21:00 | | | | | | | | | | | | | | | | | MP | MP | MP | 6 | KK | KK | MP | MP | ER | KK | MP | ER | | | |
| **Aricept 5 MG Tablet 1 tablet**<br>Oral AT BEDTIME<br>for ABF(Bipolar di) F31.60<br>Rx S140006822 O/D:01/19/22 D/C:04/19/22<br>Prescriber: Kristofor , Matthew | 21:00 | KK | JL | MP | MP | ER | ER | KK | 6 | MP | MP | ER | DB | ER | ER | KK | KK | MP | MP | MP | MP | KK | KK | MP | MP | ER | KK | MP | ER | | | |
| **Bicillin L-A 2400000 UNIT/4ML Suspension 4 ml**<br>Intramuscular EVERY WEDNESDAY<br>for "ABF(Syphilis, ) A53.9"<br>Rx S139437572 O/D:01/12/22 D/C:02/05/22<br>Prescriber: BRADLEY , ELIZABETH | 09:00 | | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Blood Pressure - Check as directed**<br>TRT ONCE MONTHLY<br>for ABF(Bipolar di) F31.60<br>Call MD if Sys> 140, Dys> 90<br>Rx S139351012 O/D:01/10/22 D/C:02/03/22<br>Prescriber: Day , Jonathan | 09:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record February 01, 2022 - February 28, 2022

**PICC-K-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Eliquis 5 MG Tablet 5 mg (ELIQUIS)** Oral TWICE DAILY for ABF(Personal h) Z86.711 Rx S139375902 O/D:01/10/22 D/C:02/09/22 | 09:00 | TT | KK | JL | SF | TT | MB | DB | KK | NA | | | | | | | | | | | | | | | | | | | | | | |
| | 21:00 | KK | JL | MP | MP | ER | ER | KK | 6 | NA | | | | | | | | | | | | | | | | | | | | | | |
| Prescriber: BRADLEY , ELIZABETH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Eliquis 5 MG Tablet 1 tablet** Oral TWICE DAILY for ABF(Personal h) Z86.711 Rx S141334912 O/D:02/09/22 D/C:02/17/22 | 09:00 | | | | | | | | | MP | MP | JP | MP | DB | RP | KK | JL | MP | | | | | | | | | | | | | | |
| | 21:00 | | | | | | | | | MP | MP | ER | DB | ER | ER | KK | KK | | | | | | | | | | | | | | | |
| Prescriber: BRADLEY , ELIZABETH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Eliquis 5 MG Tablet 1 tablet** Oral TWICE DAILY for DX(Diabetes m) 250.02 Previously approved thru 3/11/22 Rx S142131562 O/D:02/17/22 D/C:03/19/22 | 09:00 | | | | | | | | | | | | | | | | | 6 | MP | 6 | JP | KK | RP | MP | MP | JL | MP | MP | RP | | | |
| | 21:00 | | | | | | | | | | | | | | | | | MP | MP | MP | MP | KK | KK | MP | MP | ER | KK | MP | ER | | | |
| Prescriber: BRADLEY , ELIZABETH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN N 100 UNIT/ML Suspension 10 units** Subcutaneous INSULIN TWICE DAILY Rx S137997482 O/D:12/16/21 D/C:02/03/22 | 06:00 | 00 | 00 | 00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 16:00 | KK | JL | 6 | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prescriber: HAQUE , MOHAMMED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

5/9/22 11:12

ATTORNEYS' EYES ONLY

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : ███████ PID:718327

## Philadelphia Department of Prisons

PICC-K-BH-168    Medication Administration Record  February 01, 2022 - February 28, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PICC-K-BH-168**

**HumuLIN N 100 UNIT/ML**
**Suspension 15 units**

Subcutaneous INSULIN MORNING
for DX(Diabetes m) 250.02
Rx S141084922 O/D:02/03/22   D/C:02/07/22

Time 06:00 | | 6 | OO | NA | OO | OO

Prescriber: BRADLEY        , ELIZABETH

**HumuLIN N 100 UNIT/ML**
**Suspension 10 units**

Subcutaneous INSULIN EVENING
for DX(Diabetes m) 250.02
Rx S141084932 O/D:02/03/22   D/C:02/17/22

Time 16:00 | NA | MP | ER | ER | KK | KK | MP | MP | ER | ER | DB | ER | ER | KK | NA | MP

Prescriber: BRADLEY        , ELIZABETH

**HumuLIN N 100 UNIT/ML**
**Suspension 18 units**

Subcutaneous INSULIN MORNING
for DX(Diabetes m) 250.02
Rx S141334072 O/D:02/07/22   D/C:02/16/22

Time 06:00 | | | | | 6 | KK | OO | OO | OO | OO | TL | TL | 6 | OO

Prescriber: BRADLEY        , ELIZABETH

**HumuLIN N 100 UNIT/ML**
**Suspension 24 units**

Subcutaneous INSULIN MORNING
for DX(Diabetes m) 250.02
Rx S142045912 O/D:02/16/22   D/C:02/17/22

Time 06:00 | | | | | | | | | | | | | | | 6 | OO

Prescriber: BRADLEY        , ELIZABETH

---

DOB ███████    Sex:M    Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type
II or unspecified type, uncontrolled

KUNIT,RM15,02        PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/
    On Hold

**Prior to May 4, 2020 an issue was identified with the
medication ordering interface. Users will need to
review the eMAR to determine if all orders and
administrations are represented on this MAR report.**

718327

▪▪▪▪▪▪▪

5/9/22  11:12

US ICE | Patient Name :JUNG,LOUIS W|DOB : ███████ PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record February 01, 2022 - February 28, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PICC-K-BH-168** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN N 100 UNIT/ML Suspension 30 units**<br>Subcutaneous INSULIN MORNING for DX(Diabetes m) 250.02<br>Rx S142131512 O/D:02/17/22 D/C:02/21/22<br>Prescriber: BRADLEY , ELIZABETH | 06:00 | | | | | | | | | | | | | | | | | 6 | 00 | 3 | 6 | JO | | | | | | | | | | |
| **HumuLIN N 100 UNIT/ML Suspension 10 units**<br>Subcutaneous INSULIN EVENING for DX(Diabetes m) 250.02<br>Rx S142131522 O/D:02/17/22 D/C:03/19/22<br>Prescriber: BRADLEY , ELIZABETH | 16:00 | | | | | | | | | | | | | | | | | MP | MP | MP | ER | KK | KK | MP | MP | ER | KK | MP | ER | | | |
| **HumuLIN N 100 UNIT/ML Suspension 35 units**<br>Subcutaneous INSULIN MORNING for DX(Diabetes m) 250.02<br>Rx S142323442 O/D:02/21/22 D/C:03/19/22<br>Prescriber: BRADLEY , ELIZABETH | 06:00 | | | | | | | | | | | | | | | | | | | | | 6 | NA | 00 | 00 | 00 | 6 | NA | TL | | | |
| **Levothyroxine Sodium 25 MCG Tablet 1 tablet**<br>Oral DAILY for ABF(Hypothyroi) E03.9<br>Rx S140744442 O/D:01/30/22 D/C:02/17/22<br>Prescriber: BRADLEY , ELIZABETH | 09:00 | TT | KK | JL | SF | TT | MB | DB | KK | MP | MP | JP | MP | DB | RP | KK | JL | MP | | | | | | | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

5/9/22 11:12

Page 5 of 8

ATTORNEYS' EYES ONLY

Jung - City Production001941

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB :[redacted]PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record February 01, 2022 - February 28, 2022

**PICC-K-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Levothyroxine Sodium 25 MCG Tablet 1 tablet**<br>Oral DAILY<br>for DX(Diabetes m) 250.02<br>Rx S142131552 O/D:02/17/22 D/C:03/23/22<br>Prescriber: BRADLEY , ELIZABETH | 09:00 | | | | | | | | | | | | | | | | | 6 | 6 | 6 | JP | KK | RP | MP | MP | JL | MP | MP | RP | | | |
| **Semglee 25 units**<br>Subcutaneous AT BEDTIME<br>for DX(Diabetes m) 250.00<br>Rx S139924132 O/D:01/18/22 D/C:02/03/22<br>Prescriber: BRADLEY , ELIZABETH | 21:00 | KK | KK | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Semglee 18 units**<br>Subcutaneous AT BEDTIME<br>for DX(Diabetes m) 250.02<br>Rx S141084942 O/D:02/03/22 D/C:02/17/22<br>Prescriber: BRADLEY , ELIZABETH | 21:00 | | | MP | MP | ER | ER | KK | 6 | MP | MP | ER | DB | ER | ER | KK | KK | | | | | | | | | | | | | | | |
| **Semglee 18 units**<br>Subcutaneous AT BEDTIME<br>for DX(Diabetes m) 250.02<br>Rx S142131542 O/D:02/17/22 D/C:03/19/22<br>Prescriber: BRADLEY , ELIZABETH | 21:00 | | | | | | | | | | | | | | | | | MP | MP | MP | 6 | KK | KK | MP | MP | ER | KK | MP | ER | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

5/9/22 11:12

Page 6 of 8

ATTORNEYS' EYES ONLY

Jung - City Production001942

US ICE | Patient Name :JUNG,LOUIS W|DOB :[redacted]PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record February 01, 2022 - February 28, 2022

PICC-K-BH-168

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HumuLIN R 100 UNIT/ML Solution CRIC** Injection INSULIN TWICE DAILY PRN PRN for ABF(Diabetes m) E08.11 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units Rx S139375522 O/D:01/10/22 D/C:02/17/22 | | KK | | | | | | | | | MP | | | | | KK | | MP | | | | | | | | | | | | | | |
| **HumuLIN R 100 UNIT/ML Solution CRIC** Injection INSULIN TWICE DAILY PRN PRN for DX(Diabetes m) 250.02 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units Rx S142131532 O/D:02/17/22 D/C:03/19/22 | | | | | | | | | | | | | | | | | | | | MP | | | | | | | | | | | | |

Prescriber (first order): BRADLEY , ELIZABETH

Prescriber (second order): BRADLEY , ELIZABETH

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

5/9/22 11:12

Page 7 of 8

ATTORNEYS' EYES ONLY

Jung - City Production001943

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record February 01, 2022 - February 28, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PICC-K-BH-168** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution (PROAIR HFA)** 2 puffs Inhalation EVERY 6 HOURS PRN PRN for ABF(Other pneu) J18.8 Rx S139333282 O/D:01/10/22 D/C:02/09/22 | 00:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 06:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 18:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Prescriber: BRADLEY , ELIZABETH

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record February 01, 2022 - February 28, 2022

Medications Time 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | |
|---|---|
| DB | Bosman, Darayna |
| ER | Rogers, Erica |
| HS | Scheduler, HCS |
| JL | Lee, Jessica |
| JO | Osei, Jalan |
| JP | Plummer, Jakuira |
| KK | Karo, Khloe |
| MB | Brown, Myrtle |
| MP | Patterson, Madalyn |
| OO | Oloto, Oluwayemisi |
| RP | Point Du Jour, Roman |
| SF | Famon, Stephanie |
| TL | Little, Toni |
| TT | Thompson, Teri |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

5/9/22 11:12

Page 1 of 1

ATTORNEYS' EYES ONLY

Jung - City Production001945

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record April 01, 2022 - April 30, 2022

**PICC-K-BH-168**

**PICC-K-BH-168**

**Abilify 10 MG Tablet 10 mg (ABILIFY)**

Oral DAILY
for ABF(Bipolar di) F31.60
Rx S139351002 O/D:01/10/22 D/C:04/10/22
Prescriber: Day , Jonathan

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | 1 | TH | AR | DL | 3 | 3 | 3 | NA | 1 | 1 | | | | | | | | | | | | | | | | | | | | | |

**Abilify 10 MG Tablet 10 mg (ABILIFY)**

Oral DAILY
for ABF(Bipolar di) F31.60
Rx S145707412 O/D:04/13/22 D/C:06/12/22
Prescriber: Kristofor , Matthew

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | | | | | | | | | | | | | TH | DA | DG | RV | KK | DG | KK | RV | DA | TH | DG | DG | DA | TH | 1 | DA | TH | DG | |

**Accu Chek - Reading as directed**

TRT THREE TIMES DAILY
for ABF(Type 2 dia) E11.65
Rx S144318332 O/D:03/23/22 D/C:04/20/22
Prescriber: SAGREIYA , SIDDHARTH

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | 3 | 3 | 3 | GD | 3 | 3 | 3 | NA | 6 | 3 | TH | TH | 6 | TH | 3 | 3 | 6 | GD | 3 | 3 | | | | | | | | | | | |
| 17:00 | JI | SL | 6 | JI | 6 | 1 | NA | 6 | 6 | 6 | 3 | JB | 3 | 3 | 3 | 3 | 6 | 3 | JB | | | | | | | | | | | | |
| 21:00 | 6 | SL | 6 | JI | 6 | 6 | 6 | 6 | AT | 6 | 3 | JB | JB | 3 | 6 | JI | 6 | JB | JB | | | | | | | | | | | | |

**Accu Chek - Reading as directed**

TRT FOUR TIMES DAILY
for ABF(Type 2 dia) E11.65
Rx S146147852 O/D:04/20/22 D/C:06/19/22
Prescriber: SAGREIYA , SIDDHARTH

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | | | | | | | | | | | | | | | | | | | | 6 | 6 | TH | 3 | AT | TH | TH | TH | TH | GD | SV | |
| 13:00 | | | | | | | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | JI | |
| 17:00 | | | | | | | | | | | | | | | | | | | | JB | JB | 6 | 3 | JB | DI | 3 | 6 | 6 | 6 | | |
| 21:00 | | | | | | | | | | | | | | | | | | | | 3 | JB | 6 | JB | JB | 3 | JB | 6 | 6 | 6 | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

5/1/22 0:34

Page 1 of 6

ATTORNEYS' EYES ONLY

Jung - City Production001962

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record April 01, 2022 - April 30, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PICC-K-BH-168** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Aricept 5 MG Tablet 1 tablet**<br>Oral AT BEDTIME<br>for ABF(Bipolar di) F31.60<br>Rx S140006822 O/D:01/19/22 D/C:04/19/22<br>Prescriber: Kristofor , Matthew | 21:00 | 6 | SL | 6 | DU | MH | JI | NA | 6 | 6 | DU | AW | DU | AP | AP | AW | DC | DC | TH | DC | | | | | | | | | | | | |
| **Aricept 5 MG Tablet 1 tablet**<br>Oral AT BEDTIME<br>for ABF(Bipolar di) F31.60<br>Rx S146118742 O/D:04/20/22 D/C:06/19/22<br>Prescriber: Kristofor , Matthew | 21:00 | | | | | | | | | | | | | | | | | | | | DC | DC | DA | DG | DC | KK | DC | TH | TH | DC | DG | |
| **Atorvastatin Calcium 20 mg MG Tablet (LIPITOR) 20**<br>Oral BEFORE BEDTIME<br>for ABF(Mixed hype) E78.2<br>NO KOP<br>Rx S144321002 O/D:03/23/22 D/C:06/21/22<br>Prescriber: SAGREIYA , SIDDHARTH | 21:00 | 6 | SL | 6 | DU | MH | JI | NA | 6 | 6 | DU | AW | DU | AP | AP | AW | DC | DC | TH | DC | DC | DC | DA | DG | DC | KK | DC | TH | TH | DC | DG | |
| **Azithromycin 500 MG mg Tablet (Zithromax TRI-PAK) 500**<br>Oral DAILY<br>for ABF(Pneumonia,) J18.9<br>Rx S145492442 O/D:04/09/22 D/C:04/10/22<br>Prescriber: Gay , Maureen | 09:00 | | | | | | | | | 6 | 1 | | | | | | | | | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

5/1/22 0:34

Page 2 of 6

ATTORNEYS' EYES ONLY

Jung - City Production001963

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record April 01, 2022 - April 30, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PICC-K-BH-168** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Blood Pressure - Check** as directed<br>TRT ONCE MONTHLY<br>for ABF(Bipolar di) F31.60<br>Rx S145707422 O/D:04/13/22 D/C:07/12/22<br>Prescriber: Kristofor, Matthew | 09:00 | | | | | | | | | | | | | 6 | | | | | | | | | | | | | | | | | | |
| **Eliquis 5 MG Tablet (ELIQUIS)** 5 mg<br>Oral TWICE DAILY<br>for ABF(Personal h) Z86.711<br>NO KOP[non formulary completed]<br>Rx S144318712 O/D:03/23/22 D/C:06/21/22<br>Prescriber: SAGREIYA, SIDDHARTH | 09:00 | 1 | TH | AR | DL | 3 | 3 | 3 | NA | 1 | 1 | KK | RV | TH | DA | DG | RV | KK | DG | KK | RV | DA | TH | DG | DG | DA | TH | 1 | DA | TH | DG | |
| | 21:00 | 6 | SL | 6 | DU | MH | JI | NA | 6 | MH | DU | AW | DU | AP | AP | AW | DC | DC | TH | DC | DC | DC | DA | DG | DC | KK | DC | TH | TH | DC | DG | |
| **HumuLIN N 100 UNIT/ML Suspension 20 units**<br>Subcutaneous INSULIN TWICE DAILY<br>for ABF(Type 2 dia) E11.65<br>NET PROFILE<br>Rx S144318302 O/D:03/23/22 D/C:04/21/22<br>Prescriber: SAGREIYA, SIDDHARTH | 06:00 | 3 | 3 | 3 | GD | 3 | 3 | 3 | NA | NA | 3 | TH | TH | 6 | TH | 3 | 3 | 3 | GD | 3 | 3 | TH | | | | | | | | | | |
| | 16:00 | JI | SL | 6 | JI | 6 | 1 | NA | 6 | 6 | 6 | 3 | JB | 3 | 3 | 3 | 3 | 6 | 3 | JB | JB | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

5/1/22 0:34

Page 3 of 6

ATTORNEYS' EYES ONLY

Jung - City Production001964

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record April 01, 2022 - April 30, 2022

**PICC-K-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HumuLIN N 100 UNIT/ML 30 units Suspension (HUMULIN N)** Subcutaneous INSULIN TWICE DAILY for DX(Diabetes w) 250.12 NET PROFILE Rx S146206852 O/D:04/21/22 D/C:07/20/22 | 06:00 | | | | | | | | | | | | | | | | | | | | | 6 | TH | 3 | AT | TH | TH | TH | TH | GD | SV | |
| | 16:00 | | | | | | | | | | | | | | | | | | | | | JB | 6 | 3 | JB | DI | 3 | 6 | 6 | 6 | | |
| Prescriber: SAGREIYA , SIDDHARTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 as directed UNIT/ML Solution (HUMULIN R)** Injection ADMINISTER AS DIRECTED for ABF(Type 2 dia) E11.65 (given) Rx S146147932 O/D:04/20/22 D/C:04/21/22 | 09:00 | | | | | | | | | | | | | | | | | | | | 6 | TH | | | | | | | | | | |
| Prescriber: SAGREIYA , SIDDHARTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Levothyroxine Sodium 100 MCG Tablet 1 tablet** Oral DAILY for ABF(Hypothyroi) E03.9 NO KOP Rx S146147302 O/D:04/21/22 D/C:06/20/22 | 09:00 | | | | | | | | | | | | | | | | | | | | | DA | TH | DG | DG | DA | TH | 1 | DA | TH | DG | |
| Prescriber: SAGREIYA , SIDDHARTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

5/1/22 0:34

Page 4 of 6

ATTORNEYS' EYES ONLY

Jung - City Production001965

US ICE | Patient Name :JUNG,LOUIS W|DOB : [REDACTED] PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record April 01, 2022 - April 30, 2022

PICC-K-BH-168

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Levothyroxine Sodium 25 MCG Tablet 1 tablet**<br>Oral DAILY<br>for ABF(Hypothyroi) E03.9<br>NO KOP<br>Rx S144318532 O/D:03/23/22 D/C:04/20/22<br>Prescriber: SAGREIYA , SIDDHARTH | 09:00 | 1 | TH | AR | DL | 3 | 3 | TH | NA | 1 | 1 | KK | RV | TH | DA | DG | RV | KK | DG | KK | RV | | | | | | | | | | | |
| **Semglee 20 units**<br>Subcutaneous BEFORE BEDTIME<br>for ABF(Type 2 dia) E11.65<br>NET PROFILE<br>Rx S144318312 O/D:03/23/22 D/C:06/21/22<br>Prescriber: SAGREIYA , SIDDHARTH | 21:00 | 6 | SL | 6 | JI | MH | 3 | NA | 6 | MH | 6 | NA | JB | JB | 3 | JB | 3 | 6 | JB | JB | 3 | JB | 6 | JB | JB | DI | JB | 6 | 6 | 6 | | |
| **Zyvox 600 MG Tablet 600 mg (Zyvox)**<br>Oral TWICE DAILY<br>for ABF(Pneumonia,) J18.9<br>Rx S145492452 O/D:04/09/22 D/C:04/16/22<br>Prescriber: Gay , Maureen | 09:00 | | | | | | | | | 6 | 1 | KK | RV | TH | DA | DG | RV | | | | | | | | | | | | | | | |
| | 21:00 | | | | | | | | | BS | DU | AW | DU | AP | AP | AW | DC | | | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

5/1/22 0:34

ATTORNEYS' EYES ONLY

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record April 01, 2022 - April 30, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PICC-K-BH-168** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 UNIT/ML Solution as directed**<br><br>Injection INSULIN TWICE DAILY PRN<br>PRN<br>for ABF(Type 2 dia) E11.65<br>151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units<br>Rx S144318322 O/D:03/23/22 D/C:04/20/22 | | JI | | | GD | | | | | | | | JB | | | | | | | JB | | | | | | | | | | | | |
| Prescriber: SAGREIYA , SIDDHARTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 as directed UNIT/ML Solution (HUMULIN R)**<br><br>Injection FOUR TIMES DAILY PRN<br>PRN<br>for ABF(Type 2 dia) E11.65<br>151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units<br>Rx S146147842 O/D:04/20/22 D/C:06/19/22 | | | | | | | | | | | | | | | | | | | | | JB | JB | | | JB | | | | | | JI | |
| Prescriber: SAGREIYA , SIDDHARTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.

718327

ATTORNEYS' EYES ONLY

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record April 01, 2022 - April 30, 2022

Medications Time 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | |
|---|---|
| AP | Pendergrass, Amedta |
| AR | Rodriquez, Adrian |
| AT | Thomas-Kayyalathu, Annamma |
| AW | Williams, Audra |
| BS | Sobers, Bruce Jr., BSN, RN, CCHP |
| CR | Richards, Chakasha |
| DA | Abbott, David |
| DC | Carroll, Donna |
| DG | Gibbs, Dominique |
| DI | Ingram, Darrah |
| DL | Lewis, Danille |
| DU | UpHam, David |
| GD | Daye, Genice |
| HS | Scheduler, HCS |
| JB | Bentham, Joycelin |
| JB | Brown, Jennifer |
| JI | Idicula, Jerine |
| JI | Idicula, Jims |
| KK | Kenan, Karen |
| KS | Sampson, Kmyra |
| MH | Hathaway, Marianne |
| RV | Varney, Rebecca |
| SL | Lightfoot, Shonda |
| SV | Varghese, Susamma |
| TH | Hill, Teresa |
| TH | Hall-Johnson, Taylor |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

US ICE | Patient Name :JUNG,LOUIS W|DOB :███████ PID:718327

# Philadelphia Department of Prisons

**PICC-K-BH-168**     Medication Administration Record  January 01, 2022  - January 31, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PICC-K-BH-168**

**PICC-K-BH-168**

**Abilify 10 MG Tablet    1 tablet**

Oral DAILY

Rx S139134552 O/D:01/06/22   D/C:01/10/22

Prescriber: Reynolds        Diedre A

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | | | | | 6 | NA | NA | 6 | OT | | |

**Abilify 10 MG Tablet    10 mg**
**(ABILIFY)**

Oral DAILY

for ABF(Bipolar di) F31.60

Rx S139351002 O/D:01/10/22   D/C:04/10/22

Prescriber: Day        Jonathan

| Time | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | KK | KK | TT | JL | JL | TT | JM | TT | KK | JL | OO | MP | TT | TT | DB | LM | MP | MP | JP | JM | MP | TT |

**Accu Chek - Reading   1**
**Application**

TRT TWICE DAILY

Rx S137997502 O/D:12/16/21   D/C:01/10/22

Prescriber: HAQUE        MOHAMMED

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | 6 | 6 | 6 | 6 | 6 | 6 | NA | NA | 6 | KK |
| 21:00 | 6 | 6 | 6 | 6 | 6 | 6 | NA | 6 | 6 | |

**Accu Chek - Reading   as**
**directed**

TRT INSULIN TWICE DAILY

for ABF(Diabetes m) E08.11

Rx S139375532 O/D:01/10/22   D/C:02/17/22

Prescriber: BRADLEY        ELIZABETH

| Time | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06:00 | 6 | TL | WK | OO | 6 | OO | TL | OO | OO | OO | OO | TL | 6 | OO | TL | OO | OO | OO | ER | TL | TL |
| 16:00 | JI | KK | TT | JL | ER | KK | JM | ER | TT | KK | MP | MP | ER | ER | KK | MM | MP | MP | ER | MP | ER | ER |

**Accu Chek - Reading   as**
**directed**

---

DOB ███████   Sex:M   Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type
II or unspecified type, uncontrolled

KUNIT,RM15,02        PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/
   On Hold

Prior to May 4, 2020 an issue was identified with the
medication ordering interface. Users will need to
review the eMAR to determine if all orders and
administrations are represented on this MAR report.

718327

▬▬▬▬▬▬

4/27/22  10:07

US ICE | Patient Name :JUNG,LOUIS W|DOB :███████ PID:718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record January 01, 2022 - January 31, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PICC-K-BH-168** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TRT AT BEDTIME<br>for ABF(Diabetes m) E08.11<br>Rx S139376312 O/D:01/10/22 D/C:02/17/22<br>Prescriber: BRADLEY , ELIZABETH | 21:00 | | | | | | | | | | 3 | KK | 6 | JL | 6 | 6 | JM | 6 | TT | KK | MP | MP | ER | ER | KK | MM | MP | 6 | ER | 6 | ER | ER |
| **Aricept 5 MG Tablet 1 tablet**<br>Oral AT BEDTIME<br>for ABF(Bipolar di) F31.60<br>Rx S140006822 O/D:01/19/22 D/C:04/19/22<br>Prescriber: Kristofor , Matthew | 21:00 | | | | | | | | | | | | | | | | | | | KK | NA | MP | 6 | ER | KK | MM | MP | 6 | ER | BS | ER | ER |
| **Bicillin L-A 2400000 UNIT/4ML Suspension 4 ml**<br>Intramuscular EVERY WEDNESDAY<br>for "ABF(Syphilis, ) A53.9"<br>Rx S139437572 O/D:01/12/22 D/C:02/05/22<br>Prescriber: BRADLEY , ELIZABETH | 09:00 | | | | | | | | | | | | 6 | | | | | | | 6 | | | | | | | MP | | | | | |
| **Blood Pressure - Check as directed**<br>TRT ONCE MONTHLY<br>for ABF(Bipolar di) F31.60<br>Call MD if Sys> 140, Dys> 90<br>Rx S139351012 O/D:01/10/22 D/C:02/03/22<br>Prescriber: Day , Jonathan | 09:00 | | | | | | | | | | 3 | | | | | | | | | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

4/27/22 10:07

ATTORNEYS' EYES ONLY

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record January 01, 2022 - January 31, 2022

Medications

PICC-K-BH-168

**Dexamethasone 4 MG Tablet**
**6 mg**
**(DECADRON)**
Oral DAILY
for DX(Pneumonia ) 480.3
Rx S139375992 O/D:01/10/22 D/C:01/15/22
Prescriber: BRADLEY , ELIZABETH

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | | | | | | | | | | 6 | NA | NA | JL | JL | TT | | | | | | | | | | | | | | | | |

**Eliquis 5 MG Tablet** **5 mg**
**(ELIQUIS)**
Oral TWICE DAILY
for ABF(Personal h) Z86.711
Rx S139375902 O/D:01/10/22 D/C:02/09/22
Prescriber: BRADLEY , ELIZABETH

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | | | | | | | | | | 6 | NA | TT | JL | JL | TT | JM | TT | KK | JL | OO | MP | TT | TT | DB | LM | MP | MP | JP | JM | MP | TT |
| 21:00 | | | | | | | | | | KK | KK | TT | JL | ER | 6 | JM | ER | TT | KK | MP | MP | ER | ER | KK | MM | MP | 6 | ER | BS | ER | ER |

**HumuLIN N 100 UNIT/ML**
**Suspension 10 units**
Subcutaneous INSULIN TWICE DAILY
Rx S137997482 O/D:12/16/21 D/C:02/03/22
Prescriber: HAQUE , MOHAMMED

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06:00 | 6 | 6 | 6 | 6 | 6 | 6 | NA | NA | 6 | OO | NA | NA | OO | 6 | OO | TL | OO | OO | OO | OO | OO | 3 | 6 | OO | NA | OO | OO | OO | 6 | NA | TL |
| 16:00 | 6 | 6 | 6 | 6 | 6 | 6 | NA | 6 | ER | JI | KK | TT | JL | ER | KK | JM | ER | TT | KK | MP | MP | ER | ER | KK | MM | MP | MP | ER | MP | ER | ER |

**HumuLIN R 100 UNIT/ML Solution**
**1 Application**
Injection TWICE DAILY
151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units
Rx S137997492 O/D:12/16/21 D/C:01/10/22
Prescriber: HAQUE , MOHAMMED

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09:00 | 6 | 6 | 6 | 6 | 6 | 6 | NA | NA | 6 | KK | | | | | | | | | | | | | | | | | | | | | |
| 21:00 | 6 | 6 | 6 | 6 | 6 | 6 | NA | 6 | 6 | | | | | | | | | | | | | | | | | | | | | | |

DOB [REDACTED] Sex:M Allergies: NK
PCU: PICC-K-BH-168
Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled
KUNIT,RM15,02 PID #718327
JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

4/27/22 10:07

ATTORNEYS' EYES ONLY

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record January 01, 2022 - January 31, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PICC-K-BH-168** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Levothyroxine Sodium 25 MCG Tablet 1 tablet** Oral DAILY for ABF(Hypothyroi) E03.9 Rx S140744442 O/D:01/30/22 D/C:02/17/22 Prescriber: BRADLEY , ELIZABETH | 09:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | NA | TT |
| **Semglee 20 units** Subcutaneous AT BEDTIME for ABF(Diabetes m) E08.11 Rx S139376302 O/D:01/10/22 D/C:01/18/22 Prescriber: BRADLEY , ELIZABETH | 21:00 | | | | | | | | | | 3 | KK | 6 | JL | ER | 6 | JM | ER | | | | | | | | | | | | | | |
| **Semglee 25 units** Subcutaneous AT BEDTIME for DX(Diabetes m) 250.00 Rx S139924132 O/D:01/18/22 D/C:02/03/22 Prescriber: BRADLEY , ELIZABETH | 21:00 | | | | | | | | | | | | | | | | | | TT | KK | MP | MP | ER | ER | KK | MM | MP | 6 | ER | BS | ER | ER |
| **guaiFENesin 100 MG/5ML 400 mg Syrup (ROBITUSSIN PLAIN)** Oral EVERY 6 HOURS PRN PRN for ABF(Other pneu) J18.8 Rx S139333292 O/D:01/10/22 D/C:01/20/22 Prescriber: BRADLEY , ELIZABETH | | | | | | | | | | | KK | KK | TT | | | | | | KK | | OO | | | | | | | | | | | |
| | | | | | | | | | | | KK | KK | | | | | | | TT | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record January 01, 2022 - January 31, 2022

**PICC-K-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HumuLIN R 100 UNIT/ML Solution CRIC**<br>Injection INSULIN TWICE DAILY PRN<br>PRN<br>for ABF(Diabetes m) E08.11<br>151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units<br>Rx S139375522 O/D:01/10/22 D/C:02/17/22 | | | | | | | | | | | | | TT | | | KK | | | TT | | | | | | | | | | | | | |

Prescriber: BRADLEY , ELIZABETH

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution (PROAIR HFA)** 2 puffs<br>Inhalation EVERY 6 HOURS PRN<br>PRN<br>for ABF(Other pneu) J18.8<br>Rx S139333282 O/D:01/10/22 D/C:02/09/22 | 00:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 06:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 12:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 18:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Prescriber: BRADLEY , ELIZABETH

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

4/27/22 10:07

ATTORNEYS' EYES ONLY

# Philadelphia Department of Prisons

PICC-K-BH-168 Medication Administration Record January 01, 2022 - January 31, 2022

Medications Time 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | |
|---|---|
| BS | Sobers, Bruce Jr., BSN, RN, CCHP |
| DB | Bosman, Darayna |
| ER | Rogers, Erica |
| HS | Scheduler, HCS |
| JI | Idicula, Jims |
| JL | Lee, Jessica |
| JM | Mooney, Jayna |
| JP | Plummer, Jakuira |
| KK | Karo, Khloe |
| LM | Martin, Lakia |
| MM | McKenzie, Melissa |
| MP | Patterson, Madalyn |
| OO | Oloto, Oluwayemisi |
| SF | Famon, Stephanie |
| TL | Little, Toni |
| TT | Thompson, Teri |
| WK | Kofa-Payne, Walea |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-K-BH-168

