# APPENDIX EXHIBIT LIST

## TO PLAINTIFFS' CONCISE STATEMENT OF MATERIAL FACTS

## IN OPPOSITION TO DEFENDANT APOLLON

| Exhibit | Document Title | Page Number |
|---|---|---|
| 1 | Jung Medical Records – Type II Misdiagnosis Excerpts | 3 |
| 2 | YesCare Intake Policies | 12 |
| 3 | Jung Medical Records June 2, 2023 – November 6, 2023 | 36 |
| 4 | Jung Intake Screening Questionnaire by Correctional Officer, October 27, 2023 | 59 |
| 5 | Deposition of Maureen Gay - Excerpts | 62 |
| 6 | Emails Regarding Expert Discovery Disclosures | 69 |
| 7 | Jung Authorization to Obtain, Use and Disclose Medical Information, October 28, 2023 | 74 |
| 8 | YesCare Medication Verification Policy | 77 |
| 9 | Deposition of YesCare 30(b)(6) Deponent Lalitha Trivikram - Excerpts | 81 |
| 10 | Jung Norristown Medication Administration Record - October 2023 | 85 |
| 11 | YesCare Diabetes Clinical Pathway | 87 |
| 12 | YesCare Nursing Encounter Tool: Hypoglycemia/Hyperglycemia | 94 |
| 13 | Deposition of Marsha Jeoboham - Excerpts | 101 |
| 14 | YesCare Patient Safety Event Committee Report | 109 |
| 15 | Rule 26(a)(2) Disclosures | 119 |
| 16 | Email Regarding City's RPD | 122 |
| 17 | Cover Page: Deposition of Arthur Wallenstein | 128 |

# APPENDIX TO
# PLAINTIFFS' CONCISE STATEMENT
# OF MATERIAL FACTS
# IN OPPOSITION TO
# DEFENDANT APOLLON

# Exhibit 1

# Jung Medical Records – Type II Excerpts

**Progress Notes**

PID: 718327  **Intake:** 2211610
**Facility Code:** CFCF  **Housing Area:** ,D2POD4,32,1
**Patient:** JUNG, LOUIS W
**DOB:** ▇▇▇▇▇▇  **Age:** 50 Y  **Sex:** Male
**Phone:**
**Address:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Provider:** Elizabeth Bradley, MD
**Date:** 05/20/2023

## Subjective:

**Chief Complaints:**

**HPI:**

()General Examination:
    Patient continues c noncompliance. Current staffing does not allow for qid evaluations in the setting of this noncompliance. Insulin orders adjusted accordingly.

**Medical History:**
- DIABETES
- HYPERCHOLESTEROLEMIA
- COVID/MRSA PNA 1/2022
- Pulmonary embolism and thrombocytopenia
- Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22
- Sedative, hypnotic or anxiolytic dependence, unspecified
- COVID 1/2023
- Patient's noncompliance with other medical treatment and regimen
- Patient's noncompliance with other medical treatment and regimen

**Medications:**
    Taking
- Abilify 10 MG Tablet 2 tablets DAILY, stop date 07/12/2023, KOP: No, Drug Source: Patient Specific
- Aricept 5 MG Tablet 1 tablet AT BEDTIME, stop date 07/12/2023, KOP: No, Drug Source: Patient Specific
- Aricept 5 MG Tablet 1 tablet AT BEDTIME, stop date 07/12/2023, KOP: No, Drug Source: Patient Specific
- Accu Chek - Reading as directed FOUR TIMES DAILY, stop date 07/13/2023, KOP: No, Drug Source: Stock
- HumuLIN R 100 UNIT/ML Solution CRIC Plus INSULIN TWICE DAILY PRN, stop date 07/13/2023, KOP: No, Drug Source: Stock
- HumaLOG 100 UNIT/ML Solution 10 units THREE TIMES DAILY, stop date 07/13/2023, KOP: No, Drug Source: Stock
- Semglee 100 UNIT/ML Solution 35 units AT BEDTIME, stop date 07/13/2023, KOP: No, Drug Source: Stock
- Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 07/13/2023, KOP: No, Drug Source: Patient Specific
- Eliquis 5 MG Tablet 1 tablet AT BEDTIME, stop date 07/13/2023, KOP: No, Drug Source: Patient Specific
- Midodrine HCl 5 MG Tablet 1 tablet EVERY 8 HOURS, stop date 07/13/2023, KOP: No, Drug Source: Patient Specific

**Allergies:**
- N.K.D.A.

## Objective:

## Assessment:

**Assessment:**
- Diabetes mellitus without mention of complication, type II or unspecified type, uncontrolled - 250.02

YesCare 1482

## Plan:

**1. Diabetes mellitus without mention of complication, type II or unspecified type, uncontrolled**

Stop HumuLIN R Solution, 100 UNIT/ML, CRIC Plus, Injection, INSULIN TWICE DAILY PRN, 90 days, Start Date: 04/14/2023, Stop Date: 07/13/2023, KOP: No, Drug Source: Stock ;

Stop HumaLOG Solution, 100 UNIT/ML, 10 units, Injection, THREE TIMES DAILY, 90 days, Start Date: 04/14/2023, Stop Date: 07/13/2023, KOP: No, Drug Source: Stock ;

Stop Semglee Solution, 100 UNIT/ML, 35 units, Subcutaneous, AT BEDTIME, 90 days, Start Date: 04/14/2023, Stop Date: 07/13/2023, KOP: No, Drug Source: Stock ;

Stop Accu Chek Reading, -, as directed, TRT, FOUR TIMES DAILY, 90 days, Start Date: 04/14/2023, Stop Date: 07/13/2023, KOP: No, Drug Source: Stock .

**2. Others**

Start HumuLIN N Suspension, 100 UNIT/ML, 30 units, Subcutaneous, INSULIN MORNING, 30 days, Start Date: 05/20/2023, Stop Date: 06/19/2023, KOP: No, Drug Source: Stock ;

Start HumuLIN R Solution, 100 UNIT/ML, see scale, Injection, INSULIN MORNING, 30 days, Start Date: 05/20/2023, Stop Date: 06/19/2023, KOP: No, Drug Source: Stock, Notes: 71-100 give 6 units, 101-150 give 8 units, 151-200 give 10 units, 201-250 give 12 units, 251-300 give 14 units, 301-400 give 16 units, > or = 401 give 18 units ;

Start HumuLIN N Suspension, 100 UNIT/ML, 15 units, Subcutaneous, INSULIN EVENING, 30 days, Start Date: 05/20/2023, Stop Date: 06/19/2023, KOP: No, Drug Source: Stock ;

Start HumuLIN R Solution, 100 UNIT/ML, see scale, Injection, INSULIN EVENING, 30 days, Start Date: 05/20/2023, Stop Date: 06/19/2023, KOP: No, Drug Source: Stock, Notes: 71-100 give 6 units, 101-150 give 8 units, 151-200 give 10 units, 201-250 give 12 units, 251-300 give 14 units, 301-400 give 16 units, > or = 401 give 18 units ;

Start Accu Chek Reading, -, as directed, TRT, TWICE DAILY, 30 days, Start Date: 05/20/2023, Stop Date: 06/19/2023, KOP: No, Drug Source: Stock .

**Immunizations:**

**Provider:** Elizabeth Bradley, MD
**Patient:** JUNG, LOUIS W  **DOB:** ▓▓▓▓    **Date:** 05/20/2023

**Electronically signed by Elizabeth Bradley on 05/20/2023 at 06:06 AM EDT**
**Sign off status: Completed**

## Patient Summary

**PID:** 718327 **Intake:** 2110966

**JUNG, LOUIS W**
00209 MORRIS ST, PHILADELPHIA, PA 19148

**DOB:** 04/16/1973  **Age:** 49 Y  **Sex:** male
Home:
Work:
Cell:
Email:
**Correctional Facility Name:** .Philadelphia Industrial Correctional Center
**Address:** 8301 State Road
**City|State|Zip:** Philadelphia | PA | 19136
**Phone#|Fax#:** 215-685-8895 | 215-335-2825
**Advance Directive:**

**Date of Summary:** 07/22/2022
**Admit Date:** 12/16/2021
**Race:**
**Ethnicity:**
**Preferred Language:**

**Care Team:**

**Allergies :** N K D A

### Medical History

**Active Problem List**

| Code | Name | Onset Date | Specify | Notes | Added On | Modified On | Modified By |
|---|---|---|---|---|---|---|---|
| E11.65 | Type 2 diabetes mellitus with hyperglycemia | | | | 01/22/2022 | 07/20/2022 | Sagrelya, Siddharth |
| U017.003 | Provider triggered diagnosis- Narcan eligible | 06/15/2022 | | | 06/15/2022 | 06/15/2022 | Fowler, William Patrick |
| 272.4 | Other and unspecified hyperlipidemia | | | | 05/26/2016 | 02/17/2022 | Bradley, Elizabeth |
| E03.9 | Hypothyroidism, unspecified | | | | 01/30/2022 | 06/23/2022 | Sagrelya, Siddharth |
| 097.9 | Unspecified syphilis | 01/11/2022 | | | 01/11/2022 | 01/11/2022 | Bradley, Elizabeth |
| A53.9 | Syphilis, unspecified — | | | | 01/11/2022 | 01/11/2022 | Bradley, Elizabeth |
| U008.00 | Self-reported chronic diagnosis (Other) | 01/05/2022 | | | 01/05/2022 | 01/05/2022 | Mooney, Jayna |
| U012.00 | Self-reported opiate abuse (opiate abuse)— | 05/26/2016 | | | 05/26/2016 | 05/26/2016 | Donaghy, Ashley |
| F31.60 | Bipolar disorder, current episode mixed, unspecified | | | | 01/10/2022 | 06/15/2022 | Fowler, William Patrick |
| U041.00 | Patient medically cleared for work | 01/05/2022 | | | 01/05/2022 | 01/05/2022 | Mooney, Jayna |
| Z86.711 | Personal history of pulmonary embolism | | | | 02/07/2022 | 06/23/2022 | Sagrelya, Siddharth |
| Z91.19 | Patient's noncompliance with other medical treatment and regimen | | | | 03/23/2022 | 07/20/2022 | Sagrelya, Siddharth |
| E78.2 | Mixed hyperlipidemia | | | | 03/23/2022 | 06/23/2022 | Sagrelya, Siddharth |
| 305.1 | Nondependent tobacco use disorder | | | | 04/09/2022 | 04/09/2022 | Gay, Maureen L. |
| F13.10 | Sedative, hypnotic or anxiolytic abuse, uncomplicated | | | | 06/15/2022 | 06/15/2022 | Fowler, William Patrick |
| F11.10 | Opioid abuse, uncomplicated | | | | 06/15/2022 | 06/15/2022 | Fowler, William Patrick |

**Past Medical History**
DIABETES
HYPERCHOLESTEROLEMIA
COVID/MRSA PNA 1/2022
Pulmonary embolism and thrombocytopenia
syphilis treated 1/2022
Sedative, hypnotic or anxiolytic dependence, unspecified

### Medications

**Name strength formulation, Sig: take route frequency**
HumuLIN R 100 UNIT/ML Solution, Sig: as directed Injection AT NOON Start Date: 06/17/2022 KOP: No DrugSource: Stock
HumuLIN R 100 UNIT/ML Solution, Sig: as directed Injection INSULIN TWICE DAILY PRN Start Date: 06/17/2022 KOP: No DrugSource: Stock
Semglee 100 UNIT/ML Solution, Sig: 20 units Subcutaneous BEFORE BEDTIME Start Date: 06/17/2022 KOP: No DrugSource: Stock
HumuLIN N 100 UNIT/ML Suspension, Sig: 30 units Subcutaneous INSULIN TWICE DAILY Start Date: 06/17/2022 KOP: No DrugSource: Stock
Accu Chek - Reading, Sig: as directed TRT AT NOON Start Date: 06/17/2022 KOP: No DrugSource: Stock
Accu Chek - Reading, Sig: as directed TRT BID Start Date: 06/17/2022 KOP: No DrugSource: Stock
Eliquis 5 MG Tablet, Sig: 1 tablet Orally TWICE DAILY Start Date: 06/17/2022 KOP: No DrugSource: Patient Specific
Atorvastatin Calcium 20 MG Tablet, Sig: 1 tablet Orally BEFORE BEDTIME Start Date: 06/17/2022 KOP: No DrugSource: Patient Specific
Levothyroxine Sodium 100 MCG Tablet, Sig: 1 tablet Orally DAILY Start Date: 06/17/2022 KOP: No DrugSource: Patient Specific
Blood Pressure - Check, Sig: 1 application TRT EVERY FOUR WEEKS Start Date: 06/15/2022 KOP: No DrugSource: Stock
Aricept 5 MG Tablet, Sig: 1 tablet Orally AT BEDTIME Start Date: 06/15/2022 KOP: No DrugSource: Patient Specific
Abilify 10 MG Tablet, Sig: 1 tablet Orally AT BEDTIME Start Date: 06/15/2022 KOP: No DrugSource: Patient Specific

### Surgical History

| Date | Reason |
|---|---|
| 2014 | ARIA-RIGHT ROD REPLACEMENT TO FEMUR |

| Patient Name: JUNG,LOUIS DOB: W | Encounter Dt: 02/16/2022 | PID 718327 | Intake 2310416 | Race: White |
|---|---|---|---|---|

# (NET) Hyperglycemia/ Hypoglycemia

**(NET15) Hyperglycemia / Hypoglycemia Subjective**

Date seen

02/16/2022 ... (mm/dd/yyyy)

*Location seen?
⦿ Triage ◯ Sick Call

Time seen

Chronic Care Clinic
⦿ Yes ◯ No

What clinic(s)

Chief complaint

Onset date

02/16/2022 ... (mm/dd/yyyy)

Time

Have you had this problem before?
⦿ Yes ◯ No

Describe

dm 2

*Is patient being evaluated for a work-related injury?
◯ Yes ⦿ No

Last episode

Frequency

Known diabetic
⦿ Yes ◯ No

Diabetic type
☐ Type 1 ☑ Type 2

Insulin dependent
⦿ Yes ◯ No

Time of last insulin dose

500

Time of last food intake

500

**Associated Factors**

Weakness
◯ Yes ⦿ No

YesCare 0284

**JUNG, LOUIS W**
PID: 718327  Intake: 2110966
Facility Code: DC  Housing Area: ,PHSW,TRANSFER,01
48 Y old Male, DOB:
Account Number: 39662

Appointment Facility: .Philadelphia Industrial Correctional Center

**04/07/2022**                                    **Progress Notes: Corrections Provider**

**Past Medical History**
DIABETES
HYPERCHOLESTEROLEMIA
COVID/MRSA PNA 1/2022
Pulmonary embolism and
thrombocytopenia
Syphilis treated 1/2022
Immune thrombocytopenic purpura

**Reason for Appointment**
1. Diabetic check

**Assessments**
1. Bipolar disorder, current episode mixed, unspecified - F31.60 (Primary)
2. Diabetes mellitus without mention of complication, type II or unspecified type, uncontrolled - 250.02
3. Type 2 diabetes mellitus with hyperglycemia - E11.65
4. Routine general medical examination at health care facility - V70.0
5. Intake Assessment - IA
6. Hypothyroidism, unspecified - E03.9
7. Other and unspecified hyperlipidemia - 272.4
8. Other specified viral infection, in conditions classified elsewhere and of unspecified site - 079.89
9. Patient's noncompliance with other medical treatment and regimen - Z91.19
10. Personal history of pulmonary embolism - Z86.711
11. Immune thrombocytopenic purpura - D69.3
12. Diabetes mellitus without mention of complication, type II or unspecified type, uncontrolled - 250.02

**Treatment**
**1. Bipolar disorder, current episode mixed, unspecified**
  LAB: *DIAGNOSTIC PROFILE II 2052-9 SST & LAV

**2. Diabetes mellitus without mention of complication, type II or unspecified type, uncontrolled**
  LAB: *Hemoglobin A1C 0102-4 LAV-EDTA
    Lab order created by CRE (oral agents)

**Electronically signed by Corrections Provider CORIZON on 01/15/2024 at 02:53 PM EST**

**Sign off status: Pending**

YesCare 1825



.**Philadelphia Industrial Correctional Center**
**8301 State Road**
**Philadelphia, PA 19136**
**Tel: 215-685-8895**
**Fax: 215-335-2825**

Patient: JUNG, LOUIS W   DOB: ██████   Progress Note: Corrections Provider   04/07/2022

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**PID:** 718327  **Intake:** 2110966
**Facility Code:** DC  **Housing Area:** ,PHSW,S212-05,1
**Patient:** JUNG, LOUIS W
**Account Number:** 39662
**DOB:** ▮▮▮▮▮▮▮▮  **Age:** 48 Y  **Sex:** Male
**Phone:**
**Address:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Provider:** Elizabeth Bradley, MD
**Date:** 02/21/2022

## Subjective:

**Chief Complaints:**
- Insulin adj

**Medical History:**
- DIABETES
- HYPERCHOLESTEROLEMIA
- COVID/MRSA PNA 1/2022
- Pulmonary embolism and thrombocytopenia
- Syphilis treated 1/2022
- Immune thrombocytopenic purpura

**Medications:**
   Taking
- Abilify 10 MG Tablet 1 tablet DAILY, stop date 04/10/2022, KOP: No, Drug Source: Patient Specific
- Aricept 5 MG Tablet 1 tablet AT BEDTIME, stop date 04/19/2022, KOP: No, Drug Source: Patient Specific
- HumuLIN N 100 UNIT/ML Suspension 30 units INSULIN MORNING, stop date 03/19/2022, Drug Source: Stock
- HumuLIN N 100 UNIT/ML Suspension 10 units INSULIN EVENING, stop date 03/19/2022, Drug Source: Stock
- HumuLIN R 100 UNIT/ML Solution CRIC INSULIN TWICE DAILY PRN, stop date 03/19/2022, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units
- Semglee 100 UNIT/ML Solution 18 units AT BEDTIME, stop date 03/19/2022, Drug Source: Stock
- Levothyroxine Sodium 25 MCG Tablet 1 tablet DAILY, stop date 04/18/2022, Drug Source: Patient Specific
- Eliquis 5 MG Tablet 1 tablet TWICE DAILY, stop date 03/19/2022, Drug Source: Patient Specific, Notes: Previously approved thru 3/11/22
- Accu Chek - Reading as directed INSULIN TWICE DAILY, stop date 03/19/2022, Drug Source: Stock
- Accu Chek - Reading as directed AT BEDTIME, stop date 03/19/2022, Drug Source: Stock

**Allergies:**
- N.K.D.A.

## Objective:

## Assessment:

**Assessment:**
- Diabetes mellitus without mention of complication, type II or unspecified type, uncontrolled - 250.02

## Plan:

**1. Diabetes mellitus without mention of complication, type II or unspecified type, uncontrolled**
   Start HumuLIN N Suspension, 100 UNIT/ML, 35 units, Subcutaneous, INSULIN MORNING, 26 days, Start Date: 02/21/2022, Stop Date: 03/19/2022, KOP: No, Drug Source: Stock .
**2. Others**
   Stop HumuLIN N Suspension, 100 UNIT/ML, 30 units, Subcutaneous, INSULIN MORNING, 30 days, Start Date: 02/17/2022, Stop Date: 03/19/2022, Drug Source: Stock .
**Immunizations:**

YesCare 1848

**Provider:** Elizabeth Bradley, MD
**Patient:** JUNG, LOUIS W  **DOB:** ████████    **Date:** 02/21/2022

**Electronically signed by Elizabeth Bradley on 02/21/2022 at 12:48 PM EST**
**Sign off status: Completed**

# Exhibit 2

# YesCare Intake Policies

| General Health Services Policy & Procedure | YesCare |
|---|---|
| **Curran-Fromhold Correctional Facility** | |

| Title:  Receiving Screening | | Revised: 11/18 Reviewed: 11/19, 01/20, 05/21 |
|---|---|---|
| NCCHC: Essential | ACA: Mandatory | No:  J-E-02.00 |

## POLICY:

Screening is performed on all inmates upon arrival at the intake facility to ensure that emergent and urgent health needs are met.

## APPLICABLE CORE PROCESS:

Core Process 100-Intake. All components in the YesCare Core Process 100-Intake are applicable to YesCare facilities and must be followed in their entirety.

| | PROCEDURE STATEMENTS | FACILITY GUIDANCE |
|---|---|---|
| 1 | Persons who are unconscious, semiconscious, bleeding, mentally unstable, severely intoxicated, exhibiting signs of alcohol or drug withdrawal, or otherwise urgently in need of medical attention are referred immediately for care and medical clearance into the facility | For the patients who are referred to a hospital and then returned, their admission to the facility is predicated on written medical clearance from the hospital |

| SITE SPECIFICS |
|---|
| Accept/reject decision are made by: ☒

   X  Medical Staff
   ☐ X  Custody staff
   ☒X  Joint decision between medical and custody staff.

