```
 1            IN THE UNITED STATES DISTRICT COURT

 2         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3                         - - -

 4   JACOB and JAMES JUNG, as        :
     Administrators of the Estate    :
 5   of LOUIS JUNG, JR.,             :
              Plaintiff,             :
 6                                   :
     -vs.-                           :
 7                                   :
     CITY OF PHILADELPHIA, et al.,   :
 8            Defendant(s).          : 2:24-cv-05618-TJS

 9                         - - -

10             Thursday, October 16, 2025

11                         - - -

12             Videoconferenced deposition of

13   PATRICIA POWERS, taken pursuant to notice, was

14   held virtually in the Commonwealth of

15   Pennsylvania, commencing at 9:15 a.m., on the

16   above date, before Jared Carey, a Professional

17   Reporter and Notary Public in and for the

18   Commonwealth of Pennsylvania.

19                         - - -

20

21

22

23   Everest Job No. 46197

24

25
```

```
 1

 2      IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3

 4
    ---------------------------------------------
 5  JACOB & JAMES JUNG, as Administrators of
    the Estates of LOUIS JUNG, JR.,
 6

 7         Plaintiffs,

 8  -vs-

 9  CITY OF PHILADELPHIA, YESCARE CORP;
    BLANCHE CARNEY, FORMER COMMISSIONER OF
10  PHILADELPHIA DEPARTMENT OF PRISONS; LALITHA
    TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON;
11  BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW,

12         Defendants.

13  ---------------------------------------------

14                  -------
            THURSDAY, OCTOBER 23, 2025
15                  -------

16

17    Videotaped Virtual Oral deposition of

18  BLANCH CARNEY, was taken on behalf of

19  Plaintiffs, commencing at 10:05 a.m., on

20  the above date, before Lisa J. Brill, a

21  Court Reporter and Notary Public, there

22  being present:

23

24
```

```
 1            IN THE UNITED STATES DISTRICT COURT

 2       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3                        - - -

 4   JACOB and JAMES JUNG, as        :
     Administrators of the Estate    :
 5   of LOUIS JUNG, JR.,             :
              Plaintiff,             :
 6                                   :
     -vs.-                           :
 7                                   :
     CITY OF PHILADELPHIA, et al.,   :
 8            Defendant(s).          : 2:24-cv-05618-TJS

 9                        - - -

10              Friday, October 24, 2025

11                        - - -

12            Videoconferenced deposition of

13   SANDY VARGHESE, taken pursuant to notice, was

14   held virtually in the Commonwealth of

15   Pennsylvania, commencing at 9:02 a.m., on the

16   above date, before Jared Carey, a Professional

17   Reporter and Notary Public in and for the

18   Commonwealth of Pennsylvania.

19                        - - -

20

21

22           EVEREST COURT REPORTING LLC
                  100 N. 18th Street
23                    Suite 2001
            Philadelphia, Pennsylvania 19103
24                  (215) 341-3616

25
```

```
 1           IN THE UNITED STATES DISTRICT COURT

 2        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3                        - - -

 4   JACOB and JAMES JUNG, as         :
     Administrators of the Estate     :
 5   of LOUIS JUNG, JR.,              :
              Plaintiff,              :
 6                                    :
     -vs.-                            :
 7                                    :
     CITY OF PHILADELPHIA, et al.,    :
 8            Defendant(s).           : 2:24-cv-05618-TJS

 9                        - - -

10            Wednesday, November 5, 2025

11                        - - -

12            Videoconferenced deposition of

13   MARIESHA APOLLON, taken pursuant to notice, was

14   held virtually in the Commonwealth of

15   Pennsylvania, commencing at 10:04 a.m., on the

16   above date, before Jared Carey, a Professional

17   Reporter and Notary Public in and for the

