

Bret Grote <bretgrote@alcenter.org>

## Louis Jung v. YesCare

**Thomas Gregory** <tgregory@okllp.com>  Wed, Nov 19, 2025 at 9:00 AM
To: Bret Grote <bretgrote@alcenter.org>, Raymond Wittekind <rwittekind@okllp.com>
Cc: Margaret Hu <margo@alcenter.org>, Rupalee Rashatwar <rupalee@alcenter.org>, Lolo Serrano <lolo@alcenter.org>

Bret: you will have the rest before the end of the day today.

Get Outlook for iOS

**From:** Bret Grote <bretgrote@alcenter.org>
**Sent:** Wednesday, November 19, 2025 8:42:48 AM
**To:** Thomas Gregory <tgregory@okllp.com>; Raymond Wittekind <rwittekind@okllp.com>
**Cc:** Margaret Hu <margo@alcenter.org>; Rupalee Rashatwar <rupalee@alcenter.org>; Lolo Serrano <lolo@alcenter.org>
**Subject:** Re: Louis Jung v. YesCare

[Quoted text hidden]



Bret Grote <bretgrote@alcenter.org>

## Louis Jung v. YesCare

**Bret Grote** <bretgrote@alcenter.org>  Wed, Nov 19, 2025 at 8:42 AM
To: Thomas Gregory <tgregory@okllp.com>, Raymond Wittekind <rwittekind@okllp.com>
Cc: Margaret Hu <margo@alcenter.org>, Rupalee Rashatwar <rupalee@alcenter.org>, Lolo Serrano <lolo@alcenter.org>

Tom,

Good morning. Following up on this. Please provide an update. I can also call you later if I do not receive a response before noon. Thanks,

Bret
[Quoted text hidden]



Bret Grote <bretgrote@alcenter.org>

## Louis Jung v. YesCare

**Bret Grote** <bretgrote@alcenter.org>    Fri, Nov 14, 2025 at 12:20 PM
To: Thomas Gregory <tgregory@okllp.com>, Raymond Wittekind <rwittekind@okllp.com>
Cc: Margaret Hu <margo@alcenter.org>, Rupalee Rashatwar <rupalee@alcenter.org>, Lolo Serrano <lolo@alcenter.org>

Following up on this. Please continue providing these records and advise the schedule for further production.

Bret
[Quoted text hidden]



Bret Grote <bretgrote@alcenter.org>

## Louis Jung v. YesCare

**Bret Grote** <bretgrote@alcenter.org>　　　　　　　　　　　　　Wed, Nov 12, 2025 at 9:30 AM
To: Thomas Gregory <tgregory@okllp.com>, Raymond Wittekind <rwittekind@okllp.com>
Cc: Margaret Hu <margo@alcenter.org>, Rupalee Rashatwar <rupalee@alcenter.org>, Lolo Serrano <lolo@alcenter.org>

Tom,

Following up on these records. I understand you have been in trial. We definitely need expedited production in the next week. Can you please provide additional records and provide an update as to when we will be receiving further records.

Thank you,

Bret

On Fri, Oct 31, 2025 at 4:24 PM Thomas Gregory <tgregory@okllp.com> wrote:
[Quoted text hidden]