

Bret Grote <bretgrote@alcenter.org>

## Jung v. City of Philadelphia - Expert Deposition Scheduling

**Jonathan Kaminsky** <jkaminsky@kiernantrebach.com>  Wed, Dec 10, 2025 at 8:48 AM
To: Bret Grote <bretgrote@alcenter.org>
Cc: Sarah Baker <sbaker@kiernantrebach.com>, Michael Pestrak <Michael.Pestrak@phila.gov>, Marc Thirkell <mthirkell@grsm.com>, Danielle Cole <dcole@grsm.com>, Emily Hoff <emily.hoff@phila.gov>, Thomas Gregory <tgregory@okllp.com>, Summer Thomas <scthomas@grsm.com>, Alex Possino <apossino@grsm.com>, ajayman@grsm.com, kover@grsm.com, Danielle Walsh <danielle.walsh@phila.gov>, Rupalee Rashatwar <rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>, Corinne Austen <corinne@alcenter.org>, Lolo Serrano <lolo@alcenter.org>, Lora Crossley <lcrossley@kiernantrebach.com>

Bret,

Mariesha's deposition was held on November 5. I reject your characterization regarding scheduling because, even with a tight schedule, we continued to provide dates that were not accepted by plaintiffs.

Furthermore, Judge Savage clearly stated that the parties may continue discovery provided it does not affect any other deadlines in the Scheduling Order. Under the stipulation, assuming the Court finds it to be a valid extension, plaintiffs' expert reports would have been due on November 21, 2025, and expert depositions would have concluded on December 3, 2025. Instead, you served the reports on December 3, in violation of Judge Savage's statement about other deadlines and the operative case management order.

Late last night, while reviewing materials in preparation for today's expert deposition, I noted that the documents pertaining to your expert, Dr. Wallenstein, show that plaintiffs did not have him review the video until the very end of November, and his report has nothing to do with Ms. Apollon. Finally, plaintiffs' decision to serve the reports on December 3 has created a significant disadvantage for defendants for many reasons.

Obviously it will be in the hands of Judge Savage to decide who is meritorious here.

Thanks,
Jon

> On Tue, Dec 9, 2025 at 3:30 PM Bret Grote <bretgrote@alcenter.org> wrote:
>
> Sarah,
>
> We have read your brief and will address your position in our response. We will note here that we do not find it meritorious.
>
> The reports were timely submitted on the deadline stipulated to by all parties for completion of expert discovery required by Rule 26(a)(2). The stipulated continuance of fact and expert discovery accommodated all parties in completing discovery, and it resulted in deadline pressure for all parties, plaintiffs included. If there was any non-mandatory expert discovery you wanted to engage in, it was incumbent upon you to identify and raise that prior to signing the stipulation.
>
> We will also note that your own client was not produced for a deposition until November 5th, after we accommodated you for approximately four months following our initial requests for deposition dates in June. Further depositions were conducted throughout November to accommodate trial schedules for other defense counsel. All counsel in this matter have extensive caseloads and many other commitments, and all deadlines, including the stipulated deadlines for fact and expert discovery, have been the same for all parties.
>
> As noted by Judge Savage in his chamber rules, the Federal Rules require discovery be conducted in a voluntary, cooperative manner. If you or your co-counsel identify what additional discovery, if any, that you still seek prior to trial, Plaintiffs' counsel are still willing to work with you, and to meet and confer about this at any time.

Sincerely,

Bret Grote
Legal Director
Abolitionist Law Center

On Mon, Dec 8, 2025 at 9:26 PM Sarah Baker <sbaker@kiernantrebach.com> wrote:

Good evening Bret,

As was indicated in our MSJ filed Friday, we object to the late production of the reports. I am booked with trials and/or time scheduled with family for the holidays starting Monday until our trial date in this case. The late production left us with extremely limited time to modify our already prepared MSJ, let alone conduct meaningful expert discovery. Most respectfully, it is not reasonable to expect counsel to spend what would otherwise be holiday or trial preparation time conducting expert discovery for reports that were due more than 6 weeks ago.

Sarah

## Sarah M. Baker

Partner

 

Ten Penn Center, Suite 770

1801 Market Street

Philadelphia, PA 19103-1606

T 215-569-4433

F 215-569-4434

Towne Place at Garden State Park

923 Haddonfield Road, Suite 300

Cherry Hill, NJ 08002

T 856-705-2600

F 856-705-2601

www.KiernanTrebach.com

Our office is a paperless environment. We would appreciate you sending all communications to our office electronically by email, rather than in paper form by regular mail or fax. We thank you for your consideration and courtesties.

**From:** Bret Grote <bretgrote@alcenter.org>
**Sent:** Monday, December 8, 2025 8:35 AM
**To:** Michael Pestrak <Michael.Pestrak@phila.gov>; Marc Thirkell <mthirkell@grsm.com>; Sarah Baker <sbaker@kiernantrebach.com>; Danielle Cole <dcole@grsm.com>; Emily Hoff <emily.hoff@phila.gov>; Jonathan Kaminsky <jkaminsky@kiernantrebach.com>; Thomas Gregory <tgregory@okllp.com>; Summer Thomas <scthomas@grsm.com>; Alex Possino <apossino@grsm.com>; ajayman@grsm.com; kover@grsm.com; Danielle Walsh <danielle.walsh@phila.gov>
**Cc:** Rupalee Rashatwar <rupalee@alcenter.org>; Margaret Hu <margo@alcenter.org>; Corinne Austen <corinne@alcenter.org>; Lolo Serrano <lolo@alcenter.org>
**Subject:** Jung v. City of Philadelphia - Expert Deposition Scheduling

Counsel,

Please advise as promptly as possible if any party intends to depose any of Plaintiffs' experts in addition to the deposition of Art Wallenstein that is scheduled for December 10, 2025 at 10:00 a.m. so that we can coordinate with our experts to determine a date and time amenable to all that they can be made available for depositions.

Sincerely,

Bret Grote
Legal Director
Abolitionist Law Center

--

**Jonathan Kaminsky, Esquire**

**Kiernan Trebach LLP**
Ten Penn Center, Suite 770
1801 Market Street
Philadelphia, PA 19103-1606

D 215-576-4502
T 215-569-4433

F 215-569-4434

www.KiernanTrebach.com



**Our office is a paperless environment. We would appreciate you sending all communications to our office electronically by email, rather than in paper form by regular mail or fax. We thank you for your consideration and courtesies.**

This message and any files or attachments transmitted herewith contain CONFIDENTIAL INFORMATION and is (are) intended only for the named addressee(s). It may be protected by the attorney-client privilege, attorney-work product or other doctrines. If you received this email message in error, please immediately notify the sender by telephone or email and destroy or delete the original message with copying. Please do not publish, copy or circulate this message.