

**Bret Grote <bretgrote@alcenter.org>**

## Jung - Mariesha's Deposition

**Jonathan Kaminsky** <jkaminsky@kiernantrebach.com>     Tue, Oct 14, 2025 at 1:11 PM
To: Bret Grote <bretgrote@alcenter.org>, Nia Holston <nia@alcenter.org>, Rupalee Rashatwar <rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>
Cc: Thomas Gregory <tgregory@okllp.com>, Michael Pestrak <michael.pestrak@phila.gov>, Alex Possino <apossino@grsm.com>, Marc Thirkell <mthirkell@grsm.com>, Sarah Baker <sbaker@kiernantrebach.com>, Lora Crossley <lcrossley@kiernantrebach.com>

Counsel,

The unilaterally scheduled deposition of October 20th for Mariesha Apollon cannot proceed on that date. In addition to the fact that Sarah has been on trial, I've also learned that Ms. Apollon is currently involved with orientation for a new job and next week she begins day shift training that has her obligated from 7AM to 7PM.

As noted in my previous email, I had provided several dates in November when both Sarah and Ms. Apollon are available for the deposition. Those dates remain open, and I can now offer an additional option of November 5th. Accordingly, the available dates are:

**November 5, 19, 20, 21, 24, or 25**.

Thank you,
Jon

[Quoted text hidden]