# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, : : : : Plaintiff, : v. : : CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, : : : : : : : : : : Defendants, : v. : : CAREERSTAFF UNLIMITED, LLC, : : Third Party Defendant, : v. : : TEKACCEL, INC., : : Fourth Party Defendant. : | No. 2:24-cv-05618-TJS  **JURY TRIAL DEMANDED** |

### SUPPLEMENTAL NOTICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO YESCARE DEFENDANTS' MOTION IN LIMINE

Plaintiffs' filed a brief in opposition to YesCare Defendants Motion in Limine to exclude evidence from Plaintiffs' experts at trial yesterday at 7:18 p.m. Dkt. 121. Subsequent to that filing, counsel for Defendant Apollon served on counsel for all parties an expert report, curriculum vitae, and four-year testimonial history of Dr. David Karras, who was identified as an expert witness for Defendant Apollon. Ex. 1, Email from Counsel for Defendant Apollon.

Plaintiffs do not object to the timing of this disclosure as there is adequate time to prepare ahead of trial.

1

Plaintiffs are filing this supplemental notice of Defendant Apollon's proffer of an expert report as further evidence that Defendants in this matter were not prejudiced by Plaintiffs' expert disclosures, and that they have been able to respond substantively to Plaintiffs' reports, conduct depositions if they chose, and, in this instance, produce an expert report. This information is shared to assist the Court in weighing the relevant factors for resolving YesCare's motion in limine, which should be denied.

Respectfully submitted,

*/s/ Bret Grote*
Legal Director
PA ID No. 317273
bretgrote@alcenter.org
*/s/ Rupalee Rashatwar*
Staff Attorney
PA ID No. 331085
*/s/ Margaret Hu*
Staff Attorney
PA ID No. 334438
*/s/ Lolo Salsbury Serrano*
Legal Fellow
PA ID No. 338184
Abolitionist Law Center
990 Spring Garden St., Ste 306
Philadelphia, PA 19123


*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I, Bret Grote, Esq., hereby certify that I caused a true and correct copy of the foregoing Supplemental Notice to be electronically filed on December 23, 2025, and thereby served upon all parties entered into the Court's ECF system.

*/s/ Bret Grote*
Legal Director
PA ID No. 317273
bretgrote@alcenter.org
Abolitionist Law Center
990 Spring Garden St., Ste 306
Philadelphia, PA 19123

*Counsel for Plaintiffs*

3