

**Bret Grote <bretgrote@alcenter.org>**

## Jung v. Apollon, et al

**Sarah Baker** <sbaker@kiernantrebach.com>                                Mon, Dec 22, 2025 at 9:50 PM
To: Bret Grote <bretgrote@alcenter.org>
Cc: Michael Pestrak <Michael.Pestrak@phila.gov>, Thomas Gregory <tgregory@okllp.com>, ajayman@grsm.com, Jonathan Kaminsky <jkaminsky@kiernantrebach.com>, Lora Crossley <lcrossley@kiernantrebach.com>, Nancy Hevener <nhevener@kiernantrebach.com>

Dear counsel:

Attached please find the report and CV of David Karras, M.D., along with 4 year testimonial history. Dr. Karras is identified as an expert on behalf of Mariesha Apollon, RN in the above matter.

**Sarah M. Baker**

Partner

 

Ten Penn Center, Suite 770

1801 Market Street

Philadelphia, PA 19103-1606

T 215-569-4433

F 215-569-4434

Towne Place at Garden State Park

923 Haddonfield Road, Suite 300

Cherry Hill, NJ 08002

T 856-705-2600

F 856-705-2601

www.KiernanTrebach.com

Our office is a paperless environment.  We would appreciate you sending all communications to our office electronically by email, rather than in paper form by regular mail or fax.  We thank you for your consideration and courtesties.

**3 attachments**

 **Jung - (D) David Karras, MD - CV (Jan 2025).pdf**
234K

 **Karras - Recent Appearances.pdf**
67K

 **Jung - Report of David Karras.pdf**
139K