IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB AND JAMES JUNG, ADMINISTRATORS OF ESTATE OF LOUIS JUNG, JR, PLAINTIFFS, <br><br> v. <br><br> CITY OF PHILADELPHIA, ET AL. DEFENDANTS. | CIVIL ACTION: <br><br> No. 24-cv-05618-TJS |

**JOINDER MOTION OF DEFENDANT MARIESHA APOLLON R.N., TO DEFENDANS YESCARE CORP., LALITHA TRIVIKRAM, M.D., MAUREEN GAY, N.P.'S MOTION *IN LIMINE* TO PRECLUDE THE INTRODUCTION OR USE OF ANY EVIDENCE, INCLUDING TESTIMONY, DOCUMENTS, OR REPORTS OF PLAINTIFFS' UNTIMELY EXPERTS**

Defendant, Mariesha Apollon R.N. ("Ms. Apollon" or Defendant"), by and through its undersigned counsel, respectfully moves to join in Defendants YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P.'s Motion *in Limine* to Preclude the Introduction or Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts, and in support thereto, avers the following:

Ms. Apollon hereby adopts and incorporates by reference, Defendants YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P.'s Motion *in Limine* to Preclude the Introduction or Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts, as if fully set forth herein at length.

WHEREFORE, Mariesha Apollon, R.N., respectfully requests that this Honorable Court grant Defendants YesCare Corp., Lalitha Trivikram, M.D.,

Maureen Gay, N.P.'s Motion *in Limine* to Preclude the Introduction or Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts and enter the attached Order.

        Respectfully submitted,

        **KIERNAN TREBACH, LLP**

        _____
        Sarah M. Baker, Esq.
        Attorneys for Mariesha Apollon

        **KIERNAN TREBACH, LLP**

        _____
        Jonathan M. Kaminsky, Esq.
        Attorneys for Mariesha Apollon

Date: December 24, 2025