IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB AND JAMES JUNG, ADMINISTRATORS OF ESTATE OF LOUIS JUNG, JR, PLAINTIFFS, <br><br> v. <br><br> CITY OF PHILADELPHIA, ET AL. DEFENDANTS. | CIVIL ACTION: <br><br> No. 24-cv-05618-TJS |

AND NOW, this _____ day of _____, 202__, upon consideration of the Joinder Motion of Defendant Mariesha Apollon, R.N. to the Motion *in Limine* of Defendants YesCare Corporation, Lilitha Trivikram, M.D., and Maureen Gay N.P., to Preclude the Introduction or Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts in the above-captioned matter, and any responses thereto, it is **HEREBY ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** and **DECREED** that Plaintiffs are precluded from introducing any evidence, including but not limited to any testimony, documents, or reports of Plaintiffs' experts Art Wallenstein, Homer Venters, Jonathan S. Williams, and Lori Roscoe at trial.

BY THE COURT:

_____
Timothy J. Savage, J.