# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB AND JAMES JUNG, ADMINISTRATORS OF ESTATE OF LOUIS JUNG, JR, PLAINTIFFS, <br><br> v. <br><br> CITY OF PHILADELPHIA, ET AL. DEFENDANTS. | CIVIL ACTION: <br><br> No. 24-cv-05618-TJS |

### JOINDER MOTION OF DEFENDANT MARIESHA APOLLON R.N., TO DEFENDANS YESCARE CORP., LALITHA TRIVIKRAM, M.D., MAUREEN GAY, N.P.'S MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION *IN LIMINE* TO PRECLUDE THE INTRODUCTION OR USE OF ANY EVIDENCE, INCLUDING TESTIMONY, DOCUMENTS, OR REPORTS OF PLAINTIFFS' UNTIMELY EXPERTS

Defendant, Mariesha Apollon, R.N. ("Ms. Apollon" or Defendant"), by and through its undersigned counsel, respectfully moves to join in Defendants YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P.'s Memorandum of Law in Support of Their Motion *in Limine* to Preclude the Introduction or Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts, and in support thereto, avers the following:

Ms. Apollon hereby adopts and incorporates by reference, Defendants YesCare Corp., *in Limine* to Preclude the Introduction or Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts, as if fully set forth herein at length.

WHEREFORE, Mariesha Apollon, R.N. respectfully requests that this Honorable Court grant Defendants YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P.'s Motion *in Limine* to Preclude the Introduction or Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts and enter the attached Order.

                                      Respectfully submitted,

                                      **KIERNAN TREBACH, LLP**

Date: December 24, 2025

                                      _____
                                      Sarah M. Baker, Esq.
                                      Jonathan M. Kaminsky, Esq.
                                      Attorneys for Mariesha Apollon

6

## **VERIFICATION**

I, Jonathan M. Kaminsky, Esquire, verify that I am counsel for Defendant Apollon in this action, and, on behalf of such party, verify that the facts set forth in the attached are true and correct to the best of my knowledge, information, and belief.  The undersigned further certifies that this Verification is made subject to the provisions of 18 Pa.C.S. sec. 4904, relating to unsworn falsification to authorities.

      /s/Jonathan Kaminsky
JONATHAN M. KAMINSKY, ESQUIRE