# Exhibit AA

 **Outlook**

**FW: AHSA Caraballo**

| | |
|---|---|
| From | Xavier Beaufort <Xavier.Beaufort@prisons.phila.gov> |
| Date | Mon 11/3/2025 11:00 AM |
| To | ▮▮▮ |
| Cc | Michael Pestrak <Michael.Pestrak@phila.gov> |

📎 1 attachment (56 KB)
Scanned from a Xerox Multifunction Printer.pdf;


This is why her clearance was pulled.

Xavier Beaufort, MSOLM, BS
1st Deputy Commissioner
Philadelphia Department of Prisons
8201 State Rd. Philadelphia, PA 19136
▮▮▮

Xavier.Beaufort@prisons.phila.gov
https://www.phila.gov/departments/philadelphia-department-of-prisons/

**From:** Xavier Beaufort
**Sent:** Friday, May 24, 2024 12:23 PM
**To:** ▮▮▮
**Cc:** ▮▮▮
**Subject:** RE: AHSA Caraballo

Good afternoon, As a result of an OPC investigation (Please see attached conclusion from OPC) Please have the security clearance of LPN Cabellos effective immediately. Thank you

Xavier Beaufort, MSOLM, BS
Deputy Commissioner of Administration
Philadelphia Department of Prisons
8201 State Rd. Philadelphia, Pa 19136
▮▮▮

Xavier.Beaufort@prisons.phila.gov
https://www.phila.gov/departments/philadelphia-department-of-prisons/

Jung - City Additional Production-000029

|  **Commissioner's Office of Special Investigations** | **Case # 23-00188**<br>Death of Incarcerated Person Louis Jung, PID# 718327<br>Cause of Death: Diabetic Ketoacidosis<br>Manner of Death: Natural |
|---|---|

## CONCLUSION

A review of Incarcerated Person Louis Jung's PDP file revealed that he was adequately provided with the services afforded to all Incarcerated Persons. However, based on staff interviews, medical reports, and the Medical Examiner's findings, there was negligence on the part of Medical staff; and PDP staff. Therefore, the allegation of Staff Misconduct against PDP/ Medical staff is **Sustained**. C/O Gena Frasier, PR# 285093, failed to render immediate aid to IP Jung as outlined in PDP Policy 4.E.21 (PDP Staff Roles in Non-Routine and/or Medical Emergency Situations). Video footage from November 5, 2023, revealed that C/O Frasier and LPN Cabellos walked away from I/P Jung and left I/P Jung unattended lying on the floor outside of his cell for approximately 9 minutes. Correctional Lieutenant Wanda Bloodsaw, PR# 253488, arrived at the cell and appeared to be trying to communicate with I/P Jung before two I/P's come to the cell and drag I/P Jung into the cell as Lt. Bloodsaw monitors the situation the I/P's exit the cell which is then secured by Lt. Bloodsaw who then exits the housing area. It should be noted that C/O Frasier, Lt. Bloodsaw and LPN Cabellos failed to call for a stretcher or initiate aid to I/P Jung during his medical emergency.

```
OPC INVESTIGATION CONCLUDED
MAR 29 2024
DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS
```

Confidential

Jung - City Additional Production-000030

10