

**Bret Grote <bretgrote@alcenter.org>**

## Jung v. City of Philadelphia - Plaintiffs' Expert Reports

**Bret Grote** <bretgrote@alcenter.org>  Wed, Dec 3, 2025 at 4:00 PM
To: Sarah Baker <sbaker@kiernantrebach.com>, Marc Thirkell <mthirkell@grsm.com>, Danielle Cole <dcole@grsm.com>, "emily.hoff@phila.gov" <emily.hoff@phila.gov>, Thomas Gregory <tgregory@okllp.com>, Michael Pestrak <michael.pestrak@phila.gov>, Jonathan Kaminsky <jkaminsky@kiernantrebach.com>, Alex Possino <apossino@grsm.com>, Summer Thomas <scthomas@grsm.com>
Cc: Rupalee Rashatwar <rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>, Corinne Austen <corinne@alcenter.org>, Lolo Serrano <lolo@alcenter.org>

Counsel,

Attached find the following Plaintiffs' expert reports:

- Expert report of Dr. Jonathan Williams
- Expert report of Dr. Homer Venters
- Expert Report of Lori Roscoe, DNP, PhD, APRN, ANP-C, CCHP-RN
- Expert Report of Art Wallenstein

Sincerely,

Bret Grote
Legal Director
Abolitionist Law Center

---

**4 attachments**

 **Jung v. City of Philadelphia - Expert Report of Art Wallenstein.pdf**
347K

**Jung v. City of Philadelphia - Expert Opinion J Williams.pdf**
819K

 **Jung v. City of Philadelphia - Expert Report of Lori Roscoe.pdf**
525K

**Jung v. City of Philadelphia - Expert Report of Dr. Homer Venters-.pdf**
1084K



**Bret Grote <bretgrote@alcenter.org>**

## Jung v. City of Philadelphia - Plaintiffs' Expert Reports

**Michael Pestrak** <Michael.Pestrak@phila.gov>                                Fri, Dec 5, 2025 at 12:41 PM
To: Bret Grote <bretgrote@alcenter.org>
Cc: Sarah Baker <sbaker@kiernantrebach.com>, Marc Thirkell <mthirkell@grsm.com>, Danielle Cole <dcole@grsm.com>, Emily Hoff <Emily.Hoff@phila.gov>, Thomas Gregory <tgregory@okllp.com>, Jonathan Kaminsky <jkaminsky@kiernantrebach.com>, Alex Possino <apossino@grsm.com>, Summer Thomas <scthomas@grsm.com>, Rupalee Rashatwar <rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>, Corinne Austen <corinne@alcenter.org>, Lolo Serrano <lolo@alcenter.org>, "kover@grsm.com" <kover@grsm.com>, Danielle Walsh <Danielle.Walsh@phila.gov>, "ajayman@grsm.com" <ajayman@grsm.com>

Bret,

Is Mr. Wallenstein available to be deposed on 12/9 via zoom? I can also do 12/10, but would prefer 12/9 in order to have time to get the transcript.

Thanks,
Mike

**From:** Bret Grote <bretgrote@alcenter.org>
**Sent:** Wednesday, December 3, 2025 5:13 PM

[Quoted text hidden]
[Quoted text hidden]



**Bret Grote <bretgrote@alcenter.org>**

## Jung v. City of Philadelphia - Plaintiffs' Expert Reports

**Bret Grote** <bretgrote@alcenter.org>  Fri, Dec 5, 2025 at 1:54 PM
To: Michael Pestrak <Michael.Pestrak@phila.gov>
Cc: Sarah Baker <sbaker@kiernantrebach.com>, Marc Thirkell <mthirkell@grsm.com>, Danielle Cole <dcole@grsm.com>, Emily Hoff <Emily.Hoff@phila.gov>, Thomas Gregory <tgregory@okllp.com>, Jonathan Kaminsky <jkaminsky@kiernantrebach.com>, Alex Possino <apossino@grsm.com>, Summer Thomas <scthomas@grsm.com>, Rupalee Rashatwar <rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>, Corinne Austen <corinne@alcenter.org>, Lolo Serrano <lolo@alcenter.org>, "kover@grsm.com" <kover@grsm.com>, Danielle Walsh <Danielle.Walsh@phila.gov>, "ajayman@grsm.com" <ajayman@grsm.com>

> Mike,
>
> Mr. Wallenstein is not available on December 9th due to a medical appointment, but he can be deposed on December 10th.
>
> Would it be possible to begin at 1pm or 1:15pm?
>
> Bret
>
> [Quoted text hidden]



Bret Grote <bretgrote@alcenter.org>

## Jung v. City of Philadelphia - Plaintiffs' Expert Reports

**Michael Pestrak** <Michael.Pestrak@phila.gov>    Fri, Dec 5, 2025 at 2:33 PM
To: Bret Grote <bretgrote@alcenter.org>
Cc: Sarah Baker <sbaker@kiernantrebach.com>, Marc Thirkell <mthirkell@grsm.com>, Danielle Cole <dcole@grsm.com>, Emily Hoff <Emily.Hoff@phila.gov>, Thomas Gregory <tgregory@okllp.com>, Jonathan Kaminsky <jkaminsky@kiernantrebach.com>, Alex Possino <apossino@grsm.com>, Summer Thomas <scthomas@grsm.com>, Rupalee Rashatwar <rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>, Corinne Austen <corinne@alcenter.org>, Lolo Serrano <lolo@alcenter.org>, "kover@grsm.com" <kover@grsm.com>, Danielle Walsh <Danielle.Walsh@phila.gov>, "ajayman@grsm.com" <ajayman@grsm.com>

Bret,

Please see the attached notice of deposition and request for documents related to Mr. Wallenstein.

