```
 1

 2       IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 3
      No. 2:24-cv-05618-TJS
 4
      ---------------------------------------------
 5    JACOB & JAMES JUNG, as Administrators of
      the Estates of LOUIS JUNG, JR.,
 6

 7         Plaintiffs,

 8    -vs-

 9    CITY OF PHILADELPHIA, YESCARE CORP;
      BLANCHE CARNEY, FORMER COMMISSIONER OF THE
10    PHILADELPHIA DEPARTMENT OF PRISONS; LALITHA
      MARIESHA APOLLON; BLAIR CABELLOS; GENA
11    FRASIER; WANDA BLOODSAW,

12         Defendants.

13    ---------------------------------------------

14                          -------
                    FRIDAY, NOVEMBER 14, 2025
15                          -------

16

17       Videotaped Virtual Oral deposition of

18    XAVIER BEAUFORT, was taken on behalf of

19    Plaintiffs, commencing at 9:30 a.m., on the

20    above date, before Lisa J. Brill, a Court

21    Reporter and Notary Public, there being

22    present:

23

24    Everest Job No. 47129
```

Case 2:24-cv-05618-TJS   Document 129-2   Filed 12/26/25   Page 2 of 4

Deposition of Xavier Beaufort                                   Estate of Louis Jung, Jr. v. City of Philadelphia, et al.

1    report -- can information contained in a

2    death investigation report trigger

3    revocation of the security clearance?

4        A.    Yes, it can.

5        Q.    Do you revoke security clearances

6    for all contractor staff if charges

7    against them are sustained in a death

8    investigation report?

9            MR. WITTEKIND:  Objection to form.

10           THE WITNESS:  If it comes out that

11        the contractor staff did something

12        that violated the safety or security

13        of the department, then yes.

14   BY MS. SERRANO:

15       Q.    Okay, so I am now -- yeah.

16   Specifically, with respect to the death

17   investigation report of Louis Jung, did

18   you ever receive the full report?

19       A.    No, I didn't.

20           MR. WITTEKIND:  Objection to form.

21   BY MS. SERRANO:

22       Q.    Okay.  Do you recall revoking the

23   security clearance of LPN Blair Cabellos.

24       A.    I do.

1    Q.   Do you recall when you revoked her
2    security clearance?
3    A.   Yes, I believe it was after the
4    hearing.  I'm not sure if it was after the
5    hearing for Lt. Bloodsaw or the hearing
6    for Officer Gena Frasier, but it was after
7    a hearing.
8    Q.   So why did you revoke LPN Blair
9    Cabellos's security clearance?
10   A.   So there was two reasons.  One:
11   The investigation that was presented at
12   the hearing, in those investigations the
13   Office of Professional Compliance, they
14   give a conclusion, and in that conclusion,
15   if I recall correctly, it stated the
16   violations that occurred, and Ms. Cabellos
17   was part of that.  Not only that, the
18   video that was played at the hearing
19   showed those violations.
20   Q.   Okay.  So you reviewed video
21   showing LPN Cabellos at a disciplinary
22   hearing, and that informed your revocation
23   of her security clearance?
24         MR. WITTEKIND:  Objection to form.

1          MR. PESTRAK:  You can answer.

2          THE WITNESS:  Yes, but the video

3     was pertaining to the officers that

4     were brought up -- the officer and

5     the lieutenant that was brought up

6     on charges.  And what we observed in

7     the video for the hearing of the

8     officer and the lieutenant is also

9     what we saw with what Nurse Cabellos

10    did not do.

11 BY MS. SERRANO:

12    Q.   Okay.  Did you ever speak with LPN

13 Blair Cabellos prior to revoking her

14 security clearance?

15    A.   No.  I don't have to speak to a

16 contracted employee about why we're

17 revoking.

18    Q.   Okay.  So did you determine that

19 LPN Blair Cabellos had violated

20 Philadelphia Department of Prisons'

21 policies through the review of that video?

22          MR. WITTEKIND:  Objection.

23          MR. PESTRAK:  You can answer.

24          THE WITNESS:  Not just the video,