| PHILADELPHIA PRISONS<br>POLICIES & PROCEDURES | **Policy Number**<br>4.E.21 | **Page** 1<br>**of** 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Related Pennsylvania Minimum Standards:** PA Code Title 37 § 95.232, 95.241, 95.242<br>**NCCHC Standards:** J-A-07, J-C-04, and J-E-08<br>**Related ACA Standards:** 2-CO-3B-01 & 2-CO-3B-02, 4-ALDF-1C-01, 4-ALDF-7B-10, 4-ALDF-4D-08 & 4-ALDF-4D-09 | |
| **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations | **Supersedes:** Policy 4.E.21 signed on October 2, 2014 | |
| **Approved:** ____________ Commissioner | **Signature Date:** August 13, 2024 | |
| **Effective Date:** September 13, 2024 | **Scheduled PAD Review:** Annually<br>**Scheduled Commissioner's Review:** August 13, 2028 | |

## Purpose

The purpose of this policy is to update and formalize the roles of the Philadelphia Department of Prisons (PDP) staff in the delivery of non-routine and/or emergency medical services to inmates, staff, and others within the PDP.

## Policy

It is PDP policy for its staff to provide inmates, staff, and others with immediate care, as appropriate, and prompt access to non-routine and/or emergency medical services, when warranted. The PDP will provide training in First Aid care and Cardiopulmonary Resuscitation (CPR) to all correctional staff responsible for the direct supervision of inmates. Correctional staff will be responsible for performing immediate care procedures until the health care provider assumes the responsibility for care in accordance with PDP Policy and Procedure 3.B.17, Medical Emergency Plan.

## Definitions

*Direct supervision of inmates:* The duty in a staff person's job responsibilities that specifies that staff is responsible for accounting for the appropriate whereabouts, behavior, and care of inmates assigned to him/her.

*Medical Emergency:* A situation in which, if immediate medical treatment is not rendered, a life-threatening situation may result. Some examples of medical emergencies are, but are not limited to, when an individual suffers a major injury or acute illness such as a fracture of an extremity with obvious bone deformity, a fall with a possible neck/back/head injury, severe chest pain, or major respiratory difficulty, loss of consciousness, or significant loss of blood, or when an individual has a sudden onset or worsening of a major illness such as severe chest pain in a conscious patient with known heart disease or the onset of a high fever and prostration in an individual with chronic illness.

ATTORNEYS' EYES ONLY
Jung - City Production002567

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | **Policy Number** 4.E.21 | **Page** 2 **of** 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

*Non-routine and/or emergency health services:* Any medical attention that is required but is not routinely provided for through Policy and Procedure 4.E.7 Access to Care, Policy and Procedure 4.E.24, Inmate Keep-on-Person Medication Program (KOP), and routine medication administration.

*Cardiopulmonary Resuscitation (CPR):* Specific procedures, prescribed by the American Safety & Health Institute (ASHI) and taught by trained CPR instructors, that are performed to restore and/or facilitate airway breathing and circulation for a person in whom those functions appear to have stopped.

*First Aid:* Health care procedures intended to maintain or improve the condition of an injured or sick person that can be performed by a layman who has been trained in those procedures, specifically according to American Safety & Health Institute (ASHI) training curriculum.

*Immediate Care:* Care limited to basic First Aid and CPR that is administered by a trained staff member until qualified medical personnel, having been notified, make themselves promptly available to assess the medical situation and render appropriate and more specific and sophisticated medical services.

*Staff Member providing immediate care:* All PDP staff and contract staff, excluding clerical staff and volunteers, whose responsibility includes direct supervision of inmates.

**Policy Overview**

PDP staff's routine role with regard to the provision of medical services to individuals within their jurisdiction is to provide access to care by enabling inmates to request medical appointments and to enable inmates to have access to keep-on-person (KOP) a direct-observation-therapy (DOT) medications in accordance with PDP Policy and Procedure 4.E.24, Inmate Keep-on-Person Medication Program and routine medication administration according to each PDP facility's schedule.

When the medical situation does not fall into these categories, and when there is a clearly defined need, in the judgment of PDP staff, to intervene by administering immediate First Aid care until the health care provider can attend to the patient(s), PDP staff will:

- Provide immediate First Aid care, as appropriate
- Provide prompt access to non-routine and/or emergency medical services
- Assist the health care services staff upon their arrival to the scene and in keeping with security responsibilities of the facility. If security responsibilities will be jeopardized or backup security assistance cannot be secured, PDP staff will not assist the medical personnel.

