## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACOB and JAMES JUNG as administrators
for the estate of LOUIS JUNG, JR.,

     Plaintiffs,

  vs.

YESCARE CORP., LALITHA TRIVIKRAM,
MAUREEN GAY, BLAIR CABELLOS, et
al.,

     Defendants,

  vs.

CAREERSTAFF UNLIMITED, LLC,

     Third Party Defendant,

TEKACCEL, INC.,

     Fourth Party Defendant.

Civil Action No.  2:24-CV-05618-TJS

## JOINDER MOTION OF DEFENDANT CAREERSTAFF UNLIMITED, LLC TO DEFENDANT MARIESHA APOLLON'S REPLY BRIEF TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Defendant, CareerStaff Unlimited, LLC ("CareerStaff" or Defendant"), by and through its undersigned counsel, respectfully moves to join in Defendant Mariesha Apollon's Reply Brief to Plaintiffs' Opposition to Motion for Summary Judgment, and in support thereto, avers the following:

CareerStaff hereby adopts and incorporates by reference Defendant Mariesha Apollon's Reply Brief to Plaintiffs' Opposition to Motion for Summary Judgment of Defendant Mariesha Apollon, as if fully set forth herein at length.

Should this Court grant Defendant Mariesha Apollon's ("Apollon") Motion for Summary Judgment, then all claims asserted by Defendant YesCare Corporation ("YesCare") in the Third Party Complaint must be dismissed. As set forth in CareerStaff's Motion for Summary Judgment, YesCare's claims against CareerStaff for common law indemnification, contribution, and/or contractual indemnification are premised on the patently false theory that Apollon was an employee of CareerStaff.

If Plaintiffs' claims against Apollon are dismissed, YesCare's derivative claims against CareerStaff must also be dismissed, as YesCare's right to recover from CareerStaff is wholly derivative of Plaintiffs' right to recover from YesCare for the alleged actions or inactions of Apollon. *See* Murray v. Com. Union Ins. Co. (Com.), 782 F.2d 432, 438 (3d Cir. 1986) (since a loss of consortium claim is derivative, the claim had to be dismissed in the absence of the defendant's liability to spouse-plaintiff); *see also* Flick v. Chartwell Advisory Grp. Ltd., No. CIV.A. 14-06953, 2015 WL 4041969, at *7 (E.D. Pa. July 2, 2015) (due to the underlying claims being dismissed against a defendant, the defendant's derivative cross-claims seeking indemnification and contribution were also dismissed).

WHEREFORE, CareerStaff Unlimited, LLC respectfully requests that this Honorable Court grant Defendant Mariesha Apollon's Motion for Summary Judgment, dismiss the derivative claims asserted against CareerStaff Unlimited, LLC by YesCare Corp., and enter the Order attached to the Joinder Motion of Defendant CareerStaff Unlimited, LLC to Mariesha Apollon's Motion for Summary Judgment (Document 107-1).

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI LLP

Date:  December 29, 2025          By: _____

Alexander B. Possino, Esquire
PA Bar No. 324659
apossino@grsm.com
707 Grant Street, Suite 3800
Pittsburgh, PA 15219
*Counsel for Third Party Defendant/Fourth
Party Plaintiff, CareerStaff Unlimited, LLC*