**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 29th day of December, 2025, a true and correct copy of the within **Joinder Motion of Defendant CareerStaff Unlimited, LLC to Defendant Mariesha Apollon's Reply Brief to Plaintiffs' Opposition to Motion for Summary Judgment** was filed via the Electronic Filing System. Parties may access this filing through the ECF filing system.

_____
Alexander B. Possino, Esquire