**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JACOB and JAMES JUNG as administrators for the estate of LOUIS JUNG, JR.,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al.,<br><br>　　　　　Defendants,<br><br>　vs.<br><br>CAREERSTAFF UNLIMITED, LLC,<br><br>　　　　　Third Party Defendant,<br><br>TEKACCEL, INC.,<br><br>　　　　　Fourth Party Defendant. | Civil Action No.  2:24-CV-05618-TJS |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**FOURTH PARTY DEFENDANT TEKACCEL, INC. WITHOUT PREJUDICE**

　　　Defendant, CareerStaff Unlimited, LLC, by and through its undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(C)(1) and based upon the Order granting CareerStaff Unlimited, LLC's Motion for Summary Judgment (Doc. No. 131), voluntarily dismisses Fourth Party Defendant Tekaccel, Inc. from this action without prejudice. Tekaccel Inc. has not filed a pleading in response to the Fourth Party Complaint (Doc. No. 82).

                                      Respectfully submitted,

                                      GORDON REES SCULLY MANSUKHANI LLP

Date: December 31, 2025          By: _____
                                      Alexander B. Possino, Esquire
                                      PA Bar No. 324659
                                      apossino@grsm.com
                                      707 Grant Street, Suite 3800
                                      Pittsburgh, PA 15219
                                      *Counsel for Third Party Defendant/Fourth Party Plaintiff, CareerStaff Unlimited, LLC*