**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 31st day of December, 2025, a true and correct copy of the within **NOTICE OF VOLUNTARY DISMISSAL OF FOURTH PARTY DEFENDANT TEKACCEL, INC. WITHOUT PREJUDICE** was filed via the Electronic Filing System. Parties may access this filing through the ECF filing system.

_____
Alexander B. Possino, Esquire