IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : : : : | **CIVIL ACTION** |
| v. | : : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW** | : : : : : : : | **NO. 24-5618** |

## ORDER

**NOW**, this 31st day of December, 2025, upon consideration of the motion for Joinder of Defendant CareerStaff Unlimited, LLC to the Brief in Support of Defendant Mariesha Apollon's Motion to Preclude Plaintiffs' Medical Expert Opinions Pursuant to *Daubert* (Doc. No. 113) and judgment having been entered in favor of CareerStaff, **IT IS ORDERED** that the motion is **DENIED** as moot.

TIMOTHY J. SAVAGE, J.