IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** | : | **CIVIL ACTION** |
| **Administrators of the Estate of Louis** | : | |
| **Jung, Jr.** | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE** | : | |
| **CARNEY, Former Commissioner of** | : | |
| **Philadelphia Dept. of Prisons, LALITHA** | : | |
| **TRIVIKRAM, MAUREEN GAY, YESCARE** | : | |
| **CORP., MARIESHA APOLLON, BLAIR** | : | |
| **CABELLOS, GENA FRASIER, and** | : | |
| **WANDA BLOODSAW** | : | **NO. 24-5618** |

## ORDER

**NOW**, this 31st day of December, 2025, upon consideration of the Joinder Motion of Defendant CareerStaff Unlimited, LLC to Defendant Mariesha Apollon's Reply Brief to Plaintiffs' Opposition to Motion for Summary Judgment (Doc. No. 130) and judgment having been entered in favor of CareerStaff, **IT IS ORDERED** that the motion is **DENIED** as moot.

TIMOTHY J. SAVAGE, J.