IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR,** | :<br>:<br>:<br>: |
| Plaintiffs, | :<br>:     Civil Action<br>:     No. 2:24-cv-05618 |
| v. | :<br>: |
| **CITY OF PHILADELPHIA, et al.,** | :<br>: |
| Defendants. | :<br>: |

### DEFENDANT'S City of Philadelphia's, Blanch Carney's, Wanda Bloodsaw's, and Gena Frasier's PRE-TRIAL MEMORANDUM

Defendants, City of Philadelphia, Blanch Carney, Wanda Bloodsaw, and Gena Frasier ("City Defendants"), by and through his attorneys, hereby file this Pretrial Memorandum pursuant to Rule 16.1(c) of the Local Rules of Civil Procedure. Defendants reserve the right to amend and/or supplement this Pretrial Memorandum prior to trial.

**I.   BRIEF STATEMENT OF NATURE OF ACTION AND BASIS OF JURISDICTION**

Plaintiffs' action asserts civil rights claims brought pursuant to 42 U.S.C. §1983 for alleged violation of their Decedent's, Louis Jung, Jr.'s, civil rights arising under the United States Constitution. Plaintiffs' also assert claims under the American Disabilities Act, the Rehabilitation Act, and state law causes of action. Jurisdiction is based upon 28 U.S.C. §1331 and 1343, 42 U.S.C. § 12131, 29 U.S.C. § 701, and 28 U.S.C. § 1367.

**II.   STATEMENT OF FACTS**

On October 27, 2023, Louis Jung Jr. was admitted to the Philadelphia Department of Prisons ("PDP"). Mr. Jung had previously been incarcerated at PDP, from December 16, 2021, to September 27, 2022, and December 14, 2022, to June 2, 2023. From June 2, 2023, to October 27,

2023, Mr. Jung was admitted to Norristown State Hospital. Norristown State Hospital found Mr. Jung to be competent and malingering and discharged him. On return from Norristown State Hospital, Mr. Jung, who had type 1 diabetes, arrived at intake with a blood sugar of 542. Mr. Jung was given insulin and had daily insulin ordered by medical staff. Between his return from Norristown State Hospital and his unfortunate death, Mr. Jung was under the care of medical staff for his diabetes and refused multiple doses of insulin. There is documentation of one refusal for the morning dose on November 1st, and another on the afternoon of November 5th. There were multiple other missed opportunities to receive insulin for various reasons.

On November 5, 2023, at approximately 10:57 a.m., Defendant Corrections Officer ("CO") Gena Frasier was escorting LPN Blair Cabellos for a medical event on the pod that housed Mr. Jung. Defendant Frasier told Nurse Cabellos that Mr. Jung was asking to see a medical provider while Nurse Cabellos was on the pod. After being brought to Mr. Jung, Nurse Cabellos made observations of Mr. Jung but did not constitute said interactions as rising to the level of a medical encounter. Nurse Cabellos observed that Mr. Jung verbally complained of leg pain and indicated that he could not walk. However, as this conversation was happening, Mr. Jung was standing, then proceeded to walk towards Nurse Cabellos, before he sat himself on the ground and complained of falling. Nurse Cabellos did not determine that Mr. Jung's state required an immediate stretcher call or other immediate medical attention. Nurse Cabellos then left the pod.

As a result of this interaction, Defendant Frasier requested a supervisor to Cell 21, Mr. Jung's cell, because he was refusing to reenter his cell, not due to a medical emergency. Defendant Bloodsaw, a supervisor, responded to Cell 21. Defendant Bloodsaw had limited interaction with Mr. Jung and utilized inmate workers to put him back in his cell.

On November 6, 2023, Mr. Jung was found at 6:05 AM breathing but not moving and medical personnel were called to his location. Emergency medical treatment was given to Mr. Jung, but he unfortunately passed away despite this treatment.

