

Abolitionist Law Center
990 Spring Garden
Philadelphia, PA 19123
abolitionistlawcenter.org

August 28, 2025

Thomas J. Gregory
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

**Re: Outstanding discovery issue in *Jung v. City of Philadelphia*, 2:24-cv-05618-TJS**

Tom,

Greetings, we hope you are well. This email is to follow up on our previous emails and phone conversation in regard to the production of █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

We have reviewed the ██████████ documents you have provided and identified ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

In a recent email you indicated that this presents HIPAA issues. That, however, is not an issue in light of the confidentiality order entered by the court in this case, *See* Dkt. 50 (attached), and the Court's order of June 5, 2025 that gives you the additional option of redacting records. *See* Dkt. 52 (also attached).

████████████████████████████████████████████████████████████████████████ We are willing to discuss the manner and timing of production, and remain committed to being reasonable and working with you to obtain documents that are relevant for our claims, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

I am (mostly) off work this week but intend to reach out to speak via the phone about this matter early next week. We are open to a schedule in which production of these ████████ records does not begin until after the settlement conference of September 10. If this case resolves that will obviate the need for further discovery.



**Abolitionist Law Center**
**990 Spring Garden**
**Philadelphia, PA 19123**
**abolitionistlawcenter.org**

If we cannot come to an agreement on production before September 10, and the case does not settle on that date, we will be prepared to promptly file a motion ████████████████████████████████████████

Thank you for your time in this matter.

Sincerely,

/s/ Bret Grote
Bret Grote (PA 317273)
/s/ Nia Holston
Nia Holston (PA 327384)
/s/ Rupalee Rashatwar
Rupalee Rashatwar (PA 331085)
/s/ Margaret Hu
Margaret Hu (PA 334438)
990 Spring Garden
Philadelphia, PA 19123
(412) 654-9070
bretgrote@abolitionistlawcenter.org
nia@alcenter.org
rupalee@alcenter.org
margo@alcenter.org

2



Bret Grote <bretgrote@alcenter.org>

## Jung - █████████

**Bret Grote** <bretgrote@alcenter.org>　　　　　　　　　　　　　Wed, Sep 17, 2025 at 12:54 PM
To: Thomas Gregory <tgregory@okllp.com>
Cc: Margaret Hu <margo@alcenter.org>, Rupalee Rashatwar <rupalee@alcenter.org>, Nia <nia@alcenter.org>

Tom,

Good afternoon. This email is to follow up on our call on Monday, September 17th. We had discussed that you are going to speak with your clients about producing those ███████████████████████████████████████████████████████████████████████████

Plaintiffs' counsel can provide ████████████████ so we're on the same page after you confirm this approach.

You had discussed drafting language for a supplemental agreement to the confidentiality agreement that would involve Plaintiffs' counsel stipulating that we will agree not to represent individuals whose records we receive in regard to any matter that is the subject of those records. This is amenable and we will review the language you draft for consideration or any suggested revisions. This is definitely something we will work with you on if that makes production more efficient for all sides.

As to timing, after you discuss with your clients please let us know a projected timeline, presuming the other matters discussed above are worked out. A rolling basis is probably best. Again, we will work with you on this.

Thank you for the discussion the other day and your efforts to find a solution on this matter.

Sincerely,

Bret Grote
Legal Director
Abolitionist Law Center