IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JACOB and JAMES JUNG, as               :
Administrators of the Estate of LOUIS  :
JUNG, JR,                              :      No. 2:24-cv-05618-TJS
                                       :
        Plaintiff,                     :
                                       :
    v.                                 :      **JURY TRIAL DEMANDED**
                                       :
CITY OF PHILADELPHIA; YesCare Corp.;   :
BLANCHE CARNEY, Former                 :
Commissioner of Philadelphia Dept. of  :
Prisons; LALITHA TRIVIKRAM;            :
MAUREEN GAY;  MARIESHA                 :
APOLLON; BLAIR CABELLOS; GENA          :
FRASIER; WANDA BLOODSAW,               :
                                       :
        Defendants.

## ORDER

AND NOW, this _____ day of January, 2026, Plaintiffs' Motion to Redact is GRANTED. It

is hereby Ordered that the following docket entries are to be redacted:

- Dkt. 95-1, Plaintiffs' Appendix in support of Summary Judgment, Ex. 14, p. 11, n. 12.
- Dkt. 97-13, Defendant Apollon's Motion for Summary Judgment, Ex. J, p. 11, n. 12.
- Dkt. 110-8, Defendant Apollon's Motion to Exclude Expert Testimony, Ex. E, p. 11, n, 12.

BY THE COURT:

_____
Timothy J. Savage
United States Magistrate Judge