IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** | : | **CIVIL ACTION** |
| **Administrators of the Estate of Louis** | : | |
| **Jung, Jr.** | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE** | : | |
| **CARNEY, Former Commissioner of** | : | |
| **Philadelphia Dept. of Prisons, LALITHA** | : | |
| **TRIVIKRAM, MAUREEN GAY, YESCARE** | : | |
| **CORP., MARIESHA APOLLON, BLAIR** | : | |
| **CABELLOS, GENA FRASIER, and** | : | |
| **WANDA BLOODSAW** | : | **NO. 24-5618** |

## ORDER

**NOW**, this 7th day of January, 2026, upon consideration plaintiffs' Motion to Redact (Doc. No. 144), **IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that plaintiffs shall submit to the Clerk of Court for substitution the redacted documents described in the motion.

_____
TIMOTHY J. SAVAGE, J.