**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JACOB AND JAMES JUNG, ADMINISTRATORS OF ESTATE OF LOUIS JUNG, JR, | : : : | **CIVIL ACTION:** |
| PLAINTIFFS, | : : | **No. 24-cv-05618-TJS** |
| v. | : : | |
| CITY OF PHILADELPHIA; BLANCHE CARNEY, FORMER COMMISSIONER OF PHILADELPHIA DEPT. OF PRISONS; LAITHA TRIVIKRAM; MAUREEN GAY; YESCARE CORP.; MARIESHA APOLLON; BLAIRE CABELLOS; GENA FRASIER; AND WANDA BLOODSAW DEFENDANTS. | : : : : : : : : | |

**DEFENDANT, MARIESHA APOLLON'S RULE 68 OFFER OF JUDGMENT PURSUANT TO THE FEDERAL RULES OF CIVIL PROCEDURE**

To:  Jacob and James Jung
     c/o Bret Grote, Esquire
     Abolitionist Law Center
     631 N 12th Street
     Philadelphia, PA 19123

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Mariesha Apollon hereby offers to allow Judgment to be entered against her in this action in the amount of two hundred thousand dollars and no cents ($200,000.00), including all of Plaintiffs' claims for relief.  This shall be the total amount to be paid by Defendant Mariesha Apollon on account of any liability claimed in this action, including all costs of suit and attorney's fees otherwise recoverable in this action by Plaintiffs.

This offer of judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and is not to be construed as either an admission that Defendant, Mariesha Apollon, is liable in this action, or that Plaintiffs, Jacob and James Jung, Administrators of the Estate of Louis Jung, Jr., have suffered any damage.

If Plaintiffs do not accept this offer, they may become obligated to pay Defendants' costs, and arguably, attorneys' fees incurred after the making of this offer.

To accept this Offer, Plaintiff must serve written notice of acceptance thereof within fourteen (14) days of the date this offer is made.  If Plaintiff does not accept this offer as specified herein, then Defendants' offer shall be deemed withdrawn in accordance with Rule 68.

This Offer is not an admission of liability, injury or damages by Defendant Mariesha Apollon, but rather is made solely for the purpose of compromising a disputed claim.

This Offer of Judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Respectfully submitted,
KIERNAN TREBACH LLP

By: _____
SARAH M. BAKER, ESQUIRE
JONATHAN KAMINSKY, ESQUIRE
Kiernan Trebach LLP
1801 Market Street, Suite 770
Philadelphia, PA 19103
215-569-4433
sbaker@kiernantrbach.com
jkaminsky@kiernantrebach.com
*Attorneys for Defendant, Mariesha Apollon*

Date: January 5, 2026

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| JACOB AND JAMES JUNG, ADMINISTRATORS OF ESTATE OF LOUIS JUNG, JR,          PLAINTIFFS,<br><br>v.<br><br>CITY OF PHILADELPHIA; BLANCHE CARNEY, FORMER COMMISSIONER OF PHILADELPHIA DEPT. OF PRISONS; LAITHA TRIVIKRAM; MAUREEN GAY; YESCARE CORP.; MARIESHA APOLLON; BLAIRE CABELLOS; GENA FRASIER; AND WANDA BLOODSAW          DEFENDANTS. | CIVIL ACTION:<br><br>No. 24-cv-05618-TJS |

## CERTIFICATE OF SERVICE

I, Sarah M. Baker, Esquire, certify that the foregoing Rule 68 Offer of Judgment of Mariesha Apollon was served via electronic mail on counsel for Plaintiffs, Bret Grote, Esquire, on January 5, 2026.

By:_____
SARAH M. BAKER, ESQUIRE

Date: 1/5/2026