IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : : : : | No. 2:24-cv-05618-TJS |
| Plaintiff, | : : | |
| v. | : : | **JURY TRIAL DEMANDED** |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, | : : : : : : : : | |
| Defendants. | | |

**PLAINTIFFS' ACCEPTANCE OF DEFENDANT APOLLON'S RULE 68 OFFER**

To: Sarah M. Baker, Partner
Kiernan Trebach LLP
Ten Penn Center, Suite 770
1801 Market Street
Philadelphia, PA 19103-1606

      This letter is being sent to serve written notice that Plaintiffs in the above-captioned matter, Jacob and James Jung, acting as the Administrators of the Estate of Louis Jung, Jr., hereby accept the Rule 68 Offer of Judgment made by your client, Mariesha Apollon, on January 5, 2026, to allow judgment to be entered against her in this case in the amount of $200,000.

Respectfully submitted,

*[signature]*

<u>Bret Grote</u>
Legal Director
PA ID No. 317273
bretgrote@alcenter.org
<u>/s/ Rupalee Rashatwar</u>
Staff Attorney
PA ID No. 331085

1

*/s/ Margaret Hu*
Staff Attorney
PA ID No. 334438
*/s/ Lolo Salsbury Serrano*
Legal Fellow
PA ID No. 338184
Abolitionist Law Center
990 Spring Garden St., Ste 306
Philadelphia, PA 19123

2

## CERTIFICATE OF SERVICE

  I, Bret Grote, Esq., hereby certify that I caused a true and correct copy of the foregoing Plaintiffs' Acceptance of Defendant Apollon's Rule 68 Offer to be served upon counsel for Defendant Apollon, Sarah Baker and Jonathan Kaminsky, via email on January 9, 2026.


*/s/ Bret Grote*
Legal Director
PA ID No. 317273
bretgrote@alcenter.org
Abolitionist Law Center
990 Spring Garden St., Ste 306
Philadelphia, PA 19123


*Counsel for Plaintiffs*