## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JACOB AND JAMES JUNG, ADMINISTRATORS OF ESTATE OF LOUIS JUNG, JR, PLAINTIFFS, | : : : : : | CIVIL ACTION: |
| v. | : : : | No. 24-cv-05618-TJS |
| CITY OF PHILADELPHIA; BLANCHE CARNEY, FORMER COMMISSIONER OF PHILADELPHIA DEPT. OF PRISONS; LAITHA TRIVIKRAM; MAUREEN GAY; YESCARE CORP.; MARIESHA APOLLON; BLAIRE CABELLOS; GENA FRASIER; AND WANDA BLOODSAW DEFENDANTS. | : : : : : :: : | |

### CERTIFICATE OF SERVICE

I, Sarah M. Baker, Esquire, hereby certify that a true and correct copy of the foregoing Rule 68 Offer of Judgment and Plaintiffs' Acceptance of the Rule 68 Offer of Judgment was forwarded via the Court's Electronic Filing System upon the following:

**COUNSEL FOR PLAINTIFF**
Bret Grote, Esquire
Nia Holston, Esquire
Rupalee Rashatwar, Esquire
Margaret Hu, Esquire
Lolo Salsbury Serrano, Esquire
ABOLITIONIST LAW CENTER
990 Spring Garden
Philadelphia, PA  19123
bretgrote@abolitionistlawcenter.org
nia@alcenter.org
rupalee@alcenter.org
margo@alcenter.org
lolo@alcenter.org

**COUNSEL FOR YESCARE CORP., LALITHA TRIVIKRAM, MD AND MAUREEN GAY, N.P.**
Thomas J. Gregory, Esquire
O'CONNOR KIMBALL LLP
Two Penn Center Plaza, Suite 1100
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
*Tgregory@okllp.com*


**COUNSEL FOR CITY OF PHILADELPHIA AND BLANCHE CARNEY**
Michael Pestrak, Deputy City Solicitor
CITY OF PHILADELPHIA LAW DEPARTMENT
1500 Arch Street, 14th Floor
Philadelphia, PA  19102
*Michael.pestrak@phila.gov*



By:_____
        SARAH M. BAKER, ESQUIRE

Date: January 9, 2026