IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : : : : | |
| Plaintiffs, | : | Civil Action |
| v. | : : | No. 2:24-cv-05618 |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

# ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of Defendants City of Philadelphia, Blanche Carney, Wanda Bloodsaw, and Gena Fraiser's Motion *in Limine* to Preclude Improper Hearsay, and any response thereto, it is hereby **ORDERED** and **DECREED** that this Motion is **GRANTED**.

BY THE COURT:

_____
**TIMOTHY J. SAVAGE, J.**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR,** : : : : | |
| Plaintiffs, : | Civil Action |
| v. : | No. 2:24-cv-05618 |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
| Defendants. : | |

### CITY OF PHILADELPHIA'S, BLANCHE CARNEY'S, WANDA BLOODSAW'S, AND GENA FRASIER'S MOTION *IN LIMINE* TO PRECLUDE IMPROPER HEARSAY

Defendants City of Philadelphia, Blanche Carney, Wanda Bloodsaw, and Gena Frasier (collectively, "Corrections Defendants"), by and through undersigned counsel, respectfully move *in limine* to preclude improper hearsay testimony, requesting this Honorable Court enter the proposed Order for the reasons set forth in the attached Memorandum of Law, incorporated herein by reference.

Date: January 9, 2026

Respectfully submitted,

*/s/ Michael Pestrak*
**Michael Pestrak**
Senior Attorney
Attorney I.D. No. 208611
**Emily M. Hoff**
Deputy City Solicitor
Attorney I.D. No. 330859
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
*Attorneys for Defendants City of Philadelphia, Carney, Frasier, and Bloodsaw*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR,** : : : | |
| **Plaintiffs,** : | **Civil Action** |
| v. : | **No. 2:24-cv-05618** |
| : | |
| **CITY OF PHILADELPHIA, et al.,** : | |
| **Defendants.** : | |

### <u>DEFENDANTS CITY OF PHILADELPHIA, CARNEY, BLOODSAW, AND FRASIER'S MOTION *IN LIMINE* TO PRECLUDE IMPROPER HEARSAY TESTIMONY</u>

Defendants City of Philadelphia, Blanche Carney, Wanda Bloodsaw, and Gena Frasier (collectively, "Corrections Defendants"), by and through undersigned counsel, hereby move to preclude improper hearsay testimony pursuant to the Federal Rule of Evidence 801 through 804.

**I.    BACKGROUND**

In their Complaint, Plaintiffs Jacob and James Jung seek relief pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act against various members of the Philadelphia Department of Prisons corrections and medical staff, alleging violations of their father's constitutional rights. *See* ECF Doc. No. 25-1. Plaintiffs additionally complain that the City had a custom of failing to train, supervise, and discipline staff for the alleged misconduct of the individually named Defendants, which was the moving force behind the alleged constitutional injury suffered; and that the City of Philadelphia violated the Americans with Disability Act.

In their pretrial exhibit list, Plaintiffs have included Defendant Bloodsaw's Disciplinary Packet, Defendant Frasier's Disciplinary Packet, and Philadelphia Department of Prisons' ("PDP") death investigation for Mr. Jung. All three of these documents contain improper hearsay evidence through reference to an out-of-court interview of Mr. Jung's former cellmate. Moving defendants

now request that these documents and any documents that rely upon and/or reference the former cellmate's out of court interview be redacted to preclude the improper hearsay evidence.

**II.     ARGUMENT**

In the Eastern District of Pennsylvania, hearsay is a statement that "(1) the declarant does not make while testifying at the current trial or hearing; and (2) a party offers in evidence to prove the truth of the matter asserted in the statement." Fed. R. Evid. 801(c)(1)-(2). Hearsay is generally inadmissible. Fed. R. Evid. 802. There are few exceptions where hearsay would be deemed admissible, *see*, *gen*., Fed. R. Evid. 803-804; however, none of the exceptions are applicable here.

Plaintiffs, in their pretrial exhibit list, identify that they may call Shawn Jay as a witness, introduce Officer Fraizer's disciplinary packet, and introduce Shawn Jay's report and investigation. *See* ECF Doc. No. 142, at 16, 18-19. Each piece of evidence contains reference to Mr. Jung's former cellmate, a Mr. Anton Walker, who is not listed on Plaintiffs' witness list. These documents and Mr. Jay's testimony include either copies of, summaries of, or reference to a written interview with Mr. Walker that Mr. Jay conducted. To the extent any witness who is not Mr. Walker testifies about the reasoning behind Mr. Walker request to change cells, such testimony is hearsay that does not fall under any admissible exception. Likewise, any report or written document which refers to the cellmate's out of court statements is improper hearsay and should be excluded via appropriate redactions.

## III.    CONCLUSION

For the foregoing reasons, the Defendants respectfully request that the Court preclude any reference to the reasons for why Mr. Jung's cellmate wished to be moved to a different cell.

Date: January 9, 2026                                     Respectfully submitted,

                                                                            */s/ Michael Pestrak*
                                                                            **Michael Pestrak**
                                                                            Senior Attorney
                                                                            Attorney I.D. No. 208611
                                                                            **Emily M. Hoff**
                                                                            Deputy City Solicitor
                                                                            Attorney I.D. No. 330859
                                                                            City of Philadelphia Law Department
                                                                            1515 Arch Street, 14th Floor
                                                                            Philadelphia, PA  19102
                                                                            *Attorneys for Defendants City of Philadelphia, Carney, Frasier, and Bloodsaw*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, : : : | |
| Plaintiffs, : : | Civil Action No. 2:24-cv-05618 |
| v. : : | |
| CITY OF PHILADELPHIA, et al., : | |
| Defendants. : | |

### CERTIFICATE OF SERVICE

I hereby certify that on the date below, Defendants' Motion *in Limine* to Preclude Inadmissible Hearsay was filed via the Court's electronic filing system and is available for downloading.

Date: January 9, 2026

Respectfully submitted,

/s/ Michael Pestrak
**Michael Pestrak**
Senior Attorney
Attorney I.D. No. 208611
**Emily M. Hoff**
Deputy City Solicitor
Attorney I.D. No. 330859
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
*Attorneys for Defendants City of Philadelphia, Blanche Carney, Gena Fraiser, and Wanda Bloodshaw*