# Exhibit A

|  Commissioner's Office of Special Investigations | Case # 23-00188<br>Death of Incarcerated Person Louis Jung, PID# 718327<br>Cause of Death: Diabetic Ketoacidosis<br>Manner of Death: Natural |
|---|---|
| | |

## CONCLUSION

A review of Incarcerated Person Louis Jung's PDP file revealed that he was adequately provided with the services afforded to all Incarcerated Persons. However, based on staff interviews, medical reports, and the Medical Examiner's findings, there was negligence on the part of Medical staff; and PDP staff. Therefore, the allegation of Staff Misconduct against PDP/ Medical staff is **Sustained**. C/O Gena Frasier, PR# 285093, failed to render immediate aid to IP Jung as outlined in PDP Policy 4.E.21 (PDP Staff Roles in Non-Routine and/or Medical Emergency Situations). Video footage from November 5, 2023, revealed that C/O Frasier and LPN Cabellos walked away from I/P Jung and left I/P Jung unattended lying on the floor outside of his cell for approximately 9 minutes. Correctional Lieutenant Wanda Bloodsaw, PR# 253488, arrived at the cell and appeared to be trying to communicate with I/P Jung before two I/P's come to the cell and drag I/P Jung into the cell as Lt. Bloodsaw monitors the situation the I/P's exit the cell which is then secured by Lt. Bloodsaw who then exits the housing area. It should be noted that C/O Frasier, Lt. Bloodsaw and LPN Cabellos failed to call for a stretcher or initiate aid to I/P Jung during his medical emergency.

OPC INVESTIGATION CONCLUDED
MAR 29 2024
DIRECTOR
OFFICE OF PROFESSIONAL COMPLIANCE
PHILADELPHIA PRISONS

Confidential
ATTORNEYS EYES ONLY
City-Jung-000011    10