IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY;  MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, <br><br> Defendants. | No. 2:24-cv-05618-TJS |

**Proposed Verdict Sheet**

Plaintiff Jacob and James Jung, through counsel, respectfully request that the Court provide the jury with the following interrogatories on its verdict sheet at the conclusion of the trial of this matter:[1]

1. Do you find by a preponderance of evidence that the defendant City of Philadelphia violated Louis Jung, Jr.'s constitutional rights?

    Answer yes or no:        YES: _____        No: _____

    [proceed to the next question]

2. Do you find by a preponderance of evidence that defendant Blanche Carney violated Louis Jung, Jr.'s constitutional rights?

    Answer yes or no:        YES: _____        No: _____

---

[1] Plaintiffs and the City of Philadelphia have conferred and are not able to reach an agreement at this time regarding interrogatories directed at City defendants or damages, but remain open to further discussion and potential resolution of outstanding issues in advance of trial. Counsel for YesCare has not responded to emails in regard to the Verdict Sheet, though Plaintiffs remain open to discussing these matters with YesCare defendants as well.

[proceed to the next question]

3. Do you find by a preponderance of evidence that defendant Gena Frasier violated Louis Jung, Jr.'s constitutional rights?

   Answer yes or no:        YES: _____        No: _____

   [proceed to the next question]

4. Do you find by a preponderance of evidence that defendant Wanda Bloodsaw violated Louis Jung, Jr.'s constitutional rights?

   Answer yes or no:        YES: _____        No: _____

   [proceed to the next question]

5. Do you find by a preponderance of evidence that defendant YesCare Corp. violated Louis Jung, Jr.'s constitutional rights?

   Answer yes or no:        YES: _____        No: _____

   [proceed to the next question]

6. Do you find by a preponderance of evidence that defendant Lalitha Trivikram violated Louis Jung, Jr.'s constitutional rights?

   Answer yes or no:        YES: _____        No: _____

   [proceed to the next question]

7. Do you find by a preponderance of evidence that defendant Maureen Gay violated Louis Jung, Jr.'s constitutional rights?

   Answer yes or no:        YES: _____        No: _____

   [proceed to the next question]

8. Do you find by a preponderance of evidence that defendant Blair Cabellos violated Louis Jung, Jr.'s constitutional rights?

   Answer yes or no:        YES: _____        No: _____

   [proceed to the next question]

9. Do you find that Maureen Gay was negligent?
   Answer yes or no:        YES: _____        No: _____

   If you answered Question 9 "Yes", proceed to Question 10. If your answer to Question 9 is "No", you should proceed to Question 11.

2

10. Was the negligence of Maureen Gay a factual cause in bringing about harm to decedent, Louis Jung, Jr.?

    Answer yes or no:        YES: _____        No: _____

    [proceed to the next question]

11. Do you find that Blair Cabellos was negligent?

    Answer yes or no:        YES: _____        No: _____

    If you answered Question 11 "Yes", proceed to Question 12. If your answer to Question 11 is "No", you should proceed to Question 13.

12. Was the negligence of Blair Cabellos a factual cause in bringing about harm to decedent, Louis Jung, Jr.?

    Answer yes or no:        YES: _____        No: _____

    [proceed to the next question]

13. Do you find that Lalitha Trivikram was negligent?

    Answer yes or no:        YES: _____        No: _____

    If you answered Question 13 "Yes", proceed to Question 14. If your answer to Question 13 is "No", you should proceed to Question 15.

14. Was the negligence of Lalitha Trivikram a factual cause in bringing about harm to decedent, Louis Jung, Jr.?

    Answer yes or no:        YES: _____        No: _____

    [proceed to the next question]

15. If you answered "YES" as to *any* of questions 9 through 14, answer "YES" to the following question: Is defendant YesCare Corp. liable for the professional negligence of its employee(s) acting within the scope and course of their employment?

    Answer yes or no:        YES: _____        No: _____

    [proceed to the next question]

16. Did YesCare Corp.'s direct corporate negligence cause Mr. Louis Jung, Jr.'s harms and losses?

    Answer yes or no:        YES: _____        No: _____

    [proceed to the next question]

3

17. Do you find by a preponderance of the evidence that the City of Philadelphia violated Mr. Jung's rights under the American with Disabilities Act?

    Answer yes or no:        YES: _____        No: _____

18. State the amount of damages that you award to Plaintiffs, on behalf of Louis Jung, Jr., in each category below.

    Compensatory Damages

    a. Wrongful Death Damages: Damages to Louis Jung Jr.'s Children James, Jacob, and Louis III

        i. Funeral and burial expenses        $ _____

        ii. Guidance, teaching, training, advice, education, care, comfort, services, emotional support, and moral upbringing, and the emotional and psychological loss suffered as a result of the death

        $ _____

    b. Survival Damages: Damages to Louis Jung Jr.

        i. Pain and suffering

        $ _____

    c. Loss of Life Damages

        $ _____

    Punitive Damages

    a. YesCare Corp.        $ _____

    b. Gena Frasier        $ _____

    c. Wanda Bloodsaw        $ _____

    d. Blanche Carney        $ _____

    e. Maureen Gay        $ _____

    f. Lalitha Trivikram        $ _____

    g. Blair Cabellos        $ _____

Total Damages

> State the total of damages you award to Plaintiffs, on behalf of Louis Jung, Jr. [The total entered on this line should equal the sum of all amounts entered above.]
>
> $ _____
>
> [After you assign an amount of damages, your foreperson should sign the form below and you should notify the clerk.]

**CERTIFICATE OF SERVICE**

      I, Bret Grote, Esq., hereby certify that I caused a true and correct copy of the foregoing Plaintiffs Proposed Verdict Form to be electronically filed on January 9, 2025, and thereby served upon all parties entered into the Court's ECF system.

*/s/ Bret Grote*
Legal Director
PA ID No. 317273
bretgrote@alcenter.org
Abolitionist Law Center
990 Spring Garden St., Ste 306
Philadelphia, PA 19123

*Counsel for Plaintiffs*

6