IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : : : |
| Plaintiff, | : No. 2:24-cv-05618-TJS : : |
| v. | : : |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, | : : : : : : : |
| Defendants. | |

**City Defendant's Proposed Verdict Sheet**

Defendants, City of Philadelphia, Blanche Carney, Wanda Bloodsaw, and Gena Frasier, through counsel, respectfully request that the Court provide the jury with the following interrogatories on its verdict sheet at the conclusion of the trial of this matter:

A.    Liability

    a.  Count I – Fourteenth Amendment access to medical care

1. Do you find that Plaintiffs have proved by a preponderance of the evidence that the defendant, Wanda Bloodsaw, did not provide access to medical care in violation of the Fourteenth Amendment?

    Answer yes or no:    YES: _____    NO: _____

    [proceed to the next question]

2. Do you find that Plaintiffs have proved by a preponderance of the evidence that the defendant, Gena Frasier, did not provide access to medical care in violation of the Fourteenth Amendment?

    Answer yes or no:    YES: _____    NO: _____

1

[proceed to the next question]

3. Do you find that Plaintiffs have proved by a preponderance of the evidence that the defendant, Blanche Carney, did not provide access to medical care in violation of the Fourteenth Amendment?

    Answer yes or no:        YES: _____        NO: _____

    [proceed to the next question]

4. Do you find by a preponderance of evidence that defendant YesCare Corp. violated Louis Jung, Jr.'s constitutional rights?

    Answer yes or no:        YES: _____        NO: _____

    [proceed to the next question]

5. Do you find by a preponderance of evidence that defendant Lalitha Trivikram violated Louis Jung, Jr.'s constitutional rights?

    Answer yes or no:        YES: _____        NO: _____

    [proceed to the next question]

6. Do you find by a preponderance of evidence that defendant Maureen Gay violated Louis Jung, Jr.'s constitutional rights?

    Answer yes or no:        YES: _____        NO: _____

    [proceed to the next question]

7. Do you find by a preponderance of evidence that defendant Blair Cabellos violated Louis Jung, Jr.'s constitutional rights?

    Answer yes or no:        YES: _____        NO: _____

    [proceed to the next question]

    b. Count II – Medical Malpractice

8. Do you find that Maureen Gay was negligent?

    Answer yes or no:        YES: _____        NO: _____
    [proceed to the next question]

9. Was the negligence of Maureen Gay a factual cause in bringing about harm to decedent, Louis Jung, Jr.?

    Answer yes or no:        YES: _____        NO: _____

[proceed to the next question]

10. Do you find that Blair Cabellos was negligent?

   Answer yes or no:      YES: _____      NO: _____

   [proceed to the next question]

11. Was the negligence of Blair Cabellos a factual cause in bringing about harm to decedent, Louis Jung, Jr.?

   Answer yes or no:      YES: _____      NO: _____

   [proceed to the next question]

12. Do you find that Lalitha Trivikram was negligent?

   Answer yes or no:      YES: _____      NO: _____

   [proceed to the next question]

13. Was the negligence of Lalitha Trivikram a factual cause in bringing about harm to decedent, Louis Jung, Jr.?

   Answer yes or no:      YES: _____      NO: _____

   [proceed to the next question]

14. If you answered "YES" as to *any* of questions 9 through 14, answer "YES" to the following question: Is defendant YesCare Corp. liable for the professional negligence of its employee(s) acting within the scope and course of their employment?

   Answer yes or no:      YES: _____      NO: _____

   [proceed to the next question]

15. Did YesCare Corp.'s direct corporate negligence cause Mr. Louis Jung, Jr.'s harms and losses?

   Answer yes or no:      YES: _____      NO: _____

   [proceed to the next question]

   c. Count III – Americans with Disabilities Act

16. Do you find by a preponderance of the evidence that the City of Philadelphia failed to provide Louis Jung, Jr, access to medical care in violation of the American with Disabilities Act?

