IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | **CIVIL ACTION** |
| v. | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW** | : | **NO. 24-5618** |

## ORDER

**NOW**, this 9th day of January, 2026, the plaintiffs having accepted Defendant Mariesha Apollon's Offer of Judgment, **IT IS ORDERED** that Defendant Mariesha Apollon, R.N.'s *Daubert* Motion to Preclude Plaintiffs' Medical Expert Causation Opinions Against Her (Doc. No. 110) is **DENIED** as moot.

TIMOTHY J. SAVAGE, J.