IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr. | : : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW | : : : : : : : : | NO. 24-5618 |

## ORDER

**NOW**, this 9th day of January, 2026, the plaintiffs having accepted Defendant Mariesha Apollon's Offer of Judgment, **IT IS ORDERED** that the Joinder Motion of Defendant Mariesha Apollon R.N., to Defendants YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P.'s Motion *In Limine* to Preclude the Introduction or Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts (Doc. No. 125) is **DENIED** as moot.

_____
TIMOTHY J. SAVAGE, J.