# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW** | : | NO. 24-5618 |

## ORDER

**NOW**, this 22nd day of January, 2026, it is **ORDERED** that the final pretrial conference and trial in this matter are **POSTPONED** pending disposition of the outstanding motions.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.