# Exhibit 1

# Gena Frasier Deposition Excerpts

Case 2:24-cv-05618-TJS    Document 172-1    Filed 01/23/26    Page 2 of 46

Deposition of Gena Frasier                    Estate of Louis Jung, Jr. v. City of Philadelphia, et al.

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3                        - - -

 4   JACOB and JAMES JUNG,   )  CIVIL DIVISION
     as Administrators of    )
 5   the Estate of LOUIS     )  Case No.:
     JUNG, JR.,              )  2:24-cv-05618-TJS
 6                           )
             Plaintiffs,     )  Deposition of:
 7                           )  GENA FRASIER
             vs.             )
 8                           )  Filed on Behalf of the
     CITY OF PHILADELPHIA;   )    Plaintiff
 9   YESCARE CORP.;          )
     BLANCHE CARNEY,         )  Counsel of Record for
10   Former Commissioner     )    This Party:
     of Philadelphia Dept.   )
11   of Prisons; LALITHA     )  Bret Grote, Esq.
     TRIVIKRAM; MAUREEN      )  Nia Holston, Esq.
12   GAY; MARIESHA           )  Rupalee Rashatwar, Esq.
     APOLLON; BLAIR          )  Margaret Hu, Esq.
13   CABELLOS; GENA          )  ABOLITIONIST LAW CENTER
     FRASIER; WANDA          )  990 Spring Garden St.
14   BLOODSAW,               )  Philadelphia, PA 19123
                             )
15           Defendants.     )

16

17                        - - -

18

19

20

21

22

23

24

25
```

Case 2:24-cv-05618-TJS    Document 172-1    Filed 01/23/26    Page 3 of 46

Deposition of Gena Frasier                                    Estate of Louis Jung, Jr. v. City of Philadelphia, et al.

 1              (Deposition Exhibit Plaintiff-2 was

 2                 marked for identification.)

 3    BY ATTORNEY GROTE:

 4         Q.    And does this look like the

 5    documentation from your disciplinary hearing

 6    from this matter?

 7         A.    Yes.

 8         Q.    And you see on the first page, it

 9    has a number of policies that you were charged

10    -- general orders or policies you were charged

11    with --

12         A.    Yes.

13         Q.    -- violating.  Were you found --

14    were you cleared of all wrongdoing in this

15    matter?

16         A.    Yes.

17         Q.    And can I direct your attention to

18    -- I want to go to the housing logs now, which

19    are somewhere -- bear with me -- looks like

20    000030 through 000034.

21              And you see at the top of page

22    000030, it says, "Signon duty," "C/O Frasier."

23              "Signon duty," is that what you

24    enter when you sign on duty?

25         A.    Yes.

1    short.

2          Q.    Now, at 10:57, it says, "Medication

3    event," "Meds in progress," "Nurse Cabellos

4    escorted by C/O Frasier."  So does that mean

5    that you were escorting Nurse Cabellos as she

6    was providing medications?

7          A.    Again, I don't recall, but I do

8    remember seeing the video.  She and I -- I was

9    escorting her around.

10         Q.    And in what instance would you

11   escort a nurse who's providing medication on

12   the housing unit, I guess?

13         A.    One more time.

14         Q.    So if you're escorting her for

15   something called a "medication event," does

16   that indicate to you that she was providing

17   people medications?

18         A.    It could be.  Or it could be she was

19   doing -- like, could be COWS.

20               As long as -- you try to remember

21   why everybody is on the unit.  So I know --

22   again, just reading through this little part,

23   when I put "Nurse Weaner in area for COWS" --

24   so she might have been on the block for COWS.

25               I don't remember if this nurse was

 1  on there for medication or because she had been

 2  doing COWS, too, and I just put it under

 3  "Medication," moving too fast.  I don't

 4  remember.

 5       Q.    Okay.

 6       A.    But I know she was on the block.

 7             I know I escorted her, though.

 8       Q.    And at 11:00, "Inmate moved within

 9  same unit Antoin Walker," from cell "#21 to

10  #7."  Do you know if Mr. Walker was the

11  individual -- do you know if that was

12  Mr. Jung's -- do you remember Mr. Walker?

13       A.    No, I don't remember.

14       Q.    You don't remember everybody who

15  you've encountered in --

16       A.    No.  But I do remember moving

17  Mr. Jung's celly out; he did ask me, can he

18  move out of that cell.  So if I moved him,

19  there must have been space available.  I don't

20  remember, you know --

21       Q.    And then, the top of the next page,

22  which is Bates No. 000031, it says, "LT

23  Bloodsaw needed to #21.  I/P Jung refuses to

24  get up."  You entered that.  Do you have any

25  recollection of entering that?

```
 1          A.    Yes.

 2          Q.    And what does it mean?

 3          A.    So, sometimes, inmates refuse to get

 4    up off the floor; sometimes they refuse to get

 5    off the door.  We try not to stir the pot, if

 6    you don't have to, so you always call for the

 7    supervisor to come in and try and put the fire

 8    out.

 9              I don't remember why he didn't want

10    to get up and move.  But in quarantine, a lot

11    of our inmates are, like I said earlier, more

12    withdrawn; they're a little bit sicker than

13    others, depending on what they're coming in

14    with, what illnesses they're coming in with.

15              If I put that he refused to get up,

16    I'm sure I gave him several verbal commands to

17    get up.  But, you know, I can't make him get

18    up, so at that point, I probably called for the

19    supervisor and the workers who I had out.  If I

20    remember that day, I do remember them going up

21    with the supervisors to, probably, get him up

22    off the floor.  Sometimes it's as simple as

23    picking them up and putting them in a chair.

24    They just don't want to move sometimes.

25          Q.    But do you have any recollection of
```

1   cell?

2       A.    I believe he did, yes.

3       Q.    Okay.  And I think you indicated

4   earlier that may have been Mr. Walker, the

5   inmate who moved out?

6       A.    If that is his name, I'm going to

7   say yes.  I'm not sure if that was his name,

8   but --

9       Q.    Okay.  But whatever his name was,

10  there was a cellmate?

11      A.    Yes, I believe he had a celly,

12  correct.

13      Q.    When you encountered Mr. Jung lying

14  on the floor and refusing to get up, were you

15  able to look inside the cell?

16      A.    My observation was he was sitting by

17  the door.

18      Q.    Okay.

19      A.    I don't recall what his cell looked

20  like.  I don't recall.

21      Q.    Do you recall seeing any vomit or

22  urine on the floor?

23      A.    I don't recall.

24      Q.    Do you recall if his roommate or his

25  cellmate mentioned any issues regarding vomit

1    or urine on the cell floor that day?

2         A.    I don't recall.

3         Q.    Do you recall any of the discussions

4    you had with Nurse Cabellos regarding

5    Mr. Jung that day?

6         A.    No, I do not.

7         Q.    Was Mr. Jung lying on the floor

8    before the nurse arrived on your pod?

9         A.    I don't recall his position when we

10   arrived at his cell door.  I don't recall if he

11   was sitting on his bed and came to the door,

12   and sat on the floor to talk to her.

13              I don't recall.

14        Q.    Okay.  When he was talking to the

15   nurse, were you able to overhear what their

16   conversation was?

17        A.    I don't recall.  You can hear -- I

18   mean, I was standing there, but I don't recall

19   their conversation.

20        Q.    Now, earlier on, I know you told us

21   that it's your recollection that Nurse Cabellos

22   never told you to call for a stretcher;

23   correct?

24        A.    That is correct.

25        Q.    Were you able to override that and

# Exhibit 2

# Gena Frasier Lock & Track Excerpts

Fraiser-000030

```
Working...
 Facility: CFCF                                    Post: B1POD3
    Date     Time Event              Location           Entered by
11/05/2023 08:58 SIGNON                               FRASIER_G
                 SIGNON DUTY
                 CO FRASIER ON DUTY**************************************
11/05/2023 08:59 CENSUS                               FRASIER_G
                 CENSUS AND HEADCOUNT
                 STARTING CEN=65*****************65************************
11/05/2023 09:03 TOUR                                 FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
                 TOURED AREA ALL APPEARS IN ORDER I/P'S APPREARS ALIVE
11/05/2023 09:16 OTHER                                FRASIER_G
                 OTHER EVENT
                 USF NOTIFIED ABOUT COLD AIR BLOWING ABOVE CO'S DESK
11/05/2023 09:17 OTHER                                FRASIER_G
                 OTHER EVENT
                 L/N LT BLOODSAW IN AREA TO CK CUTDOWN KIT/SECURED
11/05/2023 09:19 ECHECK                               FRASIER_G
                 EQUIPMENT CHECK
                 SEE REMARKS*********************************************
(1)walkie(1)desktop computer(1)landline(1)set of keys(1)logbook(1)console
(1)cutdown kit sealed and secured(3)fire extinguishers pin attachwed and
appears charged
11/05/2023 09:22 OTHER                                FRASIER_G
                 OTHER EVENT
                 SHOWERS IN PROGRESS
11/05/2023 09:32 TOUR                                 FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
                 5-NOV-2023 09:32:32.51
11/05/2023 09:33 MEDICA                               FRASIER_G
                 MEDICATION EVENT
                 SP MEDS IN PROGRESS(1)I/P WEAVER #30 CELL
11/05/2023 09:37 OTHER                                FRASIER_G
                 OTHER EVENT
                 NURSE WERNER IN AREA FOR COWS
11/05/2023 09:45 SUPVTO                               FRASIER_G
                 SUPERVISOR'S TOUR
                 LT CRAWFORD IN AREA FOR COWS
11/05/2023 09:45 OTHER                                FRASIER_G
                 OTHER EVENT
                 GLADNEY AND ROMERO FOR TB CK'S ESC BY CO FRASIER
11/05/2023 10:42 OTHER                                FRASIER_G
                 OTHER EVENT
            991460    SMITH, JULIUS
                 J.SMITH PP#991460 CALLED TO SEE DR IN MED CO RAWLS NOTIFIED
11/05/2023 10:43 TOUR                                 FRASIER_G
                 TOURED UNIT: EXCEPTIONS NOTED
                 5-NOV-2023 10:43:02.84
11/05/2023 10:57 MEDICA                               FRASIER_G
                 MEDICATION EVENT
                 MEDS IN PROGRESS NURSE CABELLOS ESC BY CO FRASIER
11/05/2023 11:00 MOVED                                FRASIER_G
                 INMATE MOVED WITHIN SAME UNIT
            1175808    WALKER, ANTOIN
                 OBM ANTOIN WALKER PP#1175808 FR #21 TO #7
11/05/2023 11:00 CENSUS                               FRASIER_G
                 CENSUS AND HEADCOUNT
                 CEN REMAINS 65*****************************************
11/05/2023 11:01 SUPVTO                               FRASIER_G
```

Fraiser-000031

