IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR,**  :<br>:<br>:<br>:<br>**Plaintiffs,**  :<br>**v.**  :<br>:<br>**CITY OF PHILADELPHIA, et al.,**  :<br>:<br>**Defendants.**  : | Civil Action<br>No. 2:24-cv-05618 |

## ORDER

AND NOW, on this _____ day of January 2026, upon consideration of Plaintiffs' Motion *in Limine* to Exclude Evidence Of Any Illegal Drug Use By Louis Jung (ECF No. 153), and the responses thereto, it is hereby **ORDERED** that the Motion is **DENIED.**

BY THE COURT:

_____
**Timothy J. Savage**
**United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : : : : | |
| Plaintiffs, | : : | Civil Action |
| v. | : : | No. 2:24-cv-05618 |
| CITY OF PHILADELPHIA, et al., | : : : | |
| Defendants. | : | |

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION
*IN LIMINE* TO EXCLUDE CRIMINAL HISTORY**

Defendants City of Philadelphia, Blanche Carney, Wanda Bloodsaw, and Gena Frasier ("Responding Defendants") submits this Response in Opposition to Plaintiffs' Motion *in Limine* to Exclude Evidence Of Any Illegal Drug Use By Louis Jung (ECF No. 153).

Plaintiffs are seeking to preclude any evidence of illegal drug use by Mr. Jung, inclusive of reports of such in Mr. Jung's medical records. This evidence is highly probative as one of the main issues in the case is Mr. Jung's cooperation with his treatment. His use of illegal narcotics would hamper that treatment and therefore such use is relevant to the issues of the adequacy of the medical care Mr. Jung was receiving, the key element to Plaintiffs' case.

Additionally, Plaintiffs have proffered three medical experts who reviewed the medical records of Mr. Jung. To not be able to question them on information in documents they reviewed would unduly prejudice all Defendants in this matter. Further, certain narcotics can worsen and accelerate the adverse effects of diabetes and evidence of use of such a narcotic is valid for cross examination of the medical experts in this case.

The probative value of this evidence vastly outweighs any prejudicial effect. Plaintiffs' entire case rests on Mr. Jung's condition, which is impacted by his use of illegal narcotics.

1

For the foregoing reasons, Defendants respectfully requests that the Court deny Plaintiffs' Motion *in Limine* to Exclude Evidence Of Any Illegal Drug Use By Louis Jung.

Date:  January 23, 2026                    Respectfully submitted,

                                           */s/ Michael Pestrak*
                                           **Michael Pestrak**
                                           Senior Attorney
                                           Attorney I.D. No. 208611
                                           **Emily M. Hoff**
                                           Deputy City Solicitor
                                           Attorney I.D. No. 330859
                                           City of Philadelphia Law Department
                                           1515 Arch Street, 14th Floor
                                           Philadelphia, PA  19102
                                           *Attorneys for Defendants City of Philadelphia, Blanche Carney, Gena Fraiser, and Wanda Bloodshaw*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR,** | : : : : | |
| Plaintiffs, | : | **Civil Action** |
| v. | : | **No. 2:24-cv-05618** |
| | : | |
| **CITY OF PHILADELPHIA, et al.,** | : : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, Defendants' Response to Plaintiff's Motion *in Limine* to Exclude Evidence Of Any Illegal Drug Use By Louis Jung was filed via the Court's electronic filing system and is available for downloading.

Date: January 23, 2026                     Respectfully submitted,

/s/ Michael Pestrak
**Michael Pestrak**
Senior Attorney
Attorney I.D. No. 208611
**Emily M. Hoff**
Deputy City Solicitor
Attorney I.D. No. 330859
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA  19102
*Attorneys for Defendants City of Philadelphia, Blanche Carney, Gena Fraiser, and Wanda Bloodshaw*