# Exhibit A

Case 2:24-cv-05618-TJS   Document 177-1   Filed 01/23/26   Page 2 of 4



# Luzerne County Court of Common Pleas
## Court Summary

**Jung, Louis William Jr.**
Philadelphia, PA 19148
Aliases:
LOUIS JUNG JR.
Louis Jung
Louis Jung Jr.
Louis W. Jung
Louis William Jung
Louis William Jung Jr.

DOB: 04/16/1973

Sex: Male
Eyes: Brown
Hair: Black
Race: White

## Active

### Philadelphia

**MC-51-CR-0022667-2021**     Proc Status: Awaiting Preliminary Hearing     DC No: 2103056668     OTN: U 244154-1

Arrest Dt: 12/16/2021     Trial Dt.     Legacy No.
Def Atty: Defender Association of Philadelphia - (PD)
Last Action: Status     Last Action Date: 10/25/2023     Last Action Room: 1103
Next Action: Preliminary Hearing     Next Action Date: 11/09/2023     Next Action Room: 906

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 18 § 3701 | | Robbery-Inflict Serious Bodily Injury | |
| 2 | 18 § 903 | | Conspiracy | |
| 3 | 18 § 3921 | | Theft By Unlaw Taking-Movable Prop | |
| 4 | 18 § 3925 | | Receiving Stolen Property | |
| 5 | 18 § 907 | | Poss Instrument Of Crime W/Int | |
| 6 | 18 § 2706 | | Terroristic Threats W/ Int To Terrorize Another | |
| 7 | 35 § 780-113 | | Int Poss Contr Subst By Per Not Reg | |
| 8 | 18 § 2701 | | Simple Assault | |

## Closed

### Luzerne

**CP-40-MD-0001008-2019**     Proc Status: Completed     DC No:     OTN: U 723149-0

Arrest Dt: 06/28/2019     Disp Date:     Disp Judge:
Def Atty: Cometa, Thomas S. - (PD)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| 1 | 35 § 780-113 §§ A30 | F | Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | |

### Philadelphia

**CP-51-CR-1041281-1991**     Proc Status: Completed     DC No: 9104032825     OTN: M 495596-3

Arrest Dt: 08/19/1991     Disp Date: 12/14/1992     Disp Judge: Quinones, Nitza
Def Atty: Dougherty, David M. - (CA)

| Seq No | Statute | Grade | Description | Disposition |
|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | Sentence Length | |
| 5 | 18 § 2701 | | SIMPLE ASSAULT | | Guilty |
| | 12/14/1992 | Probation | | Min: 2 Year(s) | |

---

CPCMS 3541     1     Printed: 11/6/2023 8:20 AM

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

ATTORNEYS' EYES ONLY     City-Jung-000105

**Jung, Louis William Jr. (Continued)**
  **Closed (Continued)**
    **Philadelphia (Continued)**

| | | |
|---|---|---|
| **CP-51-MD-2398190-1994** | Proc Status: Migrated Case (Closed) | DC No.    OTN: |
| Arrest Dt: 07/11/1995   Disp Date   Disp Judge: | | |

**MC-51-CR-0018335-2014**   Proc Status: Sentenced/Penalty Imposed   DC No: 1408019962   OTN: N 916737-3
Arrest Dt: 05/31/2014   Disp Date: 09/12/2014   Disp Judge: Gordon, Roger F.
Def Atty: Defender Association of Philadelphia - (PD)

| Seq No | Statute | | Grade | Description | | Disposition |
|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | | Program Period | Sentence Length | |
| 1 | 18 § 2705 | | M2 | Recklessly Endangering Another Person | | Guilty Plea - Negotiated |
| | 12/30/2014 | Probation | | 12 months | Max: 12 Month(s) | |

**MC-51-CR-0018336-2014**   Proc Status: Sentenced/Penalty Imposed   DC No: 1408019962   OTN: N 916737-3
Arrest Dt: 05/31/2014   Disp Date: 09/12/2014   Disp Judge: Gordon, Roger F.
Def Atty: Defender Association of Philadelphia - (PD)

| Seq No | Statute | | Grade | Description | | Disposition |
|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | | Program Period | Sentence Length | |
| 2 | 18 § 2705 | | M2 | Recklessly Endangering Another Person | | Guilty Plea - Negotiated |
| | 12/30/2014 | Probation | | 12 months | Max: 12 Month(s) | |
| 4 | 75 § 3802 §§ D1* | | M | DUI: Controlled Substance or Metabolite 1st Offense | | Guilty Plea - Negotiated |
| | 12/30/2014 | Merged | | | | |
| 5 | 75 § 3802 §§ D2* | | M | DUI: Controlled Substance - Impaired Ability - 1st Offense | | Guilty Plea - Negotiated |
| | 12/30/2014 | Confinement | | 72 hrs - 6 months | Min: 72 Hour(s) Max: 6 Month(s) | |
| | 12/30/2014 | Probation | | 6 months | Max: 6 Month(s) | |

**MC-51-CR-0018337-2014**   Proc Status: Sentenced/Penalty Imposed   DC No: 1408019962   OTN: N 916737-3
Arrest Dt: 05/31/2014   Disp Date: 09/12/2014   Disp Judge: Gordon, Roger F.
Def Atty: Defender Association of Philadelphia - (PD)

| Seq No | Statute | | Grade | Description | | Disposition |
|---|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | | Program Period | Sentence Length | |
| 1 | 18 § 2705 | | M2 | Recklessly Endangering Another Person | | Guilty Plea - Negotiated |
| | 12/30/2014 | Probation | | 12 months | Max: 12 Month(s) | |

**Inactive**
  **Luzerne**

| | | |
|---|---|---|
| **CP-40-CR-0002750-2019** | Proc Status: Active Bench Warrant | DC No:    OTN: U 723149-0 |
| Arrest Dt: 06/28/2019   Trial Dt.   Legacy No: | | |

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

ATTORNEYS' EYES ONLY                                                              City-Jung-000106

# Luzerne County Court of Common Pleas
## Court Summary

**Jung, Louis William Jr. (Continued)**
  **Inactive (Continued)**
    **Luzerne (Continued)**

**CP-40-CR-0002750-2019**    Proc Status: Active Bench Warrant    DC No:    OTN:U 723149-0

Def Atty: Mack, Mark M. - (PR)
Last Action: Gagnon I Hearing    Last Action Date: 02/01/2022    Last Action Room: Penn Place Building, 3rd F
Next Action:    Next Action Date:    Next Action Room:
Disp Date: 02/10/2020    Disp Judge: Vough, Michael T.

| Seq No | Statute | | Grade | Description | Disposition |
|---|---|---|---|---|---|
| | Sentence Dt. | Sentence Type | Program Period | | Sentence Length |
| 1 | 35 § 780-113 §§ A30 | | F | Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver | Guilty Plea |
| | 02/24/2020 | Confinement | Other | | Min: 6 Month(s) Max: 23 Month(s) |

**Archived**

CP-23-CR-0004922-1994      Comm. v. Jung Jr., Louis

MC-51-CR-0818421-1991      Comm. v. Jung, Louis

---

Recent entries made in the court filing offices may not be immediately reflected on the court summary report. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Court Summary Report information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183

Please note that if the offense disposition information is blank, this only means that there is not a "final disposition" recorded in the Common Pleas Criminal Court Case Management System for this offense. In such an instance, you must view the public web docket sheet of the case wherein the offense is charged in order to determine what the most up-to-date disposition information is for the offense.

ATTORNEYS' EYES ONLY      City-Jung-000107