IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW** | : | **NO. 24-5618** |

## ORDER

**NOW**, this 27th day of January, 2026, it is **ORDERED** that oral argument addressing the motions *in limine* and Daubert motions will be held on **Tuesday**, **February 3**, **2026**, at **10:00 a.m.**, in Courtroom 9A, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

                                                                  /s/ Timothy J. Savage
                                                  TIMOTHY J. SAVAGE, J.