IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW** | : | NO. 24-5618 |

## ORDER

**NOW**, this 4th day of February, 2026, upon consideration of Defendants City of Philadelphia, Blanche Carney, Gena Frasier, and Wanda Bloodsaw's Motion for Summary Judgment (Doc. No. 99) and the response, **IT IS ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that:

1. To the extent the motion seeks judgment in favor of the moving defendants on the ADA and RA claims, it is **GRANTED.**

2. To the extent the motion seeks judgment on the remaining claims, it is **DENIED**.

_____
TIMOTHY J. SAVAGE, J.