IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** | : | CIVIL ACTION |
| **Administrators of the Estate of Louis** | : | |
| **Jung, Jr.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE** | : | |
| **CARNEY, Former Commissioner of** | : | |
| **Philadelphia Dept. of Prisons, LALITHA** | : | |
| **TRIVIKRAM, MAUREEN GAY, YESCARE** | : | |
| **CORP., MARIESHA APOLLON, BLAIR** | : | |
| **CABELLOS, GENA FRASIER, and** | : | |
| **WANDA BLOODSAW** | : | NO. 24-5618 |

## ORDER

**NOW**, this 4th day of February, 2026, it is **ORDERED** as follows:

1. The final pretrial conference will be held on **Tuesday**, **February 17**, **2026**, at **10:30 a.m.**, in **Chambers (Room 9614)**. Trial counsel must attend the final pretrial conference and only those attorneys attending the conference may participate in the trial.

2. Trial will commence on **Thursday**, **February 19**, **2026**, at **9:00 a.m.**, in **Courtroom 9A**.

                                                                                 /s/ Timothy J. Savage
                                                                                 TIMOTHY J. SAVAGE, J.