IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW** | : | **NO. 24-5618** |

## ORDER

**NOW**, this 4th day of February, 2026, upon consideration of Defendants' City of Philadelphia's, Blanche Carney's, Gena Frasier's, and Wanda Bloodsaw's *Daubert* Motion (Doc. No. 111), the response, and after argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that plaintiffs' expert Arthur Wallenstein may not testify, directly or indirectly, as follows:

1. The electronic log that documented Jung's refusal of medication was false or falsified;

2. The lack of insulin at the time caused Jung's death;

3. Jung would not have heard Frasier announce that it was insulin medication time and that the cell block was noisy;

4. The care of Jung did not rise to the constitutional level of care;

2

      5.      A pattern of the defendants not providing access to medical care, including the 12 cases of inmates identified in his report;

      6.      Had Frasier or Bloodsaw intervened, this intervention would have been lifesaving;

      7.      All topics and portions of his report identified on the record at oral argument.

                                                                      /s/ Timothy J. Savage
                                                            TIMOTHY J. SAVAGE, J.