# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** | : | **CIVIL ACTION** |
| **Administrators of the Estate of Louis** | : | |
| **Jung, Jr.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE** | : | |
| **CARNEY, Former Commissioner of** | : | |
| **Philadelphia Dept. of Prisons, LALITHA** | : | |
| **TRIVIKRAM, MAUREEN GAY, YESCARE** | : | |
| **CORP., MARIESHA APOLLON, BLAIR** | : | |
| **CABELLOS, GENA FRASIER, and** | : | |
| **WANDA BLOODSAW** | : | **NO. 24-5618** |

## ORDER

**NOW**, this 4th day of February, 2026, upon consideration of Defendants YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P.'s Motion *in Limine* to Preclude the Introduction or Use of Any Evidence, Including Testimony, Documents, or Reports of Plaintiffs' Untimely Experts (Doc. No. 114), the response, and after argument, it is **ORDERED** that the motion is **DENIED**.

                                                           /s/ Timothy J. Savage
                                                   TIMOTHY J. SAVAGE, J.