IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW** | : | **NO. 24-5618** |

## ORDER

**NOW**, this 4th day of February, 2026, upon consideration of the Motion of Defendants YesCare Corp., Lalitha Trivikram, M.D., Maureen Gay, N.P., and Blair Cabellos, LPN, to Strike Expert Report of Dr. Homer Venters (Doc. No. 140), the response, and after argument, it is **ORDERED** that the motion is **DENIED**.

                                                                                 /s/ Timothy J. Savage
                                                                         TIMOTHY J. SAVAGE, J.