# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** : | **CIVIL ACTION** |
| **Administrators of the Estate of Louis** : | |
| **Jung, Jr.** : | |
| : | |
| **v.** : | |
| : | |
| **CITY OF PHILADELPHIA, BLANCHE** : | |
| **CARNEY, Former Commissioner of** : | |
| **Philadelphia Dept. of Prisons, LALITHA** : | |
| **TRIVIKRAM, MAUREEN GAY, YESCARE** : | |
| **CORP., MARIESHA APOLLON, BLAIR** : | |
| **CABELLOS, GENA FRASIER, and** : | |
| **WANDA BLOODSAW** : | **NO. 24-5618** |

## ORDER

**NOW**, this 4th day of February, 2026, upon consideration of Plaintiffs' Motion *in Limine* to Exclude Evidence that Louis Jung was Diagnosed as Malingering (Doc. No. 150), the response, and after argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendants are precluded from introducing, directly or indirectly, evidence that Louis Jung, Jr. was diagnosed as malingering while at Norristown State Hospital.

                                                              /s/ Timothy J. Savage
                                                     TIMOTHY J. SAVAGE, J.