# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** : | **CIVIL ACTION** |
| Administrators of the Estate of Louis : | |
| Jung, Jr. : | |
| : | |
| v. : | |
| : | |
| **CITY OF PHILADELPHIA, BLANCHE** : | |
| **CARNEY, Former Commissioner of** : | |
| **Philadelphia Dept. of Prisons, LALITHA** : | |
| **TRIVIKRAM, MAUREEN GAY, YESCARE** : | |
| **CORP., MARIESHA APOLLON, BLAIR** : | |
| **CABELLOS, GENA FRASIER, and** : | |
| **WANDA BLOODSAW** : | **NO. 24-5618** |

## ORDER

**NOW**, this 4th day of February, 2026, upon consideration of Plaintiffs' Motion *in Limine* to Exclude Evidence of Any Suicidality Attributed to Louis Jung (Doc. No. 151), and the lack of opposition, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendants are precluded from introducing, directly or indirectly, evidence of any suicidality expressed by or attributed to Louis Jung, Jr.

                                                                                        /s/ Timothy J. Savage
                                                                                      TIMOTHY J. SAVAGE, J.