IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** | : | **CIVIL ACTION** |
| **Administrators of the Estate of Louis** | : | |
| **Jung, Jr.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE** | : | |
| **CARNEY, Former Commissioner of** | : | |
| **Philadelphia Dept. of Prisons, LALITHA** | : | |
| **TRIVIKRAM, MAUREEN GAY, YESCARE** | : | |
| **CORP., MARIESHA APOLLON, BLAIR** | : | |
| **CABELLOS, GENA FRASIER, and** | : | |
| **WANDA BLOODSAW** | : | **NO. 24-5618** |

## ORDER

**NOW**, this 4th day of February, 2026, upon consideration of Plaintiffs' Motion *in Limine* to Exclude Evidence of Any Criminal Charges, Arrests, Warrants, Convictions, and Incarceration of Louis Jung (Doc. No. 154), the response, and after argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that the defendants may introduce evidence of Louis Jung, Jr.'s 2020 conviction in Luzerne County for possession with intent to deliver drugs.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.