IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : : : : | **CIVIL ACTION** |
| v. | : : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW** | : : : : : : : : | **NO. 24-5618** |

## ORDER

**NOW**, this 4th day of February, 2026, upon consideration of Plaintiff's Motion *in Limine* to Permit Plaintiffs to Seek Loss of Life Damages (Doc. No. 155), and the lack of opposition, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiffs may seek loss of life damages.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.