## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** | : | **CIVIL ACTION** |
| **Administrators of the Estate of Louis** | : | |
| **Jung, Jr.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE** | : | |
| **CARNEY, Former Commissioner of** | : | |
| **Philadelphia Dept. of Prisons, LALITHA** | : | |
| **TRIVIKRAM, MAUREEN GAY, YESCARE** | : | |
| **CORP., MARIESHA APOLLON, BLAIR** | : | |
| **CABELLOS, GENA FRASIER, and** | : | |
| **WANDA BLOODSAW** | : | **NO. 24-5618** |

### <u>ORDER</u>

**NOW**, this 4th day of February, 2026, upon consideration of City of Philadelphia, Blanche Carney, Wanda Bloodsaw, and Gena Frasier's Motion *in Limine* to Preclude Shawn Jay's Testimony (Doc. No. 158), the response, and after argument, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Shawn Jay may not testify regarding the following:

1.      What the missing video showed;

2.      His conclusions and opinions regarding negligence of the medical staff;

3.      His conclusion that Frasier and Bloodsaw violated the policy or any specific policy provision and standard;

4.      Anton Walker's statement requesting to move from his cell because of Jung's vomiting and urinating in the cell.

      /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.