IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW** | : | NO. 24-5618 |

## ORDER

**NOW**, this 4th day of February, 2026, upon consideration of City of Philadelphia's and Blanche Carney's Motion *in Limine* to Preclude the Production of Blanche Carney for Trial (Doc. No. 160), the response, and after argument, it is **ORDERED** that the motion is **DENIED**.

                                                              /s/ Timothy J. Savage
                                                       TIMOTHY J. SAVAGE, J.