IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR,** : : : : : | |
| Plaintiffs,   : : | Civil Action No. 2:24-cv-05618 |
| v.   : : | |
| **CITY OF PHILADELPHIA, et al.,**   : : | |
| Defendants.   : | |

## MOTION FOR BRIEF CONTINUANCE OF START OF TRIAL

Defendants, City Philadelphia, Blanch Carney, Wanda Bloodsaw, and Gena Frasier, move through the undersigned counsel for a brief continuance of the start of trial.

Defendants were ready to proceed to trial on February 2, 2026 through February 6, 2026. Defendants had cleared their schedule for those dates. After the brief rescheduling of trial, Defendant Wanda Bloodsaw has a conflict with Monday February 23, 2026. Defendant Bloodsaw will be returning from an out of state vacation and has her return flight scheduled for Monday February 23, 2026. This flight has already been purchased.

Defendants are not seeking a long delay but are requesting a short postponement of the start of trial to Tuesday February 24, 2026.

Respectfully submitted,

Date: February 6, 2026

*/s/ Michael Pestrak*
Michael Pestrak
Senior Attorney
Pa. Attorney ID No. 208611
City of Philadelphia Law Department
1515 Arch Street, 14th Floor

1

Philadelphia, PA 19102
215-683-5387 (phone)
215-683-5397 (fax)
michael.pestrak@phila.gov
*Attorneys for Defendants City of Philadelphia, Carney, Frasier, and Bloodsaw*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR,** | : <br> : <br> : <br> : <br> : |
| Plaintiffs, | :     Civil Action <br> :     No. 2:24-cv-05618 |
| v. | : <br> : |
| **CITY OF PHILADELPHIA, et al.,** | : <br> : |
| Defendants. | : |

CERTIFICATE OF SERVICE

On February 6, 2026, undersigned counsel caused the foregoing Motion for Brief Continuance of Start of Trial to be filed via the Court's electronic filing system, and it is available for downloading to all counsel of record.

                                                        Respectfully submitted,

Date: February 6, 2026            */s/ Michael Pestrak*
                                               **Michael Pestrak**
                                               Senior Attorney
                                               Attorney I.D. No. 208611
                                               City of Philadelphia Law Department
                                               1515 Arch Street, 14th Floor
                                               Philadelphia, PA  19102
                                               *Attorneys for Defendants City of Philadelphia, Carney, Frasier, and Bloodsaw*