## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES YUNG as administrators for the estate of LOUIS JUNG, JR., <br><br>          Plaintiffs, <br>vs. <br><br>YESCARE CORP., LALITHA TRIVIKRAM, MAUREEN GAY, BLAIR CABELLOS, et al., <br><br>          Defendants, <br>vs. <br><br>CAREERSTAFF UNLIMITED, LLC, <br><br>          Third Party Defendant, <br><br>TEKACCEL, INC., <br><br>          Fourth Party Defendant. | Civil Action No. 2:24-CV-05618-TJS |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO:    CLERK OF COURT

        Kindly withdraw my appearance as counsel of record for Additional Defendant/Third Party Defendant, CareerStaff Unlimited, LLC, in the above-captioned matter.

                                            Respectfully submitted,

                                            GORDON REES SCULLY MANSUKHANI LLP

Date:  February 12, 2026                  By: /s/ *Summer C. Thomas*

                                            Summer C. Thomas, Esquire
                                            PA Bar No. 331605
                                            scthomas@grsm.com
                                            Three Logan Square
                                            1717 Arch Street, Suite 610
                                            Philadelphia, PA 19103
                                            (215) 717-4028