**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 12th day of February, 2026, the within **Notice of Withdrawal of Appearance** was filed electronically and served upon all counsel of record via the Court's ECF system.

/s/ *Summer C. Thomas*
Summer C. Thomas, Esquire