IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** : | **CIVIL ACTION** |
| **Administrators of the Estate of Louis** : | |
| **Jung, Jr.** : | |
| : | |
| **v.** : | |
| : | |
| **CITY OF PHILADELPHIA, BLANCHE** : | |
| **CARNEY, Former Commissioner of** : | |
| **Philadelphia Dept. of Prisons, LALITHA** : | |
| **TRIVIKRAM, MAUREEN GAY, YESCARE** : | |
| **CORP., MARIESHA APOLLON, BLAIR** : | |
| **CABELLOS, GENA FRASIER, and** : | |
| **WANDA BLOODSAW** : | **NO. 24-5618** |

## ORDER

**NOW**, this 18th day of February, 2026, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to Local Rule 41.1(b) as to defendants Lalitha Trivikram, Maureen Gay, and Blair Cabellos only.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.