IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, LALITHA TRIVIKRAM, MAUREEN GAY, YESCARE CORP., MARIESHA APOLLON, BLAIR CABELLOS, GENA FRASIER, and WANDA BLOODSAW** | : | NO. 24-5618 |

## ORDER

**NOW**, this 24th day of February, 2026, upon reconsideration of Plaintiffs' Motion *in Limine* to Exclude Evidence of Any Criminal Charges, Arrests, Warrants, Convictions, and Incarceration of Louis Jung (Doc. No. 154), the response, and after argument, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendants may not introduce evidence of Louis Jung, Jr.'s 2020 conviction in Luzerne County for possession with intent to deliver drugs.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.