LAW OFFICES
# O'CONNOR KIMBALL, LLP
TWO PENN CENTER PLAZA, SUITE 1100
1500 JOHN F. KENNEDY BOULEVARD
PHILADELPHIA, PA 19102
(215) 564-0400
FAX (215) 564-1973
WEBSITE: www.oconnorkimball.com

THOMAS J. GREGORY
tgregory@okllp.com

NEW JERSEY OFFICE
51 HADDONFIELD ROAD, SUITE 245
CHERRY HILL, NJ 08002
(856) 663-9292
FAX (856) 663-6566

February 25, 2026

The Honorable Timothy J. Savage
9614 United States Courthouse
601 Market Street
Philadelphia, PA 19106

Attention:  Alexander Eggert
            VIA EMAIL: Alexander_Eggert@paed.uscourts.gov

Re:  *Jacob and Junes Jung, Administrator for the Estate of Louis Jung, Jr. v. YesCare Corp., Lalitha Trivikram, and Maureen Gay, et al.*
     **USDC for ED of PA, No. 24-CV-05618**
     **Our File No. 210-2544**

Dear Judge Savage:

As Your Honor is aware, and as was confirmed in our telephone conference of February 18, 2026, defendant YesCare has settled its case with the plaintiffs. Among the conditions thereto was my agreement to produce certain YesCare employees as witnesses subpoenaed by the plaintiffs, and as you are also aware, those witnesses appeared and testified yesterday.

Accordingly, I respectfully request that Your Honor enter an order dismissing the plaintiffs' claims against YesCare pursuant to Rule 41(a)(2).

Thank you for your consideration.

Respectfully yours,

O'CONNOR KIMBALL LLP

Thomas J. Gregory

TJG:amb
cc:  Counsel of Record (via ECF Filing System)