IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** | : | **CIVIL ACTION** |
| **Administrators of the Estate of Louis** | : | |
| **Jung, Jr.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE** | : | |
| **CARNEY, Former Commissioner of** | : | |
| **Philadelphia Dept. of Prisons, YESCARE** | : | |
| **CORP., MARIESHA APOLLON,** | : | |
| **GENA FRASIER, and WANDA** | : | |
| **BLOODSAW** | : | **NO. 24-5618** |

## ORDER

**NOW**, this 25th day of February, 2026, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to Local Rule 41.1(b) as to YesCare Corp. only.

                                                    /s/ Timothy J. Savage
                                                   TIMOTHY J. SAVAGE, J.