IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** : | | **CIVIL ACTION** |
| **Administrators of the Estate of Louis** : | | |
| **Jung, Jr.** : | | |
| : | | |
| **v.** : | | |
| : | | |
| **CITY OF PHILADELPHIA, BLANCHE** : | | |
| **CARNEY, Former Commissioner of** : | | |
| **Philadelphia Dept. of Prisons,** : | | |
| **MARIESHA APOLLON, GENA FRASIER,** : | | |
| **and WANDA BLOODSAW** : | | **NO. 24-5618** |

### ORDER

**NOW**, this 3rd day of March, 2026, upon consideration of City of Philadelphia, Carney, Bloodsaw, and Frasier's Motion *in Limine* to Preclude Plaintiffs' Newly Identified Exhibits (Doc. No. 201), and the Court having ruled, it is **ORDERED** that the motion is **DENIED** as moot.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.