# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : : : |
| | : No. 2:24-cv-05618-TJS |
| Plaintiff, | : : |
| v. | : **JURY TRIAL DEMANDED** |
| | : |
| CITY OF PHILADELPHIA; YesCare Corp.; BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons; LALITHA TRIVIKRAM; MAUREEN GAY; MARIESHA APOLLON; BLAIR CABELLOS; GENA FRASIER; WANDA BLOODSAW, | : : : : : : : |
| Defendants. | |

## ORDER

AND NOW, this _____ day of March, 2026, Plaintiffs' Motion to Correct is GRANTED.

Docket entry 215 is to be replaced with the Petition attached as an exhibit to the Motion to Correct at Docket 216.

BY THE COURT:

_____
Timothy J. Savage
United States Magistrate Judge