IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, MARIESHA APOLLON, GENA FRASIER, and WANDA BLOODSAW** | : | NO. 24-5618 |

## JUDGMENT

**NOW**, this 13th day of March, 2026, upon consideration of Defendant, Mariesha Apollon's Rule 68 Offer of Judgment Pursuant to the Federal Rules of Civil Procedure (Doc. No. 147) and Plaintiff's Acceptance of Defendant Apollon's Rule 68 Offer (Doc. No. 148), it is **ORDERED** that **JUDGMENT** is entered in favor of plaintiffs Jacob Jung and James Jung, as Administrators of the Estate of Louis Jung, Jr., and against defendant Mariesha Apollon in the amount of **$200,000.00**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.