IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, GENA FRASIER, and WANDA BLOODSAW** | : : : : | **NO. 24-5618** |

## JUDGMENT

**NOW**, this 13th day of March, 2026, the jury having returned its verdict, it is **ORDERED** as follows:

1.  **JUDGMENT** is entered in favor of defendant Gena Frasier and against plaintiffs Jacob Jung and James Jung, as Administrators of the Estate of Louis Jung, Jr.

2.  **JUDGMENT** is entered in favor plaintiffs Jacob Jung and James Jung, as Administrators of the Estate of Louis Jung, Jr., and against defendants City of Philadelphia, Blanche Carney, and Wanda Bloodsaw in the amount of **$1,500,000.00**.

3.  **JUDGMENT** is entered in favor of plaintiffs Jacob Jung and James Jung, as Administrators of the Estate of Louis Jung, Jr., and against defendant Wanda Bloodsaw in the amount of **$170,000.00**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.