# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, : : : : Plaintiffs, : : v. : : CITY OF PHILADELPHIA, et al., : : Defendants. : | No. 2:24-cv-05618-TJS |

## PLAINTIFFS' PETITION FOR FEES AND COSTS

Plaintiffs, through undersigned counsel, respectfully move this Honorable Court for an award of the attorneys' fees and costs to which they are entitled pursuant to 42 U.S.C. § 1988, and in support thereof, state as follows:

1.   Plaintiffs Jacob and James Jung brought this case as Administrators of the Estate of Louis Jung, Jr [hereafter "Mr. Jung"], their father, who died of diabetic ketoacidosis while incarcerated in the Curran-Fromhold Correctional Facility (CFCF) within the Philadelphia Department of Prisons.

2.   This lawsuit was initiated by the filing of a civil rights action pursuant to 42 U.S.C. § 1983 on October 23, 2024. Plaintiffs brought claims pursuant to 42 U.S.C. § 1983 against several Defendants, including the City of Philadelphia and former Commissioner of the Philadelphia Department of Prisons Blanche Carney. Plaintiffs filed a First Amended Complaint with additional named defendants, including Correctional Officer Gena Frasier and Correctional Lieutenant Wanda Bloodsaw, on March 14, 2025.

3. After a four-day jury trial held from February 24 through March 2, 2026, Plaintiffs secured a verdict against the City of Philadelphia, former Commissioner Carney, and Lieutenant Bloodsaw, with $1,500,000 in compensatory damages and $170,000 in punitive damages against Bloodsaw.

4. Plaintiffs are the prevailing parties in an action brought under 42 U.S.C. § 1983, and therefore are entitled to recovery of attorneys' fees, costs, and expenses under 42 U.S.C. § 1988.

5. The fees and costs incurred by Plaintiffs are reasonable, as demonstrated in the attended Brief in Support of Plaintiffs' Petition for Fees and Costs and the exhibits attached thereto.

6. Plaintiffs incorporate by reference the statements contained in the accompanying Brief in Support and exhibits thereto.

For the reasons set forth therein, Plaintiffs respectfully request an award of fees and costs in the total amount of $997,487.13.

DATED: March 16, 2025                    Respectfully submitted,

*/s/ Bret Grote*
Legal Director
PA ID No. 317273
bretgrote@alcenter.org
*/s/ Rupalee Rashatwar*
Staff Attorney
PA ID No. 331085
*/s/ Nia Holston*
Staff Attorney
PA ID No. 327384
*/s/ Margaret Hu*
PA ID No. 334438
*/s/ Lolo Salsbury Serrano*
PA ID No. 338184
Abolitionist Law Center
990 Spring Garden St., Ste 306
Philadelphia, PA 19123

**CERTIFICATE OF SERVICE**

I, Bret Grote, Esq., hereby certify that I caused a true and correct copy of the foregoing Plaintiffs' Petition for Fees and Costs to be electronically filed on March 16, 2025, and thereby served upon all parties entered into the Court's ECF system.


*/s/ Bret Grote*
Legal Director
PA ID No. 317273
bretgrote@alcenter.org
Abolitionist Law Center
990 Spring Garden St., Ste 306
Philadelphia, PA 19123


*Counsel for Plaintiffs*