IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, : : : : Plaintiffs, : : v. : : CITY OF PHILADELPHIA, et al., : : Defendants. : | No. 2:24-cv-05618-TJS |

**<u>ORDER</u>**

Upon consideration of the foregoing Petition for Fees and Costs and pursuant to 42 U.S.C. § 1988, it is hereby **ORDERED** that Plaintiffs are awarded fees in the amount of $912,817.00 and costs in the amount of $84,670.13.

Dated:

_____

J.