# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr. | : : : : | CIVIL ACTION |
| v. | : : | |
| CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, GENA FRASIER, and WANDA BLOODSAW | : : : : : | NO. 24-5618 |

## VERDICT

1. Did defendant Gena Frasier violate Louis Jung, Jr.'s constitutional right to necessary medical care?

    Yes_____        No___✓___

2. Did defendant Wanda Bloodsaw violate Louis Jung, Jr.'s constitutional right to necessary medical care?

    Yes___✓___        No_____

*If you answered "no" to both question numbers 1 and 2, proceed to question number 4. If you answered "yes" to both or either question numbers 1 and 2, proceed to answer question number 3.*

3. Did defendant Blanche Carney violate Louis Jung, Jr.'s constitutional right to necessary medical care?

Yes_____          No___✓___

4. Did defendant Blanche Carney establish and maintain a policy, practice, or custom which directly caused the violation of Louis Jung, Jr.'s constitutional right to medical care?

Yes___✓___          No_____

5. Did defendant City of Philadelphia violate Louis Jung, Jr.'s constitutional right to necessary medical care?

Yes___✓___          No_____

*If you answered "no" to question numbers 1,2,3, 4,and 5, your deliberations are concluded, and you should notify Mr. Eggert. If you answered "yes" to any of question numbers 1,2,3,4, and/or 5, proceed to answer question numbers 6 and 7.*

6. What amount of compensatory damages do you award the plaintiffs?

$ 1,500,000.00

7. What amount, if any, of punitive damages do you award the plaintiffs?

Gena Frasier $ ___n/a___

Wanda Bloodsaw $ ___170,000.00___

Blanche Carney $ ___n/a___

2

Your deliberations are concluded.

Notify Mr. Eggert that you have reached a verdict

Date: 3 - 2 - 2026

Foreperson