**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JACOB JUNG and JAMES JUNG, as | : | CIVIL ACTION |
| Administrators of the Estate of Louis | : | |
| Jung, Jr. | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, BLANCHE | : | |
| CARNEY, Former Commissioner of | : | |
| Philadelphia Dept. of Prisons, GENA | : | |
| FRASIER, and WANDA BLOODSAW | : | NO. 24-5618 |

## ORDER

**NOW**, this 30th day of March, 2026, upon consideration of Plaintiffs' Petition to Settle Wrongful Death and Survival Action Against Mariesha Apollon and YesCare Corp. (Doc. No. 215), it is **ORDERED** that the petition is **GRANTED**.

**IT IS FURTHER ORDERED** as follows**:**

1. Plaintiffs Jacob and James Jung, Administrators of the Estate of Louis Jung, Jr., are authorized to enter into a settlement with the defendants Mariesha Apollon and YesCare Corp. in the gross sum of $1,200,000.

2. The settlement proceeds will be allocated and distributed upon disposition of Plaintiffs' Petition for Fees and Costs (Doc. No. 222).

3. Plaintiffs' counsel shall deposit the settlement proceeds in their escrow account pending order of the court.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.