**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACOB and JAMES JUNG, Administrators** **of Estate of LOUIS JUNG, JR,** | : : : : | **CIVIL ACTION** **No. 24-05618** |
| **Plaintiff,** | : : | |
| **v.** | : : | |
| **CITY OF PHILADELPHIA, et al.,** | : : | |
| **Defendants** | : | |

**OFFER OF JUDGMENT**

**TO:**    Bret Grote, Esq.
Abolitionist Law Center
990 Spring Garden
Philadelphia, PA 19123
*Attorney for Plaintiff*

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants the City of Philadelphia, by and through Michael Pestrak, Deputy City Solicitor, hereby offer to allow Judgment to be taken against it and in favor of the Plaintiffs Jacob Jung and James Jung for all claims for damages, costs, attorneys' fees and interest accrued to date, in the amount of **Nine Hundred Fifty Thousand DOLLARS ($950,000)**.

This Offer of Judgment is made solely for the purposes specified in Federal Rule of Civil Procedure 68 and is not to be construed either as an admission that the Defendants are liable in this action, or that the Plaintiffs have suffered any damages. Said judgment is to have no effect whatsoever except in settlement of this case. Additionally, this Offer of Judgment is not admissible as evidence in any proceeding, except, if rejected, in a

proceeding to determine costs. If this Offer of Judgment is not accepted in writing within fourteen (14) days, it shall be deemed withdrawn.

Date: March 18, 2025

  /s/ *Michael Pestrak*
Michael Pestrak
Deputy City Solicitor
Pa. Attorney ID No. 208611
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
(215) 686-5387
michael.pestrak@phila.gov