

**Abolitionist Law Center**
**990 Spring Garden**
**Philadelphia, PA 19123**
**abolitionistlawcenter.org**

May 14, 2026

***Via Email***
Honorable Timothy J. Savage
U.S. District Court
601 Market Street
Philadelphia, PA 19106

Re:    Jung v. City of Philadelphia, No. 2:24-cv-5618

Dear Judge Savage:

We write to inform the Court of a recent update with respect to the financial solvency of former Defendant Corporation, YesCare Corp., LLC.

As the Court is aware, this matter proceeded to trial before Your Honor on February 24, 2026 and resulted in a verdict finding liability against City Defendants and cumulative damages of $1.67 million awarded to the Estate of Louis Jung, Jr. Now before this Court is a pending motion from City Defendants for Entry of Judgment Notwithstanding the Verdict, Remittitur, and/or a New Trial. (ECF No. 231). In it, Defendants argue that because Plaintiffs settled with Defendant YesCare and Defendant Apollon for $1,000,000 and $200,000, respectively, "[r]emaining Defendants are thus entitled to a modification of the judgment by the amount Plaintiffs have already recovered from the settling parties." Plaintiffs argued in their response in opposition to this motion that there is no legal basis for City Defendants to seek contribution from the Settling Defendants. (ECF No. 234).

Since filing that response, YesCare filed for bankruptcy on May 8, 2026.[1] Because City Defendants made clear that the ability of Plaintiffs to recover from Settling Defendants was relevant to their analysis of whether remittitur and/or a new trial was warranted, this Court should also know that the ability of Plaintiffs to recover that settlement is in jeopardy and no funds have yet been disbursed to Plaintiffs by YesCare.

---

[1] James Nani, *Prison Health Company YesCare Files for Bankruptcy in Florida*, Bloomberg Law (May 8, 2026), https://news.bloomberglaw.com/bankruptcy-law/prison-health-company-yescare-files-for-bankruptcy-in-florida; ECF No. 1, *In re CHS FL, LLC, et al.*, Case No. 2:26-bk-01087-FMR (Bankr. M.D. Fla. May 8, 2026).



**Abolitionist Law Center**
**990 Spring Garden**
**Philadelphia, PA 19123**
**abolitionistlawcenter.org**

Respectfully,

*/s/ Bret Grote*
Bret Grote
Abolitionist Law Center



**Abolitionist Law Center**
**990 Spring Garden**
**Philadelphia, PA 19123**
**abolitionistlawcenter.org**

## CERTIFICATE OF SERVICE

I, Bret Grote, Esq., hereby certify that I caused a true and correct copy of the foregoing

Letter to be electronically filed on May14, 2026, and thereby served upon all parties entered into

the Court's ECF system.


*/s/ Bret Grote*
Legal Director
PA ID No. 317273
bretgrote@alcenter.org
Abolitionist Law Center
990 Spring Garden St., Ste 306
Philadelphia, PA 19123


*Counsel for Plaintiffs*