# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** | : | **CIVIL ACTION** |
| **Administrators of the Estate of Louis** | : | |
| **Jung, Jr.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE** | : | |
| **CARNEY, Former Commissioner of** | : | |
| **Philadelphia Dept. of Prisons, YESCARE** | : | |
| **CORP., GENA FRASIER, and** | : | |
| **WANDA BLOODSAW** | : | **NO. 24-5618** |

## ORDER

**NOW**, this 9th day of July, 2026, upon consideration of the Court's Order dated February 25, 2026, which dismissed YesCare Corp. in its entirety (Doc. No. 208), **IT IS ORDERED** as follows:

1.  The Clerk of Court shall reinstate YesCare Corp. as to the City of Philadelphia's cross claim only.

2.  YesCare Corp. shall respond to the City of Philadelphia's motion to Renew its Motion for Directed Verdict on the Cross Claim Against YesCare Corp. (Doc. No. 232) no later than **July 31, 2026**.

        /s/ Timothy J. Savage
       TIMOTHY J. SAVAGE, J.