## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB and JAMES JUNG as Administrators | : | |
| for the Estate of LOUIS JUNG, JR. | : | |
| v. | : | CASE NO. 24-CV-05618 |
| CITY OF PHILADELPHIA and YESCARE CORP. | : | |
| | : | |

## SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY

The undersigned informs the Court that on May 8, 2026, Defendant YesCare Corp., one of the named defendants herein, petitioned for bankruptcy protection under Chapter 11 of Title 11 of the United States Code.  The Bankruptcy Court for the United States District Court of the Middle District of Florida has assigned the case number 2:26-BK-01087 to the matter and the matter is pending.

As a result of the commencement of the Chapter 11 Case, section 362 of the Bankruptcy Code operates as a stay, applicable to all entities, of (i) commencement or continuation of a judicial, administrative or other action or proceeding against the Debtor that was or could have been commenced before the commencement of the Chapter 11 Case, or to recover a claim against the Debtor that arose before the commencement of the Chapter 11 Case; (ii) the enforcement, against the Debtor or against the property of their bankruptcy estates, of a judgment obtained before the commencement of the Chapter 11 Case; (iii) any act to obtain possession of property of the estate or of property from the estates or to exercise control over property of the Debtor's estate; and (iv) any act to create, perfect, or enforce a lien against property of the Debtors' estate.

The stay set forth in 11 U.S.C. § 362(a) became effective automatically upon the commencement of the Chapter 11 Case.  If any party violates the stay, the Debtor may seek to have such actions deemed void, move for sanctions in the Bankruptcy Court and recover actual damages, including costs and attorneys' fees, arising from the violation of the stay.

Respectfully submitted,

**O'CONNOR KIMBALL LLP**

By:      /s/ *Thomas J. Gregory*

Thomas J. Gregory, Esquire
*Attorney for YesCare Corp.*

Dated:  July 14, 2026

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| JACOB and JAMES JUNG as Administrators | : | |
| for the Estate of LOUIS JUNG, JR. | : | |
| v. | : | CASE NO. 24-CV-05618 |
| CITY OF PHILADELPHIA, and YESCARE CORP.: | | |
|  | : | |

### <u>CERTIFICATE OF SERVICE</u>

I, Thomas J. Gregory, Esquire, hereby certify that I caused a true and correct copy of the foregoing Suggestion of Bankruptcy to be electronically filed on this 14th day of July, 2026, and thereby served via the Court's Electronic ECF Filing System upon:

bretgrote@abolitionistlawcenter.org
rupalee@alcenter.org
margo@alcenter.org
lolo@alcenter.org
Bret Grote, Esquire
Rupalee Rashatwar, Esquire
Margaret Hu, Esquire
Lolo Salsbury Serrano, Esquire
Abolitionist Law Center
990 Spring Garden Street
Philadelphia, PA 19123
*Attorneys for Plaintiff*

michael.pestrak@phila.gov
emily.hoff@phila.gov
Michael Pestrak, Esquire
Emily M. Hoff, Esquire
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
*Attorneys for Defendants, City of Philadelphia and Blanche Carney*

### O'CONNOR KIMBALL LLP

By:   /s/ *Thomas J. Gregory*
Thomas J. Gregory, Esquire
*Attorney for YesCare Corp.*