**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as** | : | **CIVIL ACTION** |
| **Administrators of the Estate of Louis** | : | |
| **Jung, Jr.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, BLANCHE** | : | |
| **CARNEY, Former Commissioner of** | : | |
| **Philadelphia Dept. of Prisons, YESCARE** | : | |
| **CORP., GENA FRASIER, and** | : | |
| **WANDA BLOODSAW** | : | **NO. 24-5618** |

**ORDER**

**NOW**, this 20th day of July, 2026, upon consideration of the Suggestion of Bankruptcy and Notice of Automatic Stay (Doc. No. 242), suggesting that defendant YesCare Corporation filed a petition in bankruptcy under Chapter 11 of the United States Bankruptcy Code in the Bankruptcy Court for the Middle District of Florida, Case Number 2:26-BK-01087, it is **ORDERED** as follows:

1.      The cross claim between the City of Philadelphia and YesCare Corporation only is **STAYED** until further Order of the Court.

2.      The Court shall retain jurisdiction and the case shall be returned to the trial docket when it is in such status as it may proceed to final disposition.

3.      The entry of this Order is without prejudice to the rights of the parties.

4.      The parties, through counsel, shall file a notice that the bankruptcy proceedings have been terminated or the stay lifted, whichever occurs earlier, within ten days of such action.

  /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.