**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | **CIVIL ACTION** |
| **v.** | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, YESCARE CORP., GENA FRASIER, and WANDA BLOODSAW** | : | **NO. 24-5618** |

**ORDER**

**NOW**, this 24th day of September, 2026, upon consideration of Defendants' Post-Trial Motion for Entry of Judgment on the *Monell* Claims, Remittitur of the Verdict, and/or a New Trial (ECF No. 231), it is **ORDERED** that the defendants' motion is **DENIED**.

Timothy J. Savage

TIMOTHY J. SAVAGE, J.