**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JACOB and JAMES YUNG as administrators for the estate of LOUIS JUNG, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, YESCARE CORP., GENA FRASIER, and WANDA BLOODSAW,<br><br>Defendants. | Civil Action No. 2:24-CV-05618-TJS |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO: CLERK OF COURT

Kindly withdraw the appearance of Alexander B. Possino, Esquire, of Gordon Rees Scully Mansukhani, LLP, as counsel of record for Additional Defendant/Third Party Defendant, CareerStaff Unlimited, LLC, in the above-captioned matter.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI LLP

Date: October 8, 2026

By:______________________________

Alexander B. Possino, Esquire
PA Bar No. 324659
apossino@grsm.com
75 Hopper Place, Suite 301
Pittsburgh, PA 15222