**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 8th day of October, 2026, the within **Notice of Withdrawal of Appearance** was filed electronically and served upon all counsel of record via the Court's ECF system.

Alexander B. Possino, Esquire