IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, Jr., Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, YESCARE CORP., GENA FRASIER, and WANDA BLOODSAW, Defendants-Appellants | : | NO. 24-5618 |

**NOTICE OF APPEAL**

Notice is hereby given under Fed. R. App. P. 4 that defendants City of Philadelphia, Wanda Bloodsaw and Blanche Carney (Defendants) appeal to the United States Court of Appeals for the Third Circuit from the entry of final judgment of District Court Judge Timothy J. Savage on September 24, 2026 (attached hereto), denying Defendants' post-trial motion for judgment, remittitur, or a new trial.

In addition, defendants' appeal also includes, but is not limited to, the following orders: (1) the Court's entry of judgment of March 13, 2026 (attached hereto), and (2) all preceding interlocutory orders.

CITY OF PHILADELPHIA LAW DEPT.
Monique Galloway, acting City Solicitor

October 26, 2026

/s/ Craig Gottlieb
BY: Craig Gottlieb
Senior Attorney
1515 Arch Street – 14th Floor
Philadelphia PA 19102-1595
(215) 683 – 5015
*fax* (215) 683 – 5296

*Attorney for Defendants-Appellants, City of Philadelphia, Wanda Bloodsaw and Blanche Carney*

EXHIBITS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | **CIVIL ACTION** |
| **v.** | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, YESCARE CORP., GENA FRASIER, and WANDA BLOODSAW** | : | **NO. 24-5618** |

## ORDER

**NOW**, this 24th day of September, 2026, upon consideration of Defendants' Post-Trial Motion for Entry of Judgment on the *Monell* Claims, Remittitur of the Verdict, and/or a New Trial (ECF No. 231), it is **ORDERED** that the defendants' motion is **DENIED**.

TIMOTHY J. SAVAGE, J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | **CIVIL ACTION** |
| **v.** | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, GENA FRASIER, and WANDA BLOODSAW** | : | **NO. 24-5618** |

# JUDGMENT

**NOW**, this 13th day of March, 2026, the jury having returned its verdict, it is **ORDERED** as follows:

1. **JUDGMENT** is entered in favor of defendant Gena Frasier and against plaintiffs Jacob Jung and James Jung, as Administrators of the Estate of Louis Jung, Jr.

2. **JUDGMENT** is entered in favor plaintiffs Jacob Jung and James Jung, as Administrators of the Estate of Louis Jung, Jr., and against defendants City of Philadelphia, Blanche Carney, and Wanda Bloodsaw in the amount of **$1,500,000.00**.

3. **JUDGMENT** is entered in favor of plaintiffs Jacob Jung and James Jung, as Administrators of the Estate of Louis Jung, Jr., and against defendant Wanda Bloodsaw in the amount of **$170,000.00**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.

**CERTIFICATE OF SERVICE**

I hereby certify that The City of Philadelphia's Notice of Appeal was served via the Court's ECF filing system on October 26, 2026.

/s/ Craig Gottlieb
Craig Gottlieb
*Attorney for Defendants-Appellants, City of Philadelphia, Wanda Bloodsaw and Blanche Carney*