IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, Jr., | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, YESCARE CORP., GENA FRASIER, and WANDA BLOODSAW, | : | NO. 24-5618 |
| Defendants-Appellants | | |

**<u>ENTRY OF APPEARANCE</u>**

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Defendants-Appellants, City of Philadelphia, Wanda Bloodsaw and Blanche Carney.

CITY OF PHILADELPHIA LAW DEPT.
Monique Galloway, acting City Solicitor

October 26, 2026

/s/ Craig Gottlieb
BY: Craig Gottlieb
Senior Attorney
1515 Arch Street – 14th Floor
Philadelphia PA 19102-1595
(215) 683 – 5015
*fax* (215) 683 – 5296

*Attorney for Defendants-Appellants, City of Philadelphia, Wanda Bloodsaw and Blanche Carney*

**CERTIFICATE OF SERVICE**

I hereby certify that The City of Philadelphia's Entry of Appearance was served via the Court's ECF filing system on October 26, 2026.

/s/ Craig Gottlieb
Craig Gottlieb
*Attorney for Defendants-Appellants, City of Philadelphia, Wanda Bloodsaw and Blanche Carney*