**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : | No. 2:24-cv-05618-TJS |
| Plaintiff, | : | |
| v. | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

**NOTICE OF APPEAL**

Notice is hereby given under Fed. R. App. P. 4(a)(3) that Plaintiffs Jacob and James Jung, as administrators of the estate of Louis Jung, Jr., appeal to the United States Court of Appeals for the Third Circuit from the entry of final judgment in favor of Defendant Gena Frasier entered by District Court Judge Timothy J. Savage on March 13, 2026, attached hereto. Plaintiffs' appeal also includes all prior interlocutory orders that merge into the final judgment.

**CERTIFICATE OF SERVICE**

I, Bret Grote, Esq., hereby certify that I caused a true and correct copy of the foregoing Notice of Appeal to be electronically filed on October 26, 2026, and thereby served upon all parties entered into the Court's ECF system.

*/s/ Bret Grote*
Legal Director
PA ID No. 317273
bretgrote@alcenter.org
Abolitionist Law Center
990 Spring Garden St., Ste 306
Philadelphia, PA 19123

*Counsel for Plaintiffs*

# EXHIBITS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | **CIVIL ACTION** |
| **v.** | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, GENA FRASIER, and WANDA BLOODSAW** | : | **NO. 24-5618** |

## JUDGMENT

**NOW**, this 13th day of March, 2026, the jury having returned its verdict, it is **ORDERED** as follows:

1. **JUDGMENT** is entered in favor of defendant Gena Frasier and against plaintiffs Jacob Jung and James Jung, as Administrators of the Estate of Louis Jung, Jr.

2. **JUDGMENT** is entered in favor plaintiffs Jacob Jung and James Jung, as Administrators of the Estate of Louis Jung, Jr., and against defendants City of Philadelphia, Blanche Carney, and Wanda Bloodsaw in the amount of **$1,500,000.00**.

3. **JUDGMENT** is entered in favor of plaintiffs Jacob Jung and James Jung, as Administrators of the Estate of Louis Jung, Jr., and against defendant Wanda Bloodsaw in the amount of **$170,000.00**.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.