**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : | |
| Plaintiffs, | : | No. 2:24-cv-05618-TJS |
| v. | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

**INDICATIVE RULING UNDER FED. R. CIV. P. 62.1**

NOW, this _____ day of ____________________________, _____, upon consideration of the Parties' Joint Motion for Final Judgment Under Fed. R. Civ. P. 54(b), it is hereby stated that this Court would grant the Motion and certify judgment on the claims between Plaintiffs and Defendants City of Philadelphia, Blanche Carney, Wanda Bloodsaw, and Gena Frasier as final under Fed. R. Civ. P. 54(b), if the Court of Appeals for the Third Circuit remands for that purpose.

BY THE COURT:

______________________________
Timothy J. Savage