**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JACOB and JAMES JUNG, as Administrators of the Estate of LOUIS JUNG, JR, | : | |
| Plaintiffs, | : | No. 2:24-cv-05618-TJS |
| v. | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| Defendants. | : | |

**ORDER**

NOW, this _____ day of ____________________________, _____, this Court finds that there is no just reason for delay of the entry of final judgment as to the claims between Plaintiffs and Defendants City of Philadelphia, Blanche Carney, Wanda Bloodsaw, and Gena Frasier ("City Defendants"), for the following reasons:

1. This Court entered judgment for Defendant Frasier and against Defendants City of Philadelphia, Blanche Carney, and Wanda Bloodsaw on March 13, 2026. (ECF No. 221).

2. City Defendants subsequently filed a Post-Trial Motion for Judgment Notwithstanding the Verdict, Remittitur, and/or a New Trial regarding the claims between Plaintiffs and City Defendants (ECF No. 231), and a separate Post-Trial Motion for Judgment as a Matter of Law regarding the cross-claim between the City of Philadelphia and YesCare (ECF No. 232).

3. Third party YesCare was reinstated solely for purposes of litigating the crossclaim by Philadelphia on July 9, 2026 (ECF No. 241). Counsel for YesCare filed a suggestion of bankruptcy shortly thereafter (ECF No. 242).

4. This Court entered an order staying the crossclaim between the City of Philadelphia and YesCare only, with the intention of facilitating a final resolution of the separate claims between Plaintiffs and City Defendants. (ECF No. 246).

5. This Court denied City Defendants' Post-Trial Motion for Entry of Judgment Notwithstanding the Verdict, Remittitur, and/or a New Trial on September 24, 2026, with the intention of facilitating a final resolution of the separate claims between Plaintiffs and City Defendants. (ECF No. 248-249).

6. The crossclaim is between different parties than the principal litigation between Plaintiffs and City Defendants.

7. The crossclaim is stayed indefinitely, pending resolution of a complex and lengthy liquidation bankruptcy with uncertain recovery for any creditors.

8. Speedy final resolution of the claims between Plaintiffs and City Defendants will facilitate resolution of the crossclaim, as it will fix the amount sought through indemnification.

For the foregoing reasons, it is hereby ORDERED as follows:

This court's Judgments for Defendant Gena Frasier and against Defendants City of Philadelphia, Blanche Carney, and Wanda Bloodsaw, entered on March 13, 2026 at ECF No. 221, are certified as final under Fed. R. Civ. P. 54(b).

BY THE COURT:

____________________________

Timothy J. Savage