**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | **CIVIL ACTION** |
| **v.** | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, YESCARE CORP., GENA FRASIER, and WANDA BLOODSAW** | : | **NO. 24-5618** |

## INDICATIVE RULING UNDER FED. R. CIV. P. 62.1

**Savage, J.** **November 16, 2026**

**NOW**, this 16th day of November, 2026, upon consideration of the parties' Joint Motion for Final Judgment Under Fed. R. Civ. P. 54(b) and Interim Indicative Ruling Under Fed. R. Civ. P. 62.1 (Doc. No. 254), I would grant the motion and certify judgment on the claims between the plaintiffs and defendants City of Philadelphia, Blanche Carney, Wanda Bloodsaw, and Gena Frasier as final under Fed. R. Civ. P. 54(b), if the Third Circuit Court of Appeals were to remand for that purpose.

**BY THE COURT:**

TIMOTHY J. SAVAGE, J.