**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACOB JUNG and JAMES JUNG, as Administrators of the Estate of Louis Jung, Jr.** | : | **CIVIL ACTION** |
| **v.** | : | |
| **CITY OF PHILADELPHIA, BLANCHE CARNEY, Former Commissioner of Philadelphia Dept. of Prisons, YESCARE CORP., GENA FRASIER, and WANDA BLOODSAW** | : | **NO. 24-5618** |

**ORDER**

**NOW**, this 23rd day of November, 2026, upon consideration of Plaintiffs' Petition for Fees and Costs (Doc. No. 222) and the defendants' response, it is **ORDERED** that the petition is **GRANTED.**

**IT IS FURTHER ORDERED** that plaintiffs are **AWARDED** attorneys' fees and costs in the amount of **$923,458.66**.

TIMOTHY J. SAVAGE, J.