Diagnosis:Diabetes with ketoacidosis, type II or unspecified type, uncontrolled

KUNIT,RM15,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

4/27/22 10:07

ATTORNEYS' EYES ONLY

# Philadelphia Department of Prisons

PICC-A-BH-168 Medication Administration Record March 01, 2022 - March 31, 2022

**PICC-A-BH-168**

**PICC-A-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abilify 10 MG Tablet 10 mg (ABILIFY) Oral DAILY for ABF(Bipolar di) F31.60 Rx S139351002 O/D:01/10/22 D/C:04/10/22 | 09:00 | 6 | QW | TP | KS | 6 | 3 | 6 | 3 | TH | 3 | 3 | 3 | 1 | TH | AR | 3 | TH | 3 | 3 | TH | KS | TH | TH | TH | TH | CR | CR | TH | TH | 3 | TH |
| Accu Chek - Reading as directed TRT INSULIN TWICE DAILY for DX(Diabetes m) 250.02 Rx S142131572 O/D:02/17/22 D/C:03/19/22 | 06:00 | OO | 6 | SH | 6 | 6 | 3 | 6 | TH | TH | 3 | 3 | AT | 3 | 3 | 6 | TH | TH | TH | 6 | | | | | | | | | | | | |
| | 16:00 | 6 | SH | 6 | DI | ST | KS | DI | 6 | 3 | ST | ST | QB | SL | ST | 3 | QB | ST | 3 | ST | | | | | | | | | | | | |
| Accu Chek - Reading as directed TRT AT BEDTIME for DX(Diabetes m) 250.02 Rx S142131582 O/D:02/17/22 D/C:03/19/22 | 21:00 | 6 | SH | 6 | 6 | ST | 3 | DI | 6 | ST | ST | ST | QB | SL | ST | DI | 6 | ST | 6 | ST | | | | | | | | | | | | |
| Accu Chek - Reading as directed TRT THREE TIMES DAILY for ABF(Type 2 dia) E11.65 Rx S144318332 O/D:03/23/22 D/C:06/21/22 | 09:00 | | | | | | | | | | | | | | | | | | | | | | | 6 | TH | TH | 3 | 3 | TH | TH | 3 | 3 |
| | 17:00 | | | | | | | | | | | | | | | | | | | | | | | 3 | DI | 6 | DI | 6 | DI | ST | ST | |
| | 21:00 | | | | | | | | | | | | | | | | | | | | | | | 3 | 6 | 6 | 3 | 6 | 6 | ST | ST | 1 |

Prescribers: Abilify — Day, Jonathan; Accu Chek (TRT INSULIN TWICE DAILY) — BRADLEY, ELIZABETH; Accu Chek (TRT AT BEDTIME) — BRADLEY, ELIZABETH; Accu Chek (TRT THREE TIMES DAILY) — SAGREIYA, SIDDHARTH

DOB [REDACTED] Sex:M Allergies: NK

PCU: PICC-A-BH-168

Diagnosis:Mixed hyperlipidemia

AUNIT,RM28,01 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

4/1/22 0:32

# Philadelphia Department of Prisons

PICC-A-BH-168 Medication Administration Record March 01, 2022 - March 31, 2022

**PICC-A-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aricept 5 MG Tablet 1 tablet | 21:00 | AK | NA | 6 | DI | ST | KS | DI | NA | ST | ST | ST | QB | SL | ST | DI | QB | ST | DI | ST | DI | QB | DI | QB | DI | MH | DI | MH | DI | ST | ST | 1 |
| Atorvastatin Calcium 20 mg MG Tablet (LIPITOR) 20 | 21:00 | | | | | | | | | | | | | | | | | | | | | | | QB | DI | MH | DI | MH | DI | ST | ST | 1 |
| Eliquis 5 MG Tablet 1 tablet | 09:00 | 6 | QW | TP | KS | 6 | 3 | 6 | 3 | TH | 3 | 3 | 3 | 1 | TH | AR | 3 | TH | 3 | 3 | | | | | | | | | | | | |
| | 21:00 | AK | SH | 6 | DI | ST | KS | DI | MH | ST | ST | ST | QB | SL | ST | DI | QB | ST | DI | ST | | | | | | | | | | | | |
| Eliquis 5 MG Tablet (ELIQUIS) 5 mg | 09:00 | | | | | | | | | | | | | | | | | | | | | | | 6 | TH | TH | CR | CR | TH | TH | 3 | TH |
| | 21:00 | | | | | | | | | | | | | | | | | | | | | | | QB | DI | MH | DI | MH | DI | ST | ST | 1 |

**Aricept 5 MG Tablet** 1 tablet
Oral AT BEDTIME
for ABF(Bipolar di) F31.60
Rx S140006822 O/D:01/19/22 D/C:04/19/22
Prescriber: Kristofor , Matthew

**Atorvastatin Calcium 20 mg MG Tablet (LIPITOR)** 20
Oral BEFORE BEDTIME
for ABF(Mixed hype) E78.2
NO KOP
Rx S144321002 O/D:03/23/22 D/C:06/21/22
Prescriber: SAGREIYA , SIDDHARTH

**Eliquis 5 MG Tablet** 1 tablet
Oral TWICE DAILY
for DX(Diabetes m) 250.02
Previously approved thru 3/11/22
Rx S142131562 O/D:02/17/22 D/C:03/19/22
Prescriber: BRADLEY , ELIZABETH

**Eliquis 5 MG Tablet (ELIQUIS)** 5 mg
Oral TWICE DAILY
for ABF(Personal h) Z86.711
NO KOP[non formulary completed]
Rx S144318712 O/D:03/23/22 D/C:06/21/22
Prescriber: SAGREIYA , SIDDHARTH

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-A-BH-168

Diagnosis:Mixed hyperlipidemia

AUNIT,RM28,01 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

4/1/22 0:32

ATTORNEYS' EYES ONLY

# Philadelphia Department of Prisons

PICC-A-BH-168 Medication Administration Record March 01, 2022 - March 31, 2022

PICC-A-BH-168

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HumuLIN N 100 UNIT/ML Suspension 10 units**<br>Subcutaneous INSULIN EVENING<br>for DX(Diabetes m) 250.02<br>Rx S142131522 O/D:02/17/22 D/C:03/19/22<br>Prescriber: BRADLEY , ELIZABETH | 16:00 | 6 | NA | 6 | DI | ST | KS | DI | MH | 3 | ST | ST | QB | SL | ST | 3 | QB | ST | 3 | ST | | | | | | | | | | | | |
| **HumuLIN N 100 UNIT/ML Suspension 35 units**<br>Subcutaneous INSULIN MORNING<br>for DX(Diabetes m) 250.02<br>Rx S142323442 O/D:02/21/22 D/C:03/19/22<br>Prescriber: BRADLEY , ELIZABETH | 06:00 | OO | 6 | SH | 6 | 6 | 3 | 6 | TH | TH | 3 | 3 | AT | 3 | 3 | 6 | TH | TH | 3 | 6 | | | | | | | | | | | | |
| **HumuLIN N 100 UNIT/ML 20 units Suspension (HUMULIN N)**<br>Subcutaneous INSULIN TWICE DAILY<br>for ABF(Type 2 dia) E11.65<br>NET PROFILE<br>Rx S144318302 O/D:03/23/22 D/C:06/21/22<br>Prescriber: SAGREIYA , SIDDHARTH | 06:00 | | | | | | | | | | | | | | | | | | | | | | | 6 | TH | TH | 3 | 3 | TH | TH | 3 | 3 |
| | 16:00 | | | | | | | | | | | | | | | | | | | | | | | 3 | DI | 1 | DI | 6 | DI | ST | ST | |
| **Levothyroxine Sodium 25 MCG Tablet 1 tablet**<br>Oral DAILY<br>for DX(Diabetes m) 250.02<br>Rx S142131552 O/D:02/17/22 D/C:03/23/22<br>Prescriber: BRADLEY , ELIZABETH | 09:00 | 6 | NA | TP | KS | 6 | 3 | 6 | 3 | TH | 3 | 3 | 3 | 1 | TH | AR | 3 | TH | 3 | 3 | TH | KS | TH | TH | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-A-BH-168

Diagnosis:Mixed hyperlipidemia

AUNIT,RM28,01 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

4/1/22 0:32

# Philadelphia Department of Prisons

PICC-A-BH-168 Medication Administration Record March 01, 2022 - March 31, 2022

**PICC-A-BH-168**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Levothyroxine Sodium 25 MCG Tablet 1 tablet**<br>Oral DAILY<br>for ABF(Hypothyroi) E03.9<br>NO KOP<br>Rx S144318532 O/D:03/23/22 D/C:06/21/22<br>Prescriber: SAGREIYA , SIDDHARTH | 09:00 | | | | | | | | | | | | | | | | | | | | | | | 6 | TH | TH | CR | CR | TH | TH | 3 | TH |
| **Semglee 18 units**<br>Subcutaneous AT BEDTIME<br>for DX(Diabetes m) 250.02<br>Rx S142131542 O/D:02/17/22 D/C:03/19/22<br>Prescriber: BRADLEY , ELIZABETH | 21:00 | 6 | NA | 6 | DI | ST | KS | DI | MH | ST | ST | ST | QB | SL | ST | DI | QB | ST | DI | ST | | | | | | | | | | | | |
| **Semglee 20 units**<br>Subcutaneous BEFORE BEDTIME<br>for ABF(Type 2 dia) E11.65<br>NET PROFILE<br>Rx S144318312 O/D:03/23/22 D/C:06/21/22<br>Prescriber: SAGREIYA , SIDDHARTH | 21:00 | | | | | | | | | | | | | | | | | | | | | | | 3 | 6 | 1 | DI | 6 | DI | ST | ST | 1 |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-A-BH-168

Diagnosis:Mixed hyperlipidemia

AUNIT,RM28,01 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

4/1/22 0:32

ATTORNEYS' EYES ONLY

# Philadelphia Department of Prisons

PICC-A-BH-168 Medication Administration Record March 01, 2022 - March 31, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PICC-A-BH-168** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 UNIT/ML Solution CRIC** Injection INSULIN TWICE DAILY PRN PRN for DX(Diabetes m) 250.02 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units Rx S142131532 O/D:02/17/22 D/C:03/19/22 | | | | SH | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Prescriber: BRADLEY , ELIZABETH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 UNIT/ML Solution (HUMULIN R) as directed** Injection INSULIN TWICE DAILY PRN PRN for ABF(Type 2 dia) E11.65 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units Rx S144318322 O/D:03/23/22 D/C:06/21/22 | | | | | | | | | | | | | | | | | | | | | | | | | TH | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | TH | | | | | | | |
| Prescriber: SAGREIYA , SIDDHARTH | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-A-BH-168

Diagnosis:Mixed hyperlipidemia

AUNIT,RM28,01 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

# Philadelphia Department of Prisons

PICC-A-BH-168 Medication Administration Record March 01, 2022 - March 31, 2022

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| AK | King, Angelique |
| AR | Rodriquez, Adrian |
| AT | Thomas-Kayyalathu, Annamma |
| CR | Richards, Chakasha |
| DI | Ingram, Darrah |
| HS | Scheduler, HCS |
| KS | Sampson, Kmyra |
| MD | Davis, Mary |
| MH | Hathaway, Marianne |
| NW | Welsh, Nicole |
| OO | Oloto, Oluwayemisi |
| QB | Benson, Quiana |
| QW | Wilson, Quincy |
| SH | Hinkle, Stacy |
| SL | Lightfoot, Shonda |
| ST | Tindley, Stephanie |
| TH | Hill, Teresa |
| TP | Polston, Toia |

DOB [redacted] Sex:M Allergies: NK

PCU: PICC-A-BH-168

Diagnosis:Mixed hyperlipidemia

AUNIT,RM28,01 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

4/1/22 0:32

# Philadelphia Department of Prisons

CFCF-UNK Medication Administration Record December 01, 2021 - December 31, 2021

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CFCF-UNK** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **CFCF-UNK** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Accu Chek - Reading** 1 Application<br>TRT TWICE DAILY<br>Rx S137997502 O/D:12/16/21 D/C:02/14/22 | 09:00 | | | | | | | | | | | | | | | | 6 | 6 | EF | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| | 21:00 | | | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| Prescriber: HAQUE , MOHAMMED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN N 100 UNIT/ML 10 units Suspension (HUMULIN N)**<br>Subcutaneous INSULIN TWICE DAILY<br>Rx S137997482 O/D:12/16/21 D/C:02/14/22 | 06:00 | | | | | | | | | | | | | | | | 6 | 6 | EF | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| | 16:00 | | | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| Prescriber: HAQUE , MOHAMMED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 1 Application UNIT/ML Solution (HUMULIN R)**<br>Injection TWICE DAILY<br>151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units<br>Rx S137997492 O/D:12/16/21 D/C:02/14/22 | 09:00 | | | | | | | | | | | | | | | | 6 | 6 | EF | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| | 21:00 | | | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| Prescriber: HAQUE , MOHAMMED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-UNK

Diagnosis:

OPENWARD,NAZARETH02,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

1/5/22 14:47

ATTORNEYS' EYES ONLY

# Philadelphia Department of Prisons

CFCF-UNK Medication Administration Record December 01, 2021 - December 31, 2021

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| | |
|---|---|
| EF | Fevrier, Eujudice |
| HS | Scheduler, HCS |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-UNK

Diagnosis:

OPENWARD,NAZARETH02,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

1/5/22 14:47

ATTORNEYS' EYES ONLY

# Philadelphia Department of Prisons

CFCF-UNK Medication Administration Record December 01, 2021 - December 31, 2021

**CFCF-UNK**

**CFCF-UNK**

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Accu Chek - Reading** 1 Application TRT TWICE DAILY Rx S137997502 O/D:12/16/21 D/C:02/14/22 | 09:00 | | | | | | | | | | | | | | | | 6 | 6 | EF | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| | 21:00 | | | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| Prescriber: HAQUE , MOHAMMED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN N 100 UNIT/ML 10 units Suspension (HUMULIN N)** Subcutaneous INSULIN TWICE DAILY Rx S137997482 O/D:12/16/21 D/C:02/14/22 | 06:00 | | | | | | | | | | | | | | | | 6 | 6 | EF | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| | 16:00 | | | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| Prescriber: HAQUE , MOHAMMED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **HumuLIN R 100 1 Application UNIT/ML Solution (HUMULIN R)** Injection TWICE DAILY 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units Rx S137997492 O/D:12/16/21 D/C:02/14/22 | 09:00 | | | | | | | | | | | | | | | | 6 | 6 | EF | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| | 21:00 | | | | | | | | | | | | | | | | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |
| Prescriber: HAQUE , MOHAMMED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-UNK

Diagnosis:

OPENWARD,NAZARETH02,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

1/1/22 0:38

# Philadelphia Department of Prisons

CFCF-UNK Medication Administration Record December 01, 2021 - December 31, 2021

Medications Time 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31

| | |
|---|---|
| EF | Fevrier, Eujudice |
| HS | Scheduler, HCS |

DOB [redacted] Sex:M Allergies: NK

PCU: CFCF-UNK

Diagnosis:

OPENWARD,NAZARETH02,02 PID #718327

JUNG, LOUIS W

1 - No Show
2 - Not Admin
3 - Refused
4 - KOP
5 - Hold
6 - Not documented
7 - Not Admin/ On Hold

**Prior to May 4, 2020 an issue was identified with the medication ordering interface. Users will need to review the eMAR to determine if all orders and administrations are represented on this MAR report.**

718327

# Exhibit 18

# YesCare Policy: Refusal of Medication or Clinical Encounter

| General Health Services Policy & Procedure | | YesCare |
|---|---|---|
| Curran-Fromhold Correctional Facility | | |
| Title: Refusal of Medication or Clinical Encounter | | Revised: 12/22<br>Reviewed: 11/19, 01/20, 05/21 |
| NCCHC: Important | ACA: Mandatory | No: J-G-05.01 |

## POLICY:

**Patients have a right to refuse medication and clinical encounters. Health staff has the responsibility to educate the patient on their treatment plan and to inform the patient of the potential consequences of refusal.**

## PURPOSE:

Provide guidance for health staff on YesCare's approach and expectations regarding patients who exercise their right to refuse medication and clinical encounters during their incarceration. This applies to onsite, offsite, and telehealth encounters.

The goal is to encourage all patients to comply with and adhere to the recommended treatments established through the Nursing Encounter Tools (NETs) and provider's orders. When this is not possible due to patient choice, YesCare staff will provide continuing care while communicating and motivating patients towards adherence with recommended treatment.

| | PROCEDURE STATEMENTS | FACILITY GUIDANCE |
|---|---|---|
| 1 | For **ALL** medication and clinical encounter refusals, the following must occur:<br>➢ Documentation of refusal on an approved form that includes the following:<br>• Name of medication or type of clinical encounter being refused (including location of encounter)<br>• Information on the specific risks of not complying with the recommendation<br>• Signature that the patient has been informed of potential consequences to their health that may occur as a result of the refusal<br>• Reason for refusal | Available YesCare form:<br>• Refusal of Services (CS1601)<br>Meticulous documentation is essential to ensure that the details of refusals are available for all providers<br>Education regarding their condition, treatment plan, and potential consequences of refusal should occur at every encounter with the patient and be documented in the health record |

**REFERENCES**

**NCCHC:** Standards for Health Services in Jails 2018, J-G-05
**NCCHC:** Standards for Mental Health Services in Correctional Facilities 2015, MH-I-04 **ACA:** Standards for Adult Local Detention Facilities 4th Edition, 4-ALDF-4D-15
**ACA:** 2016 Standards Supplement – no revisions

© 2018 YesCare

| Curran-Fromhold Correctional Facility | | |
|---|---|---|
| Title: Refusal of Medication or Clinical Encounter | | Revised: 12/22<br>Reviewed: 11/19, 01/20, 05/21 |
| NCCHC: Important | ACA: Mandatory | No: J-G-05.01 |

| | PROCEDURE STATEMENTS | FACILITY GUIDANCE |
|---|---|---|
| 1 (cont'd) | • Signature of the patient<br>• Signature of a health staff witness | In the event the patient does not sign the refusal form, it is noted on the form by the health staff and an additional witness signs the form |
| 2 | Sick Call Clinic is a patient driven request, therefore, if the patient declines a visit, documentation of refusal will be obtained and filed in the health record | If the nurse feels this patient's clinical situation requires a provider to assess, then the nurse may refer the patient to the next available provider's clinic |
| 3 | Chronic Care is a provider driven component, therefore, if the patient declines a visit, the following should occur:<br>➢ Documentation of refusal will be obtained<br>➢ The patient will be rescheduled for the next available chronic care clinic after the first refusal<br>➢ If a patient refuses a second time:<br>• Documentation of refusal will be obtained<br>• The provider will be notified for further orders and disposition<br>• The provider will refer the patient to behavioral health for a consultation regarding clinical capacity for health care decision making<br>• Behavioral health will perform clinical capacity evaluation and follow up in thirty (30) days and/or as medically necessary | The patient is not to be discharged from the chronic care clinic as long as they have a chronic diagnosis |

**REFERENCES**

**NCCHC:** Standards for Health Services in Jails 2018, J-G-05
**NCCHC:** Standards for Mental Health Services in Correctional Facilities 2015, MH-I-04 **ACA:** Standards for Adult Local Detention Facilities 4th Edition, 4-ALDF-4D-15

© 2018 YesCare

**ACA:** 2016 Standards Supplement – no revisions

© 2018 YesCare

| Curran-Fromhold Correctional Facility | | |
|---|---|---|
| Title: Refusal of Medication or Clinical Encounter | | Revised: 12/22<br>Reviewed: 11/19, 01/20, 05/21 |
| NCCHC: Important | ACA: Mandatory | No: J-G-05.01 |

| | PROCEDURE STATEMENTS | FACILITY GUIDANCE |
|---|---|---|
| 4 | There are two categories of chronic care medications, documentation of refusals will be obtained for both:<br>➢ CRITICAL MEDICATIONS<br>• **See Procedure Statement 5**<br>➢ NON-CRITICAL MEDICATONS<br>• **See Procedure Statement 8** | All medication refusals will be clearly documented on the Medication Administration Record (MAR)<br>The provider will refer the patient to behavioral health for a consultation regarding clinical capacity for health care decision making<br>Behavioral health will perform clinical capacity evaluation and follow up in thirty (30) days and as medically necessary |
| 5 | Notify provider for orders and disposition if the patient refuses or misses <u>**one**</u> dose of any of the following **critical medications**:<br>➢ Antiarrhythmic<br>➢ Antipsychotics<br>➢ Cancer treatment<br>➢ Chronic steroid treatment<br>➢ Coumadin<br>➢ Dialysis treatment<br>➢ Insulin<br>➢ Organ transplant treatment<br>➢ Plavix<br>➢ Seizure treatment<br>➢ Other medicines as deemed clinically appropriate | Available YesCare form:<br>• Refusal of Medication Helpful Reminders (NA9610)<br>Nursing staff will use their clinical judgment and notify providers for any refused medications when they deem it necessary even if the medications are not considered critical |

**REFERENCES**

**NCCHC:** Standards for Health Services in Jails 2018, J-G-05

© 2018 YesCare

**NCCHC:** Standards for Mental Health Services in Correctional Facilities 2015, MH-I-04 **ACA:** Standards for Adult Local Detention Facilities 4th Edition, 4-ALDF-4D-15
**ACA:** 2016 Standards Supplement – no revisions

© 2018 YesCare

# Exhibit 19

# PDP Policy 4.E.13, Inmate Refusal of Health Care Services

| PHILADELPHIA PRISONS<br>POLICIES & PROCEDURES | **Policy Number**<br>4.E.13 | **Page** 1<br>**of** 3 |
|---|---|---|
| **Part: IV** - Institutional Services<br>**Section: E** - Health Services | **Related Pennsylvania Minimum Standards:**<br>Title 37 Pa Code § 95.232<br>**NCCHC Standards:** J-D-05, J-G-02, J-I-06<br>**Related ACA Standards:** 4-ALDF-4D-15, 4-ALDF-4D-17, 2-CO-4E-01 | |
| **Subject:** Inmate Refusal of Health Care Services | **Supersedes:** Policy 4.E.13 signed on January 20, 2011 | |
| **Approved:** ______ Commissioner | **Signature Date:** December 12, 2014 | |
| **Effective Date:** January 12, 2014 | **Scheduled PAD Review:** Annually<br>**Scheduled Commissioner's Review:** December 12, 2018 | |

**Purpose**

The purpose of this policy is to determine the course of action to be taken when an inmate of the Philadelphia Prison System (PPS) refuses medical or behavioral screening, examination, treatment, and/or other clinical services.

**Policy**

It is the policy of the PPS to respect the right of any inmate to refuse medical treatment; however, the PPS will reserve the right to protect the health of staff, other inmates, and the public. Depending upon the circumstances, the PPS, in conjunction with the physical and behavioral health care provider(s) (provider), may take appropriate action, such as medical isolation or legal action, to protect the health and safety of staff and other inmates.

**Procedural Overview**

***Refusal to Submit to Initial Intake Health Screening***

The PPS Intake Health Screening Instrument is a series of questions and observations designed to assess a newly-admitted inmate's current physical, dental, and behavioral health status and history. The questionnaire portion of the screening instrument calls for the inmate to give answers to a series of questions asked by provider's staff. In cases where an inmate is non-responsive or uncooperative, provider's staff will document their observations and the inmate's refusal to cooperate in the electronic medical record and generate an emergency behavioral health referral.

If the inmate cannot be persuaded to cooperate, provider's staff will indicate this on the Intake Health Screening Instrument Questionnaire. Copies of the Non-Confidential Intake Health Information for PPS Staff (Custodial Information) will be placed into the inmate's central file. An inmate's refusal to cooperate will be reflected on the automated screen of the IJMS via the interface with the electronic medical record. Inmates who refuse the intake evaluation will be referred for an emergency behavioral health evaluation,

placed in isolation, and seen daily by the medical provider. The provider and PPS staff will continue to encourage the inmate to consent to the evaluation.

The PPS will not risk the health of other inmates, staff, or the public by allowing an inmate who refuses an intake evaluation, whose condition is therefore unknown, to mix with other individuals. Inmates who do not cooperate during the initial intake health screening will be isolated and observed in a cell in intake housing. Standard precautions will be used in all inmate encounters (refer to PPS Policy and Procedure 4.E.2, Intake Health Activities in the Receiving Room, PPS Policy and Procedure 4.E.3, Medical Assessment and Clearance of Inmates for Transfer to General Population, and PPS Policy and Procedure 4.E.7, Access to Care). The provider will send a notice to Center Control, the Admission and Diagnostic Unit, the Movement Coordinator, and the Receiving Room Sergeant notifying them of the isolation of an inmate who refuses examination and testing, and when the inmate agrees to and completes screening.

***Refusal to Submit to Skin Implants***

Part of the initial intake health screening (refer to PPS Policy and Procedure 4.E.2, Intake Health Activities in the Receiving Room) is the tuberculin implant. Newly-admitted inmates who may or may not have cooperated with the initial intake screening may refuse to submit to this procedure.

Inmates who do not submit to the skin implants will be escorted to a designated area for housing in medical isolation and offered a chest x-ray. Until the provider's staff can determine the risk to staff, other inmates, or the public of communicable diseases that have an adverse effect on the general inmate population such as tuberculosis, an inmate whose condition is unknown must be isolated from all other individuals except the provider or PPS staff, who must take the proper standard precautions against the disease (refer to PPS Policy and Procedure 4.E.18, Management of Inmates with Communicable and Sexually Transmissible Diseases).

Provider's physician will review each refusal, on a case-by-case basis, to determine alternatives for refusal based on recognized religious reasons.

***Medical Assessment and Clearance***

Each day, provider's staff will prepare a list of newly-admitted inmates who must be scheduled for medical clearance by having the results of their skin implant observed. Provider's staff will schedule appointments for the inmates to be examined. Security staff will escort these inmates to the appropriate health services area.

Provider's staff must see an inmate daily if the inmate is in medical lock-in status or isolation. The provider must document the encounter and any continued refusals.

ATTORNEYS' EYES ONLY Jung - City Production000167

***Refusal of Ongoing Medical Care***

Although an inmate has the right to refuse medical treatment, he/she does not have the right to refuse medical isolation or other restrictive housing assignments. The right of refusal will not apply when the life of the inmate or the safety and/or well-being of the general population or staff is at risk.

It is the responsibility of the provider's staff to assure that the inmate understands:

- the purpose of the procedure, treatment, or medication offered;
- the risk and potential consequences of refusing the care; and
- all possible appropriate alternative treatment modalities that are available.

In order to foster understanding, provider's staff will verbally explain the above factors and request that the inmate repeat back what was explained in his/her own words (refer to PPS Policy and Procedure 4.E.12, Informed Consent).

An inmate refusing treatment will complete and sign the "Release of Responsibility" form in the presence of the provider's staff. A provider staff member and a PPS staff member (witness) will also countersign this document. If the inmate refuses to sign the "Release of Responsibility" form, the nurse or physician will write on the form: "Inmate refused to sign form." Additionally, the nurse or physician and a security staff witness will sign this document which will be entered in the inmate's medical record, and reflected in the IJMS via the electronic medical record interface. Non-provider staff will be aware of the inmate's refusal based on the notation in the IJMS.

An inmate refusing medical care will be informed by provider's staff that he/she will not be denied other medical care should a particular item of treatment be refused. An inmate may change his/her mind at anytime and receive the appropriate treatment.

In the event that an inmate refuses significant medical care recommended by the provider's staff and the refusal poses serious, potentially life-threatening consequences, the inmate will be referred for a behavioral health evaluation for an opinion on his/her mental competence to refuse. If appropriate, provider's staff should also refer the inmate to Restorative and Transitional Services staff. Legal consultation can also be obtained when an inmate's competence to refuse medical care is in question, except in the case of advanced directives.

An inmate with a communicable disease, orthopedic device, and/or any acute medical problem requiring observation or emergency intervention will be housed according to sound medical judgment, with the approval of the facility Health Service Administrator (HSA) and the Warden.

# Exhibit 20

# Jung Refusal Forms

**Philadelphia Department of Prisons**

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☐ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 3/2/22 Time: 16:00

Name: JUNG LOUIS PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☒ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☒ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal: accucheck and/or insulin

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) "It Hurts"

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe): failure to monitor and treat pre-diabetes or diabetes can increase the risk of irreversible damage to the brain, heart, kidneys, eyes, and blood vessels and can lead to death.

YesCare 0316

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☒ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

______________________ PP# ____________ Date: __________ Time: __________

Patient Signature

☒ Patient refuses to sign

[signature], DO Date: 3/2 Time: 1000

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

[signature] Date: 3/2 Time: 1000

Witness Signature

## Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☐ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 3/6/22 Time: 4:42 Inmate Name: Jung Lewis
PP#: 718327 Date of Birth: Sex: M
Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF
Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit
☐ PHSW

**REFUSING: Hep A Vaccine**

Patient is refusing to accept the following service(s)/recommendation(s):
☐ AM Medication: (list)
☐ P.M. Medication: (list)
☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic
☐ Off-Site Clinic ☐ Dental Treatment:
☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal: alert insulin

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:
(Specify)
I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.
Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

## Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP); all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# ____ Date: ____ Time: ____
☐ Patient refuses to sign

Date: 3/6/22 Time: 4:42
☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature B. Shumaker

Witness Signature Date: 3/6/22 Time: 4:42

YesCare 0318

 # Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ● Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 1/17/22 Time: 11:34 718327

Name: Jung, Louis PPN: Date of Birth: Sex: m

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ● DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ● Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal: LABS - Rapid HIV

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) Don't want it

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: ______ Time: ______

Patient refuses to sign

Behavioral Health Signature Dental Staff Signature Medical Staff Signature Date: 1-17-22 Time: 11:44

Witness Signature Date: 1-17-22 Time: 11:44



718327

# Philadelphia Department of Prisons Refusal Form

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☒ P.M. Medication: (list) semglee 20 units, HS accu check

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) "i dont want it done"

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe): explained risks of hyperglycemia, death, verbalized understanding.

**REFUSAL STATEMENTS:**

***Medication Refusal Statement***

☒ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical, behavioral health and dental issues that may occur.

**SIGNATURES**

______________ PP# 718327 Date: 1/10/22 Time: 2100

Patient Signature

☒ Patient refuses to sign

[signature] Date: 1/10/22 Time: 2100

☐ Behavioral Health Signature ☒ Medical Staff Signature

[signature] Date: 1/10/22 Time: 2100

Witness Signature

# Philadelphia Department of Prisons Refusal Form

**ORM TITLE:**

Release of Responsibility ☐ Refusal of Behavioral Health ☑ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 6.16.22 Time: 10:00AM
PP#: 718327 Inmate Name: Jung, Louis
Date of Birth: — Sex: M
Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF
Housing Location ☑ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit
☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):
☐ AM Medication: (list)
☐ P.M. Medication: (list)
☐ Sick Call ☑ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic
☐ Off-Site Clinic ☐ Dental Treatment:
☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal:

**ASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

ı refusing the above services for the below reason:
:ify) Refused to get bloodwork
erstand the following possible risks, complications, and/or side effects are involved in refusing clinical services.
ial Risks Explained to Inmate (Describe):

**L STATEMENTS:**

***al Health Refusal Statement***

*wn free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the /State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare ny harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral that may occur.*



# Philadelphia Department of Prisons Refusal Form

***)ental Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in efusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that nay result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain ind submit sick call slips in the future for any dental issues that may occur.

***Vedical Refusal Statement***

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in efusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may esult from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and ubmit sick call slips in the future for any medical issues that may occur.

**;IGNATURES**

PP# 718327 Date: 6-16-22 Time: 10:00AM

'atient Signature

☑ Patient refuses to sign

Date: 6-16-22 Time: 10:00AM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

Date: 6-16-22 Time: 10:00AM

Vitness Signature

# Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☑ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 05/31/2022 Time: 3:25PM Inmate Name: Jung, Louis

PP#: 718327 Date of Birth: [redacted] Sex: Male

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☑ P.M. Medication: (list) Refused 4P accuchek + NPH 30 units Insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED (& refused to get OOB)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

I, of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral issues that may occur.



# Philadelphia Department of Prisons Refusal Form

***Dental Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in efusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that nay result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain ınd submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

✓ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in efusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may esult from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and ubmit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

__________ PP# 718327 Date: 05/31/2022 Time: 3:25PM

Patient Signature

✓ Patient refuses to sign

[signature] Date: 05/31/2022 Time: 3:25PM

✓ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature

CO R. [signature] Date: 05/31/2022 Time: 3:25PM

Witness Signature



Philadelphia Department of
Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 5/18/2022 Time: 7:00 Am

Name: Jung, Louis PP#: 718327 Date of Birth: [redacted] Sex: male

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic ☑ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☑ Other Refusal: clinic trip

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) "I don't want to go"

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

otential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

[signature] Patient Signature PP# 718372 Date: 5-18-22 Time: 7:00Am

☐ Patient refuses to sign

[signature] ☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature Date: 5/18/22 Time: 7:00Am

[signature] Witness Signature Date: 5/18/22 Time: 7:00Am



# Philadelphia Department of Prisons Refusal Form

ORM TITLE:

Release of Responsibility ☐ Refusal of Behavioral Health ☐ Refusal of Clinical Services

EMOGRAPHICS:

Date: 5/14/22 Time: 4:10a Inmate Name:

PP#: 718327 Date of Birth: Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

REFUSING:

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal: Bru Insulin

REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

REFUSAL STATEMENTS:

***Behavioral Health Refusal Statement***

I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.