Upon return to the facility medical clearance information is provided to custody staff and the intake nurse. |

**REFERENCES**

**NCCHC**: Standards for Health Services in Jails 2018, J-E-02
**NCCHC**: Standards for Mental Health Services in Correctional Facilities 2015, MH-E-02 **ACA**: Standards for Adult Local Detention Facilities 4th Edition, 4-ALDF-4C-20, -22, -29 **ACA**: 2016 Standards Supplement-no revisions

| Curran-Fromhold Correctional Facility | | |
|---|---|---|
| Title: Receiving Screening | | Revised: 11/18 |
| | | Reviewed: 11/19, 01/20, 05/21 |
| NCCHC: Essential | ACA: Mandatory | No: J-E-02.00 |

| | PROCEDURE STATEMENTS | FACILITY GUIDANCE |
|---|---|---|
| 2 | A receiving screening takes place as soon as possible upon acceptance into custody | The intake/receiving screen should be completed as soon as possible following the inmate's arrival at the facility. Some contracts have established time frames for completion of the intake screen while others do not. Although the standards do not define a specific intake/receiving screen completion time frame, it is recommended you complete the screening as soon as possible |
| | | Health staff should contact the Health Services Administrator (HSA) if the intake process is taking greater than four (4) hours from the time the inmate arrives at the facility |
| | | There will be times facilities receive a greater number of inmates than normal for intake. In these instances, it is important that every effort is made to collaborate with medical, behavioral health, and custody staff to address any challenges and/or barriers to completing the intake/receiving screen timely |

| SITE SPECIFICS |
|---|
| The receiving screening is completed:  ☒X  Within four (4) hours of arrival  ☐  As outlined in contract |

**REFERENCES**

NCCHC: Standards for Health Services in Jails 2018, J-E-02
NCCHC: Standards for Mental Health Services in Correctional Facilities 2015, MH-E-02 ACA: Standards for Adult Local Detention Facilities 4th Edition, 4-ALDF-4C-20, -22, -29 ACA: 2016 Standards Supplement-no revisions

NA-J0043
Issued 10/2012

Revised 8/2018
YesCare 02277

© 2018 YesCare

Page 2 of 5

| Curran-Fromhold Correctional Facility | | |
|---|---|---|
| Title: Receiving Screening | | Revised: 11/18<br>Reviewed: 11/19, 01/20, 05/21 |
| NCCHC: Essential | ACA: Mandatory | No: J-E-02.00 |

| | PROCEDURE STATEMENTS | FACILITY GUIDANCE |
|---|---|---|
| 3 | The receiving screening form is approved by the HSA, and includes, but is not limited to:<br><br>  ➢ Current and past illnesses, health conditions, or special health requirements (e.g., hearing impairment, visual impairment, wheelchair, walker, sleep apnea machine)<br><br>  ➢ Past infectious disease<br><br>  ➢ Recent communicable illness symptoms (e.g., chronic cough, coughing up blood, lethargy, weakness, weight loss, loss of appetite, fever, night sweats, etc.)<br><br>  ➢ Past or current mental illness, including hospitalization<br><br>  ➢ History of or current suicidal ideation<br><br>  ➢ Dental problems (e.g., decay, gum disease, abscess)<br><br>  ➢ Allergies<br><br>  ➢ Dietary needs<br><br>  ➢ Prescription medications (including type, amount, and time of last use)<br><br>  ➢ Legal and illegal drug use (including type, amount, and time of last use)<br><br>  ➢ Current or prior withdrawal symptoms<br><br>  ➢ Possible, current, or recent pregnancy<br><br>  ➢ Other health problems as designated by the SMD | Available YesCare form:<br><br>  • Intake and Receiving Screening (CS1101)<br><br>The HSA and Site Medical Director (SMD) verify that all designated elements are present on the receiving screening form |

**REFERENCES**

**NCCHC:** Standards for Health Services in Jails 2018, J-E-02
**NCCHC:** Standards for Mental Health Services in Correctional Facilities 2015, MH-E-02 **ACA:** Standards for Adult Local Detention Facilities 4th Edition, 4-ALDF-4C-20, -22, -29 **ACA:** 2016 Standards Supplement-no revisions

NA-J0043
Issued 10/2012

Revised 8/2018
YesCare 02278

© 2018 YesCare
Page 3 of 5

| Curran-Fromhold Correctional Facility | | |
|---|---|---|
| Title: Receiving Screening | | Revised: 11/18 Reviewed: 11/19, 01/20, 05/21 |
| NCCHC: Essential | ACA: Mandatory | No:  J-E-02.00 |

| PROCEDURE STATEMENTS | | FACILITY GUIDANCE |
|---|---|---|
| 4 | Reception personnel record, on the receiving screening form, their screening observations of the inmate's: <br> ➤ Appearance (e.g., sweating, tremors, anxious, disheveled) <br> ➤ Behavior (e.g., disorderly, appropriate, insensible) <br> ➤ State of consciousness (e.g., alert, responsive, lethargic) <br> ➤ Ease of movement (e.g., body deformities, gait) <br> ➤ Breathing (e.g., persistent cough, shortness of breath, hyperventilation) <br> ➤ Skin (including lesions, jaundice, rashes, infestations, bruises, scars, tattoos, and needle marks or other indications of drug abuse) | Available YesCare form: <br> • Intake and Receiving Screening (CS1101) |
| 5 | Health staff regularly monitor receiving screening to determine the safety and effectiveness of the intake process <br> ➤ The disposition of the inmate (e.g., immediate referral to the appropriate health care service, placement in general population) is appropriate to the findings of the receiving screening and is indicated on the receiving screening form <br> ➤ All immediate health needs are identified through the screening and properly addressed by qualified health care professionals <br> ➤ Potentially infectious inmates are isolated from the general inmate population <br> ➤ If a woman is pregnant, an opiate history is obtained <br> ➤ If a woman reports current opiate use, she is immediately offered a test for pregnancy to avoid opiate withdrawal risks to fetus <br> ➤ Receiving screening forms are dated and timed immediately on completion and include the name, signature, and title of the person completing the form | *Refer to YesCare Continuous Quality Improvement (CQI) Program Manual* <br><br> The monitoring is accomplished using the YesCare CQI Program and any contractually required monitoring parameters |

**REFERENCES**

NCCHC: Standards for Health Services in Jails 2018, J-E-02
NCCHC: Standards for Mental Health Services in Correctional Facilities 2015, MH-E-02 ACA: Standards for Adult Local Detention Facilities 4th Edition, 4-ALDF-4C-20, -22, -29 ACA: 2016 Standards Supplement-no revisions

| Curran-Fromhold Correctional Facility | | |
|---|---|---|
| Title: Receiving Screening | | Revised: 11/18 |
| | | Reviewed: 11/19, 01/20, 05/21 |
| NCCHC: Essential | ACA: Mandatory | No:  J-E-02.00 |

| PROCEDURE STATEMENTS | FACILITY GUIDANCE |
|---|---|
| 6 | When health-trained correctional personnel  perform the receiving screening, they have  documented training by the SMD or designee  in early recognition of medical, dental, and  behavioral health conditions requiring clinical  attention | |

| SITE SPECIFICS |
|---|

Receiving screening is completed by:

☒  X  Health staff

☐  Health-trained custody staff

  ➤  The training curriculum is located on My YesCare.

  ➤  The training records are located in the employees personnel file.

**REFERENCES**

**NCCHC:** Standards for Health Services in Jails 2018, J-E-02
**NCCHC:** Standards for Mental Health Services in Correctional Facilities 2015, MH-E-02 **ACA:** Standards for Adult Local Detention Facilities 4th Edition, 4-ALDF-4C-20, -22, -29 **ACA:** 2016 Standards Supplement-no revisions

NA-J0043
Issued 10/2012

Revised 8/2018
YesCare 02280

© 2018 YesCare

Page 5 of 5

| CORE PROCESS PROGRAM | **Yes**Care |
|---|---|
| | Say Yes To Exceptional Care |

| Intake | 101-C-SOP | Clinical SOP |
|---|---|---|
| | Screening Immediate State | |

## PURPOSE

National correctional health care standards require an intake/receiving screening be completed on all patients as soon as possible following the patient's arrival at the facility. The intake/receiving screen is critical because patients enter the jail from the street or are delivered to the prison with no accompanying medical information. To ensure the urgent/emergent health needs of a patient are identified and addressed in a timely manner, screening the immediate state is the vital first step to completing the intake/receiving screening.

## OBJECTIVES

1. Ensure individuals who are unconscious, semi-conscious, bleeding, mentally unstable, severely intoxicated, exhibiting symptoms of alcohol or drug withdrawal, or otherwise urgently in need of medical attention are referred for care and medical clearance when necessary.
2. Identify and meet any urgent/emergent health needs of a patient being admitted to the correctional facility.
3. Obtain a medical or behavioral health clearance when necessary.

## PROCEDURE

| Screening Immediate State | | | SMARTies |
|---|---|---|---|
| Step 1 | Determine if patient is fit for confinement | | |
| | *If…* | *Then…* | **Fit for confinement – the patient is:** |
| | Fit for confinement | **Proceed to Step 2** | ➢ Fully conscious<br>➢ Not bleeding<br>➢ Mentally stable<br>➢ Not intoxicated<br>➢ Not exhibiting symptoms of alcohol or drug withdrawal<br>➢ Not in need of urgent medical attention |
| | Not fit for confinement | a. Notify custody staff that patient is not fit for confinement<br>b. Facilitate transport to emergency room/hospital (if applicable)<br>c. Place patient on Fit for Confinement Log<br>d. Document findings and interventions/actions<br>e. Retain any documentation associated with the fit for confinement decision<br>f. Provide report to oncoming screener | **Not fit for confinement – the patient is:**<br>➢ Unconscious or semi-conscious<br>➢ Bleeding<br>➢ Mentally unstable<br>➢ Severely intoxicated<br>➢ Exhibiting symptoms of alcohol or drug withdrawal<br>➢ Urgently in need of medical attention<br>Available YesCare form:<br>• Fit for Confinement Log (NA0206) |
| Step 2 | Complete the intake/receiving screening | | *Refer to 102-C-SOP Complete Intake/Receiving Screen* |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03211

| CORE PROCESS PROGRAM | | **YesCare** Say Yes To Exceptional Care |
|---|---|---|
| Intake | 102-C-SOP | Clinical SOP |
| Complete Intake/Receiving Screening | | |

## PURPOSE

Intake/receiving screening is a process of structured inquiry and observation intended to identify potential emergency situations among new arrivals and to ensure that patients with known illnesses and those on medications are identified for further assessment and continued treatment. The intake/receiving screening is critical because patients enter the jail from the street or are delivered to the prison with no accompanying medical information. To ensure the urgent/emergent health needs of a patient are identified and addressed in a timely manner, national correctional health care standards require an intake/receiving screening be completed on all patients as soon as possible following the patient's arrival at the facility.

## OBJECTIVES

1. Identify and meet any urgent/emergent health needs of a patient being admitted to the correctional facility.
2. Identify and meet any known or easily identifiable health need(s) that require medical intervention.
3. Identify and isolate patients who appear potentially contagious.
4. Initiate appropriate referrals in response to positive findings.

## PROCEDURE

| Complete Intake/Receiving Screening | | SMARTies |
|---|---|---|
| Step 1 | Explain the purpose of the intake/receiving screening. | |
| Step 2 | Determine if the patient is willing to participate in the intake/receiving screening. | |
| | *If...* | *Then...* | |
| | Patient refuses to respond to screening questions. | **Proceed to Step 3** | |
| | Patient agrees to respond to screening questions. | **Proceed to Step 5** | |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03212

| Intake | 102-C-SOP | Clinical SOP |
|---|---|---|
| Complete Intake/Receiving Screening | | |

| Complete Intake/Receiving Screening | | SMARTies |
|---|---|---|
| Step 3 | **Provide education regarding:**<br>➢ The importance of the intake screening.<br>➢ The potential risks and complications of not completing the intake process. | |
| Step 4 | Determine if the patient is now willing to participate in the intake/receiving screening. | |
| | **If…** / **Then…** | |
| | **Patient agrees to respond to screening questions** / **Proceed to Step 5.** | |
| | **Patient refuses to respond to screening questions** / a. Obtain a signed refusal.<br>➢ In the event that the patient refuses to sign, it is noted on the form by a second witness.<br>b. Notify custody staff.<br>c. House patient in a single cell.<br>d. Place on close observation.<br>e. Schedule the patient to be seen by the provider at the next available clinic.<br>f. Complete an emergent behavioral health referral. | The second witness can be another member of the health staff or custody staff.<br><br>The patient is placed in a single cell on close observation since infectious status and suicidality are unknown.<br>If the patient is moved out of the intake area, the screener is responsible for conducting a clinical hand-off with the receiving area. |
| Step 5 | Complete intake/receiving screening. | Intake/receiving screening is conducted using a form and language fully understood by the patient, who may not speak English, or may have a physical (i.e. speech, hearing, sight) or mental disability.<br>Ensure responses are obtained for each question. Do not leave any blanks or empty fields. |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03213

| Intake | 102-C-SOP | Clinical SOP |
|---|---|---|
| Complete Intake/Receiving Screening | | |

| Complete Intake/Receiving Screening | | SMARTies |
|---|---|---|
| Step 6 | Determine if the physical portion of the health assessment can be completed during the intake process. | |

| | If... | Then... | |
|---|---|---|---|
| | Contract requires a provider to complete the health assessment | a. Schedule the patient for the initial health assessment. <br> b. **Proceed to Step 7.** | |
| | RN is completing the intake | a. Complete the physical utilizing the standard form in the EHR or the YesCare paper form. <br> b. Report abnormal findings to a provider. <br> c. Delete any automatic scheduled initial health assessment appointment in the EHR. <br> d. Schedule for annual health assessment. <br> e. **Proceed to Step 7.** | Available YesCare form: <br> • Health Assessment -Physical (CS1103) <br> If site specific EHR automatically schedules the annual health assessment do not schedule a second appointment. |
| | RN is not completing the intake | a. Schedule the patient for the initial health assessment. <br> b. **Proceed to Step 7.** | The RN performing the initial health assessment will thoroughly review the intake screening and complete the physical examination portion of the health assessment. |
| Step 7 | Provide and document patient education. | | When providing patient education, remember to provide a copy of the corresponding Patient Information Fact Sheet (PIF). PIFs are housed on MyYesCare. |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03214

| Intake | 102-C-SOP | Clinical SOP |
|---|---|---|
| Complete Intake/Receiving Screening | | |

| Complete Intake/Receiving Screening | | | SMARTies |
|---|---|---|---|
| Step 8 | Review intake receiving/screening for any positive findings. | | |
| | *If…* | *Then…* | *Refer to:* |
| | Positive findings | a.  Refer to the appropriate SOP(s).<br>b.  Complete actions as outlined in the SOP(s).<br>c.  **Proceed to Step 9.** | • *103-C-SOP-Urgent/Emergent Care*<br>• *104-C-SOP-Minor Medical Needs*<br>• *105-C-SOP-Behavioral Health*<br>• *106-C-SOP-Suicide Risk*<br>• *107-C-SOP-Substance Abuse Withdrawal*<br>• *108-C-SOP-Dental*<br>• *109-C-SOP-Chronic Care/Special Needs*<br>• *110-C-SOP-Medication Verification*<br>• *111-C-SOP-Clinical Bulletins/Additional Client Requirements*<br>• *112-C-SOP-Positive TB Screen*<br>• *113-C-SOP-Scabies/Lice*<br>• *114-C-SOP-Pregnancy* |
| | No positive findings | **Proceed to Step 9.** | |
| Step 9 | Sign intake/receiving screening form. | | All signatures should include date, time, full name, and credentials. |
| Step 10 | Notify custody of housing or special accommodation requirements, if applicable. | | |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03215

| CORE PROCESS PROGRAM | **YesCare** Say Yes To Exceptional Care |
|---|---|
| Intake | 103-C-SOP | Clinical SOP |
| Urgent/Emergent Care | | |

## PURPOSE

The intake process is structured to quickly identify potential urgent/emergent health needs for patients entering the correctional facility. The screener must use their clinical knowledge and critical thinking skills to conduct an interview with the patient that seeks to identify current or potential health issues that would require more immediate treatment.

## OBJECTIVES

1. Provide urgent/emergent care to patients as appropriate.
2. Follow the emergency transportation procedure of the facility if emergency services are indicated.
3. Arrange for urgent/emergent care by contacting the provider.
4. Implement provider orders received.
5. Document urgent/emergent care provided.
6. Ensure proper observation and housing disposition occurs for the patient with urgent/emergent care needs.

## PROCEDURE

| Urgent/Emergent Care | | SMARTies |
|---|---|---|
| Step 1 | Determine if care needed is emergent or urgent | A patient that appears stable may worsen rapidly. Be aware of changes. If there is a change in a patient's physical or behavioral health status, take action. If something does not seem right to you, consider that something is wrong. Trust your judgment. Contact the provider. |
| | | It is critical that the screener be prepared with all pertinent health information prior to contacting the provider. This helps ensure effective communication and the timely delivery of patient care. |
| | | If the screener is not a licensed nurse, the care of the patient **must** be handed to a nurse. |
| | *If…* | *Then…* | |
| | Emergent | **Proceed to Emergent Step 2** | |
| | Urgent | **Proceed to Urgent Step 2** | |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03216

| Intake | 103-C-SOP | Clinical SOP |
|---|---|---|
| Urgent/Emergent Care | | |

| Urgent/Emergent Care | | SMARTies |
|---|---|---|
| **Emergent Steps** | | |
| Step 2 | Initiate emergency care | YesCare has developed select Emergency Response Tools (ERTs) for use in emergency situations. They are streamlined to include the most vital subjective and objective data and give the health professional in the emergent situation physician-approved intervention to begin until provider guidance can be obtained.<br><br>The first responder should continue emergency care or lifesaving actions until the emergency medical response team arrives on the scene. The first responder continues to support emergency response efforts until advised by the emergency medical response team to stop. |
| Step 3 | Notify custody staff of need for emergency transport | |
| Step 4 | Notify local Emergency Medical Services (EMS) | The notification process may be completed by a health staff member or by custody staff. Know who contacts 911 in your facility. |
| Step 5 | Complete Emergency Department Referral/EMS transport forms as per facility procedure/contract requirements<br>Provide a copy to:<br>➢ EMS<br>➢ Staff member responsible for CARES entry<br>➢ Health record | Available YesCare form:<br>• Emergency Department Referral (NA5000)<br>All staff must know where the emergency/EMS forms are located and how to properly complete. If you do not know, consult your manager/supervisor. |
| Step 6 | Hand off emergency care to EMS | |
| Step 7 | Notify receiving facility of emergency transport and provide:<br>➢ Pertinent health information<br>➢ Current medications<br>➢ Actions and interventions taken prior to transport<br>➢ Patient's response to actions or interventions | |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03217

| Intake | 103-C-SOP | Clinical SOP |
|---|---|---|
| Urgent/Emergent Care | | |

| Urgent/Emergent Care | SMARTies |
|---|---|
| **Emergent Steps** | |
| Step 8 | Document findings and interventions including, but not limited to: <br> ➢ Emergent care needs <br> ➢ Times <br> ➢ Persons involved <br> ➢ Provider notification and orders <br> ➢ Specific actions and/or interventions <br> ➢ Patient's response to actions and/or interventions <br> ➢ Custody staff notification <br> ➢ Name of the facility patient is being transported to <br> ➢ Any communication with the hospital <br> ➢ Mode of transportation and time of transport | Available YesCare form: <br> • Emergency Response Form (NA6291) <br> Know where the provider on-call schedule is located in case there is no provider on site during the emergency. |
| Step 9 | Document on the shift report that the patient is out to the ED | |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03218

| Intake | 103-C-SOP | Clinical SOP |
|--------|-----------|--------------|
| Urgent/Emergent Care | | |

| Urgent/Emergent Care | | SMARTies |
|---|---|---|
| **Urgent Steps** | | |
| Step 2 | Respond to the recognized urgent care need | |
| Step 3 | Choose the Nursing Encounter Tool (NET) or contract approved nursing protocol based on the recognized urgent care need | NETs can be found in the YesCare NETs manual or on MyYesCare. |
| Step 4 | Complete the NET or contracted approved nursing protocol in its entirety | |
| Step 5 | Contact the provider with the following information:<br>➢ Description of urgent care need(s)<br>➢ Pertinent health information<br>➢ Subjective and objective findings (e.g., vital signs)<br>➢ Current medications<br>➢ Specific actions and/or interventions taken to include times<br>➢ Patient's response to actions or interventions | |
| Step 6 | Obtain and implement provider orders | If the screener leaves duty or is otherwise moved from their intake duties prior to facilitating change in housing disposition/placement, the screener is responsible for ensuring a clinical hand-off to the oncoming medical personnel or other medical personnel occurs. |
| Step 7 | Provide and document patient education | |
| Step 8 | Ensure the NET/contract approved nursing protocol is in the health record | |
| Step 9 | Return to Step 7 of 102-C-SOP Complete Intake/Receiving Screening | |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03219

| CORE PROCESS PROGRAM | **Yes**Care<br>Say Yes To Exceptional Care |
|---|---|
| Intake | 109-C-SOP | Clinical SOP |
| Chronic Care/Special Needs | | |

## PURPOSE

A goal of intake screening is to ensure patients with chronic care and special needs are properly identified. The timely identification and enrollment of patients with chronic conditions and/or special needs into a chronic care/special needs program helps reduce the frequency and severity of symptoms, prevents disease progression and complications, and fosters improved function. Patients with special needs are vulnerable in the correctional setting. Communication of the patient's needs to health and custody staff ensures they are properly cared for and placed in the appropriate housing unit. The intake screener plays a key role in identifying and responding to the needs of this population. The actions taken at intake set the stage for entering the patient into the appropriate chronic care/special needs program and ensuring the appropriate care plan is established.

## OBJECTIVES

1. Establish the acuity of the patient's chronic illness or special need at intake.
2. Ensure the proper disposition and identification of chronic and/or special care needs.
3. Facilitate chronic and/or special care follow up and program enrollment.
4. Communicate chronic and/or special care needs to ensure patient receives the appropriate care, appropriate housing, and special accommodation needs are addressed.