18   Commonwealth of Pennsylvania.

19                        - - -

20

21

22

23   Everest Job No. 46484

24

25
```

```
 1      IN THE UNITED STATES DISTRICT COURT

 2  FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3                     - - -
    JACOB and JAMES      : CIVIL ACTION
 4  JUNG, as             :
    administrators for   :
 5  the estate of LOUIS  :
    JUNG, JR.,           :
 6          Plaintiffs,  :
                         :
 7          v.           :
                         :
 8  YESCARE CORP.,       :
    LALITHA TRIVIKRAM,   :
 9  MAUREEN GAY, BLAIR   :
    CABELLOS, et al.,    :
10          Defendants,  :
                         :
11          v.           :
                         :
12  CAREERSTAFF          :
    UNLIMITED, LLC,      :
13          Third-Party  :
            Defendant,   :
14                       :
            v.           :
15                       :
    TEKACCEL, INC.,      :
16          Fourth-Party : NO.
            Defendant.   : 2:24-cv-05618-TJS
17
                     - - -
18            November 12, 2025
                     - - -
19
             Remote oral deposition of
20  LYNDA WITKOWSKI, taken pursuant to
    notice, was held at the location of the
21  witness in Philadelphia, Pennsylvania,
    beginning at 10:03 a.m., on the above
22  date, before Kristy L. Liedtka, a
    Professional Court Reporter and Notary
23  Public in and for the Commonwealth of
    Pennsylvania.
24  Everest Job No. 47127
```

```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

       No. 2:24-cv-05618-TJS

       ----------------------------------------
       JACOB & JAMES JUNG, as Administrators of
       the Estates of LOUIS JUNG, JR.,

              Plaintiffs,

       -vs-

       CITY OF PHILADELPHIA, YESCARE CORP;
       BLANCHE CARNEY, FORMER COMMISSIONER OF THE
       PHILADELPHIA DEPARTMENT OF PRISONS; LALITHA
       MARIESHA APOLLON; BLAIR CABELLOS; GENA
       FRASIER; WANDA BLOODSAW,

              Defendants.
       ----------------------------------------

                         -------
                 FRIDAY, NOVEMBER 14, 2025
                         -------


         Videotaped Virtual Oral deposition of

       XAVIER BEAUFORT, was taken on behalf of

       Plaintiffs, commencing at 9:30 a.m., on the

       above date, before Lisa J. Brill, a Court

       Reporter and Notary Public, there being

       present:


       Everest Job No. 47129
```

```
 1      IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2
    No. 2:24-cv-05618-TJS
 3
    -------------------------------------------
 4   JACOB & JAMES JUNG, as Administrators of
    the Estates of LOUIS JUNG, JR.,
 5

 6          Plaintiffs,

 7   -vs-

 8   CITY OF PHILADELPHIA, YESCARE CORP;
    BLANCHE CARNEY, FORMER COMMISSIONER OF THE
 9   PHILADELPHIA DEPARTMENT OF PRISONS; LALITHA
    TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON;
10   BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW,

11          Defendants.

12   -------------------------------------------

13                    -------
              MONDAY, NOVEMBER 17, 2025
14                    -------

15

16     Videotaped Virtual Oral deposition of

17   DR. LALITHA TRIVIKRAM, was taken on behalf

18   of Plaintiffs, commencing at 10:00 a.m., on

19   the above date, before Lisa J. Brill, a

20   Court Reporter and Notary Public, there

21   being present:

22

23   Job #47414

24
```

```
 1              IN THE UNITED STATES DISTRICT COURT

 2         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4
    JACOB and JAMES JUNG,       :   CIVIL ACTION
 5  as Administrators of        :   NO. 2:24-cv-05618-TJS
    the Estate of LOUIS         :
 6  JUNG, JR,                   :
              Plaintiffs        :
 7                              :
                                :
 8    VS                        :
                                :
 9                              :
    CITY OF PHILADELPHIA;       :
10  YESCARE CORP.;              :
    BLANCHE CARNEY,             :
11  Former Commissioner         :
    of Philadelphia Dept.       :
12  Of Prisons; LALITHA         :
    TRIVIKRAM; MAUREEN          :
13  GAY; MARIESHA               :
    APOLLON; BLAIR              :
14  CABELLOS; GENA              :
    FRASIER; WANDA              :
15  BLOODSAW,                   :
              Defendants        :
16

17

18

19
            DEPOSITION OF:    MARSHA JEOBOHAM
20
                   BEFORE:    JENNIFER R. RIVERA, RPR
21                            NOTARY PUBLIC

22                  DATE:     NOVEMBER 18, 2025
                              (10:30 A.M.)
23
                    PLACE:    REMOTE
24

25
```