Thanks,
Mike

**From:** Bret Grote <bretgrote@alcenter.org>
**Sent:** Friday, December 5, 2025 1:57 PM

[Quoted text hidden]

[Quoted text hidden]

📄 Notice of Dep - Wallenstein.pdf
129K



Bret Grote <bretgrote@alcenter.org>

## Jung v. City of Philadelphia - Plaintiffs' Expert Reports

**Bret Grote** <bretgrote@alcenter.org>　　　　　　　　　　　　　Tue, Dec 9, 2025 at 1:29 PM
To: Michael Pestrak <Michael.Pestrak@phila.gov>
Cc: Sarah Baker <sbaker@kiernantrebach.com>, Marc Thirkell <mthirkell@grsm.com>, Danielle Cole <dcole@grsm.com>, Emily Hoff <Emily.Hoff@phila.gov>, Thomas Gregory <tgregory@okllp.com>, Jonathan Kaminsky <jkaminsky@kiernantrebach.com>, Alex Possino <apossino@grsm.com>, Summer Thomas <scthomas@grsm.com>, Rupalee Rashatwar <rupalee@alcenter.org>, Margaret Hu <margo@alcenter.org>, Corinne Austen <corinne@alcenter.org>, Lolo Serrano <lolo@alcenter.org>, "kover@grsm.com" <kover@grsm.com>, "ajayman@grsm.com" <ajayman@grsm.com>

Mike,

Good afternoon. Attached find Plaintiffs' responses to your Request for Production of Documents.

Sincerely,

Bret Grote
Legal Director
Abolitionist Law Center
[Quoted text hidden]

**3 attachments**


Response to City of Philadelphia's First RPD.pdf
188K

Death Investigations - PJUNG003152.xlsx
58K


Batesstamped - Documents Reponsive to City RPD.pdf
19845K

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF PHILADELPHIA, et al.,**<br><br>Defendants. | **Civil Action**<br>**No. 2:24-cv-05618** |

## NOTICE OF DEPOSITION

TO:   Arthur Wallenstein
      **C/O Counsel for Plaintiffs/Bret Grote, Esq.**

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, the oral deposition of **Arthur Wallenstein** shall be taken via Zoom, on **Wednesday, December 10, 2025, beginning at 10:00 a.m.** This deposition will be taken before an officer authorized by law to administer oaths and will be recorded by stenographic means. You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects as detailed in Exhibit A.

/s/ *Michael Pestrak*
Michael Pestrak
Senior Attorney

Date:  December 5, 2025

# EXHIBIT A
## REQUESTS FOR DOCUMENT PRODUCTION

a. Any exhibits to be used as a summary of, or as support for, the opinions contained in Mr. Wallenstein's expert report;

b. All facts or data considered by the witness in forming the opinions contained in Mr. Wallenstein's expert report;

c. All communications between Mr. Wallenstein and Plaintiffs' counsel related to compensation for Mr. Wallenstein's study, report, and testimony, including a signed and dated retainer agreement;

d. All communications between Mr. Wallenstein and Plaintiffs counsel identifying facts or data that Plaintiffs' counsel provided to Mr. Wallenstein that he considered in forming the opinions expressed in his report;

e. All communications between Mr. Wallenstein and Plaintiffs' counsel identifying assumptions that Plaintiffs' counsel provided to Mr. Wallenstein that he relied upon in forming the opinions expressed in his report or to be expressed;

f. Copies of Mr. Wallenstein's publications and/or copies of all written materials, inclusive of PowerPoint presentations corresponding to those listed in the Publications section of Mr. Wallenstein's CV.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR,** <br><br>　　　　　　　　　　**Plaintiffs,** <br><br> v. <br><br> **CITY OF PHILADELPHIA, et al.,** <br><br>　　　　　　　　　　**Defendants.** | **Civil Action** <br> **No. 2:24-cv-05618** |

## CERTIFICATE OF SERVICE

I, Michael Pestrak, Attorney for Defendants, the City of Philadelphia, Blanche Carney, Lt. Wanda Bloodsaw. and Officer Gena Frasier, certify that on the date below, a true and correct copy of the foregoing **Notice of Deposition** was served by email to Plaintiffs.

Date: December 5, 2025

/s/ *Michael Pestrak*
Michael Pestrak
Senior Attorney
Pa. Attorney ID No. 208611
City of Philadelphia Law Department
Civil Rights Unit
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 683-5387
michael.pestrak@phila.gov