**Revised** **August 13, 2024** **Revised**

ATTORNEYS' EYES ONLY Jung - City Production002568

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 3 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

During PDP pre-service training, PDP staff who will be responsible for the direct supervision of inmates will be certified to perform basic First Aid procedures and Cardiopulmonary Resuscitation (CPR) and will be re-certified according to appropriate schedules. PDP staff will also be taught guidelines for deciding when it is appropriate to administer immediate care.

In all such cases, PDP will notify the health care provider according to the PDP medical response procedures, and administer care only as required and only until health care services staff arrives on the scene and assumes responsibility for care.

**General Guidelines**

In most cases, a PDP staff member providing direct supervision of inmates will be the first person to become aware of an individual's need for non-routine or emergency medical attention.

When a non-routine or medical emergency occurs, the PDP staff member's initial responsibility is to determine (according to training, guidelines, and best judgment) what level of intervention is immediately required prior to the availability of professional medical staff. Some basic guidelines and examples are listed below to assist PDP staff in making these decisions concerning the level of necessary intervention.

| First Aid - The Basics |
|---|
| • Make the scene safe for yourself and the victim/patient.<br>• "Do no further harm." Don't move a victim unless there is danger, another victim to reach, or unless it is necessary to render life-saving techniques.<br>• If victim is responsive, look for and control severe bleeding with direct pressure. Monitor tissue color and temperature. Help maintain normal body temperature. Make comfortable while waiting for help. Gather information: Signs, symptoms, allergies and medical history.<br>• When there is more than one victim, attend to the most life-threatening situation first.<br>• Use your skills appropriate to the situation.<br>• Upon the response of the health care services staff and an assessment of the inmate's condition, security staff will assist health care services staff by whatever means possible, provided the area is secure. |

**Medical Emergency**

This situation is the most serious type of emergency during which simultaneous notification of health care services staff and the provision of immediate on-site basic first aid or CPR by correctional staff is required.

Revised August 13, 2024 Revised

ATTORNEYS' EYES ONLY Jung - City Production002569

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 4 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

If an individual suffers a major injury or acute illness such as:

- Fracture of an extremity with obvious bone deformity
- Fall with a possible neck/back/head injury
- Severe chest pain
- Severe breathing difficulty
- Loss of consciousness
- Uncontrolled bleeding

Correctional staff should notify the health care services staff, through Center Control, to report to the site immediately. Correctional staff will also immediately apply basic first aid or CPR as indicated by the specific situation and according to their first aid and CPR training. These types of patients should not be moved except under specific instructions by medical personnel or if there is imminent danger such as a fire, riot, or attempted suicide. Following the incident, correctional staff will complete the appropriate reports, detailing the situation and what care they provided.

***SITUATIONS REQUIRING EMERGENCY NOTIFICATION OF HEALTH CARE SERVICES STAFF FOR THE PROVISION OF IMMEDIATE TREATMENT***

If an individual has a sudden onset or worsening of a major illness, such as severe chest pain in a conscious patient, correctional staff should immediately contact the on-site health care services staff. In most such cases, first aid care or CPR is not indicated, but the individual does require emergency medical care by health care services staff.

Health care services staff would provide this care either directly on-site or following transfer to the medical triage area. Correctional staff will take appropriate measures to assure the individual's comfort. If appropriate, correctional staff will place the individual in a position of comfort according to their first aid and CPR training while awaiting health care services staff. Following the incident, correctional staff will complete a report detailing the situation and their specific actions.

**WHAT TO DO IN CASE OF MEDICAL EMERGENCY**

The American Safety and Health Institute (ASHI) stresses three steps to take in case of any emergency:

Revised August 13, 2024 Revised

ATTORNEYS' EYES ONLY

Jung - City Production002570

|  PHILADELPHIA PRISONS POLICIES & PROCEDURES | **Policy Number** 4.E.21 | **Page** 5 **of** 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

***ASSESS, ALERT AND ATTEND***

**ASSESS** - the scene for safety. If safe, assess the victim. If the victim appears weak, seriously ill, or is unresponsive then…

**ALERT** – activate the PDP Medical Emergency Plan (3.B.17) and/or contact the Philadelphia Fire Department (911) dispatcher for outside Emergency Medical Services (EMS).

**ATTEND** – Open airway, check breathing, circulation and defibrillation. Continue until a person with equal or more qualified training takes over.

Types of information some of which an Officer may be able to relay:
(WHO? WHAT? WHEN? WHERE? HOW?)