The City of Philadelphia had procedures in place for disability accommodation. The City contracted its prison medical services out to YesCare. The contracted-for services that the City hired YesCare to perform were specifically required to comply with the ADA. Per the agreed upon contract, the medical providers were to provide care consistent with "the certified medical recommendations from that body," here the American Diabetes Association. This contract with YesCare includes specific information regarding Performance Improvement Plans.

Due to his diabetes, Mr. Jung was always a patient of YesCare's during his incarceration and was receiving treatment. When his treatment needs required, Mr. Jung was transported to outside facilities for additional treatment. Mr. Jung's medical records detail the extensive treatment he was receiving and his history of noncompliance with those treatments.

## II.     DEFENDANTS' EXHIBIT LIST

1. Deposition Transcript of Blair Cabellos
2. Deposition Transcript of Gena Frasier
3. Deposition Transcript of Wanda Bloodsaw
4. Deposition Transcript of Patricia Powers
5. Deposition Transcript of Sandy Varghese
6. Deposition Transcript of Jacob Jung
7. Deposition Transcript of James Jung
8. Deposition Transcript of Lalitha Trivikram
9. Deposition Transcript of Linda Witkowski

10. Deposition Transcript of Marsha Jeoboham

11. Amended Complaint

12. Discovery Response of Blair Cabellos

13. Discovery Response of Plaintiffs

14. Video from November 5, 2023

15. Mr. Jung's Medical Records from October 2023 until November 6, 2023

16. Philadelphia Department of Prisons ("PDP") Policy 4.E.7, Access to Care

17. PDP Policy 4.E.24.2, Red Flag Medication Compliance System

18. PDP-Western Correctional Consultants Audit June 3, 2023

Deposition transcripts include all exhibits used and/or marked during the deposition.

*City Defendants reserves the right to amend this list should supplemental information become available or relevant. City Defendants also reserve the right to use and/or admit into evidence Plaintiffs' or Codefendants' exhibits listed in their pretrial memorandum. City Defendant also reserve the right to object to the admissibility of Plaintiffs' or Codefendants' exhibits at trial.*

**III.    DEFENDANTS' WITNESS LIST**

1. LPN Blair Cabellos – For her observations and medical opinions of Mr. Jung on November 5, 2023.
2. CO Gena Frasier – To describe her tour of duty on November 5, 2023, specific to her interactions with Mr. Jung.
3. Lt. Bloodsaw – For her brief time on the pod Mr. Jung was housed.
4. Dr. Trivikram – To provide testimony to the treatment of diabetes and the history of Treatment Mr. Jung received and his noncompliance.
5. Patricia Powers – Will testify to the polices for Correctional Staff at PDP
6. Sandy Varghese – Will testify on the medical polices implemented by PDP and the oversight of YesCare.
7. Blanche Carney – Policies in general at PDP.
8. Mariesha Apollon – Mr. Jung's medical state at the time of intake.
9. Maureen Gay – The treatment ordered for Mr. Jung.
10. Lynda Witkowski – The training and operation of YesCare.
11. Marsha Jeoboham – The operation and medical charting done by YesCare nurses.

4

## IV. ESTIMATED LENGTH OF TRIAL

This trial should last approximately 3-5 days.

Respectfully submitted:

Date:  January 2, 2026

/s/ *Michael Pestrak*
Michael Pestrak
Senior Attorney
Attorney Identification No. 208611
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102-1595
(215) 683-5387
michael.pestrak@phila.gov

/s/ *Emily Hoff*
Emily Hoff
Assistant City Solicitor
Attorney Identification No. 330859
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102-1595
(215) 683-5362
emily.hoff@phila.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR,** : : : : : | |
| Plaintiffs, : : | Civil Action No. 2:24-cv-05618 |
| v. : : | |
| **CITY OF PHILADELPHIA, et al.,** : : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, Michael Pestrak, hereby certify that a true and correct copy of Defendant's Pretrial Memorandum was electronically filed with the Court on the date below, and is available for viewing via ECF:

                                                                         */s/ Michael Pestrak*
                                                                          Michael Pestrak
                                                                          Senior Attorney

Dated: January 2, 2026