Answer yes or no:      YES: _____      NO: _____

[proceed to the next question]

    d. Count V - Failure to Supervise

If you answered yes to either Question number 1, 2, or 3, then answer Question 17, 18, and 19. If you answered no to all of Questions 1, 2, and 3, then proceed to section B.

17. Do you find Plaintiffs proved, by a preponderance of the evidence, that at the time of the Louis Jung, Jr's death on November 6, 2023, Defendant the City of Philadelphia failed to properly supervise its correctional officers and those failures amounted to deliberate indifference to the fact that inaction would obviously result in the violation of Constitutional rights?

Answer yes or no:      YES: _____      NO: _____

If your answer to the above questions is "YES," proceed to the next question. If your answer to the above questions was "NO," proceed to section B.:

18. Have Plaintiffs proved, by a preponderance of the evidence, that the City of Philadelphia's actions or inactions in Question 17 were the cause of and moving force behind the violation by either Wanda Bloodsaw, Gena Frasier, or Blanche Carney off Louis Jung, Jr's Fourteenth Amendment right?

Answer yes or no:      YES: _____      NO: _____

If your answer to the above questions is "YES," proceed to the next question. If your answer to the above questions was "NO," proceed to section B.:

19. Have Plaintiffs proved, by a preponderance of the evidence, that the City of Philadelphia's actions or inactions in Question 1 were a factual cause of any harm to Louis Jung Jr. or Plaintiffs?

Answer yes or no:      YES: _____      NO: _____

B. Damages

    1. Compensatory Damages

Please state the amount of compensatory damages, if any, that Plaintiffs have proven by a preponderance of the evidence that will compensate them for any and all injuries sustained.

$ _____

4

2.  Punitive Damages

Do you find that the following Defendants acted maliciously or wantonly against Louis Jung, Jr. under the facts found by you?

| | | |
|---|---|---|
| YesCare | YES _____ | NO _____ |
| Gena Frasier | YES _____ | NO _____ |
| Wanda Bloodsaw | YES _____ | NO _____ |
| Blanche Carney | YES _____ | NO _____ |
| Maureen Gay | YES _____ | NO _____ |
| Lalitha Trivikram | YES _____ | NO _____ |
| Blair Cabellos | YES _____ | NO _____ |

*If your answer to the above question as to any individual is "Yes," proceed to the next question.*

Even if you have answered "Yes," above, you are not required to award punitive damages. Do you award punitive damages against the following individual Defendants for whom you answered "Yes," above?

YesCare                             YES _____         NO _____
    If yes, in what amount? $ _____

Gena Frasier                        YES _____         NO _____
    If yes, in what amount? $ _____

Wanda Bloodsaw                      YES _____         NO _____
    If yes, in what amount? $ _____

Blanche Carney                      YES _____         NO _____
    If yes, in what amount? $ _____

Maureen Gay                         YES _____         NO _____

5

If yes, in what amount? $ _____

Lalitha Trivikram                    YES  _____        NO  _____

If yes, in what amount? $ _____

Blair Cabellos                    YES  _____        NO  _____

If yes, in what amount? $ _____

*Please have the foreperson sign the Verdict Sheet and contact the Court Deputy.*

This is our true verdict, **SO SAY WE ALL**, this _____ day of February, 2026.

                                                        _____
                                                        Foreperson

PLEASE NOTIFY THE COURT DEPUTY THAT YOU HAVE COMPLETED YOUR DELIBERATIONS.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : : : | |
| Plaintiffs, | : | Civil Action |
| v. | : | No. 2:24-cv-05618 |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date below, City Defendant's Proposed Verdict Sheet was filed via the Court's electronic filing system and is available for downloading.

Date: January 9, 2026

Respectfully submitted,

*/s/ Michael Pestrak*
**Michael Pestrak**
Senior Attorney
Attorney I.D. No. 208611
**Emily M. Hoff**
Deputy City Solicitor
Attorney I.D. No. 330859
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
*Attorneys for Defendants City of Philadelphia, Blanche Carney, Gena Fraiser, and Wanda Bloodshaw*

7