```
                SUPERVISOR'S TOUR
                LT BLOODSAW NEEDED TO #21 I/P JUNG REFUSES TO GET UP
11/05/2023 11:03 OTHER                                FRASIER_G
                OTHER EVENT
         718327   JUNG, LOUIS W
                I/P LOUIS JUNG PP#718327 LAYING ON FLOOR/REFUSES TO GET UP
11/05/2023 11:10 TOUR                                 FRASIER_G
                TOURED UNIT: EXCEPTIONS NOTED
                5-NOV-2023 11:10:22.57
11/05/2023 11:17 OTHER                                FRASIER_G
                OTHER EVENT
                PER C/C CEASE ALL I/P TRAFFIC PREPARE FOR AM H/C
11/05/2023 11:34 CENSUS                               FRASIER_G
                CENSUS AND HEADCOUNT
                H/C IN PROGRESS PER C/C
11/05/2023 11:34 TOUR                                 FRASIER_G
                TOURED UNIT: EXCEPTIONS NOTED
                5-NOV-2023 11:34:14.85
11/05/2023 11:36 CENSUS                               FRASIER_G
                CENSUS AND HEADCOUNT
                CEN=65 H/C=64 MED=1 CALLED TO SGT WILSON
11/05/2023 11:46 MEDICA                               FRASIER_G
                MEDICATION EVENT
                SP MEDS(MOUD)PROGRAM NURSE JACKSON IN AREA
11/05/2023 11:59 CENSUS                               FRASIER_G
                CENSUS AND HEADCOUNT
                L/N H/C CLEARED 10:50A PER C/C
11/05/2023 11:59 TOUR                                 FRASIER_G
                TOURED UNIT: EXCEPTIONS NOTED
                5-NOV-2023 11:59:49.55
11/05/2023 12:36 TOUR                                 FRASIER_G
                TOURED UNIT: EXCEPTIONS NOTED
                5-NOV-2023 12:36:55.73
11/05/2023 12:37 OTHER                                FRASIER_G
                OTHER EVENT
                POD SMELLS OF UNKNOWN SMOKEY SCENT
11/05/2023 12:42 TRANSF                               FRASIER_G
                INMATE TRANSFERRED FROM UNIT
         968501   KEYS, JOSHUA
                -1 JOSHUA KEYS PP#968501 FR 19 TO A1-1
11/05/2023 12:43 TRANSF                               FRASIER_G
                INMATE TRANSFERRED FROM UNIT
         1029828  GREEN, RONNIE
                -1 RONNIE GREEN PP#1029828 FR 20 TO A1-1
11/05/2023 12:44 TRANSF                               FRASIER_G
                INMATE TRANSFERRED FROM UNIT
         867185   DIGBY, JUSTIN
                -1 JUSTIN DIGBY PP#867185 FR M-2 TO A1-1
11/05/2023 12:46 TRANSF                               FRASIER_G
                INMATE TRANSFERRED FROM UNIT
         962991   MITCHELL, TERRENCE
                -1 TERRENCE MITCHELL PP#962991 FR M-1 TO A1-1
11/05/2023 12:47 TRANSF                               FRASIER_G
                INMATE TRANSFERRED FROM UNIT
         1066080  OLIVIERI, JOHNATHAN
                -1 JOHNATHAN OLIVIERI PP#1066080 FR 18 TO A1-1
11/05/2023 12:48 TRANSF                               FRASIER_G
                INMATE TRANSFERRED FROM UNIT
         692130   WEAVER, VICTOR
                -1 VICTOR WEAVER PP#692130 FR 30 TO A1-1
```

# Exhibit 3

# Shawn Jay – Anton Walker Interview

| | |
|---|---|
| **Special Investigations Unit** | **INTERVIEW RECORD** |

Interview of: Anton Walker          Payroll / PID #: 1175808    Date: 11/13/2023    Time    8:20am

Title: Incarcerated Person          Assignment:                    Shift:

Interviewed by: Correctional Lieutenant S Jay          Witnessed by:          UNION:

Q. How long have you been in PDP custody?
A. Since October 23, 2023

Q. What is your currant pod and cell?
A. B1pod3 Cell 7

Q. Were you housed in a cell before that on B1pod3; if so what cell ?
A. 21

Q. Did you have a cellmate in cell 21?
A. Yes

Q. Why were you moved from cell 21 to cell 7?
A. I asked the officer to move me because the man in the cell kept throwing up and pissing himself and not cleaning it up. And he refused to take his insulin he refused to take it for three days saying he can't get up and move.

Q. During your time in cell 21 did your cell mate ever complain about needing to go to medical or not feeling well?
A. he said he wasn't feeling well every day and he asked them to go to medical for five days straight. The officers would call the nurse and they would come and tell him that he is ok and that he has to take his insulin.

Q. At any time while you were in cell 21 did your cellmate appear to be in any kind of medical distress?
A. I am not sure. When we would leave the cell he would just pass out outside of the cell.

Q. At any time while housed in cell 21 did your cell mate ever talk to you about having any medical issues?
A. he just said that he was a diabetic and his blood pressure is high. He would only eat cake, cookies and drink the juice he would never eat the trays. He kept saying that he needed the juice and cookies for his blood pressure.

Q. Is there anything you would like to add?
A. He kept mentioning getting back to the hospital.

I verify that I have read this entire statement, initialed all corrections, and signed this statement. I verify that it is true and correct to the best of my knowledge information and belief.

SIGNATURE: _Anton Weelzez_          DATE: 11-13          TIME: 8:20AM          Page Of Page: _____    Initial: _____

Fraiser-000029

6

# Exhibit 4

# Shawn Jay – Gena Frasier Interview



| **Special Investigations Unit** | **INTERVIEW RECORD** |
|---|---|

Interview of: __Gena Frasier__    Payroll / PID #: __285093__    Date: __2/28/2024__    Time    __8:30am__

Title: __Correctional Officer__    Assignment: __CFCF__    Shift: __7AM-7PM__

Interviewed by: __Correctional Lieutenant Shawn Jay__    Witnessed by: _____    UNION: E. LEWIS _EL_

Q. What is your currant address and telephone number?
A. ███████████████████████████
Q. Is it on file with your institution and personnel?
A. Yes
Q. What is your currant assignment and shift?
A. CFCF 7AM -7PM
Q. Did you work on November 5, 2023; if so where were you assigned?
A. No I don't remember

**I AM SHOWING YOU A ROSTER FROM CFCF 7AM TO 7PM FROM NOVEMBER 5, 2023**

Q. Is your name on that roster; if so where were you assigned?
A. Yes I was assigned to B1 pod 3

**I am showing you a picture of I/P Louis Jung PP#718327**

Q. Do you know I/P Louis Jung ; if so where do you know him from?
A. No I don't know him
Q. Did you have any interactions with I/P Jung on November 5, 2023; if so explain to me
in detail what happened during the interaction?
A. I don't  recall

**I AM SHOWING YOU VIDEO FROM B1POD3 CFCF FROM NOVEMBER 5 2023**

Q. Is that you in the video?
A. Yes
Q. What happened when you arrived at Cell #21 with the nurse?
A. I do not recall
Q. Did I/P Jung say anything to you as or before he laid on the floor?
A. I don't recall
Q. Why did the other I/P move out of Cell #21 and did you authorize it?
A. I do not recall why but if he did move I  did authorize it
Q. Why did you and the nurse walk away from Cell # 21  leaving I/P Jung lying on the
floor unattended?
A. I do not recall but if I walked away with the nurse he could not have been on the
floor for anything medical and that's if he was on the floor I still don't know 100% if
he was on the floor from the video.
Q. What are you and the nurse talking about before she exits the unit?
A. I don't recall
Q. At any time did you call for a stretcher for I/P Jung?
A. It does not appear so and I do not recall
Q. Why did you not call for a stretcher for I/P Jung?
A. Due to a nurse being on the unit and at the cell and I am guessing that the nurse
said that there was no stretcher needed she is the one that makes the medical decisions.
Q. When Lt. Bloodsaw arrived on the unit what did you inform her in reference to I/P
Jung in Cell #21?
A. I don't recall if it was something medical or noncompliance if she came over I am
assuming I called her.

I verify that I have read this entire statement, initialed all corrections, and signed this statement. I verify that it is true and correct to the best of my knowledge information and belief.

SIGNATURE: _____    DATE: __2/28/24__    TIME: __9:11m__    End Of Page: __1__    Initial: _____

Frasier-000024

| | | |
|---|---|---|
| *Special Investigations Unit* | | **INTERVIEW RECORD** |

Interview of: __Gena Frasier__     Payroll / PID #: __285093__    Date: __2/28/2024__    Time   __8:30am__

Title: __Correctional Officer__     Assignment: __CFCF__      Shift: __7AM-7PM__

Interviewed by: __Correctional Lieutenant Shawn Jay__    Witnessed by: _____    UNION: __E. LEWIS__ *EL*

Q. Why did you not go to Cell 21 with Lt. Bloodsaw ?
A. I don't recall
Q. Did Lt. Bloodsaw instruct you to send the workers up to the cell to assist her?
A. I don't remember
Q. Did Lt. Bloodsaw say anything to you before she exited the housing area?
A. I don't remember
Q. What is your lock and track user name?
A. Frasier_G

I AM SHOWING YOU ELECTRONIC LOGBOOK ENTRIES FROM B1POD3 FROM 11/5/2023

Q. Did you make these entries?
A. Yes
Q. In the electronic logbook on 11/5/2023 at 16:49 there is an entry stating that I/P Luis Jung PP# 718327 refused Insulin; How did he inform you that he refused insulin?
A. I don't recall
Q. Did you witness him sign a refusal form?
A. No I don't recall
Q. How did you alert him that insulin and accu check was in progress?
A. Typically I yell Insulin and accu check in progress on the unit
Q. Is there anything you would like to add?
A. No

I verify that I have read this entire statement, initialed all corrections, and signed this statement. I verify that it is true and correct to the best of my knowledge information and belief.

SIGNATURE: _____    DATE: _2/28/24_    TIME: _9:11a_    End Of Page: _2_    Initial: _____

2

Fraiser-000025

# Exhibit 5

# Expert Report of Dr. Jonathan Williams

December 1, 2025


Mr. Bret Grote, Esq.
Abolitionist Law Center
990 Spring Garden Street, Suite 306
Philadelphia, PA  19123