# Philadelphia Department of Prisons Refusal Form

***Dental Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in efusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that nay result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain ınd submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in efusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may esult from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and ubmit sick call slips in the future for any medical issues that may occur.

**IGNATURES**

________________ PP# ________ Date: ______ Time: ______

Patient Signature

☐ Patient refuses to sign

______________________ Date: 5/14/22 Time: 4:20 am

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature [signature]

______________________ Date: 5/14/22 Time: 4:20 am

Witness Signature [signature]

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 05/13/2022 Time: 3:30 PM

Name: JUNG, LOUIS PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☑ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused AP accuchecks & NPH 20 units insulin SQ

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 05/13/2022 Time: 3:30 PM

☐ Patient refuses to sign

Behavioral Health Signature ☐ Dental Staff Signature Date: 05/13/22 Time: 3:30 PM

☑ Medical Staff Signature

Witness Signature Date: 05/13/2022 Time: 3:30 PM

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 05/12/2022 Time: 8:35PM

Name: Jung, Louis PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused (Accuchuck) Semglee 20 units insulin Subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☑ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

[signature] Patient Signature PP#______ Date: 05/12/2022 Time: 8:35PM

☒ Patient refuses to sign

[signature] Date: 05/12/2022 Time: 8:35PM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

[signature] Date: 05/12/2022 Time: 8:35PM

Witness Signature



# Philadelphia Department of Prisons Refusal Form

ORM TITLE:

Release of Responsibility ☐ Refusal of Behavioral Health ☐ Refusal of Clinical Services

DEMOGRAPHICS:

Date: 5/8/22 Time: 4:10 Inmate Name: Gary Lowe
PP#: 718327 Date of Birth: Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

REFUSING:

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal: Accu Insulin

REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

REFUSAL STATEMENTS:

*Behavioral Health Refusal Statement*

I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.



# Philadelphia Department of Prisons Refusal Form

***Dental Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in efusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that nay result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain ınd submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

✓ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in efusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may esult from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and ubmit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

__________ PP# __________ Date: ______ Time: ______

Patient Signature

☐ Patient refuses to sign

____________________ Date: 5/8/21 Time: 4.10 am

☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature

NS ____________________ Date: 5/8/21 Time: 4.10 am

Witness Signature

## Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☐ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 5/7/21 Time: 4.10am Inmate Name:

PP#: 718327 Date of Birth: Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal: Acc insulin

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

I, of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

# Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in efusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that nay result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in efusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may esult from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and ubmit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# ______ Date: ______ Time: ______

Patient refuses to sign

Date: 5/7/22 Time: 4:10a

Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

Witness Signature Date: 5/7/22 Time: 4:10a

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 05/04/2022 Time: 8:50 PM

Name: Jung, Louis PP#: 718327 Date of Birth: [redacted] M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused accucheck and Semglee 20 units insulin sub-cut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

*I am refusing the above services for the below reason:*

*(Specify)*

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

[signature] Patient Signature PP# 718327 Date: 05/04/2022 Time: 8:50 PM

☑ Patient refuses to sign

[signature] ☐ Behavioral Health Signature ☐ Dental Staff Signature Date: 05/04/2022 Time: 8:50 PM ☑ Medical Staff Signature

CO M. Rahman Witness Signature Date: 5/4/22 Time: 8·50 Pm

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 04/26/2022 Time: 3:40 PM

Name: Jung, Louis PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) 4PM Accucheck and NPH 30 units ins. Subcut,

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

*I am refusing the above services for the below reason:*

*(Specify)*

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

_______________ PP# 718327 Date: 04/26/2023 Time: 3:40 PM

Patient Signature

☒ Patient refuses to sign

[signature]

☐ Behavioral Health Signature ☐ Dental Staff Signature Date: 04/26/2023 Time: 3:40 PM

☒ Medical Staff Signature

[signature] Date: 04/26/2023 Time: 3:40 PM

Witness Signature



Philadelphia Department of
Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 07/23/2022 Time: 3:35PM

Name: Jung, Louis PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 4PM accucheck AND NPH 30 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

*I am refusing the above services for the below reason:*

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature ______ PP# ______ Date: 04/23/2022 Time: 3:35PM

☐ Patient refuses to sign

[signature]

☐ Behavioral Health Signature ☐ Dental Staff Signature Date: 04/23/2022 Time: 3:35PM ☐ Medical Staff Signature

CO mcahman

Witness Signature Date: 04/23/2022 Time: 3:35PM

## Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☐ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 4/23/22 Time: Inmate Name: Jung Louis

PPN: 718327 Date of Birth: Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit

☐ PHSW

**REFUSING:** Hep A Vaccine

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal: All ✓ Insulin

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

## Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP); all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature ______ PPN ______ Date: ______ Time: ______

☐ Patient refuses to sign

______ Date: 4/23/22 Time: 4.20

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature [signature]

Witness Signature [signature] Date: 4/23/22 Time: 4.20 PM



# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 04/20/2022 Time: 9:10 PM

Name: JUNG, Louis PP#: 718327 Date of Birth: Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☑ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused accuchek & Semglee 20 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

YesCare 0753



Philadelphia Department of
Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☒ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: APRIL 18, 2022 Time: 3:25 PM

Name: Jung, Louis W PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☒ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☒ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☒ P.M. Medication: (list) 4P Accuchek & NPH 20 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 04/18/2022 Time: 3:25PM

☒ Patient refuses to sign

[signature] Date: 04/18/2022 Time: 3:25PM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

Date: 04/18/2022 Time: 3:25PM

CO mcahman

Witness Signature



Philadelphia Department of
Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 04/15/2022 Time: 3:30 PM

Name: Jung, Louis PP#: 718327 Date of Birth: Sex:

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused accuchek and NPH 20 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature ____________ PP# 718327 Date: 04/15/2022 Time: 3:30 PM

☒ Patient refuses to sign

[signature], LPN Date: 04/15/2022 Time: 3:30 PM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

[signature] Date: 04/15/2022 Time: 3:30 PM

Witness Signature

## Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☐ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 4/16/22 Time: Inmate Name: Jung Louis

PP#: 718327 Date of Birth: Sex:

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☒ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING: Hep A Vaccine**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal: Already [illegible]

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

## Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP); all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# ______ Date: ______ Time: ______

☐ Patient refuses to sign

Date: 4/16 Time: 4:10

☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature

Date: 4/16 Time: 4:05

Witness Signature

## Philadelphia Department of Prisons Refusal Form

718327

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☑ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 4/15/22 Time: 5A Inmate Name: Jung Louis

PID: Date of Birth: Sex: Male

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAS ☑ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:** Hep A Vaccine

Patient is refusing to accept the following service(s)/recommendation(s):

☑ AM Medication: (list) Inmate Refused All Am Health Services

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

Behavioral Health Refusal Statement

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

## Philadelphia Department of Prisons Refusal Form

Dental Refusal Statement

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

Medical Refusal Statement

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES:**

Refused As Per C/O | PID 718327 | Date: 4/15/22 | Time: 5A

Patient Signature

☑ Patient refuses to sign

[signature] Date: 4/15/22 Time: 5A

☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature

[signature] Date: 4/15/22 Time: 5A

Witness Signature

YesCare 0760



# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 04/14/2022 Time: 3:30 PM

Name: Jung, Louis W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) NPH 20 units insulin subcut. (and accucheck)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature ______ PP# 718327 Date: 04/14/2022 Time: 3:30AM

☑ Patient refuses to sign

[signature] Date: 04/14/2022 Time: 3:30PM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

CO Meahman Date: 04/14/2022 Time: 3:30PM

Witness Signature

## Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☐ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 4/10/22 Time: 430am Inmate Name: Lewis Jurg
PP#: 718327 Date of Birth: Sex: M
Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☒ PICC ☐ RCF
Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit
☐ PHSW

**REFUSING: Hep A Vaccine**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal: accc ... [illegible]

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare providers of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

## Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP); all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# ______ Date: ______ Time: ______

☐ Patient refuses to sign

Date: 4/10/22 Time: 430am

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature [signature]

[signature]
Witness Signature Date: 4/10/22 Time: 4:30am



# Philadelphia Department of Prisons Refusal Form

ORM TITLE:

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☑ Refusal of Clinical Services

DEMOGRAPHICS:

Date: 4-6-22 Time: 12:30 Inmate Name: Jung, Louis

PP#: 718327 Date of Birth: — Sex: —

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location ☑ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

REFUSING:

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☑ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal:

REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:

am refusing the above services for the below reason:

pecify) Refused blood work

nderstand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

tential Risks Explained to Inmate (Describe):

USAL STATEMENTS:

*avioral Health Refusal Statement*

my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the ounty/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare er of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the lphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral ssues that may occur.

# Philadelphia Department of Prisons Refusal Form

***)ental Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in efusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that nay result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain ind submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

✓ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in efusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may esult from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and ubmit sick call slips in the future for any medical issues that may occur.

**iIGNATURES**

______________ PP# 718327 Date: 4-6-22 Time: 12:30pm

'atient Signature

✓ Patient refuses to sign

J. Soto Date: 4-6-22 Time: 12:30pm

Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

Slloyd Date: 4/6/22 Time: 822

/itness Signature

## Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☐ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 4/6/22 Time: 4:30 AM Inmate Name:

PP#: 718327 Date of Birth: Sex:

Facility: ☐ ASDCU ☐ ASD-MOD 3 ☐ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location ☑ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit

☐ PHSW

**REFUSING:** Hep A Vaccine

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☑ Other Refusal: AM Insulin & Accu

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

## Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 4/6/22 Time: 4:30 AM

☑ Patient refuses to sign

Date: 4/6/22 Time: 4:30 AM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature

C/O C. Diaz

Witness Signature Date: 4/6/22 Time: 4:30 AM

## Philadelphia Department of Prisons Refusal Form

718327

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☑ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 4/1/22 Time: 5A Inmate Name: Jung Louis

PP#: Date of Birth: Sex: Male

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit

☐ PHSW

**REFUSING:** Hep A Vaccine

Patient is refusing to accept the following service(s)/recommendation(s):

☑ A.M Medication: (list) Don't want All Am Health Services

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

## Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES:**

Refused AS per C/O

Patient Signature PP# 718327 Date: 4/1/22 Time: 5A

☑ Patient refuses to sign

[signature] Date: 4/1/22 Time: 5A

☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature

[signature]

Witness Signature Date: 4/1/22 Time: 5A

## Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☐ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 3/11/22 Time: 4:20AM Inmate Name: Jung Lewis

PP#: 718327 Date of Birth: Sex:

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location ☑ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit

☐ PHSW

**REFUSING: Hep A Vaccine**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☑ Other Refusal: AM Insulin + Accucheck

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

## Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 3/11/22 Time: 4:20AM

☑ Patient refuses to sign

[signature] Date: 3/11/22 Time: 4:20AM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

[signature]

Witness Signature Date: ______ Time: ______

## Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☐ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 3/30/22 Time: 4:20AM Inmate Name: Jung Louis 718327

PP#: Date of Birth:

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location ☑ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING: Hep A Vaccine**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ ChronicCare Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☑ Other Refusal: Art Accident Insulin

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

## Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 3/30/22 Time: 4:20AM

☑ Patient refuses to sign

Date: 3/30/22 Time: 4:20AM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature

Witness Signature Date: 3/30/22 Time: 4:20AM

YesCare 0823

## Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☐ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 3/31/22 Time: 415AM Inmate Name: Jung Louis

PP#: Date of Birth: Sex:

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☒ PICC ☐ RCF

Housing Location ☒ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:** Hep A Vaccine

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ ChronicCare Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☒ Other Refusal: AM Accucheck Insulin

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

## Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☒ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 3/31/22 Time: 415AM

☒ Patient refuses to sign

[signature] Date: 3/31/22 Time: 415AM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature

[signature] Date: 3/31/22 Time: 415AM

Witness Signature

## Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☐ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 3/27/22 Time: 4:20 Inmate Name: Jones

PP#: 718327 Date of Birth: Sex:

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING: Hep A Vaccine**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal: Accu Insulin

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

YesCare 0825

## Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP); all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# ______ Date: ______ Time: ______

☐ Patient refuses to sign

Date: 3/27/22 Time: 4:20

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature [signature]

Witness Signature [signature] Date: 3/27 Time: 4:20

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 03/21/22 Time: 11:30 AM

Name: LOUIS JUNG PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☑ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal: Nazareth Hematologist Appt. on 03/22/22

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

otential Risks Explained to Patient (Describe): Risks involved in refusing the monitoring of chronic conditions including the possibility of worsening of the chronic condition leading to organ failure & death.

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons, I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

[signature] PP# 718322 Date: 03/21/22 Time: 11:30 AM

Patient Signature

☐ Patient refuses to sign

[signature] Date: 03/21/22 Time: 11:30 AM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

Date: ________ Time: ________

Witness Signature

My Doctor is in Pennsylvania 8th Spruce only want to see her.



# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☐ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 3/24/22 Time: 12:30pm

Name: Juny Lewis PP#: Date of Birth: Sex:

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☑ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☑ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

[signature] PP# 718327 Date: 3/24/2022 Time: 12:30pm

Patient Signature

☐ Patient refuses to sign

[signature]

☐ Behavioral Health Signature ☐ Dental Staff Signature

Date: 3/24/2022 Time: 12:30pm

☑ Medical Staff Signature

Witness Signature Date: ________ Time: ________



Philadelphia Department of
Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☐ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 9/25/22 Time: 4. 2wh

Name: Jung Louis

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF PPN: 718327 Date of Birth: Sex: M

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal: Our insulin

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

tential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# ______ Date: ______ Time: ______

☑ Patient refuses to sign

Date: 9/25/22 Time: 4:20

☐ Medical Staff Signature

☐ Behavioral Health Signature ☐ Dental Staff Signature

Date: 9/25/22 Time: 4:20

Witness Signature

## Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☒ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 09/24/22 Time: 0931 Inmate Name: Jung, Louis W
PPN: 718327 Date of Birth: [redacted] Sex: Male
Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF
Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):
☐ AM Medication: (list)
☐ P.M. Medication: (list)
☐ Sick Call ☒ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic
☐ Off-Site Clinic ☐ Dental Treatment:
☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal: Rapid Covid test for Norristown state Hospital

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:
(Specify) Pt did not specify.
I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.
Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

I, of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

## Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effect that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☒ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Jung, Louis W
Patient Signature PPN: 718327 Date: 09/24/22 Time: 0937
☒ Patient refuses to sign

[signature] Date: 09/24/22 Time: 0937
☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

c/o JK Brown
Witness Signature Date: 09/24/22 Time: 0937

K7

# Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☑ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 9/20/22 Time: 19:30 Inmate Name: Jung, Louis
PP#: 718327 Date of Birth: Sex:

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

**Patient is refusing to accept the following service(s)/recommendation(s):**

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☑ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

I, of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral issues that may occur.



# Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

______________ PP# 718327 Date: 9/22/22 Time: 9:30

Patient Signature

☑ Patient refuses to sign

S. lloyd Date: ______ Time: ______

Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

J. Sato Date: ______ Time: ______

Witness Signature



# Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 09/15/2022 Time: 20:55PM

Name: Jung, Louis W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

K-07

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Fsgucheck 9PM + Semglee 20 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED

understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

tential Risks Explained to Patient (Describe):

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature ______ PP# 718327 Date: 04/16/19 Time: 20:55PM

☒ Patient refuses to sign

[signature] ☐ Behavioral Health Signature ☐ Dental Staff Signature Date: 09/15/2022 Time: 20:55PM ☑ Medical Staff Signature

CO [signature]
Witness Signature Date: 9/15/22 Time: 8:55 Pm



# Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 09/13/2022 Time: 20:30 PM

Name: Jung, Louis W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody K-07 ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Semglee 20 units insulin refused.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED

understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

'ential Risks Explained to Patient (Describe):

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 09/13/2022 Time: 20:30PM

☒ Patient refuses to sign

Jacqueline L. Beal...[signature], LPN

☐ Behavioral Health Signature ☐ Dental Staff Signature Date: 09/13/2022 Time: 20:30PM ☒ Medical Staff Signature

CO [signature]

Witness Signature Date: 9/13/22 Time: 8:30PM

## Philadelphia Department of Prisons Refusal Form

ORM TITLE:

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☒ Refusal of Clinical Services

EMOGRAPHICS:

Date: 09/11/22 Time: 1720 Inmate Name: Jung, Louis W
PP#: 718327 Date of Birth: [redacted] Sex: Male
Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF
Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit
☐ PHSW

REFUSING:

Patient is refusing to accept the following service(s)/recommendation(s):
☐ AM Medication: (list)
☐ P.M. Medication: (list)
☐ Sick Call ☒ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic
☐ Off-Site Clinic ☐ Dental Treatment:
☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal: Rapid Covid test

REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:

I am refusing the above services for the below reason:
(Specify): Pt did not specify.
I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

REFUSAL STATEMENTS:

*Behavioral Health Refusal Statement*

I, of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

## Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☒ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

SIGNATURES

Jung, Louis W
~~718327~~ PP# 718327 Date: 09/11/22 Time: 1720
Patient Signature
☒ Patient refuses to sign

[signature] Date: 09/11/22 Time: 1720

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

[signature] Date: 09/11/22 Time: 1720
Witness Signature

PICC control center was notified @ 2134
09/11/2022

YesCare 0968


# Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 09/01/2022 Time: 16:10 PM

Name: JUNG, LOUIS W PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

K-07

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 4PM accu & NPH 30 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) Refused

understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

ential Risks Explained to Patient (Describe):

***Behavioral Health Refusal Statement***

I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 09/01/2022 Time: 16:10PM

☒ Patient refuses to sign

☒ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature Date: 09/01/2022 Time: 16:10PM

Witness Signature Date: 9/1/22 Time: 4:10 pm



Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 08/31/2022 Time: 15:40 PM

Name: Jung, Louis W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody

K-07 ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) 4P Accucheck and NPH 30 units insulin

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic Seebert

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature ________ PP# 718327 Date: 08/31/22 Time: 3:40 PM

☒ Patient refuses to sign

[signature] Date: 08/31/2022 Time: 3:40 PM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

[signature] Date: 08/31/2022 Time: 3:40 PM

Witness Signature

## Philadelphia Department of Prisons Refusal Form

**ORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☒ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 08/28/22 Time: 1700 Inmate Name: Jung, Louis W

PP#: 718327 Date of Birth: [redacted] Sex: Male

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☒ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☒ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal: Rapid Covid test

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify): Pt did not specify.

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

I, of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

## Philadelphia Department of Prisons Refusal Form

***Dental Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☒ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Jung, Louis W PP# 718327 Date: 08/28/22 Time: 1700

Patient Signature

☒ Patient refuses to sign

[signature] Date: 08/28/22 Time: 1700

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

[signature] Date: 08/28/22 Time: 1700

Witness Signature

PICC Control Center was notified @ 1740 08/28/2022

YesCare 0985

US ICE | Patient Name :JUNG,LOUIS W|DOB: [redacted] PID:718327



Philadelphia Department of
Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☐ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 08/19/2022 Time: 8:50 PM

Name: JUNG, LOUIS W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) 9 PM accuchek + Semglee 20units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature ______ PP# ______ Date: 718327 Time: 8:50PM

☑ Patient refuses to sign (I/M stated "I don't want it! Next time!") 08/19/2022

[signature] LPN

☐ Behavioral Health Signature ☐ Dental Staff Signature Date: 08/19/2022 Time: 8:50PM ☑ Medical Staff Signature

[signature] (C/O)

Witness Signature Date: 8/19/22 Time: 8:50



Philadelphia Department of
Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☐ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 08/18/2022 Time: 8:12 PM

Name: Jung, Louis W. PP#: 718327 Date of Birth: [redacted]

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) 9P Accuv and Semglee 20 units insulin Subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) Refused!

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 08/18/2022 Time: 8:12PM

☐ Patient refuses to sign

[signature]

☐ Behavioral Health Signature ☐ Dental Staff Signature Date: 08/18/2022 Time: 8:12PM

☑ Medical Staff Signature

[signature]

Witness Signature Date 8/18/22 Time: 8:12pm

YesCare 0989



# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 08/14/2022 Time: 20:10 PM

Name: JUNG, LOUIS W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) 9P Accucheck and Semglee 20 unit insulin

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☑ Chronic Care Clinic ☐ On-Site Clinic sick call

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 08/14/2022 Time: 20:10PM

☑ Patient refuses to sign

☐ Behavioral Health Signature ☐ Dental Staff Signature Date: 08/14/2022 Time: 20:10PM ☑ Medical Staff Signature

Witness Signature Date: 8/14/22 Time: 8:10pm

YesCare 0991



**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 08/11/2022 Time: 8:30PM

Name: Jung, Louis W PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☑ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 9PM Accucheck & Semglee 20 unit

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment: insulin Subcut

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 08/11/2022 Time: 8:30 PM

☒ Patient refuses to sign

[signature] Date: 08/11/2022 Time: 8:30 PM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

C.O. [signature] Date: 08/11/22 Time: 8:30 PM

Witness Signature

YesCare 0995



# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 08/09/2022 Time: 3:30PM

Name: Jung, Louis W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) 4PM Accucheck and NPH 30 units insulin Subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) Refused

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

*Behavioral Health Refusal Statement*

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 08/09/2022 Time: 3:30 PM

☑ Patient refuses to sign

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature Date 08/09/2022 Time: 3:30 PM

Witness Signature Date: 08/09/2022 Time: 3:30 PM

 # Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 08/08/2022 Time: 8:35PM

Name: Jung, Louis W. PP#: 718327 Date of Birth: [redacted] : 

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody

☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) 9P accu ✓ & Semglee 20 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) Refused

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

otential Risks Explained to Patient (Describe):

REFUSAL STATEMENTS:

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 08/08/2022 Time: 8:35PM

☒ Patient refuses to sign

Jacqueline L-Bartholomew LPN Date: 08/08/2022 Time: 8:35PM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

Witness Signature Date: 8/8/22 Time: 8:35 pm

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☐ Refusal of Medical Services

**PATIENT INFORMATION:**

**Date:** 07/30/2022 **Time:** 3:30 PM

**Name:** Jung, Louis W **PP#:** 718327 **Date of Birth:** [redacted] **Sex:** M

**Facility:** ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

**Housing Location:** ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) 4 PM Accucheck and NPH 30 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 07/30/22 Time: 3:30PM

☒ Patient refuses to sign

Jacquelin L. Bentham, LPN

☐ Behavioral Health Signature ☐ Dental Staff Signature Date: 07/30/2022 Time: 3:30PM

☒ Medical Staff Signature

Witness Signature Date: 7/30/22 Time: 3:30

YesCare 1006



Philadelphia Department of
Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 07/27/2022 Time: 3:30 PM

Name: JUNG, Louis W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) 4P accuchck and NPH 30 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):



# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 07/25/2022 Time: 3:25 PM

Name: JUNG, LOUIS W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 4P Accucheck and NPH 30 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature ____________ PP# 718327 Date: 07/25/2022 Time: 3:25PM

☒ Patient refuses to sign

[signature], LPN

☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature Date: 07/25/2022 Time: 3:20PM

CO [signature]

Witness Signature Date: 07/25/2022 Time: 3:20PM

YesCare 1011



# Philadelphia Department of Prisons Refusal Form

**:ORM TITLE:**

Release of Responsibility ☐ Refusal of Behavioral Health ☑ Refusal of Clinical Services

**)EMOGRAPHICS:**

)ate: 7.21.22 Time: 10:45AM Inmate Name: Jung, louis

'P#: 718327 Date of Birth: Sex: M

:acility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location ☑ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit

PHSW

**REFUSING:**

'atient is refusing to accept the following service(s)/recommendation(s):

AM Medication: (list)

P.M. Medication: (list)

Sick Call ☑ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

Off-Site Clinic ☐ Dental Treatment:

Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

am refusing the above services for the below reason:

Specify) Refused blood work.

understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

otential Risks Explained to Inmate (Describe):

**:FUSAL STATEMENTS:**

***havioral Health Refusal Statement***

of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the /County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare 'ider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the ıdelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral :h issues that may occur.



# Philadelphia Department of Prisons Refusal Form

***ental Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in efusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that nay result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain ind submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

✓ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in efusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may esult from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and ubmit sick call slips in the future for any medical issues that may occur.

**IGNATURES**

____________ PP# 718327 Date: 7-21-22 Time: 10:45AM

Patient Signature

✓ Patient refuses to sign

I. Soto Date: 7-21-22 Time: 10:45AM

Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

Slloyd Date: 7-21-22 Time: 10:45Am

Witness Signature

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 07/19/2022 Time: 9PM

Name: Tseng, Louis W. PP#: 718327 Date of Birth: [redacted] : M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PIC

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 9 P accuchek and Semglee 20 units insulin

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic Sukout.

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

otential Risks Explained to Patient (Describe):

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature ____________ PP# 718327 Date 07/19/2022 Time: 9PM

☑ Patient refuses to sign

[signature] LPN Date: 07/19/2022 Time: 9PM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

CO T. [signature] Date: 7/19/22 Time: 9pm

Witness Signature

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 07/11/2022 Time: 9:35PM

Name: Jurg, Lonis 20 PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 2 Placenta and Semglee 20 units, 175 sulin, 2 rebout

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 07/11/2022 Time: 9:35PM

☒ Patient refuses to sign

[signature] LPN Date: 07/11/2022 Time: 9:35PM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

[signature] Date: 07/11/2022 Time: 9:35PM

Witness Signature



# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 07/08/2022 Time: 3:42 PM

Name: Jung, Louis W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 4PM accuv & NPH 30 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☑ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 07/08/2022 Time: 3:42PM

☑ Patient refuses to sign

Jocelyn L Ben[illegible] PA

☑ Behavioral Health Signature ☐ Dental Staff Signature Date: 07/08/2022 Time: 3:42PM ☑ Medical Staff Signature

C/O [signature]

Witness Signature Date: 7/8/22 Time: 3 42 pm

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 07/07/2022 Time: 21:20PM

Name: Jung, Louis W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ RAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 9P Accucheck and Semglee 20units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

REFUSAL STATEMENTS:

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 07/07/2022 Time: 21:20PM

☒ Patient refuses to sign

[signature] 

☒ Behavioral Health Signature ☐ Dental Staff Signature Date: 07/07/2022 Time: 21:20PM ☒ Medical Staff Signature

CO [signature]

Witness Signature Date: 7/7/22 Time: 9:20pm

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 07/07/2022 Time: 3:35 AM

Name: Jung, Louis W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 4PM accucheck and NPH 30 unit insulin subq.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED & I/m stated, "Later!"

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 07/07/2022 Time: 3:35PM

☒ Patient refuses to sign

[signature] ☐ Behavioral Health Signature ☐ Dental Staff Signature Date: 07/07/2022 Time: 3:35PM ☒ Medical Staff Signature

CO [signature] Date: 07/07/2022 Time: 3:35PM

Witness Signature

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 07/06/2022 Time: 3:25PM

Name: Jung, Louis W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 4PM Accucheck and NPH 30 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) Refused

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature — PP# 718327 — Date: 07/06/2022 Time: 3:25PM

☒ Patient refuses to sign

☒ Behavioral Health Signature — Date: 07/06/2022 Time: 3:25PM

☐ Dental Staff Signature

☒ Medical Staff Signature

Witness Signature — Date: 7/6/22 Time: 3:25 pm

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☐ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 07/05/2022 Time: 10:10 PM

Name: Jung, Louis W PP#: 718327 Date of Birth: [redacted]

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 9pm accucheck and Semglee 90 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 07/05/2022 Time: 10:10PM

☑ Patient refuses to sign

[signature] LPN

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature Date: 07/05/2022 Time: 10:10PM

[signature] Mahman

Witness Signature Date: 07/05/22 Time: 10:10Pm

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 7/2/2022 Time:

Name: Louis Jung PID: 718927 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☑ Other Refusal: Inmate refused Accu Check/Insulin

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

______________________ PP# 718327 Date: ________ Time: ________

Patient Signature

☐ Patient refuses to sign

[signature], LPN Date: 7/2/2022 Time: ________

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

______________________ Date: ________ Time: ________

Witness Signature

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 06/29/2022 Time: 3:55PM

Name: Tureng, Louis W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: K-07 ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 4PM accucheck and NPH 30 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 06/29/2022 Time: 3:55PM

☑ Patient refuses to sign (refused to get OOB and stated, "Later!")

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature Date: 06/29/2022 Time: 3:55PM

Witness Signature CO Date: 06/29/2022 Time: 3:55PM

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☐ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 06/22/2022 Time: 3:30 PM

Name: Jung, Louis W. PP#: 718327 Date of Birth: [redacted]

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 4PM Accucheck and NPH 30 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature ____________ PP# 718327 Date: 06/29/2022 Time: 3:30 PM

☒ Patient refuses to sign

[signature], LPN Date: 06/29/2022 Time: 3:30PM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

CD [signature] Date: 06/29/2022 Time: 3:30PM

Witness Signature

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 06/27/2022 Time: 3:25PM

Name: Jung, Louis W. PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ RAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 4P Accucheck and NPH 30 units Insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED AND I/M stated, " Next time!"

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718327 Date: 06/27/2022 Time: 3:25PM

☑ Patient refuses to sign (refused to get OOB)

Jacqueline R. Bentham, LPN

☐ Behavioral Health Signature ☐ Dental Staff Signature Date: 06/27/2022 Time: 3:25PM ☐ Medical Staff Signature

[signature] (C/O)

Witness Signature Date: 6/27/22 Time: 3:25 Pm

**Philadelphia Department of Prisons Refusal Form** 718327

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☑ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 6/29/22 Time: 5A Inmate Name: Jung Louis

PP#: Date of Birth: Sex: male

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING: Hep A Vaccine**

Patient is refusing to accept the following service(s)/recommendation(s):

☑ A.M Medication: (list) Inmate Refused All Am Health Services

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

**Philadelphia Department of Prisons Refusal Form**

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Refused As Per C/O — Patient Signature PP# 718327 Date: 6/27/22 Time: 5A

☐ Patient refuses to sign

[signature] Date: 6/27/22 Time: 5A

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

Clovag — Witness Signature Date: 6/27/22 Time: 5A

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 06/22/22 Time: 11:00 AM

Name: Louis Jung PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☒ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal: Refusing Lab Work

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

otential Risks Explained to Patient (Describe): Risks involved in refusing the monitoring of chronic conditions including the possibility of worsening of the chronic condition leading to organ failure & death.

REFUSAL STATEMENTS

*Behavioral Health Refusal Statement*

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons, I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

[signature] Patient Signature PP# 718327 Date: 06/22/22 Time: 11 AM

☐ Patient refuses to sign

[signature] Date: 06/22/22 Time: 11AM

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

Date: ______ Time: ______

Witness Signature

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 06/21/2022 Time: 9:20 PM

Name: JUNG, Louis W. PP#: 718527 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ RAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 9P accu and Semglee 20 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature PP# 718227 Date: 06/21/2022 Time: 9:20 PM

☑ Patient refuses to sign

[signature], LPN

☑ Behavioral Health Signature

☑ Dental Staff Signature

Date: 06/21/2022 Time: 9:20 PM

☐ Medical Staff Signature

[signature]

Witness Signature

Date: 6/21/22 Time: 9:20 pm

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 06/18/2022 Time: 3:25PM

Name: Jung, Louis N. PP#: 718327 Date of Birth: [redacted]

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☑ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☑ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Refused 4P accucheck and NPH 30 units insulin subcut.

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) REFUSED and I/M stated, "I'll do it later!"

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

REFUSAL STATEMENTS:

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

SIGNATURES

_______________ PP# _______ Date: 06/18/2022 Time: 3:23 PM

Patient Signature

☒ Patient refuses to sign

☐ Behavioral Health Signature ☐ Dental Staff Signature Date: 06/18/2022 Time: 3:25 PM

☒ Medical Staff Signature

CO T. Blum

Witness Signature Date: 06/18/2022 Time: 3:25 PM



Philadelphia Department of
Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 8/21/25 Time: 9:52 AM

Name: Jung Louis PPN: 918324 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☑ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☑ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☑ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal: Jefferson sleep disorder

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur..

***Medical Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

____________________ PP# __________ Date: ________ Time: ________

Patient Signature

☐ Patient refuses to sign

____________________ Date: ________ Time: ________

☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature

____________________ Date: ________ Time: ________

Witness Signature

 **Philadelphia Department of Prisons**

YesCare
Say Yes To Exceptional Care

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 4/18/23 Time:

Name: Jung, Louis PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☑ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe): Failure to monitor and treat prediabetes or diabetes can increase the risk of irreversible damage to the brain, heart, kidneys, eyes and blood vessels and can lead to

YesCare1249

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

________________ PP# ________ Date: ______ Time: ______

Patient Signature

☑ Patient refuses to sign

[signature] Date: 4/18/23 Time: 11pm-7am

☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature

[signature] Date: 4/18/23 Time: 7p-7a

Witness Signature



**Philadelphia Department of Prisons**

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☐ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 8/20/23 Time: 800502

Name: Jung, Louis PPN: 78327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal: Ketone Urine test for High glucose

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

[signature] Patient Signature PP# ______ Date: ______ Time: ______

☐ Patient refuses to sign

[signature] Date: 6/2/23 Time: 0803

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

[signature] Date: ______ Time: ______

Witness Signature



# Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☑ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 4/18/2023 Time: 9am Inmate Name: LOUIS W JUNG PP 718327

PP#: Date of Birth: 04/16/1973 Sex: male

Facility: ☐ ASDCU ☐ ASD MOD 3 ☑ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☒ Off-Site Clinic ☐ Dental Treatment: Endocrinology Appt on 4-13-2023

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) [signature] Louis W Jung

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.