## PROCEDURE

| Chronic Care/Special Needs | | | SMARTies |
|---|---|---|---|
| Step 1 | Determine if patient's chronic care/special need(s) require routine or urgent/emergent care | | It is important you are familiar with the chronic care clinics in your facility. If not, consult your supervisor. |
| | *If…* | *Then…* | The standard YesCare chronic care clinics are: |
| | Urgent/ Emergent | a. Provide care as outlined in 103-C-SOP Urgent/Emergent Care<br>b. **Proceed to Step 2** | ➢ Asthma<br>➢ Diabetes |
| | Routine | **Proceed to Step 2** | ➢ Hepatitis<br>➢ HIV<br>➢ Hyperlipidemia<br>➢ Hypertension<br>➢ Mood disorders (i.e., Depressive and Bipolar Disorders)<br>➢ Oncology<br>➢ Psychotic disorders<br>➢ Seizure disorders<br>➢ Sickle cell<br>➢ Tuberculosis |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

| Intake | 109-C-SOP | Clinical SOP |
|--------|-----------|--------------|
| Chronic Care/Special Needs | | |

| Chronic Care/Special Needs | | SMARTies |
|---|---|---|
| **Step 2** | Determine need for special housing | If unsure of the proper type of housing for the chronic condition and/or special needs identified, consult your supervisor for guidance. <br><br> If there is an issue with custody staff cooperation, notify your supervisor and seek guidance. |

| If... | Then... |
|-------|---------|
| No special housing needed | **Proceed to Step 3** |
| Special housing needed (not infirmary-level care) | a.  Determine special housing requirements <br> b.  Notify custody staff of special housing requirements <br> c.  Complete facility specific special housing documentation <br> d.  **Proceed to Step 3** |
| Infirmary-level care is needed | a.  Contact provider to obtain admission orders <br> b.  Notify custody staff of admission <br> c.  Implement provider orders <br> d.  **Proceed to Step 3** |

| | | |
|---|---|---|
| **Step 3** | Determine need for special accommodations other than housing | Special accommodations other than housing may include: <br> ➢ Bottom bunk <br> ➢ Bottom tier <br> ➢ Extra mattress <br> ➢ Crutches <br> ➢ Wheelchairs |

| If... | Then... |
|-------|---------|
| No special accommodation needs identified | **Proceed to Step 4** |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.      YesCare 03232

| Intake | 109-C-SOP | Clinical SOP |
|---|---|---|
| Chronic Care/Special Needs | | |

| Chronic Care/Special Needs | | SMARTies |
|---|---|---|
| Step 3 (cont'd) | Determine need for special accommodations other than housing | |
| | *If...* | *Then...* |
| | Special accommodation needs identified | a. Notify provider of special accommodation needs and obtain orders, if appropriate<br>b. Implement provider orders, if applicable<br>c. Notify custody staff of special accommodation needs<br>d. Complete facility specific special accommodation documentation<br>e. **Proceed to Step 4** |
| Step 4 | Provide patient education including, but not limited to:<br>➢ Chronic care/special needs signs and symptoms to report immediately<br>➢ Chronic care clinic/special needs referral and follow up procedure(s) including expected timeline for visit and follow up<br>➢ Special housing and/or accommodation recommendations if applicable | |
| Step 5 | Initiate chronic care/special needs referral(s) | |
| Step 6 | Document findings and interventions/actions including, but not limited to:<br>➢ Description of chronic care/special needs<br>➢ Provider orders and completion of orders, if applicable<br>➢ Custody staff notification<br>➢ Special housing and/or accommodation recommendation(s)<br>➢ Interventions and times action(s) completed<br>➢ Patient education and understanding | |
| Step 7 | Return to Step 7 of 102-C-SOP Complete Intake/Receiving Screening | |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.                          YesCare 03233

| CORE PROCESS PROGRAM | | **Yes**Care |
|---|---|---|
| | | Say Yes To Exceptional Care |
| Intake | 109-C-SOP | Clinical SOP |
| Chronic Care/Special Needs | | |

## PURPOSE

A goal of intake screening is to ensure patients with chronic care and special needs are properly identified. The timely identification and enrollment of patients with chronic conditions and/or special needs into a chronic care/special needs program helps reduce the frequency and severity of symptoms, prevents disease progression and complications, and fosters improved function. Patients with special needs are vulnerable in the correctional setting. Communication of the patient's needs to health and custody staff ensures they are properly cared for and placed in the appropriate housing unit. The intake screener plays a key role in identifying and responding to the needs of this population. The actions taken at intake set the stage for entering the patient into the appropriate chronic care/special needs program and ensuring the appropriate care plan is established.

## OBJECTIVES

1. Establish the acuity of the patient's chronic illness or special need at intake.
2. Ensure the proper disposition and identification of chronic and/or special care needs.
3. Facilitate chronic and/or special care follow up and program enrollment.
4. Communicate chronic and/or special care needs to ensure patient receives the appropriate care, appropriate housing, and special accommodation needs are addressed.

## PROCEDURE

| Chronic Care/Special Needs | | | SMARTies |
|---|---|---|---|
| Step 1 | Determine if patient's chronic care/special need(s) require routine or urgent/emergent care | | It is important you are familiar with the chronic care clinics in your facility. If not, consult your supervisor. |
| | *If…* | *Then…* | The standard YesCare chronic care clinics are: |
| | Urgent/ Emergent | a. Provide care as outlined in 103-C-SOP Urgent/Emergent Care<br>b. **Proceed to Step 2** | ➢ Asthma<br>➢ Diabetes<br>➢ Hepatitis<br>➢ HIV<br>➢ Hyperlipidemia<br>➢ Hypertension<br>➢ Mood disorders (i.e., Depressive and Bipolar Disorders)<br>➢ Oncology<br>➢ Psychotic disorders<br>➢ Seizure disorders<br>➢ Sickle cell<br>➢ Tuberculosis |
| | Routine | **Proceed to Step 2** | |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03234

| Intake | 109-C-SOP | Clinical SOP |
|---|---|---|
| Chronic Care/Special Needs | | |

| Chronic Care/Special Needs | | | SMARTies |
|---|---|---|---|
| Step 2 | Determine need for special housing | | If unsure of the proper type of housing for the chronic condition and/or special needs identified, consult your supervisor for guidance.<br><br>If there is an issue with custody staff cooperation, notify your supervisor and seek guidance. |
| | *If…* | *Then…* | |
| | No special housing needed | **Proceed to Step 3** | |
| | Special housing needed (not infirmary-level care) | a. Determine special housing requirements<br>b. Notify custody staff of special housing requirements<br>c. Complete facility specific special housing documentation<br>d. **Proceed to Step 3** | |
| | Infirmary-level care is needed | a. Contact provider to obtain admission orders<br>b. Notify custody staff of admission<br>c. Implement provider orders<br>d. **Proceed to Step 3** | |
| Step 3 | Determine need for special accommodations other than housing | | Special accommodations other than housing may include:<br>&#10148; Bottom bunk<br>&#10148; Bottom tier<br>&#10148; Extra mattress<br>&#10148; Crutches<br>&#10148; Wheelchairs |
| | *If…* | *Then…* | |
| | No special accommodation needs identified | **Proceed to Step 4** | |

NA4030  Issued 07/2016                        Revised 05/2020; 10/2020

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03235

| Intake | 109-C-SOP | Clinical SOP |
|--------|-----------|--------------|
| Chronic Care/Special Needs | | |

| Chronic Care/Special Needs | | SMARTies |
|---|---|---|
| Step 3 (cont'd) | Determine need for special accommodations other than housing | |
| | *If…* | *Then…* | |
| | Special accommodation needs identified | a. Notify provider of special accommodation needs and obtain orders, if appropriate<br>b. Implement provider orders, if applicable<br>c. Notify custody staff of special accommodation needs<br>d. Complete facility specific special accommodation documentation<br>e. **Proceed to Step 4** | |
| Step 4 | Provide patient education including, but not limited to:<br>➢ Chronic care/special needs signs and symptoms to report immediately<br>➢ Chronic care clinic/special needs referral and follow up procedure(s) including expected timeline for visit and follow up<br>➢ Special housing and/or accommodation recommendations if applicable | |
| Step 5 | Initiate chronic care/special needs referral(s) | |
| Step 6 | Document findings and interventions/actions including, but not limited to:<br>➢ Description of chronic care/special needs<br>➢ Provider orders and completion of orders, if applicable<br>➢ Custody staff notification<br>➢ Special housing and/or accommodation recommendation(s)<br>➢ Interventions and times action(s) completed<br>➢ Patient education and understanding | |
| Step 7 | Return to Step 7 of 102-C-SOP Complete Intake/Receiving Screening | |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.                    YesCare 03236

| CORE PROCESS PROGRAM | **Yes Care**<br>Say Yes To Exceptional Care |
|---|---|
| Intake | 110-C-SOP | Clinical SOP |
| Medication Verification | | |

## PURPOSE

Verifying current medications and continuing medication therapy are important steps of the intake process. The primary goal is to ensure patients being treated with prescribed medication continue medication therapy while incarcerated to ensure therapeutic levels are maintained. Missed medication doses may negatively impact the health of a patient.

## OBJECTIVES

1. Verify current medication prescription(s).
2. Verify the medication(s) a patient is taking.
3. Ensure prescribed medications are continued in a clinically appropriate and timely manner.

## PROCEDURE

| Medication Verification | | | SMARTies |
|---|---|---|---|
| Step 1 | Determine type and name of medication if possible | | All prescription medications must be verified. |
| | *If…* | *Then…* | |
| | Patient is on prescription medications | **Proceed to Step 2** | |
| | Patient is on over the counter (OTC) medications | a.  Initiate provider chart review notification per facility process<br><br>b.  **Proceed to Step 7** | OTC medications do not require verification.<br><br>Initiating a chart review varies depending on whether your facility uses a paper record or an electronic health record. You must know the process for your facility. |
| Step 2 | Verify all prescription medication(s) | | |
| | *If…* | *Then…* | Follow facility procedure for storing personal medication. |
| | Medication container (pill bottle) is available | a.  Name on the medication container matches the patient's name<br><br>b.  Name of the drug, dose, and directions for taking medication are present on the container<br><br>c.  Date the medication was last filled (i.e. 30-day supply filled within the last 30 days; 90-day supply filled the last 90 days)<br><br>d.  **Proceed to Step 3** | |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03237

| Intake | 110-C-SOP | Clinical SOP |
|---|---|---|
| Medication Verification | | |

| Medication Verification | | SMARTies |
|---|---|---|
| **Step 2 (cont'd)** | Verify all prescription medication(s) | |
| | *If…* — *Then…* | |
| | Transfer summary from another correctional institution | a. Name on the transfer summary matches the patient's name <br> b. Name of the drug, dose, and directions for taking medication are present on the transfer summary <br> c. **Proceed to Step 3** | |
| | Outside agency | a. Obtain signed Release of Information (ROI), if required <br> b. Contact agency to request medication verification <br> c. Send copy of signed ROI to agency via fax or secure email, if required <br> d. Place ROI in designated area <br> e. **Proceed to Step 3** | Available YesCare form: <br> • Medication Verification form (CS1006) <br> Outside agencies may include pharmacies, hospitals, doctors offices, clinics, etc. |
| **Step 3** | Notify the provider, review the active medication list or medications as stated by the patient | | Remember to have the following information available when reviewing medications with provider: <br> ➢ Name of medication <br> ➢ Dosage <br> ➢ Frequency taken <br> ➢ Date/time of last dose taken <br> ➢ Prescriber name <br> ➢ Reason taken <br> Failure to obtain verification of meds requires provider notification and attention to determine the proper medication orders. |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03238

| Intake | 110-C-SOP | Clinical SOP |
|--------|-----------|--------------|
| Medication Verification | | |

| Medication Verification | | SMARTies |
|---|---|---|
| Step 4 | Document provider orders | When obtaining bridge orders for psychotropic and chronic care meds, the orders need to last until the patient can be seen by the provider.<br><br>Bridge orders are not intended to replace the need for an evaluation by a provider based on patient presentation. |
| Step 5 | Implement provider orders | |
| Step 6 | Initiate a routine behavioral health (BH) referral for psychotropic medications | Psychotropic medications require a referral to BH for evaluation and monitoring. Know the process at your facility for making this referral. |
| Step 7 | Return to Step 7 of 102-C-SOP Complete Intake/Receiving Screening | |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03239

# Exhibit 3

# Jung Medical Records June 2, 2023 – November 6, 2023

# JUNG, LOUIS W

**PID:** 718327 **Intake:** 2310416
**Facility Code:** CFCF **Housing Area:** ,B1 POD3,21,3
50 Y old Male, DOB: 04/16/1973
██████████ PHILADELPHIA, PA 19148
Provider: ,

Telephone
Encounter

**Answered by**          ,

Date: 11/06/2023
Time: 02:12 PM

**Reason**          Discharge Medication

**Medication**      Stop NovoLIN N Suspension, 100 UNIT/ML, Subcutaneous, 10 unitsa, TWICE DAILY, 90 days
Stop NovoLIN R Solution, 100 UNIT/ML, Injection, 2-12 units, TWICE DAILY PRN, 90 days
Stop Accu Chek Reading, -, TRT, as directed, TWICE DAILY, 90 days
Stop Atorvastatin Calcium Tablet, 20 MG, Orally, 1 tablet, EVERY EVENING, 90 days
Stop Levothyroxine Sodium Tablet, 150 MCG, Orally, 90 Tablet, 1 tablet, DAILY, 90 days

Patient: JUNG, LOUIS W   DOB: ██████   Provider: ,   11/06/2023
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**PID:** 718327 **Intake:** 2310416
**Facility Code:** CFCF **Housing Area:** ,B1POD3,21,3
**Patient:** JUNG, LOUIS W
**Account Number:** 39662                                           **Provider:** CMO @CFCF
**DOB:** ▮▮▮▮▮ **Age:** 50 Y **Sex:** Male                            **Date:** 11/06/2023
**Phone:**
**Address:** ▮▮▮▮▮▮▮ PHILADELPHIA, PA-19148

## Subjective:

**Chief Complaints:**

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.

**Medications:** NovoLIN N 100 UNIT/ML Suspension 10 unitsa TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, NovoLIN R 100 UNIT/ML Solution 2- 12 units TWICE DAILY PRN, stop date 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading as directed TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, Atorvastatin Calcium 20 MG Tablet 1 tablet EVERY EVENING, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific, Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific

## Objective:

## Assessment:

**Assessment:**
IP Jung was found unresponsive when I got to him on the stretcher, CPR was performed by myself, along with two other nurses until paramedic arrived and called time of death.

## Plan:

**Provider:** CMO @CFCF
**Patient:** JUNG, LOUIS W **DOB:** ▮▮▮▮▮ **Date:** 11/06/2023

**Electronically signed by Donaldson Jeoboham Med LPN Y on 11/06/2023 at 08:34 AM EST**
**Sign off status: Completed**

**Progress Notes**

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,B1POD3,21,3
**Patient:** JUNG, LOUIS W
**Account Number:** 39662                                       **Provider:** Shatyra Henderson-Hamwright, NP
**DOB:** ▮▮▮▮    **Age:** 50 Y  **Sex:** Male                        **Date:** 11/06/2023
**Phone:**
**Address:** ▮▮▮▮       PHILADELPHIA, PA-19148

## Subjective:

**Chief Complaints:**
  1. Stretcher call.

**HPI:**
  ()General Examination:
     patient is a 50 year old male who was the subject of a stretcher call on B1POD3, re: unresponsive on the floor of his cell.

**ROS:**
  nil.

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.

**Medications:** NovoLIN N 100 UNIT/ML Suspension 10 unitsa TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, NovoLIN R 100 UNIT/ML Solution 2- 12 units TWICE DAILY PRN, stop date 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading as directed TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, Atorvastatin Calcium 20 MG Tablet 1 tablet EVERY EVENING, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific, Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Time: 0615, Ht 66 in
HR: nil, BP: nil, Resp: 20, O2 Blood Glucose: "High:.

**Examination:**
  ()General Examination:
  At approximately 0604 hours on 11/06/2023, a stretcher call was heard overhead asking for response at B1POD3. Medical staff present at triage collected equipment and responded. When we arrived on the POD, there was a female officer on the top tier who calmly stated that there was a patient on the ground in his cell. All medical staff present climbed the stairs and arrived at the cell at approximately 0610 hours. On the floor, I observed who appeared to be a white male with dark hair dressed in an orange jumpsuit on the floor near the toilet in the supine position. He was in the cell alone. No other incarcerated person was present in the cell. The patient was still breathing at the time and was looking at the ceiling. Upon closer inspection, I recognized the patient as Louis Jung. When I realized who was there, I asked for a blood glucose reading because I knew him to be a brittle diabetic. His blood glucose was obtained by a responding nurse. She obtained a reading of high. In addition to the high blood glucose reading, the patient was also clammy and cold. Patient was minimally responsive to ammonia waved under his nose. We immediately asked for assistance with carrying the patient down the stairs and placing him on the stretcher on the bottom tier.
  The patient was placed onto the stretcher at approximately 0619 hours. He was still breathing without assistance at that time. We began moving towards medical triage to administer insulin and further assess the patient. As we passed the elevator at approximately 0622 hours, I noticed that the patient was no longer breathing. We pulled the stretcher onto level ground in the main corridor where CPR was started. Narcan was administered twice with no effect. 14 units of insulin administered. 911 was notified immediately by medical staff. At that time, we were unable to obtain a blood pressure from the patient and we were unable to obtain a pulse. The patients head was turned to the left side and an unknown liquid leaked from his mouth. This occurred twice more during CPR. AED and ambu-bag were applied since patients breathing did not seem to be effective. The patient was eventually moved from the stretcher onto the floor for more effective compressions. Approximately 5 to 6 rounds of CPR with only a weak thready pulse detected in between were performed prior to the fire departments arrival at 0646 hours. CPR was stopped by the fire department and the patient was pronounced at 0647 hours.

## Assessment:

**Assessment:**

YesCare 1455

1. Cardiac arrest - 427.5 (Primary)
2. Hyperglycemia, unspecified - R73.9

## Plan:

**1. Cardiac arrest**
Notes: see "examination"
HSA notified in person.

**2. Hyperglycemia, unspecified**
Notes: see "examination"
HSA notified in person.

**Disposition:**
Notes: fire department arrived, stopped CPR, patient prounounced at "0647" hours. This note was completed by the provider and locked by RN Daniels

**Provider:** Shatyra Henderson-Hamwright, NP
**Patient:** JUNG, LOUIS W  **DOB:** ███████  **Date:** 11/06/2023

**Electronically signed by Kimberly Daniels HSA YesC on 01/04/2024 at 07:57 PM EST**
**Sign off status: Completed**

**Progress Notes**

**PID:** 718327 **Intake:** 2310416
**Facility Code:** CFCF **Housing Area:** ,B1POD3,21,3
**Patient:** JUNG, LOUIS W
**Account Number:** 39662                                              **Provider:** Lalitha Trivikram, MD
**DOB:** ▮▮▮▮▮       **Age:** 50 Y **Sex:** Male                          **Date:** 11/06/2023
**Phone:**
**Address:** ▮▮▮▮▮▮        PHILADELPHIA, PA-19148

## Subjective:
**Chief Complaints:**
- Stretcher Call

**HPI:**
  ()General Examination:
   Additional medical was called to the main corridor. To the right of the door to Medical, medical staff was found in the process of doing CPR on an IP on the stretcher. The triage provider asked me to call 911, so I returned to Triage and call at 6:24 am. I returned to the scene and asked for the patient to be brought to the floor. The board was placed under the patient and he was moved to the floor. I assumed position at the head of the patient to bag ventilate. The AED was already on and engaged. Several rounds of CPR were conducted and only one defibrillation shock was delivered mid code (the other AED analysis before and after did not require shock). Attempts to secure IV access were unsuccessful. Fire Rescue arrived and asked Medical staff to discontinue CPR at 6:47am.

**Medical History:**
- DIABETES
- HYPERCHOLESTEROLEMIA
- COVID/MRSA PNA 1/2022
- Pulmonary embolism and thrombocytopenia
- Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22
- Sedative, hypnotic or anxiolytic dependence, unspecified
- COVID 1/2023
- Patient's noncompliance with other medical treatment and regimen
- Patient's noncompliance with other medical treatment and regimen

**Medications:**
   Taking
- NovoLIN N 100 UNIT/ML Suspension 10 unitsa TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock
- NovoLIN R 100 UNIT/ML Solution 2- 12 units TWICE DAILY PRN, stop date 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units
- Accu Chek - Reading as directed TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock
- Atorvastatin Calcium 20 MG Tablet 1 tablet EVERY EVENING, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific
- Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific

## Objective:

## Assessment:

## Plan:
  **Immunizations:**

**Provider:** Lalitha Trivikram, MD
**Patient:** JUNG, LOUIS W  **DOB:** ▮▮▮▮▮       **Date:** 11/06/2023

**Electronically signed by Lalitha Trivikram MD , MD on 11/06/2023 at 08:25 AM EST**
**Sign off status: Completed**

**Progress Notes**

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,B1POD3,21,3
**Patient:** JUNG, LOUIS W
**Account Number:** 39662                                                      **Provider:** CMO @CFCF
**DOB:** ████████      **Age:** 50 Y  **Sex:** Male                      **Date:** 11/06/2023
**Phone:**
**Address:** ████████         PHILADELPHIA, PA-19148

## Subjective:

**Chief Complaints:**
  1. IP unresponsive.
**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.
**Medications:** NovoLIN N 100 UNIT/ML Suspension 10 unitsa TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, NovoLIN R 100 UNIT/ML Solution 2- 12 units TWICE DAILY PRN, stop date 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading as directed TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, Atorvastatin Calcium 20 MG Tablet 1 tablet EVERY EVENING, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific, Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific

## Objective:

## Assessment:

**Assessment:**
Call was made for additional medical staff to the main corridor. Upon my arrival, patient was on a backboard on the stretcher and CPR was in progress. Brown fluid observed around the patients mouth. Report from staff included patient blood glucose read "HI". I gave 1 nasal Narcan (a second nasal Narcan was given by another nurse), assisted with several rounds of chest compressions and breaths via ambu bag. Patient was lowered to the floor and CPR continued. AED administered one shock, with all the other analysis stating "no shock advised." When fire rescue arrived, they stated that we are to cease CPR.

## Plan:

**Disposition:**
Disposition: Deceased

**Provider:** CMO @CFCF
**Patient:** JUNG, LOUIS W  **DOB:** ████████    **Date:** 11/06/2023

**Electronically signed by Danielle Mcgettigan QI COR on 11/06/2023 at 07:07 AM EST**
**Sign off status:** Completed

**Progress Notes**

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,B1POD3,21,3
**Patient:** JUNG, LOUIS W
**Account Number:** 39662
**DOB:** **Age:** 50 Y  **Sex:** Male
**Phone:**
**Address:** PHILADELPHIA, PA-19148

**Provider:** Shatyra Henderson-Hamwright, NP

**Date:** 11/06/2023

## Subjective:

### Chief Complaints:

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.

**Medications:** NovoLIN N 100 UNIT/ML Suspension 10 unitsa TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, NovoLIN R 100 UNIT/ML Solution 2- 12 units TWICE DAILY PRN, stop date 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading as directed TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, Atorvastatin Calcium 20 MG Tablet 1 tablet EVERY EVENING, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific, Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific

## Objective:

**Vitals:** RR 20 /min, Ht 66 in
BS=High.

## Assessment:

### Assessment:

A stretcher was called to B1pod3, 21 cell and medical arrived approximately 0610. The patient was found laying on the floor next to the toilet. Patients BS was taken immediately due to his diabetic status. BS read HI. The patient was not responsive to pain stimuli (sternal rub and ammonia). The patients skin was cool and clammy, and the patient was nonverbal at the time of the initial assessment with a respiration of 20. The patient was immediately transported to the stretcher with the assistance of other IP's, due being a noncompliant diabetic. On the way to medical patients status changed and chest was no longer rising with agonal breath, no pulse detected and CPR and oxygen delivered via Ambu bag was immediately initiated at 0622 in the hall outside of medical. Additional medical called at 0622. CPR continued, 14 units of insulin given per provider Henderson at 0624 along with 2 rounds of nasal Narcan. Fire rescue arrived 0646 and 0647 CPR was discontinued per fire rescue order.