- Who is calling? Who is down?
- Where are you (specific location) and where is the patient?
- What is happening? Trauma? Awake or unconscious? Able to talk/walk/breathe?
- When exactly did the incident happen? Events that have transpired up to this call.
- Patient's approximate age?
- Recent complaints? Has this happened before?

**Notification of Health Care Services Staff & Other Essential Correctional Staff**

In a medical emergency, correctional staff on-site will notify Center Control immediately by either telephone or two-way radio. If neither option exists; then the on-site correctional staff should use their voice, whistle, other correctional staff, or, as a last resort, inmate runners.

**IF THE INMATE IS SHOWING NO SIGNS OF CIRCULATION AND IS NOT BREATHING, IMMEDIATELY CONTACT CENTER CONTROL TO HAVE THE HEALTH CARE SERVICES STAFF TO RESPOND TO THE AREA AND TO REQUEST AN AUTOMATIC EXTERNAL DEFIBRILLATOR (AED).**

**Revised** **August 13, 2024** **Revised**

ATTORNEYS' EYES ONLY Jung - City Production002571

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 6 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

**Rendering of Immediate Care in a Medical Emergency**

Once notification of health care services staff (through Center Control) is completed, and the area is secured or is being secured by other staff, a staff member will render basic first aid or CPR (if indicated according to first aid and CPR training) until there is a medical response.

***NON-ROUTINE MEDICAL SITUATIONS NOT CONSIDERED EMERGENCIES, BUT REQUIRING IMMEDIATE CARE***

**Medical Situations where PDP Correctional Staff can Provide Minor First Aid (on-site)**

If an individual suffers an injury which requires medical attention, but is not life threatening, such as a laceration requiring suturing or a special dressing, a joint sprain or strain, or a minor burn, then correctional staff will:

- Inform the health care services through Center Control
- Take the appropriate first aid measures (according to first aid training)
- Take the patient immediately to the medical services area for treatment
- Complete a report detailing the situation and care provided.

**Role of Center Control - Getting Information and Notifying Health Care Services Staff**

The Center Control Officer will determine the identity and apparent condition of the individual in distress and contact health care services staff on duty and/or on call. In most cases, time will not permit more than the most vital information; however, it is valuable to know what types of information medical staff will need to respond promptly and correctly with the proper equipment and staff for the situation.

The Center Control Supervisor will immediately dispatch the closest Correctional Officer to retrieve an Automated External Defibrillator (AED), as per Policy and Procedure 3.B.223 Use of the Automated External Defibrillator (AED).

Under some circumstances, information will enable medical staff to give instructions by phone to on-site staff while other medical staff are enroute to the area.

Gathering and communicating any of this information will be secondary to administering immediate assistance or gaining prompt dispatch of medical staff to the area.

**Revised** **August 13, 2024** **Revised**

ATTORNEYS' EYES ONLY
Jung - City Production002572

| PHILADELPHIA PRISONS<br>POLICIES & PROCEDURES | **Policy Number**<br>4.E.21 | **Page** 7<br>**of** 12 |
|---|---|---|
| **Part: IV** - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

**IF THE SITUATION IS OBVIOUSLY LIFE-THREATENING, THEN CENTER CONTROL WILL NOTIFY OR EXPEDITE NOTIFICATION OF APPROPRIATE EMERGENCY RESOURCES (WITHOUT AWAITING THE ADVICE OF HEALTH CARE SERVICES STAFF - CALL 911).**

In situations where a telephone is used, the Center Control Supervisor can choose to notify medical services of the emergency and possibly transfer the call directly to medical staff.

A supply of security restraints including handcuffs, traveling belts, and plastic cuffs will be kept in an area accessible to Center Control to ensure the safe transfer of injured inmates to the appropriate medical area or other designated treatment area.

**Notifying Other PDP Officials**

Center Control will notify the Shift Commander of medical emergency situations. The Shift Commander will then initiate further notification procedures, as appropriate for the situation, via contact to the Deputy Warden of Operations and/or the Warden.

**Coordinating Services**

Depending on the situation, and in response to instructions from superiors or medical staff, Center Control may arrange the following, as appropriate:

- Escort inmates to the medical services area
- Escort health care staff to the affected area
- Summon additional security staff to assist in securing the area and/or providing immediate care
- Summon additional medical staff to assist when needed
- Curtail or reroute traffic in and/or around the area
- Notify the Transportation Unit Dispatcher that there is an emergency
- Record response time in time log
- Call the Philadelphia Fire Department Dispatcher (via 911) for outside Emergency Medical Services (EMS)

ATTORNEYS' EYES ONLY Jung - City Production002573

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 8 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

- Notify perimeter staff, so that measures are taken to clear entrances and exits for emergency assistance.