**Expert Report of Jonathan S. Williams, MD, MMSc.**


## Introduction

I, Jonathan S. Williams, MD, MMSc, have been asked to provide my expert opinion in the matter of Louis Jung, Jr's death during incarceration at Philadelphia Department of Prisons, Curran-Fromhold Correctional Facility on November 6, 2023.

As way of background, I am an active full-time board-certified practicing endocrinologist at Brigham and Women's Hospital, with an academic title of Associate Professor of Medicine at Harvard Medical School, in Boston, MA.  I completed my medical training in Internal Medicine and then in Endocrinology at these institutions.  I have an active endocrine research enterprise in hormonal dysfunction that focuses on adrenal gland dysfunction, blood pressure homeostasis, insulin resistance and diabetes that contributes to a wide variety of disease states in humans. I am or have been Principal Investigator on National Institutes of Health, foundation, and biopharmaceutical research awards with over 100 original peer-review publications.  Relevant to my interests in human research, I Direct the Cardiometabolic Endocrine Human Genetics Research Program, I am the Lead Medical Research Officer for the Center for Clinical Investigations at Brigham and Women's Hospital, Chair of the Institutional Review Board at Mass General Brigham, and standing member of the National Institutes of Health, National Institutes of Diabetes, and Digestive and Kidney Disease grant review study section that funds diabetes research nationally. I formerly sat on the National Board of the Association for Patient-Oriented Research and the Nominating Committee of the Association for Clinical and Translational Science and served as Associate Editor for the journal *Metabolism: Clinical and Experimental*.  I have an active leadership and educator role at Harvard Medical School where I was the past Co-director of the Masters Program in Clinical and Translational Investigations, The Clinical and Translational Research Academy, and current Director of the Brigham and Women's Research in Residency Clinical Investigations Pathway.  My clinical and educational expertise include my role as Attending Physician for the Endocrine Services at Brigham and Women's Hospital, Dana Farber Cancer Institute, and Boston VA Healthcare Systems where I train medical students, residents, and fellows from Harvard Medical School, Boston University School of Medicine, and the Massachusetts College of

Pharmacy and Health Sciences in clinical endocrine practice including management of diabetes and its complications such as diabetic ketoacidosis.

**Materials reviewed**

- Patient Safety Event Committee Report
- Jung Corrective Action Plan
- Medical Records of Louis Jung, Jr.
- FSBG reports
- Jung Red Flag/Potential Red Flag reports
- Jung First Amended Compliant
- Jung PDP Medical Administration Records
- PDP Report into Death of Louis Jung, Jr.
- Jung Refusal Records
- Selected YesCare Policies
- YesCare 1482-1483 Progress Notes of Dr. Bradley May 25, 2023
- Jung Laboratory reports
- Depositions (Mariesha Apollon, Lalitha Trivikram, MD, Gena Frasier, Maureen Gay-Johnson, Blair Cabellos, Shawn Jay, Wanda Bloodsaw)

**Principals of Diabetic Ketoacidosis**

- Diabetic ketoacidosis (DKA) is a condition that arises in the setting of relatively low insulin levels, or absolute zero insulin levels as in Type 1 Diabetes Mellitus (T1DM) in Mr. Jung's case. Insulin is required to convert glucose to energy for metabolic needs. When energy demands are high, yet insulin is deficient, then glucose can no longer meet demand and the body turns to second-line sources of energy, namely stored fat. A consequence of using fat to provide energy is generation of acid components (i.e. ketone bodies). Subsequent acid build-up in the blood impairs and ultimately halts normal physiologic activity leading to multi-organ dysfunction and failure. DKA is rapidly fatal if not reversed.  Among the mortal risks are those from cardiac arrythmia due to acute electrolyte and acid-base disorders in the setting of hyperglycemia and DKA.

- <u>Patients with Type 1 DM will develop DKA if they do not receive insulin regularly.</u> Patients like Mr. Jung with Type 1 DM produce no insulin and are thus completely dependent on administration of insulin through external means. In short, if they do not have insulin products in their body, they will quickly develop ketones and then DKA within hours to days. Because they must have insulin in their body at all times to avoid developing DKA, the treatment consists of a continuous supply of insulin. This is given in the form of a long-acting insulin such as glargine or detemir insulin (which can last 18 to 24 hours) to provide a constant insulin level while a patient is fasting or sleeping, as well as short-acting insulin such as aspart, lispro or regular insulin (which can last 2-6 hours) that provides insulin to cover the carbohydrate intake of a meal.  Often, patients with Type 1 DM use an insulin pump, which delivers a constant infusion of insulin day and night. *Importantly, if insulin is withheld from a patient with Type 1 DM for a length*

2

*of time (hours to a day or two) they will begin to generate ketones, typically with hyperglycemia, and rapidly progress to DKA and death.*

• <u>DKA is not a rare presentation</u> in the emergency setting and has been steadily increasing in prevalence.  In 2006 a total of 136,510 cases of primary DKA were diagnosed.  Most were in patients between the ages of 18 and 44 years (56%) and 45 and 65 years (24%).  Patients with a history of DKA are more likely to have another episode of DKA.

• <u>Death caused by DKA is rare because it is avoidable</u>.  Although DKA is the most common cause of death in children with Type 1 diabetes (T1DM), the overall mortality in adults is <1%. This is largely due to the development of rapid diagnosis and strictly protocolized treatment programs over the last 20 years.

• <u>Laboratory values provide diagnostic, severity and prognostic information to direct care.</u>  Typically, an elevated blood glucose value will accompany a diagnosis of DKA. As such, elevated glucose values are important (*but not required*) in determining the need to explore a diagnosis of DKA. The degree of elevation along with symptoms may influence the decision to check for the presence of ketones towards discovering possible DKA.  Accordingly, a <u>normal</u> glucose level in a patient with T1DM who displays signs and symptoms concerning for DKA should invoke testing for ketones.  Similar, a markedly elevated glucose level (i.e. >400 mg/dL) in a T1DM without symptoms warrants investigation for DKA by ketone testing.

• <u>The clinical presentation of DKA is important to recognize given the high potential for rapid decompensation and death</u>. Usual early signs and symptoms may include frequent urination, thirst, elevated ketones in the urine, and elevated glucose. As DKA progresses to its later stages, additional signs and symptoms that may develop include fatigue/weakness, abdominal pain, vomiting, and ultimately respiratory and mental status changes (confusion, delirium, obtundation).

• <u>After recognition of DKA, treatment is straightforward and extremely effective at preventing complications and death</u>.  This includes; 1) volume resuscitation to correct dehydration and to expedite removal of ketone bodies, 2) correction of electrolytes, 3) reduction in glucose levels with insulin, and 4) identification and treatment of precipitating factors.  All these maneuvers address cardiac susceptibility to fatal arrythmia that arises in DKA. Although DKA is fatal if not corrected, it is one of the rare life-threatening conditions wherein someone can be near death, yet discharged from the hospital to normal health in a day or two.

**Case Review**

Mr. Jung was a 50-year-old male transferred from Norristown State Hospital back to Curran-Fromhold Correctional Facility on October 28, 2023. He had a long-standing history of T1DM, which was known to the facility due to prior episodes of DKA. While at Norristown State Hospital, the medical record documents consistent treatment with

insulin at least 3 times/day with reasonable glycemic control and very few missed insulin doses or Accu Check glucose readings.

On presentation to the facility intake station, the intake form indicated that he answered "no" to having diabetes, but testimony and the facility records documents that he was known to have T1DM since he was very young.  He stated that he had not had insulin 3 days, although the eMAR from Norristown State Hospital records 2 insulin injections on the morning of October 27, 2023 according to his schedule of NPH 30 units in the morning and 15 units in the afternoon along with regular insulin sliding scale three times/day with meals (ranging 3-15 units). No medical records from Norristown State Hospital were provided or reviewed at the time of intake.

The intake exam reports normal vital signs and appearance with an Accu Check glucose reading critically elevated at 542 mg/dL. Accordingly, the intake nurse Mariesha Apollon contacted the covering off-site provider Maureen Gay to notify her of the value and the presence of ketones on the urine dipstick, obtained per protocol.  Orders provided to the intake nurse were to give 10 units of NPH insulin and 12 units of regular insulin subcutaneously, encourage drinking plenty of fluids, and blood draws for 2 weeks later and a chronic care consult for 1 month later. No additional testing was ordered to determine efficacy of the insulin injection in the setting of critically elevated blood glucose and urine ketones, and Maureen Gay did not otherwise follow up with the patient following this administration of insulin.

Medication orders were placed for NPH 10 units twice per day and regular insulin twice per day on a sliding scale (2-12units), along with Accu Check glucose readings also twice per day.