# Philadelphia Department of Prisons Refusal Form

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☒ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

_______________ PP# 718327 Date: 4-19-23 Time: 10Am

Patient Signature

☒ Patient refuses to sign

[signature] * [signature] CRNP

Date: 4/19/23 Time: 10Am

☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature

[signature] Date: 4-19-23 Time: 10Am

Witness Signature

[signature]



# Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☑ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 4/18/2023 Time: 9am Inmate Name: LOUIS W JUNG PP 718327

PP#: Date of Birth: [redacted]3 Sex: male

Facility: ☐ ASDCU ☐ ASD MOD 3 ☑ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☑ Off-Site Clinic ☐ Dental Treatment: Sleep Medicine appt on 3/21/2023

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

*(Specify) [signature] Injured leg

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.



# Philadelphia Department of Prisons Refusal Form

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☒ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

[signature] PP# 718327 Date: 4-19-23 Time: 10A

Patient Signature

☒ Patient refuses to sign

[signature] Date: 4/19/23 Time: 10A

☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature

C/O D. [signature] (Rayner) Date: 4/19/23 Time: 10A

Witness Signature



## Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☐ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 03/10/25 Time: 10:45 Inmate Name: Jung Louis

PP#: 718327 Date of Birth: [redacted] Sex: male

Facility: ☐ ASDCU ☐ ASD MOD 3 ☑ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☐ Other Refusal: IV Fluids

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) "I want orange Juice"

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services:

Potential Risks Explained to Inmate (Describe):

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

X I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

[signature] Patient Signature — PP# 718327 — Date: 03/10/23 — Time: 10:43

☐ Patient refuses to sign

[signature] — Date: 03/10/23 — Time: 10:43 pm

☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature

[signature] Witness Signature — Date: 3/10/23 — Time: 10:43

RELEASE OF RESPONSIBILITY:

Refusal of Behavioral Health Services    Refusal of Dental Services    ☒ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 3/10/23    Time:

Name: Jung, Louis    PP#: 718327    Date of Birth [redacted]    Sex:

Facility: ☐ ASDCU ☐ ASD MOD 3 ☒ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☒ Other Refusal: Accucheck & Insulin Refusal

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe): Failure to monitor and treat prediabetes or diabetes can increase the risk irreversible damage to the brain heart, Kidneys, eyes, and blood vessels and can lead to death

YesCare1351

I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct [illegible] to refuse to receive behavioral health services at the Philadelphia Department of [illegible] I have also received education on how to obtain and submit sick call slips in the future for any

*Dental Refusal Statement*

I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☒ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature ______ PP# ______ Date: ______ Time: ______

☒ Patient refuses to sign

[signature] ______ Date: 3/10/23 Time: 11pm–7am

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

[signature] ______ Date: 3.10.22 Time: 7pm–7am

Witness Signature

YesCare1352

## Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☐ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 01/17/2023 Time: 0945 AM Inmate Name: LOUIS W JUNG

PP#: 718327 Date of Birth: 04/16/1973 Sex: male

Facility: ☐ ASDCU ☐ ASD MOD 3 ☒ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location ☐ General Population ☒ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☒ Other Refusal: REFUSED ACCU-CHECKS AT MEDICAL / TRIAGE

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) "I RATHER SLEEP THAN GO TO MEDICAL / TRIAGE"

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe): DELAYED TREATMENT HYPERGLYCEMIA / HYPOGLYCEMIA

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

☐ I of my own freewill, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.



## Philadelphia Department of Prisons Refusal Form

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

SIGNATURES

_______________ PP# _________ Date: _______ Time: _______

Patient Signature

☑ Patient refuses to sign

[signature] RN. Date: 01/17/2023______ Time: 1744

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

[signature] Date: _01/17/2023_____ Time: 1744

Witness Signature

YesCare1354

**Philadelphia Department of Prisons**

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: ____ Time: ____

Name: Jung, Louis PP# 718327 Date of Birth: ____ Sex: ____

Facility: ☐ ASDCU ☐ ASD MOD3 ☐ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list) ____

☐ P.M. Medication: (list) ____

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment: ____

☐ Dialysis ☐ ER Trip ☐ X-Ray ☑ Other Refusal: accucheck and/or insulin

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) ____

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe): failure to monitor and treat pre-diabetes or diabetes can increase the risk of irreversible damage to the brain, heart, kidney, eyes, and blood vessels and can lead to death.

**REFUSAL STATEMENTS:**

*Behavioral Health Refusal Statement*

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

*Dental Refusal Statement*

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

*Medical Refusal Statement*

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

____ PP# ____ Date: ____ Time: ____
Patient Signature

☐ Patient refuses to sign

[signature] Date: 1/18/23 Time: 3:30pm

☐ Behavioral Health Signature ☐ Dental Staff Signature ☐ Medical Staff Signature

c/o R. Hoover Date: 1-18-23 Time: 3:30pm
Witness Signature





Philadelphia Department of
Prisons

YesCare
Say Yes To Exceptional Care

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 3/6/23 Time: 9pm

Name: Jung louis PP#: 718327 Date of Birth: [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☑ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☒ P.M. Medication: (list) Accu check / Eliquis 5mg

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☐ Other Refusal:

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe):

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

______________________ PP# __________ Date: __________ Time: __________

Patient Signature

☐ Patient refuses to sign

[signature] Date: 3/10/23 Time: 9pm

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

[signature] LPN Date: 3/10/23 Time: __________

Witness Signature



## Philadelphia Department of Prisons Refusal Form

**FORM TITLE:**

☐ Release of Responsibility ☐ Refusal of Behavioral Health ☑ Refusal of Clinical Services

**DEMOGRAPHICS:**

Date: 03/06/2023 Time: 10:03 Inmate Name: LOUIS W JUNG 718327

PP#: Date of Birth: [redacted]3 Sex: male

Facility: ☐ ASDCU ☐ ASD MOD 3 ☑ CFCF ☐ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location ☑ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ AM Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☑ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trips ☐ X-Ray ☑ Other Refusal: OFFSITE TO CARDIOLOGY for Abnormal EKG

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify) "Im going Home soon I will go when I get home"

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Inmate (Describe): Educ on delayed diagnosis of serious medical condition possible - leading to delayed treatment - increasing risk of worsening disease which may result in disability/death

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.



# Philadelphia Department of Prisons Refusal Form

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☒ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

(X) [signature] PP# 718327 Date: 3-6-23 Time: 10:30AM

Patient Signature

☐ Patient refuses to sign

[signature] Date: 3/6/23 Time: 10:30A

☐ Behavioral Health Signature ☐ Dental Staff Signature ☒ Medical Staff Signature

[signature] Date: 3/6/23 Time: 10:30A

Witness Signature

# Philadelphia Department of Prisons

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 2/2/23 Time: 9pm

Name: Jung, Louis PP#: 718327 Date of Birth [redacted] Sex: M

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☑ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☑ Infirmary ☐ Protective Custody ☐ Transitional Unit ☐ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☑ P.M. Medication: (list) Accu ✓ + Semglee 10 unit

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☑ Other Refusal: ~~Withdrawal Evaluation~~ NO

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason: "I don't want it. NO".

(Specify) Can keep you from becoming Hyperglycemic

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe): ~~The harmful side effects of withdrawal were explained.~~ Can keep you from becoming Hyperglycemic

**REFUSAL STATEMENTS:**

***Behavioral Health Refusal Statement***

☐ I of my own free will, refuse to see a Psychiatrist and/or the Behavioral health staff. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel and behavioral healthcare provider of any harm that may be befall me as a direct consequence of my decision to refuse to receive behavioral health services at the Philadelphia Department of Prisons. I have also received education on how to obtain and submit sick call slips in the future for any behavioral health issues that may occur.

***Dental Refusal Statement***

☐ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all Correctional Personnel, physical healthcare and dental provider and all dental personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any dental issues that may occur.

***Medical Refusal Statement***

☑ I acknowledge that I have been fully informed of and understand the above treatment(s)/recommendation(s) and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, the Philadelphia Department of Prisons (PDP), all correctional personnel, physical healthcare provider and all medical personnel from all responsibility and any ill effects that may result from this action/refusal and I personally assume all responsibility for my welfare. I have also received education on how to obtain and submit sick call slips in the future for any medical issues that may occur.

**SIGNATURES**

Patient Signature ______ PP# ______ Date: ______ Time: ______

☑ Patient refuses to sign

Damir Nasib, RN [signature] Date: 2/2/23 Time: 1220

☐ Behavioral Health Signature ☐ Dental Staff Signature ☑ Medical Staff Signature

[signature] RN Date: 2/2/23 Time: ______

Witness Signature

YesCare1379





Say Yes To Exceptional Care

**RELEASE OF RESPONSIBILITY:**

☐ Refusal of Behavioral Health Services ☐ Refusal of Dental Services ☑ Refusal of Medical Services

**PATIENT INFORMATION:**

Date: 2/2/23 Time: 1220

Name: Jeung, Louis PP#: 718327 Date of Birth: [redacted] Sex: m

Facility: ☐ ASDCU ☐ ASD MOD 3 ☐ CFCF ☑ DC ☐ PAB ☐ PICC ☐ RCF

Housing Location: ☐ General Population ☐ Segregation ☐ Infirmary ☐ Protective Custody ☐ Transitional Unit ☑ PHSW

**REFUSING:**

Patient is refusing to accept the following service(s)/recommendation(s):

☐ A.M. Medication: (list)

☐ P.M. Medication: (list)

☐ Sick Call ☐ Laboratory Services ☐ Physical Examination ☐ Chronic Care Clinic ☐ On-Site Clinic

☐ Off-Site Clinic ☐ Dental Treatment:

☐ Dialysis ☐ ER Trip ☐ X-Ray ☑ Other Refusal: covid assessment

**REASON FOR REFUSAL AND POTENTIAL CONSEQUENCES:**

I am refusing the above services for the below reason:

(Specify)

I understand the following possible risks, complications, and/or side effects are involved in refusing clinical services.

Potential Risks Explained to Patient (Describe): condition may get worse

# Exhibit 21

# Deposition of Marsha Jeoboham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, Plaintiffs | : | CIVIL ACTION NO. 2:24-cv-05618-TJS |
| VS | : | |
| CITY OF PHILADELPHIA; YESCARE CORP.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. Of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, Defendants | : | |

DEPOSITION OF: MARSHA JEOBOHAM

BEFORE: JENNIFER R. RIVERA, RPR
NOTARY PUBLIC

DATE: NOVEMBER 18, 2025
(10:30 A.M.)

PLACE: REMOTE

A P P E A R A N C E S

ABOLITIONIST LAW CENTER
Attorney For Plaintiffs
By: MARGARET HU, Esquire
BRET GROTE, Esquire
LOLO SERRANO, Esquire
990 Spring Garden Street, Suite 306
Philadelphia, PA 19123
(412) 654-9070
margo@alcenter.org

CITY OF PHILADELPHIA LAW DEPARTMENT
Attorney For Defendants - City of Philadelphia, Blanche Carne, Wanda Bloodsaw and Gena Fraiser
By: MICHAEL PESTRAK, Esquire
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5387
michael.pestrak@phila.gov

KIERNAN TREBACH
Attorney For Defendant - Mariesha Apollon
By: JONATHAN KAMINSKY, Esquire
1801 Market Street
Philadelphia, PA 19103
(215) 569-4433
Jkaminsky@kiernantrebach.com

O'CONNOR KIMBALL
Attorney For Defendants - YesCare, Lalitha Trivikram, Maureen Gay, Blair Cabellos
By: THOMAS J. GREGORY, Esquire
Two Penn Center Plaza
15th Street & JFK Boulevard, Suite 1100
Philadelphia, PA 19102
(215) 564-0400
tgregory@okllp.com

GORDON REES SCULLY MANSUKHANI, LLP
Attorney For Defendant - Career Staff Unlimited
By: SUMMER C. THOMAS, Esquire
1717 Arch Street, Suite 610
Philadelphia, PA 19103
(215) 561-2300

scthomas@grsm.com

A. No, it was not.

Q. Okay. And in MARs, what does the designation "not documented" indicate?

A. "Not documented" means that the medication was not administered.

Q. Okay.

A. You said "not documented," correct?

Q. Yes.

A. Yes.

Q. Okay.

A. I'm sorry. Repeat your question.

Q. Yes. So, my question was just, what does the designation "not documented" indicate on a patient's MAR?

A. I can't remember off of the top of my head for the MAR. "Not documented"?

Q. Would seeing a MAR help refresh your recollection?

A. Yeah. That would.

Q. Okay. Give me one moment then. I'm going to share my screen.

Okay. So, Ms. Jeoboham, can you see -- oh, I apologize. This is not the document I want to share. Give me one moment. Let me just switch this.

MR. GREGORY: No problem. It's 11:21. Why don't we take a comfort break, as well, to 11:30?

THE WITNESS: Okay.

MS. HU: That works with me.

MR. GREGORY: Let's do that.

MS. HU: Thanks, everyone.

(A recess was taken.)

MS. HU: Back on the record.

BY MS. HU:

Q. Ms. Jeoboham, before we took a break, I was asking you what the "not documented" indication on a patient's MAR meant --

A. Um-hmm.

Q. -- and we're going to show you an example of a MAR just to help refresh your recollection of that; is that okay?

A. Okay.

Q. So, can you see the MAR that's presented in front of you?

A. Yes, I can.

Q. Okay. And does -- does this document look familiar to you?

A. Yes.

Q. Typical of MARs you've seen?

A. Um-hmm. Yes.

Q. Okay. And so, I'm going to direct your attention specifically to the key at the bottom that describes what the different numerical designations indicate --

A. Um-hmm. Yes.

Q. -- and, again, ask you, so what does "not documented" or "6" indicate on a patient's MAR?

A. From what it says on the MAR or from, like, my understanding?

Q. From your understanding.

A. Oh. It means that it could -- it could possibly mean that the medication administration wasn't charted or it could be that it was just not documented on this specific MAR.

Could have been charted somewhere else.

Q. Okay. And if it wasn't charted on this MAR, where else would it be charted?

A. If something -- I think if there was an issue with the MAR, then you could document it in eCW or health -- electronic medical records or it could be on a whole completely different -- if there was a duplicate, it could be on there as well. I don't know why it would be a duplicate.

Q. Would it -- so, the example you gave is

that if there was a technical difficulty with MAR, this could get logged in eCW, correct?

A. Um-hmm.

Q. Would it be accurate to say that doing so would not be standard practice?

A. I would say that, yeah. It wouldn't be standard practice.

Q. Okay. So, if a medication was administered, it should be in the MAR?

A. Yes.

Q. Okay. Thank you. Okay.

MS. HU: Lolo, I think we're good on the screenshare for now. Thank you.

BY MS. HU:

Q. So, Ms. Jeoboham, do nursing staff review charts when inmates are sent out to the emergency room?

A. Nursing staff, no.

Q. Okay. Who would then?

A. That would be either the site medical director or it could be the health service administrator or it could be myself, it could be the QI team.

Q. So, someone of a higher level, sounds like?

# Exhibit 22

# Jung FSBG Flowsheets

CORIZON

# Finger Stick Blood Glucose (FSBG) Record

**Facility Name:** DC Infirmary

**PID#** 718856

**Inmate Name:** Jung Louis

**DOB:** [redacted]

**Location:** 1.) 221-27 2.) 3.)

**Sex:** ☑ Male ○ Female

**Current Diabetic Medication Orders:** NPH 20u sq BID + R 5u sq BID acuV BID + CRIC → 9/9/24

**CRIC:** ○ None ☑ Regular ○ Plus

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/9 | | | | | | 4PM | 275 | | 13 | D | |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| 7 | M Patterson | | | D | K Dean |

| Initial | Practitioner's Name | Dates of Review |
|---|---|---|
| | | |

CORIZON HEALTH

**Finger Stick Blood Glucose (FSBG) Record**

Facility Name: Detention Center
PID: 718327
Inmate Name: Jung, Louis
DOB: [redacted]
Location: 1) 212-5 2) 3)
Sex ⊘Male ○Female
Current Diabetic Medication Orders: NPH 15u q Morning, NPH 10u q Evening, Semglee 18u q HS
CRIC ○none ⊘regular ○plus

| Date | Time AM | FSBG | Ketones | CRIC units given | Initials | Time PM | FSBG | Ketones | CRIC units given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/04 | Am | 103 | | — | [illegible] | 4pm | 109 | — | — | [illegible] | |
| 2/4 | | | | | | 9p | 186 | — | — | [illegible] | |
| 2/5 | Am | 70 | — | — | [illegible] | 4pm | 301 | | | | |
| 2/06 | Am | 198 | | 4u | [illegible] | 9pm | 269 | | | | |
| 2/07 | Am | 175 | | 4u | [illegible] | 5P | | | | | |
| | | | | | | 9p | 443 | | | | |
| 2/7 | | | | | | 4P | 346 | — | 10 | KK | |
| | | | | | | 9P | 111 | — | | [illegible] | |
| 2/8 | Am | 71 | — | — | [illegible] | 4P | 156 | — | — | [illegible] | |
| | | | | | | 9P | | | | | |
| 2/9 | AM | 190 | — | 4u | [illegible] | 4P | 269 | — | 8u | [illegible] | |
| | | | | | | 9P | 344 | — | — | [illegible] | |
| 2/10 | AM | 149 | | — | [illegible] | 4P | 284 | — | 8u | [illegible] | |
| 2/10 | | | | | | 9P | 249 | — | — | [illegible] | |
| 2/11 | Am | 199 | | 4u | [illegible] | 4PM | 310 | — | | | |
| 2/12 | Am | 120 | | — | [illegible] | 9PM | 250 | — | | | |
| 2/12 | | | | | | 4PM | 535 | ⊘ | 12u | DB | Asymptomatic |
| 2/13 | Am | 215 | — | 10 | [illegible] | 4PM | 269 | | | | |
| 2/14 | Am | 315 | | 10 | [illegible] | 9PM | 253 | | | | |
| 2/15 | Am | 311 | | 10 | [illegible] | 4pm | 267 | | | | |
| | | | | | | 9pm | 183 | | | | |
| 2/16 | Am | 88 | | — | [illegible] | 4P | 529 | — | 12 | KK | MD aware |
| 2/16 | 100 | Hi | ⊘ | 6 | JM | 9P | 320 | — | — | KK | |
| | | | | | | 4:50 | Hi | ⊘ | 12 | JM | No Ketones MD aware |
| 2/16 | | | | | | 10PM | HI | ⊘ | 6 | JM | No Ketones |
| | | | | | | 10PM | Hi | ⊘ | 12 | JM | MD aware |
| 2/17 | 6A | 85 | | — | [illegible] | 4PM | | | | | NOT checked by PM |
| | | | | | | 9PM | 589 | — | 6 | [illegible] | |
| 2/17 | | | | | | 4pm | HI | — | 8 | [illegible] | |
| 2/17 | | | | | | 9pm | 429 | — | 8 | [illegible] | |
| 2/18 | 6A | 77 | | — | [illegible] | 4pm | 487 | — | 12 | [illegible] | |

| Initial | Printed Name Title | Initial | Printed Name Title | Initial | Printed Name Title |
|---|---|---|---|---|---|
| [illegible] | M Patterson LPN | DB | D. [illegible] | KK | [illegible] |

| Initial | Practitioner's Name | Date of Review | Initial | Practitioner's Name | Date of Review |
|---|---|---|---|---|---|
| | | | | | |

YesCare 0329

CORIZON HEALTH

# Finger Stick Blood Glucose (FSBG) Record

| | |
|---|---|
| **Facility Name:** Detention Center | **PID:** 718327 |
| **Inmate Name:** Jung, Louis | **DOB:** [redacted] |
| **Location:** 1) 2125 2) 3) | Sex ○Male ○Female |

**Current Diabetic Medication Orders:** NPH 15u Sq q Morning + NPH 10u q evening, Sengles 189 HS

**CRIC** ○none ○regular ○plus

| Date | Time AM | FSBG | Ketones | CRIC units given | Initials | Time PM | FSBG | Ketones | CRIC units given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/18 | | | | | — | 9pm | 338 | — | — | J | |
| 2/19 | Am | 78 | — | — | J | 4pm | HI | — | 12 | J | HO Bradley made aware |
| 2/19 | | | | | | 9p | 486 | — | | | |
| 2/20 | Am | 82 | — | — | J | 4pm | 514 | — | 12 | J | |
| 2/20 | | | | | | 9pm | 468 | — | — | J | [illegible] |
| 2/21 | Am | 171 | | 4 | J.O | | | | | | |

| Initial | Printed Name Title | Initial | Printed Name Title | Initial | Printed Name Title |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

| Initial | Practitioner's Name | Date of Review | Initial | Practitioner's Name | Date of Review |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

CORIZON HEALTH

**Finger Stick Blood Glucose (FSBG) Record**

| | | | |
|---|---|---|---|
| **Facility Name:** Detention Center | | | **PID:** 718327 |
| **Inmate Name:** Sung, Louis | | | **DOB** [redacted] |
| **Location:** 1) | 2) | 3) | **Sex** ○Male ○Female |
| **Current Diabetic Medication Orders:** Accu Check BID | | | |
| **CRIC** ○none ○regular ○plus | | | |

| Date | Time AM | FSBG | Ketones | CRIC units given | Initials | Time PM | FSBG | Ketones | CRIC units given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/9/22 | | | | | | 6pm | 431 | | | | |
| 1/10/22 | 12AM | 222 | | 6u | [illegible] | | | | | | |
| 1/10/22 | 5AM | 65 | | | [illegible] | | | | | | |
| 1/10/22 | 6Am | 210 | | | [illegible] | 1/10/22 | 531 | Ø | 6 | [illegible] | |
| 1/11 | 6A | 72 | — | — | [illegible] | 1/11/22 | 374 | Ø | 12 | [illegible] | |
| | | | | | | 1/12 | 211 | Ø | 6 | [illegible] | |
| | | | | | | 1/12 | 372 | — | — | [illegible] | |
| 1/13/22 | 6A | 142 | | — | [illegible] | | | | | | |
| 1/14/22 | 6A | 197 | | 4u | [illegible] | 1/14 | 400 | | | | |
| 1/15/22 | 6A | 219 | | 6u | [illegible] | 1/15/22 | | | | | |
| 1/16 | 6A | 206 | — | 6 | [illegible] | 1/16 | 400 | Ø | 12 | JM | |
| 1/17 | 6A | 184 | | 4 | [illegible] | | | | | | |
| 1/18 | 6A | 225 | | 6u | [illegible] | 1/18 | 491 | Ø | 12 | [illegible] | |
| 1/19 | 6A | 80 | | — | [illegible] | 9P | 262 | Ø | 8 | [illegible] | 1/18 |
| 1/20 | 6A | 137 | | | [illegible] | 1/19 | 351 | / | 10 | JM | |
| 1/20 | | | | | | 4pm | 410 | | | | |
| 1/21 | 6A | 66 | | | [illegible] | [illegible] | 470 | — | 12u | [illegible] | |
| 1/21 | | | | | | 9pm | 177 | | 4 | [illegible] | |
| 1/21 | | | | | | 11:30P | 76 | | | | |
| 1/22 | 6A | 82 | / | — | [illegible] | 4pm | 500 | | | | |
| 1/23 | 6A | 63 | | | [illegible] | 9pm | 193 | | | | |
| 1/24 | 6A | 132 | | | [illegible] | ~~4pm~~ | ~~506~~ | | | | |
| | | | | | | ~~9pm~~ | ~~214~~ | | | | |
| 1/24 | 6A | 69 | / | / | [illegible] | 4PM | 528 | — | 12 | KK | Bradley made aware. |
| | | | | | | 9PM | | | | | |
| 1/25 | 6A | | | | | 4PM | 513 | Ø | 12 | JM | Bradley aware |
| | | | | | | 9PM | 231 | — | 6 | M | |
| 1/26 | 6A | 60 | | — | [illegible] | 4PM | 370 | / | 10 | [illegible] | |
| 1/27 | 6A | 65 | | | [illegible] | 9PM | 279 | / | 8 | [illegible] | |
| 1/27 | | | | | [illegible] | 4pm | 417 | / | 12 | [illegible] | |
| 1/27 | | | | | [illegible] | 9pm | 289 | / | 8 | [illegible] | |

| Initial | Printed Name Title | Initial | Printed Name Title | Initial | Printed Name Title |
|---|---|---|---|---|---|
| | | [illegible] | [illegible] LPN | [illegible] | [illegible] |
| | | | | M | M. McKenzie LPN |
| | | | | | |

| Initial | Practitioner's Name | Date of Review | Initial | Practitioner's Name | Date of Review |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

YesCare 0354

CORIZON

# Finger Stick Blood Glucose (FSBG) Record

Facility Name: Detention Center
PID: 718527
Inmate Name: [illegible]
DOB: 4[redacted]
Location: 1) 212/90 2) 3)
Sex ● Male ○ Female

Current Diabetic Medication Orders:

CRIC ○ none ○ regular ○ plus

| Date | Time AM | FSBG | Ketones | CRIC units given | Initials | Time PM | FSBG | Ketones | CRIC units given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28 | 6A | 117 | | – | [illegible] | 4pm | 331 | | | | |
| | | | | | | 9pm | 301 | | | | |
| 1/29 | 6A | 66 | | | | 4pm | 378 | 9 | 10u® | [illegible] | |
| 1/29 | | | | | | 9pm | 230 | | 8 | | |
| 1/30 | 6A | 68 | / | / | | 4pm | | | | | Glucogel given |
| | | | | | | 9pm | 465 | | | | |
| 1/31 | 6A | 249 | / | 16 | | 4pm | 431 | | | | |
| | | | | | | 9pm | 244 | | | | |

| Initial | Printed Name Title | Initial | Printed Name Title | Initial | Printed Name Title |
|---|---|---|---|---|---|
| [illegible] | B.Sobers [illegible] | | | [illegible] | [illegible] |
| | | | | | |

| Initial | Practitioner's Name | Date of Review | Initial | Practitioner's Name | Date of Review |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

CORIZON HEALTH

# Finger Stick Blood Glucose (FSBG) Record

Facility Name: Detention Center
PID: 718327
Inmate Name: Fung Lewis
DOB: [redacted]
Location: 1) 212/90 2) 3)
Sex ● Male ○ Female

Current Diabetic Medication Orders:
CRIC ○ none ○ regular ○ plus

| Date | Time AM | FSBG | Ketones | CRIC units given | Initials | Time PM | FSBG | Ketones | CRIC units given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/28 | 6A | 117 | | – | 2 | 4pm | 331 | | | | |
| | | | | | | 9pm | 301 | | | | |
| 1/29 | 6A | 66 | | | | 4pm | 328 | 0 | 10u(R) | | |
| 1/29 | | | | | | 9pm | 230 | | 8 | B | |
| 1/30 | 6A | 68 | / | / | | 4pm | | | | | Glucagel given |
| | | | | | | 9pm | 465 | | | | |
| 1/31 | 6A | 219 | / | 6 | | 4pm | 431 | | | | |
| | | | | | | 9pm | 244 | | | | |

| Initial | Printed Name Title | Initial | Printed Name Title | Initial | Printed Name Title |
|---|---|---|---|---|---|
| B | B Sobers RN | | | 2 | [illegible] |
| | | | | | |
| | | | | | |

| Initial | Practitioner's Name | Date of Review | Initial | Practitioner's Name | Date of Review |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

CORIZON

## Finger Stick Blood Glucose (FSBG) Record

| Facility Name: Detention Center | PID: 718327 |
|---|---|
| Inmate Name: Jung Louis | DOB: |
| Location: 1) 212/10 2) 212-5 3) | Sex ● Male ○ Female |
| Current Diabetic Medication Orders: Accu ✓ BID c̄ CRIC | |
| CRIC ○none ○regular ●plus NPH 10u SQ BID ; Semglee 25u @ HS | |

| Date | Time AM | FSBG | Ketones | CRIC units given | Initials | Time PM | FSBG | Ketones | CRIC units given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/01 | 6A | 341 | | 10u | [initials] | 2/14P | | | | | |
| 02/02 | 6A | 284 | | 8u | [initials] | 2/24P | 534 | – | 12 | KK | |
| 2/03 | 6A | 50 | | – | [initials] | 2/29P | 389 | – | – | KK | |
| 2/3 | → | | | | | 5pm | 244 | – | 6u | [initials] | |
| 2/3 | → | | | | | 9pm | | – | | [initials] | |

| Initial | Printed Name Title | Initial | Printed Name Title | Initial | Printed Name Title |
|---|---|---|---|---|---|
| [initials] | M Patterson LPN | | | [initials] | [signature] |

| Initial | Practitioner's Name | Date of Review | Initial | Practitioner's Name | Date of Review |
|---|---|---|---|---|---|
| | | | | | |


YesCare 0357

# Finger Stick Blood Glucose (FSBG) Record

| | | | |
|---|---|---|---|
| **Facility Name:** Detention Center | | | **PID:** |
| **Inmate Name:** | | | **DOB:** |
| **Location: 1)** | **2)** | **3)** | **Sex** ○Male ○Female |

**Current Diabetic Medication Orders:**

**CRIC** ○none ○regular ○plus

| Date | Time AM | FSBG | Ketones | CRIC units given | Initials | Time PM | FSBG | Ketones | CRIC units given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Initial | Printed Name Title | Initial | Printed Name Title | Initial | Printed Name Title |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| Initial | Practitioner's Name | Date of Review | Initial | Practitioner's Name | Date of Review |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

PHS

# Finger Stick Blood Glucose (FSBG) Record May 2022

Facility Name: [illegible]

Inmate Name: Jung Lewis

Inmate Number: 78327

Current Location: 1.) K, 70 2.) 3.)

Date of Birth: [redacted]

Sex: ● Male ○ Female

Current Diabetic Medication Orders:

CRIC: ○ None ○ Regular ○ Plus [illegible]

| Date | Time AM | FSBG | Refused | CRIC Units Given | Initials | Time PM | FSBG | Refused | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/21 | 4:10A | 148 | | — | [illegible] | 15:25P | Refused | | | | accucheck [illegible] |
| 05/21/2022 | | | | | | 20:30P | 440 | | [illegible] | [illegible] | |
| 5/22 | 4A | 399 | | 10 | [illegible] | 3:30P | 324 | | 10 | [illegible] | |
| 05/22/22 | | | | | | 8:20P | [illegible] | | [illegible] | [illegible] | |
| 5/23 | 4:45 | 250 | | 8 | [illegible] | 4:30P | 248 | | 6 | [illegible] | |
| 5/24 | 5AM | 198 | | 4 | [illegible] | 3:30P | 265 | | 8 | [illegible] | |
| 05/24/2022 | | | | | | 9:30P | 149 | | [illegible] | [illegible] | |
| 5/25 | 4:30 | 519 | | 12 | [illegible] | [illegible] | 307 | | 10 | [illegible] | |
| 05/25/22 | | | | | | 3:45P | 202 | | 6 | [illegible] | |
| 05/25/2022 | | | | | | 8:20P | Refused | | | | accucheck |
| 5/26 | 5:45 | 289 | | 8 | [illegible] | 4pm | Refused | | | | Accucheck [illegible] |
| | | | | | | 8:45 | 496 | | 10 | [illegible] | |
| 5/27 | 6A | 296 | | 8 | [illegible] | 3:25P | Refused | | | | accucheck [illegible] |
| 05/27/2022 | | | | | | 9PM | 285 | | 8 | [illegible] | |
| [illegible] | 4:10 | 405 | | 12 | [illegible] | 4pm | | | | | Pt refused 4pm + 9pm |
| [illegible] | [illegible] | | | 10 | [illegible] | 4pm | | | | | Pt refused 4pm/9pm [illegible] |
| 5/30 | 6A | 385 | | 10 | [illegible] | 3:30P | 441 | | 12 | [illegible] | |
| 05/30/22 | | | | | | 8:25P | 252 | | 6 | [illegible] | |
| 5/31 | 5AM | 294 | | 8 | [illegible] | 3:25P | Refused | | | | accucheck [illegible] |
| 5/31/2022 | | | | | | 8:25P | Refused | | | | accucheck [illegible] |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| [illegible] | [illegible] | SK | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | | | | |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved.

PHS

# Finger Stick Blood Glucose (FSBG) Record

Facility Name:

Inmate Number:

Inmate Name:

Date of Birth:

Current Location: 1.) 2.) 3.)

Sex: ◯ Male ◯ Female

Current Diabetic Medication Orders:

CRIC: ◯ None ◯ Regular ◯ Plus

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved.

PHS

# Finger Stick Blood Glucose (FSBG) Record May, 2022

Facility Name: PICC

Inmate Name: Jung, Louis W.

Inmate Number: 718327

Current Location: 1.) K-15 2.) 3.)