## Plan:

### Disposition:

Disposition: Deceased

**Provider:** Shatyra Henderson-Hamwright, NP
**Patient:** JUNG, LOUIS W  **DOB:**  **Date:** 11/06/2023

Electronically signed by Tashina Jarvis RN COR on 11/06/2023 at 07:54 AM EST
Sign off status: Completed

**COVID Vaccine Visit**

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,B1POD3,21,3
**Patient:** JUNG, LOUIS W
**Account Number:** 39662                                              **Provider:** Corrections Provider
**DOB:** &#9608;&#9608;&#9608;&#9608;  **Age:** 50 Y  **Sex:** Male                **Date:** 10/31/2023
**Phone:**
**Address:** &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;  PHILADELPHIA, PA-19148

## Subjective:

**Chief Complaints:**
1. 1st Dose COVID-19 vaccine.

**HPI:**
Coronavirus Vaccine V1:
Coronavirus Vaccine V1
Which dose was offered during this encounter (review Master Problem List to determine dose) *Dose 1*
Do you consent to vaccine? *No (no further action required)*
Reason patient did not consent *Patient refused*

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.

**Medications:** NovoLIN N 100 UNIT/ML Suspension 10 unitsa TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, NovoLIN R 100 UNIT/ML Solution 2- 12 units TWICE DAILY PRN, stop date 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading as directed TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, Atorvastatin Calcium 20 MG Tablet 1 tablet EVERY EVENING, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific, Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific

## Objective:

## Assessment:

## Plan:

**Immunizations:**
COVID-19,mRNA,50mcg/0.5mL(Moderna bivalent booster) (Not administered - Refused : Patient decision)
**Disposition:**
Notes: pt educated about covid-19 vaccine

**Provider:** Corrections Provider
**Patient:** JUNG, LOUIS W  **DOB:** &#9608;&#9608;&#9608;&#9608;  **Date:** 10/31/2023

**Electronically signed by Bernice Ricks GHR LPN on 10/31/2023 at 02:42 PM EDT**
**Sign off status:** Completed

**Progress Notes**

**PID:** 718327 **Intake:** 2310416
**Facility Code:** CFCF **Housing Area:** ,B1POD3,21,3
**Patient:** JUNG, LOUIS W
**Account Number:** 39662                                    **Provider:** Corrections Provider
**DOB:** ████████ **Age:** 50 Y **Sex:** Male                         **Date:** 10/30/2023
**Phone:**
**Address:** ████████ PHILADELPHIA, PA-19148

## Subjective:

**Chief Complaints:**
  1. Rule out TB.

**HPI:**
  TB Medical Clearance:
    TB Medical Clearance
      Medically Cleared? *Yes*
      Date of medical clearance? *10/30/2023*
      Cleared for food handling? *Yes*
      Medical Screening Date? *10/28/2023*
      Result of PPD? *Negative*
      Follow-up completed? *Yes*
      History and Physical completed? *Yes*
      Blood taken? *Yes*
      Medical record ready? *Yes*
      Medical isolation? *No*
      Medical lock? *No*

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.

**Medications:** NovoLIN N 100 UNIT/ML Suspension 10 unitsa TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, NovoLIN R 100 UNIT/ML Solution 2- 12 units TWICE DAILY PRN, stop date 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading as directed TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, Atorvastatin Calcium 20 MG Tablet 1 tablet EVERY EVENING, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific, Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific

## Objective:

**Past Orders:**
Lab:Purified Protein Derivative (PPD)

| Collection Date | 12/16/2021 | 12/14/2022 | 10/28/2023 |
|---|---|---|---|
| Order Date | 12/16/2021 | 12/14/2022 | 10/28/2023 |
| Result: | Negative | Negative | Negative |
| Induration | NR | 0mm | 0MM |
| Notes: | | Gainey,Marquise , Med MA Yes 12/14/2022 01:18:45 PM EST > Tb Was Planted Lfa Borges,Frances , MA YesCare 12/16/2022 11:42:49 AM EST > ppd read | Carrullo,Lisa , MA YesC 10/28/2023 09:34:53 AM EDT > PPD PLANTED LFA Carrullo,Lisa , MA YesC 10/30/2023 09:41:07 AM EDT > PPD CLEARED |

## Assessment:

## Plan:

**Provider:** Corrections Provider
**Patient:** JUNG, LOUIS W **DOB:** ████████ **Date:** 10/30/2023

**Electronically signed by Lisa Carrullo MA YesC on 10/30/2023 at 10:09 AM EDT**
**Sign off status: Completed**

**Progress Notes**

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,B1POD3,TRANSFER,24
**Patient:** JUNG, LOUIS W                                       **Provider:** Maureen Gay, NP
**DOB:** **Age:** 50 Y  **Sex:** Male                              **Date:** 10/28/2023
**Phone:**
**Address:** PHILADELPHIA, PA-19148

## Subjective:

**Chief Complaints:**
  1. Intake med orders.

**HPI:**
  ()General Examination:
    Intake orderes requested: has type 1 diabetes BS is 542 states he hasn't gotten insulin in 3 days spoke to provider on remote gave the OK to administered 10 units of NPH and 12 units of Regular insulin gave IP snack. Denies ETOH/ BENZO and opiate abuse denies SI/HI.
    IP ordered levothyroxine 150mcg po daily and atorvastatin 20mg po daily previous jail admission 06/2023. Will renew meds previously ordered. Labs ordered for follow up.

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.

**Allergies:** N.K.D.A.

## Objective:

**Examination:**
  Physical Health Follow up:
    Physical Health Follow up
      Patient needs Chronic Care follow up  *Yes*
      What is the follow up time frame needed for Chronic Care follow up?  *28 days*
      Reason for 28 day follow up appointment  *DM,Other Chronic Diagnosis*
      What is other chronic diagnosis?  *Hyperlipidemia,Hypothyroidism*
      Select the encounter type being completed  *CC Initial*
      Patient needs LAB appointment  *Yes*
      What is the appointment time frame needed for LAB appointment?  *14 days*
      Has the patient been prescribed any medications during this visit?  *Yes*
      Medication ordered (Tramadol, Oxycodone, Oxycontin, Valium, Tylenol 3, Ativan, Phenobarbital, ConZip, Ultram, Xtampza ER, Roxicodone, Oxaydo, Diazepam, Lorazepam, MS Contin, Morphine Sulfate, Chlordiazepoxide, Hydrocodone-Acetaminophen, or Nalbuphine)?  *No*
      Have you wished you were dead or wished you could go to sleep and not wake up since last encounter with healthcare staff? (Answer only if actually seeing the patient)  *No*
      Have you had any actual thoughts of killing yourself since last encounter with healthcare staff? (Answer only if actually seeing the patient)  *No*

## Assessment:

**Assessment:**
1. Mixed hyperlipidemia - E78.2 (Primary)
2. Hypothyroidism, unspecified - E03.9
3. Diabetes mellitus without mention of complication, type I [juvenile type], not stated as uncontrolled - 250.01

## Plan:

**1. Mixed hyperlipidemia**
Start Atorvastatin Calcium Tablet, 20 MG, 1 tablet, Orally, EVERY EVENING, 90 days, Start Date: 10/28/2023, Stop Date: 01/26/2024, KOP: Yes, Drug Source: Patient Specific .
    LAB: *DIAGNOSTIC PROFILE II 2052-9 SST & LAV (Ordered for 11/10/2023)
    LAB: *Hemoglobin A1C 0102-4 LAV-EDTA (Ordered for 11/10/2023)
    LAB: *MICROALBUMIN CREATININE RATIO, RANDOM URINE 0228-7 Cup-Urine (Ordered for 11/10/2023)
Notes: 1. await labs follow up.
**2. Hypothyroidism, unspecified**
Start Levothyroxine Sodium Tablet, 150 MCG, 1 tablet, Orally, DAILY, 90 days, 90 Tablet, Start Date: 10/28/2023, Stop Date: 01/26/2024, KOP: Yes, Drug Source: Patient Specific .
**3. Diabetes mellitus without mention of complication, type I [juvenile type], not stated as uncontrolled**
Start NovoLIN N Suspension, 100 UNIT/ML, 10 unitsa, Subcutaneous, TWICE DAILY, 90 days, Start Date:

YesCare 1464

10/28/2023, Stop Date: 01/26/2024, KOP: No, Drug Source: Stock ;  Start NovoLIN R Solution, 100 UNIT/ML, 2-12 units, Injection, TWICE DAILY PRN, 90 days, Start Date: 10/28/2023, Stop Date: 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units ;  Start Accu Chek Reading, -, as directed, TRT, TWICE DAILY, 90 days, Start Date: 10/28/2023, Stop Date: 01/26/2024, KOP: No, Drug Source: Stock .

**Follow Up:** prn

**Disposition:**
Disposition: General Population
Notes: 1. meds ordered 2. labs/diagnostics ordered 3. Chronic care follow up scheduled.

**Provider:** Maureen Gay, NP
**Patient:** JUNG, LOUIS W  **DOB:** ███████     **Date:** 10/28/2023

**Electronically signed by Maureen Gay FT NP COR, DNP on 10/28/2023 at 09:48 PM EDT**
**Sign off status: Completed**

**JUNG, LOUIS W**
**PID:** 718327 **Intake:** 2310416
**Facility Code:** CFCF **Housing Area:** ,B1 POD3,TRANSFER,24
50 Y old Male, DOB: 04/16/1973
PHILADELPHIA, PA 19148
Provider: Gay, Maureen L, FT NP COR

Telephone
Encounter

| | | |
|---|---|---|
| **Answered by** | Apollon, Mariesha | Date: 10/28/2023 Time: 10:02 AM |
| **Caller** | Mariesha Apollon | |
| **Message** | Dr Gay Nurse Apollon Please order IP insulin thanks | |
| **Action Taken** | Gay,Maureen L, FT NP COR 10/28/2023 09:27:54 PM EDT > Please see intake orders written. | |

Patient: JUNG, LOUIS W   DOB: 04/16/1973   Provider: Gay, Maureen L, FT NP COR   10/28/2023

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,RCVG,B16,05
**Patient:** JUNG, LOUIS W                                     **Provider:** Maureen Gay, NP
**DOB:** ████████   **Age:** 50 Y  **Sex:** Male                 **Date:** 10/28/2023
**Phone:**
**Address:** ████████     PHILADELPHIA, PA-19148

## Subjective:

**Chief Complaints:**
  1. SMI SPI SUD.

**HPI:**
  (1) Intake Non-Confidential:
    Non-Confidential Intake Screening
      Date of Intake Screening? *10/28/2023*
      Unwilling/unable to complete intake screening? (If Yes, please complete Intake Refusal smart form) *No*
      Visible Injuries? *No*
      Physical Impairments? *No*
      Head trauma within the last 72 hours? *No*
      Do you use or require physical aids? *No*
      Detainee is apparently under the influence of alcohol or drugs? *No*
      Healthcare professional believes detainee may be a suicide risk? *No*
      General Population? *Yes*
      Single Cell? *No*
      Lower Bunk? *No*
      Lower Tier? *No*
      Lice test performed? *Yes*
      How lice check was done? *Wood Lamp*
      Lice detected? *No*
      Refer to midlevel practitioner or physician now? *No*
      Has inmate been previously diagnosed SMI? *No*
      Is detainee is a minor/juvenile? *No*
      Do you identify as transgender? *No*
      Witness Signature *Mariesha Apollon RN*
    ()Confidential Intake Questionnaire:
      Confidential Intake Questionnaire
      Routine Intake? *Routine*
      Do you have a family physician? *No*
      Appearance *Normal*
      General Visual Observations *Appropriate*
      Respiratory Observations *Normal*
      Skin Observations *TATTOOS*
      Any open sores/wounds/boils? *No*
      Appear sick? *No*
      Restricted mobility? *No*
      Loss of consciousness in the last 72 hours? *No*
      Is inmate experiencing any of the following urgent dental problems? *No urgent dental problem*
      Is inmate experiencing any of the following routine dental problems? *No routine dental problem*
      Oral hygiene status? *Fair*
      Exposure to tuberculosis? *No*
      Has inmate experienced coughing up blood within the past three weeks? *No*
      Has inmate experienced chest pain or pain with breathing or coughing within the past three weeks? *No*
      Has inmate experienced unintentional weight loss within the past three weeks? *No*
      Has inmate experienced loss of appetite within the past three weeks? *No*
      Has inmate experienced fatigue within the past three weeks? *No*
      Has inmate experienced fever within the past three weeks? *No*
      Has inmate experienced night sweats within the past three weeks? *No*
      Has inmate experienced chills within the past three weeks? *No*
      Did inmate answer yes to three or more questions and/or coughing up blood in the past three weeks? *No*
      Born in, travelled to, lived in, taken a cruise to Cancun, Cozumel or any other areas in Mexico or taken a
Caribbean cruise in the last six months. Or since 1997 Cameroon, Central African Republic, Chad, Congo,
Equatorial Guinea, Gabon, Niger or Nigeria. *Yes*
        PPD Implanted? *Yes*
        Location of PPD implant? *Left forearm*
      Have you had chicken pox? *No*
      Do you have diabetes? *No*
      Do you have asthma? *No*
      Do you have hypertension (high blood pressure)? *No*

YesCare 1467

Do you have epilepsy (seizures)? *No*
Do you have sickle cell? *No*
Do you have any communicable, contagious or sexually transmitted diseases? *No*
Do you have HIV and or AIDS? *No*
Rapid HIV test performed? *Yes*
Date of Rapid HIV test *10/28/2023*
Intake Facility *CFCF*
Rapid HIV test results are? *Preliminary negative*
Have you ever gotten a tattoo while in prison? *No*
Have you ever used a needle to give yourself drugs? *No*
Did you receive a blood transfusion before 1992? *No*
Do you have hepatitis? *No*
Do you have any Other Medical Conditions? *No*
Have you been treated/hospitalized within the last year for any medical problem? *No*
Are you on a diet prescribed by a doctor? *No*
Detainee has history of drug abuse? *No*
Detainee has history of alcohol abuse? *No*
Do you use tobacco products? *No*
Is inmate female? *No*
Blood taken? *Yes*
Urine for STDs taken? *Yes*
1) Detainee is apparently under the influence of alcohol or drugs? *No*
2) Detainee lacks support of family or friends in the community? *No*
3) Detainee experienced a significant loss within the last six months? *No*
4) Detainee is very worried about major problems other than legal? *No*
5) Detainee's family or significant other attempted/committed suicide? *No*
6) Detainee is showing signs of mental illness? *No*
7) Detainee has a history of counseling or mental health evaluation/treatment? *No*
8) Detainee has previous suicide attempt more than a month ago? *No*
9) This is the detainee's first incarceration in lockup/jail? *No*
10) Detainee shows signs of depression (crying, sadness, worrying)? *No*
11) Detainee appears over anxious, panicked, afraid, or angry? *No*
12) Detainee acting and/or talking in a strange manner? (cannot focus attention; hearing or seeing things that are not there) *No*
13) Detainee showing signs of withdrawal? *No*
Has inmate answered yes to 8 or more of the above 13 questions? *No*
Arrested for or charged with murder, attempted murder, or unusally sensitive offense (rape, incest, abuse, pedophilia, etc.)? *No*
Detainee expresses signs of extreme embarrassment, shame, or feelings of humiliation as a result of charge/incarceration? *No*
Detainee is thinking about killing themself? *No*
Detainee is expressing feelings of nothing to live for? *No*
Are you thinking of hurting others? *No*
Does patient have a global alert for suicide attempt or self-harm? *No*
1) Do you currently believe that someone can control your mind by putting thoughts into your head or taking thoughts out of your head? *No*
2) Do you currently feel that other people know your thoughts and can read your mind? *No*
3) Have you lost or gained as much as two pounds per week for several weeks without even trying? *No*
4) Have you or your family or friends noticed that you are currently much more active than you usually are? *No*
5) Do you currently feel like you have to talk or move more slowly than you usually do? *No*
6) Have there currently been a few weeks when you felt like you were useless or sinful? *No*
7) Have you ever been in the hospital for emotional or mental problems? *No*
Has inmate answered yes to 2 or more of the above 7 questions? *No*
Is the inmate a transfer back into custody from Norristown Hospital? *No*
Medications Medical
    Are you currently taking medications prescribed for any medical condition? (Including those for HIV/AIDs, Diabetes, hypertension, Sickle Cell, Asthma, Epilepsy, hepatitis, etc.) *No*
    Is patient currently taking Coumadin (Warfarin)? *No*
    Is patient currently taking other blood thinner? (not aspirin) *No*
    Do you know when you last received tetanus? *No*
Medications Behavioral Health
    Are you currently taking medications prescribed for emotional or mental health problems? (Including those for depression, bipolar disorder, schizophrenia, PTSD, etc.) *No*
Withdrawal Medications
    Are you currently taking a prescribed benzo or opiate? (NOT marijuana, crack, cocaine, PCP, or crystal meth) *No*
    Are you currently receiving Methadone treatment? (Please complete Northeast Treatment Center form) *No*
    Are you currently receiving Suboxone treatment? (Please complete Northeast Treatment Center form) *No*
    Are you currently receiving Sublocade treatment? (Please complete Northeast Treatment Center form) *No*

YesCare 1468

Did the IP accept hydration during screening and been informed to obtain more at pillpass? *Yes*
Shift Intake Completed
    What shift was intake completed for patient? *Dayshift (7:00am-2:59pm)*
W ork Assignment Clearance
    Do you have any other medical condition(s) that may make it dangerous for you to participate in physical activity/exercise? *No*
    Do you have epilepsy (seizures)? *No*
    Have you ever had an asthma attack requiring immediate medical attention at any time over the last 12 months? *No*
    Do you have a physical or mental disability? (Multiple sclerosis, Muscular dystrophy, Cerebral palsy, Paraplegia/Hemiplegia, Spina bifida, Intellectual/Hearing/Visual loss, Down syndrome, Autism, Parkinson, or other) *No*
    Any open sores/wounds/boils? *No*
    Do you have any communicable, contagious or sexually transmitted diseases? *No*
    Have you answered Yes to 2 or more of the above questions? *No*
()Pre-Intake screening:
  MA Eligibility
    Are you a US Citizen? *Yes*
    Are you planning to file Income Taxes? *No*
    Do you have unpaid medical bills in last 3 months? *No*
    Will you have a job within 30 days of release? *No*
    Do you own a vehicle, life insurance policy, or bank account? (If so indicate which) *No*
    Have you ever been in foster care at the age of 18 or older (If so indicate county) *No*
    Are you collecting income such as Social Security, Disability, Alimony, Cash Assistance? (if so indicate type and frequency) *No*
  Pre-Intake Screening
    Did you draw the STD Labs? (urine cup & speckle top code L225-2) *No*
    Was PPD implanted? *Yes*
    Location of PPD implant *Left forearm*
    Is the patient diabetic? *Yes*
    If Yes, did you complete an accucheck? *Yes*
    Is the patient asthmatic? *No*
    Is the patient on Coumadin(Warfarin)? *No*
    Is the patient taking Dilantin, Tegretol, Depakote, Keppra or Phenobarbital? *No*
    Did the patients preliminary HIV test come back positive? *No*
    Was the Hepatitis C screening test B125-6 HEP C AB W/RFX RT PCR completed? *No*
    Was the patient a hard stick for any of the above labs? *Yes*
    If Yes, did you indicate hardstick on the intake encounter to ensure appropriate lab draw follow-up? *No*
    Is the patient currently abusing opiates? *No*
    Pre-Intake Screening completed by MA *Carrullo*
Coronavirus Screening V1:
  Coronavirus Screening V1
    In the past 14 days, has the patient had close contact with a person who is under investigation for, or confirmed to have COVID-19 (Coronavirus)? *No*
    According to patient's temperature select appropriate range *97.4 to 97.6*
    Does the patient have a fever (fever is considered 100.0 F and above)? *No*
    Does the patient have any noted lower respiratory symptoms? *No*
    Does patient have other symptoms that may represent COVID-19? *No*
    Does the patient have a fever, lower respiratory symptoms and/or other symptoms? *No*
    Does patient have a positive COVID-19 Result? *No*
    Does the patient have poorly controlled HIV (for example CD 4 < 200)? *No*
    Has the patient received a organ transplant? *No*
Coronavirus Testing V1:
  Coronavirus Testing V1
    Was Novel Coronavirus COVID-19 Nasopharynx TH68-0, ID Now COVID-19, BinaxNOW COVID-19 Ag Card, Flow Flex rapid kit, Indicaid Rapid Antigen test, Quick Vue Covid test, or SARS-CoV2 Nasopharynx (City Lab) test ordered? *Novel Coronavirus COVID-19 Nasopharynx TH68-0*
    Was Novel Coronavirus COVID-19 Nasopharynx TH68-0 test performed? *Yes*
    Date Novel Coronavirus COVID-19 Nasopharynx TH68-0 test performed *10/28/2023*
    Facility *CFCF*
**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.
**Social History:**
  PREA (Intake only):
    PREA
      Is this inmate disabled? (Deaf, (Unable to speak), Blind, Wheelchair bound or intellectually impaired) *No*
      Have you ever been incarcerated before today? *No*

Are you worried that you may be sexually assaulted while in PPS?  *No*

## Objective:

**Vitals:** Time: 926, Temp 97.0 F, HR 92 /min, BP 110/82 mm Hg, RR 18 /min, Oxygen sat % 97 %, Wt 179 lbs, Ht 66 in, BMI 28.89 Index, Accucheck 542.

**Examination:**
   ()General Examination:
     GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
     HEAD: normocephalic, atraumatic.
     EYES: pupils equal, round, reactive to light and accommodation.
     EARS: normal.
     ORAL CAVITY: mucosa moist.
     THROAT: clear.
     NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
     SKIN: no suspicious lesions, warm and dry.
     HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
     LUNGS: clear to auscultation bilaterally.
     ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
     EXTREMITIES: no clubbing, cyanosis, or edema.
     NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.

## Assessment:

**Assessment:**
1. Intake Assessment - IA
AAOx3 states he has type 1 diabetes BS is 542 states he hasn't gotten insulin in 3 days spoke to provider on remote gave the OK to administered 10 units of NPH and 12 units of Regular insulin gave IP snack. Denies ETOH/BENZO and opiate abuse denies SI/HI. aware of sick call triage and medical triage available 24/7 for emergencies urine present for Ketones encourage to drink plenty of water.