**Other Security Responses**

Once notified, the Shift Commander or designee would take an active role in the emergency medical situation. The Shift Commander or designee may:

- Give orders to Center Control
- Redeploy staff as necessary
- Alter the facility schedule and movement
- Secure areas
- Order other security measures as deemed appropriate.

A security Supervisor will respond to the area with a two-way radio. The security Supervisor will record the transfer of any inmate and will notify the Shift Commander of any injury to staff. The Warden or designee will notify, as soon as possible, the immediate relatives of the injured staff to inform them of the staff member's injuries and location. Questions regarding the circumstances surrounding the medical emergency must be referred to the Commissioner.

Standard security procedures shall not be compromised during the provision of emergency medical services.

Depending on where the emergency situation occurs and the seriousness of the incident or injuries, it may be necessary to secure the area to maintain order. Medical emergencies require a secured area. A secured area is one where:

- Inmate movement (traffic) is reduced to a minimum or stopped
- Escape risk is prevented
- There are enough staff members to maintain order.

Staff in other parts of the facility who become aware of a medical emergency in an area for which they are not responsible will hold their posts unless summoned by proper authority to render assistance as ordered.

**Emergency Situations Requiring a 911 Call**

Philadelphia Fire Department Emergency Medical Services (EMS), commonly referred to as Fire Rescue, will be requested immediately when the medical condition of an inmate is life threatening, except when an inmate has refused lifesaving medical interventions via a signed "Do Not Resuscitate" (DNR) order.

**Revised** **August 13, 2024** **Revised**

ATTORNEYS' EYES ONLY Jung - City Production002574

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 9 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

Normally, PDP health services staff will phone 911 to request transport to the hospital, for example, when Philadelphia Fire Department EMS paramedics/EMTs are needed to transport an inmate from PHSW or other facility medical triage to the nearest outside hospital. In all cases of a 911 request for EMS, medical staff will ask the on-site security staff to notify the Center Control Supervisor that a call has been made to 911.

Security will phone 911 to request outside emergency medical services when PDP medical personnel cannot leave the inmate, for example, when a medical team is providing emergency care on a housing unit. In these situations, medical will provide on-site security staff with medical information required by the 911 dispatcher.

Security may also call 911 when an individual's medical condition is so clearly life-threatening that waiting for medical staff arrival might further endanger the individual's life. In these situations, medical will be called at the same time as or immediately after the call to 911.

When EMS (Fire Rescue) is requested, medical or security must immediately contact the Center Control supervisor in order for the Center Control supervisor to prepare for EMS arrival and custody escort, so that the Transportation Dispatcher and the Main Gate Officer can be notified before arrival of EMS, and so that the jail pathways are secured, as necessary.

**Transport of Inmates to Outside Hospitals**

When emergency transport is required, the health care provider will notify the Center Control Supervisor and make the necessary arrangements. All emergency transfers will be made by private ambulance service or the Philadelphia Fire Department, Emergency Medical Services to the emergency room of the local hospital or contract hospital, as appropriate.

Facility security staff will maintain proper security of inmates during transportation, treatment, and convalescence if the inmate is not returned to the facility after treatment. The PDP will ensure all security escort staff are properly trained in supervision techniques for inmates confined outside the facility (refer to PDP Policy and Procedure 3.A.12, Emergency/Escorted Trips).

The Facility Staff Deployment Supervisor and CORESTAR will maintain appropriate records to document the amount of overtime expenditures being spent in escort activity of this type, sufficient to differentiate routine medical trips from non-routine (refer to PDP Policy and Procedure 1.C.3, Security Staff Deployment).

Revised August 13, 2024 Revised

ATTORNEYS' EYES ONLY

Jung - City Production002575

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | **Policy Number** 4.E.21 | **Page** 10 **of** 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

**Medical Review**

As soon as possible after a significant medical emergency, the Facility Health Services Administrator (HSA), the Warden, and other officials, as appropriate, may convene the major participants of the emergency for a de-briefing conference to review the events and procedures that occurred.

**First Aid and CPR Training**

The PDP Training Academy will administer a basic first aid and CPR training program endorsed by the American Safety & Health Institute (ASHI).

All correctional personnel working with inmates will be trained and certified in basic first aid and cardiopulmonary resuscitation (CPR). Staff will be re-certified every two years in CPR and re-certified every three years in first aid. The Training Division of the PDP will be responsible for scheduling and coordinating this training.