A Progress Note entered by Maureen Gay on October 28, 2023 at 9:48PM describes the communication with the intake nurse including the diagnosis of T1DM, glucose reading of 542 mg/dL and urine ketones. It remarks on no distress and mucosa moist along with AAOx3. It further states "hasn't gotten insulin in 3 days". Assessment is Type 1 DM, not stated as uncontrolled. Labs are ordered for November 10, 2023, follow-up PRN, disposition-general population.  Three additional notes are recorded by Ms. Gay on October 30, 2023 documenting a rule-out TB results, on October 31, 2023 documenting a COVID-19 vaccination, and on November 6, 2023 that Mr. Jung was deceased.

From October 28 thru November 6, 2023 the medical record documents elevated glucose readings, multiple missed doses of insulin administration and failure to follow related procedures to prevent a critical care situation.

10/29/23:  AM glucose: 385 mg/dL; insulin administration 10 Regular/10 NPH (under-dosed for both Regular and NPH given prior history).

10/29/23:  PM glucose 585 mg/dL (evidence that morning dosing was too insufficient); administered 12 Regular and 10 NPH.  Annotation in eMAR "Provider notified; urine

obtained". No documentation of ketone result. No retest of glucose in 2 hours (failing YesCare policy).

10/30/23:  AM glucose 268 mg/dL. Administered Regular 8 and 10 NPH (under dosed for both insulins).

10/30/23:  PM glucose not recorded. PM insulin not recorded (YesCare policy would require escalation to provider to take action).

10/31/23:  AM glucose 371 mg/dL (evidence that prior dosing was insufficient); administered Regular 10 and NPH 10 (insufficient dosing).

10/31/23:  PM glucose 500 mg/dL (evidence that prior dosing was insufficient); administered 10 NPH. No documentation of Regular insulin dosing. No testing of ketones. No retesting of glucose in 2 hours.

11/1/23:  AM glucose "refused". No documentation of insulin dosing. Nor Red Flag form generated. No notification to provider of missing/refusing critical medication (insulin).

11/1/23:  PM glucose 411 mg/dL (evidence that prior dosing/missed dosing was insufficient). Administered 10 NPH. No Regular given. No ketones tested. No re-testing of glucose in 2 hours.

11/2/23:  AM glucose 290 mg/dL (evidence that prior dosing was insufficient). Administered Regular 8 and NPH 10 (insufficient dosing).

11/2/23:  PM glucose 245 gm/dL (evidence that prior dosing was insufficient). Administered Regular 6 and NPH 10.

11/3/23:  AM glucose not obtained. No show for testing and insulin. No Red Flag generated.

11/3/23:  PM glucose 394 mg/dL (evidence that prior dosing/missed dosing as insufficient). Administered Regular 10 and NPH 10.

11/4/23;  AM glucose 266 mg/dL  (evidence that prior dosing was insufficient). Administered Regular 8 and NPH 10.

11/4/23:  PM glucose not obtained. Insulin not documented. No Red Flag generated.

11/5/23:  AM glucose not obtained/no show. No insulin recorded. No Red Flag. generated.

11/5/23:  PM glucose not obtained/refused. No insulin recorded. No Red Flag generated.

 Consequently, despite reports that Mr. Jung was medically deteriorating by November 5, 2023 (including vomiting and urinating in his cell with a cell mate present) insufficient care was provided. Subsequently, Mr. Jung was found near dead on the morning of November 6, 2023 and expired within 45 minutes.

**Opinion**

The cause of death is indisputable. Mr. Jung did not receive sufficient insulin, consequently developed DKA, which resulted in suffering and death. As an incarcerated person, he was entirely dependent on attendants at the prison to provide his medical care. The intake record demonstrates that providers were aware of his diagnosis of T1DM and that he took both long-acting and short-acting insulin formulations. He was at high risk for DKA given prior episodes of DKA while in the same prison 3 times the year before. As would be clearly indicated in this individual with T1DM and history of DKA, there were orders to check blood glucose levels and to administer insulin. His prior record at the same prison and also his record at Norristown State Hospital established that he required at least 60 units of insulin per day (Elizabeth Bradley, MD May 20, 2023 progress note and eMAR from Norristown State Hospital October 27, 2023). Mr. Jung had a long history of non-compliance. YesCare policy includes guardrails to manage non-administration of named critical medicines (including insulin), that requires immediate provider action. Clearly, this is meant to avoid known acute complications such as hyper- and hypoglycemia. Unfortunately, the safeguards in place were not followed as outlined, leading to profound under-insulinization.

There is no question that he was developing DKA over this period as it would be entirely expected in the absence of insulin administration since the morning of October 27, 2023. The NPH insulin he received that morning would've been out of his system by the afternoon that day. From this time forward he would begin to develop DKA. The high suspicion of DKA was evident from intake. His incorrect answers at this time, including stating an initial "no" to history of diabetes and that he had not had "insulin for 3 days" are consistent with someone with impaired cognition in the setting of marked hyperglycemia or DKA. Yet, remarkably, no follow-up interventions were conducted to determine if the insulin provided at that time had corrected either his critically elevated glucose or ketones. Regardless of his appearance at this time, the presence of these two components in an individual with T1DM requires very close follow-up, as indicated in YesCare's policy, which would include a glucose recheck within 2 hours. While increasing oral intake can help lower glucose and reduce ketones, it is a deviation from the standard of care to not order a follow up glucose reading and determine if ketones are starting to clear, as the absence of improvement indicates escalation of care is required. Failing to follow up to check on Mr. Jung's blood glucose level was disregarding a known risk that he would develop DKA.

The testimony of those involved in his intake care along with the documented lax follow-up indicate a lack of fundamental understanding of T1DM management and the need for individuals to always have insulin in their system. Individuals with T1DM cannot be managed the same way those with T2DM are managed. They are at imminent risk for DKA within hours of insulin leaving the system.

Individuals experiencing DKA do not die silently. Although the available record is scant on actual description of Mr. Jung's condition, his cell mate on November 5, 2023 remarked that he wanted to be transferred to a different cell because Mr. Jung was urinating and vomiting all over the cell. There is testimony from others that he was lifted from the floor to his bed that day. As described above, individuals dying from DKA experience excruciating abdominal pain, vomiting, mental status changes, all signs of acidic damage and multi-organ failure preceding death. Mental status changes would impair the ability to comprehend even basic instructions and stimuli. As such, it would be reasonable to assume that Mr. Jung may have missed several Accu Check and insulin administrations because of his declining medical condition. This would include an inability to respond to the verbal medication call-outs performed at the time of insulin administration. As his health declined rapidly on the last day, this would include the inability to call out for help.

Ultimately, Mr. Jung's death was entirely preventable. There were multiple opportunities for medical evaluation. These are outlined in several outcome documents generated by YesCare and the Philadelphia Department of Prisons from this case. Unfortunately, the policies and procedures created to prevent this outcome were not followed. The recognition of Mr. Jung's signs and symptoms of his progressively grave condition were not appreciated, and his death was entirely predictable in this setting.

These are my opinions based on my education, training, and experience as an internist and endocrinologist, and based on the information provided to me as of the date of this report. I reserve the right to amend this report if new information is made available to me for review.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 1, 2025.


Respectfully,

*/ Williams*

Jonathan Williams, MD, MMSc
Associate Professor of Medicine
Harvard Medical School
Division of Endocrinology, Diabetes and Hypertension
Brigham and Women's Hospital
Boston, MA  02115

**Five-year Expert Medical Opinion Deposition and Trial History**

*Updated December 2, 2025*

Jonathan Williams, MD, MMSc
184 High Street
Ashland, MA  01721

**Depositions**:

1.    Case:  Tonya Forrest v. Richard Bruce Van Eldik, M.D and Endoscopy Center of Ocala (5th Judicial Circuit
       Marion County, FL)
       Attorney:  Olivia T. Kronenberg, Esq (855-292-2111)
       Firm:  Paul, Knopf, Bigger (Winter Park, FL)
       Deposition Date: April 5, 2021

2.    Case:  William Bawgus v. Downtown Baltimore Family Care, P.A., et al.  (Circuit Court for Baltimore,
       MD)
       Attorney:  Robert Joyce, Esq (443-562-2992)
       Firm:  Law Office of Barry R. Glazer, L.L.C.
       Deposition Date:  January 14, 2022

3.    Case:  Dai'Vontay Hudson v. Miami Valley Hospital, et al (Court of Common Pleas, Montgomery
       County, OH)
       Attorney:  Williams S. Jacobsen, Esq
       Firm:  Nurenberg Paris
       Deposition Date:  August 12, 2022

4.    Case:  Stacey Wolking v. Henry Linder, MD and Youngs Apothecary, Inc (United States District Court for
       the Middle District of Pennsylvania)
       Attorney:  Conor Lamb, Esq
       Firm:  Kline & Specter, P.C.
       Deposition Date: June 11, 2024

5.    Case:  Johnson v Kennedy University Hospital, Inc. (New Jersey)