Date of Birth: [redacted]

Sex: Male Female

Current Diabetic Medication Orders: Accucheck 4 Times a day + CRIC + NPH 30 units insulin Subcut. BID;

CRIC: None Regular Plus

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | SEMGLEE 20 units insulin HS - 04/20 - 06/19/2022 Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/22 | 4:30 | 236 | | 10 | [illegible] | 4P | 318 | | 10 | [illegible] | |
| 5/2 | 5A | 358 | | 10 | [illegible] | 12N | 357 | | 10 | [illegible] | |
| 05/02/2022 | | | | | | 3:30PM | 552 | | 12 Reg. | [illegible] | |
| 05/02/22 | | | | | | 8:35P | 274 | | 0 | [illegible] | |
| 5/3/22 | 5AM | 236 | | 6 | [illegible] | 12N | 406 | | 12 | [illegible] | |
| 05/03/2022 | | | | | | 3:30P | 377 | | 10 | [illegible] | |
| 05/03/2022 | | | | | | 9:15P | 218 | | 0 | [illegible] | |
| 5/4/22 | 5AM | 108 | | | [illegible] | 12N | 223 | | 6 | [illegible] | |
| 05/04/2022 | | | | | | 3:25P | 378 | | 10 Reg. | [illegible] | |
| 05/04/22 | | | | | | 2050P | Refused | | | | Refused [illegible] |
| 5/5/22 | 5AM | 277 | | 8 | [illegible] | 12:30 | 257 | | 6 | [illegible] | |
| 05/05/2022 | | | | | | 3:30PM | 360 | | 10 Reg. | [illegible] | |
| 05/05/22 | | | | | | 8:25P | 169 | | 0 | [illegible] | |
| 5/6/22 | | | | | | 4pm | 305 | | 10 | JI | |
| 5/6/22 | | | | | | 9pm | Refused | | | JI | |
| 5/7 | 4:1[illegible] | Refused | | | [illegible] | 3:30P | 514 | | 14 Reg. | [illegible] | |
| 05/07/22 | | | | | | 9:30P | 117 | | 0 | [illegible] | |
| 05/08/2022 | | | | | | 3:30P | 295 | | 6 Reg. | [illegible] | |
| 05/08/2022 | | | | | | 8:35P | 299 | | 0 | [illegible] | |
| 5/9/22 | 5AM | 68 | | | [illegible] | 4P | refused | | | [illegible] | |
| 5/9/22 | | | | | | 9P | 394 | | 10 | [illegible] | |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| | | JI | J. Idicula, LPN | [illegible] | Joycelin L. Bentham, LPN |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved.

PHS

# Finger Stick Blood Glucose (FSBG) Record May, 2022

Inmate Number: 718327

Inmate Name: Tiung, Louis

Date of Birth: [redacted]

Sex: ○ Male ○ Female

Current Location: 1) 12-15 2) K-07 3)

Current Diabetic Medication Orders: ACCUCHECK 4X/day + CRIC + NPH 30 unit insulin Subcut. BID; SEMGLEE 20 unit insulin HS

CRIC: ○ None ○ Regular ○ Plus

Comments: 04/21 – 06/19/2022

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/22 | 5AM | 114 | | | [initials] | 3:33P | 405 | | 12 | [initials] | |
| 5/10/22 | | | | | | 8:30P | 339 | | 8 | [initials] | |
| 5/11/22 | 5AM | 181 | | 4 | [initials] | 4:10P | 266 | | 8 | [initials] | |
| 5/11/22 | | | | | | 8:20P | 321 | | 8 | [initials] | |
| 05/12/2022 | | | | | | 3:35P | 443 | | 12 | [initials] | |
| 05/12/2022 | | | | | | 8:30P | Refused accucheck | | | | [initials] |
| 5/13 | 12:30 | 441 | | 12 | [initials] | 3:30P | Refused accucheck | | | | [initials] |
| 05/13/2022 | | | | | | 8:35P | 223 | | 4 | [initials] | |
| 5/14 | 4a | Refused | | | [initials] | 4pm | [illegible] | | 0 | [initials] | |
| | | | | | | 8pm | 253 | | 0 | [initials] | |
| 5/15 | | | | | | 4pm | 242 | | 0 | [initials] | |
| | | | | | | 8pm | 298 | | 0 | [initials] | |
| 5/16 | 5AM | 179 | | | [initials] | 3:30P | 168 | | 4 | [initials] | |
| 05/16/2022 | | | | | | 8:30P | 276 | | 4 | [initials] | |
| 5/17 | 5:30 | 184 | | 4 | [initials] | | | | | | |
| 5/18 | 5AM | Refused | | | [initials] | 3:25P | 335 | | 10 | [initials] | |
| 05/18/2022 | | | | | | 9:25P | 407 | | [illegible] | [initials] | |
| 5/19 | 5AM | 114 | | | [initials] | Noon | 447 | | 12 | [initials] | |
| 05/19/2022 | | | | | | 3:30P | 243 | | 6 | [initials] | |
| 05/19/2022 | | | | | | 8:35P | 359 | | [illegible] | [initials] | |
| 5/20 | 5AM | 194 | | 4 | [initials] | [illegible] | 324 | | [illegible] | [initials] | |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| [initials] | [signature] | [initials] | [signature] | [initials] | Jerralyn L. Burkhart LPN |
| | | | | [initials] | [signature] |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved.

# Finger Stick Blood Glucose (FSBG) Record April, 2022

Facility Name: PICC

Inmate Number: 718327

Inmate Name: JUNG, LOUIS

Date of Birth: [redacted]

Current Location: 1.) K-15 2.) 3.)

Sex: ☒ Male ○ Female

Current Diabetic Medication Orders: Accuchek TID + CRIC, NPH 20 units insulin BID SEMGLEE 20 units HS Sched.

CRIC: ○ None ○ Regular ○ Plus

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/14/2022 | → | | | | | 9:30 PM | Refused | | | | accuchek prior to Semglee. |
| 4/15 | 5A | Refused | | | OB | 3:30P | Refused | | | | accuchek. JB |
| 04/15/2022 | → | | | | | 8PM | "Hi" | | | JB | |
| 4/16 | [illegible] | | | | | 4pm | Refused | | | JI | |
| 4/17 | 4am | Refused | | | | | | | | | |
| 4/17 | 4am | Refused | | | | 4pm | Refused | | | JI | |
| 4/18 | 5A | Hi | | 12 | OB | | | | | | Summoned Hi ? over 680 |
| 04/18/2022 | → | | | | | 3:25PM | Refused | | | | accuchek. JB |
| 04/18/2022 | → | | | | | 10:25P | 557 | | 0 | JB | |
| 4/19/22 | 5AM | Refused | | | | 3:35PM | 522 | | 12 Reg | JB | |
| 04/19/2022 | → | | | | | 8:10P | 241 | | 0 | JB | |
| 4/20/22 | 5AM | Refused | | | | 12pm | Hi | | 16 | [illegible] | |
| 04/20/2022 | → | | | | | 3:20P | 567 | | 14 Reg | JB | Per Dr. Sanguy - Given 14 units Reg. IM |
| 04/20/2022 | → | | | | | 9:10P | REF | | | JB | (Refused accuchek) |
| 4/21/22 | 5AM | 388 | | 10 | [illegible] | | | | | | |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| JB | [illegible signature] | [illegible] | [illegible signature] | JI | J. Idiula, LPN |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

# Finger Stick Blood Glucose (FSBG) Record

APRIL 2022

Facility Name: PICC

Inmate Number: 718327

Inmate Name: Junior Louis

Date of Birth:

Current Location: 1.) A-28 2.) K-15 3.) K33

Sex: ☒ Male ○ Female

Current Diabetic Medication Orders: Accucheck STD + CRIC NPH 20u BID Semglee 20u HS

CRIC: ○ None ☒ Regular ○ Plus

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/1/22 | 5A | Refused | | Ø | [illegible] | 4pm | High | | 12 | JI | |
| 4/1/22 | → | | | | | 9pm | Refused | | | JI | |
| 4/2 | 4a | Refused | | | | 4pm | 322 | | 10 | SJ | |
| | | | | | | 9pm | 302 | | 8 | SJ. | 20 HS Semglee given SJ |
| 4/3 | 4a | Refused | | | A | | | | | | |
| 4-3 | 4pm | HIGH | 12 | [illegible] | | | | | | | |
| 4/4 | 5A | 236 | 6 | [illegible] | | | | | | | |
| 4/5/22 | 430 | Refused | | SA | | | | | | | |
| 4/6/22 | 430 | Refused | | SA | | Refused | | | | JI | |
| 4/7/22 | 4AM | Refused | | SA | | | | | | | |
| 4/7 | 2pm | 484 | 12 | S | | | | | | | pt out @ Hospital |
| 4/8/22 | 4AM | Hospital | | SA | | | | | | | |
| 4/9 | | Hospital | | | | | | | | | |
| 4/10 | 4a | Refused | | | | | | | | | |
| 4/11/22 | 430 | HI | | 12 | SA | 4p | refused | | | DA | |
| 4/11/22 | | | | | | 9p | refused | | | DA | |
| 4/12/22 | 545 | 539 | | 12 | SA | 3:20p | 321 | | 10 | [illegible] | |
| 04/12/2022 | → | | | | | 8:26p | 292 | | 8 | [illegible] | |
| 4/13/22 | 548 | 127 | | | SA | 3:20P | Refused accucheck | | | [illegible] | |
| 04/13/2022 | → | | | | | 9:55P | 527 | | 8 | [illegible] | |
| 4/14/22 | 530 | 334 | | 10 | SA | 3:30P | Refused accucheck | | | [illegible] | |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| SA | S Heller | JI | J. Idiunla, LPN | DA | [illegible] |
| | | | | [illegible] | Jacqueline Bentham [illegible] |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

PHS

# Finger Stick Blood Glucose (FSBG) Record

K 15.

Facility Name: PICC

Inmate Number: 718327

Inmate Name: Jung Louis

Date of Birth: [redacted]

Current Location: 1.) 2.) 3.)

Sex: ◯ Male ◯ Female

Current Diabetic Medication Orders:

CRIC: ◯ None ◯ Regular ◯ Plus Accu ✓ 4 times a day ; CRIC + NPH 30 B.I.D semglee 20 HS

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/21/22 | 11am | 551 | | 14 | | | | | | | 30 unit NPH given as ordered |
| 04/21/2022 | → | | | | | 3:30PM | 341 | | 10 Reg | | |
| 04/21/2022 | → | | | | | 9:05PM | 200 | | 8 | | |
| 4/22/22 | → | | | | | 4pm | Refused | | | JI | Accu ✓ only refused |
| 4/22/22 | → | | | | | 9pm | Refused | | | JI | |
| 4/23 | 4:20 | Refused | | | | 120 | 499 | | 14 | | 30 unit NPH given |
| 04/23/2022 | → | | | | | 3:35P | Refused accucheck | | | | |
| 04/23/2022 | → | | | | | 9:10P | 312 | | 8 | | |
| 4/24 | 4:10 | 586 | | 12 | | 120 | 291 | | 8 | | |
| 04/24/2022 | → | | | | | 3:50P | 194 | | 4 Reg | | |
| 04/24/2022 | → | | | | | 8:20P | 192 | | 4 | | |
| 4/26 | 445 | 509 | | 12 | | 4P | 542 | | 14 | | |
| 4/26 | 11am | 399 | | 10 | | 430AM | 356 | | 10 | | |
| 04/26/2022 | → | | | | | 3:40P | Refused accucheck. | | | | |
| 04/26/2022 | | | | | | 8:45P | 174 | | 2 | | |
| 4/27/22 | 420 | 358 | | 10 | | 1230 | 171 | | 12 | | |
| | | | | | | 450 | 389 | | 10 | | Immordy |
| 4/28/22 | 430 | 81 | | | | 12N | 523 | | 12 | | |
| 4/28/22 | | | | | | 9PM | 481 | | | | 20U Semglee given |
| 4/29 | 04 | 118 | | 0 | | 4Pm | 364 | | 6 | | refused |
| 4/29 | 12N | 321 | | 8 | | | | | | | |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| | [illegible] | JI | J. Idicula, LPN | | [illegible] |
| | | S.L | S. Lughy | | Coralia L. Boateam, RN |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved.

PHS

# Finger Stick Blood Glucose (FSBG) Record

Inmate Name:

Inmate Number:

Date of Birth:

Current Location: 1.) 2.) 3.)

Sex: Male Female

Current Diabetic Medication Orders:

CRIC: None Regular Plus

| Date | Time AM | FSBG | Refused | CRIC Units Given | Initials | Time PM | FSBG | Refused | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/30 | 4:15 | 396 | | 10 | 8 | 9:00 | 305 | | 10 | 8 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| | | | | 8 | |
| | | | | | |
| | | | | | |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved.

PHS

# Finger Stick Blood Glucose (FSBG) Record

Inmate Number: 718327

Date of Birth:

Sex: Male Female

| Date | Time AM | FSBG | S B D | CRC Units Given | Initials | Time PM | FSBG | S B D | CRC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | | | | | | [illegible] | refused | | | [illegible] | Refused 4P accuck |
| [illegible] | [illegible] | refused | | | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | | | [illegible] | | | | | | |
| [illegible] | | | | [illegible] | [illegible] | [illegible] | 482 | | 12 | [illegible] | |
| [illegible] | | | | [illegible] | [illegible] | [illegible] | [illegible] | | 12 | [illegible] | |
| [illegible] | | | | [illegible] | [illegible] | [illegible] | | | | | refused |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| [illegible] | [illegible] | | | | |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved

PHS

# Finger Stick Blood Glucose (FSBG) Record

Facility Name:

Inmate Name: | Inmate Number:

Date of Birth:

Current Location: 1.) 2.) 3.) | Sex: ◯ Male ◯ Female

Current Diabetic Medication Orders:

CRIC: ◯ None ◯ Regular ◯ Plus

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

© Prison Health Services, Inc. 2010. All rights reserved.

PHS

# Finger Stick Blood Glucose (FSBG) Record

Facility Name: PICC

Inmate Number: 77832?

Inmate Name: [illegible]

Date of Birth:

Current Location: 1.) D-28 2.) 3.)

Sex: Male Female

Current Diabetic Medication Orders: [illegible]

CRIC: None Regular Plus

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/5/22 | 7:45am | 361 | | 10 | [illegible] | 4p | 237 | 0 | 8 | [illegible] | |
| | | | | | | 9p | 423 | 0 | — | [illegible] | |
| 3/6 | [illegible] | Refused | | | [illegible] | | | | | | |
| 3/6 | 400 | 541 | | 10 | [illegible] | | | | | | |
| 3/7 | [illegible] | 259 | | 8 | [illegible] | 4p | 340 | | [illegible] | [illegible] | |
| 3/8/22 | 415 | 255 | | 8 | [illegible] | 4p | 437 | | 12 | [illegible] | |
| 3/9/22 | 420 | 305 | | 10 | [illegible] | 4p | REFUSED ACCU | | | | |
| 3/9 | | | | | | 9p | 421 | 0 | 0 | [illegible] | |
| 3/10/22 | 415 | Refused | | | [illegible] | 4p | 421 | / | 12 | [illegible] | |
| 3/10 | | | | | | 9p | 360 | / | 10 | [illegible] | |
| 3/11/22 | 420 | Refused | | | [illegible] | 4p | 409 | / | 12 | [illegible] | |
| 3/11/22 | | | | | | 9p | 432 | / | 12 | [illegible] | |
| 3/12 | 4[illegible] | 368 | | 10 | [illegible] | 4p | 3[illegible] | / | 10 | [illegible] | |
| 3/13 | 4[illegible] | Refused | | | [illegible] | | | | | | |
| 3/14/22 | 415 | Refused | | | [illegible] | 4p | 442 | / | 12 | [illegible] | |
| 3/14/22 | | | | | | 9p | 309 | / | 10 | [illegible] | |
| 3/15/22 | 4Am | 241 | | 6 | [illegible] | 4p | [illegible] | | [illegible] | [illegible] | |
| 3/15/22 | | | | | | 9p | 429 | | 12 | [illegible] | |
| 3/16/22 | 415 | 426 | | 12 | [illegible] | 4p | 281 | / | 8 | [illegible] | |
| 3/17/22 | 415 | [illegible] | | | [illegible] | 4p | 384 | / | [illegible] | [illegible] | |
| 3/17/22 | | | | | | 9pm | 172 | / | [illegible] | [illegible] | |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | | |
| | | | | | |
| | | | | | |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved.

PHS

# Finger Stick Blood Glucose (FSBG) Record

| | |
|---|---|
| Facility Name: PIC | Inmate Number: 718327 |
| Inmate Name: K-7 | Date of Birth: |
| Current Location: 1.) Jung Louis 3.) | Sex: ○Male ○Female |
| Current Diabetic Medication Orders: [illegible] NPH [illegible] + CRIC | |
| CRIC: ○None ○Regular ○Plus | |

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/17 | 4:30 | 135 | | 2 | M | | | | | | 30 units NPH given |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| DD | D. [illegible] | | | | |
| | | | | | |
| | | | | | |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved.

PHS

# Finger Stick Blood Glucose (FSBG) Record

Facility Name:

Inmate Name: Inmate Number:

Current Location: 1.) 2.) 3.) Date of Birth:

Sex: ○ Male ○ Female

Current Diabetic Medication Orders:

CRIC: ○ None ○ Regular ○ Plus

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved.

PHS

# Finger Stick Blood Glucose (FSBG) Record JULY, 2022

Facility Name: PICC

Inmate Number: 718327

Inmate Name: JUNG, Louis W.

Date of Birth: [redacted]

Current Location: 1.) K-07 2.) 3.)

Sex: Male / Female

Current Diabetic Medication Orders: (ORDER NOTED 06/17/2022) Accucheck BID x90 days Start 06/17/2022 + 12 NOON Till 09/15/2022

CRIC: None / Regular / Plus

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/1/22 | 5:20 | 272 | | 8 | BA | | | | | | |
| 7/2/22 | 4:30 | 82 | | — | 8 | 4pm | Refused | | | JI | |
| 7/3 | 5am | 524 | | 12 | 8 | 4pm | 426 | | 12 | JI | |
| 7/4/22 | 5AM | 168 | | 4 | BA | 4p | refused | | | | refused accu ✓ |
| 7/5/22 | 5:30 | 257 | | 10 | BA | 4P | 362 | | 10 Reg. | | |
| 07/05/2022 | | | | | | 10:10 PM | Refused | | | | Accucheck. |
| 7/6/22 | 5AM | 178 | | 4 | BA | 3:25P | Refused accucheck. | | | | |
| 07/06/2022 | | | | | | 9:05P | 410 | | 0 | | |
| 7/7/22 | 5AM | 398 | | 10 | BA | 3:35P | Refused Accucheck. | | | | |
| 7/8 | 6A | 430 | | 12 | | 8:10P | 397 | | 0 | | |
| 7/9 | 4a | 250 | | 6 | | 4pm | [illegible] | | | | |
| 7/10 | 4a | 333 | | 10 | | 4p | 315 | | 10 | | |
| 7/11 | 6A | 242 | | 8 | | 4:05P | 348 | | 10 Reg | | |
| 07/11/2022 | | | | | | 9:35P | Refused | | | | accu |
| 7/12/22 | 5AM | 134 | | | BA | 3:35P | 474 | | 12 Reg. | | |
| 07/12/2022 | | | | | | 8:30P | 276 | | 0 | | |
| 7/13 | 6A | 179 | | 4 | | 3:35P | 263 | | 8 Reg. | | |
| 07/13/2022 | | | | | | 9:15P | 294 | | 0 | | |
| 7/14 | 6A | 305 | | 10 | | 545P | | | | | Refused accu ✓ |
| 7/15 | 6A | 303 | | 10 | | 4pm | | | | | refused accu ✓ |
| | | | | | | 4pm | | | | | refused services |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| BA | [illegible] | JI | J. Idicula, LPN | | Joycelin L. Bentham, LPN |
| | [illegible] | | | SL | Shonda Lightfoot LPN |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved.

PHS

# Finger Stick Blood Glucose (FSBG) Record July, 2022

Facility Name: PICC

Inmate Number: 718327

Inmate Name: Jung Tam

Date of Birth: [redacted]

Current Location: 1.) K-07 2.) 3.)

Sex: Male Female

Current Diabetic Medication Orders: Accucheck BID X90 days 06/17 - 09/15/2022

CRIC: None Regular Plus

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/16 | 4:10a | 292 | | 10 | M | 4pm | 141 | | 6u | [illegible] | |
| 7/16 | | | | | | 9pm | 364 | | 10u | [illegible] | |
| 7/17 | 4a | 280 | | 6 | [illegible] | 3:40p | 443 | | 12 | [illegible] | |
| 07/17/2022 | | | | | | 8:25p | 343 | | [illegible] | [illegible] | |
| 7/18 | 5A | 96 | | 0 | [illegible] | 4pm | 49 | | 12u | [illegible] | |
| 7/18 | | | | | | 9pm | 463 | | 0 | [illegible] | |
| 7/19 | 5A | 170 | | 4 | [illegible] | 3:25 | 298 | | 8 | [illegible] | |
| 07/19/2022 | | | | | | 9PM | Refused | | | | Accucheck. [illegible] |
| 7/20 | 5A | 116 | | 0 | [illegible] | | | | | | |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Jocelyn L. [illegible] |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved.



PHS

# Finger Stick Blood Glucose (FSBG) Record

Name: [illegible] Louis

Inmate Number: [illegible]

Date of Birth: [redacted]

Sex: ○ Male ○ Female

Order: Accucheck 4X/DAY + CRIC + NPH 30 units [illegible] Sub [illegible] ... 30 units [illegible] 6/19/2022

CRIC Order: ○ ○ ○

| Date | Time AM | FSBG | | CRIC Units Given | Initials | Time PM | FSBG | | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | 5AM | 180 | | 4 | [illegible] | 3:30 | 315 | | 10 | [illegible] | |
| [illegible]/2022 | | | | | | 7:15 | 258 | | 0 | [illegible] | |
| [illegible] | 5AM | 221 | | 6 | [illegible] | 3:35 | 266 | | 8u | [illegible] | |
| [illegible]/22 | | | | | | 8:40 | 268 | | 0 | [illegible] | |
| [illegible] | 5:30 | 114 | | | [illegible] | 3:30 | 283 | | 6u | [illegible] | |
| [illegible]/22 | | | | | | 8:25 | 511 | | [illegible] | [illegible] | |
| [illegible] | 5AM | 235 | | 6 | [illegible] | | | | | | |
| [illegible] | [illegible] | [illegible] | | | | | | | | | |
| 6/17 | 5AM | 145 | | 8 | ✓ | 3:30 | Refused accucheck | | | | |
| 6/18/2022 | | | | | | 9 | 378 | | 0 | [illegible] | |
| 6/19 | 5AM | 222 | | 6 | [illegible] | 3:30 | 248 | | 12u | [illegible] | |
| 6/19/2022 | | | | | | 8:30 | 513 | | 0 | [illegible] | |
| [illegible] | 4:30 | 200 | | 4 | [illegible] | [illegible] | 292 | | 8 | [illegible] | |
| [illegible] | | | | | | [illegible] | [illegible] | | [illegible] | [illegible] | |
| [illegible] | 5AM | 223 | | 6 | [illegible] | 3:25 | 441 | | 2u | [illegible] | |
| [illegible]/2022 | | | | | | 9:20 | Refused | | | | |
| [illegible] | 5AM | 197 | | 4 | [illegible] | 3:25 | 391 | | 10u | [illegible] | |
| [illegible]/2022 | | | | | | 8:40 | 463 | | 0 | [illegible] | |
| [illegible] | 5AM | 215 | | 6 | [illegible] | 3:30 | 229 | | 6u | [illegible] | |
| 6/25/2022 | | | | | | 8:20 | 332 | | 0 | [illegible] | |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| [illegible] | [illegible] | | | [illegible] | [illegible] |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved.

PHS

# Finger Stick Blood Glucose (FSBG) Record (June, 2022

Facility Name: PICC

Inmate Number: 718327

Inmate Name: Jung, Louis

Date of Birth: [redacted]

Current Location: 1.) K-07 2.) 3.)

Sex: Male / Female

Current Diabetic Medication Orders: accuchick 4X/DAY + CRIC + NPH 30 units insulin subcut. BID. Semglee 20 units QHS 04/20-06/19/2022

CRIC: None / Regular / Plus

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/22 | 5AM | 371 | | 10 | [illegible] | 4PM | | | | | Refused |
| | | | | | | 930P | | | | | Refused |
| 6/2/22 | 5AM | 426 | | 12 | [illegible] | | | | | | |
| 6/3/22 | 5AM | 324 | | 10 | [illegible] | 4P | | | | | Refused |
| 6/4 | 4am | 106 | | | | | | | | | |
| 6/4 | 4am | 470 | | 12 | | 4:05 | 499 | | 10 | CW | |
| 6/4 | 4a | 271 | | 6 | | 480P | | | | | refused |
| 6/6/22 | 450 | 402 | | 12 | [illegible] | | | | | | |
| 6/7/22 | 5AM | 177 | | 4 | [illegible] | 3:35 | 568 | | 12 Reg | [illegible] | |
| 06/07/2022 | | | | | | 8:30 | 584 | | 10 | [illegible] | |
| 6/8/22 | 5AM | 186 | | 4 | [illegible] | 3:25P | 362 | | 8 | [illegible] | |
| 06/08/2022 | | | | | | [illegible] | 266 | | 8 Reg | [illegible] | |
| 06/09/2022 | | | | | | 4PM | 328 | | 10 Reg | [illegible] | |
| 06/09/2022 | | | | | | 7:10P | 470 | | 12 | [illegible] | |
| 6/10 | 5A | 88 | | 0 | [illegible] | 3:25P | 258 | | 8 Reg | [illegible] | |
| 06/10/2022 | | | | | | 8:40PM | Refused | | | | accucheck - [illegible] |
| 6/11 | 4a | 331 | | 6 | | 4P | 522 | | 12 | | |
| 6/11 | | | | | | 9P | Refused | | | | |
| 6/12 | 4a | 83 | | 0 | | 4PM | Refused | | | | |
| 6/13 | 5A | 243 | | 10 | [illegible] | 3:30P | 426 | | 12 Reg | [illegible] | |
| 06/13/2022 | | | | | | 9:35P | Refused | | | | accucheck - [illegible] |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| [illegible] | [illegible] | SF | Shonda Fayfort | [illegible] | Joycelin L. Bentham, LPN |

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved.

PHS

# Finger Stick Blood Glucose (FSBG) Record June 2022

Facility Name: PICC

Inmate Name: JUNG, Louis W.

Inmate Number: 718327

Current Location: 1.) K-07 2.) 3.)

Date of Birth: [redacted]

Sex: ● Male ○ Female

Current Diabetic Medication Orders: (ordered on 6/17/2022) Accucheck BID x 90 days 2 – start 06/17/2022 + 12 NOON – till 09/15/2022

CRIC: ○ None ● Regular ○ Plus

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/24 | 6A | 263 | | 8 | [illegible] | 3:30P | 340 | \ | 10 Reg | JB | |
| 6/24/2022 | → | | | | | 8:15P | 229 | \ | 8 | JB | |
| 6/25 | 4am | 194 | | 4 | [illegible] | 4pm | refused | | | [illegible] | pt refused 3:30PM & accucheck |
| 6/25 | | | | | → | 9pm | 424 | | 12 | [illegible] | |
| 6/26 | 4am | 394 | | 10 | [illegible] | 4pm | refused | | | | pt refused 3:30PM |
| 6/26 | | | | | | 9pm | refused | | | | pt refused 9pm [illegible] |
| 6/27 | 4A | refused | | | [illegible] | 3:25P | Refused accucheck. | | | | JB |
| 6/27/2022 | → | | | | | 8:55P | "HI" | X | | JB | |
| 6/28 | 5AM | Refused | | | [illegible] | 3:30P | 358 | \ | 10 Reg | JB | |
| 6/28/2022 | → | | | | | 9PM | 347 | \ | 8 | JB | |
| 6/29 | 5AM | 57 | | | [illegible] | | | | | | |
| 6/29 | 5:30 | 77 | | | [illegible] | 3:30P | Refused accucheck. | | | | JB |
| 6/29/2022 | → | | | | | 8:40P | 400 | \ | 12 | JB | |
| 6/30 | 5AM | 267 | | 8 | [illegible] | 9:20P | 371 | \ | 12 | JB | |
| 6/30/2022 | Late Entry | → | | | | 3:30P | Refused accucheck. | | | | JB |

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| [illegible] | [illegible signature] | | | JB | Jacqueline L. Baughman, [illegible] |

| Initial | Practitioner's Name | Dates of Review |
|---|---|---|
| | | |

© Prison Health Services, Inc. 2010 All rights reserved.

PHS

# Finger Stick Blood Glucose (FSBG) Record

*** FSBG > 300 See Corrective Regular Insulin Coverage (CRIC) Mandatory Actions ***

Facility Name: | Inmate Number:

Inmate Name: | Date of Birth:

Current Location: 1.) 2.) 3.) | Sex: ○ Male ○ Female

Current Diabetic Medication Orders:

CRIC: ○ None ○ Regular ○ Plus

| Date | Time AM | FSBG | Ketones | CRIC Units Given | Initials | Time PM | FSBG | Ketones | CRIC Units Given | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

**SIGNATURE KEY**

| Initial | Printed Name/Title | Initial | Printed Name/Title | Initial | Printed Name/Title |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

**MANDATORY WEEKLY PRACTITIONER REVIEW & INITIALS**

| Initial | Practitioner's Name | Dates of Review | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

© Prison Health Services, Inc. 2010 All rights reserved.

# Exhibit 23

# PDP Policy 4.E.24.2, Red Flag Medication Compliance System

| PHILADELPHIA DEPARTMENT OF PRISONS<br>POLICIES & PROCEDURES | Policy Number<br>4.E.24.2 | Page 1 of 3 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Care | **Related Pennsylvania Minimum Standards:** Title 37 PA Code 95.226<br>**NCCHC Standard:** J-D-02<br>**Related ACA Standards:** 4-ALDF-4C-38, 4-ALDF-4C-39, 4-ALDF-2A-56, 2-CO-4E-01 | |
| **Subject:** Red Flag Medication Compliance System | **Supersedes:** Policy 4.E.24.2 signed June 23, 2016 | |
| **Approved:** ______ Commissioner | **Signature Date:** February 28, 2024 | |
| **Effective Date:** March 28, 2024 | **Scheduled PAD Review:** Annually<br>**Scheduled Commissioner's Review:** February 28, 2028 | |

## Purpose

The purpose of this policy is to update and formalize a Red Flag System that will notify behavioral and physical health care providers and correctional staff of incarcerated people not taking their medications and to develop a system that will both assure that the incarcerated people are given every opportunity to receive their medications and appropriate follow-up, including counseling, when incarcerated people are non-compliant.

## Definitions

*IJMS:* the computer system used to keep track of incarcerated people, e.g., demographic, charge, location etc.

*Nurse:* An individual licensed by the Commonwealth of Pennsylvania to practice nursing (RN or LPN).

*Prescriber*: A Physician, Nurse Practitioner or Physicians' Assistant authorized to prescribe medications under the countersignature of a licensed physician.

*Red Flags:* Instances when an incarcerated person refuses to take or otherwise is not given medication three doses in a row, three days in a row, or in some other pattern of non-compliance such as taking morning medications but refusing evening medications.

*Red Flag Non-Compliance List:* A daily list of incarcerated people who meet Red Flag criteria.

*Against Medical Advice Medication Refusal form* (attachment 4.E.24.1.d): This form is used by physical and mental health care providers when an incarcerated person continues to refuse their medications against the advice of a prescriber.

*Critical Medication:* Defined as blood thinners, medications used to treat seizures, TB, cancer, HIV, Hepatitis C, end stage liver disease, steroids, dialysis/end stage renal disease, organ transplant, antiarrhythmic medications, antipsychotic medication injections, Specialty medications (CHF, MS, Pulmonary HTN)

ATTORNEYS' EYES ONLY Jung - City Production002549



**Procedural Overview**

The following will be the order of events that occur when an incarcerated person is called to the medication area to receive their prescribed medications:

a) The Correctional Officer will announce medication.
b) The incarcerated people will come to the medication area to take their medications.
c) The nurse will identify the incarcerated person by checking the armband and cross checking the appropriate medical record for verification, and the incarcerated person will then be offered their medication.

Medication administration falls into two medical categories:

a) Compliant
b) Non-compliant.

The Correctional Officer will observe each incarcerated person to be sure medications are taken. They will report to the nurse any instances in which medications are not taken.

**Procedural Overview for Compliance**

When an incarcerated person is compliant in taking their medications and does not express any complaints about the medications (e.g., side effects), the nurse will record the administration in the Electronic Medication Administration Record (eMAR) at the time the incarcerated person receives their medications. The incarcerated person will then return to their housing area.

If the incarcerated person has complaints about their medication (e.g., "It makes me feel sick," "I feel dizzy when I take my medication," "I don't want to take the medication anymore," etc.), but takes their medication, the nurse will record the administration and make an appointment for the incarcerated person to be seen in Provider Sick Call, Chronic Care, or Behavioral Health, as appropriate. The nurse will also note the incarcerated person's complaint in the appointment.

Procedural Overview for Non-Compliance

When an incarcerated person refuses to take or otherwise is not given medication three doses in a row, three days in a row, or in some other pattern of non-compliance such as taking morning medications but refusing evening medications, the nurse will counsel the patients regarding the need to be medication compliant. If the nurse counsels the incarcerated person, and the incarcerated person agrees to take their medication, the nurse will record the administration and delete the name from the non-compliant list. If the incarcerated person continues to refuse despite counseling by the nurse, the incarcerated person will sign the Against Medical Advice Medication Refusal Form. The nurse will activate the Red Flag alert, which only displays in the electronic medical record. The nurse will then schedule a Red Flag visit with the physical and/or behavioral health care prescriber. At that time, the appointment transmits to the IJMS scheduling module so PDP security staff are aware of the appointment.