## Plan:

**1. Intake Assessment**
   LAB: Rapid HIV test  Preliminary negative
   LAB: HEP C AB W/RFX RT PCR B125-6
   LAB: Purified Protein Derivative (PPD)
       Carrullo,Lisa , MA YesC 10/28/2023 09:34:53 AM EDT > PPD PLANTED LFA
   LAB: Intake Panel L225-2
   LAB: Novel Coronavirus COVID-19 Nasopharynx TH68-0

**2. Others**

Action Started- Urgent BH Referral (Intake)
Action Started- BH Community Reentry Referral

**Preventive:**
  Patient Education Medical/Dental:
    Patient Education
      Patient educated to contact medical if symptoms develop or worsen  *Yes*
      Written information provided  *Yes*
      The patient demonstrates an understanding of self care, symptoms to report and when to return for follow up care  *Yes*
      Patient informed on how to access dental care?  *Yes*
      Oral hygiene and patient dental education form given?  *Yes*

**Disposition:**
Disposition: Refer to Practitioner for Evaluation or Review of Medication

**Provider:** Maureen Gay, NP
**Patient:** JUNG, LOUIS W  **DOB:** ▓▓▓▓  **Date:** 10/28/2023

**Electronically signed by Mariesha Apollon Agency RN on 10/28/2023 at 10:03 AM EDT**
**Sign off status: Completed**

**JUNG, LOUIS W**
**PID:** 718327 **Intake:** 2211610
**Facility Code:** CFCF **Housing Area:** ,D2POD4,TRANSFER,01
50 Y old Male, DOB: 04/16/1973
PHILADELPHIA, PA 19148
Provider: ,

Telephone
Encounter

**Answered by** ,

Date: 06/02/2023
Time: 09:28 PM

| | |
|---|---|
| **Reason** | Discharge Medication |

**Medication**      Stop Abilify Tablet, 10 MG, Orally, 180 Tablet, 2 tablets, DAILY, 90 days
Stop Aricept Tablet, 5 MG, Orally, 1 tablet, AT BEDTIME, 90 days
Stop Aricept Tablet, 5 MG, Orally, 1 tablet, AT BEDTIME, 90 days
Stop Levothyroxine Sodium Tablet, 150 MCG, Orally, 90 Tablet, 1 tablet, DAILY, 90 days
Stop Eliquis Tablet, 5 MG, Orally, 1 tablet, AT BEDTIME, 90 days
Stop Midodrine HCl Tablet, 5 MG, Orally, 270 Tablet, 1 tablet, EVERY 8 HOURS, 90 days
Stop HumuLIN N Suspension, 100 UNIT/ML, Subcutaneous, 30 units, INSULIN MORNING, 30 days
Stop HumuLIN R Solution, 100 UNIT/ML, Injection, see scale, INSULIN MORNING, 30 days
Stop HumuLIN N Suspension, 100 UNIT/ML, Subcutaneous, 15 units, INSULIN EVENING, 30 days
Stop HumuLIN R Solution, 100 UNIT/ML, Injection, see scale, INSULIN EVENING, 30 days
Stop Accu Chek Reading, -, TRT, as directed, TWICE DAILY, 30 days

Patient: JUNG, LOUIS W   DOB:          Provider: ,   06/02/2023
*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**JUNG, LOUIS W**
**PID:** 718327 **Intake:** 2211610
**Facility Code:** CFCF **Housing Area:** ,D2POD4,32,1
50 Y old Male, DOB: 04/16/1973
PHILADELPHIA, PA 19148
Provider: @CFCF, CMO, GENERIC

Telephone
Encounter

**Answered by**    Belton, Robin

Date: 06/02/2023
Time: 02:00 AM

**Reason**    PROGRAM PAYOFF

## Reason for Appointment
1. PROGRAM PAYOFF. PPS:ACT 84/Transfer/Transferring Site

## History of Present Illness
Act 84/Transfer/Transferring Site:
  Acceptance
    Transferring Site *CFCF* ...
    Receiving Site *OTHER* ...
    What is Other site? *PROGRAM PAYOFF*
    Admission date *12/14/2022* ...
    Transferring site date *06/02/2023* ...
  Transferring Site
    1. Is the Medication Administration Record included? *No*
    2. Has the medication been sent to the receiving site? *Yes*
    3. Is the inmate on Keep-on-Person (KOP) medications? *No*
    4. If applicable, has the accu check MAR been included? *Yes*
    5. If applicable, has the wound care MAR been included? *N/A*
    6. If applicable, has the blood pressure MAR been included? *N/A*
    7. Is the Inmate on Methadone? *No*
    8. Is there a history of suicide attempts? *No*
    9. Has the inmate been evaluated for Emergency, Urgent/Routine MH Referral in the last 14 days? *Yes*
    10. PPD planted? *Yes*
    10a. Date PPD read *12/16/2022*
    10b. Results in mm *0*
    11. Is chest x-ray completed? *No*
    12. Recent Hospitalization? *No*
    13. Are there consults pending? *No*
    14. Is the Inmate being treated for substance abuse? *No*
    15. Is the patient currently on Subutex? ...
    Temperature of patient at time of transfer ...
    Comments ...

## Current Medications
Taking
- Abilify 10 MG Tablet 2 tablets DAILY, stop date 07/12/2023, KOP: No, Drug Source: Patient Specific
- Aricept 5 MG Tablet 1 tablet AT BEDTIME, stop date 07/12/2023, KOP: No, Drug Source: Patient Specific
- Aricept 5 MG Tablet 1 tablet AT BEDTIME, stop date 07/12/2023, KOP: No, Drug Source: Patient Specific
- Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 07/13/2023, KOP: No, Drug Source: Patient Specific
- Eliquis 5 MG Tablet 1 tablet AT BEDTIME, stop date 07/13/2023, KOP: No, Drug Source: Patient Specific

- Midodrine HCl 5 MG Tablet 1 tablet EVERY 8 HOURS, stop date 07/13/2023, KOP: No, Drug Source: Patient Specific
- HumuLIN N 100 UNIT/ML Suspension 30 units INSULIN MORNING, stop date 06/19/2023, KOP: No, Drug Source: Stock
- HumuLIN R 100 UNIT/ML Solution see scale INSULIN MORNING, stop date 06/19/2023, KOP: No, Drug Source: Stock, Notes: 71-100 give 6 units, 101-150 give 8 units, 151-200 give 10 units, 201-250 give 12 units, 251-300 give 14 units, 301-400 give 16 units, > or = 401 give 18 units
- HumuLIN N 100 UNIT/ML Suspension 15 units INSULIN EVENING, stop date 06/19/2023, KOP: No, Drug Source: Stock
- HumuLIN R 100 UNIT/ML Solution see scale INSULIN EVENING, stop date 06/19/2023, KOP: No, Drug Source: Stock, Notes: 71-100 give 6 units, 101-150 give 8 units, 151-200 give 10 units, 201-250 give 12 units, 251-300 give 14 units, 301-400 give 16 units, > or = 401 give 18 units
- Accu Chek - Reading as directed TWICE DAILY, stop date 06/19/2023, KOP: No, Drug Source: Stock

DIABETES HYPERCHOLESTEROLEMIACOVID/MRSA PNA 1/2022Pulmonary embolism and thrombocytopeniaSyphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22Sedative, hypnotic or anxiolytic dependence, unspecifiedCOVID 1/2023Patient's noncompliance with other medical treatment and regimenPatient's noncompliance with other medical treatment and regimen

---

Patient: JUNG, LOUIS W   DOB: 04/16/1973   Provider: @CFCF, CMO, GENERIC   06/02/2023

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

# Exhibit 4

# Jung Intake Screening Questionnaire by Correctional Officer, October 27, 2023

# PHILADELPHIA DEPARTMENT OF PRISONS

☐ASD  ☑CFCF  ☐DC  ☐HOC  ☐PICC  ☐RCF  OTHER_____

*Ca 0416*

## INTAKE SCREENING QUESTIONNAIRE BY CORRECTIONAL OFFICER

Inmate's Name: __Jung, Louis__          PID#: __718327__
(Print Name)

Date of admission: __10·27·23__    Time of admission: __1255__

|   |   | YES | NO |
|---|---|-----|-----|
| 1 | Are you bleeding or coughing up blood? |  | ✓ |
| 2 | Are you taking insulin or heart medications? |  | ✓ |
| 3 | Do you have any life threatening medical problems? |  | ✓ |
| 4 | Are you thinking about harming yourself now? |  | ✓ |
| 5 | Are you 17 years or younger (Youthful Offender)? |  | ✓ |
| 6 | Do you have any police-related injury? |  | ✓ |
| 7 | Do you identify as transgender? |  | ✓ |
| 8 | The Intake Officer must check the commitment paperwork to answer the following question.  Are the charges Murder, Manslaughter, or any type of Sex-related offense, such as Rape, Attempted Rape, Child Molestation, etc.? **(DO NOT ASK THE DETAINEE)** |  | ✓ |

If "YES" to any question, telephone Medical Intake for an assessment by a medical service provider.

_____
(C/O's Print Name)

_____          Date: _____
(C/O's Signature)

_____
(Medical Service Provider, Print Name)

_____          Date: 10/28/23
(Medical Service Provider's Signature)

_____          Date: _____
(Inmate's Signature)

86-702

Distribution:                                              Rev. (6/18)

Copy 1- Medical Service Provider    Copy 2- Social Service File    Copy 3- A & D Manager    Copy 4- Inmate

YesCare1246

Philadelphia Department of Prisons
Confidential Intake Screening, Care Access, H & P Consent,
and Non-Child Resistant Packaging Acknowledgement

| X | **Confidential Medical Screening** |
|---|---|
| | By submitting my signature on this form I, LOUIS W JUNG, attest that the information that I have provided to the medical staff in order to complete the confidential medical screening is true and accurate. |
| X | **Access to Care** |
| | I, LOUIS W JUNG, attest that I have been informed of how to access healthcare services at the Philadelphia Department of Prisons. |
| X | **Non-Child Resistant Packaging** |
| | I, LOUIS W JUNG, recognize that, if I receive medications upon release, the packaging I receive may not be child resistant. |
| X | **History and Physical Examination** |
| | I, LOUIS W JUNG , consent to having a History and Physical examination performed by a qualified health care professional and confirm that the information stated is accurate to the best of my knowledge. I am aware that a History and Physical examination is performed upon admission and , then on an annual basis. |
| X | **Telehealth** |
| | Telehealth is a form of secure video interaction between health care providers and patients. This interaction may include any and/or all of the following: diagnosis, consultation, treatment, transfer of medical data and education using audio (to listen), video (to see) and/or data/electronic communications. I, LOUIS W JUNG, consent to telehealth consultation with a provider with the understanding that I have the option to withdraw this consent at any time. |

**Inmate signature:**

NAME: LOUIS W JUNG INTAKE: 2310416   PID:

**Witness (interviewer):** Mariesha Apollon

# Exhibit 5

# Deposition of Maureen Gay - Excerpts

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NO: 24-CV-05618

JACOB AND JAMES JUNG, as          )
Administrators for the Estate     )      DEPOSITION UPON
of LOUIS JUNG, JR.,               )
                                  )      ORAL EXAMINATION
           Plaintiffs             )
                                  )              OF
vs.                               )
                                  )   MAUREEN GAY-JOHNSON
CITY OF PHILADELPHIA, YES CARE    )
CORP., BLANCHE CARNEY, LALITHA    )
TRIVIKRAM, MAUREEN GAY,
MARIESHA APOLLON, BLAIR
CABELLOS, GENA FRASIER AND
WANDA BLOODSAW,

           Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


           TRANSCRIPT OF DEPOSITION, taken by and before
MARGIE A. ROMEO, Professional Reporter and Notary
Public, at the Law Offices of O'Connor, Kimball, LLP,
1500 John F. Kennedy Boulevard, Two Penn Center Plaza,
Philadelphia, PA on Monday, September 8, 2025,
commencing at 2:35 PM.

                         - - -


                  MAGNA LEGAL SERVICES
                     7 Penn Center
             1635 Market Street, 9th Floor
                  Philadelphia, PA 19103
                     (866) 624-6221
                    WWW.MagnaLS.COM



Page 32

1   them in the past and try to put the same medications

2   into place, if required.

3   Q.      So you would be looking for prior times that

4   they were incarcerated within PDP for those records?

5   A.      Uh-huh.

6   Q.      Yes, right?  I just want to make sure the

7   record is clear.

8   A.      Yes.

9   Q.      So if they were at a prior facility getting

10  treatment, would you seek to obtain prior medical

11  records?

12  A.      Yes.

13  Q.      And was that a policy?

14  A.      Yes.

15  Q.      And when was it required to seek prior medical

16  records?

17  A.      During the intake process with the registered

18  nurse.

19  Q.      So who would be the one requesting prior

20  medical records?

21  A.      The registered nurse.

22  Q.      Okay.  Do they have to seek your permission to

23  obtain those records?

24  A.      No.



Page 86

1   you previously described, right?

2   A.        Yes.

3   Q.        And so you ordered sliding scale insulin,

4   right?

5   A.        And a basal insulin.

6   Q.        And how did you determine whether or not that

7   was an effective treatment for Mr. Jung?

8   A.        How did I determine?

9   Q.        Yes.

10  A.        According to conversation that I had with the

11  intake nurse.

12  Q.        Did you order any follow-up for Mr. Jung?

13  A.        Yes.

14  Q.        What was that?

15  A.        I placed him on the chronic care list.

16  Q.        And how often are people on the chronic care

17  list seen?

18  A.        Usually within the first 30 days and during

19  that conversation with Ms. Apollon, again, according to

20  guidelines, and return back in two hours if blood sugar

21  remained elevated.

22  Q.        So just to be clear, you are referring to

23  Exhibit Gay-1?

24  A.        Yes.



Page 87

1    Q.        And which stated that people should be seen

2    within two hours.  Are you saying that that was done

3    here?

4    A.        I am sorry?

5    Q.        Are you saying that that was done here, that

6    you requested Nurse Apollon to see him after two hours?

7    A.        Yes.

8    Q.        Is that documented anywhere?

9    A.        Documented in my note, no.

10    Q.        Why don't you think it is documented in your

11    note?

12    A.        I have no answer.

13    Q.        And under assessment, what was Mr. Jung's

14    diabetes assessed as?  I am just looking at Yes Care

15    1664, what kind of diabetes was he noted as having?

16    A.        Without mention of complications and not

17    stated, uncontrolled.

18    Q.        And how did you determine that his diabetes

19    was not stated as uncontrolled?

20    A.        Blood sugar.

21    Q.        Would you disagree with that assessment at

22    this time?

23    A.        Yes.

24    Q.        And on Nurse Apollon's intake form from Yes



Page 98

```
 1   A.        The patient was not symptomatic.

 2   Q.        And you are relying on Nurse Apollon's

 3   evaluations of that in order to make that

 4   determination, right?

 5   A.        Yes.

 6   Q.        Are there any medical staff you spoke with

 7   about Mr. Jung besides Nurse Apollon?

 8   A.        No.

 9   Q.        And did you speak about Mr. Jung with any

10   correctional staff?

11   A.        I am sorry, repeat that?

12   Q.        Yeah, did you speak about Mr. Jung with any

13   correctional staff?

14   A.        No.

15   Q.        Do you recall being interviewed by Yes Care

16   before this matter?

17   A.        No.

18   Q.        Do you recall being interviewed by PDP about

19   this matter?

20   A.        No.

21   Q.        Just a question on the progress note again.

22   Did you make any -- did you make any inquiry into

23   Mr. Jung's mental health history that day if you are

24   able to tell by your progress note?
```



Page 99

1    A.        Did I --

2    Q.        Make any inquiry into his mental health

3    history?

4    A.        Yes, with the intake nurse.

5    Q.        What did you ask?

6    A.        Does he have any mental status changes, is he

7    coherent, is he oriented, is there any other physical

8    symptoms that I need to know about with this gentleman.

9    Q.        And what did Nurse Apollon say?

10   A.        No.

11   Q.        And was that documented anywhere?

12   A.        No.

13   Q.        And did you make any inquiry into whether or

14   not he had any mental health diagnoses?

15   A.        No.

16   Q.        Did you know that he had been in Norristown

17   State Hospital?

18   A.        No.  I knew he was a transfer in.

19   Q.        What did you mean?

20   A.        I knew he was a transfer in.  But where

21   specifically, no.

22   Q.        And how would you be alerted that someone was

23   a transfer in?

24   A.        By the intake nurse.



# Exhibit 6

# Emails Regarding Expert Discovery Disclosures



**Bret Grote <bretgrote@alcenter.org>**

## Jung v. City of Philadelphia - Expert Deposition Scheduling

**Jonathan Kaminsky** <jkaminsky@kiernantrebach.com>                     Wed, Dec 10, 2025 at 8:48 AM
To: Bret Grote <bretgrote@alcenter.org>
Cc: Sarah Baker <sbaker@kiernantrebach.com>, Michael Pestrak <Michael.Pestrak@phila.gov>, Marc Thirkell
<mthirkell@grsm.com>, Danielle Cole <dcole@grsm.com>, Emily Hoff <emily.hoff@phila.gov>, Thomas Gregory
<tgregory@okllp.com>, Summer Thomas <scthomas@grsm.com>, Alex Possino <apossino@grsm.com>,
ajayman@grsm.com, kover@grsm.com, Danielle Walsh <danielle.walsh@phila.gov>, Rupalee Rashatwar
<rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>, Corinne Austen <corinne@alcenter.org>, Lolo Serrano
<lolo@alcenter.org>, Lora Crossley <lcrossley@kiernantrebach.com>

Bret,

Mariesha's deposition was held on November 5. I reject your characterization regarding scheduling because, even
with a tight schedule, we continued to provide dates that were not accepted by plaintiffs.

Furthermore, Judge Savage clearly stated that the parties may continue discovery provided it does not affect any
other deadlines in the Scheduling Order. Under the stipulation, assuming the Court finds it to be a valid extension,
plaintiffs' expert reports would have been due on November 21, 2025, and expert depositions would have concluded
on December 3, 2025. Instead, you served the reports on December 3, in violation of Judge Savage's statement
about other deadlines and the operative case management order.

Late last night, while reviewing materials in preparation for today's expert deposition, I noted that the documents
pertaining to your expert, Dr. Wallenstein, show that plaintiffs did not have him review the video until the very end of
November, and his report has nothing to do with Ms. Apollon. Finally, plaintiffs' decision to serve the reports on
December 3 has created a significant disadvantage for defendants for many reasons.

Obviously it will be in the hands of Judge Savage to decide who is meritorious here.

Thanks,
Jon

On Tue, Dec 9, 2025 at 3:30 PM Bret Grote <bretgrote@alcenter.org> wrote:
Sarah,

We have read your brief and will address your position in our response. We will note here that we do not find it
meritorious.

The reports were timely submitted on the deadline stipulated to by all parties for completion of expert discovery
required by Rule 26(a)(2). The stipulated continuance of fact and expert discovery accommodated all parties in
completing discovery, and it resulted in deadline pressure for all parties, plaintiffs included. If there was any non-
mandatory expert discovery you wanted to engage in, it was incumbent upon you to identify and raise that prior to
signing the stipulation.

We will also note that your own client was not produced for a deposition until November 5th, after we
accommodated you for approximately four months following our initial requests for deposition dates in June. Further
depositions were conducted throughout November to accommodate trial schedules for other defense counsel. All
counsel in this matter have extensive caseloads and many other commitments, and all deadlines, including the
stipulated deadlines for fact and expert discovery, have been the same for all parties.

As noted by Judge Savage in his chamber rules, the Federal Rules require discovery be conducted in a voluntary,
cooperative manner. If you or your co-counsel identify what additional discovery, if any, that you still seek prior to
trial, Plaintiffs' counsel are still willing to work with you, and to meet and confer about this at any time.

Sincerely,

Bret Grote
Legal Director
Abolitionist Law Center

On Mon, Dec 8, 2025 at 9:26 PM Sarah Baker <sbaker@kiernantrebach.com> wrote:

Good evening Bret,

As was indicated in our MSJ filed Friday, we object to the late production of the reports. I am booked with trials and/or time scheduled with family for the holidays starting Monday until our trial date in this case. The late production left us with extremely limited time to modify our already prepared MSJ, let alone conduct meaningful expert discovery. Most respectfully, it is not reasonable to expect counsel to spend what would otherwise be holiday or trial preparation time conducting expert discovery for reports that were due more than 6 weeks ago.

Sarah

### Sarah M. Baker

Partner

 

Ten Penn Center, Suite 770

1801 Market Street

Philadelphia, PA 19103-1606

T 215-569-4433

F 215-569-4434

Towne Place at Garden State Park

923 Haddonfield Road, Suite 300

Cherry Hill, NJ 08002

T 856-705-2600

F 856-705-2601

www.KiernanTrebach.com

Our office is a paperless environment. We would appreciate you sending all communications to our office electronically by email, rather than in paper form by regular mail or fax. We thank you for your consideration and courtesies.

**From:** Bret Grote <bretgrote@alcenter.org>
**Sent:** Monday, December 8, 2025 8:35 AM
**To:** Michael Pestrak <Michael.Pestrak@phila.gov>; Marc Thirkell <mthirkell@grsm.com>; Sarah Baker <sbaker@kiernantrebach.com>; Danielle Cole <dcole@grsm.com>; Emily Hoff <emily.hoff@phila.gov>; Jonathan Kaminsky <jkaminsky@kiernantrebach.com>; Thomas Gregory <tgregory@okllp.com>; Summer Thomas <scthomas@grsm.com>; Alex Possino <apossino@grsm.com>; ajayman@grsm.com; kover@grsm.com; Danielle Walsh <danielle.walsh@phila.gov>
**Cc:** Rupalee Rashatwar <rupalee@alcenter.org>; Margaret Hu <margo@alcenter.org>; Corinne Austen <corinne@alcenter.org>; Lolo Serrano <lolo@alcenter.org>
**Subject:** Jung v. City of Philadelphia - Expert Deposition Scheduling

Counsel,

Please advise as promptly as possible if any party intends to depose any of Plaintiffs' experts in addition to the deposition of Art Wallenstein that is scheduled for December 10, 2025 at 10:00 a.m. so that we can coordinate with our experts to determine a date and time amenable to all that they can be made available for depositions.