The training program will include the actions required in potential emergency situations as follows:

- Administration of basic first aid and cardiopulmonary resuscitation (CPR)
- Methods for obtaining emergency care
- Procedures for transporting inmates to appropriate outside hospitals when emergency medical services are needed
- Requirements to respond to an emergency immediately upon notification.

**Health-Related Topics For Staff Administering Non-Routine Medical Care**

Health-related topics in staff training may also include training regarding the use of universal precautions or the staff's role in managing special needs inmates such as those who may be mentally ill, HIV positive, mentally disabled, suicidal, or chemically dependent. The involvement of health professionals in conducting such training can help to improve the relationships between correctional and medical staff as well as to ensure that the clinical information presented is accurate. The health care provider may also offer educational programs for their correctional colleagues regarding infection control practices, stress management, occupational safety, environmental health issues or other health issues.

**Medical Emergency Equipment**

The PDP will provide correctional staff with a CPR pouch containing medical exam gloves and a CPR mouth protector to be used as appropriate.

The PDP will provide stretchers in the medical area(s).

Revised August 13, 2024 Revised

ATTORNEYS' EYES ONLY Jung - City Production002576

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 11 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

The health care provider will review the location and use of the stretchers at least annually, and an evaluative report will be forwarded to the Commissioner or designee.

**Use of Universal Precaution by PDP Staff**

Universal precautions as outlined below are important and should be consistently utilized by staff when responding to emergency situations.

Staff should consider all individuals encountered to be potentially infectious. Staff should use the appropriate barrier protections:

- Medical exam gloves should be used when touching blood, body fluids, and non-intact skin (includes cuts and abrasions on staff)
- If there is a potential for blood or body fluid splashes and/or soiled clothing, correctional staff and trained inmate workers should be provided and will wear water impervious gowns or coverings
- If there is a potential for the aerolization of splashed blood or body fluid, staff should wear eye protection and masks provided
- If CPR is necessary, staff should not give respiration breaths unprotected. Correctional staff should use a CPR mask with the one-way valve.

After using the appropriate barrier protection, staff should wash the protected area with soap and water for at least twenty (20) seconds. For example, staff should wash their hands after using medical exam gloves.

Correctional staff that are responsible for the direct supervision of inmates must carry a CPR pouch containing medical exam gloves and a CPR mouth protector on their person at all times.

After each use of gloves contaminated with blood or other body fluids, staff will seal these gloves and deliver the sealed bag to the appropriate medical staff. Security staff will obtain a new pair of medical exam gloves from Center Control or other locations designated by the Warden. Center Control or the Shift Commander's Office will maintain an adequate supply of gloves and other protective barriers. Inmate workers who are properly trained will seal other clothing, bedding or protective barriers contaminated with blood or other body fluids in a plastic bag and deliver to the appropriate medical staff. Medical staff will dispose of the contaminated items in an appropriate medical waste container (Refer to Policy and Procedure 4.E.22, Medical Waste.)

Revised August 13, 2024 Revised

ATTORNEYS' EYES ONLY Jung - City Production002577

| PHILADELPHIA PRISONS POLICIES & PROCEDURES | Policy Number 4.E.21 | Page 12 of 12 |
|---|---|---|
| **Part:** IV - Institutional Services<br>**Section:** E - Health Services | **Subject:** PDP Staff Roles in Non-Routine and/or Emergency Medical Situations<br>**Date:** August 13, 2024 | |

**Auditing Information**

The appropriate department and/or facility assigned to measure compliance, effectiveness, and efficiency of this policy and its related procedures will monitor the following information:

- Percentage of staff who have been trained in first aid and CPR (both initially and annually)
- Number of incident reports that indicate the use of first aid or CPR
- Number of medical emergencies in a given time period
  - type of medical emergency
  - location of medical emergency
- Response time of emergency transport to get to the scene of the medical emergency
  - time emergency transport called
  - time emergency transport arrived at facility
  - time emergency transport arrived at scene of medical emergency
- Number of times staff report contaminated gloves
- Number of times victims are treated by facility medical staff
- Number of times victims are transported to hospital emergency rooms, including
  - type of medical emergency
  - location of hospital emergency room
- Number of times Philadelphia Fire Department Emergency Medical Services responded
- Number of times ambulance service responded
- Percentage of staff who have completed vaccination for Hepatitis B.

ATTORNEYS' EYES ONLY Jung - City Production002578