       Attorney:  Thomas M. Walsh, Esq
       Firm:  Parker McCay, P.A.
       Deposition Date: July 26, 2024

6.    Bond, Slusser, O'Leary, Corrar, et al. vs. Dupont, 3M, Solvay Specialty Polymers USA, LLC, et al (United
       States District Court, District of New Jersey)
       Attorney:  Stephen Phillips
       Firm:  Phillips and Paolicelli, LLP
       Deposition Date: July 1, 2025

**Legal Case Review Guidelines**
(Updated March 1, 2023)

As an Endocrinologist, I am willing to assist attorneys with regard to legal issues involving liability cases, etc.  The fee schedule and policy schedule of depositions is stated below.  If, after careful review of the fee schedule and policy, you wish to arrange for a deposition or review, please notify me.

- **Scheduling:** I must maintain strict control of my time to allow for administrative, teaching, and clinical activities.  I will attempt to schedule depositions in a timely fashion.  Once a date is confirmed with me by the office of the attorney cancellation is possible as presented by the cancellation policy below, but please be mindful that scheduled time for activities (depositions/trial appearances/travel) often requires cancellation of clinic time, which cannot be readily rescheduled or reimbursed

- **Fee Schedule:**

| | |
|---|---|
| Review of records for purpose of assessing liability issues | $2,000 retainer fee with advance payment required to cover initial 4 hours of effort. $500 per hour for further review and discussion |
| Consultation | $500 per hour |
| Depositions | $3,000 minimum for initial 4 hours then $750/hr |
| Preparation for deposition | $500 per hour |
| Court/Panel testimony | $6,000 standing fee per day<br>All travel/lodging expenses paid/reimbursed |
| Travel | $2,000 standing fee per day of travel required beyond deposition/court appearance date if if requires leave before 5:00PM ET prior to appearance date or an additional night's stay after appearance |

- **Payment and cancellation policy for depositions:**
  A Deposition retainer of $3,000 must be received 12 working days from the scheduled deposition appointment, and is non-refundable within 12 days of the agreed deposition appointment.
- **Cancellation policy for court testimony:**
  A Court testimony retainer of $6,000 must be received 15 working days from the scheduled court appearance and is non-refundable within 15 working days of the agreed court appearance date.

**<u>Your deposit indicates your complete and full understanding of our policy.</u>**

**CHECKS SHOULD BE MADE PAYABLE TO Jonathan Williams, MD**
**SSN:** ████

# Exhibit 6

# Jung Medical Records: October 28, 2023 – November 5, 2023

# JUNG, LOUIS W

**PID:** 718327 **Intake:** 2310416
**Facility Code:** CFCF **Housing Area:** ,B1POD3,21,3
50 Y old Male, DOB: ████████
████████, PHILADELPHIA, PA 19148
Provider: ,

Telephone
Encounter

**Answered by**          ,

Date: 11/06/2023
Time: 02:12 PM

**Reason**          Discharge Medication

**Medication**          Stop NovoLIN N Suspension, 100 UNIT/ML, Subcutaneous, 10 unitsa, TWICE DAILY, 90 days
Stop NovoLIN R Solution, 100 UNIT/ML, Injection, 2-12 units, TWICE DAILY PRN, 90 days
Stop Accu Chek Reading, -, TRT, as directed, TWICE DAILY, 90 days
Stop Atorvastatin Calcium Tablet, 20 MG, Orally, 1 tablet, EVERY EVENING, 90 days
Stop Levothyroxine Sodium Tablet, 150 MCG, Orally, 90 Tablet, 1 tablet, DAILY, 90 days

Patient: JUNG, LOUIS W    DOB: ██████    Provider: ,    11/06/2023

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**Progress Notes**

**PID:** 718327   **Intake:** 2310416
**Facility Code:** CFCF   **Housing Area:** ,B1POD3,21,3
**Patient:** JUNG, LOUIS W
**Account Number:** 39662                                              **Provider:** CMO @CFCF
**DOB:** ███████   **Age:** 50 Y   **Sex:** Male                       **Date:** 11/06/2023
**Phone:**
**Address:** ███████████, PHILADELPHIA, PA-19148

---

## Subjective:

### Chief Complaints:

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.

**Medications:** NovoLIN N 100 UNIT/ML Suspension 10 unitsa TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, NovoLIN R 100 UNIT/ML Solution 2- 12 units TWICE DAILY PRN, stop date 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading as directed TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, Atorvastatin Calcium 20 MG Tablet 1 tablet EVERY EVENING, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific, Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific

## Objective:

## Assessment:

### Assessment:
IP Jung was found unresponsive when I got to him on the stretcher, CPR was performed by myself, along with two other nurses until paramedic arrived and called time of death.

## Plan:

**Provider:** CMO @CFCF
**Patient:** JUNG, LOUIS W   **DOB:** ███████   **Date:** 11/06/2023

**Electronically signed by Donaldson Jeoboham Med LPN Y on 11/06/2023 at 08:34 AM EST**
**Sign off status: Completed**

**Progress Notes**

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,B1POD3,21,3
**Patient:** JUNG, LOUIS W
**Account Number:** 39662                          **Provider:** Shatyra Henderson-Hamwright, NP
**DOB:** ███████  **Age:** 50 Y  **Sex:** Male              **Date:** 11/06/2023
**Phone:**
**Address:** ████████████ , PHILADELPHIA, PA-19148

---

## Subjective:

### Chief Complaints:
1. Stretcher call.

### HPI:
()General Examination:
    patient is a 50 year old male who was the subject of a stretcher call on B1POD3, re: unresponsive on the floor of his cell.

### ROS:
nil.

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.

**Medications:** NovoLIN N 100 UNIT/ML Suspension 10 unitsa TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, NovoLIN R 100 UNIT/ML Solution 2- 12 units TWICE DAILY PRN, stop date 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading as directed TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, Atorvastatin Calcium 20 MG Tablet 1 tablet EVERY EVENING, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific, Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific

**Allergies:** N.K.D.A.

## Objective:

**Vitals:** Time: 0615, Ht 66 in
HR: nil, BP: nil, Resp: 20, O2 Blood Glucose: "High:.

### Examination:
()General Examination:
    At approximately 0604 hours on 11/06/2023, a stretcher call was heard overhead asking for response at B1POD3. Medical staff present at triage collected equipment and responded. When we arrived on the POD, there was a female officer on the top tier who calmly stated that there was a patient on the ground in his cell. All medical staff present climbed the stairs and arrived at the cell at approximately 0610 hours. On the floor, I observed who appeared to be a white male with dark hair dressed in an orange jumpsuit on the floor near the toilet in the supine position. He was in the cell alone. No other incarcerated person was present in the cell. The patient was still breathing at the time and was looking at the ceiling. Upon closer inspection, I recognized the patient as Louis Jung. When I realized who was there, I asked for a blood glucose reading because I knew him to be a brittle diabetic. His blood glucose was obtained by a responding nurse. She obtained a reading of high. In addition to the high blood glucose reading, the patient was also clammy and cold. Patient was minimally responsive to ammonia waved under the nose. We immediately asked for assistance with carrying the patient down the stairs and placing him on the stretcher on the bottom tier.
    The patient was placed onto the stretcher at approximately 0619 hours. He was still breathing without assistance at that time. We began moving towards medical triage to administer insulin and further assess the patient. As we passed the elevator at approximately 0622 hours, I noticed that the patient was no longer breathing. We pulled the stretcher onto level ground in the main corridor where CPR was started. Narcan was administered twice with no effect. 14 units of insulin administered. 911 was notified immediately by medical staff. At that time, we were unable to obtain a blood pressure from the patient and we were unable to obtain a pulse. The patients head was turned to the left side and an unknown liquid leaked from his mouth. This occurred twice more during CPR. AED and ambu-bag were applied since patients breathing did not seem to be effective. The patient was eventually moved from the stretcher onto the floor for more effective compressions. Approximately 5 to 6 rounds of CPR with only a weak thready pulse detected in between were performed prior to the fire departments arrival at 0646 hours. CPR was stopped by the fire department and the patient was pronounced at 0647 hours.

## Assessment:

### Assessment:

1. Cardiac arrest - 427.5 (Primary)
2. Hyperglycemia, unspecified - R73.9

**Plan:**

**1. Cardiac arrest**
Notes: see "examination"
HSA notified in person.

**2. Hyperglycemia, unspecified**
Notes: see "examination"
HSA notified in person.

**Disposition:**
Notes: fire department arrived, stopped CPR, patient prounounced at "0647" hours. This note was completed by the provider and locked by RN Daniels

**Provider:** Shatyra Henderson-Hamwright, NP
**Patient:** JUNG, LOUIS W   **DOB:** ███████   **Date:** 11/06/2023

**Electronically signed by Kimberly Daniels HSA YesC on 01/04/2024 at 07:57 PM EST**
**Sign off status: Completed**

**Progress Notes**

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,B1POD3,21,3
**Patient:** JUNG, LOUIS W
**Account Number:** 39662                                              **Provider:** Lalitha Trivikram, MD
**DOB:** ▮▮▮▮▮▮  **Age:** 50 Y  **Sex:** Male                          **Date:** 11/06/2023
**Phone:**
**Address:** ▮▮▮▮▮▮▮▮▮  PHILADELPHIA, PA-19148

---

### Subjective:

**Chief Complaints:**
- Stretcher Call

**HPI:**
()General Examination:
    Additional medical was called to the main corridor. To the right of the door to Medical, medical staff was found in the process of doing CPR on an IP on the stretcher. The triage provider asked me to call 911, so I returned to Triage and call at 6:24 am. I returned to the scene and asked for the patient to be brought to the floor. The board was placed under the patient and he was moved to the floor. I assumed position at the head of the patient to bag ventilate. The AED was already on and engaged. Several rounds of CPR were conducted and only one defibrillation shock was delivered mid code (the other AED analysis before and after did not require shock). Attempts to secure IV access were unsuccessful. Fire Rescue arrived and asked Medical staff to discontinue CPR at 6:47am.

**Medical History:**
- DIABETES
- HYPERCHOLESTEROLEMIA
- COVID/MRSA PNA 1/2022
- Pulmonary embolism and thrombocytopenia
- Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22
- Sedative, hypnotic or anxiolytic dependence, unspecified
- COVID 1/2023
- Patient's noncompliance with other medical treatment and regimen
- Patient's noncompliance with other medical treatment and regimen

**Medications:**
    Taking
- NovoLIN N 100 UNIT/ML Suspension 10 unitsa TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock
- NovoLIN R 100 UNIT/ML Solution 2- 12 units TWICE DAILY PRN, stop date 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units
- Accu Chek - Reading as directed TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock
- Atorvastatin Calcium 20 MG Tablet 1 tablet EVERY EVENING, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific
- Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific

### Objective:

### Assessment:

### Plan:

**Immunizations:**

**Provider:** Lalitha Trivikram, MD
**Patient:** JUNG, LOUIS W  **DOB:** ▮▮▮▮▮▮  **Date:** 11/06/2023

**Electronically signed by Lalitha Trivikram MD , MD on 11/06/2023 at 08:25 AM EST**
**Sign off status: Completed**

**Progress Notes**

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,B1POD3,21,3
**Patient:** JUNG, LOUIS W
**Account Number:** 39662                                                  **Provider:** CMO @CFCF
**DOB:** ⬛  **Age:** 50 Y  **Sex:** Male                                    **Date:** 11/06/2023
**Phone:**
**Address:** ⬛, PHILADELPHIA, PA-19148

## Subjective:

**Chief Complaints:**
  1. IP unresponsive.

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.

**Medications:** NovoLIN N 100 UNIT/ML Suspension 10 unitsa TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, NovoLIN R 100 UNIT/ML Solution 2- 12 units TWICE DAILY PRN, stop date 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading as directed TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, Atorvastatin Calcium 20 MG Tablet 1 tablet EVERY EVENING, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific, Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific

## Objective:

## Assessment:

**Assessment:**
Call was made for additional medical staff to the main corridor. Upon my arrival, patient was on a backboard on the stretcher and CPR was in progress. Brown fluid observed around the patients mouth. Report from staff included patient blood glucose read "HI". I gave 1 nasal Narcan (a second nasal Narcan was given by another nurse), assisted with several rounds of chest compressions and breaths via ambu bag. Patient was lowered to the floor and CPR continued. AED administered one shock, with all the other analysis stating "no shock advised." When fire rescue arrived, they stated that we are to cease CPR.

## Plan:

**Disposition:**
Disposition: Deceased

**Provider:** CMO @CFCF
**Patient:** JUNG, LOUIS W  **DOB:** ⬛  **Date:** 11/06/2023

**Electronically signed by Danielle Mcgettigan QI COR on 11/06/2023 at 07:07 AM EST**
**Sign off status: Completed**

**Progress Notes**

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,B1POD3,21,3
**Patient:** JUNG, LOUIS W
**Account Number:** 39662                                **Provider:** Shatyra Henderson-Hamwright, NP
**DOB:** ⬛⬛⬛⬛   **Age:** 50 Y   **Sex:** Male                                **Date:** 11/06/2023
**Phone:**
**Address:** ⬛⬛⬛⬛⬛  PHILADELPHIA, PA-19148

## Subjective:

### Chief Complaints:

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.

**Medications:** NovoLIN N 100 UNIT/ML Suspension 10 unitsa TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, NovoLIN N 100 UNIT/ML Solution 2- 12 units TWICE DAILY PRN, stop date 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading as directed TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, Atorvastatin Calcium 20 MG Tablet 1 tablet EVERY EVENING, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific, Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific

## Objective:

**Vitals:** RR 20 /min, Ht 66 in
BS=High.

## Assessment:

### Assessment:
A stretcher was called to B1pod3, 21 cell and medical arrived approximately 0610. The patient was found laying on the floor next to the toilet. Patients BS was taken immediately due to his diabetic status. BS read HI. The patient was not responsive to pain stimuli (sternal rub and ammonia). The patients skin was cool and clammy, and the patient was nonverbal at the time of the initial assessment with a respiration of 20. The patient was immediately transported to the stretcher with the assistance of other IP's, due being a noncompliant diabetic. On the way to medical patients status changed and chest was no longer rising with agonal breath, no pulse detected and CPR and oxygen delivered via Ambu bag was immediately initiated at 0622 in the hall outside of medical. Additional medical called at 0622. CPR continued, 14 units of insulin given per provider Henderson at 0624 along with 2 rounds of nasal Narcan. Fire rescue arrived 0646 and 0647 CPR was discontinued per fire rescue order.

## Plan:

### Disposition:
Disposition: Deceased

**Provider:** Shatyra Henderson-Hamwright, NP
**Patient:** JUNG, LOUIS W   **DOB:** ⬛⬛⬛⬛   **Date:** 11/06/2023

**Electronically signed by Tashina Jarvis RN COR on 11/06/2023 at 07:54 AM EST**
**Sign off status: Completed**

**COVID Vaccine Visit**

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,B1POD3,21,3
**Patient:** JUNG, LOUIS W
**Account Number:** 39662                                    **Provider:** Corrections Provider
**DOB:**  **Age:** 50 Y  **Sex:** Male                        **Date:** 10/31/2023
**Phone:**
**Address:**  PHILADELPHIA, PA-19148

## Subjective:

### Chief Complaints:
1. 1st Dose COVID-19 vaccine.

### HPI:
Coronavirus Vaccine V1:
    Coronavirus Vaccine V1
      Which dose was offered during this encounter (review Master Problem List to determine dose)  *Dose 1*
      Do you consent to vaccine?  *No (no further action required)*
      Reason patient did not consent  *Patient refused*

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.

**Medications:** NovoLIN N 100 UNIT/ML Suspension 10 unitsa TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, NovoLIN R 100 UNIT/ML Solution 2- 12 units TWICE DAILY PRN, stop date 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading as directed TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, Atorvastatin Calcium 20 MG Tablet 1 tablet EVERY EVENING, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific, Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific

## Objective:

## Assessment:

## Plan:

### Immunizations:
COVID-19,mRNA,50mcg/0.5mL(Moderna bivalent booster) (Not administered - Refused : Patient decision)

### Disposition:
Notes: pt educated about covid-19 vaccine

**Provider:** Corrections Provider
**Patient:** JUNG, LOUIS W  **DOB:**  **Date:** 10/31/2023

**Electronically signed by Bernice Ricks GHR LPN on 10/31/2023 at 02:42 PM EDT**
**Sign off status: Completed**

**Progress Notes**

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,B1POD3,21,3
**Patient:** JUNG, LOUIS W
**Account Number:** 39662                                    **Provider:** Corrections Provider
**DOB:** &#9608;&#9608;&#9608;  **Age:** 50 Y  **Sex:** Male              **Date:** 10/30/2023
**Phone:**
**Address:** &#9608;&#9608;&#9608;&#9608;  PHILADELPHIA, PA-19148

---

## Subjective:

### Chief Complaints:
1. Rule out TB.

### HPI:
TB Medical Clearance:
TB Medical Clearance
   Medically Cleared? *Yes*
   Date of medical clearance? *10/30/2023*
   Cleared for food handling? *Yes*
   Medical Screening Date? *10/28/2023*
   Result of PPD? *Negative*
   Follow-up completed? *Yes*
   History and Physical completed? *Yes*
   Blood taken? *Yes*
   Medical record ready? *Yes*
   Medical isolation? *No*
   Medical lock? *No*

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.

**Medications:** NovoLIN N 100 UNIT/ML Suspension 10 unitsa TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, NovoLIN R 100 UNIT/ML Solution 2- 12 units TWICE DAILY PRN, stop date 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units, Accu Chek - Reading as directed TWICE DAILY, stop date 01/26/2024, KOP: No, Drug Source: Stock, Atorvastatin Calcium 20 MG Tablet 1 tablet EVERY EVENING, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific, Levothyroxine Sodium 150 MCG Tablet 1 tablet DAILY, stop date 01/26/2024, KOP: Yes, Drug Source: Patient Specific

## Objective:

### Past Orders:
Lab:Purified Protein Derivative (PPD)

| Collection Date | 12/16/2021 | 12/14/2022 | 10/28/2023 |
|---|---|---|---|
| Order Date | 12/16/2021 | 12/14/2022 | 10/28/2023 |
| Result: | Negative | Negative | Negative |
| Induration | NR | 0mm | 0MM |
| Notes: | | Gainey,Marquise , Med MA Yes 12/14/2022 01:18:45 PM EST > Tb Was Planted Lfa Borges,Frances , MA YesCare 12/16/2022 11:42:49 AM EST > ppd read | Carrullo,Lisa , MA YesC 10/28/2023 09:34:53 AM EDT > PPD PLANTED LFA Carrullo,Lisa , MA YesC 10/30/2023 09:41:07 AM EDT > PPD CLEARED |