ATTORNEYS' EYES ONLY Jung - City Production002550



<table>
<tr><td> PHILADELPHIA DEPARTMENT OF PRISONS<br><br>POLICIES & PROCEDURES</td><td>Policy Number<br><br>4.E.24.2</td><td>Page 3<br><br>of 3</td></tr>
<tr><td>Part: IV - Institutional Services<br>Section: E – Health Care</td><td colspan="2">Subject: Red Flag Medication Compliance System<br>Date: February 28, 2024</td></tr>
</table>

Incarcerated people who miss one dose of a critical medication will be "Red Flagged." If the incarcerated person refused the critical medication, a refusal form must be completed.

A prescriber will counsel the Red Flag patients during Red Flag visits and may adjust, discontinue, or add medications; schedule another Red Flag visit to continue counseling; or discontinue one or more medications.

The prescriber will make a detailed entry of the event in the incarcerated person's medical record. The prescriber will determine if a non-compliant incarcerated person, because of their underlying illness, needs frequent monitoring in the Chronic Care Clinic and/or should be a subject of Treatment Team meetings. A prescriber will notify the Shift Commander if persistent medication non-compliance may pose a threat to the safety and security of the facility.

**Red Flag Medication Summary Report**

Physical and mental health care providers are required to submit a weekly facility Red Flag Medication Summary Report to the Warden. This report will be emailed to the Warden's Office on Monday(s) before 12 p.m. Physical and mental health care providers will submit the following information:

| Red Flag Data |
|---|
| Date, Incarcerated Person's Name, PID, & Housing Unit |
| Number of Red Flag Incarcerated People |
| Number of Red Flag Incarcerated People counseled |
| Number of Red Flag Incarcerated People *not* Counseled |
| Number of Incarcerated People Signing the Release of Responsibility for Medication Refusals form |
| |
| |

The Wardens are required to include a Red Flag Summary as part of the Warden's Weekly Report to the Commissioner. This report consists of the following information:

| Red Flag Incarcerated people |
|---|
| Number of Red Flag Incarcerated People |
| Number of Red Flag Incarcerated People counseled |
| Number of Mental Health Incarcerated People *not* counseled with a vendor Corrective Action Plan |

ATTORNEYS' EYES ONLY Jung - City Production002551

# Exhibit 24

# Jung Medical Records Excerpts

# AFTER VISIT SUMMARY

Jefferson Health.

**Louis Jung** Date of birth: [redacted]3 3/11/2023 - 3/14/2023 JEFFERSON NORTHEAST TORRESDALE HOSPITAL

## Instructions

**Need Help?**

**Call the following number:**

Hospital Medicine: Hospital Medicine Torresdale (267) 738-6835

Discharge Attending: Samantha Milanes, DO

**Symptoms or Health Problems to look out for:**

- Temperature greater than 101.4 F
- Redness, swelling, or pus of incision or affected area
- Swelling of feet, legs, abdomen
- Chest Pain
- Shortness of breath
- Nausea, vomiting, or diarrhea
- New or worsening pain

Follow up Tasks

***Additional Issues Requiring Follow up:***

Follow up with endocrinology outpatient

## Additional Information

Suicidal Ideation

In case of suicidal thoughts, please reach out to family or friends to spend time with you. Let them know how you are feeling. Try not to be alone. Contact your treatment team to let them know what is happening. If things get worse, get to any emergency room or crisis response center, or call 911 to make sure you are safe. The National Suicide Prevention Lifeline is a 24-hour, toll-free suicide prevention service available to anyone in suicidal crisis. **If you need help, please dial 988 (just three digits).**

## What's Next

| | |
|---|---|
| **Follow up with Eke Kalu, MD**<br>Specialty: Internal Medicine | 8001 STATE RD<br>HOC-MOD 2<br>PHILADELPHIA PA<br>19136-2908<br>215-335-5020 |
| **Follow up with Neil Streisfeld, MD**<br>Specialty: Endocrinology | 9501 Roosevelt Boulevard<br>Suite 300<br>PHILADELPHIA PA<br>19114<br>215-969-9511 |

## Your Next Steps

**Do**

- ☐ Follow up with Eke Kalu, MD
  8001 STATE RD
  HOC-MOD 2
  PHILADELPHIA PA 19136-2908
  215-335-5020
- ☐ Follow up with Neil Streisfeld, MD
  9501 Roosevelt Boulevard
  Suite 300
  PHILADELPHIA PA 19114
  215-969-9511

**Go**

MAR 21 **New Sleep Visit** 2:00 PM
Arrive by 1:45 PM
Ritu G Grewal, MD
Jefferson Sleep Disorders Center, Center City
211 S. 9TH STREET, SUITE 500
PHILADELPHIA PA 19107
215-955-6175

You have more future appointments. Please review your full appointment list.

## What's Next (continued)

| Date | Appointment | Location |
|---|---|---|
| MAR 21 | **New Sleep Visit with Ritu G Grewal, MD**<br>Tuesday Mar 21, 2023 2:00 PM (Arrive by 1:45 PM)<br>If you have had sleep studies before, please bring a copy of the results with you.<br><br>If you have a CPAP machine, please bring your machine with you. | Jefferson Sleep Disorders Center, Center City<br>211 S. 9TH STREET, SUITE 500<br>PHILADELPHIA PA 19107<br>215-955-6175 |
| APR 4 | **Established Patient Visit with Eyad I Kanawati, MD**<br>Tuesday Apr 4, 2023 10:15 AM<br>Please bring any insurance information and copayment if required by your insurance company. | Cardiology Associates at Oxford Valley -- Bensalem<br>2685 Knights Rd<br>Bensalem PA 19020-3406<br>267-332-0831 |
| APR 13 | **Post Discharge Visit with Jilcy J. Mathew, MD**<br>Thursday Apr 13, 2023 9:00 AM | Jefferson Endocrinology Northeast Philadelphia<br>9501 Roosevelt Boulevard<br>Suite 300<br>Philadelphia PA 19114-1029<br>215-969-9511 |

# Medication List

ⓘ If you have questions about this list or if there are differences between this list and the labels on the medications you are using at home, please ask your pharmacist or provider.

## START taking these medications

| | | Dose Instructions |
|---|---|---|
|  START | **midodrine** 5 mg tablet<br>Commonly known as: PROAMATINE<br>Last time this was given: 5 mg on March 14, 2023 11:52 AM | Take 1 tablet (5 mg total) by mouth every 8 (eight) hours. |

## CHANGE how you take these medications

| | | Dose Instructions |
|---|---|---|
|  CHANGE | **insulin glargine** 100 unit/mL injection<br>Commonly known as: LANTUS, SEMGLEE<br>Last time this was given: 35 Units on March 13, 2023 9:48 PM<br>What changed: **how much to take** | Inject 35 Units under the skin nightly. |
|  CHANGE | * **insulin lispro** 100 unit/mL injection<br>Commonly known as: HumaLOG/ADMELOG<br>Last time this was given: Ask your nurse or doctor<br>What changed: **how much to take** | Inject 10 Units under the skin 3 (three) times a day with meals. |
| CHANGE | * **insulin lispro** 100 unit/mL injection<br>Commonly known as: HumaLOG/ADMELOG<br>Last time this was given: Ask your nurse or doctor<br>What changed: **You were already taking a medication with the same name, and this prescription was added. Make sure you understand how and when to take each.** | Inject 1-5 Units under the skin Correctional Dose Insulin.<br>consider lnd semglee & Januvia 100mg qd. metformin |
|  CHANGE | **levothyroxine** 150 mcg tablet<br>Commonly known as: SYNTHROID<br>Start taking on: March 15, 2023<br>Last time this was given: 150 mcg on March 14, 2023 5:42 AM<br>What changed:<br>• **medication strength**<br>• **how much to take** | Take 1 tablet (150 mcg total) by mouth daily. |

ⓘ This list contains multiple medications with the same name. Please ask your provider if you have questions about them or if you think there is an error.

## Medication List (continued)

CONTINUE taking these medications

| | | Dose Instructions |
|---|---|---|
| CONTINUE | **apixaban** 5 mg tablet<br>Commonly known as: ELIQUIS<br>Last time this was given: 5 mg on March 14, 2023 9:06 AM | Take 5 mg by mouth daily. |
| CONTINUE | **ARIPiprazole** 10 mg tablet<br>Commonly known as: ABILIFY<br>Last time this was given: 20 mg on March 13, 2023 9:18 PM | Take 20 mg by mouth nightly. |
| CONTINUE | **atorvastatin** 20 mg tablet<br>Commonly known as: LIPITOR<br>Last time this was given: 20 mg on March 13, 2023 9:18 PM | Take 20 mg by mouth nightly. |
|  CONTINUE | **donepeziL** 5 mg tablet<br>Commonly known as: ARICEPT<br>Last time this was given: 5 mg on March 13, 2023 9:18 PM | Take 5 mg by mouth nightly. |

### You are allergic to the following

No active allergies

### Brief Summary of Hospital Course and Important Follow up Information

Louis Jung, you were in the hospital for DKA which is probably related to dosing schedule of insulin in the prison

**Insulin regimen in prison only provides regular insulin sliding scale twice a day in addition to basal insulin. As a result he has been severely hyperglycemic progressing into DKA**

**Patient's blood glucose needs to be monitored 4 times per day. He will need a base dose of mealtime insulin in addition to sliding scale coverage as well as basal insulin**

**Insulin regimen on discharge:**

Lantus 35 units nightly.
Humalog 8 units t.i.d. with meals plus reduced Humalog correction scale to avoid over correcting high blood sugars leading to lows.

| Blood Glucose (mg/dL) | Low Dose |
|---|---|
| Less than 70 | See Hypoglycemia Protocol |
| 70 - 140 | 0 units |
| 141 - 200 | 1 units |
| 201 - 250 | 2 units |
| 251 - 300 | 3 units |
| 301 - 350 | 4 units and Call House Officer |

## Brief Summary of Hospital Course and Important Follow up Information (continued)

| Greater than 350 | 5 units and Call House Officer |
|---|---|

**Your levothyroxine dosage was changed**
**Get repeat TFT in 4-6 weeks outpatient**

**Your blood pressure was low and you were started on midodrine**
**This can be discontinued in the outpatient setting if your blood pressure normalizes**

**Additional Transfer Facility Instructions**

Extended DVT Prophylaxis: eliquis
Oxygen and Respiratory: na
Medication Issues Specific for next health care facility: insulin regimen as above
Hospital code status at discharge: Full Code (Please review with patient and family upon arrival to facility)

## Reason for Hospitalization

Your primary diagnosis was: Diabetic Ketoacidosis Without Coma Associated With Other Specified Diabetes Mellitus

## COVID-19 Results and In Process Orders

**COVID-19 last 3 results in past 30 days**

| | 03/11/23 0006 |
|---|---|
| CORONAVIRUS (COVID-19) | Negative |

**COVID-19 In Process Orders**
**None**

If you have questions about your discharge plan and are unable to reach your provider, please contact the nursing unit below:

## Your Inpatient Care Unit

You last received care in the: JTH 3A
Unit phone number: 215-612-4000

## Your Providers who took care of you during your treatment.

| Provider | Role | Specialty |
|---|---|---|
| Samantha Milanes, DO | Attending Provider | Internal Medicine |
| Jmg Endocrine-Metabolic Assoc (Jbh Jth Jfh) | Consulting Physician | Endocrinology Hospital Consult |

## Outpatient Care Team (continued)

### Outpatient Care Team

| Eke Kalu, MD | PCP - General, Internal Medicine | 215-335-5020 |
|---|---|---|
| 8001 STATE RD HOC-MOD 2 PHILADELPHIA PA 19136-2908 | | |

## AVS Review

Discharge After Visit Summary (AVS) attestation review electronic authentication by: MILANES, SAMANTHA DO on 3/14/2023 at 8:39 AM

## Jefferson Health Community Resource

Do you need food, medical care, housing, transportation or other services? Check out our searchable database – **CommunityResource.JeffersonHealth.org** – for free and low-cost services close to you.

The information in this after visit summary is up to date as of: 3/14/2023 1:12 PM.

## MyJeffersonHealth MyChart

MyJeffersonHealth MyChart allows you to send messages to your doctor, view your test results, renew your prescriptions, schedule appointments and more.

**Jefferson has over 100,000 active MyChart users. Sign up and join the others already benefiting.**

To set up your account, go tomy.jeffersonhealth.org and click **Sign Up Now**. Enter your MyChart Activation Code exactly as it appears below:

**7BT5N-B6VK8-QB4H4**
**Expires: 4/28/2023 1:12 PM**

If you have questions, please e-mail **MyChart@Jefferson.edu** or call our Jefferson Health MyChart help line at **215-503-5700.**

March 2023

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
| --- | --- | --- | --- | --- | --- | --- |
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 ESTABLISHED PATIENT VISIT 1:15 PM (15 min.) Eyad I Kanawati, MD Cardiology Associates at Oxford Valley – Bensalem | 7 | 8 | 9 | 10 | 11 RIS XR CHEST/RIBS 1:45 AM (15 min.) Torresdale Diagnostic Radiology Xray Portable 1 JEFFERSON TORRESDALE HOSPITAL RADIOLOGY |
| 12 RIS XR CHEST/RIBS 1:20 AM (15 min.) Torresdale Diagnostic Radiology Xray Portable 1 JEFFERSON TORRESDALE HOSPITAL RADIOLOGY | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 NEW SLEEP MEDICINE VISIT 1:45 PM (20 min.) Ritu G Grewal, MD Jefferson Sleep Disorders Center, Center City | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

April 2023

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4<br>**ESTABLISHED PATIENT VISIT**<br>10:15 AM<br>(15 min.)<br>Eyad I Kanawati, MD<br>Cardiology Associates at Oxford Valley -- Bensalem | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13<br>**POST DISCHARGE VISIT**<br>9:00 AM<br>(40 min.)<br>Jilcy J. Mathew, MD<br>Jefferson Endocrinology Northeast Philadelphia | 14 | 15 |
| 16<br>Happy Birthday! | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

CSN: 167480134

## Your Medications

### Take these medications at their scheduled times

| | Morning | Noon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **apixaban** 5 mg tablet<br>Take 5 mg by mouth daily.<br>Commonly known as: ELIQUIS | | | | | |
| **ARIPiprazole** 10 mg tablet<br>Take 20 mg by mouth nightly.<br>Commonly known as: ABILIFY | | | | | |
| **atorvastatin** 20 mg tablet<br>Take 20 mg by mouth nightly.<br>Commonly known as: LIPITOR | | | | | |
| **donepezIL** 5 mg tablet<br>Take 5 mg by mouth nightly.<br>Commonly known as: ARICEPT | | | | | |
| **insulin glargine** 100 unit/mL injection<br>Inject 35 Units under the skin nightly.<br>Commonly known as: LANTUS, SEMGLEE | | | | | |
| * **insulin lispro** 100 unit/mL injection<br>Inject 10 Units under the skin 3 (three) times a day with meals.<br>Commonly known as: HumaLOG/ADMELOG | | | | | |
| * **insulin lispro** 100 unit/mL injection<br>Inject 1-5 Units under the skin Correctional Dose Insulin.<br>Commonly known as: HumaLOG/ADMELOG | | | | | |
| **levothyroxine** 150 mcg tablet<br>Take 1 tablet (150 mcg total) by mouth daily.<br>Commonly known as: SYNTHROID<br>Start taking on: **March 15, 2023** | | | | | |
| **midodrine** 5 mg tablet<br>Take 1 tablet (5 mg total) by mouth every 8 (eight) hours.<br>Commonly known as: PROAMATINE | | | | | |

This list has 2 medication(s) that are the same as other medication(s) prescribed for you. Read the directions carefully, and ask your doctor or other care provider to review them with you.

 Thomas Jefferson University Hospital JEFFERSON NORTHEAST TORRESDALE HOSPITAL
10800 Knights Rd
Philadelphia PA 19114-4200

Jung, Louis
MRN: 00638879, DOB: ███ Sex: M
Acct #: 60977738
Adm: 1/23/2023, D/C: —

**ED Provider Notes by Frederick Gmora, DO at 1/23/2023 10:40 AM (continued)**

Summary: DKA
HHS
Covid
Sepsis
Severe HAGMA
AKI
PNA

Data Review and Analysis: External documents reviewed: Previous inpatient medicine hospitalization, Prison transfer records
My EKG interpretation: NSR 100bpm, Normal axis, normal r R wave progression
My X-ray interpretation: Possible R sided infiltrate
An independent historian provided details of the history: Prison transfer records

Reassessment / Course: 49 yo M with poorly controlled DM with recent episode of DKA, presented to ED for evaluation of AMS and hyperglycemia. On arrival no focal deficits but ill appearing, alerted with BG too high to calculate on POC. Concern for DKA/HHS. He was started on IVF volume expansion with LR.

Work up in ED showed severe DKA/HHS with pH < 7. Started on Insulin gtt and aggressive IVF volume repletion.
Given significant leukocytosis, lactic acidosis, and Possible RUL infiltrate, broad spectrum abx started given recent hospitalizations.

With level of acidosis, AMS, DKA/HHS case d/w ICU who will accept patient.

Due to the high risk of critical illness or multi-organ failure at initial presentation and/or during ED course, dedicated critical care time was required.
Diagnosis/System(s) at risk for compromise: Neuro, Respiratory, GU, ID

This does not including time spent performing other reported procedures or services.
Critical care time involved full attention to the patient's condition and includes time at the bedside, reviewing test results, discussing the case with staff, documenting the medical record and time spent with family members.

Time spent in Critical Care of the patient: 90

Disposition: Rational for Disposition: ICU for critical illness
Chronic illness impacting care: Poorly controlled IDDM, Severe DKA
SDOH: Physical (Air/Water, Housing/Transit) Incarcerated

Discussion with patient / family: Unable to discuss results with patient due to mental status.

Amount and/or Complexity of Data Reviewed
Clinical lab tests: reviewed

**Progress Notes**

**PID:** 718327 **Intake:** 2211610
**Facility Code:** CFCF **Housing Area:** ,A2POD3,04,1
**Patient:** JUNG, LOUIS W
**DOB:** [redacted] **Age:** 49 Y **Sex:** Male
**Phone:**
**Address:** [redacted] PHILADELPHIA, PA-19148

**Provider:** Karen McKinney, PA
**Date:** 01/23/2023

## Subjective:

**Chief Complaints:**

- PROVIDER NOTE: elevated BG/change in mental status

**HPI:**

()General Examination:

IP to medical as stretcher call by nursing; nursing reporting IP laying in cell on his bunk, incoherent. Reported BG "high". Known to be non-compliant with Insulin. IP able to shake head 'no' when asked about pain; IP nodded head 'yes' when asked about N/V; Asked about missed insulin and why he does not take it, able to say 'sleep'. Otherwise IP moaning incoherently. Not following commands regarding neuro exam; checking movement in extremities.

**Medical History:**

- DIABETES
- HYPERCHOLESTEROLEMIA
- COVID/MRSA PNA 1/2022
- Pulmonary embolism and thrombocytopenia
- Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22
- Sedative, hypnotic or anxiolytic dependence, unspecified

**Medications:**

Taking

- Abilify 10 MG Tablet 2 tablets DAILY, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific
- Aricept 5 MG Tablet 1 tablet AT BEDTIME, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific
- Blood Pressure - Check as directed ONCE MONTHLY, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific
- Levothyroxine Sodium 125 MCG Tablet 1 tablet EVERY MORNING, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific
- Semglee 100 UNIT/ML Solution 40 units BEFORE BEDTIME, stop date 04/12/2023, KOP: No, Drug Source: Stock
- HumuLIN R 100 UNIT/ML Solution 1 application TWICE DAILY, stop date 04/12/2023, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units
- Accu Chek - Reading 1 application TWICE DAILY, stop date 04/12/2023, KOP: No, Drug Source: Patient Specific
- Lipitor 20 MG Tablet 1 tablet BEFORE BEDTIME, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific
- Eliquis 5 MG Tablet 1 tablet EVERY EVENING, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Notes: NF submitted
- Vitamin D-3 25 MCG (1000 UT) Capsule 1 capsule DAILY, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Notes: NF submitted

## Objective:

**Vitals:** Time: 0930, Temp 97.6 F, HR 98 /min, BP 100/68 mm Hg, RR 22 /min, Oxygen sat % 98 %, Ht 66 in, Accucheck "High"
Per traige nurse.

**Examination:**

()General Examination:

- GENERAL APPEARANCE: appears agitated; not oriented; able to answer only a few questions with head movement; speaking incoherently; unable to follow commands for most of exam.

- HEAD: normocephalic, atraumatic.
- HEART: no murmurs, regular rate (a bit tachy) and rhythm, S1, S2 normal.
- LUNGS: clear to auscultation bilaterally, tachypnic.
- ABDOMEN: excess adipose; soft; NT, ND.
- MUSCULOSKELETAL: uncooperative with b/l UE and LE movement.
- NEUROLOGIC: not oriented; unable to check motor strength d/t not following commands .

## Assessment:

**Assessment:**

- Other specified diabetes mellitus with hyperglycemia - E13.65 (Primary)
- Altered mental status, unspecified - R41.82

Non-Compliant with medical tx.

## Plan:

**1. Other specified diabetes mellitus with hyperglycemia**

Notes: BG per nursing at ~0915 was "high"
V.O. : 12units Regular insulin - per nursing, given ~ 0920 per triage nurse.
IP uncooperative regarding checking urine for Ketones.
BG recheck at 0955, remains "high"
V.O.: give 6 units Regular insulin
To ED 911.

**2. Others**

Referral To:ER
Reason:To ED 911; hyperglycemia; change in mental status; expected DKA|unable to obtain urine d/t uncooperative

**Immunizations:**

**Preventive:**

not at this time.

**Provider:** Karen McKinney, PA
**Patient:** JUNG, LOUIS W **DOB:** [redacted] **Date:** 01/23/2023

**Electronically signed by Karen McKinney COR on 01/23/2023 at 10:00 AM EST**
**Sign off status: Completed**

**Addendum:**

01/23/2023 06:12 PM McKinney, Karen > -Correction: IP not given 6units regular insulin as noted in 2nd V.O. as Medics arrived at that time. -Medics made aware of noncompliance with DM; BH issues as well as Aricept and possible cognitive dx as noted below. -IP is a transfer to here from from Norristown State Hospital. -BH eval done 12/14/22, day of PDP admission. -IP also on Aricept per BH order. No dx of dementia noted however at prior incarceration 7/25/2022 IP referred to Neurology d/t court order for Neuropsychological testing to r/o cognitive disorder. Referral was place but unclear if testing occurred.

**Progress Notes**

**PID:** 718327 **Intake:** 2211610
**Facility Code:** CFCF **Housing Area:** ,A2POD3,04,1
**Patient:** JUNG, LOUIS W
**DOB:** [redacted] **Age:** 49 Y **Sex:** Male
**Phone:**
**Address:** [redacted] PHILADELPHIA, PA-19148

**Provider:** CMO @CFCF
**Date:** 01/23/2023

## Subjective:

**Chief Complaints:**

**HPI:**

(NET21) Hypoglycemia/Hyperglycemia:

(NET21) Hypoglycemia/Hyperglycemia Subjective

Date seen *01/23/2023*
Location seen? *Triage*
Chronic Care Clinic *No*
Chief complaint *hyperglycemia*
Onset date *01/23/2023*
Have you had this problem before *No*
Known diabetic *Yes*
Type *Type 2*
Insulin dependent *Yes*
Type of insulin *cric, semglee*
Is patient being evaluated for a work-related injury? *No*

ASSOCIATED FACTORS

Disorientation *Yes*
Dizziness *No*
Lightheaded *No*
Drowsiness *No*
Weakness *No*
Seizure *No*
Vomiting/nausea *No*
Anxious *No*
Increased thirst *No*
Dry mouth *No*
Increased urination *No*
Increased hunger *No*
Weight loss *No*

CURRENT MEDICATIONS

Insulin *Yes*
Steroids *No*
Psychotropic *No*
New medication within the past 30 days *No*

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified.

**Medications:** Abilify 10 MG Tablet 2 tablets DAILY, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific, Aricept 5 MG Tablet 1 tablet AT BEDTIME, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific, Blood Pressure - Check as directed ONCE MONTHLY, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific, Levothyroxine Sodium 125 MCG Tablet 1 tablet EVERY MORNING, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Semglee 100 UNIT/ML Solution 40 units BEFORE BEDTIME, stop date 04/12/2023, KOP: No, Drug Source: Stock, HumuLIN R 100 UNIT/ML Solution 1 application TWICE DAILY, stop date 04/12/2023, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading 1 application TWICE DAILY, stop date 04/12/2023, KOP: No, Drug Source: Patient Specific, Lipitor 20 MG Tablet 1 tablet BEFORE BEDTIME, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Eliquis 5 MG Tablet 1 tablet EVERY EVENING, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Notes: NF submitted, Vitamin D-3 25 MCG (1000 UT) Capsule 1 capsule DAILY, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Notes: NF submitted

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Temp 97.6 F, HR 98 /min, BP 100/68 mm Hg, RR 22 /min, Oxygen sat % 98 %, Ht 66 in.

**Examination:**

(NET21) Hypoglycemia/Hyperglycemia Examination and Objective:
(NET21) Hypoglycemia/Hyperglycemia Examination and Objective
Glasgow Coma Scale: Eye Opening Response *Opens eyes spontaneously= 4 points*
Glasgow Coma Scale: Verbal Response *Oriented= 5 points*
Glasgow Coma Scale: Motor Response *Obeys commands= 6 points*
Score (if score less than or equal to 13 contact provider) *15*
EYES
PERRLA *Yes*
MOUTH
Oral mucosa *Moist*
Bad breath *No*
RESPIRATORY/BREATHING
Breathing *Normal*
Wheezing *No*
Accessory muscle use *No*
SKIN
Warm *Yes*
Dry *Yes*
Cool *No*
Clammy/diaphoretic *No*
Pale *No*
Red *No*
TESTS
HYPOGLYCEMIA *No*
HYPERGLYCEMIA *Yes*
(NET21) Hypoglycemia/Hyperglycemia Nursing Assessment:
Emergent Intervention
Emergent intervention required? *No*
Urgent Intervention
Urgent intervention required? *No*
Seen by provider *Yes*
Name *Mckinney*
Provider orders received *Yes*
Read back provider orders *Yes*
Nursing Intervention
Continuity of care *Other*
What is other *send to er for further eval*
Patient education *Patient educated to contact medical if new symptoms develop or current condition symptoms worsen*

## Assessment:

**Assessment:**
stretcher called to A2P3 at approximately 0910 am , arrived to IP cell IP noted laying in bed disoriented repeatedly screaming for water. IP BS checked reading HI. IP brought down to medical 12 units of Humulin R given SQ, pt continues to be disoriented unable to obtain urine sample , pt seen by triage provider n/o to send pt out VIA 911, for further eval , corrections aware Dispatch #451 pt oof at 10:00 am awake alert with confusion.

## Plan:

**Preventive:**
Patient Education Medical/Dental:
Patient Education
Patient educated to contact medical if symptoms develop or worsen *Yes*
The patient demonstrates an understanding of self care, symptoms to report and when to return for follow up care *Yes*

**Disposition:**
Disposition: Transport via EMS to hospital

**Provider:** CMO @CFCF
**Patient:** JUNG, LOUIS W **DOB:** **Date:** 01/23/2023

**Electronically signed by Simone Houston Med RN Yes on 01/23/2023 at 10:24 AM EST**
**Sign off status: Completed**

**Progress Notes**

**PID:** 718327 **Intake:** 2211610
**Facility Code:** CFCF **Housing Area:** ,A2POD3,04,1
**Patient:** JUNG, LOUIS W
**DOB:** [redacted] **Age:** 49 Y **Sex:** Male
**Phone:**
**Address:** [redacted] PHILADELPHIA, PA-19148

**Provider:** Shatyra Henderson-Hamwright, NP
**Date:** 01/22/2023

---

## Subjective:

**Chief Complaints:**

- Hyperglycemia with ketones

**HPI:**

()General Examination:

patient is a 49 year old male who was the subject of a stretcher call, re: hyperglycemia with urine positive for Ketones. patient arrived at medical with a BG of 466 (he had been given coverage prior to coming to medical). He reports that he was missed his semglee dose overnight due to being asleep. An additional 4 units of coverage given during encounter.

**ROS:**

patient reports nausea/vomiting and fatigue at this time. No other issues reported at this time.

**Medical History:**

- DIABETES
- HYPERCHOLESTEROLEMIA
- COVID/MRSA PNA 1/2022
- Pulmonary embolism and thrombocytopenia
- Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22
- Sedative, hypnotic or anxiolytic dependence, unspecified

**Medications:**

Taking

- Abilify 10 MG Tablet 2 tablets DAILY, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific
- Aricept 5 MG Tablet 1 tablet AT BEDTIME, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific
- Blood Pressure - Check as directed ONCE MONTHLY, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific
- Levothyroxine Sodium 125 MCG Tablet 1 tablet EVERY MORNING, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific
- Semglee 100 UNIT/ML Solution 40 units BEFORE BEDTIME, stop date 04/12/2023, KOP: No, Drug Source: Stock
- HumuLIN R 100 UNIT/ML Solution 1 application TWICE DAILY, stop date 04/12/2023, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units
- Accu Chek - Reading 1 application TWICE DAILY, stop date 04/12/2023, KOP: No, Drug Source: Patient Specific
- Lipitor 20 MG Tablet 1 tablet BEFORE BEDTIME, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific
- Eliquis 5 MG Tablet 1 tablet EVERY EVENING, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Notes: NF submitted
- Vitamin D-3 25 MCG (1000 UT) Capsule 1 capsule DAILY, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Notes: NF submitted

**Allergies:**

- N.K.D.A.

## Objective:

**Vitals:** Time: 0830, Temp 97.5 F, HR 74 /min, BP 126/66 mm Hg, RR 18 /min, Oxygen sat % 99 %, Ht 66 in, Accucheck 466.

**Examination:**

()General Examination:

- GENERAL APPEARANCE: alert, well developed, well nourished, well hydrated, male, ill-appearing, overweight, disheveled, non-cooperative. reclining on stretcher with hand right hand down the front of his pants..

HEENT: normo-cephalic, pupils equally round.
CV: no edema observed in upper or lower extremities.
Resp: no s/s of respiratory distress observed.
GI: no abdominal distension observed. two to three episodes of emesis observed after patient drank water. contents appeared to be water that was ingested just prior to episodes of emesis (clear in apperance).
Skin: no rashes oberved on exposed skin.
Psych: flat.

## Assessment:

**Assessment:**

- Hyperglycemia, unspecified - R73.9 (Primary)

## Plan:

**1. Hyperglycemia, unspecified**

Notes: patient given an additional 4 units in addition to regular sliding scale coverage.
IV insertion attempted but was unsuccessful. Patient refused further attmepts.
Patient also refused any other medical attention including BG and urine recheck.
patient was warned of the dangers of refusal.
He verbalized an understnading and continued to refuse.
Signed refusal slip obtained by the triage nurse and patient returned to his POD under his own power.

**Immunizations:**

**Disposition:**

Notes: follow-up in chronic care clinic.

**Provider:** Shatyra Henderson-Hamwright, NP
**Patient:** JUNG, LOUIS W **DOB:** [REDACTED] **Date:** 01/22/2023

**Electronically signed by Shatyra Henderson-Hamwright Med NP FT on 01/22/2023 at 12:03 PM EST**
**Sign off status: Completed**

**Progress Notes**

**PID:** 718327 **Intake:** 2211610
**Facility Code:** CFCF **Housing Area:** ,A2POD3,04,1
**Patient:** JUNG, LOUIS W
**DOB:** [redacted] **Age:** 49 Y **Sex:** Male
**Phone:**
**Address:** [redacted] PHILADELPHIA, PA-19148

**Provider:** Shatyra Henderson-Hamwright, NP
**Date:** 01/22/2023

## Subjective:

**Chief Complaints:**
1. elevated BG.

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified.

**Medications:** Abilify 10 MG Tablet 2 tablets DAILY, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific, Aricept 5 MG Tablet 1 tablet AT BEDTIME, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific, Blood Pressure - Check as directed ONCE MONTHLY, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific, Levothyroxine Sodium 125 MCG Tablet 1 tablet EVERY MORNING, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Semglee 100 UNIT/ML Solution 40 units BEFORE BEDTIME, stop date 04/12/2023, KOP: No, Drug Source: Stock, HumuLIN R 100 UNIT/ML Solution 1 application TWICE DAILY, stop date 04/12/2023, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading 1 application TWICE DAILY, stop date 04/12/2023, KOP: No, Drug Source: Patient Specific, Lipitor 20 MG Tablet 1 tablet BEFORE BEDTIME, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Eliquis 5 MG Tablet 1 tablet EVERY EVENING, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Notes: NF submitted, Vitamin D-3 25 MCG (1000 UT) Capsule 1 capsule DAILY, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Notes: NF submitted

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Time: 0830, Temp 97.5 F, HR 74 /min, BP 126/66 mm Hg, RR 18 /min, Oxygen sat % 99 %, Ht 66 in.

## Assessment:

**Assessment:**
IP AAOX3, NO ACUTE DISTRESS, IP ELEVATED BG, HAS MUILTPLE RED FLAGS FOR MISSING MEDICATIONS. IP BG UPSTAIRS WAS 466 IP GIVEN 12 UNITS OF R AND AN ADDITIONAL 4 UNITS OF R DUE TO ELEVATED KETONES. IP BEGAN TO DRINK FLUIDS BUT THEN WAS REFUSING MEDICAL SERVICES. IP WANTED A JUICE AND TO LAY DOWN ON THE STRETCHER, AT THE SAME TIME TWO STRETCHERS WERE CALLED, WHICH REQUIRED MEDICAL STAFF TO USE THE TWO STRETCHERS. DUE TO IP NOT BEING ABLE TO LAY ON STRETCHER WANTED TO REFUSE MEDICAL SERVICES. REFUSAL FORM SIGNED. IP WANTED JUICE AND TO LAY ON STRETCHER INSTEAD OF GETTING AN IV.