Sincerely,

Bret Grote
Legal Director
Abolitionist Law Center

--

**Jonathan Kaminsky, Esquire**

**Kiernan Trebach LLP**
Ten Penn Center, Suite 770
1801 Market Street
Philadelphia, PA 19103-1606

D 215-576-4502
T 215-569-4433

F 215-569-4434

www.KiernanTrebach.com



**Our office is a paperless environment. We would appreciate you sending all communications to our office electronically by email, rather than in paper form by regular mail or fax. We thank you for your consideration and courtesies.**

This message and any files or attachments transmitted herewith contain CONFIDENTIAL INFORMATION and is (are) intended only for the named addressee(s). It may be protected by the attorney-client privilege, attorney-work product or other doctrines. If you received this email message in error, please immediately notify the sender by telephone or email and destroy or delete the original message with copying. Please do not publish, copy or circulate this message.

# Exhibit 7

# Jung Authorization to Obtain, Use and Disclose Medical Information, October 28, 2023

| AUTHORIZATION TO OBTAIN, USE AND DISCLOSE MEDICAL INFORMATION | CITY OF PHILADELPHIA PHILADELPHIA DEPARTMENT OF PRISONS | |
|---|---|---|
| Name of Client: LOUIS W JUNG | SSN: 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 | |
| Client's Address on File: | PID #: | Birth Date: ████3 |
| | Date of Treatment: 10/28/2023 | |

**Who may collect and release my information?**
- *The Philadelphia Department of Prisons (PDP), the PDP Medical Care Provider and the PDP Behavioral Health Care Provider.*

**Who may receive my information?**
- *The Philadelphia Department of Prisons (PDP)*
- *Healthcare providers who will provide care to you*
- *City of Philadelphia Health and Human Service Agencies, their Offices and Departments for purposes of providing services*
- *Your Managed Care Organization(s)*
- *Medical Assistance (MA) and MA managed care organizations*
- *Your Attorney*

**What information will be obtained or released?**
- *Your basic identifying information (for example: name, Social Security Number, date of birth, gender, ethnicity, race, household relationships, contact information, and Veterans status);*
- *A summary of Inpatient/Outpatient Medical/Psychiatric treatments, including medications;*
- *Medical/Psychiatric Treatment records;*
- *Limited information about your substance use including your receipt of services (dates of services, length of stay), your prognosis, the types and purpose of services you received), your progress, and your relapse status and history*
- *Medical/Behavioral Health diagnosis, Covid related information*

**What is the purpose for obtaining and releasing this information?**
- *To help coordinate and provide the most effective medical care and services for you and/or your family.*
- *To support improvements in the substance use services.*
- *To assure Medical Assistance coverage for after you are released.*

**How will my information be protected?**
- *PDP uses technology such as password protection and data encryption to prevent unauthorized access to PDP information.*
- *Your name and other identifying information will not be included in summary reports or publications prepared from this information except as required by law.*
- *For more information, please request a copy of the City HIPAA Policy from the Philadelphia Department of Prisons.*

**When will my consent to share this information end?**
- *This authorization to share your information will end after 6 months after your release unless you cancel it earlier.*
- *If you change your mind about allowing your information to be shared as described in this form, you can cancel this authorization at any time by contacting your healthcare provider at the PDP.*
- *Canceling your authorization will not affect any information that has already been released.*

**Healthcare Services:**
By signing below I authorize the City of Philadelphia Department of Prisons (PDP) Mental Health/Medical Service Provider to obtain, use or disclose all items outlined above, to the entities described above, for the purposes listed above. List other purposes if applicable: _____

> Check any boxes you **do not** consent to the use or disclosure of:
> ☐ Summary of Inpatient/Outpatient Medical/Psychiatric Treatment
> ☐ Medical/Psychiatric Treatment records
> For the purpose of: . .
> ☐ Continuity of care and treatment coordination
> ☐ Other _____

| LOUIS W JUNG | | ████3 | |
|---|---|---|---|
| Printed Name of Client or Legal Representative | Relationship (if signed by Legal Representative) | DOB | Last 4 of SSN |
| X ~signature~ | 10/28/2023 | | |
| Signature of Client or Legal Representative | Date Signed | | |
| Philadelphia Department of Prisons Healthcare Provider | Marrie Ihr Arthr RN | | |
| Printed Name of Agency | Printed Name of Agency Staff | | |
| ~signature~ | **Saturday, October 28, 2023** | | |
| Signature of Agency Staff (Witness) | Date Signed | | |

YesCare1248

**Substance Abuse Services:**

If you provide us with information about your substance abuse use, we will only share this information you specifically authorize. Once it has been shared, this information cannot be re-released to additional parties without your written consent, unless allowed by law.

- By signing below I agree that my substance abuse treatment information can be shared, limited to the following: Presence in Services (dates of services, length of stay), my prognosis, the Nature of Project (type of services offered, purpose of services), my progress, and my relapse status and history.
- In recognition that ongoing treatment, coordinated case management services, and stable housing are critical components of recovery, I acknowledge the treating provider relationship between myself and the workers assigned to my case.
- This release is applicable to all past and present treatment providers.
- I understand that my alcohol and/or drug treatment records are protected under federal law and regulations governing Confidentiality of Alcohol and Drug Abuse Patient records (42 U.S.C. 290dd-2; 42 C.F.R. Part 2) and the Pennsylvania Drug and Alcohol Abuse Control Act (71 P.S. § 1690.108; 4 Pa. Code § 255.5).

> Check the below box if you **do not** consent to the use or disclosure of:
> ☐ Substance Abuse Treatment Information as outlined above

*I understand the nature of this release and freely give my consent. I understand that:*

- PDP and all agencies and all contracted providers will treat my information with respect and in a professional and confidential manner.
- Even if I do not agree to share my information, I can receive services from this Agency/provider.
- Signing this authorization form does not guarantee that I will receive the requested services.
- I have a right to receive a copy of this authorization form.
- If I have any questions at any time, I can contact the PDP.
- I have been informed that I have the right to withdraw permission to obtain, use or share medical information in writing at any time. I understand that my withdrawal of permission does not apply to information that was already released, used or shared.
- This authorization is valid until six months after discharge from the Philadelphia Department of Prisons.
- I understand that this medical information may be re-released in accordance with applicable laws.
- I have been informed of my rights subject to Section 7100.111.3 of the Pennsylvania Mental Health Procedure Act and subject to the Pennsylvania Drug and Alcohol Abuse Control Act to inspect the material to be released.
- I have been informed that the Medical Department is authorized to apply for Medical Assistance on my behalf.
- This form has been fully explained to me, and I understand its content.

| LOUIS W JUNG | | 04/16/1973 | |
|---|---|---|---|
| Printed Name of Client or Legal Representative | Relationship (if signed by Legal Representative) | DOB | Last 4 of SSN |
| X | 10/28/2023 | | |
| Signature of Client or Legal Representative | Date Signed | | |
| Philadelphia Department of Prisons Healthcare Provider | NURESNI APOILUNRN | | |
| Printed Name of Agency | Printed Name of Agency Staff | | |
| | Saturday, October 28, 2023 | | |
| Signature of Agency Staff (Witness) | Date Signed | | |

> **Verbal consent:** If the client or legal representative is unable to provide a signature, the following two witnesses attest that the client or legal representative understood the nature of this release and freely gave verbal consent. Verbal consent was freely given by: __LOUIS W JUNG__
> *Name of Client*

| SIGNATURE OF WITNESS: | | |
|---|---|---|
| TITLE OR RELATIONSHIP: | | Saturday, October 28, 2023 |
| SIGNATURE OF WITNESS: | | |
| TITLE OR RELATIONSHIP: | | Saturday, October 28, 2023 |

YesCare1249

# Exhibit 8

# YesCare Medication Verification Policy



| CORE PROCESS PROGRAM | | **Yes**Care Say Yes To Exceptional Care |
|---|---|---|
| Intake | 110-C-SOP | Clinical SOP |
| Medication Verification | | |

## PURPOSE

Verifying current medications and continuing medication therapy are important steps of the intake process. The primary goal is to ensure patients being treated with prescribed medication continue medication therapy while incarcerated to ensure therapeutic levels are maintained. Missed medication doses may negatively impact the health of a patient.

## OBJECTIVES

1. Verify current medication prescription(s).
2. Verify the medication(s) a patient is taking.
3. Ensure prescribed medications are continued in a clinically appropriate and timely manner.

## PROCEDURE

| Medication Verification | | | SMARTies |
|---|---|---|---|
| Step 1 | Determine type and name of medication if possible | | All prescription medications must be verified. |
| | *If…* | *Then…* | |
| | Patient is on prescription medications | **Proceed to Step 2** | |
| | Patient is on over the counter (OTC) medications | a. Initiate provider chart review notification per facility process<br><br>b. **Proceed to Step 7** | OTC medications do not require verification.<br><br>Initiating a chart review varies depending on whether your facility uses a paper record or an electronic health record. You must know the process for your facility. |
| Step 2 | Verify all prescription medication(s) | | Follow facility procedure for storing personal medication. |
| | *If…* | *Then…* | |
| | Medication container (pill bottle) is available | a. Name on the medication container matches the patient's name<br><br>b. Name of the drug, dose, and directions for taking medication are present on the container<br><br>c. Date the medication was last filled (i.e. 30-day supply filled within the last 30 days; 90-day supply filled the last 90 days)<br><br>d. **Proceed to Step 3** | |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03237

| Intake | 110-C-SOP | Clinical SOP |
|--------|-----------|--------------|
| Medication Verification | | |

| Medication Verification | | SMARTies |
|---|---|---|
| **Step 2 (cont'd)** | Verify all prescription medication(s) | |
| | *If…* / *Then…* | |
| | Transfer summary from another correctional institution | a. Name on the transfer summary matches the patient's name <br> b. Name of the drug, dose, and directions for taking medication are present on the transfer summary <br> c. **Proceed to Step 3** | |
| | Outside agency | a. Obtain signed Release of Information (ROI), if required <br> b. Contact agency to request medication verification <br> c. Send copy of signed ROI to agency via fax or secure email, if required <br> d. Place ROI in designated area <br> e. **Proceed to Step 3** | Available YesCare form: <br> • Medication Verification form (CS1006) <br> Outside agencies may include pharmacies, hospitals, doctors offices, clinics, etc. |
| **Step 3** | Notify the provider, review the active medication list or medications as stated by the patient | Remember to have the following information available when reviewing medications with provider: <br> ➢ Name of medication <br> ➢ Dosage <br> ➢ Frequency taken <br> ➢ Date/time of last dose taken <br> ➢ Prescriber name <br> ➢ Reason taken <br> Failure to obtain verification of meds requires provider notification and attention to determine the proper medication orders. |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 03238

| Intake | 110-C-SOP | Clinical SOP |
|---|---|---|
| Medication Verification | | |

| Medication Verification | | SMARTies |
|---|---|---|
| Step 4 | Document provider orders | When obtaining bridge orders for psychotropic and chronic care meds, the orders need to last until the patient can be seen by the provider. Bridge orders are not intended to replace the need for an evaluation by a provider based on patient presentation. |
| Step 5 | Implement provider orders | |
| Step 6 | Initiate a routine behavioral health (BH) referral for psychotropic medications | Psychotropic medications require a referral to BH for evaluation and monitoring. Know the process at your facility for making this referral. |
| Step 7 | Return to Step 7 of 102-C-SOP Complete Intake/Receiving Screening | |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.
YesCare 03239

# Exhibit 9

# Deposition of YesCare 30(b)(6) Deponent Lalitha Trivikram - Excerpts

1          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

2      No. 2:24-cv-05618-TJS

3      -------------------------------------------
4      JACOB & JAMES JUNG, as Administrators of
       the Estates of LOUIS JUNG, JR.,

5

6           Plaintiffs,

7      -vs-

8      CITY OF PHILADELPHIA, YESCARE CORP;
       BLANCHE CARNEY, FORMER COMMISSIONER OF THE
9      PHILADELPHIA DEPARTMENT OF PRISONS; LALITHA
       TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON;
10     BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW,

11          Defendants.

12     -------------------------------------------

13                        -------
                  MONDAY, NOVEMBER 17, 2025
14                        -------

15

16        Videotaped Virtual Oral deposition of

17     DR. LALITHA TRIVIKRAM, was taken on behalf

18     of Plaintiffs, commencing at 10:00 a.m., on

19     the above date, before Lisa J. Brill, a

20     Court Reporter and Notary Public, there

21     being present:

22

23     Job #47414

24

1    Q.    If somebody's taking psychotropic

2    medications, will that also trigger a

3    chronic care follow-up?

4    A.    Yes, and it would also trigger a

5    behavioral health evaluation.

6    Q.    And just so the record's clear,

7    when you say behavioral health, this is

8    synonymous with mental health care?

9    A.    Yes.

10    Q.    Who conducts the pre-screening

11    interview, what type of staff?

12    A.    I believe that's the medical

13    assistant.

14    Q.    Okay.  And a medical assistant is

15    not a nurse, correct?

16    A.    Correct.

17    Q.    Does that person have a license?

18    A.    They do need to be licensed, I

19    believe.

20    Q.    And who conducts the screening?

21    A.    The screening?

22    Q.    After the prescreening?

23    A.    You mean the intake screening?

24    Q.    Yes, sorry.

1    A.    The registered nurse.  An RN.

2    Q.    Does the registered nurse have

3  access if it's somebody who's been to PDP

4  before, and there is an electronic health

5  record for that patient, does the

6  registered nurse have access to that

7  patient's records at the intake screening?

8    A.    Yes.

9    Q.    And are they supposed to review

10  that chart?

11    A.    Yes.

12          MR. KAMINSKY:  I'm going to object

13        to that, but continue.

14  BY MR. GROTE:

15    Q.    And why is that?

16    A.    I'm sorry?

17    Q.    And why are they supposed to

18  review the chart?

19    A.    To see if there were any medical

20  conditions that were treated during a

21  prior incarceration.

22    Q.    And I think I know the answer.

23  But I just want this to be clear for the

24  record.  Based on what you testified

# Exhibit 10

# Jung Norristown Medication Administration Record - October 2023

# MEDICATION ADMINISTRATION RECORD

Nov. 2023          Oct

NORRISTOWN STATEHOSP 10-D2
REPORT DATE : 10/23

③

JUNG, LOUIS

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**STOCK # 606180**

**HUMAN NPH NOVOLIN**
HUMAN NPH INSULIN U100
GIVE 30 UNITS
SUBCUTANEOUSLY AT 7 AM
DAILY — 0800 / site

DX:

**HUMAN NPH NOVOLIN**
HUMAN NPH INSULIN U100
30 UNITS IN THE MORNING
,15 UNITS SC IN THE
EVENING   DX:NIDDM — 8PM / SITE

DX:

**HUMULIN R          S/ML VI**
FBS
0-90 ZERO UNITS — 0800
91-150  3 UNITS — 1600
151-200 6 UNITS
201-250 9 UNITS
251-300 12 UNITS — 8PM
301-350 15 UNITS
BS > 350. Notify MD

DX:

**ACCUCHEKS TID (USE SLIDI — 0800
NG SCALE)** — 1600 / 2000

www.integralsupplies.com

REORDER FROM INTEGRAL Rx   www.integralsupplies.com • 1-800-235-0707

FORM A-70

222294

REV 10/13

---

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| CHARTING FOR | 10/10/23 | THROUGH | 11/09/23 | | PAGE | 1 OF | 1 |
|---|---|---|---|---|---|---|---|
| Physician | BAUTISTA, ODEZZA | | | Telephone No. | | | Medical Record No |
| Alt. Physician | ROMAN, MICHAEL | | | Alt. Telephone | 610-322-6730 | | 67442 |
| Allergies | NO KNOWN ALLERGIES | | | | | | |

Diagnosis

| Medicaid Number | | Medicare Number | | Complete Entries Checked | | | |
|---|---|---|---|---|---|---|---|
| | | | | By: | | Title: | Date: |
| RESIDENT | JUNG, LOUIS | | D.O.B. | Sex M | Room D2 10 | Patient Code JUNGL | Admission 06/02/2 |

# Exhibit 11

# YesCare Diabetes Clinical Pathway



# Clinical Pathway: Diabetes Mellitus

The information contained herein has been compiled from established, evidence-based references and nationally recognized authorities. Treatment plans should be individualized based on patient factors including medical and psychiatric histories, comorbidities, medications and patient discussion. This tool is intended for informational purposes and will be one of the many tools you may access in your practice.

## DEFINITION

Diabetes mellitus is a group of metabolic diseases characterized by hyperglycemia resulting from defects in insulin secretion, insulin action, or both.

**Type I** results from absolute insulin deficiency usually caused by autoimmune destruction of pancreatic islet cells.

**Type II** is a disease of uncertain etiology resulting from relative, but not absolute, insulin deficiency with an underlying insulin resistance.

**Pre-Diabetes:** associated with a higher risk for diabetes and cardiovascular disease

- Fasting (no intake for 8 hours) Blood Glucose $\geq$ 100 - 126
- $A_1C \geq 5.7 - 6.4$
- 2 hour postprandial blood glucose 140 - 199 mg/dL

**A1C (GLYCATED HEMOGLOBIN):** reflects the mean glycemia occurring over the preceding two to three months

## RISK FACTORS

- Physical inactivity
- First-degree relative with diabetes
- High risk ethnic background
- HTN, CAD, CVD, Hyperlipidemia
- Obesity with family history of DM
- Women with baby > 9 lbs at birth or diagnosed with Gestational Diabetes

## CLINICAL PRESENTATION

- Frequent urination
- Excessive thirst
- Extreme hunger
- Unusual weight loss
- Increased fatigue
- Tingling, pain or numbness in hands and feet
- Blurry vision

## DIAGNOSTICS/LABS

**Screening**
- BMI $\geq$ 25 at any age, or after age 45.  If normal, repeat every 3 years or more frequently as indicated.
- o  Urine ketones if blood sugar $\geq$ 300

**Diagnosis**
- Fasting (no intake for 8 hours) Blood Glucose $\geq$ 126
- $A_1C > 6.5$
- Random blood sugar $\geq$ 200 **with symptoms** of diabetes
- Oral Glucose Tolerance Test (OGTT) $\geq$ 200mg/dl

**Follow-up**
- Finger Stick Blood Glucose Monitoring 2 – 3 x/d if on more than 2 injections of insulin
  - o  Urine ketones if blood sugar $\geq$ 300
- Hemoglobin $A_1C$
  - o  If $A_1C \leq 8$, recheck every 6 months
  - o  If $A_1C > 8$, recheck every 3 months



# Clinical Pathway: Diabetes Mellitus

## Correlation of $A_1C$ with Average Glucose

| Mean Blood Glucose mg/dl | = Hb $A_1C$ of |
|---|---|
| 126 | 6 |
| 140 | 6.5 |
| 154 | 7 |
| 183 | 8 |
| 212 | 9 |
| 240 | 10 |
| 269 | 11 |
| 298 | 12 |

## MEDICAL MANAGEMENT/TREATMENT

**Comprehensive Evaluation includes but not limited to:**

- Prior $A_1C$ and blood sugar results
- Review of symptoms
- Current medications
- Comorbidity status
- Vaccination status
- Foot exam
- Review of risk factors
- Baseline vision screening

**Lifestyle changes for all patients**

- Tobacco cessation
- Physical activity goal of 150 min/week
- Consider referral to dietician
- Weight loss counseling to lower BMI to <25

**Treatment of Type II Diabetes**

**Metformin**

If not contraindicated, is preferred initial pharmacological treatment for type 2 diabetes. It's been shown to reduce the risk of cardiovascular events and death.

- Include lifestyle modifications
- Slowly titrate to 1000 mg BID to avoid GI effects
- May cause GI side effects
- Renal dosing considerations:
  o eGFR 45-60 ml/min: Safe to use
  o eGFR <45 ml/min: Do not initiate new patients or reduce dose in patients already tolerating metformin treatment

**Glycemic Control Algorithm**

1. **$A_1C \geq 7\text{-}9\%$:** Monotherapy recommended. Metformin is the drug of choice. If metformin is contraindicated or otherwise not tolerated by the patient, another first line medication may be used



# Clinical Pathway: Diabetes Mellitus

- o  If target A1c is not achieved after 3 months, consider a combination of metformin and another treatment option: sulfonylurea*, thiazolidinedione** or basal insulin
  - o  Insulin should be considered with $A_1C > 8.5$ or who have symptoms of hyperglycemia
- o  Drug choice should be based on patient preferences, disease, and drug characteristics, hypoglycemia risk/management, and patient goals
- o  Check eGFR prior to initiating metformin
2. **$A_1C \geq 9\%$:** initiate dual combination therapy with metformin + other preferred oral agents: sulfonylurea, thiazolidinedione
   - o  If A1c target is not achieved after 3 months of dual therapy, a third medication may be added
   - o  Patients not achieving glycemic goals on oral medications, insulin therapy should not be delayed
3. **$A_1C \geq 10\text{-}12\%$, not symptomatic:** initiate triple oral medication therapy with metformin first-line  **Glycemic control A1c >10-12% (regardless) Metformin  and Insulin therapy**
4. **$A_1C \geq 10\text{-}12\%$, symptomatic:** initiate metformin + basal insulin + mealtime insulin


*Sulfonylureas may cause hypoglycemia and weight gain
**Thiazolidinediones may cause fluid retention and weight gain

**Insulin Dosing**

**Corrective Regular Insulin Coverage (CRIC)**
- Requires a provider order
- Used for prompt glycemic reduction
- Should not replace the patient's daily basal-bolus insulin dosing
- Review finger stick logs at least weekly to make necessary adjustment to basal regimens with the goal of eliminating the need for CRIC

| Blood Glucose mg/dl | Standard | Plus* |
|---|---|---|
| 151-200 | 4 units | 6 units |
| 201-250 | 6 units | 8 units |
| 251-300 | 8 units | 12 units |
| 301-400 f/u as below | 10 units | 14 units |
| ≥401 call Provider, f/u below | 12 units | 16 units |

. **\*Plus:** Certain patients may require higher dosages of insulin than is typical of most ("standard") patients. This may be due to increased insulin resistance and/or a patient's compliance with diet.

**Nursing Considerations using CRIC**

**FSBG≥400:**
- Check urine ketones
- If symptomatic (nausea, vomiting, increased thirst) complete Hyperglycemia/Hypoglycemia NET
- Notify facility or on-call practitioner for orders and document in chart.