## Assessment:

## Plan:

**Provider:** Corrections Provider
**Patient:** JUNG, LOUIS W  **DOB:** &#9608;&#9608;&#9608;  **Date:** 10/30/2023

YesCare 1462

**Electronically signed by Lisa Carrullo MA YesC on 10/30/2023 at 10:09 AM EDT**
**Sign off status: Completed**

**Progress Notes**

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCC  **Housing Area:** ,B1POD3,TRANSFER,24
**Patient:** JUNG, LOUIS W
**DOB:** ████████  **Age:** 50 Y  **Sex:** Male
**Phone:**
**Address:** ████████ , PHILADELPHIA, PA-19148

**Provider:** Maureen Gay, NP
**Date:** 10/28/2023

---

## Subjective:

**Chief Complaints:**
   1. Intake med orders.

**HPI:**
   ()General Examination:
   Intake orderes requested: has type 1 diabetes BS is 542 states he hasn't gotten insulin in 3 days spoke to provider on remote gave the OK to administered 10 units of NPH and 12 units of Regular insulin gave IP snack. Denies ETOH/ BENZO and opiate abuse denies SI/HI.
   IP ordered levothyroxine 150mcg po daily and atorvastatin 20mg po daily previous jail admission 06/2023. Will renew meds previously ordered. Labs ordered for follow up.

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.

**Allergies:** N.K.D.A.

## Objective:

**Examination:**
   Physical Health Follow up:
      Physical Health Follow up
      Patient needs Chronic Care follow up  *Yes*
      What is the follow up time frame needed for Chronic Care follow up?  *28 days*
      Reason for 28 day follow up appointment  *DM,Other Chronic Diagnosis*
      What is other chronic diagnosis?  *Hyperlipidemia,Hypothyroidism*
      Select the encounter type being completed  *CC Initial*
      Patient needs LAB appointment  *Yes*
      What is the appointment time frame needed for LAB appointment?  *14 days*
      Has the patient been prescribed any medications during this visit?  *Yes*
      Medication ordered (Tramadol, Oxycodone, Oxycontin, Valium, Tylenol 3, Ativan, Phenobarbital, ConZip, Ultram, Xtampza ER, Roxicodone, Oxaydo, Diazepam, Lorazepam, MS Contin, Morphine Sulfate, Chlordiazepoxide, Hydrocodone-Acetaminophen, or Nalbuphine)?  *No*
      Have you wished you were dead or wished you could go to sleep and not wake up since last encounter with healthcare staff? (Answer only if actually seeing the patient)  *No*
      Have you had any actual thoughts of killing yourself since last encounter with healthcare staff? (Answer only if actually seeing the patient)  *No*

## Assessment:

**Assessment:**
1. Mixed hyperlipidemia - E78.2 (Primary)
2. Hypothyroidism, unspecified - E03.9
3. Diabetes mellitus without mention of complication, type I [juvenile type], not stated as uncontrolled - 250.01

## Plan:

**1. Mixed hyperlipidemia**
Start Atorvastatin Calcium Tablet, 20 MG, 1 tablet, Orally, EVERY EVENING, 90 days, Start Date: 10/28/2023, Stop Date: 01/26/2024, KOP: Yes, Drug Source: Patient Specific .
   LAB: *DIAGNOSTIC PROFILE II 2052-9 SST & LAV (Ordered for 11/10/2023)
   LAB: *Hemoglobin A1C 0102-4 LAV-EDTA (Ordered for 11/10/2023)
   LAB: *MICROALBUMIN CREATININE RATIO, RANDOM URINE 0228-7 Cup-Urine (Ordered for 11/10/2023)
Notes: 1. await labs follow up.

**2. Hypothyroidism, unspecified**
Start Levothyroxine Sodium Tablet, 150 MCG, 1 tablet, Orally, DAILY, 90 days, 90 Tablet, Start Date: 10/28/2023, Stop Date: 01/26/2024, KOP: Yes, Drug Source: Patient Specific .

**3. Diabetes mellitus without mention of complication, type I [juvenile type], not stated as uncontrolled**
Start NovoLIN N Suspension, 100 UNIT/ML, 10 unitsa, Subcutaneous, TWICE DAILY, 90 days, Start Date:

10/28/2023, Stop Date: 01/26/2024, KOP: No, Drug Source: Stock ;  Start NovoLIN R Solution, 100 UNIT/ML, 2-12 units, Injection, TWICE DAILY PRN, 90 days, Start Date: 10/28/2023, Stop Date: 01/26/2024, KOP: No, Drug Source: Stock, Notes: 151-200 give 4 units, 201-250 give 6 units, 251-300 give 8 units, 301-400 give 10 units, > or = 401 give 12 units ;  Start Accu Chek Reading, -, as directed, TRT, TWICE DAILY, 90 days, Start Date: 10/28/2023, Stop Date: 01/26/2024, KOP: No, Drug Source: Stock .

**Follow Up:** prn

**Disposition:**
Disposition: General Population
Notes: 1. meds ordered 2. labs/diagnostics ordered 3. Chronic care follow up scheduled.

**Provider:** Maureen Gay, NP
**Patient:** JUNG, LOUIS W  **DOB:** ███████  **Date:** 10/28/2023

**Electronically signed by Maureen Gay FT NP COR, DNP on 10/28/2023 at 09:48 PM EDT**
**Sign off status: Completed**

# JUNG, LOUIS W

**PID:** 718327 **Intake:** 2310416
**Facility Code:** CFCF **Housing Area:** ,B1 POD3,TRANSFER,24
50 Y old Male, DOB: ███████████
████████████, PHILADELPHIA, PA 19148
Provider: Gay, Maureen L, FT NP COR

Telephone
Encounter

| | | |
|---|---|---|
| **Answered by** | Apollon, Mariesha | Date: 10/28/2023 |
| | | Time: 10:02 AM |

**Caller**          Mariesha Apollon

**Message**          Dr Gay Nurse Apollon Please order IP insulin thanks

**Action Taken**     Gay,Maureen L, FT NP COR 10/28/2023 09:27:54 PM EDT > Please see intake orders written.

Patient: JUNG, LOUIS W   DOB: ██████████   Provider: Gay, Maureen L, FT NP COR   10/28/2023

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

**PID:** 718327  **Intake:** 2310416
**Facility Code:** CFCF  **Housing Area:** ,RCVG,B16,05
**Patient:** JUNG, LOUIS W                                                      **Provider:** Maureen Gay, NP
**DOB:**▓▓▓▓  **Age:** 50 Y  **Sex:** Male                                      **Date:** 10/28/2023
**Phone:**
**Address:** ▓▓▓▓▓▓▓▓ , PHILADELPHIA, PA-19148

---

## Subjective:

**Chief Complaints:**
  1. SMI SPI SUD.

**HPI:**
  (1) Intake Non-Confidential:
     Non-Confidential Intake Screening
        Date of Intake Screening?  *10/28/2023*
        Unwilling/unable to complete intake screening? (If Yes, please complete Intake Refusal smart form)  *No*
        Visible Injuries?  *No*
        Physical Impairments?  *No*
        Head trauma within the last 72 hours?  *No*
        Do you use or require physical aids?  *No*
        Detainee is apparently under the influence of alcohol or drugs?  *No*
        Healthcare professional believes detainee may be a suicide risk?  *No*
        General Population?  *Yes*
        Single Cell?  *No*
        Lower Bunk?  *No*
        Lower Tier?  *No*
        Lice test performed?  *Yes*
        How lice check was done?  *Wood Lamp*
        Lice detected?  *No*
        Refer to midlevel practitioner or physician now?  *No*
        Has inmate been previously diagnosed SMI?  *No*
        Is detainee is a minor/juvenile?  *No*
        Do you identify as transgender?  *No*
        Witness Signature  *Mariesha Apollon RN*
     ()Confidential Intake Questionnaire:
        Confidential Intake Questionnaire
        Routine Intake?  *Routine*
        Do you have a family physician?  *No*
        Appearance  *Normal*
        General Visual Observations  *Appropriate*
        Respiratory Observations  *Normal*
        Skin Observations  *TATTOOS*
        Any open sores/wounds/boils?  *No*
        Appear sick?  *No*
        Restricted mobility?  *No*
        Loss of consciousness in the last 72 hours?  *No*
        Is inmate experiencing any of the following urgent dental problems?  *No urgent dental problem*
        Is inmate experiencing any of the following routine dental problems?  *No routine dental problem*
        Oral hygiene status?  *Fair*
        Exposure to tuberculosis?  *No*
        Has inmate experienced coughing up blood within the past three weeks?  *No*
        Has inmate experienced chest pain or pain with breathing or coughing within the past three weeks?  *No*
        Has inmate experienced unintentional weight loss within the past three weeks?  *No*
        Has inmate experienced loss of appetite within the past three weeks?  *No*
        Has inmate experienced fatigue within the past three weeks?  *No*
        Has inmate experienced fever within the past three weeks?  *No*
        Has inmate experienced night sweats within the past three weeks?  *No*
        Has inmate experienced chills within the past three weeks?  *No*
        Did inmate answer yes to three or more questions and/or coughing up blood in the past three weeks?  *No*
        Born in, travelled to, lived in, taken a cruise to Cancun, Cozumel or any other areas in Mexico or taken a
Caribbean cruise in the last six months. Or since 1997 Cameroon, Central African Republic, Chad, Congo,
Equatorial Guinea, Gabon, Niger or Nigeria.  *Yes*
        PPD Implanted?  *Yes*
        Location of PPD implant?  *Left forearm*
        Have you had chicken pox?  *No*
        Do you have diabetes?  *No*
        Do you have asthma?  *No*
        Do you have hypertension (high blood pressure)?  *No*

Do you have epilepsy (seizures)?  *No*
Do you have sickle cell?  *No*
Do you have any communicable, contagious or sexually transmitted diseases?  *No*
Do you have HIV and or AIDS?  *No*
Rapid HIV test performed?  *Yes*
Date of Rapid HIV test  *10/28/2023*
Intake Facility  *CFCF*
Rapid HIV test results are?  *Preliminary negative*
Have you ever gotten a tattoo while in prison?  *No*
Have you ever used a needle to give yourself drugs?  *No*
Did you receive a blood transfusion before 1992?  *No*
Do you have hepatitis?  *No*
Do you have any Other Medical Conditions?  *No*
Have you been treated/hospitalized within the last year for any medical problem?  *No*
Are you on a diet prescribed by a doctor?  *No*
Detainee has history of drug abuse?  *No*
Detainee has history of alcohol abuse?  *No*
Do you use tobacco products?  *No*
Is inmate female?  *No*
Blood taken?  *Yes*
Urine for STDs taken?  *Yes*
1) Detainee is apparently under the influence of alcohol or drugs?  *No*
2) Detainee lacks support of family or friends in the community?  *No*
3) Detainee experienced a significant loss within the last six months?  *No*
4) Detainee is very worried about major problems other than legal?  *No*