## Plan:

**Preventive:**
Patient Education Medical/Dental:
Patient Education
Patient educated to contact medical if symptoms develop or worsen *Yes*
Written information provided *No*
The patient demonstrates an understanding of self care, symptoms to report and when to return for follow up care *Yes*

**Provider:** Shatyra Henderson-Hamwright, NP
**Patient:** JUNG, LOUIS W **DOB:** [redacted] **Date:** 01/22/2023

**Electronically signed by Jonathan Lopez RN YesCare on 01/22/2023 at 09:43 AM EST**
**Sign off status: Completed**

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327 Case 2:24-cv-05618-TJS Document 118 Filed 12/19/25 Page 561 of 592

**JUNG, LOUIS W**
**PID:** 718327 **Intake:** 2211610
**Facility Code:** CFCF **Housing Area:** ,A2POD3,04,1
49 Y old Male, DOB: 04/16/1973
[redacted] PHILADELPHIA, PA 19148
Provider: Haque, Mohammed

Telephone Encounter

**Answered by** Ervin, Melanie

Date: 01/20/2023
Time: 05:19 PM

**Message** Elevated Blood glucose reading HIGH

**Action Taken** Ervin,Melanie , TEMP RN 01/20/2023 05:20:45 PM EST > TVO: Haque,MD/Ervin,RN: give 18u CRIC r/t blood glucose reading HIGH.

Patient: JUNG, LOUIS W DOB: 04/16/1973 Provider: Haque, Mohammed 01/20/2023

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

YesCare 1644

US ICE | Patient Name :JUNG,LOUIS W|DOB : [redacted] PID:718327

## Progress Notes

**PID:** 718327 **Intake:** 2211610
**Facility Code:** CFCF **Housing Area:** ,A2POD3,04,1
**Patient:** JUNG, LOUIS W
**DOB:** [redacted] **Age:** 49 Y **Sex:** Male
**Phone:**
**Address:** [redacted] PHILADELPHIA, PA-19148

**Provider:** Corrections Provider
**Date:** 01/20/2023

### Subjective:

**Chief Complaints:**

1. Pneumovax.

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified.

**Medications:** Abilify 10 MG Tablet 2 tablets DAILY, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific, Aricept 5 MG Tablet 1 tablet AT BEDTIME, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific, Blood Pressure - Check as directed ONCE MONTHLY, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific, Levothyroxine Sodium 125 MCG Tablet 1 tablet EVERY MORNING, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Semglee 100 UNIT/ML Solution 40 units BEFORE BEDTIME, stop date 04/12/2023, KOP: No, Drug Source: Stock, HumuLIN R 100 UNIT/ML Solution 1 application TWICE DAILY, stop date 04/12/2023, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading 1 application TWICE DAILY, stop date 04/12/2023, KOP: No, Drug Source: Patient Specific, Lipitor 20 MG Tablet 1 tablet BEFORE BEDTIME, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Eliquis 5 MG Tablet 1 tablet EVERY EVENING, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Notes: NF submitted, Vitamin D-3 25 MCG (1000 UT) Capsule 1 capsule DAILY, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Notes: NF submitted

### Objective:

### Assessment:

### Plan:

**Immunizations:**
Pneumovax 23 (Pneumococcal polysaccharide vaccine) (Not administered - Refused : Patient decision)

**Provider:** Corrections Provider
**Patient:** JUNG, LOUIS W **DOB:** [redacted] **Date:** 01/20/2023

**Electronically signed by Nadira Morrison GHR LPN on 01/20/2023 at 01:49 PM EST**
**Sign off status: Completed**

**Progress Notes**

**PID:** 718327 **Intake:** 2211610
**Facility Code:** CFCF **Housing Area:** ,A2POD3,04,1
**Patient:** JUNG, LOUIS W
**DOB:** [redacted] **Age:** 49 Y **Sex:** Male
**Phone:**
**Address:** [redacted] PHILADELPHIA, PA-19148

**Provider:** Helen Sarskaya, PA
**Date:** 01/20/2023

## Subjective:

**Chief Complaints:**

- Pt is not coming out for any mediaction or accu check . pt is complaining of pain and said thats why he isnt coming out ( per referral )
- Visit created in error , 2 red flags visits scheduled / pending ; will close this visit

**Medical History:**

- DIABETES
- HYPERCHOLESTEROLEMIA
- COVID/MRSA PNA 1/2022
- Pulmonary embolism and thrombocytopenia
- Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22
- Sedative, hypnotic or anxiolytic dependence, unspecified

**Medications:**

Taking

- Abilify 10 MG Tablet 2 tablets DAILY, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific
- Aricept 5 MG Tablet 1 tablet AT BEDTIME, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific
- Blood Pressure - Check as directed ONCE MONTHLY, stop date 03/14/2023, KOP: No, Drug Source: Patient Specific
- Levothyroxine Sodium 125 MCG Tablet 1 tablet EVERY MORNING, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific
- Semglee 100 UNIT/ML Solution 40 units BEFORE BEDTIME, stop date 04/12/2023, KOP: No, Drug Source: Stock
- HumuLIN R 100 UNIT/ML Solution 1 application TWICE DAILY, stop date 04/12/2023, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units
- Accu Chek - Reading 1 application TWICE DAILY, stop date 04/12/2023, KOP: No, Drug Source: Patient Specific
- Lipitor 20 MG Tablet 1 tablet BEFORE BEDTIME, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific
- Eliquis 5 MG Tablet 1 tablet EVERY EVENING, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Notes: NF submitted
- Vitamin D-3 25 MCG (1000 UT) Capsule 1 capsule DAILY, stop date 04/14/2023, KOP: No, Drug Source: Patient Specific, Notes: NF submitted

## Objective:

## Assessment:

## Plan:

**Immunizations:**

**Electronically signed by Helen Sarskaya PA COR on 01/20/2023 at 10:56 AM EST**
**Sign off status: Completed**

# Exhibit 25

# Patient 1 Infirmary Transfers

[redacted]

## Progress Notes

**PID:** [redacted] **Intake:** [redacted]
**Facility Code:** RCF **Housing Area:** ,BUNIT,20,02
**Patient:** [redacted]
**DOB:** [redacted] **Age:** [redacted] **Sex:** [redacted]
**Phone:**
**Address:** [redacted]

**Provider:** Dorian Jacobs, MD
**Date:** 10/19/2022

---

## Subjective:

**Chief Complaints:**

- Transfer back to infirmary

**HPI:**

()General Examination:
[redacted] with brittle diabetes, multiple episodes of hypoglycemia while in general population due to infrequency of routine accuchecks and inability for guards to perform continuous checks on patient overnight. For safety, pt requires a higher level of care where someone is aware of his status overnight and is able to perform accuchecks 4 times a day at the scheduled times. This was determined to be best met by the infirmary.

**Medical History:**

- DMI
- Hypoglycemia, unspecified
- Asthma
- Seizure
- Anxiety/Depression
- Accidental fall from bed
- Type 1 diabetes mellitus with diabetic neuropathy, unspecified

**Medications:**

Taking

- Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs EVERY 6 HOURS PRN, stop date 01/12/2023, KOP: Yes, Drug Source: Patient Specific
- Semglee 100 UNIT/ML Solution 35 units DAILY, stop date 11/13/2022, KOP: No, Drug Source: Stock
- Lisinopril 10 MG Tablet 1 tablet DAILY, stop date 11/13/2022, KOP: Yes, Drug Source: Patient Specific
- Gabapentin 300 MG Capsule 1 capsule TWICE DAILY, stop date 12/12/2022, KOP: No, Drug Source: Patient Specific, Notes: Non form request thru 12/12/22
- Ibuprofen 200 MG Tablet 2 tablets TWICE DAILY PRN, stop date 10/25/2022, Drug Source: Patient Specific
- HumuLIN R 100 UNIT/ML Solution
- HumuLIN R 100 UNIT/ML Solution
- Accu Chek - Reading
- Accu Chek - Reading
- HumuLIN R 100 UNIT/ML Solution SPECIAL SCALE THREE TIMES DAILY, stop date 11/17/2022, KOP: No, Drug Source: Stock, Notes: WITH MEALS: 70-140 = 7 units; 141-200 = 9 units; 201-250 = 11 units; 251-300 = 13 units; 301 - 350 = 15 units; >351 = 17 units. If test done postprandial, give 7 units. Hold if pt cannot eat.
- HumuLIN R 100 UNIT/ML Solution SPECIAL SCALE AT BEDTIME, stop date 11/17/2022, KOP: No, Drug Source: Stock, Notes: BEDTIME ACCUCHEK SCALE 70-140 = 0 units; 141-200 = 2 units; 201-250 = 4 units; 251-300 = 6 units; 301-350 = 8 units; >351 = 10 units. Hold if test postprandial or pt cannot eat.
- Accu Chek - Reading SPECIAL TIMING FOUR TIMES DAILY, stop date 11/17/2022, KOP: No, Drug Source: Stock, Notes: ACCUCHECKS at 4am and 4pm (IN MEDICAL) ACCUCHECKs at 9am and 9pm (floor LPN)

**Allergies:**

- N.K.D.A.

## Objective:

## Assessment:

**Assessment:**

- Diabetes mellitus without mention of complication, type I [juvenile type], uncontrolled - 250.03 (Primary)
- Type 1 diabetes mellitus with hyperglycemia - E10.65
- Exercise induced bronchospasm - J45.990
- Polyneuropathy in diabetes - 357.2

[redacted]

**Plan:**

**1. Diabetes mellitus without mention of complication, type I [juvenile type], uncontrolled**
Start Semglee Solution, 100 UNIT/ML, 35 units, Subcutaneous, DAILY, 30 days, Start Date: 10/19/2022, Stop Date: 11/18/2022, KOP: No, Drug Source: Stock ;
Start HumuLIN R Solution, 100 UNIT/ML, SPECIAL SCALE, Injection, THREE TIMES DAILY, 30 days, Start Date: 10/19/2022, Stop Date: 11/18/2022, KOP: No, Drug Source: Stock, Notes: WITH MEALS: 70-140 = 7 units; 141-200 = 9 units; 201-250 = 11 units; 251-300 = 13 units; 301 - 350 = 15 units; >351 = 17 units. If test done postprandial, give 7 units. Hold if pt cannot eat. ;
Start HumuLIN R Solution, 100 UNIT/ML, SPECIAL SCALE, Injection, AT BEDTIME, 30 days, Start Date: 10/19/2022, Stop Date: 11/18/2022, KOP: No, Drug Source: Stock, Notes: BEDTIME ACCUCHEK SCALE 70-140 = 0 units; 141-200 = 2 units; 201-250 = 4 units; 251-300 = 6 units; 301-350 = 8 units; >351 = 10 units. Hold if test postprandial or pt cannot eat. ;
Start Accu Chek Reading, -, 4 TIMES A DAY, TRT, FOUR TIMES DAILY, 30 days, Start Date: 10/19/2022, Stop Date: 11/18/2022, KOP: No, Drug Source: Stock, Notes: ACCUCHECKS at 4am and 4pm ACCUCHECKs at 9am and 9pm .

**2. Type 1 diabetes mellitus with hyperglycemia**
Start Lisinopril Tablet, 10 MG, 1 tablet, Orally, DAILY, 90 days, 90 Tablet, Start Date: 10/19/2022, Stop Date: 01/17/2023, KOP: No, Drug Source: Patient Specific .

**3. Exercise induced bronchospasm**
Start Ventolin HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 1 to 2 puffs, Inhalation, EVERY 4 HOURS PRN, 90 days, Start Date: 10/19/2022, Stop Date: 01/17/2023, KOP: Yes, Drug Source: Patient Specific .

**4. Polyneuropathy in diabetes**
Start Gabapentin Capsule, 300 MG, 1 capsule, Orally, TWICE DAILY, 90 days, Start Date: 10/19/2022, Stop Date: 01/17/2023, KOP: No, Drug Source: Patient Specific .

**5. Others**
Stop Ventolin HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs, Inhalation, EVERY 6 HOURS PRN, 90 days, Start Date: 10/14/2022, Stop Date: 01/12/2023, KOP: Yes, Drug Source: Patient Specific ;
Stop Semglee Solution, 100 UNIT/ML, 35 units, Subcutaneous, DAILY, 30 days, Start Date: 10/14/2022, Stop Date: 11/13/2022, KOP: No, Drug Source: Stock ;
Stop Lisinopril Tablet, 10 MG, 1 tablet, Orally, DAILY, 30 days, 30 Tablet, Start Date: 10/14/2022, Stop Date: 11/13/2022, KOP: Yes, Drug Source: Patient Specific ;
Stop Gabapentin Capsule, 300 MG, 1 capsule, Orally, TWICE DAILY, 59 days, Start Date: 10/14/2022, Stop Date: 12/12/2022, KOP: No, Drug Source: Patient Specific, Notes: Non form request thru 12/12/22 ;
Stop Ibuprofen Tablet, 200 MG, 2 tablets, Orally, TWICE DAILY PRN, 07 days, Start Date: 10/18/2022, Stop Date: 10/25/2022, KOP: No, Drug Source: Patient Specific ;
Stop HumuLIN R Solution, 100 UNIT/ML, SPECIAL SCALE, Injection, THREE TIMES DAILY, 30 days, Start Date: 10/18/2022, Stop Date: 11/17/2022, KOP: No, Drug Source: Stock, Notes: WITH MEALS: 70-140 = 7 units; 141-200 = 9 units; 201-250 = 11 units; 251-300 = 13 units; 301 - 350 = 15 units; >351 = 17 units. If test done postprandial, give 7 units. Hold if pt cannot eat. ;
Stop HumuLIN R Solution, 100 UNIT/ML, SPECIAL SCALE, Injection, AT BEDTIME, 30 days, Start Date: 10/18/2022, Stop Date: 11/17/2022, KOP: No, Drug Source: Stock, Notes: BEDTIME ACCUCHEK SCALE 70-140 = 0 units; 141-200 = 2 units; 201-250 = 4 units; 251-300 = 6 units; 301-350 = 8 units; >351 = 10 units. Hold if test postprandial or pt cannot eat. ;
Stop Accu Chek Reading, -, SPECIAL TIMING, TRT, FOUR TIMES DAILY, 30 days, Start Date: 10/18/2022, Stop Date: 11/17/2022, KOP: No, Drug Source: Stock, Notes: ACCUCHECKS at 4am and 4pm (IN MEDICAL) ACCUCHECKs at 9am and 9pm (floor LPN) .

**Immunizations:**

**Provider:** Dorian Jacobs, MD
**Patient:** [redacted] **DOB:** [redacted] **Date:** 10/19/2022

**Electronically signed by Dorian Jacobs MD COR on 10/19/2022 at 11:23 AM EDT**
**Sign off status: Completed**

**Progress Notes**

**PID:** [redacted] **Intake:** [redacted]
**Facility Code:** DC **Housing Area:** ,PHSW,S220-04,1
**Patient:** [redacted]
**DOB:** [redacted] **Age:** [redacted] **Sex:** [redacted]
**Phone:**
**Address:** [redacted]

**Provider:** Elizabeth Bradley, MD
**Date:** 10/14/2022

## Subjective:

**Chief Complaints:**

- Return to population

**HPI:**

()General Examination:

This patient has been functioning without difficulty on his current program. He does require glucose checks 4x daily, and that will continue. He refuses insulin appropriately if he is not going to eat. He is aware he needs to maintain food in his cell overnight. He does function better when the Semglee is administered in the morning. He is aware that he should wait to eat his food until tested.

I have spoken with Dr. Kalu about the possibility of obtaining a CGM unit for this patient which might help in managing the timing of his testing vs meals, but the potential of that as a solution still requires further research.

He does not require skilled nursing and will return to population.

**ROS:**

Denies subj F/C H/A dizziness palpitations CP SOB cough N/V/D anorexia dysuria focal weakness rash and injury.

**Medical History:**

- DMI
- Hypoglycemia, unspecified
- Asthma
- Seizure
- Anxiety/Depression
- Accidental fall from bed
- Type 1 diabetes mellitus with diabetic neuropathy, unspecified

**Social History:**

Diet Orders:

Diet Orders
Diet Type 1 *Diabetic HS Snack*
Comments for Diet 1 *cold pack with AM&PM snack*
Start Date for Diet 1 *07/06/2022*
End Date for Diet 1 *07/06/2023*
Discontinue Diet 1 *No*

**Medications:**

Taking

- Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 1 to 2 puffs EVERY 4 HOURS PRN, stop date 12/27/2022, KOP: Yes, Drug Source: Patient Specific
- Anti-Dandruff 1 % Shampoo 1 application DAILY, stop date 12/27/2022, KOP: Yes, Drug Source: Patient Specific
- Semglee 100 UNIT/ML Solution 35 units DAILY, stop date 10/29/2022, KOP: No, Drug Source: Stock
- HumuLIN R 100 UNIT/ML Solution SPECIAL SCALE FOUR TIMES DAILY, stop date 10/29/2022, KOP: No, Drug Source: Stock, Notes: BREAKFAST/LUNCH/DINNER: 70-140 give 7 units, 141-200 give 9 units, 201-250 give 11 units, 251-300 give 13 units, 301-350 give 15 units, > or = 351 give 17 units. FOR BEDTIME DOSING SEE ACCU CHEK ORDER
- Accu Chek - Reading SPECIAL SCALE FOUR TIMES DAILY, stop date 10/29/2022, KOP: No, Drug Source: Stock, Notes: BEDTIME: 70-140 give 0 units, 141-200 give 2 units, 201-250 give 4 units, 251-300 give 6 units, 301-350 give 8 units, > or = 351 give 10 units FOR BREAKFAST/LUNCH/DINNER SEE Humulin R dosing
- Gabapentin 600 MG Tablet 1 tablet TWICE DAILY PRN, stop date 12/12/2022, KOP: No, Drug Source: Patient Specific
- Lisinopril 20 MG Tablet 1 tablet DAILY, stop date 12/12/2022, KOP: No, Drug Source: Patient Specific

**Allergies:**

- N.K.D.A.

## Objective:

**Vitals:** Temp 98.2 F, HR 88 /min, BP 130/76 mm Hg, RR 18 /min, Oxygen sat % 98 %, Ht 66 in.

**Examination:**

()General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress.
EYES: sclera non-icteric.
ORAL CAVITY: mucosa moist.
NECK/THYROID: neck supple.
SKIN: good turgor, warm and dry.
LUNGS: respirations nonlabored.
ABDOMEN: nondistended.
EXTREMITIES: no edema.
NEUROLOGIC: nonfocal.

## Assessment:

**Assessment:**

- Type 1 diabetes mellitus with diabetic neuropathy, unspecified - E10.40
- Unspecified asthma, uncomplicated - J45.909

## Plan:

**1. Type 1 diabetes mellitus with diabetic neuropathy, unspecified**

Start Semglee Solution, 100 UNIT/ML, 35 units, Subcutaneous, DAILY, 30 days, Start Date: 10/14/2022, Stop Date: 11/13/2022, KOP: No, Drug Source: Stock ;

Start HumuLIN R Solution, 100 UNIT/ML, SPECIAL SCALE, Injection, FOUR TIMES DAILY, 30 days, Start Date: 10/14/2022, Stop Date: 11/13/2022, KOP: No, Drug Source: Stock, Notes: MEALS: 70-140 = 7 units, 141-200 = 9 units, 201-250 = 11 units, 251-300 = 13 units, 301-350 = 15 units, if > or = 351 give 17 units. If test post prandial give 7 units. Hold if cannot eat. ;

Start Accu Chek Reading, -, SPECIIAL SCALE, TRT, FOUR TIMES DAILY, 30 days, Start Date: 10/14/2022, Stop Date: 11/13/2022, KOP: No, Drug Source: Stock, Notes: BEDTIME: 70-140 = 0 units, 141-200 = 2 units, 201-250 = 4 units, 251-300 = 6 units, 301-350 = 8 units, if > or = 351 give 10 units. Hold if test post prandial or cannot eat. ;

Start Lisinopril Tablet, 10 MG, 1 tablet, Orally, DAILY, 30 days, 30 Tablet, Start Date: 10/14/2022, Stop Date: 11/13/2022, KOP: Yes, Drug Source: Patient Specific ;

Start Gabapentin Capsule, 300 MG, 1 capsule, Orally, TWICE DAILY, 59 days, Start Date: 10/14/2022, Stop Date: 12/12/2022, KOP: No, Drug Source: Patient Specific, Notes: Non form request thru 12/12/22 .

**2. Unspecified asthma, uncomplicated**

Start Ventolin HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs, Inhalation, EVERY 6 HOURS PRN, 90 days, Start Date: 10/14/2022, Stop Date: 01/12/2023, KOP: Yes, Drug Source: Patient Specific .

**3. Others**

Stop Ventolin HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 1 to 2 puffs, Inhalation, EVERY 4 HOURS PRN, 90 days, Start Date: 09/28/2022, Stop Date: 12/27/2022, KOP: Yes, Drug Source: Patient Specific ;

Stop Anti-Dandruff Shampoo, 1 %, 1 application, Externally, DAILY, 90 days, Start Date: 09/28/2022, Stop Date: 12/27/2022, KOP: Yes, Drug Source: Patient Specific ;

Stop Semglee Solution, 100 UNIT/ML, 35 units, Subcutaneous, DAILY, 30 days, Start Date: 09/29/2022, Stop Date: 10/29/2022, KOP: No, Drug Source: Stock ;

Stop HumuLIN R Solution, 100 UNIT/ML, SPECIAL SCALE, Injection, FOUR TIMES DAILY, 30 days, Start Date: 09/29/2022, Stop Date: 10/29/2022, KOP: No, Drug Source: Stock, Notes: BREAKFAST/LUNCH/DINNER: 70-140 give 7 units, 141-200 give 9 units, 201-250 give 11 units, 251-300 give 13 units, 301-350 give 15 units, > or = 351 give 17 units. FOR BEDTIME DOSING SEE ACCU CHEK ORDER ;

Stop Accu Chek Reading, -, SPECIAL SCALE, TRT, FOUR TIMES DAILY, 30 days, Start Date: 09/29/2022, Stop Date: 10/29/2022, KOP: No, Drug Source: Stock, Notes: BEDTIME: 70-140 give 0 units, 141-200 give 2 units, 201-250 give 4 units, 251-300 give 6 units, 301-350 give 8 units, > or = 351 give 10 units FOR BREAKFAST/LUNCH/DINNER SEE Humulin R dosing ;

Stop Gabapentin Tablet, 600 MG, 1 tablet, Orally, TWICE DAILY PRN, 60 days, Start Date: 10/13/2022, Stop Date: 12/12/2022, KOP: No, Drug Source: Patient Specific ;

Stop Lisinopril Tablet, 20 MG, 1 tablet, Orally, DAILY, 60 days, 60 Tablet, Start Date: 10/13/2022, Stop Date: 12/12/2022, KOP: No, Drug Source: Patient Specific .

**Immunizations:**

**Provider:** Elizabeth Bradley, MD
**Patient:** [redacted] **DOB:** [redacted] **Date:** 10/14/2022

**Electronically signed by Elizabeth Bradley on 10/14/2022 at 06:10 PM EDT**

**Progress Notes**

**PID:** [redacted] **Intake:** [redacted]
**Facility Code:** DC **Housing Area:** ,PHSW,S220-04,1
**Patient:** [redacted]
**DOB:** [redacted] **Age:** [redacted] **Sex:** [redacted]
**Phone:**
**Address:** [redacted]

**Provider:** Elizabeth Bradley, MD
**Date:** 09/29/2022

## Subjective:

**Chief Complaints:**

- Provider rounds

**HPI:**

()General Examination:

Pt presents at the request of Dr. Jacobs. He is a Type 1 diabetic who had been in the infirmary at the end of August. He requires qid BS checks with an appropriate sliding scale. A dosing regimen that was administered just before meals and at bedtime while he was here worked well. However, it proved problemmatic at CFCF and at RCF because his meals and insulin dosing were separated. Dr. Jacobs also reported there was difficulty getting his glucose checked 4 times daily as ordered. On his arrival here, his BS is in the 400s. He had missed his dose of Semglee the night prior.

Per the patient, when he left here the dosing schedule "was working." He reported he did not know why Dr. Wilbraham changed it. However, on reviewing the record, he was in medical almost every day with problems with his blood sugar, often marked hypoglycemia.

**ROS:**

Denies c/o's.

**Medical History:**

- DMI
- Hypoglycemia, unspecified
- Asthma
- Seizure
- Anxiety/Depression
- Accidental fall from bed

**Medications:**

Taking

- Semglee 100 UNIT/ML Solution 24 units AT BEDTIME, stop date 12/27/2022, KOP: No, Drug Source: Stock
- Accu Chek - Reading as directed FOUR TIMES DAILY, stop date 12/27/2022, KOP: No, Drug Source: Stock
- HumuLIN R 100 UNIT/ML Solution as directed FOUR TIMES DAILY, stop date 12/27/2022, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units
- Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 1 to 2 puffs EVERY 4 HOURS PRN, stop date 12/27/2022, KOP: Yes, Drug Source: Patient Specific
- Anti-Dandruff 1 % Shampoo 1 application DAILY, stop date 12/27/2022, KOP: Yes, Drug Source: Patient Specific

**Allergies:**

- N.K.D.A.

## Objective:

**Vitals:**

N/A.

**Examination:**

()General Examination:

GENERAL APPEARANCE: alert, well hydrated, in no distress.
EYES: pupils equal, round, reactive to light, sclera non-icteric.
ORAL CAVITY: mucosa moist.
NECK/THYROID: neck supple.
SKIN: good turgor, warm and dry.
HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
LUNGS: clear to auscultation bilaterally, respirations nonlabored.
ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
EXTREMITIES: no edema.
NEUROLOGIC: alert and oriented, nonfocal.

## Assessment:

**Assessment:**

- Type 1 diabetes mellitus with hyperglycemia - E10.65

**Plan:**

**1. Type 1 diabetes mellitus with hyperglycemia**

Start Semglee Solution, 100 UNIT/ML, 35 units, Subcutaneous, DAILY, 30 days, Start Date: 09/29/2022, Stop Date: 10/29/2022, KOP: No, Drug Source: Stock ;

Start HumuLIN R Solution, 100 UNIT/ML, SPECIAL SCALE, Injection, FOUR TIMES DAILY, 30 days, Start Date: 09/29/2022, Stop Date: 10/29/2022, KOP: No, Drug Source: Stock, Notes: BREAKFAST/LUNCH/DINNER: 70-140 give 7 units, 141-200 give 9 units, 201-250 give 11 units, 251-300 give 13 units, 301-350 give 15 units, > or = 351 give 17 units. FOR BEDTIME DOSING SEE ACCU CHEK ORDER ;

Start Accu Chek Reading, -, SPECIAL SCALE, TRT, FOUR TIMES DAILY, 30 days, Start Date: 09/29/2022, Stop Date: 10/29/2022, KOP: No, Drug Source: Stock, Notes: BEDTIME: 70-140 give 0 units, 141-200 give 2 units, 201-250 give 4 units, 251-300 give 6 units, 301-350 give 8 units, > or = 351 give 10 units FOR BREAKFAST/LUNCH/DINNER SEE Humulin R dosing .

**2. Others**

Stop Semglee Solution, 100 UNIT/ML, 24 units, Subcutaneous, AT BEDTIME, 90 days, Start Date: 09/28/2022, Stop Date: 12/27/2022, KOP: No, Drug Source: Stock ;

Stop Accu Chek Reading, -, as directed, TRT, FOUR TIMES DAILY, 90 days, Start Date: 09/28/2022, Stop Date: 12/27/2022, KOP: No, Drug Source: Stock ;

Stop HumuLIN R Solution, 100 UNIT/ML, as directed, Injection, FOUR TIMES DAILY, 90 days, Start Date: 09/28/2022, Stop Date: 12/27/2022, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units .

**Immunizations:**

**Provider:** Elizabeth Bradley, MD
**Patient:** [redacted] **DOB:** [redacted] **Date:** 09/29/2022

**Electronically signed by Elizabeth Bradley on 09/29/2022 at 05:53 PM EDT**
**Sign off status: Completed**

**Progress Notes**

**PID:** [redacted] **Intake:** [redacted]
**Facility Code:** RCF **Housing Area:** ,BUNIT,20,02
**Patient:** [redacted]
**DOB:** [redacted] **Age:** [redacted] **Sex:** [redacted]
**Phone:**
**Address:** [redacted]

**Provider:** Dorian Jacobs, MD
**Date:** 09/28/2022

---

## Subjective:

**Chief Complaints:**

- DM

**HPI:**

()General Examination:

[redacted] with brittle DM, difficult to control blood sugar ranges, frequent early morning episodes of hypoglycemia despite snacks and multiple adjustments of medications, recently transferred to RCF from CFCF. Discussed with Dr Bradley re: appropriateness for transfer to the infirmary for more intensive monitoring of blood sugars and clinical status than will be available here at RCF. Pt was getting accuchecks 4 times a day at CFCF, accomplished by 0400 and 1600 accuchecks by unit nurses, then walkins to medical at 0900 and 2100 for accuchecks and CRIC.

My concern with this regimen is that it is highly unlikely to be accomplished at RCF, where there is not enough staffing or flexibility to guarentee that patient will be allowed to go to medical even once a day, much less twice a day. Particularly given that pt has had multiple episodes of early morning hypoglycemia that would need diligent monitoring to detect and prevent, I am concerned that this is a setup for pt morbidity.

Dr Bradley agrees that pt is likely to be better served in the infirmary. Will notify corrections and transfer patient. I will reinstitute pt's previous regimen that Dr Wilbraham had been trying at CFCF with semglee and regular insulin and frequent FSBG (x4 daily). Pt is also supposed to see endocrinology at Temple in the near future - he would most benefit from an insulin pump.

**Medical History:**

- DMI
- Hypoglycemia, unspecified
- Asthma
- Seizure
- Anxiety/Depression
- Accidental fall from bed

**Medications:**

Taking

- Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs EVERY 6 HOURS PRN, stop date 11/27/2022, KOP: Yes, Drug Source: Patient Specific
- Anti-Dandruff 1 % Shampoo 1 shampoo application DAILY, stop date 12/01/2022, KOP: Yes, Drug Source: Patient Specific
- Semglee 100 UNIT/ML Solution 20 units DAILY, stop date 12/27/2022, Drug Source: Patient Specific, Notes: all insulins are given in triage
- Accu Chek - Reading as directed FOUR TIMES DAILY, stop date 12/27/2022, Drug Source: Patient Specific, Notes: accucheck done in Medical triage at 7:30 am, 11:30 am, 3:30 pm and 8 pm
- HumuLIN R 100 UNIT/ML Solution per cric protocol FOUR TIMES DAILY, stop date 12/27/2022, Drug Source: Patient Specific

**Allergies:**

- N.K.D.A.

## Objective:

## Assessment:

**Assessment:**

- Diabetes mellitus without mention of complication, type II or unspecified type, uncontrolled - 250.02 (Primary)
- Asthma, unspecified, with (acute) exacerbation - 493.92
- Seborrhea capitis - L21.0

## Plan:

**1. Diabetes mellitus without mention of complication, type II or unspecified type, uncontrolled**

Start Semglee Solution, 100 UNIT/ML, 24 units, Subcutaneous, AT BEDTIME, 90 days, Start Date: 09/28/2022, Stop Date: 12/27/2022, KOP: No, Drug Source: Stock ;

Start Accu Chek Reading, -, as directed, TRT, FOUR TIMES DAILY, 90 days, Start Date: 09/28/2022, Stop Date: 12/27/2022, KOP: No, Drug Source: Stock ;

Start HumuLIN R Solution, 100 UNIT/ML, as directed, Injection, FOUR TIMES DAILY, 90 days, Start Date: 09/28/2022, Stop Date: 12/27/2022, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units .

**2. Asthma, unspecified, with (acute) exacerbation**

Start Ventolin HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 1 to 2 puffs, Inhalation, EVERY 4 HOURS PRN, 90 days, Start Date: 09/28/2022, Stop Date: 12/27/2022, KOP: Yes, Drug Source: Patient Specific .

**3. Seborrhea capitis**

Start Anti-Dandruff Shampoo, 1 %, 1 application, Externally, DAILY, 90 days, Start Date: 09/28/2022, Stop Date: 12/27/2022, KOP: Yes, Drug Source: Patient Specific .

**4. Others**

Stop Ventolin HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs, Inhalation, EVERY 6 HOURS PRN, 90 days, Start Date: 08/29/2022, Stop Date: 11/27/2022, KOP: Yes, Drug Source: Patient Specific ;

Stop Anti-Dandruff Shampoo, 1 %, 1 shampoo application, to SCALP and face, DAILY, 90 days, Start Date: 09/02/2022, Stop Date: 12/01/2022, KOP: Yes, Drug Source: Patient Specific ;

Stop Semglee Solution, 100 UNIT/ML, 20 units, Subcutaneous, DAILY, 90 days, Start Date: 09/28/2022, Stop Date: 12/27/2022, KOP: No, Drug Source: Patient Specific, Notes: all insulins are given in triage ;

Stop Accu Chek Reading, -, as directed, TRT, FOUR TIMES DAILY, 90 days, Start Date: 09/28/2022, Stop Date: 12/27/2022, KOP: No, Drug Source: Patient Specific, Notes: accucheck done in Medical triage at 7:30 am, 11:30 am, 3:30 pm and 8 pm ;

Stop HumuLIN R Solution, 100 UNIT/ML, per cric protocol, Subcutaneously, FOUR TIMES DAILY, 90 days, Start Date: 09/28/2022, Stop Date: 12/27/2022, KOP: No, Drug Source: Patient Specific .