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 3434



# Clinical Pathway: Diabetes Mellitus

- Follow-up FSBG post-insulin at approximately 2 hours. Testing at less than 90 minutes with repeating insulin can lead to "insulin stacking" and hypoglycemia.
- Place on Sick Call next day practitioner is on-site

**FSBG 300-400:**

- Check urine ketones
- If symptomatic (nausea, vomiting, increased thirst) complete Hyperglycemia/Hypoglycemia NET
- After 3 consecutive FSBG in this range, place on sick call next day practitioner is on-site

**Initiating basal insulin (NPH) in Type II DM:**
- Start: 10 U/day or 0.1-0.2 U/kg/day
- Adjust 10-15% or 2-4 U once-twice weekly to reach target FBG
- Hypoglycemia: determine and address cause and potentially decrease dose 4 U or 10-20%

**Adding bolus insulin (Regular) with meals:**
- Start: 4 U, 0.1 U/kg, or 10% basal dose with largest meal
- Adjust: 1-2 U or 10-15% once-twice weekly until SMBG target reached
- Hypoglycemia: determine and address cause, decrease corresponding dose 2-4U or 10-20%

**Changing to premixed insulin twice daily (Insulin 70/30):**
- Start: divide current total daily insulin dose (NPH + regular) into 2/3 AM, 1/3 PM
- Adjust: 1-2 U or 10-15% once-twice weekly until SMBG target reached
- Hypoglycemia: determine and address cause and decrease corresponding dose by 2-4 U or 10-20%

**Treatment of Type I Diabetes**
- Oral antihyperglycemic agents are not indicated in Type I Diabetes
- Refer to community records for continuation of insulin therapy
- Common treatment includes multiple daily injections of prandial and basal insulin
- If initiating insulin therapy for a newly diagnosed patient, consider referral with an endocrinologist.
- Pre mixed insulin should not be used in DM type 1. Basal/ meal time insulin is physiologic. Remember that if you use premixed insulin in the evening, (4-6PM mealtime), there is a risk of hypoglycemia in the early AM hours.

**Treatment of Hyperlipidemia (also refer to dyslipidemia pathway)**
- Statin therapy if over 40y/o, with LDL greater than 100 or if 10yr risk of CV disease is >10% (see cvriskcalculator)
- Lipid profile every 3 months if not at goal

**Treatment of Cardiovascular Disease Risk**
- 81mg ASA, if no contraindications, with h/o CVD, TIA, PVD, greater than 50y/o or if 10 yr >10% CV risk (see cvriskcalculator)
- Antihypertensive medication with diagnoses of diabetes and hypertension with persistent blood pressure ≥130/80

**Clinical Pearls of Diabetes Medication Management**
- Consider discontinuing sulfonylureas after initiating insulin or 5 years after initiation if loss of $A_1C$ control
- Avoid routine sliding scale only insulin regimens

CS4207 Issued 1/2013                    Revised 08/2022                    Page 4 of 6
© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.



# Clinical Pathway: Diabetes Mellitus

## Goals of treatment
- $A_1C < 7$
- Less stringent goals may be appropriate for diabetic patients with a history of severe hypoglycemia, limited life expectancy, advanced micro or macrovascular complications and extensive comorbid conditions
- Avoid hypoglycemia
- Maintain blood pressure < 140/90

## Treat Symptoms of Hypoglycemia
For BS < 70 mg/dl, give 15 - 20 gm glucose; repeat BS every 15 minutes until BS > 70.
Unconscious patient: use glucagon or IV glucose if available. Patients with one or more episodes of low BS should be referred to provider for evaluation.

## POTENTIAL COMPLICATIONS
- Diabetic ketoacidosis (DKA)
- Cardiovascular disease (CVD)
- Infection/Sepsis
- Nephropathy leading to ESRD
- Retinopathy
- Diabetic neuropathy
- Amputation

Risk reduction should include:
- Glycemic management
- Blood pressure management
- Lipid management
- Medications with cardiovascular and nephrology benefits
- Lifestyle modifications
- Patient education

## FOLLOW UP
### Chronic Care Visit Evaluation (initial visit)
- Baseline HgbA1c
- CMP, CBC, TSH, Lipid profile, Liver function tests (All included in YesCare Diagnostic Panel II)
- History (including hospitalizations and medications) and Physical Assessment
- Review of blood glucose logs
- Patient education

### Chronic Care Visit Evaluation (at each visit):
- Weight/BMI
- Review blood glucose log
- Patient education
- CMP at 6 month visit to monitor renal status
- Visual foot inspection
- Consider mental health evaluation for poor adherence to regimen

### Annually
- Calculate BMI
- Labs (if not done in past year)
  - Urinalysis with Microalbumin if not on an ACEI
  - Lipid profile (every 6 months if not at goal)

CS4207 Issued 1/2013                          Revised 08/2022                                                    Page 5 of 6
© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.



# Clinical Pathway: Diabetes Mellitus

- EKG
- Evaluate **CVD risk factors cvriskcalculator.com**
- Dilated retinal eye exam by optometrist or ophthalmologist
- Monofilament foot exam (includes monofilament AND any one of: pinprick, vibrational, reflexes, pedal pulses)
- Flu vaccine
- Pneumococcal vaccine per CDC / UpToDate recommendations. Re-vaccination after 5 years if indicated.
- HBV Vaccine series , if less than age 60 (unless contraindicated)
- Optometry exam

**\*Monitor pre-diabetics annually for development of diabetes**

## INDICATIONS FOR SPECIALTY OR ER/REFERRAL

- Stage IV kidney failure
- Non-healing ulcer
- Vascular compromise
- Gastroparesis
- Evidence of ischemia / infarction

## UTILIZATION MANAGEMENT CONSIDERATIONS

- Endocrinology/Diabetes specialty referral for newly diagnosed Type 1 Diabetes
- Stage IV kidney failure - include serial labs, GFR, imaging studies, MAR
- Non-healing ulcer – include dimensions of ulcer, pulses, pertinent physical examination, bedside ABI (if available), previous therapies trialed and length of treatment.
- Vascular compromise – include pertinent physical examination, bedside ABI (if available), previous therapies trialed and length of treatment.
- Gastroparesis – include all previous therapies trialed and failed, and length of treatment.
- Evidence of ischemia/ infarction – include pertinent physical examination, bedside ABI (if available), pertinent labs.

## REFERENCES/LINKS

- Centers for Disease Control and Prevention (CDC), Diabetes home page. Available at www.cdc.gov/diabetes
  https://www.uptodate.com/contents/clinical-presentation-diagnosis-and-initial-evaluation-of-diabetes-mellitus-in-adults
- Management of Diabetes, Federal Bureaus of Prisons Clinical Guidance, March 2017. Available at:
  https://www.bop.gov/resources/pdfs/201703_diabetes.pdf
- American Diabetes Association. 2023 Standards of Care in Diabetes. Diabetes Care. January 2023;46(Supp1). Available at:
  https://diabetesjournals.org/care/article/46/Supplement_1/S41/148039/3-Prevention-or-Delay-of-Type-2-Diabetes-and
- UpToDate

# Exhibits 12

# YesCare Nursing Encounter Tool: Hypoglycemia/Hyperglycemia

| Patient Name: JUNG,LOUIS DOB: W | Encounter Dt: 01/08/2023 | PID 718327 | Intake 2310416 | Race: White |
|---|---|---|---|---|

# (NET21)
# Hypoglycemia/Hyperglycemia

## (NET21) Hypoglycemia/Hyperglycemia Subjective

Date seen

01/08/2023  ... (mm/dd/yyyy)

*Location seen?

⦿ Triage  ◯ Sick Call

Time seen

0930

Chronic Care Clinic

⦿ Yes  ◯ No

What clinic(s)

IDDM, HYPOTHYROIDISM

Chief complaint

" MY BP AND FEVER "

Onset date

01/08/2023  ... (mm/dd/yyyy)

Time

Have you had this problem before

⦿ Yes  ◯ No

Describe

MANY TIMES

Last episode

01/08/2023

Frequency

" SOMRETIMES "

Known diabetic

⦿ Yes  ◯ No

Type

⦿ Type 1  ◯ Type 2

Insulin dependent

⦿ Yes  ◯ No

Type of insulin

NPH

Time of last insulin dose

0657

Time of last food intake

*Is patient being evaluated for a work-related injury?

YesCare1238

○ Yes  ⊙ No

**ASSOCIATED FACTORS**

Disorientation

○ Yes  ⊙ No

Dizziness

⊙ Yes  ○ No

Lightheaded

⊙ Yes  ○ No

Drowsiness

⊙ Yes  ○ No

Weakness

⊙ Yes  ○ No

Tingling around the mouth/tongue

○ Yes  ⊙ No

Seizure

○ Yes  ⊙ No

Vomiting/nausea

⊙ Yes  ○ No

Anxious

⊙ Yes  ○ No

Increased thirst

⊙ Yes  ○ No

Dry mouth

⊙ Yes  ○ No

Increased urination

⊙ Yes  ○ No

Increased hunger

○ Yes  ⊙ No

Weight loss

○ Yes  ⊙ No

**PERTINENT MEDICAL CONDITIONS**

Pertinent Medical Conditions

☑ Diabetic ☐ Hypoglycemia ☑ Hyperglycemia ☐ Renal disease ☐ Pituitary disease ☐ Eating disorder ☐ Alcohol ingestion ☐ Other

Medication(s)

NPH

**CURRENT MEDICATIONS**

Oral diabetic medication

○ Yes  ⊙ No

Insulin

⊙ Yes  ○ No

Steroids

○ Yes  ⊙ No

Psychotropic

○ Yes  ⊙ No

New medication within the past 30 days

○ Yes  ⊙ No

**(NET21) Hypoglycemia/Hyperglycemia Examination and Objective**

YesCare1239

Glasgow Coma Scale: Eye Opening Response

◉ Opens eyes spontaneously= 4 points  ○ Opens eyes in response to voice= 3 points  ○ Opens eyes in response to painful stimuli= 2 points  ○ Does not open eyes= 1 point

Glasgow Coma Scale: Verbal Response

○ Oriented= 5 points  ◉ Confused, disoriented= 4 points  ○ Utters inappropriate words= 3 points  ○ Incomprehensible sounds= 2 points  ○ Makes no sound= 1 point

Glasgow Coma Scale: Motor Response

◉ Obeys commands= 6 points  ○ Localizes painful stimuli= 5 points  ○ Flexion/withdrawal from painful stimuli= 4 points  ○ Abnormal flexion to painful stimuli (decorticate response)= 3 points  ○ Extension to painful stimuli (decerebrate response)= 2 points  ○ Makes no movement= 1 point

Score (if score less than or equal to 13 contact provider)

14

Time completed

**EYES**
PERRLA
◉ Yes  ○ No

Pupil size Right in mm

3

Pupil size Left in mm

3

Abnormal conjunctiva
☐ Right  ☐ Left

**MOUTH**
Oral mucosa
☐ Moist  ☑ Dry  ☐ Fruity breath

Bad breath
○ Yes  ◉ No

**RESPIRATORY/BREATHING**
Breathing
☑ Normal  ☐ Labored  ☐ Tachypneic  ☐ Bradypneic

Stridor
○ Yes (Emergency)  ◉ No

Wheezing
○ Yes  ◉ No

Accessory muscle use
○ Yes  ◉ No

**SKIN**
Warm
◉ Yes  ○ No

Dry
○ Yes  ◉ No

Cool
○ Yes  ◉ No

Clammy/diaphoretic
◉ Yes  ○ No

Pale
◉ Yes  ○ No

Red

○ Yes  ◉ No

**TESTS**

Fingerstick results (All)

396

UA dipstick results (All)

YES HIGH KETONES IN URINE

HYPOGLYCEMIA

○ Yes, (repeat every 15 min until stable) (>70 <240 x2)  ◉ No

HYPERGLYCEMIA

◉ Yes  ○ No

FSBG (Initial result insulin treatment)

◉ Yes  ○ No

Insulin given

○ Yes  ◉ No

FSBG #2 (>2hrs after initial)

◉ Yes  ○ No

FSBG #2 result

425

Time

GCS

Insulin given

○ Yes  ◉ No

FSBG #3 (>4hrs after initial)

○ Yes  ◉ No


**YesCare**
Say Yes to Exceptional Care

## Nursing Encounter Tools (NETs)
### *Hypoglycemia/Hyperglycemia*

| Patient | Last | | First | | ID Number | |
|---|---|---|---|---|---|---|

---

### ☐ EMERGENT INTERVENTION- *PROVIDER CONTACT REQUIRED*

If CPR or AED is initiated use Emergency Response Form (NA6291)

*IF PATIENT IS EXPERIENCING AN EMERGENT CONDITION CONTINUE WITH EMERGENT INTERVENTIONS, ACTIVATE LOCAL EMS SYSTEM, AND PREPARE PATIENT FOR TRANSPORT*

*SCOPE OF PRACTICE GUIDELINES FOR YOUR STATE MUST BE FOLLOWED WHEN PERFORMING EMERGENT INTERVENTION*

☐ Hyperglycemia FSBS >500 or meter glucometer capabilities – Initiate IV and run Normal Saline at 1000ml/hr
☐ Hypoglycemia FSBS <60
  *UNCONSCIOUS PATIENT* administer Glucagon 1mg IM or SubQ, recheck FSBG in 15 minutes, and document results under "Test" on front
  *CONSCIOUS PATIENT* administer 4 glucose tabs or 1 tube of instant glucose, recheck FSBG in 15 minutes and document on results under "Test" on front
☐ Monitor the patient's vital signs
☐ Prepare patient for transport
☐ Recheck vital signs: Time:_____  Condition improved ☐ Y ☐ N
  Pulse _____ R_____  BP _____/_____  Pulse Ox _____ ☐ RA ☐ O2 ____lpm/via _____

Name of provider notified:_____  Time:_____  ☐ EMS notified time: _____  Arrival time: _____

| COMMENTS/ORDERS: |
|---|
| |
| |

| *If YES to either of the suicide screening questions ensure the following actions are completed: | | |
|---|---|---|
| ☐ Place on suicide watch | ☐ Notify Behavioral Health | ☐ Complete emergent referral to Behavioral Health |

---

### ☐ URGENT INTERVENTION- *PROVIDER CONTACT REQUIRED*

☐ Abnormal vital signs
  ☐ Temp <97.8->100.3
  ☐ Pulse <60->110
  ☐ Respiration <12->20
  ☐ B/P <90/60->145/95
  ☐ Pulse Ox <92%
☐ Abnormal fingerstick diabetic <60 or >240
☐ Abnormal fingerstick non-diabetic <70 or >200
☐ Glasgow coma scale ≤13
☐ Seizure activity  ☐ UA positive for ketones
☐ Other describe:

Reviewed with provider: ☐ MAR  ☐ Health record
☐ Seen by provider  Name:_____  Time:_____
☐ Contacted provider  Name:_____  Time:_____
☐ Contacted Behavioral Health  Name:_____  Time:_____
Provider orders received ☐ Y ☐ N  ☐ Read back provider orders
Provider orders:
_____
_____
☐ O2 @ 2/lpm via NC to achieve Pulse Ox >95% (88% to 92% on COPD patients)

Disposition: ☐ Monitor/Observation (23hour)  ☐ Admit for infirmary-level care  ☐ Other:_____

| ADDITIONAL COMMENTS/DOCUMENTATION: |
|---|
| |
| |
| |

---

### ☐ NURSING INTERVENTION

**CONTINUITY OF CARE**

☐ No follow up required
☐ Referral to provider for current presenting complaint
☐ Referred to provider multiple visits for same complaint
☐ Referred to provider for evaluation of enrollment in CCC
☐ Nurse follow up scheduled
☐ Custody notified of special needs
☐ Other: _____

**NURSING INTERVENTION**
REFER TO INTERVENTION GUIDE FOR AVAILABLE OTC MEDICATIONS
☐ OTC medication(s) given and documented in MAR

**PATIENT EDUCATION**

☐ Patient educated to contact medical if new symptoms develop or current condition symptoms worsen
☐ Written education provided  ☐ Verbal education provided  ☐ Patient educated on OTC medication(s)
☐ The patient demonstrates an understanding of self-care, symptoms to report, and when to return for follow-up care

| ADDITIONAL COMMENTS/DOCUMENTATION: |
|---|
| |
| |
| |
| |
| |

| *All significant negative and positive medical findings were documented* | | |
|---|---|---|
| | | |
| Nurse's signature | Print/stamp | Date/time |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

YesCare 3438

 **YesCare**
Say Yes To Exceptional Care

## Nursing Encounter Tools (NETs)
### *Hypoglycemia/Hyperglycemia*
*THIS TOOL IS NOT INTENDED TO REPLACE THE IMMEDIATE URGENT/EMERGENT CARE NEEDS OF ABC'S/BLS*

### DEMOGRAPHICS/VITAL SIGNS

| | | | | | | |
|---|---|---|---|---|---|---|
| **Facility name:** | | **Location seen:** | | **Date seen:** | | **Time seen:** |
| **Patient name:** | **Last:** | | **First:** | **MI:** | **ID#:** | **DOB:**  **Age:** |
| **Vital signs:** | **T:** *T<97.8->100.3 | **P:** *P<60->110 | **R:** *R<12->20 | **BP:** *BP<90/60->145/95 | **Pulse Ox:**  % ☐ RA ☐ O2:  /lpm  *Pulse Ox<92% | **WT:**  ☐ Actual ☐ Reported |

☐ No known allergies  ☐ Allergies: _____
Chronic care clinic: ☐ Y  ☐ N  What clinic(s): _____

### Suicide Screening Questions
| | |
|---|---|
| In the last 30 days, have you wished you were dead or wished you could go to sleep and not wake up? | Yes  /  No |
| In the last 30 days, have you actually had any thoughts of killing yourself? | Yes  /  No |

*If YES to either suicide screening question, place on suicide watch, notify Behavioral Health, complete an emergent referral, & document in the emergent section on back.*

### SUBJECTIVE

**CHIEF COMPLAINT:** _____
Onset date: _____ Time: _____
Have you had this problem before: ☐ N  ☐ Y, if yes describe below:
Describe: _____
Last episode: _____ Frequency: _____
☐ Known diabetic  ☐ Type 1  ☐ Type 2
☐ Insulin dependent, type insulin: _____
☐ Time of last insulin dose: _____
☐ Time of last food intake: _____

**ASSOCIATED FACTORS:**
☐ Disorientation  ☐ Dizziness  ☐ Lightheaded  ☐ Drowsiness
☐ Weakness  ☐ Tingling around the mouth/tongue  ☐ Seizure
☐ Vomiting/nausea  ☐ Anxious  ☐ Increased thirst  ☐ Dry mouth
☐ Increased urination  ☐ Increased hunger  ☐ Weight loss

**PERTINENT MEDICAL CONDITIONS:**
☐ Diabetic  ☐ Hypoglycemia, medication(s): _____
☐ Hyperglycemia, medication(s): _____
☐ Renal disease  ☐ Pituitary disease
☐ Eating disorder  ☐ Alcohol ingestion
☐ Other: _____

**CURRENT MEDICATIONS:**
☐ Oral diabetic medication, what: _____
☐ Insulin  ☐ Steroids  ☐ Psychotropic
☐ New medication within the past 30 days
What: _____

| NOTES/DOCUMENTATION: |
|---|
|  |
|  |
|  |
|  |
|  |
|  |
|  |

### OBJECTIVE

#### GLASGOW COMA SCALE (GCS)

| Eye Opening (E) | Verbal Response (V) | Motor Response (M) |
|---|---|---|
| 4 = Spontaneous<br>3 = To voice<br>2 = To pain<br>1 = None | 5 = Normal conversation<br>4 = Disoriented conversation<br>3 = Words, but not coherent<br>2 = No words, only sounds<br>1 = None | 6 = Normal<br>5 = Localizes to pain<br>4 = Withdraws to pain<br>3 = Decorticate (Arms bent across chest)<br>2 = Decerebrate (Arms straight down side)<br>1 = None |
| E= | V= | M= |

SCORE (E+V+M)= _____ (≤ 13 Call provider)

**EYES:**

Pupil size reference chart  2mm ●  4mm ●  6mm ⬤  8mm ⬤
Pupils need to be noted in 1mm-10+mm, above is size reference only
☐ PERRLA  Pupil size  Right _____mm  Left _____mm
Abnormal conjunctiva ☐ R  ☐ L, describe: _____

**MOUTH:**
Oral mucosa: ☐ Moist  ☐ Dry  ☐ Fruity breath
☐ Bad breath, describe: _____

**RESPIRATORY/BREATHING:**
Breathing  ☐ Normal  ☐ Labored  ☐ Tachypneic  ☐ Bradypneic
☐ Stridor (Emergency)  ☐ Wheezing  ☐ Accessory muscle use

**SKIN:** (Use Anatomical Figure NA0804 for detail if needed)
☐ Warm  ☐ Dry  ☐ Cool  ☐ Clammy/diaphoretic  ☐ Pale  ☐ Red

**TESTS:**
☐ Fingerstick results: _____ (ALL)
☐ UA dipstick results: _____ (ALL)
HYPOGLYCEMIA: (repeat every 15 min until stable) (>70 <240 x 2)
FSBG #2 result: _____ Time: _____ GCS: _____
FSBG #3 result: _____ Time: _____ GCS: _____
FSBG #4 result: _____ Time: _____ GCS: _____
HYPERGLYCEMIA:
FSBG (Initial result insulin treatment)
☐ Insulin given Type: _____ Dose: _____
(>2hrs after initial)
FSBG #2 result: _____ Time: _____ GCS: _____
☐ Insulin given Type: _____ Dose: _____
(>4hrs after initial)
FSBG #3 result: _____ Time: _____ GCS: _____
☐ Insulin given Type: _____ Dose: _____

| All significant negative and positive medical findings were documented | | |
|---|---|---|
| **Nurse signature** | **Print/stamp** | **Date/time** |

© YesCare, Corp. All information and photos are confidential and proprietary and cannot be otherwise used or disseminated without the prior written consent of YesCare. All Rights Reserved.

# Exhibit 13

# Deposition of Marsha Jeoboham - Excerpts

Case 2:24-cv-05618-TJS    Document 119-1    Filed 12/19/25    Page 102 of 129

Deposition of Marsha Jeoboham                    Estate of Louis Jung, Jr. v. City of Philadelphia, et al.