5) Detainee's family or significant other attempted/committed suicide?  *No*
6) Detainee is showing signs of mental illness?  *No*
7) Detainee has a history of counseling or mental health evaluation/treatment?  *No*
8) Detainee has previous suicide attempt more than a month ago?  *No*
9) This is the detainee's first incarceration in lockup/jail?  *No*
10) Detainee shows signs of depression (crying, sadness, worrying)?  *No*
11) Detainee appears over anxious, panicked, afraid, or angry?  *No*
12) Detainee acting and/or talking in a strange manner? (cannot focus attention; hearing or seeing things that are not there)  *No*
13) Detainee showing signs of withdrawal?  *No*
Has inmate answered yes to 8 or more of the above 13 questions?  *No*
Arrested for or charged with murder, attempted murder, or unusally sensitive offense (rape, incest, abuse, pedophilia, etc.)?  *No*
Detainee expresses signs of extreme embarrassment, shame, or feelings of humiliation as a result of charge/incarceration?  *No*
Detainee is thinking about killing themself?  *No*
Detainee is expressing feelings of nothing to live for?  *No*
Are you thinking of hurting others?  *No*
Does patient have a global alert for suicide attempt or self-harm?  *No*
1) Do you currently believe that someone can control your mind by putting thoughts into your head or taking thoughts out of your head?  *No*
2) Do you currently feel that other people know your thoughts and can read your mind?  *No*
3) Have you lost or gained as much as two pounds per week for several weeks without even trying?  *No*
4) Have you or your family or friends noticed that you are currently much more active than you usually are?  *No*
5) Do you currently feel like you have to talk or move more slowly than you usually do?  *No*
6) Have there currently been a few weeks when you felt like you were useless or sinful?  *No*
7) Have you ever been in the hospital for emotional or mental problems?  *No*
Has inmate answered yes to 2 or more of the above 7 questions?  *No*
Is the inmate a transfer back into custody from Norristown Hospital?  *No*
Medications Medical
Are you currently taking medications prescribed for any medical condition? (Including those for HIV/AIDs, Diabetes, hypertension, Sickle Cell, Asthma, Epilepsy, hepatitis, etc.)  *No*
Is patient currently taking Coumadin (Warfarin)?  *No*
Is patient currently taking other blood thinner? (not aspirin)  *No*
Do you know when you last received tetanus?  *No*
Medications Behavioral Health
Are you currently taking medications prescribed for emotional or mental health problems? (Including those for depression, bipolar disorder, schizophrenia, PTSD, etc.)  *No*
Withdrawal Medications
Are you currently taking a prescribed benzo or opiate? (NOT marijuana, crack, cocaine, PCP, or crystal meth)  *No*
Are you currently receiving Methadone treatment? (Please complete Northeast Treatment Center form)  *No*
Are you currently receiving Suboxone treatment? (Please complete Northeast Treatment Center form)  *No*
Are you currently receiving Sublocade treatment? (Please complete Northeast Treatment Center form)  *No*

Did the IP accept hydration during screening and been informed to obtain more at pillpass? *Yes*
Shift Intake Completed
What shift was intake completed for patient? *Dayshift (7:00am-2:59pm)*
Work Assignment Clearance
Do you have any other medical condition(s) that may make it dangerous for you to participate in physical activity/exercise? *No*
Do you have epilepsy (seizures)? *No*
Have you ever had an asthma attack requiring immediate medical attention at any time over the last 12 months? *No*
Do you have a physical or mental disability? (Multiple sclerosis, Muscular dystrophy, Cerebral palsy, Paraplegia/Hemiplegia, Spina bifida, Intellectual/Hearing/Visual loss, Down syndrome, Autism, Parkinson, or other) *No*
Any open sores/wounds/boils? *No*
Do you have any communicable, contagious or sexually transmitted diseases? *No*
Have you answered Yes to 2 or more of the above questions? *No*
()Pre-Intake screening:
MA Eligibility
Are you a US Citizen? *Yes*
Are you planning to file Income Taxes? *No*
Do you have unpaid medical bills in last 3 months? *No*
Will you have a job within 30 days of release? *No*
Do you own a vehicle, life insurance policy, or bank account? (If so indicate which) *No*
Have you ever been in foster care at the age of 18 or older (If so indicate county) *No*
Are you collecting income such as Social Security, Disability, Alimony, Cash Assistance? (if so indicate type and frequency) *No*
Pre-Intake Screening
Did you draw the STD Labs? (urine cup & speckle top code L225-2) *No*
Was PPD implanted? *Yes*
Location of PPD implant *Left forearm*
Is the patient diabetic? *Yes*
If Yes, did you complete an accucheck? *Yes*
Is the patient asthmatic? *No*
Is the patient on Coumadin(Warfarin)? *No*
Is the patient taking Dilantin, Tegretol, Depakote, Keppra or Phenobarbital? *No*
Did the patients preliminary HIV test come back positive? *No*
Was the Hepatitis C screening test B125-6 HEP C AB W/RFX RT PCR completed? *No*
Was the patient a hard stick for any of the above labs? *Yes*
If Yes, did you indicate hardstick on the intake encounter to ensure appropriate lab draw follow-up? *No*
Is the patient currently abusing opiates? *No*
Pre-Intake Screening completed by MA *Carrullo*
Coronavirus Screening V1:
Coronavirus Screening V1
In the past 14 days, has the patient had close contact with a person who is under investigation for, or confirmed to have COVID-19 (Coronavirus)? *No*
According to patient's temperature select appropriate range *97.4 to 97.6*
Does the patient have a fever (fever is considered 100.0 F and above)? *No*
Does the patient have any noted lower respiratory symptoms? *No*
Does patient have other symptoms that may represent COVID-19? *No*
Does the patient have a fever, lower respiratory symptoms and/or other symptoms? *No*
Does patient have a positive COVID-19 Result? *No*
Does the patient have poorly controlled HIV (for example CD 4 < 200)? *No*
Has the patient received a organ transplant? *No*
Coronavirus Testing V1:
Coronavirus Testing V1
Was Novel Coronavirus COVID-19 Nasopharynx TH68-0, ID Now COVID-19, BinaxNOW COVID-19 Ag Card, Flow Flex rapid kit, Indicaid Rapid Antigen test, Quick Vue Covid test, or SARS-CoV2 Nasopharynx (City Lab) test ordered? *Novel Coronavirus COVID-19 Nasopharynx TH68-0*
Was Novel Coronavirus COVID-19 Nasopharynx TH68-0 test performed? *Yes*
Date Novel Coronavirus COVID-19 Nasopharynx TH68-0 test performed *10/28/2023*
Facility *CFCF*

**Medical History:** DIABETES , HYPERCHOLESTEROLEMIA, COVID/MRSA PNA 1/2022, Pulmonary embolism and thrombocytopenia, Syphilis treated RPR 1:8 on 1/5/2022 Bicillin given 1-14-22,1-24-22,1-31-22,RPR 1:1 on 12-14-22, Sedative, hypnotic or anxiolytic dependence, unspecified, COVID 1/2023, Patient's noncompliance with other medical treatment and regimen, Patient's noncompliance with other medical treatment and regimen.

**Social History:**
PREA (Intake only):
PREA
Is this inmate disabled? (Deaf, (Unable to speak), Blind, Wheelchair bound or intellectually impaired) *No*
Have you ever been incarcerated before today? *No*

Are you worried that you may be sexually assaulted while in PPS?  *No*

## Objective:

**Vitals:** Time: 926, Temp <span style="color:red">97.0 F</span>, HR 92 /min, BP 110/82 mm Hg, RR 18 /min, Oxygen sat % 97 %, Wt 179 lbs, Ht 66 in, BMI <span style="color:red">28.89 Index</span>, Accucheck 542.

**Examination:**
  ()General Examination:
      GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
      HEAD: normocephalic, atraumatic.
      EYES: pupils equal, round, reactive to light and accommodation.
      EARS: normal.
      ORAL CAVITY: mucosa moist.
      THROAT: clear.
      NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy.
      SKIN: no suspicious lesions, warm and dry.
      HEART: no murmurs, regular rate and rhythm, S1, S2 normal.
      LUNGS: clear to auscultation bilaterally.
      ABDOMEN: normal, bowel sounds present, soft, nontender, nondistended.
      EXTREMITIES: no clubbing, cyanosis, or edema.
      NEUROLOGIC: nonfocal, motor strength normal upper and lower extremities, sensory exam intact.

## Assessment:

**Assessment:**
1. Intake Assessment - IA
AAOx3 states he has type 1 diabetes BS is 542 states he hasn't gotten insulin in 3 days spoke to provider on remote gave the OK to administered 10 units of NPH and 12 units of Regular insulin gave IP snack. Denies ETOH/ BENZO and opiate abuse denies SI/HI. aware of sick call triage and medical triage available 24/7 for emergencies urine present for Ketones encourage to drink plenty of water.

## Plan:

  **1. Intake Assessment**
      LAB: Rapid HIV test  Preliminary negative
      LAB: HEP C AB W/RFX RT PCR B125-6
      LAB: Purified Protein Derivative (PPD)
         Carrullo,Lisa , MA YesC 10/28/2023 09:34:53 AM EDT > PPD PLANTED LFA
      LAB: Intake Panel L225-2
      LAB: Novel Coronavirus COVID-19 Nasopharynx TH68-0

  **2. Others**

  Action Started- Urgent BH Referral (Intake)
  Action Started- BH Community Reentry Referral

**Preventive:**
  Patient Education Medical/Dental:
    Patient Education
      Patient educated to contact medical if symptoms develop or worsen  *Yes*
      Written information provided  *Yes*
      The patient demonstrates an understanding of self care, symptoms to report and when to return for follow up care  *Yes*
      Patient informed on how to access dental care?  *Yes*
      Oral hygiene and patient dental education form given?  *Yes*

  **Disposition:**
  Disposition: Refer to Practitioner for Evaluation or Review of Medication

**Provider:** Maureen Gay, NP
**Patient:** JUNG, LOUIS W  **DOB:** &#9608;&#9608;&#9608;&#9608;&#9608;  **Date:** 10/28/2023

**Electronically signed by Mariesha Apollon Agency RN on 10/28/2023 at 10:03 AM EDT**
**Sign off status: Completed**