**Immunizations:**

**Disposition:**

Notes: Transfer to the infirmary for higher level monitoring

**Provider:** Dorian Jacobs, MD
**Patient:** [REDACTED] **DOB:** [REDACTED] **Date:** 09/28/2022

**Electronically signed by Dorian Jacobs MD COR on 09/28/2022 at 01:30 PM EDT**
**Sign off status: Completed**

# Exhibit 26

# Patient 2 Infirmary Transfer

[redacted]

**Progress Notes**

**PID:** [redacted] **Intake:** [redacted]
**Facility Code:** ASD **Housing Area:** ,MOD3,BUNIT-02,02
**Patient:** [redacted]
**Account Number:** [redacted]
**DOB:** [redacted] **Age:** [redacted] **Sex:** [redacted]
**Phone:**
**Address:** [redacted]

**Provider:** Dorian Jacobs, MD
**Date:** 03/04/2022

## Subjective:

**Chief Complaints:**

1. Hypoglycemia.

**HPI:**

()General Examination:

[redacted] with a hx of type 1 DM, on lantus and humalog in the community, with very labile blood sugars since admission to custody. She is on her home regimen at this time but continues to have episodes of severe hypoglycemia in the mornings. Initially, she had several episodes of hypoglycemia in January/February that were attributed to medication adjustments that were occurring fairly frequently as different providers reacted to her elevated blood sugars (>400) throughout the day. However, over the past 2 weeks, she has been maintained on 12 units of semglee qhs and 5 units of regular insulin with meals along with accuchecks TID + SSI and an accucheck at night without coverage. She also gets a nighttime snack, for which I have requested she get double portions. Nonetheless, she has required glucagon for the past 4 mornings. It is unclear why she is dropping her blood sugar so precipitously while having accuchecks that are frequently uncontrolled throughout the day.

At this point, due to recurrent episodes of hypoglycemia, the patient needs a higher level of care where she her meals can be observed and she can be closely monitored for signs of hypoglycemia in the morning so as to better elucidate the etiology of her hypoglycemia. Per the patient, this was not an issue when she was not in custody, although it should also be noted that her glycemic control was not optimal, given her intake HgbA1C.

**Medical History:** Intake 12/28/2021 PMHx: DM, pt reports using Humalog s/s TID with meals and Lantus 12 uunits QHS, Hx HTN reports taking Losartan 100mg daily, Hx Asthma, reports using Albuterol inhaler 2 puffs PRN, Hx Hypothyroidism, reports taking Synthroid 88 mcg daily, Reports Hx of Rheumatoid Arthritis, no current meds, PMMHx: Anxiety, PTSD, reports taking Prozac 40mg daily, Pt denies any opioid, benzo or ETOH use or abuse; Denies any methadone or suboxone mainteneance, Diabetes with ophthalmic manifestations, type I [juvenile type], not stated as uncontrolled.

**Social History:**

Diet Orders:

Diet Orders
Diet Type 1 *Diabetic HS Snack*
Comments for Diet 1 *diabetic snack in am and HS*
Start Date for Diet 1 *01/31/2022*
End Date for Diet 1 *04/30/2022*
Diet Type 2 *Diabetic HS Snack*
Comments for Diet 2 *pt needs DOUBLE PORTION diabetic snack at night before bed. She also must have some form of carbohydrate in her cell AT ALL TIMES for if she starts to feel her blood sugar drop.*

**Medications:** FLUoxetine HCl 20 MG Capsule 2 capsules DAILY, stop date 04/11/2022, KOP: No, Drug Source: Patient Specific, Losartan Potassium 100 MG Tablet 1 tablet DAILY, stop date 05/02/2022, KOP: No, Drug Source: Patient Specific, Blood Pressure - Check as directed WEEKLY, stop date 05/02/2022, KOP: No, Drug Source: Patient Specific, Levothyroxine Sodium 88 MCG Tablet 1 tablet take before breakfast DAILY, stop date 05/02/2022, KOP: No, Drug Source: Patient Specific, Atorvastatin Calcium 10 MG Tablet 1 tablet AT BEDTIME, stop date 05/02/2022, KOP: No, Drug Source: Patient Specific, Ventolin HFA 108 (90 Base) MCG/ACT Aerosol Solution 2 puffs TWICE DAILY PRN, stop date 05/02/2022, KOP: No, Drug Source: Patient Specific, Loratadine 10 MG Tablet 1 tablet DAILY PRN, stop date 05/02/2022, KOP: No, Drug Source: Patient Specific, Semglee 100 UNIT/ML Solution 12 units AT BEDTIME, stop date 05/24/2022, KOP: No, Drug Source: Stock, Accu Chek - Reading 1 application THREE TIMES DAILY, stop date 05/24/2022, KOP: No, Drug Source: Patient Specific, NovoLIN R 100 UNIT/ML Solution 5 units THREE TIMES DAILY, stop date 05/25/2022, KOP: No, Drug Source: Stock, Notes: Please administer 30 MINUTES BEFORE MEALS 3x daily., NovoLIN R 100 UNIT/ML Solution as directed THREE TIMES DAILY, stop date 05/25/2022, KOP: No, Drug Source: Stock, Notes: 151-200 give 2 units, 201-250 give 3 units, 251-300 give 4 units, 301-400 give 5 units, > or = 401 give 6 units PLEASE CHECK 30 MIN AFTER MEALTIME., Accu Chek - Reading as directed AT BEDTIME, stop date 06/01/2022, Drug Source: Patient Specific, Notes: NO INSULIN COVERAGE

**Allergies:** Sulpha- Drugs: Muscle Cramps: Allergy, Wheat: itching: Allergy.

## Objective:

**Vitals:**

Vitals from this morning showed that patient was afebrile. BP 130/68, HR 80, RR 16, sat 98%.

**Examination:**

()General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.

[redacted]

EYES: pupils equal, round, reactive to light and accommodation.
ORAL CAVITY: mucosa moist.
HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
LUNGS: clear to auscultation bilaterally.
ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
EXTREMITIES: no clubbing, cyanosis, or edema.
NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.
  Of note, physical exam documented is from my exam of her yesterday when I saw her in the afternoon.
  Per nurse's report, after getting glucagon this morning and eating carbohydrates, she is back to baseline with no significant change from her physical exam yesterday.

## Assessment:

**Assessment:**
1. Hypoglycemia, unspecified - E16.2 (Primary)
2. Hypertension - 997.91
3. Hypothyroidism, unspecified - E03.9
4. Unspecified asthma, uncomplicated - J45.909
5. Diabetes with unspecified complication, type I [juvenile type], uncontrolled - 250.93
6. Post-traumatic stress disorder, chronic - F43.12
7. Major depressive disorder, recurrent, moderate - F33.1
8. Hyperlipidemia, unspecified - E78.5

## Plan:

**1. Hypoglycemia, unspecified**
Start Accu Chek Reading, -, as directed, TRT, AT BEDTIME, 90 days, Start Date: 03/04/2022, Stop Date: 06/02/2022, KOP: No, Drug Source: Stock, Notes: accucheck before bed AFTER EVENING SNACK (double portions) with NO SSI COVERAGE .

**2. Hypertension**
Start Losartan Potassium Tablet, 100 MG, 1 tablet, Orally, DAILY, 90 days, 90 Tablet, Start Date: 03/04/2022, Stop Date: 06/02/2022, KOP: No, Drug Source: Patient Specific ;  Start Blood Pressure Check, -, as directed, TRT, WEEKLY, 30 days, Start Date: 03/04/2022, Stop Date: 04/03/2022, KOP: No, Drug Source: Stock .

**3. Hypothyroidism, unspecified**
Start Levothyroxine Sodium Tablet, 88 MCG, 1 tablet, Orally, DAILY, 90 days, 90 Tablet, Start Date: 03/04/2022, Stop Date: 06/02/2022, KOP: No, Drug Source: Patient Specific .

**4. Unspecified asthma, uncomplicated**
Start Ventolin HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 1 to 2 puffs, Inhalation, EVERY 4 HOURS PRN, 90 days, Start Date: 03/04/2022, Stop Date: 06/02/2022, KOP: Yes, Drug Source: Patient Specific ;  Start Loratadine Tablet, 10 MG, 1 tablet, Orally, DAILY, 90 days, 90 Tablet, Start Date: 03/04/2022, Stop Date: 06/02/2022, KOP: Yes, Drug Source: Patient Specific .

**5. Diabetes with unspecified complication, type I [juvenile type], uncontrolled**
Start Semglee Solution, 100 UNIT/ML, 12 units, Subcutaneous, BEFORE BEDTIME, 90 days, Start Date: 03/04/2022, Stop Date: 06/02/2022, KOP: No, Drug Source: Stock ;  Start NovoLIN R Solution, 100 UNIT/ML, 5 units, Injection, THREE TIMES DAILY, 90 days, Start Date: 03/04/2022, Stop Date: 06/02/2022, KOP: No, Drug Source: Stock, Notes: 30 minutes before meals tid ONLY IF PATIENT IS EATING MEAL. She must be monitored to ensure that she eats. ;  Start NovoLIN R Solution, 100 UNIT/ML, as directed, Injection, THREE TIMES DAILY, 90 days, Start Date: 03/04/2022, Stop Date: 06/02/2022, KOP: No, Drug Source: Stock, Notes: 151-200 give 2 units, 201-250 give 3 units, 251-300 give 4 units, 301-400 give 5 units, > or = 401 give 6 units ;  Start Accu Chek Reading, -, as directed, TRT, THREE TIMES DAILY, 90 days, Start Date: 03/04/2022, Stop Date: 06/02/2022, KOP: No, Drug Source: Stock .

**6. Post-traumatic stress disorder, chronic**
Start FLUoxetine HCl Capsule, 20 MG, 1 capsule, Orally, DAILY, 90 days, 90 Capsule, Start Date: 03/04/2022, Stop Date: 06/02/2022, KOP: No, Drug Source: Patient Specific .

**7. Hyperlipidemia, unspecified**
Start Atorvastatin Calcium Tablet, 10 MG, 1 tablet, Orally, DAILY, 90 days, 90 Tablet, Start Date: 03/04/2022, Stop Date: 06/02/2022, KOP: Yes, Drug Source: Patient Specific .

**8. Others**
Stop FLUoxetine HCl Capsule, 20 MG, 2 capsules, Orally, DAILY, 90 days, 180 Capsule, Start Date: 01/11/2022, Stop Date: 04/11/2022, KOP: No, Drug Source: Patient Specific ;  Stop Losartan Potassium Tablet, 100 MG, 1 tablet, Orally, DAILY, 90 days, 90 Tablet, Start Date: 02/01/2022, Stop Date: 05/02/2022, KOP: No, Drug Source: Patient Specific ;  Stop Blood Pressure Check, -, as directed, TRT, WEEKLY, 90 days, Start Date: 02/01/2022, Stop Date: 05/02/2022, KOP: No, Drug Source: Patient Specific ;  Stop Levothyroxine Sodium Tablet, 88 MCG, 1 tablet take before breakfast, Orally, DAILY, 90 days, 90 Tablet, Start Date: 02/01/2022, Stop Date: 05/02/2022, KOP: No, Drug Source: Patient Specific ;  Stop Atorvastatin Calcium Tablet, 10 MG, 1 tablet, Orally, AT BEDTIME, 90 days, Start Date: 02/01/2022, Stop Date: 05/02/2022, KOP: No, Drug Source: Patient Specific ;  Stop Ventolin HFA Aerosol Solution, 108 (90 Base) MCG/ACT, 2 puffs, Inhalation, TWICE DAILY PRN, 90 days, Start Date: 02/01/2022, Stop Date: 05/02/2022, KOP: No, Drug Source: Patient Specific ;  Stop Loratadine Tablet, 10 MG, 1 tablet, Orally, DAILY PRN, 90 days, Start Date: 02/01/2022, Stop Date: 05/02/2022, KOP: No, Drug Source: Patient Specific ;  Stop Semglee Solution, 100 UNIT/ML, 12 units, Subcutaneous, AT BEDTIME, 90 days, Start Date: 02/23/2022, Stop Date: 05/24/2022, KOP: No, Drug Source: Stock ;  Stop Accu Chek Reading, -, 1 application, TRT, THREE TIMES DAILY, 90 days, Start Date: 02/23/2022, Stop Date: 05/24/2022, KOP: No, Drug Source: Patient Specific ;  Stop NovoLIN R Solution, 100 UNIT/ML, 5 units, Injection, THREE

TIMES DAILY, 90 days, Start Date: 02/24/2022, Stop Date: 05/25/2022, KOP: No, Drug Source: Stock, Notes: Please administer 30 MINUTES BEFORE MEALS 3x daily. ; Stop NovoLIN R Solution, 100 UNIT/ML, as directed, Injection, THREE TIMES DAILY, 90 days, Start Date: 02/24/2022, Stop Date: 05/25/2022, KOP: No, Drug Source: Stock, Notes: 151-200 give 2 units, 201-250 give 3 units, 251-300 give 4 units, 301-400 give 5 units, > or = 401 give 6 units PLEASE CHECK 30 MIN AFTER MEALTIME. ; Stop Accu Chek Reading, -, as directed, TRT, AT BEDTIME, 90 days, Start Date: 03/03/2022, Stop Date: 06/01/2022, KOP: No, Drug Source: Patient Specific, Notes: NO INSULIN COVERAGE .

**Disposition:**

Notes: Pt to be transferred to the infirmary where she can be observed more closely. Goals of infirmary transfer: 1. Observation of patient's dietary habits so that it can be confirmed that she is regularly eating meals and eating nighttime snack prior to going to sleep 2. More staff that are available to monitor her for the morning hypoglycemic episodes and intervene. Patient has an endocrinology appointment pending to help gain better glycemic control and input regarding management of this patient.

**Provider:** Dorian Jacobs, MD
**Patient:** [REDACTED] **DOB:** [REDACTED] **Date:** 03/04/2022

**Electronically signed by Dorian Jacobs MD COR on 03/04/2022 at 09:16 AM EST**
**Sign off status: Completed**

# Exhibit 27

# Emergency Room Logs Summary

**Blood Sugar / Diabetic Complication Hospitalizations from PDP Summary Exhibit**

The following is a spreadsheet of hospitalizations from PDP custody that correspond with a listed "diagnosis" relating to blood sugar level, diabetic ketoacidosis, or other diabetic complications between the years 2020-2023. Counsel were provided with a PDF log of ER transfers in discovery from YesCare. All ER logs were reviewed and hospital transfers pertaining to blood sugar and diabetic complications were manually entered into the following spreadsheet.

Pursuant to Federal Rules of Evidence 1006, Summaries to Prove Content, the underlying ER logs can be produced on request.

| | Year | Blood Sugar ER Trip | Page Number |
|---|---|---|---|
| 1 | 2020 | hypoglycemia initial blood sugar 26. patient unresponsive | 3766 |
| 2 | 2020 | poorly controlled BG greater than 500 | 3709 |
| 3 | 2020 | decreased BS increased HR | 3708 or 3808 |
| 4 | 2020 | Ketones, glycosuria, labile blood sugars | 3836 |
| 5 | 2020 | hypoglycemic episode | 3862 |
| 6 | 2020 | New onset diabetes BS 452 with ketones | 3866 |
| 7 | 2021 | hyperglycemia, tachycardia | 3874 |
| 8 | 2021 | Hyperglycmia | 3877 |
| 9 | 2021 | serere W/D and hyperglycemia | 3833 |
| 10 | 2021 | serere W/D and hyperglycemia | 3833 |
| 11 | 2021 | blood sugar excessive thrist and urination BG was 602 admitted for further | 3886 |
| 12 | 2021 | Pt found nonresponsive and hypoglycemic tho has no known history of DM or treatment | 3891 |
| 13 | 2021 | hyperglycemia positive gross ketones | 3896 |
| 14 | 2021 | r/o DKA | 3897 |
| 15 | 2021 | uncontrolled hyperglycemia, possible DKA | 3907 |
| 16 | 2021 | change in mental status bloof sugar was in the 100's | 3910 |

| | | | |
|---|---|---|---|
| 17 | 2021 | eleated BG he has a resolving DKA | 3914 |
| 18 | 2021 | admitted for DKA, patient in an IDDM and has been refusing meds off on b/c BG sof 503 | 3917 |
| 19 | 2021 | hyperglycemia | 3921 |
| 20 | 2021 | hyperglycemia, nausea, weakness | 3921 |
| 21 | 2021 | hyperglycemia and infected RUE wound | 3926 |
| 22 | 2021 | r/o DKA | 3941 |
| 23 | 2021 | r/o DKA | 3942 |
| 24 | 2021 | blood sugar elevated | 3946 |
| 25 | 2021 | R/O DKA | 3946 |
| 26 | 2021 | R/O DKA | 3948 |
| 27 | 2021 | hyperglycemia | 3962 |
| 28 | 2021 | Blood sugar 302, Large ketones Denies fx of Biabetes | 3966 |
| 29 | 2021 | hyperglycemia and unresponsive | 3974 |
| 30 | 2021 | Large Ketones | 3979 |
| 31 | 2021 | DKA | 3982 |
| 32 | 2021 | Hyperglycemia with ketones | 3987 |
| 33 | 2021 | Hyperglycemia | 3988 |

| | | | |
|---|---|---|---|
| 34 | 2021 | DKA | 3989 |
| 35 | 2022 | Large Ketones, vomitting, body pain | 3992 |
| 36 | 2022 | hypoglycemia, opiate withdrawal, trauma | 3995 |
| 37 | 2022 | pt found nonresponsive in the receiving room Type 2 DM Pt BG was 31. Was given Glucogon and repeat BG was 28. | 3997 |
| 38 | 2022 | Seizures, MRI of the brown shows moderate diffuse cerebral dysfunction | 3999 |
| 39 | 2022 | hyperglycmia | 4007 |
| 40 | 2022 | eval and treatment for low blood sugar | 4016 |
| 41 | 2022 | dka | 4029 |
| 42 | 2022 | Uncontrolled Diabetes r/o DKA | 4031 |
| 43 | 2022 | hyperglycemia | 4033 |
| 44 | 2022 | dka | 4037 |
| 45 | 2022 | Hyperglycemia, report loss of consciousness, head trauma with laceration to scalp | 4044 |
| 46 | 2022 | Dropping GFR and Na 129 with hyperglycemia | 4046 |
| 47 | 2022 | Hyperglycemia with change in mental status | 4062 |
| 48 | 2022 | Drug overdose, hypoglycemia | 4062 |
| 49 | 2022 | BS 375, 396, 367, urine dip has ketones and protein | 4064 |
| 50 | 2022 | Hyperglycemia | 4064 |

| | | | |
|---|---|---|---|
| 51 | 2022 | hypoglyceic | 4075 |
| 52 | 2022 | Elevated blood sugar 582 with letones in urine HR 124 and vomiting. Dry mouth, body ache | 4095 |
| 53 | 2022 | blood sugar 95 and b/p 90/80 | 4109 |
| 54 | 2023 | Expected DKA, change in mental status | 4119, 4122 |
| 55 | 2023 | BS was 537, found DKA and admitted to ICU | 4124 |
| 56 | 2023 | Elevated BS, noncompliant with insulin at the jail. Admiitted with severe DKA, HHS lactic acidosis | 4125 |
| 57 | 2023 | large amount of ketones in urin and accu check red H | 4130 |
| 58 | 2023 | BG 465, Ketones 1.025, N&V, N/V H/A abd, Pain dizziness, high ACCU check, high ketones on dipstick-2 different ER trips in the same week | 4141 |
| 59 | 2023 | was found to be in DKA | 4148 |
| 60 | 2023 | hyperglycemia with ketones and new onset IDDM | 4153 |
| 61 | 2023 | Elevated Bood sugar positive keytones | 4164 |

# Exhibit 28

# YesCare Diabetes Clinical Pathway



# Clinical Pathway: Diabetes Mellitus

The information contained herein has been compiled from established, evidence-based references and nationally recognized authorities. Treatment plans should be individualized based on patient factors including medical and psychiatric histories, comorbidities, medications and patient discussion. This tool is intended for informational purposes and will be one of the many tools you may access in your practice.

## DEFINITION

Diabetes mellitus is a group of metabolic diseases characterized by hyperglycemia resulting from defects in insulin secretion, insulin action, or both.

**Type I** results from absolute insulin deficiency usually caused by autoimmune destruction of pancreatic islet cells.

**Type II** is a disease of uncertain etiology resulting from relative, but not absolute, insulin deficiency with an underlying insulin resistance.

**Pre-Diabetes:** associated with a higher risk for diabetes and cardiovascular disease

- Fasting (no intake for 8 hours) Blood Glucose $\geq$ 100 - 126
- $A_1C \geq 5.7$ - 6.4
- 2 hour postprandial blood glucose 140 - 199 mg/dL

**A1C** (GLYCATED HEMOGLOBIN): reflects the mean glycemia occurring over the preceding two to three months

## RISK FACTORS

- Physical Inactivity
- First-degree relative with diabetes
- High risk ethnic background
- HTN, CAD, CVD, Hyperlipidemia
- Obesity with family history of DM
- Women with baby > 9 lbs at birth or diagnosed with Gestational Diabetes

## CLINICAL PRESENTATION

- Frequent urination
- Extreme hunger
- Increased fatigue
- Blurry vision
- Excessive thirst
- Unusual weight loss
- Tingling, pain or numbness in hands and feet

## DIAGNOSTICS/LABS

**Screening**

- BMI $\geq$ 25 at any age, or after age 45. If normal, repeat every 3 years or more frequently as indicated.
  - Urine ketones if blood sugar $\geq$ 300

**Diagnosis**

- Fasting (no intake for 8 hours) Blood Glucose $\geq$ 126
- $A_1C > 6.5$
- Random blood sugar $\geq$ 200 **with symptoms** of diabetes
- Oral Glucose Tolerance Test (OGTT) $\geq$ 200mg/dl

**Follow-up**

- Finger Stick Blood Glucose Monitoring 2 – 3 x/d if on more than 2 injections of insulin
  - Urine ketones if blood sugar ≥ 300
- Hemoglobin $A_1C$
  - If $A_1C \leq 8$, recheck every 6 months
  - If $A_1C > 8$, recheck every 3 months

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.



# Clinical Pathway: Diabetes Mellitus

**Correlation of $A_1C$ with Average Glucose**

| Mean Blood Glucose mg/dl | ≈ Hb $A_1C$ of |
|---|---|
| 126 | 6 |
| 140 | 6.5 |
| 154 | 7 |
| 183 | 8 |
| 212 | 9 |
| 240 | 10 |
| 269 | 11 |
| 298 | 12 |

## MEDICAL MANAGEMENT/TREATMENT

**Comprehensive Evaluation Includes but not limited to:**

- Prior $A_1C$ and blood sugar results
- Review of symptoms
- Current medications
- Comorbidity status
- Vaccination status
- Foot exam
- Review of risk factors
- Baseline vision screening

**Lifestyle changes for all patients**

- Tobacco cessation
- Physical activity goal of 150 min/week
- Consider referral to dietician
- Weight loss counseling to lower BMI to <25

**Treatment of Type II Diabetes**

**Metformin**

If not contraindicated, is preferred initial pharmacological treatment for type 2 diabetes. It's been shown to reduce the risk of cardiovascular events and death.

- Include lifestyle modifications
- Slowly titrate to 1000 mg BID to avoid GI effects
- May cause GI side effects
- Renal dosing considerations:
  - eGFR 45-60 ml/min: Safe to use
  - eGFR <45 ml/min: Do not initiate new patients or reduce dose in patients already tolerating metformin treatment

**Glycemic Control Algorithm**

1. **$A_1C$ ≥ 7-9%:** Monotherapy recommended. Metformin is the drug of choice. If metformin is contraindicated or otherwise not tolerated by the patient, another first line medication may be used

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.



# Clinical Pathway: Diabetes Mellitus

- If target A1c is not achieved after 3 months, consider a combination of metformin and another treatment option: sulfonylurea*, thiazolidinedione** or basal insulin
  - Insulin should be considered with $A_1C$ > 8.5 or who have symptoms of hyperglycemia
- Drug choice should be based on patient preferences, disease, and drug characteristics, hypoglycemia risk/management, and patient goals
- Check eGFR prior to initiating metformin

2. **$A_1C$ ≥ 9%:** initiate dual combination therapy with metformin + other preferred oral agents: sulfonylurea, thiazolidinedione
   - If A1c target is not achieved after 3 months of dual therapy, a third medication may be added
   - Patients not achieving glycemic goals on oral medications, insulin therapy should not be delayed
3. **$A_1C$ ≥ 10-12%, not symptomatic:** initiate triple oral medication therapy with metformin first-line **Glycemic control A1c >10-12% (regardless) Metformin and insulin therapy**
4. **$A_1C$ ≥ 10-12%, symptomatic:** initiate metformin + basal insulin + mealtime insulin

*Sulfonylureas may cause hypoglycemia and weight gain

**Thiazolidinediones may cause fluid retention and weight gain

**Insulin Dosing**

**Corrective Regular Insulin Coverage (CRIC)**

- Requires a provider order
- Used for prompt glycemic reduction
- Should not replace the patient's daily basal-bolus insulin dosing
- Review finger stick logs at least weekly to make necessary adjustment to basal regimens with the goal of eliminating the need for CRIC

| Blood Glucose mg/dl | Standard | Plus* |
|---|---|---|
| 151-200 | 4 units | 6 units |
| 201-250 | 6 units | 8 units |
| 251-300 | 8 units | 12 units |
| 301-400 f/u as below | 10 units | 14 units |
| ≥401 call Provider, f/u below | 12 units | 16 units |

. ***Plus:** Certain patients may require higher dosages of insulin than is typical of most ("standard") patients. This may be due to increased insulin resistance and/or a patient's compliance with diet.

**Nursing Considerations using CRIC**

**FSBG≥400:**

- Check urine ketones
- If symptomatic (nausea, vomiting, increased thirst) complete Hyperglycemia/Hypoglycemia NET
- Notify facility or on-call practitioner for orders and document in chart.

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

 # Clinical Pathway: Diabetes Mellitus

- Follow-up FSBG post-insulin at approximately 2 hours. Testing at less than 90 minutes with repeating insulin can lead to "insulin stacking" and hypoglycemia.
- Place on Sick Call next day practitioner is on-site

**FSBG 300-400:**

- Check urine ketones
- If symptomatic (nausea, vomiting, increased thirst) complete Hyperglycemia/Hypoglycemia NET
- After 3 consecutive FSBG in this range, place on sick call next day practitioner is on-site

**Initiating basal insulin (NPH) in Type II DM:**

- Start: 10 U/day or 0.1-0.2 U/kg/day
- Adjust 10-15% or 2-4 U once-twice weekly to reach target FBG
- Hypoglycemia: determine and address cause and potentially decrease dose 4 U or 10-20%

**Adding bolus insulin (Regular) with meals:**

- Start: 4 U, 0.1 U/kg, or 10% basal dose with largest meal
- Adjust: 1-2 U or 10-15% once-twice weekly until SMBG target reached
- Hypoglycemia: determine and address cause, decrease corresponding dose 2-4U or 10-20%

**Changing to premixed insulin twice daily (Insulin 70/30):**

- Start: divide current total daily insulin dose (NPH + regular) into 2/3 AM, 1/3 PM
- Adjust: 1-2 U or 10-15% once-twice weekly until SMBG target reached
- Hypoglycemia: determine and address cause and decrease corresponding dose by 2-4 U or 10-20%

**Treatment of Type I Diabetes**

- Oral antihyperglycemic agents are not indicated in Type I Diabetes
- Refer to community records for continuation of insulin therapy
- Common treatment includes multiple daily injections of prandial and basal insulin
- If initiating insulin therapy for a newly diagnosed patient, consider referral with an endocrinologist.
- Pre mixed insulin should not be used in DM type 1. Basal/ meal time insulin is physiologic. Remember that if you use premixed insulin in the evening, (4-6PM mealtime), there is a risk of hypoglycemia in the early AM hours.

**Treatment of Hyperlipidemia (also refer to dyslipidemia pathway)**

- Statin therapy if over 40y/o, with LDL greater than 100 or if 10yr risk of CV disease is >10% (see cvriskcalculator)
- Lipid profile every 3 months if not at goal

**Treatment of Cardiovascular Disease Risk**

- 81mg ASA, if no contraindications, with h/o CVD, TIA, PVD, greater than 50y/o or if 10 yr >10% CV risk (see cvriskcalculator)
- Antihypertensive medication with diagnoses of diabetes and hypertension with persistent blood pressure ≥130/80

**Clinical Pearls of Diabetes Medication Management**

- Consider discontinuing sulfonylureas after initiating insulin or 5 years after initiation if loss of $A_1C$ control
- Avoid routine sliding scale only insulin regimens

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.



# Clinical Pathway: Diabetes Mellitus

**Goals of treatment**

- A1C < 7
- Less stringent goals may be appropriate for diabetic patients with a history of severe hypoglycemia, limited life expectancy, advanced micro or macrovascular complications and extensive comorbid conditions
- Avoid hypoglycemia
- Maintain blood pressure < 140/90

**Treat Symptoms of Hypoglycemia**

For BS < 70 mg/dl, give 15 - 20 gm glucose; repeat BS every 15 minutes until BS > 70.

Unconscious patient: use glucagon or IV glucose if available. Patients with one or more episodes of low BS should be referred to provider for evaluation.

## POTENTIAL COMPLICATIONS

- Diabetic ketoacidosis (DKA)
- Cardiovascular disease (CVD)
- Infection/Sepsis
- Nephropathy leading to ESRD
- Retinopathy
- Diabetic neuropathy
- Amputation

Risk reduction should include:

- Glycemic management
- Blood pressure management
- Lipid management
- Medications with cardiovascular and nephrology benefits
- Lifestyle modifications
- Patient education

## FOLLOW UP

**Chronic Care Visit Evaluation (Initial visit)**

- Baseline HgbA1c
- CMP, CBC, TSH, Lipid profile, Liver function tests (All included in YesCare Diagnostic Panel II)
- History (including hospitalizations and medications) and Physical Assessment
- Review of blood glucose logs
- Patient education

**Chronic Care Visit Evaluation (at each visit):**

- Weight/BMI
- Review blood glucose log
- Patient education
- CMP at 6 month visit to monitor renal status
- Visual foot inspection
- Consider mental health evaluation for poor adherence to regimen

**Annually**

- Calculate BMI
- Labs (if not done in past year)
  - Urinalysis with Microalbumin if not on an ACEI
  - Lipid profile (every 6 months if not at goal)

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

 # Clinical Pathway: Diabetes Mellitus

- EKG
- Evaluate **CVD risk factors cvriskcalculator.com**
- Dilated retinal eye exam by optometrist or ophthalmologist
- Monofilament foot exam (includes monofilament AND any one of: pinprick, vibrational, reflexes, pedal pulses)
- Flu vaccine
- Pneumococcal vaccine per CDC / UpToDate recommendations. Re-vaccination after 5 years if indicated.
- HBV Vaccine series , if less than age 60 (unless contraindicated)
- Optometry exam

***Monitor pre-diabetics annually for development of diabetes**

## INDICATIONS FOR SPECIALTY OR ER REFERRAL

- Stage IV kidney failure
- Non-healing ulcer
- Vascular compromise
- Gastroparesis
- Evidence of ischemia / infarction

## UTILIZATION MANAGEMENT CONSIDERATIONS

- Endocrinology/Diabetes specialty referral for newly diagnosed Type 1 Diabetes
- Stage IV kidney failure - include serial labs, GFR, imaging studies, MAR
- Non-healing ulcer – include dimensions of ulcer, pulses, pertinent physical examination, bedside ABI (if available), previous therapies trialed and length of treatment.
- Vascular compromise – include pertinent physical examination, bedside ABI (if available), previous therapies trialed and length of treatment.
- Gastroparesis – include all previous therapies trialed and failed, and length of treatment.
- Evidence of ischemia/ infarction – include pertinent physical examination, bedside ABI (if available), pertinent labs.

## REFERENCES/LINKS

- Centers for Disease Control and Prevention (CDC), Diabetes home page. Available at www.cdc.gov/diabetes

https://www.uptodate.com/contents/clinical-presentation-diagnosis-and-initial-evaluation-of-diabetes-mellitus-in-adults

- Management of Diabetes, Federal Bureaus of Prisons Clinical Guidance, March 2017. Available at: https://www.bop.gov/resources/pdfs/201703_diabetes.pdf
- American Diabetes Association. 2023 Standards of Care in Diabetes, Diabetes Care. January 2023;46(Supp1). Available at: https://diabetesjournals.org/care/article/46/Supplement_1/S41/148039/3-Prevention-or-Delay-of-Type-2-Diabetes-and
- UpToDate

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

# Exhibit 29

# Video: B1Pod3, Nov. 5, 2023

**Exhibit 29: Video of B1Pod3, November 5, 2023**

A flash drive with copies of the video is filed with the court as Exhibit 29. Relevant portions referenced in the filing appear at timestamp 11/5/2023, 9:54-10:10 AM. Mr. Jung's cell appears toward the center of the B1-3 Left Mid-Housing pane.