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3


 4
     JACOB and JAMES JUNG,    :   CIVIL ACTION
 5   as Administrators of     :   NO. 2:24-cv-05618-TJS
     the Estate of LOUIS      :
 6   JUNG, JR,                :
              Plaintiffs      :
 7                            :
                              :
 8     VS                     :
                              :
 9                            :
     CITY OF PHILADELPHIA;    :
10   YESCARE CORP.;           :
     BLANCHE CARNEY,          :
11   Former Commissioner      :
     of Philadelphia Dept.    :
12   Of Prisons; LALITHA      :
     TRIVIKRAM; MAUREEN       :
13   GAY; MARIESHA            :
     APOLLON; BLAIR           :
14   CABELLOS; GENA           :
     FRASIER; WANDA           :
15   BLOODSAW,                :
              Defendants      :
16

17

18

19
             DEPOSITION OF:   MARSHA JEOBOHAM
20
                  BEFORE:     JENNIFER R. RIVERA, RPR
21                            NOTARY PUBLIC

22                DATE:       NOVEMBER 18, 2025
                              (10:30 A.M.)
23
                  PLACE:      REMOTE
24

25
```

```
1              Okay.  So, are you prepared to give a
2    deposition today?
3         A.   Yes.
4         Q.   Did you do anything to prepare for today's
5    deposition?
6         A.   I spoke with Mr. Gregory.
7         Q.   Okay.  Anything else?  Did you review any
8    records or anything?
9         A.   No.
10        Q.   Okay.  So, Ms. Jeoboham, where do you
11   currently work?
12        A.   I currently work at ChristianaCare.
13        Q.   Okay.  And where in ChristianaCare?
14        A.   The Wilmington campus.
15        Q.   Okay.  And how long have you worked there?
16        A.   I've been here since last October, so a
17   little over a year now.
18        Q.   Okay.  And what is your role at
19   ChristianaCare?
20        A.   I'm an emergency room nurse.
21        Q.   Okay.  And I'm going to go a bit more into
22   your employment history here in a bit, but before I
23   do so, could you please walk me through your
24   educational history?  So anything college onwards.
25        A.   I received my first Bachelor's of Science
```

1    A.    Yes.   Um-hmm.

2    Q.    -- PRN but also on travel assignment?

3    A.    Correct.

4    Q.    So, those were simultaneous.   Oh, okay.

5 Thank you.   I appreciate that clarification.

6         Okay.   So, then you returned full-time as

7 director of nursing in 2022; is that correct?

8    A.    Yes, correct.   I think so.

9    Q.    Okay.   Do you remember what month in 2022?

10    A.    I do not remember.

11    Q.    Okay.   That's okay.

12         So, you returned full-time.   So, you

13 stopped travel assignment, correct?

14    A.    Correct.

15    Q.    Okay.   And as director of nursing, what

16 were your responsibilities?

17    A.    As the clinical leader, like, managing the

18 facility with the health service administrator,

19 checking to see if things were -- basically, the

20 staff were following policies and procedures,

21 assisting with staff meetings, assisting with -- if

22 any of the staff needed knowledge of anything that

23 they weren't sure concerned about the policies.

24 But, really, basically overviewing clinical --

25 anything clinical.

1    It would probably be corrections that gives it to a

2    staff member.

3        Q.    Okay.  Would corrections give it to a

4    designated staff member?

5        A.    If it's a new intake, it would probably be

6    one of the intake nurses.  If it's a triage nurse,

7    then it would be the triage nurse.

8        Q.    Okay.  Thank you.

9        A.    Um-hmm.

10        Q.    I'm going to switch gears a little bit

11    here subject-wise.

12            So, to your understanding, based on your

13    experience at YesCare/PDP, are nurses at PDP/YesCare

14    provided training on any specific medical

15    conditions?

16        A.    Any specific?  I don't think, like, it's,

17    like, specific -- not a specific one, no.

18        Q.    Okay.

19        A.    That I would know.

20        Q.    Does YesCare/PDP provide any trainings on

21    diabetes to nursing staff?

22        A.    Oh, yes.

23        Q.    Okay.  What do those trainings look like?

24        A.    That would be with the onboarding, so with

25    the QI team that does the onboarding.  And then when

```
 1   they come into the facility, then their preceptor
 2   would review it with them or review the process with
 3   them.
 4       Q.   Were PDP/YesCare nurses trained on
 5   identifying signs of high blood sugar?
 6       A.   I don't believe specifically.  Again, in
 7   nursing school, you review what the
 8   hypo/hyperglycemic signs and symptoms are.
 9       Q.   Okay.
10       A.   But at the jail specifically, we're like,
11   hey -- well, yes we do.  Yes, we do.  We do, just,
12   like, some small things, like the things that we
13   learn in nursing school.  Hey, this is what you
14   would look out for.
15       Q.   Okay.  Was it something that you
16   remembered that made you change your answer now just
17   halfway?
18       A.   I had to think about how I was trained
19   myself.  And I believe there was, like, a module in
20   the YesCare University.  I had the modules everybody
21   has access to.  I believe that's what I'm
22   remembering, is, like, you get a little review on
23   diabetes and there's, like, papers.
24       Q.   Okay.  Understood.
25       A.   Um-hmm.
```

```
 1    back and just review to make sure they documented
 2    correctly.
 3         Q.    Okay.  Thank you.
 4         A.    Um-hmm.
 5         Q.    And are PDP/YesCare nurses trained on
 6    nurse encounter tools?
 7         A.    Nursing -- yes.
 8         Q.    Okay.  When and how does it happen?
 9         A.    That's through the onboarding process as
10    well, and through your preceptor.
11         Q.    Okay.  And do all nurses have access to
12    the NextCon from now on, after that initial
13    onboarding process?
14         A.    They do.
15         Q.    Okay.  Do intake nursing staff have access
16    to those?
17         A.    Yes, they do.
18         Q.    How about contractor nurses?
19         A.    Yes, they do.
20         Q.    Okay.  Thank you.
21               Moving on subject-wise again.
22               Ms. Jeoboham, are you familiar with any
23    YesCare auditing processes?
24         A.    Yeah.
25         Q.    Okay.  Could you give us some examples?
```

1          MS. HU:  Noted.  I think we're good to

2     stop sharing the screen.

3     BY MS. HU:

4          Q.   Again, Ms. Jeoboham, are you familiar with

5     a Mariesha Apollon?

6          A.   Yes.

7          Q.   Okay.  What was your relationship to her?

8          A.   I was her clinical leader.

9          Q.   And was that during your time as DON?

10         A.   Yes.

11         Q.   Okay.  And how long are you -- were you

12    her clinical leader for?

13         A.   I couldn't even tell you with a

14    guesstimate.  I'm not -- I can't remember the

15    timeframe.

16         Q.   That's totally good.

17              Did you ever have any conversation with

18    her about Mr. Jung's condition?

19         A.   Not that I can remember off the top of my

20    head.

21         Q.   Did you ever have any conversation with

22    her after Mr. Jung's death?

23         A.   Not that I remember off the top of my

24    head.

25         Q.   Okay.  Are you familiar with a Maureen

# Exhibit 14

# YesCare Patient Safety Event Committee Report



**6/23/2025**

# Patient Safety Event Committee

Curran Fromhold Correctional Facility, Philadelphia Pennsylvania

YesCare 3496

## Patient Safety Work Product (PSWP)



+ This presentation is confidential and protected by legal privilege in accordance with the Federal Patient Safety & Quality Improvement Act of 2005 and applicable State Peer Review Laws

+ <mark>YesCare</mark> is a contracted participant with the Center for Patient Safety (CPS) Patient Safety Organization (PSO)



YesCare 3497

1

# Patient Safety Event Committee Agenda



| Time | Site | Patient | DOB | Type of Event | Date of Event | CAT | Presenter |
|------|------|---------|-----|---------------|---------------|-----|-----------|
| 0647 | CFCF | Jung, Louis | 4/16/1973 50 y.o. | Mortality | 11/6/2023 | 4 | L. Witkowski |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

YesCare 3498

2   YesCare, Corp.  All information and photos are confidential and proprietary.  All rights reserved.

# Curran Fromhold-- Patient: Jung, Louis 50 y.o.
# Presenter: Lynda Witkowski BSN RN



❖ ## Narrative Timeline Review

- ❑ Admitted to Facility on 10/28/2023 at 10:03 AM
- ❑ Intake question: Is the patient a transfer back into custody from Norristown hospital? NO*
- ❑ Intake question: "Do you have Diabetes" NO*
- ❑ Intake question: "Are you currently taking medications prescribed for any medical condition? (Including those for HIV/AIDs, Diabetes, Hypertension, Sickle Cell, Asthma, Epilepsy, Hepatitis, etc.)" NO*
- ❑ Freetyped in the intake note "states has Type 1 Diabetes" BS of 542 states "he hasn't gotten insulin in 3 days". Rec'd an order for 10 units of NPH and 12 units of R. Patient was positive for ketones, encouraged to drink plenty of water."*
- ❑ Sent a TE to provider "Please order IP insulin thanks"*
- ❑ Ordered NPH 10 units BID and CRIC BID
- ❑ Hx of T1DM, medical noncompliance, Hypothyroidism, Hyperlipidemia.

YesCare, Corp. All information and photos are confidential and proprietary. All rights reserved.

YesCare 3499

# Medication Administration



**Insulin order:**

Novolin N 10 units SQ BID

Novolin R CRIC SQ BID

151-200 = 4 units, 201-250 = 6 units, 251-300 = 8 units, 301-400 = 10 units, > 400 = 12 units

|  | 10/29 | 10/30 | 10/31 | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 |
|---|---|---|---|---|---|---|---|---|
| AM | BS 385 10 R 10 N | BS 268 8 R 10 N | BS 371 10 R 10 N | Refused (no form) | BS 290 8 R 10 N | No Show | BS 266 8 R 10 N | No Show |
| PM | BS 585 12 R 10 N | Not Doc | BS 500 No CRIC doc 10 N | BS 411 0 R 10 N | BS 245 6 R 10 N | BS 394 10 R 10 N | Not Doc | Refused (no form) |

10/29 PM BS included a note in the EMAR: "Provider notified; urine obtained." No other documentation or lab located.

11/6 AM Patient did not show up for his AM insulin. The nurse was on his way to obtain a refusal form when the stretcher call was announced at 0604. All resuscitative efforts were attempted, and the patient was pronounced at 0647 after Fire Rescue arrived.

YesCare 3500

# QIP / Taxonomy Codes
# page 1 of 2



1. Omitted Actions (P1)
   1. Problem: Nurse failed to answer intake questions accurately or obtain an Intermedex which would have identified recent RX and dosages.
   2. Solution: Staff member will complete the YesCare Intake/Receiving Screening module in YesCare University.

2. NET/Usage (PD2)
   1. Problem: Nurse failed to utilize the Hyper/Hypoglycemia NET during the Intake screening or schedule a follow up (walk in appt)
   2. Solution: Staff member will complete YSSO-Documentation and Clinical Communication and YesCare Nursing Encounter Tool (NETS) modules in YesCare University and receive a write up for not completing a NET form for elevated Blood sugar upon examination or scheduling a follow up visit.

3. Situational Awareness (CT1)
   1. Problem: Staff was unaware this IP was a Norristown State Return.
   2. Solution: The Regional Team is developing a plan to identify IPs before they return from NSH to the PDP.

4. Failure to Treat - Nurse (CM4)
   1. Problem: Nurse did not utilize CRIC for BS >400 nor notify the provider.
   2. Solution: Staff member will sign (the recently sent) email acknowledging acceptable documentation in HCS. Staff member will complete Medication management Core Processes Part 1, 2, and 3, YSSO-Documentation and Clinical Communication, and receive a write up for failure to administer sliding scale insulin coverage for a BS of 411.

5. Unformed Skills/Habits (CY1)
   1. Problem: Nurses failed to obtain a signed refusal or schedule a red flag appointment.
   2. Solution: Staff members will sign (the recently sent) email acknowledging acceptable documentation in HCS. Staff members will complete Medication management Core Processes Part 1, 2, and 3 and receive a write up for not receiving a refusal. Staff members will also sign the refusal workflow acknowledging utilizing the signature pad in the HCS and the red flag workflow acknowledging schedule a red flag encounter.

**5**

YesCare 3501

# QIP / Taxonomy Codes

## Page 2 of 2



1.   Inattention (CS1)
   1.   Problem:  Nurses failed to utilize the Hyper/Hypoglycemia NET during med pass (BS > 400).
   2.   Solution: Staff member will complete YSSO-Documentation and Clinical Communication and YesCare Nursing Encounter Tool (NETS) modules in YesCare University and receive a write up for not completing a NET form for elevated Blood sugar upon examination.

2.   Failure to Validate/Verify (CT2)
   1.   Problem: Nurses documented a NO SHOW for insulin.
   2.   Solution: Staff members will sign (the recently sent) email acknowledging acceptable documentation in HCS. Staff members will complete Medication management Core Processes Part 1, 2, and 3 in YesCare University, and receive a write up for not scheduling a red flag appointment.  Staff members will also sign the refusal workflow acknowledging utilizing the signature pad in the HCS and the red flag workflow on how to schedule a red flag encounter.
   3.   Problem: Nurses failed to document in the EMAR (Not documented).
   4.   Solution: Staff members will sign (the recently sent) email acknowledging acceptable documentation in HCS. Staff members will complete Medication management Core Processes Part 1, 2, and 3 in YesCare University, YSSO-Documentation and Clinical Communication, and receive an education for not documenting medication administration in HCS.
   5.   Problem: Provider failed to follow up in real time regarding telephone call about patient with BS of 542 and positive ketones.
   6.   Solution:  Provider was verbally educated by the SMD and will complete YSSO-Documentation and Clinical Communication in YesCare University.

6

YesCare 3502

# Category Assignment (Decision Tree) Algorithm





| | | |
|---|---|---|
| Was there a deviation from generally accepted performance standards (GAPs)? | **No** → | Not a Safety Event (Category 1) |
| ↓ Yes | | |
| Did the deviation reach the patient? | **No** → | Near Miss Safety Event (Category 2) |
| ↓ Yes | | |
| Did the deviation lead to moderate to severe harm or death? | **No** → | Precursor Safety Event (Category 3) |
| ↓ Yes | | |
| Serious Safety Event (Category 4) | | |

YesCare 3503

**7**

YesCare, Corp. All information and photos are confidential and proprietary. All rights reserved.



**yescarecorp.com**

YesCare 3504

# Exhibit 15

# Rule 26(a)(2) Disclosures

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR., | : : : | |
| | : | No. 2:24-cv-05618-TJS |
| Plaintiff, | : : | |
| v. | : : | **JURY TRIAL DEMANDED** |
| | : | |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; Correctional Officer John Does 1-10, | : : : : : : | |
| | : | |
| Defendants. | : | |

**RULE 26(a)(2) Disclosures**

Plaintiff, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 26(a)(2), discloses that the following individuals will be called as expert witnesses to testify on behalf of Plaintiff at trial in the above-captioned case:

- Dr. Jonathan S. Williams, M.D., Physician and Endocrinologist at Brigham and Women's Hospital and Harvard Medical School – Expert in diabetes care. CV attached.

- Dr. Homer Venters, M.D., Physician and Epidemiologist – Correctional Healthcare expert. CV attached.

- Dr. Lori E. Roscoe, DNP, PhD, APRN, ANP-C, CCHP-RN – Correctional Nursing expert. CV attached.

These experts will produce written reports in advance of trial in accordance with paragraph 2 of the Court's Case Management Order of May 22, 2025. Dkt. 41. Plaintiffs reserve the right to

1

supplement these disclosures, including by identifying any additional expert witnesses who will

testify at trial.


Respectfully submitted,

*/s/ Bret Grote*
Bret Grote (PA 317273)
*/s/ Nia Holston*
Nia Holston (PA 327384)
*/s/ Rupalee Rashatwar*
Rupalee Rashatwar (PA 331085)
*/s/ Margaret Hu*
Margaret Hu (PA 334438)
990 Spring Garden
Philadelphia, PA 19123
(412) 654-9070
bretgrote@abolitionistlawcenter.org
nia@alcenter.org
rupalee@alcenter.org
margo@alcenter.org

DATE: June 18, 2025

# Exhibit 16

# Emails Regarding City's RPD



Bret Grote <bretgrote@alcenter.org>

---

## Jung v. City of Philadelphia - Plaintiffs' Expert Reports

**Michael Pestrak** <Michael.Pestrak@phila.gov>                           Fri, Dec 5, 2025 at 2:33 PM
To: Bret Grote <bretgrote@alcenter.org>
Cc: Sarah Baker <sbaker@kiernantrebach.com>, Marc Thirkell <mthirkell@grsm.com>, Danielle Cole
<dcole@grsm.com>, Emily Hoff <Emily.Hoff@phila.gov>, Thomas Gregory <tgregory@okllp.com>, Jonathan Kaminsky
<jkaminsky@kiernantrebach.com>, Alex Possino <apossino@grsm.com>, Summer Thomas <scthomas@grsm.com>,
Rupalee Rashatwar <rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>, Corinne Austen
<corinne@alcenter.org>, Lolo Serrano <lolo@alcenter.org>, "kover@grsm.com" <kover@grsm.com>, Danielle Walsh
<Danielle.Walsh@phila.gov>, "ajayman@grsm.com" <ajayman@grsm.com>

Bret,

Please see the attached notice of deposition and request for documents related to Mr. Wallenstein.

Thanks,
Mike

---

**From:** Bret Grote <bretgrote@alcenter.org>
**Sent:** Friday, December 5, 2025 1:57 PM

[Quoted text hidden]


[Quoted text hidden]

---

📄 **Notice of Dep - Wallenstein.pdf**
129K



Bret Grote <bretgrote@alcenter.org>

## Jung v. City of Philadelphia - Plaintiffs' Expert Reports

**Bret Grote** <bretgrote@alcenter.org>                                          Tue, Dec 9, 2025 at 1:29 PM
To: Michael Pestrak <Michael.Pestrak@phila.gov>
Cc: Sarah Baker <sbaker@kiernantrebach.com>, Marc Thirkell <mthirkell@grsm.com>, Danielle Cole
<dcole@grsm.com>, Emily Hoff <Emily.Hoff@phila.gov>, Thomas Gregory <tgregory@okllp.com>, Jonathan Kaminsky
<jkaminsky@kiernantrebach.com>, Alex Possino <apossino@grsm.com>, Summer Thomas <scthomas@grsm.com>,
Rupalee Rashatwar <rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>, Corinne Austen
<corinne@alcenter.org>, Lolo Serrano <lolo@alcenter.org>, "kover@grsm.com" <kover@grsm.com>,
"ajayman@grsm.com" <ajayman@grsm.com>

Mike,

Good afternoon. Attached find Plaintiffs' responses to your Request for Production of Documents.

Sincerely,

Bret Grote
Legal Director
Abolitionist Law Center
[Quoted text hidden]

**3 attachments**


**Response to City of Philadelphia's First RPD.pdf**
188K


**Death Investigations - PJUNG003152.xlsx**
58K

**Batesstamped - Documents Reponsive to City RPD.pdf**
19845K

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR,** | : <br> : <br> : <br> : |
| **Plaintiffs,** | :        **Civil Action** <br> :  **No. 2:24-cv-05618** |
| **v.** | : <br> : |
| **CITY OF PHILADELPHIA, et al.,** | : <br> : |
| **Defendants.** | : |

<u>**NOTICE OF DEPOSITION**</u>

TO:    Arthur Wallenstein
        C/O **Counsel for Plaintiffs/Bret Grote, Esq.**

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, the oral

deposition of **Arthur Wallenstein** shall be taken via Zoom, on **Wednesday, December 10, 2025,**

**beginning at 10:00 a.m.** This deposition will be taken before an officer authorized by law to

administer oaths and will be recorded by stenographic means. You, or your representatives, must

also bring with you to the deposition the following documents, electronically stored information,

or objects as detailed in Exhibit A.

                                                   /s/ *Michael Pestrak*
                                                   Michael Pestrak
                                                   Senior Attorney

Date:  December 5, 2025

**EXHIBIT A**
**REQUESTS FOR DOCUMENT PRODUCTION**

a. Any exhibits to be used as a summary of, or as support for, the opinions contained in Mr. Wallenstein's expert report;

b. All facts or data considered by the witness in forming the opinions contained in Mr. Wallenstein's expert report;

c. All communications between Mr. Wallenstein and Plaintiffs' counsel related to compensation for Mr. Wallenstein's study, report, and testimony, including a signed and dated retainer agreement;

d. All communications between Mr. Wallenstein and Plaintiffs counsel identifying facts or data that Plaintiffs' counsel provided to Mr. Wallenstein that he considered in forming the opinions expressed in his report;

e. All communications between Mr. Wallenstein and Plaintiffs' counsel identifying assumptions that Plaintiffs' counsel provided to Mr. Wallenstein that he relied upon in forming the opinions expressed in his report or to be expressed;

f. Copies of Mr. Wallenstein's publications and/or copies of all written materials, inclusive of PowerPoint presentations corresponding to those listed in the Publications section of Mr. Wallenstein's CV.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : : : : | |
| Plaintiffs, | : : | Civil Action No. 2:24-cv-05618 |
| v. | : : | |
| CITY OF PHILADELPHIA, et al., | : : | |
| Defendants. | : : | |

## CERTIFICATE OF SERVICE

I, Michael Pestrak, Attorney for Defendants, the City of Philadelphia, Blanche Carney, Lt.

Wanda Bloodsaw. and Officer Gena Frasier, certify that on the date below, a true and correct copy

of the foregoing **Notice of Deposition** was served by email to Plaintiffs.


Date:  December 5, 2025

*/s/ Michael Pestrak*
Michael Pestrak
Senior Attorney
Pa. Attorney ID No. 208611
City of Philadelphia Law Department
Civil Rights Unit
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5387
michael.pestrak@phila.gov

# Exhibit 17

# Cover Page
# Deposition of Arthur Wallenstein

Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
   JACOB and JAMES JUNG, as   :
 3 Administrators of the      : NO.: 2:24-cv-05618
   Estate of LOUIS JUNG, JR.,:
 4                            :
                Plaintiffs,   :
 5                            :
   v.                         :
 6                            :
   CITY OF PHILADELPHIA,      :
 7 ET AL.,                    :
                              :
 8             Defendants.    :

 9                     ------

10        Wednesday, December 10, 2025

11                     ------

12             Oral deposition of ARTHUR

13 WALLENSTEIN held remotely at 10:02 a.m., on the

14 above date, before Rodney Hill, Digital Reporter.

15                     ------

16

17

18

19

20

21

22

23

24  Job No.:  1030777
```